UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LUCAS ROUGEAU; ALISHA ROUGEAU;
CARRIE BRENTON; KERRY BRENTON;
TIMOTHY GERDMANN AND
MELISSA GERDMANN,

Plaintiffs,

v.

Case No.: 3:23-cv-00546-wmc

3M COMPANY (f/k/a MINNESOTA
MINING AND MANUFACTURING, CO.);
AHLSTROM RHINELANDER LLC;
AHLSTROM-MUNKSJO SPECIALTY
SOLUTIONS ACQUISITION LLC;
AHLSTROM NA SPECIALTY SOLUTIONS
LLC; AND JOHN DOE DEFENDANTS 1-49,

Defendants.

---

**JOINT MOTION AND STIPULATION**
**REGARDING AMENDMENT OF PLEADINGS AND SCHEDULING**

---

The Parties, by their undersigned counsel, having conferred via telephone on December 21, 2023, hereby move the Court, based upon the Parties' joint stipulation and agreement, as follows:

1. Plaintiffs informed Defendants that they intend to amend the Complaint (Dkt. 1) filed in this action. Accordingly, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs may amend the Complaint on or before February 9, 2024.

2. Defendants shall file any responsive pleading to the operative Complaint on or before March 22, 2024.

3. All current deadlines are hereby stricken pending the filing of an amended Complaint.

4. Unless the Court requires otherwise, the Parties respectfully request the Court remove the Telephone Pretrial Conference set for January 23, 2024 at 1:00 pm before Magistrate Judge Stephen L. Crocker from the Court's calendar and any related deadlines, and reschedule it at a later date.

**WHEREAS**, the Parties respectfully request that the Court enter an Order based upon the Parties' Joint Motion and Stipulation.

Dated: December 22, 2023

s/ *Brett Land*
Scott Summy, Esq.
Brett Land, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
T: (214) 521-3605

Phillip F. Cossich, Jr., Esq.
Andrew Cvitanovic, Esq.
COSSICH, SUMICH, PARISOLA & TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
T: (504) 394-9000

Kristen E. Lonergan, SBN: 1077538
CROOKS LAW FIRM S.C.
531 Washington Street
P.O. Box 1184
Wausau, WI 55402-1184
T: (715) 842-2291

*Attorneys for Plaintiffs*

Dated: December 22, 2023

s/ *Derek J. Waterstreet*
Daniel L. Ring
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL 60606
T: (312) 782-0600

Derek J. Waterstreet, SBN 1090730
VON BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
T: (414) 287-1519

*Attorneys for Defendant 3M Company*

Dated: December 22, 2023

s/ *Elissa J. Preheim*
Paul E. Benson, SBN 1014720
Joseph L. Olson, SBN 1046162
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
T: (414) 271-6560

Michael D. Daneker, Esq.
Elissa J. Preheim, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
T: (202) 942-5000

*Attorneys for Defendants Ahlstrom Rhinelander LLC and Ahlstrom NA Specialty Solutions LLC*