### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:23-CV-546 |
| | ) ) ) | |
| vs. | ) ) | |
| 3M COMPANY (f/k/a MINNESOTA MINING AND MANUFACTURING, CO.); AHLSTROM RHINELANDER LLC; AHLSTROM NA SPECIALTY SOLUTIONS HOLDINGS INC; AHLSTROM NA SPECIALTY SOLUTIONS LLC; WAUSAU PAPER CORP.; WAUSAU PAPER MILLS, LLC; AND JOHN DOE DEFENDANTS 1-49, | ) ) ) ) ) ) ) ) ) ) ) | **JOINT MOTION TO AMEND CASE SCHEDULE** |
| Defendants. | ) | |

Plaintiffs, Lucas Rougeau, et al., and Defendants 3M Company; Ahlstrom Rhinelander LLC, Ahlstrom NA Specialty Solutions Holdings Inc., and Ahlstrom NA Specialty Solutions LLC (collectively, "Ahlstrom"); and Wausau Paper Corp. and Wausau Paper Mills, LLC (collectively, "Wausau Paper") (collectively, the "Parties"), have met and conferred and respectfully move the Court to amend the Case Schedule in the Court's June 12, 2024 Preliminary Pretrial Conference Order (Dkt. 80), as set forth in the Proposed Order (attached as Exhibit 1).

To date, the Parties have made significant progress in discovery. After working cooperatively to negotiate a Protective Order (Dkt. 86) and a Joint Protocol Governing Discovery (Dkt. 87), the Parties have exchanged various discovery requests and responses and have made several document productions. The

1

Parties have continued to engage in good-faith discussions about the scope of discovery. These efforts are proceeding apace.

Furthermore, the Court in October granted the Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. 85), which added parties, modified the proposed class definition, and added three proposed subclasses asserting different legal claims and purported damages. Given the complexity of this litigation involving putative class action allegations with nearly fifty plaintiffs and several defendants, the parties respectfully submit that there is good cause for the within request for additional time to complete this phase of the litigation, which will impact other case deadlines.

The Parties have conferred about the requested extension and have agreed to the deadlines in the accompanying Exhibits. The Parties respectfully request that the Court modify the deadlines entered by the Court in its Preliminary Pretrial Conference Order (Dkt. 80) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of class experts by Plaintiffs | March 17, 2025 | July 15, 2025 |
| Disclosure of class experts by Defendants | May 22, 2025 | September 23, 2025 |
| Disclosures of rebuttal class experts | June 27, 2025 | October 29, 2025 |
| Motion and Brief to Certify Class | September 19, 2025 | February 17, 2026 |
| Filing of dispositive motions | March 17, 2026 | August 17, 2026 |
| Trial | September 28, 2026 | March 1, 2027, or at the Court's convenience |

For the Court's convenience, the Parties have attached a Proposed Order (Exhibit 1) to modify the Case Schedule entered by the Court in its Preliminary Pretrial Conference Order (Dkt. 80). For the Court's consideration, the Parties have also attached a complete list of agreed-upon case deadlines (Exhibit 2) that modify the Parties' proposed schedule in the Rule 26(f) Report (Dkt. 79). Consistent with the prior practice, the Parties do not expect the Court to enter the complete list of case deadlines, with the exception of those

listed in Exhibit 1.

Dated: 17 January 2025

/s/ Brett Land_____
**COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Philip F. Cossich, Jr. (LA Bar 1788)(PHV)
Andrew Cvitanovic (LA Bar 345000(PHV)

**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181
Scott Summy (TX Bar 19507500)(PHV)
Brett Land (TX Bar 24092664)(PHV)

Kristen E. Lonergan (WI Bar
**CROOKS LAW FIRM S.C.**
531 Washington Street
Wausau, Wisconsin 54403
Telephone: (715) 842-2291
Fax: (715) 845-7367

*Attorneys for Plaintiffs*

/s/ Paul LaFata_____
Paul LaFata (admitted *pro hac vice*)
**DECHERT LLP**
Three Bryant Park
New York, NY 10036
Tel: (212) 698-3539
paul.lafata@dechert.com

Manda M. Sertich (admitted *pro hac vice)*
Richard D. Snyder (admitted *pro hac vice)*
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (608) 453-4260
msertich@fredlaw.com
rsnyder@fredlaw.com

Delanie M. Breuer (WI Bar 1085023)
**FREDRIKSON & BYRON, P.A.**
44 East Mifflin Street, Suite 1000
Madison, WI 53703
Tel: (608) 435-4260
dbreuer@fredlaw.com

*Attorneys for Defendants Wausau Paper Corp. and Wausau Paper Mills, LLC*

/s/ Elissa Preheim_____
Michael D. Daneker (admitted *pro hac vice*)
Elissa J. Preheim (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Michael.Daneker@arnoldporter.com
Elissa.Preheim@arnoldporter.com

Joseph L. Olson

3

**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Tel: (414) 271-6560
Fax: (414) 277-0656
jlolson@michaelbest.com


*Attorneys for Defendants Ahlstrom Rhinelander LLC, Ahlstrom NA Specialty Solutions LLC, and Ahlstrom NA Specialty Solutions Holdings Inc.*


*/s/ Christopher Essig*_____
Christopher B. Essig (admitted *pro hac vice)*
Eric White (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600

Derek J. Waterstreet, SBN 1090730
**VON BRIESEN & ROPER, S.C.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 287-1519

*Attorneys for Defendant 3M Company*

4

## CERTIFICATE OF SERVICE

I hereby certify that on 17 January 2025 by electronically filing the foregoing document with the Clerk of Court through the CM/ECF system, a true and correct copy of the foregoing was served to all known counsel of record by notice of electronic filing.

/s/ Paul LaFata