# EXHIBIT 2

**PARTIES' AGREED DEADLINES**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to serve written discovery on class certification issues | January 14, 2025 | May 14, 2025 |
| Fact discovery closes for any fact discovery that any party wishes to use for class certification | March 3, 2025 | July 1, 2025 |
| Disclosure and service of Plaintiffs' written expert reports in support of class certification | March 17, 2025 | July 15, 2025 |
| Service of Plaintiffs' Expert Reliance Material | March 24, 2025 | July 22, 2025 |
| Disclosure and service of Defendants' written expert reports in opposition to class certification | May 22, 2025 | September 23, 2025 |
| Service of Defendants' Expert Reliance Material | May 29, 2025 | September 30, 2025 |
| Parties' Rebuttal Expert Reports on Class Certification | June 27, 2025 | October 29, 2025 |
| Service of Parties' Rebuttal Expert Reliance Materials | N/A | November 5, 2025 |
| Expert Deposition Discovery on Class Certification Commences | June 30, 2025 | November 10, 2025 |
| Expert Discovery on Class Certification Closes | August 29, 2025 | January 26, 2026 |
| Plaintiffs' motion for class certification | September 19, 2025 | February 17, 2026 |
| *Daubert* Motions on Expert Opinions Related to Class Certification | September 19, 2025 | February 17, 2026 |
| Oppositions to any *Daubert* Motions on Expert Opinions Related to Class Certification | October 20, 2025 | March 23, 2026 |
| Replies in Support of any *Daubert* motions on Expert Opinions Related to Class Certification | November 11, 2025 | April 13, 2026 |

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendants' opposition to class certification | November 18, 2025 | April 20, 2026 |
| Plaintiffs' reply in support of motion for class certification | December 17, 2025 | May 18, 2026 |
| Hearing on Motion for Class Certification and *Daubert* Motions on Expert Opinions Related to Class Certification | At the Court's convenience | At the Court's convenience |
| Update on Schedule after a Ruling on a motion for Class Certification | 30 days after ruling | 30 days after ruling |
| Deadline for Filing Dispositive Motions | March 17, 2026 | August 17, 2026 |
| Trial | September 28, 2026 | March 1, 2027, or at the Court's convenience |