UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LUCAS ROUGEAU; ALISHA ROUGEAU;
CARRIE BRENTON; KERRY BRENTON;
TIMOTHY GERDMANN AND
MELISSA GERDMANN,

      Plaintiffs,

v.                                         Case No.: 3:23-cv-00546-wmc

3M COMPANY (f/k/a MINNESOTA
MINING AND MANUFACTURING, CO.);
AHLSTROM RHINELANDER LLC;
AHLSTROM-MUNKSJO SPECIALTY
SOLUTIONS ACQUISITION LLC;
AHLSTROM NA SPECIALTY SOLUTIONS
LLC; AND JOHN DOE DEFENDANTS 1-49,

      Defendants.

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD OF
ERIC WHITE FOR DEFENDANT 3M COMPANY**

PLEASE TAKE NOTICE that Attorney Eric White of Winston & Strawn LLP withdraws as counsel of record for Defendant 3M Company ("3M"), and is to be removed from the service list in this matter. Undersigned counsel and other counsel of record will continue to appear for 3M Company.

- 2 -

Dated:  February 14, 2025

        /s/ Eric L. White
Christopher Essig
Eric White
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
CEssig@winston.com
EWhite@winston.com

Derek J. Waterstreet, SBN 1090730
**VON BRIESEN & ROPER, S.C.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Telephone: (414) 276-1122
Facsimile: (414) 276-6281
Derek.Waterstreet@vonbriesen.com

*Attorneys for 3M Company*

42301612_1.DOCX