

# ADVISORY



## THIS WATER CONTAINS PFAS
Per- and polyfluoroalkyl substances (PFAS) are chemicals that can be harmful to health when swallowed. PFAS are in this surface water and can be found in high levels in foam.



### KEEP WATER OUT OF MOUTH
People and pets should avoid foam and should not swallow the water. Keep a close eye on young children playing and encourage them to not swallow lake water.



### CHOOSE LOWER EXPOSURE ACTIVITIES
Choose activities with a lower chance of swallowing lake water. Examples include boating, canoeing, or wading instead of swimming or waterskiing.



### WASH SKIN
Wash skin that has touched this water or foam with clean water as soon as possible. If pets go in, wash them off with clean water and do not let them lick foam from their fur.



### FOLLOW FISH CONSUMPTION ADVISORIES

Compare the type of fish and where you caught your fish with the DNR's fish consumption advice

For more information, scan these QR codes to visit these websites:

 DHS PFAS Website

 DNR Town of Stella Website

 DNR Fish Consumption Website