**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WISCONSIN**

LUCAS ROUGEAU, *et al.*,

                Plaintiffs,

     v.

3M COMPANY, *et al.*,

                Defendants.

Civil Action No. 3:23-CV-546

**ORDER ON JOINT STIPULATION OF
PARTIAL DISMISSAL OF PLAINTIFF LUCINDA MARQUARDT**

IT IS HEREBY ORDERED that individual claims brought by Lucinda Marquardt seeking recovery for personal injury damages in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41. This dismissal encompasses any claims for personal injury damages arising under any cause of action alleged in the Fourth Amended Complaint, including but not limited to negligence, nuisance, trespass, and strict liability theories. This dismissal relates to Ms. Marquardt's prior kidney cancer diagnosis and does not relate to any diagnosis that was not alleged in the Fourth Amended Complaint, including any injury that may occur in the future. Nothing in this order affects any defenses to future claims, if any, by Ms. Marquardt. This is a partial dismissal of Ms. Marquardt's claims and does not affect any remaining claims, which shall remain unchanged by this order. The parties will bear their own respective fees and costs.

Dated: _____

                                        _____
                                        William M. Conley
                                        United States District Court Judge