# EXHIBIT 34

**Confidential - Filed Under Seal**