# EXHIBIT 91

# Well Construction Report
## *WISCONSIN UNIQUE WELL NUMBER* MP969

Drinking Water and Groundwater - DG/5
Department of Natural Resources, Box 7921
Madison WI 53707
Form 3300-077A

| | |
|---|---|
| Property Owner | TERBEEST, BOB |
| Phone # | (715)362-1093 |
| Mailing Address | 4379 STELLA LAKE RD |
| City | RHINELANDER |
| State | WI |
| Zip Code | 54501 |
| County | Oneida |
| Co. Permit # | |
| Notification # | |
| Completed | 07-20-1998 |
| Well Constructor (Business Name) | NEHLS @ WEBSTER WELL DRILLING |
| Lic. # | 6076 |
| Facility ID # (Public Wells) | |
| Well Plan Approval # | |
| Address | 1901 APACHE LN<br>RHINELANDER WI 54501 |
| Approval Date (mm-dd-yyyy) | |
| Hicap Permanent Well # | |
| Common Well # | |
| Specific Capacity | 1 |

**1. Well Location**

| | |
|---|---|
| Town of | STELLA |
| Fire # (if avail.) | |
| Street Address or Road Name and Number | STELLA LAKE RD |
| Subdivision Name | |
| Lot # | |
| Block # | |
| Latitude / Longitude in Decimal Degree (DD) | 45.6728 °N -89.21847 °W |
| Method Code | OTH001 |
| Quarter / Quarter | SW SW |
| or Govt Lot # | |
| Section | 23 |
| Township | 37 N |
| Range | 10 E |

**2. Well Type** New Well

of previous unique well # constructed in

Reason for replaced or reconstructed well ?

Construction Type Drilled

**3. Well serves** 1 # of HOMES

Private,potable

Heat Exchange____# of drillholes

Hicap Well ? No

Hicap Property ? No

Hicap Potable ? No

**4. Potential Contamination Sources - ON REVERSE SIDE**

**5. Drillhole Dimensions and Construction Method**

| Dia. (in.) | From (ft.) | To (ft.) |
|---|---|---|
| 6 | Surface | 64 |

| Upper Enlarged Drillhole | Method | Lower Open Bedrock |
|---|---|---|
| No | Rotary - Mud Circulation .............. | No |
| No | Rotary - Air ................................ | No |
| No | Rotary - Air & Foam .................... | No |
| No | Drill-Through Casing Hammer | |
| No | Reverse Rotary | |
| No | Cable-tool Bit ____in. dia... | No |
| No | Dual Rotary ................................ | No |
| No | Temp. Outer Casing ____in. dia | |
| No | Removed? ____depth ft. (If NO explain on back side) | |

**8. Geology**

| Geology Codes | | | 8. Geology Type, Caving/Noncaving, Color, Hardness, etc... | From (ft.) | To (ft.) |
|---|---|---|---|---|---|
| Q | S | | CAVING SAND | Surface | 40 |
| | M | C | SILT @ CLAY | 40 | 49 |
| | S | | SAND | 49 | 64 |

**6. Casing, Liner, Screen**

| Dia. (in.) | Material, Weight, Specification Manufacturer & Method of Assembly | From (ft.) | To (ft.) |
|---|---|---|---|
| 6 | PE SAWHILL 18 97 A53 | Surface | 61 |

| Dia. (in.) | Screen type, material & slot size | From (ft.) | To (ft.) |
|---|---|---|---|
| 6 | 10 SLOT SS | 61 | 64 |

**7. Grout or Other Sealing Material**

Method

**9. Static Water Level**

40 ft. below ground surface

**10. Pump Test**

Pumping level 55 ft. below surface

Pumping at 15 GP M for 2 Hrs.

Pumping Method ?

**11. Well Is**

12 in. above grade

Developed ? Yes

Disinfected ? Yes

Capped ? Yes

**12.** Notified Owner of need to fill & seal ? No

Filled & Sealed Well(s) as needed? No

| 13. Constructor / Supervisory Driller | Lic # | Date Signed |
|---|---|---|
| PW | | 08-31-1998 |
| **Drill Rig Operator** | **Lic or Reg #** | **Date Signed** |
| CJN | | 07-28-1998 |

**4a. Potential Contamination Sources** Is the well located in floodplain ? No

| Type | Qualifier | Distance |
|---|---|---|
| POWTS dispersal component (soil absorption unit or mound) | | 70 |
| Building Overhang | | 30 |
| Septic or Holding, or POWTS Tank | | 50 |

**Comment:**

**Water Quality Text:**

**Water Quantity Text:**

**Difficulty Text:**

**Created On:** 10-09-1998 **Created by:** HFRC LOAD **Updated On:** 01-18-2023 **Updated by:** IHLENABNDA

Wisconsin Department of Natural Resources
Bureau of Drinking Water and Groundwater
P.O. Box 7921, DG/5
Madison, WI 53707

Wisconsin Department of Health Services
Bureau of Environmental and Occupational Health
1 W. Wilson Street
Madison, WI 53701

December 22, 2022

Robert and Denise Terbeest
4330 Stella Lake Rd
Rhinelander, WI 54501

**PFAS results for water sample collected from your residence at 4330 Stella Lake Rd, Rhinelander, WI Wisconsin Unique Well Number (WUWN) MP969**

Dear Robert and Denise,

The water sample collected from your residence on 12/8/2022 was tested for 18 per– and polyfluoroalkyl substances (PFAS), using EPA Method 537.1 (for PFAS in Drinking Water), at the Northern Lake Service, Inc. (NLS) laboratory in Crandon, WI. A summary of the sample results is shown on the next page.

The results show that the levels of one or more PFAS in your well exceed state health advisory levels. **Based on this, the Department of Health Services (DHS) and the Department of Natural Resources (DNR) recommend that the water not be used for drinking or preparing foods that take up a lot of water.**

The DNR and DHS recommend that, at this time, you use an alternative source of water for drinking, for preparing foods that take up a lot of water (e.g., rice or oatmeal) or have water as a main ingredient (e.g., soups, coffee, or tea) and for preparing infant formula. Alternative sources of drinking water include:

- Bottled water that has been purified or filtered.
- Other sources of water that have been tested for PFAS and do not have levels above DHS' health advisories.

You can learn more about other actions to reduce PFAS exposure at **www.dhs.wisconsin.gov/chemical/pfas.htm**

Next Steps

Someone from the DHS will be reaching out to you in the next few days to discuss these results with you. We also plan to hold a public information session in the near future to discuss community results. More information will be available on this shortly.

WISCONSIN DEPT OF NATURAL RESOURCES

WISCONSIN DEPARTMENT of HEALTH SERVICES

Sample Results

The table below provides your water sample test results for the 13 PFAS, included in the EPA Method 537.1 testing, that have established DHS public health guideline values. The results shown below confirm the presence of PFAS in your water at levels above DHS health guideline values. **Water is considered unsafe to drink if it contains PFAS at levels above DHS health guideline values.**

| PFAS Compound | Your result in parts per trillion (ppt) | Wisconsin DHS public health guideline value for maximum safe level in ppt | Above the DHS health guideline value |
|---|---|---|---|
| PFOA | **1,920** | 20 (combined PFOA + PFOS + N-EtFOSAA) | **YES** |
| PFOS | **101** | | |
| N-EtFOSAA | ND | | |
| *Total of above 3 PFAS* | **2,021** | | |
| PFNA | 1.99* | 30 | No |
| PFHxS | 15.9 | 40 | No |
| HFPO-DA | ND | 300 | No |
| PFDA | ND | 300 | No |
| PFDoA | ND | 500 | No |
| DONA | ND | 3,000 | No |
| PFUnA | ND | 3,000 | No |
| PFTeA | ND | 10,000 | No |
| PFHxA | 397 | 150,000 | No |
| PFBS | 3.01* | 450,000 | No |

"ND" indicates results that are below the analytical level of detection (LOD)

* indicates result enclosed is between analytical level of detection (LOD) and the analytical level of quantitation (LOQ), at the dilution used for analysis, and is therefore an estimate

WISCONSIN DEPT OF NATURAL RESOURCES

WISCONSIN DEPARTMENT of HEALTH SERVICES

NLS Laboratory Results

The lab results report from Northern Lake Service is attached. Please note that the lab report includes analysis of an "FB" (field blank) sample. Including an FB is standard practice for PFAS. The FB was collected by pouring laboratory-supplied water from one bottle to another immediately after collecting the sample of your water. The purpose of the FB is to check whether any contamination was introduced during the sampling process. If no PFAS are detected in the FB, this indicates that PFAS are coming from your water and are not a sampling error.

If you have any other questions regarding your water sample analytical test results, please contact the DNR at DNRDGPFASGWStudy@wisconsin.gov or (608) 266-1054.

Sincerely,
DNR Bureau of Drinking Water and Groundwater – DNRDGPFASGWStudy@wisconsin.gov
DHS Bureau of Environmental and Occupational Health – DHSEnvHealth@dhs.wisconsin.gov

**ANALYTICAL RESULTS: Perfluorinated Chemicals by EPA Method 537.1 Safe Drinking Water Analysis**
**Customer: Wisconsin Department of Natural Resources NLS Project: 397262 PO # 37000-0000022345**
**Project Description: PFAS Private Wells - Starks**
**Project Title: Template: 537.1 Printed: 12/20/2022 16:01**

Sample: 1352488 MP969 Collected: 12/08/22 Analyzed: 12/09/22 Analytes: 18

| ANALYTE NAME | RESULT | UNITS | DIL | LOD | LOQ | Note |
|---|---|---|---|---|---|---|
| Perfluorohexanoic acid (PFHxA) | 397 | ng/L | 5 | 2.4 | 7.9 | |
| Perfluoroheptanoic acid (PFHpA) | 572 | ng/L | 25 | 11 | 37 | |
| Perfluorooctanoic acid (PFOA) | 1920 | ng/L | 25 | 12 | 41 | |
| Perfluorononanoic acid (PFNA) | [1.99] | ng/L | 5 | 1.5 | 4.9 | J |
| Perfluorodecanoic acid (PFDA) | ND | ng/L | 5 | 1.4 | 4.8 | |
| Perfluoroundecanoic acid (PFUnA) | ND | ng/L | 5 | 1.3 | 4.3 | |
| Perfluorododecanoic acid (PFDoA) | ND | ng/L | 5 | 1.0 | 3.3 | |
| Perfluorotridecanoic acid (PFTriA) | ND | ng/L | 5 | 1.9 | 6.3 | |
| Perfluorotetradecanoic acid (PFTeA) | ND | ng/L | 5 | 1.6 | 5.2 | |
| Perfluorobutanesulfonic acid (PFBS) | [3.01] | ng/L | 5 | 1.5 | 5.0 | J |
| Perfluorohexanesulfonic acid (PFHxS) | 15.9 | ng/L | 5 | 1.7 | 5.7 | |
| Perfluorooctanesulfonic acid (PFOS) | 101 | ng/L | 5 | 1.5 | 5.1 | |
| N-Methyl perfluorooctane sulfonamidoacetic acid (NMeFOSAA) | ND | ng/L | 5 | 1.8 | 6.2 | |
| N-Ethyl perfluorooctane sulfonamidoacetic acid (NEtFOSAA) | ND | ng/L | 5 | 2.7 | 9.0 | |
| Hexafluoropropylene oxide dimer acid (GenX) | ND | ng/L | 5 | 2.0 | 6.8 | |
| 4,8-Dioxa-3H-perfluorononanoic acid (DONA) | ND | ng/L | 5 | 0.99 | 3.3 | |
| 9-chlorohexadecafluoro-3-oxanonane-1-sulfonic acid (9Cl-PF3ONS) | ND | ng/L | 5 | 1.7 | 5.5 | |
| 11-chloroeicosafluoro-3-oxaundecane-1-sulfonic acid (11CL-PF3OUdS) | ND | ng/L | 5 | 1.4 | 4.6 | |
| C13-PFHxA (SURR) | 105% | | 5 | | | S |
| C13-HFPODA (SURR) | 103% | | 5 | | | S |
| C13-PFDA (SURR) | 97.3% | | 5 | | | S |
| d5-NEtFOSAA (SURR) | 84.9% | | 5 | | | S |

**NOTES APPLICABLE TO THIS ANALYSIS:**
J = Result enclosed in brackets is between LOD and LOQ, a region of less certain quantitation.
S = This compound is a surrogate used to evaluate the quality control of a method.
IV = Initial extract is 50 mL.

**ANALYTICAL RESULTS: Perfluorinated Chemicals by EPA Method 537.1 Safe Drinking Water Analysis**



**Customer:** Wisconsin Department of Natural Resources  **NLS Project:** 397262 **PO #** 37000-0000022345
**Project Description:** PFAS Private Wells - Starks
**Project Title:**  **Template:** 537.1  **Printed:** 12/20/2022 16:01

Sample: 1352489 MP969IEB Collected: 12/08/22 Analyzed: 12/09/22 Analytes: 18

| ANALYTE NAME | RESULT | UNITS | DIL | LOD | LOQ | Note |
|---|---|---|---|---|---|---|
| Perfluorohexanoic acid (PFHxA) | ND | ng/L | 1 | 0.47 | 1.6 | |
| Perfluoroheptanoic acid (PFHpA) | ND | ng/L | 1 | 0.44 | 1.5 | |
| Perfluorooctanoic acid (PFOA) | ND | ng/L | 1 | 0.49 | 1.6 | |
| Perfluorononanoic acid (PFNA) | ND | ng/L | 1 | 0.30 | 0.98 | |
| Perfluorodecanoic acid (PFDA) | ND | ng/L | 1 | 0.29 | 0.96 | |
| Perfluoroundecanoic acid (PFUnA) | ND | ng/L | 1 | 0.26 | 0.85 | |
| Perfluorododecanoic acid (PFDoA) | ND | ng/L | 1 | 0.20 | 0.67 | |
| Perfluorotridecanoic acid (PFTriA) | ND | ng/L | 1 | 0.38 | 1.3 | |
| Perfluorotetradecanoic acid (PFTeA) | ND | ng/L | 1 | 0.31 | 1.0 | |
| Perfluorobutanesulfonic acid (PFBS) | ND | ng/L | 1 | 0.30 | 1.0 | |
| Perfluorohexanesulfonic acid (PFHxS) | ND | ng/L | 1 | 0.34 | 1.1 | |
| Perfluorooctanesulfonic acid (PFOS) | ND | ng/L | 1 | 0.31 | 1.0 | |
| N-Methyl perfluorooctane sulfonamidoacetic acid (NMeFOSAA) | ND | ng/L | 1 | 0.37 | 1.2 | |
| N-Ethyl perfluorooctane sulfonamidoacetic acid (NEtFOSAA) | ND | ng/L | 1 | 0.54 | 1.8 | |
| Hexafluoropropylene oxide dimer acid (GenX) | ND | ng/L | 1 | 0.41 | 1.4 | |
| 4,8-Dioxa-3H-perfluorononanoic acid (DONA) | ND | ng/L | 1 | 0.20 | 0.66 | |
| 9-chlorohexadecafluoro-3-oxanonane-1-sulfonic acid (9Cl-PF3ONS) | ND | ng/L | 1 | 0.33 | 1.1 | |
| 11-chloroeicosafluoro-3-oxaundecane-1-sulfonic acid (11CL-PF3OUdS) | ND | ng/L | 1 | 0.28 | 0.92 | |
| C13-PFHxA (SURR) | 97.4% | | 1 | | | S |
| C13-HFPODA (SURR) | 89% | | 1 | | | S |
| C13-PFDA (SURR) | 99.5% | | 1 | | | S |
| d5-NEtFOSAA (SURR) | 88.8% | | 1 | | | S |

**NOTES APPLICABLE TO THIS ANALYSIS:**
S = This compound is a surrogate used to evaluate the quality control of a method.

VOL 0784 PAGE 514

THIS SPACE RESERVED FOR RECORDING DATA

DOCUMENT NO.

451554

**WARRANTY DEED**

*STATE BAR OF WISCONSIN*
*FORM 2 - 1982*

ONEIDA COUNTY, WIS.
Received for Record the 27th day of Dec. A.D. 19 95 2:45 o'clock P M. and Recorded in Vol. 784 of RECORDS on page 514
Thomas H. Leighton
REGISTER OF DEEDS
10 -

**RICHARD L. KEARNEY** and **JO ANN M. TORKE**, as joint tenants, convey and warrant to **ROBERT TERBEEST** and **DENISE TERBEEST**, husband and wife, as survivorship marital property, the following described real estate in Oneida County, State of Wisconsin:

FEE
$54.00

RETURN TO
Rodd, Mouw & Saari, S.C
P. O. Box 757
Rhinelander, WI 54501
STAR TITLE

Tax Parcel No. Stella 351

A parcel of land being part of the Northwest Quarter of the Southwest Quarter and part of the Northeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southwest Quarter all in Section 23, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin, bounded and described as follows:

Commencing at the west quarter corner of said Section 23, thence S88°06'55"E 100.03 feet to the centerline of Stella Lake Road, thence S03°25'55"W 1109.23 feet along said centerline to the point of beginning, thence S88°12'15"E 2665.41 feet to the east line of aforesaid Northeast Quarter of the Southwest Quarter, thence South 199.07 feet along the east line of said Northeast Quarter of the Southwest Quarter to the southeast corner thereof, thence N88°12'15"W 1363.21 feet along the south line of said Northeast Quarter of the Southwest Quarter to the southwest corner thereof, also being the northeast corner of aforesaid Southwest Quarter of the Southwest Quarter, thence S01°04'15"W 490.29 feet along the east line of the Southwest Quarter of the Southwest Quarter, thence S62°32'05"W 334.17 feet, thence S17°15'35"E 161.14 feet, thence S88°18'40"W 1123.73 feet to the centerline of Stella Lake Road, thence N03°25'55"E 1007.41 feet along said centerline to the point of beginning.

EXCEPT that part used for road purposes.

This ~~is/~~is not homestead property.

Exception to warranties: EXCEPT taxes and special assessments levied and assessed after January 1, 1995, zoning ordinances and recorded restrictions, reservations and easements for utilities, if any, public and private rights, if any, in such portion of the premises as may be used, laid out, platted, or dedicated or reserved for road or highway purposes.

Dated this 12-27-95 day of ______________, 1995.

______________ (SEAL) Richard L Kearney (SEAL)

* ______________ * Richard L. Kearney

______________ (SEAL) JoAnn M. Torke (SEAL)

* ______________ * Jo Ann M. Torke

**ACKNOWLEDGEMENT**

STATE OF WISCONSIN )
) ss
COUNTY OF ONEIDA )

Personally came before me, this 27th day of December, 1995, the above named RICHARD L. KEARNEY and JO ANN M. TORKE, to me known to be the persons who executed the foregoing instrument and acknowledged the same.

[signature]
Notary Public, Oneida County
State of Wisconsin
My Commission is permanent.

*PER DESCRIPTION FURNISHED*

THIS INSTRUMENT WAS DRAFTED BY:
Andrew P. Smith, State Bar No. 1001416
Rodd, Mouw & Saari, S.C.
P. O. Box 757
Rhinelander, Wisconsin 54501
(715) 365-3030

# Uniform Residential Appraisal Report

File # 1127243-1

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 4330 Stella Lake Rd City Rhinelander State WI Zip Code 54501
Borrower Robert and Denise Terbeest Owner of Public Record Robert and Denise Terbeest County Oneida
Legal Description Pt N 1/2 SW and Pt SW SW Pt Lot 1 SM C894 (See Legal Addendum)
Assessor's Parcel # ST 351/ ST 351 1 Tax Year 2012 R.E. Taxes $ 2,690
Neighborhood Name See Supplemental Text Addendum Map Reference 55 085 Census Tract 9701.02
Occupant [X] Owner [ ] Tenant [ ] Vacant Special Assessments $ 0 [ ] PUD HOA $ 0 [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)
Lender/Client Associated Bank, NA Address 2985 South Ridge Green Bay WI 54304
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s).
GN MLS Data

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ ____ Date of Contract ____ Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [ ] Suburban [X] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) / AGE (yrs) | One-Unit 30 % |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | 20 Low 1 | 2-4 Unit 1 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [ ] 3-6 mths [X] Over 6 mths | 1,000 High 100 | Multi-Family 1 % |
| | | 210 Pred. 45 | Commercial 1 % |
| | | | Other 67 % |

Neighborhood Boundaries
SEE SUPPLEMENTAL TEXT ADDENDUM

Neighborhood Description
It consists of both off water and waterfront properties occupied year-round and seasonally. The properties in the neighborhood vary widely in style, size, and value, with individuality the predominate factor. This is not unusual in the entire area. The 67% Other Land Use is undeveloped forest lands.

Market Conditions (including support for the above conclusions)
SEE PAGE 3 COMMENTS

**SITE**

Dimensions See Legal Addendum Area 35.3 ac Shape Irregular View B;Res;Woods
Specific Zoning Classification Rural Residential Zoning Description SINGLE FAMILY RESIDENTIAL PERMITTED
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [ ] | [X] Private Well | Street Asphalt | [X] | [ ] |
| Gas | [ ] | [X] Propane Gas | Sanitary Sewer | [ ] | [X] PrivateSepticSystem | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone X FEMA Map # 55085C0640C FEMA Map Date 05/16/2013
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete/Good | Floors Hdwd/Vin/Cer/Good |
| # of Stories 1.5 | [X] Full Basement [ ] Partial Basement | Exterior Walls Wood Frame/Good | Walls DW/Good |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1,269 sq. ft. | Roof Surface Comp Shingle/Good | Trim/Finish Wood Frame/Good |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Metal/Good | Bath Floor Vin/Good |
| Design (Style) Chalet | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Csmt/DH/Good | Bath Wainscot Cer/Fibgls/Good |
| Year Built 1998 | Evidence of [ ] Infestation | Storm Sash/Insulated Ins/Good | Car Storage [ ] None |
| Effective Age (Yrs) 4 | [ ] Dampness [ ] Settlement | Screens Comb Screen/Good | [X] Driveway # of Cars 6 |
| Attic [X] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) # 0 | Driveway Surface Gravel |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 1 [ ] Fence 0 | [X] Garage # of Cars 3 |
| [ ] Floor [ ] Scuttle | Cooling [ ] Central Air Conditioning | [X] Patio/Deck [ ] Porch 0 | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [X] Other None | [ ] Pool 0 [ ] Other 0 | [ ] Att. [X] Det [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 6 Rooms 3 Bedrooms 2.5 Bath(s) 1,853 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)
None

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).
C3;No updates in the prior 15 years;The property is in good condition, with the appearance of being well maintained. Past renovations and/or remodeling has been completed with good materials and workmanship.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Uniform Residential Appraisal Report

File # 1127243-1

There are 0 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 0 to $ 0

There are 0 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 0 to $ 0

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4330 Stella Lake Rd Rhinelander, WI 54501 | 3253 Praire Lake Rd Tomahawk, WI 54487 | | 4776 Sundstein Rd Eagle River, WI 54521 | | W8580 County AA Antigo, WI 54409 | |
| Proximity to Subject | | 26.17 miles W | | 13.86 miles N | | 39.22 miles S | |
| Sale Price | $ | | $ 258,000 | | $ 215,000 | | $ 204,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 105.56 sq.ft. | | $ 106.12 sq.ft. | | $ 119.16 sq.ft. | |
| Data Source(s) | | GN MLS # 131963;DOM 80 | | GN MLS # 124154;DOM 451 | | GN MLS # 129706;DOM 213 | |
| Verification Source(s) | | MLS, File, Transfer Return | | MLS, File, Transfer Return | | MLS, Assessor, Transfer Return | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | REO Conv;0 | 0 0 | ArmLth Conv;0 | 0 0 | Estate Conv;0 | 0 0 |
| Date of Sale/Time | | s05/13;Unk | 0 | s05/13;Unk | 0 | s05/13;Unk | 0 |
| Location | B;Res; | B;Res; | | B;Res; | | B;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 35.3 ac | 40.00 ac | -7,050 | 22.53 ac | +19,155 | 10 ac | +37,950 |
| View | B;Res;Woods | B;Res;Woods | | B;Res;Woods | | B;Res;Woods | |
| Design (Style) | Chalet | Chalet | | Chalet | | Ranch | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 15 | 39 | 0 | 7 | 0 | 9 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade (Total / Bdrms. / Baths) | | | | | | | |
| Room Count | 6 / 3 / 2.5 | 7 / 4 / 2.0 | -500 | 7 / 3 / 2.1 | 0 | 5 / 2 / 1.1 | +2,500 |
| Gross Living Area | 1,853 sq.ft. | 2,444 sq.ft. | -11,880 | 2,026 sq.ft. | -3,520 | 1,712 sq.ft. | +2,760 |
| Basement & Finished Rooms Below Grade | 1269sf0sfin | 1832sf0sfwo | 0 | 1351sf0sfwo | 0 | 1712sf700sfwo 1rr1br1.0ba0o | -7,000 -3,500 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FA/None | Htwt/None | 0 | FA/Central | -2,500 | FA/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Det | 4 Car Det | -4,000 | 2 Car Det | +4,000 | 2 Car Att | 0 |
| Porch/Patio/Deck | Patio/CovDeck | Deck/Cov Deck | 0 | Deck/Cov Deck | | Patio/Cov Deck | |
| DOM | N/A | 80 | 0 | 451 | 0 | 213 | 0 |
| Original List Price | N/A | $267,900 | 0 | $249,900 | 0 | $219,900 | 0 |
| Outbuildings | None | Yes | 0 | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -23,430 | ☒ + ☐ - | $ 17,135 | ☒ + ☐ - | $ 32,710 |
| Adjusted Sale Price of Comparables | | Net Adj. 9.1 % Gross Adj. 9.1 % | $ 234,570 | Net Adj. 8.0 % Gross Adj. 13.6 % | $ 232,135 | Net Adj. 16.0 % Gross Adj. 26.3 % | $ 236,710 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Public Records

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Public Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 12/12/2012 | | |
| Price of Prior Sale/Transfer | | $292,500 | | |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | 06/11/2013 | 06/11/2013 | 06/11/2013 | 06/11/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales

The prior sale/ transfer of sales comparable # 1 was a sheriff's deed due to a foreclosure action. This is the only sale/ transfer within 1 year.

Summary of Sales Comparison Approach

The sales comparable are located in comparable neighborhoods within the same market area. The sales comparable were on the market an average 248 days and sold for an 96% average of current listed price and an 92% average of original listed price. The financing arrangements were obtained from public transfer tax returns. Sales comparable # 1 was originally built in 1974 but has had recent substantial remodeling and additions.

Indicated Value by Sales Comparison Approach $ 235,000

Indicated Value by: Sales Comparison Approach $ 235,000 Cost Approach (if developed) $ Income Approach (if developed) $

The sales comparable approach is a good indicator of the reaction of a typical buyer in the market. Because of the age of the subject's improvements, the cost approach is not a reliable indicator of value and is not applicable in this report. The income approach is not applicable as properties similar to these are not usually purchased for income purposes. The sales comparable collectively support the subject's value.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 235,000 as of 06/05/2013, which is the date of inspection and the effective date of this appraisal.**

# Uniform Residential Appraisal Report

File # 1127243-1

ADDITIONAL COMMENTS

EMPLOYMENT STABILITY:
The employment stability has been average as compared to other counties in the area from some local business expansion, new developments, and the influx of people into the area who are not normally in the local job market. The unemployment rate for Oneida County in April 2013 was 10.3%, with the rate 1 year ago at 9.3%. The range of rates in the state are from 4.9% to 15.6%, with the state and federal average at 7.7% and 7.6%. The 2005-2009 American Community Survey, US Census reported 80.3% of Oneida County residents are employed in the county, compared to a 76.4% average statewide.

MARKET CONDITIONS:
The statistics from MLS for 1 year prior reported the average Stella, Pine Lake, Piehl, Three Lakes, and Sugar Camp Townships residential list price was $220,318 with the average sold price being $203,604. There were 202 sales that were on the market an average 261 days, with the list to sell ratio at 92%. Currently there are 202 listings that have been on the market an average 191 days, with the average list price at $272,594. In the previous 1 year period the average list price was $213,316, with the average sold price at $195,741. There were 78 sales that were on the market an average 223 days, with the list to sell ratio at 92%.

DISTANCE BETWEEN COMPARABLE OVER 5 MILES:
The dwellings in the area are located within a close proximity to each other, with a large percentage in eye sight of each other. The occupants commute to employment, shopping, educational, and medical facilities, with similarities to large metropolitan cities. Large tracts of both public and privately managed forests and numerous lakes in the area contribute to the appeal in the market, but does extend the distance between them and limits their numbers. This makes it necessary to use comparable outside normal guidelines for distance.

SALES COMPARABLE OVER 6 MONTHS:
Rhinelander is a small community, with a large percentage of the population being retired persons. There is ample employment, good schools, good medical facilities, and ample shopping opportunities. During the winter season, which extends from Dec to April, properties are difficult to view because of snow/ice cover and colder inclement weather. Some potential buyers are reluctant to complete their purchase until the property can be viewed in its entirety. Sellers are also reluctant to list their properties until Spring so they can be presented at their best and the days on the market do not add up unnecessarily. Typically buyers start looking for prospective properties in Spring or early Summer. Decisions have to be made with closings taking place in Summer and/or Fall. This makes it necessary to use comparable over 6 months.

1004 MC CONSISTENCY WITH TOP OF PAGE 2:
The 1004 MC includes all the sales and listings in the neighborhood. In order to measure a trend and market conditions, the larger sample has to be used. If only the true comparable at Top of Page 2 was used, a trend could not be measured with this small number.
PROPERTY CONFORMITY TO NEIGHBORHOOD:
Neighborhoods in this area are not readily defined by normal terminology, with an exception of the larger cities, neighborhoods are sparsely populated. It is not important to the purchasers that the property be close to the employment, schools, and medical, which are normal neighborhood influences, and commercial centers, but the importance is the quality of the site, dwelling, and the amenities of the recreational/residential area selected. All sales used are from the same marketing area. Although the distance between sales may range over 5+ miles, the entire area offers similar amenities. This appraisal has the neighborhood dictated by the similarity, not by distance. Therefore, distance from the subject to sales does not affect marketability, as most of the neighborhoods are sparsely populated and the prospective buyers and/or purchasers are from outside the area.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

The estimated site value opinion is based on sales of comparable vacant sites in the area. There were 9 sales in the past year, with the average sale price at $0.05 per square foot. (SEE ADDENDUM)

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW
Source of cost data
Quality rating from cost service ______ Effective date of cost data ______
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
Not Applicable

Estimated Remaining Economic Life (HUD and VA only) 56 Years

| | |
|---|---|
| OPINION OF SITE VALUE | =$ 76,885 |
| Dwelling ____ Sq. Ft. @ $ ____ | =$ |
| ____ Sq. Ft. @ $ ____ | =$ |
| | =$ |
| Garage/Carport ____ Sq. Ft. @ $ ____ | =$ |
| Total Estimate of Cost-New | =$ |
| Less Depreciation: Physical ____ Functional ____ External ____ | =$ ( ) |
| Depreciated Cost of Improvements | =$ |
| "As-is" Value of Site Improvements | =$ |
| Indicated Value by Cost Approach | =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ ______ X Gross Rent Multiplier ______ = $ ______ Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases ______ Total number of units ______ Total number of units sold ______
Total number of units rented ______ Total number of units for sale ______ Data source(s) ______
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion
Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data source(s)
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

# Uniform Residential Appraisal Report



This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # 1127243-1

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 1127243-1

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature: Michael D Denis
Name: Michael D. Denis
Company Name: Appraisal Plus
Company Address: 23 W. Keenan St.
Rhinelander, WI 54501
Telephone Number: 715-362-3944
Email Address: appplus@newnorth.net
Date of Signature and Report: 06/13/2013
Effective Date of Appraisal: 06/05/2013
State Certification #: 1266-9
or State License #:
or Other (describe): State #:
State: WI
Expiration Date of Certification or License: 12/14/2013

ADDRESS OF PROPERTY APPRAISED
4330 Stella Lake Rd
Rhinelander, WI 54501

APPRAISED VALUE OF SUBJECT PROPERTY $ 235,000

LENDER/CLIENT
Name: Accurate Title Group - Appraisal Management Div
Company Name: Associated Bank, NA
Company Address: 2985 South Ridge Green
Bay, WI 54304
Email Address:

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature:
Name:
Company Name:
Company Address:
Telephone Number:
Email Address:
Date of Signature:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection:
☐ Did inspect interior and exterior of subject property
Date of Inspection:

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection:

# Uniform Residential Appraisal Report

File # 1127243-1

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4330 Stella Lake Rd<br>Rhinelander, WI 54501 | 7783 Hixon Rd<br>Minocqua, WI 54548 | | 1789 Meta Lake Rd<br>Three Lakes, WI 54562 | | | |
| Proximity to Subject | | 27.24 miles NW | | 14.77 miles N | | | |
| Sale Price | $ | | $ 255,000 | | $ 229,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 191.73 sq.ft. | | $ 150.66 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | GN MLS # 130097;DOM 231 | | GN MLS # 129887;DOM 247 | | | |
| Verification Source(s) | | MLS, Assessor | | MLS, Assessor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Listing<br>None;0 | 0<br>0 | Listing<br>None;0 | 0<br>0 | | |
| Date of Sale/Time | | Active | -20,400 | Active | -18,320 | | |
| Location | B;Res; | B;Res; | | B;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 35.3 ac | 16.19 ac | +28,665 | 12.00 ac | +34,950 | | |
| View | B;Res;Woods | B;Res;Woods | | B;Res;Woods | | | |
| Design (Style) | Chalet | Chalet | | Chalet | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 15 | 20 | 0 | 10 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 2.5 | Total 6 / Bdrms. 2 / Baths 2.0 | +1,000 | Total 4 / Bdrms. 1 / Baths 1.1 | +2,500 | Total / Bdrms. / Baths | |
| Gross Living Area | 1,853 sq.ft. | 1,330 sq.ft. | +10,400 | 1,520 sq.ft. | +6,600 | sq.ft. | |
| Basement & Finished Rooms Below Grade | 1269sf0sfin | 1064sf1120sfwo<br>1rr0br1.0ba2o | -11,200<br>-4,500 | 1120sf900sfin<br>1rr2br1.0ba0o | -9,000<br>-4,500 | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | FA/None | FA/Central | -2,500 | Htwt/None | 0 | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 3 Car Det | 3 Car Det | | 3 Car Det | | | |
| Porch/Patio/Deck | Patio/CovDeck | Deck/Porch | -1,500 | Deck/Cov Deck | 0 | | |
| DOM | N/A | 231 | 0 | 242 | 0 | | |
| Original List Price | N/A | $294,000 | 0 | $229,000 | 0 | | |
| Outbuildings | None | None | | None | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -35 | ☒ + ☐ - | $ 12,230 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0 %<br>Gross Adj 31.4 % | $ 254,965 | Net Adj. 5.3 %<br>Gross Adj. 33.1 % | $ 241,230 | Net Adj. %<br>Gross Adj. % | $ |

Summary of Sales Comparison Approach

The listing comparables are located in comparable neighborhoods within the same market area. The date of sale/ time adjustment is based on the overall average list to sell ratio of the sales comparable.

SALE HISTORY

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Public Records | Public Records | Public Records | |
| Effective Date of Data Source(s) | 06/11/2013 | 06/11/2013 | 06/11/2013 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

ANALYSIS/COMMENTS

# TEXT ADDENDUM

File No. 1127243-1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Robert and Denise Terbeest | | | | | | |
| Property Address | 4330 Stella Lake Rd | | | | | | |
| City | Rhinelander | County | Oneida | State | WI | Zip Code | 54501 |
| Lender | Accurate Title Group - Appraisal Management Div | | Associated Bank, NA | | | | |

General Text Addendum
NEIGHBORHOOD NAME:
Stella, Pine Lake, Piehl, Three Lakes, and Sugar Camp Townships.

NEIGHBORHOOD BOUNDARIES:
The northern boundary is Vilas County with Forest County to the east. The southern boundary is Monico, Pelican Townships with Newbold Township to the west.
PRIOR SERVICE:
I have not performed a prior service on the subject property within 36 months.

THE SUBJECT UTILITIES:
The subject utilities were fully functional at time of site visit.

MUNICIPAL WATER AND SEWER:
Municipal water and sewer is located many miles from the subject property and is not available.

PRIVATE WELLS AND SEPTIC SYSTEMS:
Private wells and septic systems are common in the area and are not considered adverse to marketability of value.

SITE TO IMPROVEMENT VALUE RATIO:
It's not unusual in the local market for the Site to Improvement Value Ratio to exceed normal guidelines. This is due to higher demand and limited supply. It has no adverse affect on marketability.

MY COMPARABLE SEARCH AND RESULTS:
The search criteria included the Township of Stella for a 1 year history. Due to the wide variety of sizes, styles, and value of dwellings in the area, each individual sale is looked at individually for a suitable comparable. The local MLS has a very limited number of required fields, which also causes a wide variety of quantity of data entered into the system. If this doesn't reveal a sufficient number of comparable, the search is expanded to neighboring townships and beyond until sufficient comparable are located.

EXPOSURE TIME:

***CONTINUED ON NEXT PAGE***

# TEXT ADDENDUM

File No. 1127243-1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Robert and Denise Terbeest | | | | | | |
| Property Address | 4330 Stella Lake Rd | | | | | | |
| City | Rhinelander | County | Oneida | State | WI | Zip Code | 54501 |
| Lender | Accurate Title Group - Appraisal Management Div | | | Associated Bank, NA | | | |

The local market is seasonal in nature for properties with the most activity starting in the spring of the year (April or so) to later fall (November or so). There is limited activity at other times of the year due to snow and ice over and when the ground area cannot be seen. The properties in the market vary widely. The buyers and sellers are from a wide variety of areas and backgrounds with no particular motive behind their purchase of a property in the area. The days on the market for the sales comparable range from 80 to 451 days. It's not unusual for a listing broker to hold a more desirable property off the MLS until known prospects can be shown before other offices get a look at it. In this market, exposure time is very difficult to identify. The residential sales in the neighborhood on market days in the past year ranged from 1 to 1631 with the average at 261.

SUBJECT LOCATION:
The subject property is located 10.99 miles from my office. This assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subjects market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and the location involved. Such understanding will not be imparted soley from a consideration of specific data such as demographics, costs, sales, and rentals. The necessary understanding of the local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental.

INDEPENDENCE:
The appraiser has prepared this appraisal in full compliance with applicable Appraiser Independence Requirements and has not performed, participated in, or been associated with any activity in violation of those requirements.

APPLIANCES:
Per UAD, X is the only mark allowed in the appliance boxes. P for personal is no longer allowed to be used as before. The following appliances are typically personal property: Refrigerator, Range/Oven,Microwave, Washer/Dryer

SMOKE AND CARBON MONOXIDE DETECTORS:
State law requires working smoke and carbon monoxide detectors on all levels, the subject doesn't meet this requirement. No carbon monoxide detectors.

FIREPLACE/ WOOD STOVES:
There is no data available in the market that indicates that fireplaces and/ or wood stoves have any effect on marketability or value.

ADDRESS:
Oneida County has a note on the parcel that the address is out of sequence. When transferred the address would be changed.

FARM OR INCOME PURCHASES:
At time of site visit, there was no apparent farming or income producing activities.

TWO PARCEL NUMBERS:
The subject property has two parcel numbers due to the Managed Forest Lands contract and different taxing methods. Oneida County still considers it one 35.3 acre site.

# Market Conditions Addendum to the Appraisal Report

File # 1127243-1

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 4330 Stella Lake Rd City Rhinelander State WI ZIP Code 54501

Borrower Robert and Denise Terbeest

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 81 | 16 | 24 | [ ] Increasing | [X] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | 13.50 | 5.33 | 8.00 | [ ] Increasing | [X] Stable | [ ] Declining |
| Total # of Comparable Active Listings | N/A | N/A | 202 | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 25.3 | [ ] Declining | [ ] Stable | [ ] Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | **Prior 7–12 Months** | **Prior 4–6 Months** | **Current – 3 Months** | **Overall Trend** | | |
| Median Comparable Sale Price | 197,000 | 165,000 | 116,300 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Sales Days on Market | 152 | 231 | 121 | [ ] Declining | [X] Stable | [ ] Increasing |
| Median Comparable List Price | N/A | N/A | 249,000 | [ ] Increasing | [ ] Stable | [ ] Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 96 | [ ] Declining | [ ] Stable | [ ] Increasing |
| Median Sale Price as % of List Price | 94 | 106 | 105 | [ ] Increasing | [X] Stable | [ ] Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? [ ] Yes [X] No | | | | [ ] Declining | [X] Stable | [ ] Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

There is no indication of any increase of seller contributions or concessions in the local market.

Are foreclosure sales (REO sales) a factor in the market? [ ] Yes [X] No If yes, explain (including the trends in listings and sales of foreclosed properties).

While there is some foreclosure activity it does not appear to be abnormally high.

Cite data sources for above information.

MLS Data - The total number of active listings in a specific time period is not available. There are only the ones that have sold in that period and only the number of new listings.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The local market is seasonal in nature, with 4 distinct seasons. Each of these seasons have a large difference in real estate activity, with winter season having the lowest activity and the summer the highest. There is also a wide range of sale prices in the area due to the wide range of values of properties due to individuality being the predominance in the area. This makes the median sale price fluctuate abnormally in the area. I have also measured the market conditions by the average sale price and average days on the market, over a 1 year period for 2 years history. The data is looked at for abnormalities and corrected if needed.

CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following: Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | | | | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosure sales (REO sales) a factor in the project? [ ] Yes [ ] No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

APPRAISER

| | |
|---|---|
| Signature (signed: Michael D Denis) | Signature |
| Appraiser Name Michael D. Denis | Supervisory Appraiser Name |
| Company Name Appraisal Plus | Company Name |
| Company Address 23 W. Keenan St., Rhinelander, WI 54501 | Company Address |
| State License/Certification # 1266-9 State WI | State License/Certification # State |
| Email Address appplus@newnorth.net | Email Address |

File # 1127243-1

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

*(Source: UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

**Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminish d due to condition, but the dwelling remains useable and functional as a residence.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

## Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinement s and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

File # 1127243-1

## Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

## Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Conv. | Conventional | Grid-Sales or Financing |
| LC | Land Contract | Grid-Sales or Financing |
| FA, Htwt, Bsbd | Forced Air, Hot Water, Baseboard | Grid-Heating/ Cooling |
| Cent, Spchtr | Central Air, Space Heater | Grid- Heating/ Cooling |
| BI, DU, Det, Att | Built In, Drive Under, Detached, Attached | Grid-Garage/ Carport |
| DH, Slider | Double Hung, Slider | Grid-Exterior Description |
| Awn, Csmt | Awning, Casement | Grid-Exterior Description |
| Ins, T and G, DW | Insulated, Tounge and Grove, Drywall | Grid-Interior |
| N/A | Not Available | Various Locations |
| LP | Liquid Propane | Gas |
| GN MLS | Greater Northwoods Multiple Listing Service | Various Locations |
| Fibgls | Fiberglass Modular | Various Locations |

SUBJECT PHOTOGRAPH ADDENDUM

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander |
| County | Oneida |
| State | WI |
| Zip Code | 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |



FRONT OF
SUBJECT PROPERTY

Subject Front

4330 Stella Lake Rd



REAR OF
SUBJECT PROPERTY

Subject Rear

4330 Stella Lake Rd




STREET SCENE

Subject Street

4330 Stella Lake Rd

SUBJECT PHOTOGRAPH ADDENDUM

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest
Property Address 4330 Stella Lake Rd
City Rhinelander County Oneida State WI Zip Code 54501
Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



ADDITIONAL SUBJECT PHOTO
Living Room



ADDITIONAL SUBJECT PHOTO
Dining Area



ADDITIONAL SUBJECT PHOTO
Kitchen

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. 1127243-1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Robert and Denise Terbeest | | | | | | |
| Property Address | 4330 Stella Lake Rd | | | | | | |
| City | Rhinelander | County | Oneida | State | WI | Zip Code | 54501 |
| Lender | Accurate Title Group - Appraisal Management Div | | Associated Bank, NA | | | | |



Additional Subject Photo

Bedroom



Additional Subject Photo

Bathroom`



Additional Subject Photo

1/2 Bathroom

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest
Property Address 4330 Stella Lake Rd
City Rhinelander County Oneida State WI Zip Code 54501
Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



Additional Subject Photo
Laundry



Additional Subject Photo
2nd Level Bedroom



Additional Subject Photo
2nd Level Bedroom

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest

Property Address 4330 Stella Lake Rd

City Rhinelander County Oneida State WI Zip Code 54501

Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



2nd Level Bathroom



Lower Level Mechanicals



Another Rear and Side View

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander; County Oneida; State WI; Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div; Associated Bank, NA |



Other Side View



Detached 3 Car Garage

# COMPARABLES PHOTOGRAPH ADDENDUM

(Comps 1-3)

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |



**Comparable Sale 1**
3253 Praire Lake Rd
Tomahawk WI 54487
Date of Sale: s05/13;Unk
Sale Price: 258,000
Sq. Ft.: 2,444
$ / Sq. Ft.: 105.56



**Comparable Sale 2**
4776 Sundstein Rd
Eagle River WI 54521
Date of Sale: s05/13;Unk
Sale Price: 215,000
Sq. Ft.: 2,026
$ / Sq. Ft.: 106.12



**Comparable Sale 3**
W8580 County AA
Antigo WI 54409
Date of Sale: s05/13;Unk
Sale Price: 204,000
Sq. Ft.: 1,712
$ / Sq. Ft.: 119.16

## COMPARABLES PHOTOGRAPH ADDENDUM

(Comps 4-6)

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |



**Comparable Sale 4**
7783 Hixon Rd
Minocqua WI 54548
Date of Sale: Active
Sale Price: 255,000
Sq. Ft.: 1,330
$ / Sq. Ft.: 191.73



**Comparable Sale 5**
1789 Meta Lake Rd
Three Lakes WI 54562
Date of Sale: Active
Sale Price: 229,000
Sq. Ft.: 1,520
$ / Sq. Ft.: 150.66

**Comparable Sale 6**

Date of Sale:
Sale Price:
Sq. Ft.:
$ / Sq. Ft.:

## LOCATION MAP ADDENDUM

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander |
| County | Oneida |
| State | WI |
| Zip Code | 54501 |
| Lender | Accurate Title Group - Appraisal Management Div — Associated Bank, NA |



## SKETCH ADDENDUM

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest
Property Address 4330 Stella Lake Rd
City Rhinelander County Oneida State WI Zip Code 54501
Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA




TOTAL Sketch by a la mode, inc.

Area Calculations Summary

| | |
|---|---|
| **Living Area** | |
| First Floor | 1268.63 Sq ft |
| Second Floor | 696 Sq ft |
| Open to Below | -112 Sq ft |
| **Total Living Area (Rounded):** | **1853 Sq ft** |
| **Non-living Area** | |
| Cov Deck | 685.38 Sq ft |
| Patio | 552 Sq ft |
| 2 Car Detached | 1008 Sq ft |

## SKETCH ADDENDUM

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest
Property Address 4330 Stella Lake Rd
City Rhinelander County Oneida State WI Zip Code 54501
Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 1258.63 Sq ft | 14 × 5 | = | 70 |
| | | 28 × 11 | = | 308 |
| | | 25.5 × 24 | = | 612 |
| | | 10 × 25 | = | 250 |
| | | 0.5 × 2.5 | = | 1.25 |
| | | 0.5 × 2.5 × 3.5 | = | 4.38 |
| | | 4 × 5 | = | 20 |
| | | 0.5 × 4 × 1.5 | = | 3 |
| Second Floor | 696 Sq ft | 4 × 6 | = | 24 |
| | | 36 × 18 | = | 648 |
| | | 6 × 4 | = | 24 |
| Open to Below | -112 Sq ft | 7 × 16 | = | 112 |
| **Total Living Area (Rounded):** | **1853 Sq ft** | | | |
| **Non-living Area** | | | | |
| Cov Deck | 695.38 Sq ft | 8.5 × 24 | = | 204 |
| | | 5 × 14 | = | 70 |
| | | 17 × 5 | = | 85 |
| | | 7 × 41 | = | 287 |
| | | 4 × 8 | = | 32 |
| | | 0.5 × 4 × 1.5 | = | 3 |
| | | 0.5 × 2.5 × 3.5 | = | 4.38 |
| Patio | 552 Sq ft | 24 × 23 | = | 552 |
| 2 Car Detached | 1008 Sq ft | 36 × 28 | = | 1008 |

[Digital/Manual] Legal Description Map

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest

Property Address 4330 Stella Lake Rd

City Rhinelander County Oneida State WI Zip Code 54501

Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



{Digital/Manual} Site Map

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest

Property Address 4330 Stella Lake Rd

City Rhinelander County Oneida State WI Zip Code 54501

Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



[Digital/Manual] Zoning Map

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest

Property Address 4330 Stella Lake Rd

City Rhinelander County Oneida State WI Zip Code 54501

Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA



File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |

Subject Site Value Sales SEARCH RESULTS $0.05 per square foot

| Address | Unit | ML Numb | Township | Lake Name | Lot Acres | Lot SqFt | List Price | Price Sold | Date Listed | Date Pended | DOM | Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ON WEST MCCORM | | 116571 | ON Hazelhurst | MCCORMICK | 26.60 | 1,158,695 | 148,000 | 85,000 | 2011/02/02 | 2013/03/28 | 785 | Sold | Lots/Acre |
| ON HWY 45 | | 117179 | ON Three Lakes | NONE | 13.00 | 566,280 | 39,500 | 35,500 | 2011/03/16 | 2013/01/08 | 754 | Sold | Lots/Acre |
| ON ROCKY RUN RD | | 119427 | ON Cassian | NONE | 40.00 | 1,742,400 | 79,900 | 73,500 | 2011/06/01 | 2013/04/28 | 697 | Sold | Lots/Acre |
| ON ESTELLE DR | | 125233 | ON Newbold | UNNAMED | 20.00 | 871,200 | 109,900 | 88,500 | 2012/03/26 | 2013/05/22 | 422 | Sold | Lots/Acre |
| ON INDIAN VILLAG | | 127310 | ON Lynne | NONE | 40.00 | 1,742,400 | 62,000 | 56,000 | 2012/06/12 | 2013/05/23 | 345 | Sold | Lots/Acre |
| ON RIPCO RD | 36 | 128694 | ON Sugar Camp | NONE | 36.00 | 1,568,160 | 45,000 | 51,707 | 2012/08/06 | 2012/10/05 | 60 | Sold | Lots/Acre |
| 39 AC RUTH RD | | 129450 | ON Lynne | NONE | 39.00 | 1,698,840 | 55,000 | 53,000 | 2012/09/12 | 2013/03/15 | 184 | Sold | Lots/Acre |
| 749 CTH M | | 130036 | ON Schoepke | NONE | 10.06 | 437,996 | 34,000 | 29,000 | 2012/10/17 | 2013/06/07 | 223 | Sold | Lots/Acre |
| 8270 STOCKLEY LN | | 131659 | ON Cassian | NONE | 40.00 | 1,742,400 | 79,900 | 79,900 | 2013/02/14 | 2013/03/27 | 41 | Sold | Lots/Acre |
| AVERAGE: | | | | | 29 | 1,280,930 | 72,622 | 61,345 | | | 391 | | |

# POOR

# COPY

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest
Property Address 4330 Stella Lake Rd
City Rhinelander County Oneida State WI Zip Code 54501
Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA

DPPIE03
Press Enter to Continue.

Parcel #..: 03201 351
Owner 1..: ROBERT TERBEEST
Owner 2..: DENISE TERBEEST
Mail Addr: 4330 STELLA LAKE RD
RHINELANDER WI 54501

Site Addr: ~~4278~~ 4330 STELLA LAKE RD

Vol/Page / Document # 15:13:02

| Current | | Prior | | Prev | |
|---|---|---|---|---|---|
| 784 | 514 | 583 | 612 | 585 | 716 |
| 451564 | | 371234 | | 369806 | |

S: 23 T: 37 R: 10
Taxcode: 1 SubDiv:
Net Tax Rate.....: 17.19111
Abbreviated Description:
PT N 1/2 SW & PT SW SW
PT LOT 1 SM C894 (MIDSTATE)
EXC MFL 3.3A

See LIO Rd file

| Assessed Values | 2004 | 2005 |
|---|---|---|
| Forest Land..: | | |
| Gen. Land....: | 14,800 | 14,800 |
| Improvements.: | 138,200 | 158,000 |
| Total Value: | 153,000 | 172,800 |
| Fair Market...: | 185,800 | 213,400 |
| Tax Bill Amt..: | 2,531.66 | .00 |

Total Land Acres..: 3.300
Lottery Credit Amt: .00
Special Assessment:
Last Chg Date.....: 9/04/2002

Enter F5=View Doc F3=Exit F6=Print Screen F8=Tax Payments F12=Cancel/Prv

JUDY -

THIS HOUSE WAS BUILT ABOUT 7 YEARS AGO. THERE ADDRESS IS OUT OF SEQUENCE!

[signature] 12-01-05

~~where does 4330 come from?~~

4329
4325
4330

which is their due - Out of Seq. Chg if sold

File No. 1127243-1

Borrower/Client Robert and Denise Terbeest

Property Address 4330 Stella Lake Rd

City Rhinelander County Oneida State WI Zip Code 54501

Lender Accurate Title Group - Appraisal Management Div Associated Bank, NA

Jun-11-2015 10:25am From-Oneida County Register of Deeds 7153698222 T-257 P.001/001 F-256

DOCUMENT NO.

451554

**WARRANTY DEED**

*STATE BAR OF WISCONSIN*
*FORM 2 - 1982*

VOL 0784 PAGE 514

THIS SPACE RESERVED FOR RECORDING DATA

ONEIDA COUNTY, WIS.
Received for Record the 27th
day of Dec. A.D. 19 95
at 3:45 o'clock P. M. and Recorded in
Vol. 784 of Records on page 514
Thomas R. Laughlin
REGISTER OF DEEDS
10 —

RICHARD L. KEARNEY and JO ANN M. TORKE, as joint tenants, convey and warrant to ROBERT TERBEEST and DENISE TERBEEST, husband and wife, as survivorship marital property, the following described real estate in Oneida County, State of Wisconsin:

FEE
$54.00

RETURN TO:
Rood, Hagen & Searl, S.C.
P. O. Box 757
Rhinelander, WI 54501
STAR TITLE

Tax Parcel No. Stella 351

A parcel of land being part of the Northwest Quarter of the Southwest Quarter and part of the Northeast Quarter of the Southwest Quarter and part of the Southwest Quarter of the Southwest Quarter all in Section 23, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin, bounded and described as follows:

Commencing at the west quarter corner of said Section 23, thence S88°06'55"E 100.03 feet to the centerline of Stella Lake Road, thence S03°25'55"W 1109.22 feet along said centerline to the point of beginning, thence S88°12'15"E 2665.41 feet to the east line of aforesaid Northeast Quarter of the Southwest Quarter, thence South 199.07 feet along the east line of said Northeast Quarter of the Southwest Quarter to the southeast corner thereof, thence N88°12'15"W 1363.21 feet along the south line of said Northeast Quarter of the Southwest Quarter to the southwest corner thereof, also being the northeast corner of aforesaid Southwest Quarter of the Southwest Quarter, thence S01°04'15"W 490.29 feet along the east line of the Southwest Quarter of the Southwest Quarter, thence S62°32'05"W 334.17 feet, thence S37°15'35"E 161.14 feet, thence S88°19'40"W 1122.73 feet to the centerline of Stella Lake Road, thence N03°25'55"E 1007.41 feet along said centerline to the point of beginning.

EXCEPT that part used for road purposes.

This ~~is~~ is not homestead property.

Exception to warranties: EXCEPT taxes and special assessments levied and assessed after January 1, 1995, zoning ordinances and recorded restrictions, reservations and easements for utilities, if any, public and private rights, if any, in such portion of the premises as may be used, laid out, platted, or dedicated or reserved for road or highway purposes.

Dated this 12-27-95 day of ______________, 1995.

______________________ (SEAL) Richard L. Kearney (SEAL)
* ______________________ * Richard L. Kearney

______________________ (SEAL) Jo Ann M. Torke (SEAL)
* ______________________ * Jo Ann M. Torke

**ACKNOWLEDGEMENT**

STATE OF WISCONSIN )
) ss
COUNTY OF ONEIDA )

Personally came before me, this 27th day of December, 1995, the above named RICHARD L. KEARNEY and Jo ANN M. TORKE, to me known to be the persons who executed the foregoing instrument and acknowledged the same.

[signature]

Notary Public, Oneida County

*PER DESCRIPTION FURNISHED*

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |

# How Many Working Residents Work Outside the County Where They Live?




Source: U.S. Dept. of Commerce, Census Bureau, 2005-2009 American Community Survey 5-Year Estimates, Table B08007

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |

**QUALIFICATIONS & REFERENCES**
**Michael D. Denis, Wisconsin Licensed & Certified Residential Appraiser #1266-009**
**Michael D. Denis. Wisconsin Real Estate Broker #20898-090**

Member of Northwoods Association of Realtors, Wisconsin Realtors Association, Central Wisconsin Board of Realtors. Past Director Northwoods MLS

**ADDITIONAL CERTIFICATIONS**
VA Fee Panel Appraiser
Certified FHA Appraiser

**COMPLETED COURSES**

Real Estate Appraisal III – Madison Area Technical College
Appraising Mobile Homes. Society of Real Estate Appraisers
Assessor Training Valuation I – Nicolet Technical College
Contemporary Real Estate Analysis – University of Wisconsin
Introduction to Appraising Real Property – Equity Analysis – University of Wisconsin
Marketing Real Estate by Instate Mortgage – Equity Analysis – University of Wisconsin
Real Estate Law – 90 Hours – University of Wisconsin
Understanding the Economics of Loan Use. Investment, &Development–UWM Appraisal Review
Uniform Standards of Professional Appraisal Practices
Real Estate Damages: Assessment and Testimony
The Appraiser as Expert Witness
Appraisal – Public Records Law – Northeast Technical College
Appraisal III – MATC, Madison, Wisconsin

**RECENT CONTINUATION EDUCATION COURSES**

Private Appraisal Assignments- 7 hours- July 17, 2008
HVCC, AMC, AVM., The New ABCs of the Appraisal Business-7 hours- October 21, 2009
Appraising in a Changing Market- 7 hours- November 16, 2009
NEW Fannie Mae Form 1004MC & More- 7 hours- November 17, 2009
2010-2011 National USPAP Update Course- 7 hours- March 10, 2010
Appraising the FHA Way- 7 hours- March 11, 2010
Ethics, Competency, and Effective Report Writing- 7 hours- February 4, 2011
Appraisal Cost Approach- 7 hours- March 4, 2011
Understanding The FHA Appraisal Process- 7 hours- March 18, 2011

**MAJOR CLIENTS SERVED**

Associated Bank, Rhinelander WI & State Wide Offices
I Mortgage Services, Pittsburgh, PA
Time Federal Savings Bank
Bank of America/ Landsafe Appraisal Services.
Elliot & Co. Appraisers, State Wide Offices
River Valley Bank, Locations
Lenders Service Inc. (LSI)
Co Vantage Credit Union, WI Offices
Corelogic, AMC
DataQuick, AMC
A+ Mortgage Services, Inc
Various Lenders & Mgt. Co's

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander County Oneida State WI Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div Associated Bank, NA |

# State of Wisconsin
## Department of Safety and Professional Services

CERTIFIED RESIDENTIAL APPRAISER

**MICHAEL D DENIS**

RHINELANDER, WI 54501

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified.

Credential No. 1266-9 Expiration Date: 12/14/2013

To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov

File No. 1127243-1

| | |
|---|---|
| Borrower/Client | Robert and Denise Terbeest |
| Property Address | 4330 Stella Lake Rd |
| City | Rhinelander · County Oneida · State WI · Zip Code 54501 |
| Lender | Accurate Title Group - Appraisal Management Div · Associated Bank, NA |

APPRPLU-01 KAZUIKER

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 12/6/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
T.I.C., Inc.- Rhinelander
P.O. Box 1107
Rhinelander, WI 54501

CONTACT NAME: Kim Zuiker
PHONE (A/C, No, Ext): (715) 369-1060 FAX (A/C, No): (715) 369-0760
E-MAIL ADDRESS: kazuiker@ticinsurance.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Society Insurance | 15261 |
| INSURER B: Middlesex Insurance Co | |
| INSURER C: Hiscox Inc. | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Appraisal Plus, Inc.
23 West Keenan Street
Rhinelander, WI 54501

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | HOB530437 | 1/1/2013 | 1/1/2014 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 5,000<br>$ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| A | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS X SCHEDULED AUTOS<br>X HIRED AUTOS X NON-OWNED AUTOS | | | CAP434025 | 3/4/2012 | 3/4/2013 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (PER ACCIDENT) | $ 1,000,000<br>$<br>$<br>$ |
| | UMBRELLA LIAB OCCUR<br>EXCESS LIAB CLAIMS-MADE<br>DED RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 30432920100121 | 1/1/2013 | 1/1/2014 | WC STATU-TORY LIMITS OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$ 100,000<br>$ 100,000<br>$ 500,000 |
| C | Professional Liab | | | MPL1248576 | 12/13/2012 | 12/13/2013 | Professional Liab | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

CERTIFICATE HOLDER

***Sample Certificate***

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05) The ACORD name and logo are registered marks of ACORD

CMS Associated Bank

| HELP

Orders Administration Logout

User: Erica Earley

Create Order Review/Prequalification Bulk Search Bulk Actions

Locking.... **Order Locked By:**

Close Order

**Order Summary**

Feedback Report Engagement Letter **Doc Status: INCOMING (NEW)**

**Loan Number:** 3250137262
**Doc ID:** 20130529-1841-1
**Folder #:** 20130529-1841
**Service:** 1004 - URAR
**Address:** 4330 STELLA LAKE RD RHINELANDER, WI 54501 County: ONEIDA
**Borrower:** Robert & Denise Terbeest
**Appraised Value:**
**Customer Price:** $380.00
**Customer:** Residential LO (8615 / 2317)
**Sales Price:** $0.00
**Service Provider Fee:** $390.00
**Loan Officer/ Broker:** Joanne Breunig
**Loan Amount:** $0.00
**Channel:** Retail
**Due to Customer:** 06/12/2013
**Due From Service Provider:**
**Sub Loan Type:**
**Reviewer:**
**Inspection Date:**
**Government Case Number:**
**Service Provider:**
**Completion Date:**
**UCDP Submission Status:**

User Information | Loan Information | Associated Files | Property | Log and Message | Review | Contacts | Add New Service | Streamline |

**Customer Information**

Customer
Residential LO (8615 / 2317)
Loan Officer/ Broker
Joanne Breunig

Change Customer Information

Save

**Assign Reviewer**

Current Reviewer

Clear

Group

Change Reviewer To *

Start typing to see a list of Reviewers

Advanced Search

Save

**Processor Information**

Current Processor
Trenten Woelfel
Group
Residentialprocessor

Change Processor To *

Start typing to see a list of Processors

Advanced Search

Save

**Assign Escalated Reviewer**

Current Escalated Reviewer

Clear

Change Escalated Reviewer To *

Start typing to see a list of Escalated Reviewers

Advanced Search

Save

**Alternate Email Recipients**

Enter up to 10 email addresses to receive notifications of status changes and updates.
Once an email address is added, a popup will appear, enabling you to choose the alerts the associated email address should receive.

**Email**

Add

**Alternate Email(s)**

regteam@associatedbank.com Edit Alerts Delete

**Assign Service Provider**

Current Service Provider

Change Service Provider To *

STELLA-TERBEEST_D&R-000043