# EXHIBIT 94

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No. 3:23-cv-546-WMC |

**DECLARATION OF ROGER M. JAMES**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Roger M. James declare as follows:

## I. COMPETENCE AND PURPOSE

1. I am over the age of eighteen, of sound mind, and competent to make this Declaration. The statements below are made on my own personal knowledge and on my review of documents in my possession, custody, or control. If called as a witness, I could and would testify competently to each matter stated herein.

2. I am a citizen of the State of Wisconsin. My wife, Theresa M. James, and I reside at 4484 Clover Lane, Rhinelander, Oneida County, Wisconsin. We do not live on the property that is the subject of this Declaration; our residence is approximately fifteen miles west of it.

3. I submit this Declaration in support of Plaintiffs' Motion for Class Certification and in support of my appointment as Class Representative of the Sludge Application Subclass.

## II. OWNERSHIP AND IDENTIFICATION OF THE PROPERTY

4. Theresa M. James and I own approximately 199.93 acres of farmland in the Town of Stella, Oneida County, Wisconsin, on Rasmusson Road (the "Property"). The Property consists of five contiguous tax parcels, identified on the 2025 Oneida County real estate tax bills as follows:

| Tax Parcel | Address / Location | Section, Township, Range | Acres |
|---|---|---|---|
| ST-507-2 | 4031 Rasmusson Road | Secs. 34 & 27, T37N, R10E | 40.010 |
| ST-420-2 | 4049 Rasmusson Road | Sec. 27, T37N, R10E | 39.920 |
| ST-507 | Rasmusson Road | Sec. 34, T37N, R10E | 40.000 |
| ST-510 | Rasmusson Road | Sec. 34, T37N, R10E | 40.000 |
| ST-514 | Rasmusson Road | Sec. 34, T37N, R10E | 40.000 |
| **TOTAL** | | | **199.930** |

5. The total estimated fair market value of the Property shown on the 2025 tax bills is $323,800, and the total 2025 net property tax was $2,311.89. All five parcels are assessed as agricultural land under Wisconsin's farmland use-value assessment. True and correct copies of the 2025 tax bills are attached hereto as Exhibit A.

6. Theresa and I acquired the Property in five separate transactions between 2007 and 2015, as follows:

| Date | Grantor | Parcel Conveyed | Current Tax Parcel | Consideration |
|---|---|---|---|---|
| Aug. 20, 2007 | Jerome E. Kuczmarski and Thomas R. Kuczmarski | Parcel 4, Survey Map No. 10992 | ST-507-2 | $77,000 |
| July 30, 2008 | Jerome E. Kuczmarski and Thomas R. Kuczmarski | Parcel 3, Sec. 34 | ST-507 | $77,000 |
| Aug. 18, 2010 | Gregory A. Porter and Adrienne A. Porter | Parcel 2, Survey Map B6628 | ST-510 | $70,000 |
| Feb. 25, 2015 | Thomas R. Kuczmarski | SE NW, Sec. 34 | ST-514 | $65,000 |
| June 30, 2015 | Kay E. Theis | Parcel 5, Survey Map B7250 | ST-420-2 | $67,500 |
| **TOTAL** | | | | **$356,500** |

7. True and correct copies of the warranty deeds, closing statements, and transfer returns for these transactions are attached hereto as Exhibit B. The parcels were previously part of the Kuczmarski family potato farm.

8. I purchased parcel ST-510 from Gregory A. Porter and Adrienne A. Porter, who resided in the State of Washington at the time of the sale and who signed and acknowledged the deed there. That deed was recorded in the Office of the Oneida County Register of Deeds as Document No. 693098 on August 19, 2010. I purchased parcel ST-420-2 from Kay E. Theis.

9. Theresa and I have used the Property continuously since 2008 for agricultural purposes. We pasture beef cattle on it, and we grow alfalfa and grass hay on it that is fed to beef cattle and horses.

10. There is a cabin on parcel ST-507-2 at 4031 Rasmusson Road. The 2025 tax bill assesses the improvements on that parcel at an estimated fair market value of $71,300, and the parcel is subject to an Oneida County POWTS maintenance program fee for its private on-site septic system.

11. I have reviewed the maps and attachments prepared by Plaintiffs' expert GZA GeoEnvironmental, Inc. The Property lies within the Class Area. All five of my parcels — ST-507-2, ST-420-2, ST-507, ST-510, and ST-514 — are identified in Attachment G-1 to the GZA Report, titled "Parcels That Received Land Application of Fiber Cake." Each of the five is listed there under my mailing address at 4484 Clover Lane, and parcels ST-507-2 and ST-420-2 are further identified by their site addresses at 4031 and 4049 Rasmusson Road.

12. My parcels are depicted on GZA Figure G-3A within the land application area that GZA designates Area 1 — Rasmusson Road/Wildwing Court. That figure identifies the parcels shown as having received land application of fiber cake between 1996 and 2023.

## III. LAND APPLICATION OF PAPER MILL SLUDGE ON THE PROPERTY

13. Sludge and fibercake generated at the Rhinelander Paper Mill were land-applied directly on the Property, both before and after Theresa and I acquired it.

14. The parcels I purchased from Jerome and Thomas Kuczmarski, Greg and Adrienne Porter, and Kay Theis, received applications of Rhinelander Paper Mill fibercake while the Kuczmarskis farmed them, as part of the Mill's land application program. I understand this from Tracey Benzel, the mill's representative.

15. After we acquired the Property, the Mill's fibercake was land-applied on it on two further occasions, in approximately 2011 and approximately 2018. Tracy Benzel was the mill's representative for land spreading at the time.

16. As of the first of those two applications, I owned parcels ST-507-2, ST-507, and ST-510. As of the second, I owned all five parcels comprising the Property.

17. The material was delivered to the Property by trucks operated by or on behalf of the Mill, dumped in piles at the field edges, then spread over the fields and incorporated into the soil. A private contractor paid by the mill spread it on the field. I later used a spike toothed drag to incorporate it into the soil. I was not paid to receive the fibercake. We had fibercake spread on the property we bought from the Porters. We also had fibercake spread on parts of parcels we bought from Thomas and Jerome Kuczmarski.

## IV. NO WARNING OR DISCLOSURE

18. At no time did anyone from the Rhinelander Paper Mill, Wausau Paper, Ahlstrom, 3M Company, BASF Corporation, or the Wisconsin Department of Natural Resources ever tell me that the sludge or fibercake applied to my Property contained PFAS, PFOA, PFOS, or any other persistent or toxic chemical.

19. I never received a Material Safety Data Sheet, a Safety Data Sheet, a chemical analysis, technical literature, or any other written information describing the contents of the material applied to my Property.

20. I do not recall that I signed any written agreement with the Mill or with any Defendant concerning the acceptance or application of sludge or fibercake on the Property.

21. To the extent anything was said to me about the material, I was told it was a beneficial soil amendment that would improve the land, and that there was nothing harmful in it.

22. No seller disclosed to me, in any of the five purchases described above, that the land had received applications of paper mill sludge or fibercake containing PFAS, or that PFAS had been or would be deposited in the soil. Nothing in the deeds, closing documents, or title work I received in any of those transactions disclosed any such condition.

## V. SCOPE OF CONSENT AND RELIANCE

23. I never consented, and never would have consented, to the deposit of PFAS or any other permanent toxic contaminant on my land. As far as I know, any permission given for the application of this material was permission to accept a beneficial agricultural soil amendment, and nothing more.

24. Had I been told that the material contained PFAS, that PFAS do not break down in the environment, and that PFAS would migrate from the soil into the groundwater that supplies the only well on this farm, I would not have permitted the material to be applied to my land, and I would not have purchased these parcels on the terms I did.

## VI. CONFIRMED PFAS CONTAMINATION OF THE PROPERTY

25. The Property is not served by any municipal water system. There is one well on the Property, located on parcel ST-507-2. It was drilled approximately 9 years ago, in or about 2017 and is approximately 280 feet deep. It had to be drilled that deep because of a granite ledge underlying the Property.

27. On May 26, 2023, a water sample was collected from that well by Wisconsin DNR and analyzed by the Wisconsin State Laboratory of Hygiene at the University of Wisconsin. The analysis detected perfluorooctanoic acid (PFOA) at 715 parts per trillion and perfluorooctane sulfonic acid (PFOS) at 42.2 parts per trillion. A true and correct copy of the laboratory report is attached hereto as Exhibit C.

27. I understand those concentrations to be very high rand to exceed by a wide margin the levels that Wisconsin regulators consider acceptable in drinking water.

## VII. NO REMEDY HAS BEEN PROVIDED

29. No treatment system has been installed on my well. No replacement well has been drilled. No bottled or alternative water has been supplied for the Property. Nothing has been done to remove PFAS from my soil or from the groundwater beneath my land.

30. The contamination of my land and my well remains unremedied.

## VIII. EFFECT ON THE PROPERTY

31. The PFAS contamination in the Town of Stella is presently known in this community. It has been the subject of town meetings, Wisconsin Department of Natural Resources testing and correspondence, and news coverage in Oneida County.

32. Theresa and I paid a total of $356,500 to acquire the Property between 2007 and 2015. I have not attempted to sell, lease, refinance, or borrow against the Property since learning of the contamination.

33. I do not offer an opinion in this Declaration as to the dollar amount by which the value of my Property has been diminished. I understand that Plaintiffs' valuation expert addresses that question using a common methodology applicable across the Class.

## IX. ADEQUACY AS CLASS REPRESENTATIVE

34. I understand that I have been proposed as Class Representative for the Sludge Application Subclass, defined as owners of property on which PFAS-containing paper mill sludge from the Rhinelander Paper Mill was directly land-applied.

35. I understand that a class representative acts on behalf of every member of the subclass and not only for himself; that I owe a duty to act in the best interests of the absent subclass members; and that I may not settle or compromise my own claim in a way that prejudices theirs.

36. I have participated in this litigation by completing and verifying a Plaintiff Fact Sheet Supplemental Plaintiff Fact Sheet on August 18, 2026, and by gathering and producing my deeds, closing documents, and property tax records. I am prepared to continue to participate, to sit for deposition, open my property for inspection, and to testify at trial.

37. My claims arise from the same conduct by the same Defendants: the manufacture, sale, disposal, and land application of PFAS-containing paper mill sludge that gives rise to the claims of the other members of the Sludge Application Subclass. I am aware of no conflict between my interests and the interests of any absent subclass member.

38. I understand that in this class proceeding I seek damages to my property only. I am not asserting, and will not assert on a classwide basis, any claim for personal injury. Neither I nor any member of my household has any PFAS-related health condition at issue in this case.

39. I have retained Cossich, Sumich, Parsiola & Taylor, LLC and Baron & Budd, P.C. to represent me and the subclass.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8/24/26, 2026, at Rhinelander, Wisconsin.

Signed by:
Roger James
A8F35A4C433A44C...

ROGER M. JAMES

# EXHIBIT A

TOWN OF STELLA
4375 STELLA LAKE RD
RHINELANDER WI 54501

2311.89 FARM

# ONEIDA COUNTY - STATE OF WISCONSIN
# PROPERTY TAX BILL FOR 2025
# REAL ESTATE

JAMES, ROGER M
JAMES, THERESA M

**Parcel Number: ST-514**
**Bill Number: 360890**

**Important:** Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description. See reverse side for important information.

**Location of Property/Legal Description**
Sec. 34, T37N, R10E
Doc 747262/650498 SE NW 40.64CA/-SA
40.000 ACRES

360890/ST-514
ROGER M JAMES
THERESA M JAMES
4484 CLOVER LN
RHINELANDER WI 54501

Please inform treasurer of address changes.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT. RATIO | NET ASSESSED VALUE RATE | NET PROPERTY TAX |
|---|---|---|---|---|---|
| 25,100 | 0 | 25,100 | 0.594547924 | 0.01542536 (Does NOT reflect credits) | 387.19 |
| ESTIMATED FAIR MARKET VALUE LAND | ESTIMATED FAIR MARKET VALUE IMPROVEMENTS | TOTAL ESTIMATED FAIR MARKET VALUE | A star in this box means unpaid prior year taxes. | School taxes also reduced by school levy tax credit | |
| 75,700 | See Reverse, Use Value Assessment | 75,700 | ☐ | 54.05 | |

| TAXING JURISDICTION | 2024 EST. STATE AIDS ALLOCATED TAX DIST. | 2025 EST. STATE AIDS ALLOCATED TAX DIST. | 2024 NET TAX | 2025 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| ONEIDA COUNTY | 18,842 | 19,452 | 61.32 | 63.56 | 3.7% |
| TOWN OF STELLA | 155,980 | 165,314 | 50.25 | 50.26 | 0.0% |
| RHINELANDER SC DIS | 419,151 | 421,762 | 231.09 | 267.94 | 15.9% |
| NICOLET COLLEGE | 84,144 | 84,306 | 5.16 | 5.43 | 5.2% |
| **TOTAL** | **678,117** | **690,834** | **347.82** | **387.19** | **11.3%** |
| **FIRST DOLLAR CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **LOTTERY AND GAMING CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **NET PROPERTY TAX** | | | **347.82** | **387.19** | **11.3%** |

**TOTAL DUE: $387.19**
**FOR FULL PAYMENT PAY BY:**
**JANUARY 31, 2026**

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

**FOR INFORMATION PURPOSES ONLY • Voter Approved Temporary Tax Increases**

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends | Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|---|---|---|---|
| RHINELANDER SC DIS | 140,311 | 42.38 | 2026 | | | | |
| RHINELANDER SC DIS | 105,233 | 31.79 | 2028 | | | | |

PAY 1ST INSTALLMENT OF: $194.19

**BY JANUARY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**TOWN OF STELLA**
**4375 STELLA LAKE RD**
**RHINELANDER WI 54501**

**PIN# ST-514**
JAMES, ROGER M
BILL NUMBER: 360890

*INCLUDE THIS STUB WITH YOUR PAYMENT*

PAY 2ND INSTALLMENT OF: $193.00

**BY JULY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**ONEIDA COUNTY TREASURER**
**1 S ONEIDA AVE**
**PO BOX 400**
**RHINELANDER, WI 54501**
**EMAIL: OCTREAS@ONEIDACOUNTYWI.GOV**

**PIN# ST-514**
JAMES, ROGER M
BILL NUMBER: 360890

*INCLUDE THIS STUB WITH YOUR PAYMENT*

TOWN OF STELLA
4375 STELLA LAKE RD
RHINELANDER WI 54501

# ONEIDA COUNTY - STATE OF WISCONSIN
# PROPERTY TAX BILL FOR 2025
# REAL ESTATE

JAMES, ROGER M
JAMES, THERESA M

**Parcel Number: ST-510**
**Bill Number: 360885**

**Important:** Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description. See reverse side for important information.

360885/ST-510
ROGER M JAMES
THERESA M JAMES
4484 CLOVER LN
RHINELANDER WI 54501

**Location of Property/Legal Description**
Sec. 34, T37N, R10E
Doc 693098/650831 PT SE NE, NE NE, NW NE & SW NE 40A
PCL 2 SM B6628
40.000 ACRES

Please inform treasurer of address changes.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT. RATIO | NET ASSESSED VALUE RATE | NET PROPERTY TAX |
|---|---|---|---|---|---|
| 18,500 | 0 | 18,500 | 0.594547924 | 0.01542536 (Does NOT reflect credits) | 285.36 |

| ESTIMATED FAIR MARKET VALUE LAND | ESTIMATED FAIR MARKET VALUE IMPROVEMENTS | TOTAL ESTIMATED FAIR MARKET VALUE | A star in this box means unpaid prior year taxes. | School taxes also reduced by school levy tax credit |
|---|---|---|---|---|
| 44,700 | See Reverse, Use Value Assessment | 44,700 | ☐ | 39.84 |

| TAXING JURISDICTION | 2024 EST. STATE AIDS ALLOCATED TAX DIST. | 2025 EST. STATE AIDS ALLOCATED TAX DIST. | 2024 NET TAX | 2025 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| ONEIDA COUNTY | 18,842 | 19,452 | 44.64 | 46.84 | 4.9% |
| TOWN OF STELLA | 155,980 | 165,314 | 36.58 | 37.04 | 1.3% |
| RHINELANDER SC DIS | 419,151 | 421,762 | 168.23 | 197.48 | 17.4% |
| NICOLET COLLEGE | 84,144 | 84,306 | 3.76 | 4.00 | 6.4% |
| **TOTAL** | **678,117** | **690,834** | **253.21** | **285.36** | **12.7%** |
| **FIRST DOLLAR CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **LOTTERY AND GAMING CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **NET PROPERTY TAX** | | | **253.21** | **285.36** | **12.7%** |

**TOTAL DUE: $285.36**
**FOR FULL PAYMENT**
**PAY BY:**
**JANUARY 31, 2026**

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

**FOR INFORMATION PURPOSES ONLY • Voter Approved Temporary Tax Increases**

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|
| RHINELANDER SC DIS | 140,311 | 31.24 | 2026 |
| RHINELANDER SC DIS | 105,233 | 23.43 | 2028 |

PAY 1ST INSTALLMENT OF: $143.36

**BY JANUARY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**TOWN OF STELLA**
**4375 STELLA LAKE RD**
**RHINELANDER WI 54501**

**PIN# ST-510**
JAMES, ROGER M
BILL NUMBER: 360885

*INCLUDE THIS STUB WITH YOUR PAYMENT*

PAY 2ND INSTALLMENT OF: $142.00

**BY JULY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**ONEIDA COUNTY TREASURER**
**1 S ONEIDA AVE**
**PO BOX 400**
**RHINELANDER, WI 54501**
**EMAIL: OCTREAS@ONEIDACOUNTYWI.GOV**

**PIN# ST-510**
JAMES, ROGER M
BILL NUMBER: 360885

*INCLUDE THIS STUB WITH YOUR PAYMENT*

TOWN OF STELLA
4375 STELLA LAKE RD
RHINELANDER WI 54501

**ONEIDA COUNTY - STATE OF WISCONSIN**
**PROPERTY TAX BILL FOR 2025**
**REAL ESTATE**

JAMES, ROGER M
JAMES, THERESA M

**Parcel Number: ST-507-2**
**Bill Number: 360883**

**Important:** Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description. See reverse side for important information.

360883/ST-507-2
ROGER M JAMES
THERESA M JAMES
4484 CLOVER LN
RHINELANDER WI 54501

**Location of Property/Legal Description**
**4031 RASMUSSON RD**
Sec. 34, T37N, R10E
Doc 652577/000000 PT NE NE, NW NE & PT SW SE & SE SE S27
40.01A PCL 4 SM B6628 SCRIV ERROR, SEE LIO LETTER
40.010 ACRES

Please inform treasurer of address changes.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT. RATIO | NET ASSESSED VALUE RATE |
|---|---|---|---|---|
| 16,600 | 42,400 | 59,000 | 0.594547924 | 0.01542536 (Does NOT reflect credits) |

| ESTIMATED FAIR MARKET VALUE LAND | ESTIMATED FAIR MARKET VALUE IMPROVEMENTS | TOTAL ESTIMATED FAIR MARKET VALUE | A star in this box means unpaid prior year taxes. | School taxes also reduced by school levy tax credit |
|---|---|---|---|---|
| 22,900 | See Reverse, Use Value Assessment 71,300 | 94,200 | | 127.05 |

**NET PROPERTY TAX** 841.46
POWTS MAINTENANCE PROGRAM FEE 5.00

| TAXING JURISDICTION | 2024 EST. STATE AIDS ALLOCATED TAX DIST. | 2025 EST. STATE AIDS ALLOCATED TAX DIST. | 2024 NET TAX | 2025 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| ONEIDA COUNTY | 18,842 | 19,452 | 143.72 | 149.39 | 3.9% |
| TOWN OF STELLA | 155,980 | 165,314 | 117.78 | 118.14 | 0.3% |
| RHINELANDER SC DIS | 419,151 | 421,762 | 541.67 | 629.81 | 16.3% |
| NICOLET COLLEGE | 84,144 | 84,306 | 12.10 | 12.76 | 5.5% |
| **TOTAL** | **678,117** | **690,834** | **815.27** | **910.10** | **11.6%** |
| **FIRST DOLLAR CREDIT** | | | **-67.64** | **-68.64** | **1.5%** |
| **LOTTERY AND GAMING CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **NET PROPERTY TAX** | | | **747.63** | **841.46** | **12.6%** |

**TOTAL DUE: $846.46**
**FOR FULL PAYMENT PAY BY:**
**JANUARY 31, 2026**

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

**FOR INFORMATION PURPOSES ONLY • Voter Approved Temporary Tax Increases**

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends | Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|---|---|---|---|
| RHINELANDER SC DIS | 140,311 | 99.63 | 2026 | | | | |
| RHINELANDER SC DIS | 105,233 | 74.72 | 2028 | | | | |

PAY 1ST INSTALLMENT OF: $426.46

**BY JANUARY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**TOWN OF STELLA**
**4375 STELLA LAKE RD**
**RHINELANDER WI 54501**

**PIN# ST-507-2**
JAMES, ROGER M
BILL NUMBER: 360883

*INCLUDE THIS STUB WITH YOUR PAYMENT*

PAY 2ND INSTALLMENT OF: $420.00

**BY JULY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**

**ONEIDA COUNTY TREASURER**
**1 S ONEIDA AVE**
**PO BOX 400**
**RHINELANDER, WI 54501**
**EMAIL: OCTREAS@ONEIDACOUNTYWI.GOV**

**PIN# ST-507-2**
JAMES, ROGER M
BILL NUMBER: 360883

*INCLUDE THIS STUB WITH YOUR PAYMENT*

TOWN OF STELLA
4375 STELLA LAKE RD
RHINELANDER WI 54501

**ONEIDA COUNTY - STATE OF WISCONSIN**
**PROPERTY TAX BILL FOR 2025**
**REAL ESTATE**

JAMES, ROGER M
JAMES, THERESA M

**Parcel Number: ST-507**
**Bill Number: 360882**

**Important:** Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description. See reverse side for important information.

**Location of Property/Legal Description**
Sec. 34, T37N, R10E
Doc 666407/405957 PT NE NE & NWNE 40A PCL 3 SM B6628
40.000 ACRES

360882/ST-507
ROGER M JAMES
THERESA M JAMES
4484 CLOVER LN
RHINELANDER WI 54501

Please inform treasurer of address changes.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT. RATIO | NET ASSESSED VALUE RATE | NET PROPERTY TAX |
|---|---|---|---|---|---|
| 19,100 | 6,000 | 25,100 | 0.594547924 | 0.01542536 (Does NOT reflect credits) | 318.55 |
| **ESTIMATED FAIR MARKET VALUE LAND** | **ESTIMATED FAIR MARKET VALUE IMPROVEMENTS** | **TOTAL ESTIMATED FAIR MARKET VALUE** | ☐ A star in this box means unpaid prior year taxes. | School taxes also reduced by school levy tax credit | |
| 43,200 | See Reverse, Use Value Assessment 10,100 | 53,300 | | 54.05 | |

| TAXING JURISDICTION | 2024 EST. STATE AIDS ALLOCATED TAX DIST. | 2025 EST. STATE AIDS ALLOCATED TAX DIST. | 2024 NET TAX | 2025 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| ONEIDA COUNTY | 18,842 | 19,452 | 60.82 | 63.56 | 4.5% |
| TOWN OF STELLA | 155,980 | 165,314 | 49.85 | 50.26 | 0.8% |
| RHINELANDER SC DIS | 419,151 | 421,762 | 229.24 | 267.94 | 16.9% |
| NICOLET COLLEGE | 84,144 | 84,306 | 5.12 | 5.43 | 6.1% |
| **TOTAL** | **678,117** | **690,834** | **345.03** | **387.19** | **12.2%** |
| **FIRST DOLLAR CREDIT** | | | **-67.64** | **-68.64** | **1.5%** |
| **LOTTERY AND GAMING CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **NET PROPERTY TAX** | | | **277.39** | **318.55** | **14.8%** |

**TOTAL DUE: $318.55**
**FOR FULL PAYMENT PAY BY:**
**JANUARY 31, 2026**

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

**FOR INFORMATION PURPOSES ONLY • Voter Approved Temporary Tax Increases**

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends | Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|---|---|---|---|
| RHINELANDER SC DIS | 140,311 | 42.38 | 2026 | | | | |
| RHINELANDER SC DIS | 105,233 | 31.79 | 2028 | | | | |

PAY 1ST INSTALLMENT OF: $159.55

**BY JANUARY 31, 2026**

AMOUNT ENCLOSED ______________

**MAKE CHECK PAYABLE AND MAIL TO:**

**TOWN OF STELLA**
**4375 STELLA LAKE RD**
**RHINELANDER WI 54501**

**PIN# ST-507**
JAMES, ROGER M
BILL NUMBER: 360882

*INCLUDE THIS STUB WITH YOUR PAYMENT*

PAY 2ND INSTALLMENT OF: $159.00

**BY JULY 31, 2026**

AMOUNT ENCLOSED ______________

**MAKE CHECK PAYABLE AND MAIL TO:**

**ONEIDA COUNTY TREASURER**
**1 S ONEIDA AVE**
**PO BOX 400**
**RHINELANDER, WI 54501**
**EMAIL: OCTREAS@ONEIDACOUNTYWI.GOV**

**PIN# ST-507**
JAMES, ROGER M
BILL NUMBER: 360882

*INCLUDE THIS STUB WITH YOUR PAYMENT*

TOWN OF STELLA
4375 STELLA LAKE RD
RHINELANDER WI 54501

**ONEIDA COUNTY - STATE OF WISCONSIN**
**PROPERTY TAX BILL FOR 2025**
**REAL ESTATE**

JAMES, ROGER M
JAMES, THERESA M

**Parcel Number: ST-420-2**
**Bill Number: 360722**

**Important:** Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description. See reverse side for important information.

360722/ST-420-2
ROGER M JAMES
THERESA M JAMES
4484 CLOVER LN
RHINELANDER WI 54501

**Location of Property/Legal Description**
**4049 RASMUSSON RD**
Sec. 27, T37N, R10E
Doc 751009/712978 PT SE SE & SW SE PCL 5 SM B7250 SEE DOC 712977 FOR CORR DES 39.92CA/-SA
39.920 ACRES

Please inform treasurer of address changes.

| ASSESSED VALUE LAND | ASSESSED VALUE IMPROVEMENTS | TOTAL ASSESSED VALUE | AVERAGE ASSMT. RATIO | NET ASSESSED VALUE RATE | NET PROPERTY TAX |
|---|---|---|---|---|---|
| 15,400 | 19,800 | 35,200 | 0.594547924 | 0.01542536 (Does NOT reflect credits) | 474.33 |
| **ESTIMATED FAIR MARKET VALUE LAND** | **ESTIMATED FAIR MARKET VALUE IMPROVEMENTS** | **TOTAL ESTIMATED FAIR MARKET VALUE** | ☐ A star in this box means unpaid prior year taxes. | School taxes also reduced by school levy tax credit | |
| 22,600 | See Reverse, Use Value Assessment 33,300 | 55,900 | | 75.80 | |

| TAXING JURISDICTION | 2024 EST. STATE AIDS ALLOCATED TAX DIST. | 2025 EST. STATE AIDS ALLOCATED TAX DIST. | 2024 NET TAX | 2025 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| ONEIDA COUNTY | 18,842 | 19,452 | 85.60 | 89.13 | 4.1% |
| TOWN OF STELLA | 155,980 | 165,314 | 70.15 | 70.48 | 0.5% |
| RHINELANDER SC DIS | 419,151 | 421,762 | 322.60 | 375.75 | 16.5% |
| NICOLET COLLEGE | 84,144 | 84,306 | 7.21 | 7.61 | 5.5% |
| **TOTAL** | **678,117** | **690,834** | **485.56** | **542.97** | **11.8%** |
| **FIRST DOLLAR CREDIT** | | | **-67.64** | **-68.64** | **1.5%** |
| **LOTTERY AND GAMING CREDIT** | | | **0.00** | **0.00** | **0.0%** |
| **NET PROPERTY TAX** | | | **417.92** | **474.33** | **13.5%** |

**TOTAL DUE: $474.33**
**FOR FULL PAYMENT PAY BY:**
**JANUARY 31, 2026**

**Warning:** If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.
**Failure to pay on time. See reverse.**

**FOR INFORMATION PURPOSES ONLY • Voter Approved Temporary Tax Increases**

| Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends | Taxing Jurisdiction | Total Additional Taxes | Total Additional Taxes Applied to Property | Year Increase Ends |
|---|---|---|---|---|---|---|---|
| RHINELANDER SC DIS | 140,311 | 59.44 | 2026 | | | | |
| RHINELANDER SC DIS | 105,233 | 44.58 | 2028 | | | | |

PAY 1ST INSTALLMENT OF: $237.33

**BY JANUARY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**
**TOWN OF STELLA**
**4375 STELLA LAKE RD**
**RHINELANDER WI 54501**

**PIN# ST-420-2**
JAMES, ROGER M
BILL NUMBER: 360722

***INCLUDE THIS STUB WITH YOUR PAYMENT***

PAY 2ND INSTALLMENT OF: $237.00

**BY JULY 31, 2026**

AMOUNT ENCLOSED ____________

**MAKE CHECK PAYABLE AND MAIL TO:**
**ONEIDA COUNTY TREASURER**
**1 S ONEIDA AVE**
**PO BOX 400**
**RHINELANDER, WI 54501**
**EMAIL: OCTREAS@ONEIDACOUNTYWI.GOV**

**PIN# ST-420-2**
JAMES, ROGER M
BILL NUMBER: 360722

***INCLUDE THIS STUB WITH YOUR PAYMENT***

# EXHIBIT B

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS:

Seller, hereby conveys to Buyer, for a good and valuable consideration, all of Seller's interest in the personal property identified in the space below.

**PERSONAL PROPERTY SCHEDULE:**

**ALL TREES STANDING AND FALLEN**

Seller hereby warrants and represents that Seller owns said personal property free and clear of all liens and encumbrances, that Seller has good right to sell the same and Seller will warrant and defend the same against the lawful claims and demands of all persons, except:

None

**Dated this 20th day of August, 2007.**

_________________________ (SEAL)
**Jerome E. Kuczmarski**

_________________________ (SEAL)
**Thomas R. Kuczmarski**

# Northwoods Title & Closing Services, LLC

229 South Third Street • P.O. Box 877
Eagle River, Wisconsin 54521
Closing Phone: (715) 479-1854 • Office Phone: (715) 479-6459
Fax: (715) 479-7482

**CLOSING DISBURSEMENT AGREEMENT**

TO: Northwoods Title & Closing Services, LLC

RE: **32362SP**

Date: August 20th, 2007

RE: **Parcel 4 Rasmusson Road**
**Rhinelander, WI 54501**

1. The undersigned seller(s) and buyer(s) hereby authorize the transfer of earnest money to you and direct you to make disbursements for the subject transaction, pursuant to the attached closing statement.

2. The undersigned buyer(s) and seller(s) directs you to make such disbursements only when you are in the position to issue your ALTA Owner's Title Insurance Policy insuring the fee simple title of the buyer(s), subject only to the following:

   A. General Taxes for the Year(s) 2007 and thereafter.

   B. The Schedule B-2 exceptions: not removed in conjunction with closing.

   C. The mortgage made by the buyer(s) as a part of this transaction and any other matters created or assumed by buyer(s).

3. Seller(s) agrees to pay any additional sums required at a later date because of:

   A. Delays outside your control in delivering lien or loan payoffs;

   B. Adjustments made to verbal payoffs which you are relying on;

   C. Adjustments to payoffs made as a result of the payee's final audit. Seller represents that payoff information for any "line of credit" or "homequity" loan is accurate and that seller(s) have not and will not take any action which would increase the principal indebtedness of the loan.

4. The buyer(s) and seller(s) herein acknowledge that Northwoods Title & Closing Services, LLC represents them as a disbursing agent only and is not a substitute for qualified legal counsel.

Jerome E. Kuczmarski [signature]
Jerome E. Kuczmarski

Thomas R. Kuczmarski [signature]
Thomas R. Kuczmarski

Roger M. James [signature]
Roger M. James

Theresa M. James [signature]
Theresa M. James

Sally S. Schauss [signature]
Sally S. Schauss
Closing Agent

# Northwoods Title & Closing Services, LLC

## Construction Work and Tenants Affidavit

1. I am the Owner of the property (the Property) described in commitment number **32362SP** issued by **Security Union Title Insurance Company**.

2. Construction work. ***(check one box)***

☐ Repair or construction work **has not** been done on the Property in the past six months.

☐ Repair or construction work **has** been done on the Property in the past six months. The total dollar amount of the work is approximately $ . All of the people who supplied labor or material are listed below. All lien waivers I collected from these people are stapled to this affidavit.

| Type of work | Contractor name | Dollar amount of work | Date of work |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

3. **Tenants.** The following tenants and renters occupy the Property: ***(check one box)***

☐ There are **no** tenants.

☐ There are tenants, but all have left the Property or **will leave** as of closing.

☐ One or more tenants **will stay** after this sale is closed. Their names are:

I give this affidavit to persuade **SECURITY UNION TITLE INSURANCE COMPANY** to issue its policy or policies of title insurance. I agree to indemnify **Security Union Title Insurance Company** against loss caused by inaccuracies or omissions in the above information of which I am aware.

Dated this **20th** day of **August, 2007** (year).

**OWNER**

*Jerome E. Kuczmarski* (signature)

**Jerome E. Kuczmarski**

*Thomas R. Kuczmarski* (signature)

**Thomas R. Kuczmarski**

Subscribed and sworn to before me this

14th day of August, 2007 (year).

*Theresa L. Molander* (signature)

Notary Public, Oneida County, Wisconsin.

My commission (expires) (~~is permanent~~): 1-17-2010

Northwoods [illegible] Closing Services, LLC
P.O. Box 877 229 South Third Street
Eagle River, WI 54521
(715) 479-1854

# BUYER'S CLOSING STATEMENT
## FINAL

Escrow No: **32362SP-001-SSS**
Close Date: **08/20/2007**
Proration Date: **08/20/2007**
Date Prepared: **08/10/2007**

Buyer: **Roger M. James**
**Theresa M. James**

Property Address: **Parcel 4 Rasmusson Road**
**Rhinelander, WI 54501**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | 77,000.00 | |
| Deposit/Earnest Money | | 1,000.00 |
| **RECORDING FEES:** | | |
| Recording Fee to Register of Deeds | 13.00 | |
| Deed: 2 pages @ $13.00 | | |
| **Sub Totals** | 77,013.00 | 1,000.00 |
| **Balance Due From Buyer** | | 76,013.00 |
| **Totals** | 77,013.00 | 77,013.00 |

THIS STATEMENT IS ACCEPTED AS CORRECT

Roger M. James [signature]
Roger M. James

Theresa M James [signature]
Theresa M. James

Northwoods Title & Closing Services, LLC
P.O. Box 877 229 South Third Street
Eagle River, WI 54521
(715) 479-1854

# SELLER'S CLOSING STATEMENT
## FINAL

Seller: **Jerome E. Kuczmarski**
**Thomas R. Kuczmarski**

Escrow No: **32362SP-001-SSS**
Close Date: **08/20/2007**
Proration Date: **08/20/2007**
Date Prepared: **08/13/2007**

Property Address: **Parcel 4 Rasmusson Road**
**Rhinelander, WI 54501**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | | 77,000.00 |
| **COMMISSIONS:** | | |
| Commission | 6,890.00 | |
| **$6,890.00** to First Weber Group | | |
| **TITLE CHARGES:** | | |
| Title Insurance Fees to Northwoods Title & Closing Services, LLC | 75.00 | |
| Doc Prep Fee to Northwoods Title & Closing Services, LLC | 70.00 | |
| Increase Master Policy to Northwoods Title & Closing Services, LLC | 269.50 | |
| **RECORDING FEES:** | | |
| State Tax/Stamps to Register of Deeds | 231.00 | |
| State Deed: $231.00 | | |
| **Sub Totals** | 7,535.50 | 77,000.00 |
| **Proceeds Due Seller** | 69,464.50 | |
| **Totals** | 77,000.00 | 77,000.00 |

THIS STATEMENT IS ACCEPTED AS CORRECT

[signature] Jerome E. Kuczmarski

[signature] Thomas R. Kuczmarski

DOCUMENT NO.

STATE BAR OF WISCONSIN FORM 1-1982

**WARRANTY DEED**

**THIS DEED** made between **Jerome E. Kuczmarski and Thomas R. Kuczmarski** ("Grantor") and **Roger M. James and Theresa M. James, husband and wife as survivorship marital property** ("Grantee"), **WITNESSETH**, that the said Grantor, for valuable consideration conveys to Grantee the following described real estate in **ONEIDA** County, State of Wisconsin:

RETURN TO

**Northwoods Title & Closing Services, LLC**
**229 South Third Street**
**Eagle River, WI 54521**
32362SP

Tax Parcel No: **ST 507 ST508 ST420 ST419**

**See Exhibit A attached hereto and made a part hereof.**

This **is not** homestead property.
is not

Together with all and singular the hereditaments and appurtenances thereunto belonging;

And Grantor(s) warrants that the title is good, indefeasible in fee simple and free and clear of encumbrances except SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, CONDITIONS, COVENANTS AND PUBLIC OR PRIVATE RIGHTS OF RECORD.

Dated this **20th** day of **August, 2007**.

_______________ (SEAL) Jerome E Kuczmarski (SEAL)
* _______________ ***Jerome E. Kuczmarski**

_______________ (SEAL) Thomas R. Kuczmarski (SEAL)
* _______________ ***Thomas R. Kuczmarski**

**AUTHENTICATION**

Signature(s) _______________

authenticated this **20th** day of **August, 2007**

* _______________

**ACKNOWLEDGMENT**

STATE OF WISCONSIN } ss.
Oneida County

Personally came before me this 14th day of August ,

**Exhibit A**

**DESCRIPTION TO ACCOMPANY MAP # 10992**

**Parcel 4:**

**A parcel of land located in part the NE 1/4 of the NE 1/4, the NW 1/4 of the NE 1/4, Section 34, and the SE 1/4 of the SE 1/4, the SW 1/4 of the SE 1/4, Section 27, all in Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin described as follows:**

**Commencing at the South 1/4 corner of said Section 27 marked by an Oneida County monument and POINT OF BEGINNING. Thence S 88° 04' 37" E a distance of 2683.35 feet to an iron pipe on the Westerly right line of Rasmusson Road, thence along said right of way line S 00° 49' 56" W a distance of 288.00 feet to an iron pipe, thence S 01° 28' 01" W a distance of 366.74 feet to a chiseled "X" in a large boulder, thence leaving said right of way line N 87° 51' 29" W a distance of 2679.47 feet to an iron pipe, thence N 00° 05' 12" E a distance of 644.49 feet to the POINT OF BEGINNING.**

STAPLE ATTACHMENTS HERE

# Wisconsin Real Estate Transfer Return – Confidential

To complete see *Instructions for Real Estate Transfer Return PE-500A.*

Submit original form to Register of Deeds with document(s) to be recorded. Completely fill in all appropriate areas. **TYPE or PRINT clearly in BLACK INK, and use ALL UPPERCASE LETTERS.** If typing form, type through vertical character lines.

## I. GRANTOR (Seller)

X If more than ONE (1) grantor, check box at left and list on attached addendum. Note: Lines 67-72 must be completed with grantor's address.

1. Your Last Name or Company Name — Note: For this purpose a married couple is one grantor if same last name (see line 2).

KUCZMARSKI

2. Your First Name(s) and Middle Initial(s) – If a married couple, show both first names and middle initials.

JEROME E.

3. Social Security Number or FEIN

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

## II. GRANTEE (Buyer)

If more than ONE (1) grantee, check box at left and list on attached addendum.

4. Your Last Name or Company Name — Note: For this purpose a married couple is one grantee if same last name (see line 5).

JAMES

5. Your First Name(s) and Middle Initial(s) – If a married couple, show both first names and middle initials.

ROGER M. & THERESA M.

6. Social Security Number or FEIN

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

7. Street or Fire Number, if any: 4484

7a. Street Name, PO Box, or Other Address (enter "PO Box" and Box Number): CLOVER LANE

8. City: RHINELANDER

9. State: WI

10. Zip Code: 54501

TO RECEIVE TAX BILL AT ANOTHER ADDRESS, check here and complete Section X, page 2.

## III. PROPERTY TRANSFERRED

11. Indicate: City / Village / X Town → Check if additional parcels and list on attached addendum.

12. Name of the City/Village/Town: STELLA

13. County Name: ONEIDA

14. Physical Property Address or Road Address (description)

PARCEL 4 RASMUSSON ROAD

15. Tax Parcel Number as it appears on Property Tax bill (see instructions)

PRT ST 507 PRT ST508 PRT ST 420 PRT ST 419

16. Property Description: lot – block – plat, Certified Survey Map (CSM), or other designation; if description will not fit here, add attachment (see instructions)

17a. Section (primary): 27

17b. Township (primary): 37

17c. Range (primary): 10

X Check here if more than one lot and block, or if legal description is metes and bounds or certified survey map; attach legal description as an addendum (see instructions).

## IV. COMPUTATION OF FEE OR STATEMENT OF EXEMPTION

18. Total value of REAL ESTATE transferred (round up to the nearest $100): $ 77000 IN WHOLE DOLLARS

19. Transfer fee due (line 18 X .003): $ 231 DOLLARS 00 CENTS

20. Transfer Exemption Number, SEC 77.25

20a. If you enter "003" or "017," it is mandatory to provide your previous document number.

20b. Date of Original Land Contract — MONTH DAY YEAR

21. Value of personal property transferred but EXCLUDED from line 18. $ IN WHOLE DOLLARS

22. Value of property exempt from local property tax INCLUDED on line 18. $ IN WHOLE DOLLARS

## V. TO BE COMPLETED BY AUTHORIZED COUNTY/LOCAL OFFICIAL

23. Document Number

24. Volume/Jacket

25. Page/Image

26. Date Recorded — MONTH DAY YEAR

27. Date of Conveyance — MONTH DAY YEAR

28. Conveyance Code — Warranty/Condo Deed — Land Contract — Quit Claim Deed — Other (explain) →

29. County (1)

30. Municipality (1)

31. County (2)

32. Municipality (2)

Check if more than two (2) municipalities; If so, refer to instructions →

33. Is this a split parcel? (see instructions) Yes No

34. Enter number of acres for each parcel classification and check a preceding box to show predominant classification.

1 (Residential) 1 — 2 (Commercial) 2 — 3 (Manufacturing) 3 — 4 (Agricultural) 4 — 5 (Swamp&Waste) 5 — 6 (Forest) 6 — 7 (Other) 7

35. Assessment Year

36. Land $

37. Improvements $

38. Total Assessment $



Continued →

# Wisconsin Real Estate Transfer Return

## VI. TRANSFER

39. Grantor/Grantee relationship is: X None | Partnership | Family | Financial | Corp./Shareholder/Subsidiary | Other → | If Family or Other, Explain

40. Type of Transfer: X Sale (includes original land contract) | Exchange | Gift | Deed in satisfaction of land contract | Other (explain) →

41. Ownership interest transferred: X Full | Partial (explain) | Other (explain) →

Ownership interest transferred may be a full interest of a full ownership; a full interest of a partial ownership; or other (explain).

42. Does grantor retain any of the following rights? X None | Life Estate | Easement | Other (explain) →

43. Grantor is: X Individual | Corporation | Trust | Partnership | Limited Liability Company | Other (specify) →

## VII. GRANTEE'S FINANCING

44. Check ALL boxes for all financing types that apply: X Financial institution–Conventional | Financial institution–Government | Obtained from seller | Assumed existing financing | Other 3rd party financing | No financing involved

## VIII. PHYSICAL DESCRIPTION AND GRANTEE'S PRIMARY USE OF PROPERTY

45. Type of Property: X Land only | Condominium | Land and building(s) | Other (specify) →

46a. Predominant Use: X Single family | Multi-family → | No. of Units | Time Share Unit | Agricultural, if so, did the grantor own property for less than 5 years? → Yes No | Commercial | Miscellaneous | Utility | Manufacturing/Telephone Company

If any boxes at left are checked, explain use here ↓

46b. Check if Grantee's Primary Residence

47. Estimated land area — If condominium, check here and proceed to line 50.

47a. Lot Size (ROUND TO NEAREST WHOLE FOOT): FEET X FEET OR

47b. Total Acres: 40 (ROUND TO TENTH OF AN ACRE)

48. MFL/PFC/WTL Acres: 01 (ROUND TO NEXT WHOLE ACRE)

49. Feet of Water Frontage: N/A

## IX. ENERGY

50. Is this property subject to the Residential Rental Weatherization Standards, COMM67? Yes | X No (if No, provide exclusion code) →

51. Exclusion Code → W- 7 | If W-11, attach explanation

52. If W-12 provide document number where recorded

## X. CERTIFICATION

—We declare under penalty of law, this return has been examined by us and to the best of our knowledge and belief it is true, correct and complete.

53. Agent for: Grantor | Grantee

54. Agent's Name (if agent involved in sale)

55. Telephone Number — AREA CODE

56. Street or Fire Number, if any

56a. Street name, PO Box, or other address (enter "PO Box" and box number)

57. City | 58. State | 59. Zip Code

60. Preparer's Name or Firm Name: NORTHWOODS TITLE & CLOSING SERVICES LLC.

61. Telephone Number: 715-362-8780 (AREA CODE)

**SEND TAX BILL TO:** 62. Name

63. Street or Fire Number, if any

63a. Street Name, PO Box, or Other Address (enter "PO Box" and Box Number)

64. City | 65. State | 66. Zip Code

67. Grantor's Street or Fire Number, if any: 2777

67a. Grantor (where grantor can be reached in the future) Street Name, PO Box, or Other Address (enter "PO Box" and Box Number): COUNTY HWY C

68. City: RHINELANDER | 69. State: WI | 70. Zip Code: 54501

71. Dated: 08/20/2007 (MONTH DAY YEAR) | 72. Telephone Number: 715-369-0447 (AREA CODE)

74. Dated: 08/20/2007 (MONTH DAY YEAR) | 75. Telephone Number: 715-369-2207 (AREA CODE)

73. Signature of Grantor or Grantor's Agent (PLEASE ATTEMPT TO KEEP SIGNATURE WITHIN BOX): Thomas R Kernt [signature]

76. Signature of Grantee or Grantee's Agent (PLEASE ATTEMPT TO KEEP SIGNATURE WITHIN BOX): Roger U Hawes [signature]

# Northwoods Title & Closing Services, LLC

P.O. Box 877 229 South Third Street
Eagle River, WI 54521
(715) 479-1854

## BUYER'S CLOSING STATEMENT
## FINAL

Buyer: **Roger M. James**
**Theresa M. James**

Escrow No: **32902SP-**
Close Date: **07/30/2008**
Proration Date: **07/30/2008**

Property Address: **Rassmussen Road**
**Rhinelander, WI**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | 77,000.00 | |
| Deposit/Earnest Money | | 100.00 |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes From 1/1/2008 To 7/30/2008 | | 238.03 |
| Based on Annual amount of $412.88 | | |
| **RECORDING FEES:** | | |
| Recording Fee to Register of Deeds | 13.00 | |
| Deed: 2 pages @ $13.00 | | |
| **Sub Totals** | 77,013.00 | 338.03 |
| **Balance Due From Buyer** | | 76,674.97 |
| **Totals** | 77,013.00 | 77,013.00 |

THIS STATEMENT IS ACCEPTED AS CORRECT

Roger M. James

Theresa M. James

# Northwoods Title & Closing Services, LLC

315 S. Oneida Avenue, Suite 103
Rhinelander, Wisconsin 54501
Phone: (715) 362-8780 • Fax: (715) 362-8785

## CLOSING DISBURSEMENT AGREEMENT

TO: Northwoods Title & Closing Services, LLC

RE: **32902SP**

Date: July 30th, 2008

RE: **Rassmussen Road**
**Rhinelander, WI**

1. The undersigned seller(s) and buyer(s) hereby authorize the transfer of earnest money to you and direct you to make disbursements for the subject transaction, pursuant to the attached closing statement.

2. The undersigned buyer(s) and seller(s) directs you to make such disbursements only when you are in the position to issue your ALTA Owner's Title Insurance Policy insuring the fee simple title of the buyer(s), subject only to the following:

   A. General Taxes for the Year(s) 2008 and thereafter.

   B. The Schedule B-2 exceptions: not removed in conjunction with closing.

   C. The mortgage made by the buyer(s) as a part of this transaction and any other matters created or assumed by buyer(s).

3. Seller(s) agrees to pay any additional sums required at a later date because of:

   A. Delays outside your control in delivering lien or loan payoffs;

   B. Adjustments made to verbal payoffs which you are relying on;

   C. Adjustments to payoffs made as a result of the payee's final audit. Seller represents that payoff information for any "line of credit" or "homequity" loan is accurate and that seller(s) have not and will not take any action which would increase the principal indebtedness of the loan.

4. The buyer(s) and seller(s) herein acknowledge that Northwoods Title & Closing Services, LLC represents them as a disbursing agent only and is not a substitute for qualified legal counsel.

[signature]
**Jerome E. Kuczmarski**

[signature]
**Roger M. James**

[signature]
**Thomas R. Kuczmarski**

[signature]
**Theresa M. James**

[signature]
Nicole M. Bartz
Closing Agent

# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS:

Seller, hereby conveys to Buyer, for a good and valuable consideration, all of Seller's interest in the personal property identified in the space below.

**PERSONAL PROPERTY SCHEDULE:**

ALL TREES, STANDING AND FALLEN

Seller hereby warrants and represents that Seller owns said personal property free and clear of all liens and encumbrances, that Seller has good right to sell the same and Seller will warrant and defend the same against the lawful claims and demands of all persons, except:

None

**Dated this 30th day of July, 2008.**

_______________ (SEAL)
**Jerome E. Kuczmarski**

_______________ (SEAL)
**Thomas R. Kuczmarski**

_______________ (SEAL)

_______________ (SEAL)

# Northwoods Title & Closing Services, LLC

## Construction Work and Tenants Affidavit

1. I am the Owner of the property (the Property) described in commitment number **32902SP** issued by **Security Union Title Insurance Company**.

2. Construction work. ***(check one box)***

☐ Repair or construction work **has not** been done on the Property in the past six months.

☐ Repair or construction work **has** been done on the Property in the past six months. The total dollar amount of the work is approximately $ . All of the people who supplied labor or material are listed below. All lien waivers I collected from these people are stapled to this affidavit.

| Type of work | Contractor name | Dollar amount of work | Date of work |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

3. **Tenants.** The following tenants and renters occupy the Property: ***(check one box)***

☐ There are **no** tenants.

☐ There are tenants, but all have left the Property or **will leave** as of closing.

☐ One or more tenants **will stay** after this sale is closed. Their names are:

I give this affidavit to persuade **SECURITY UNION TITLE INSURANCE COMPANY** to issue its policy or policies of title insurance. I agree to indemnify **Security Union Title Insurance Company** against loss caused by inaccuracies or omissions in the above information of which I am aware.

Dated this **30th** day of **July, 2008** (year).

**OWNER**

Jerome E. Kuczmarski (signature)

**Jerome E. Kuczmarski**

Thomas R. Kuczmarski (signature)

**Thomas R. Kuczmarski**

Subscribed and sworn to before me this

30 day of **July, 2008** (year).

(signature)

Notary Public, **Oneida** County, Wisconsin.
My commission (expires) (is permanent): 10\30\2011

DOCUMENT NO.

STATE BAR OF WISCONSIN FORM 1-1982

**WARRANTY DEED**

**THIS DEED** made between **Jerome E. Kuczmarski and Thomas R. Kuczmarski, both married individuals** ("Grantor") and **Roger M. James and Theresa M. James, husband and wife, as survivorship marital property** ("Grantee"),

**WITNESSETH**, that the said Grantor, for valuable consideration conveys to Grantee the following described real estate in **ONEIDA** County, State of Wisconsin:

RETURN TO

**Northwoods Title & Closing Services, LLC**

**229 South Third Street**

**Eagle River, WI 54521**

32902SP

Tax Parcel No: **ST 507 and ST 508**

**See Exhibit A attached hereto and made a part hereof.**

This **is not** homestead property.
is not

Together with all and singular the hereditaments and appurtenances thereunto belonging;

And Grantor(s) warrants that the title is good, indefeasible in fee simple and free and clear of encumbrances except SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, CONDITIONS, COVENANTS AND PUBLIC OR PRIVATE RIGHTS OF RECORD.

Dated this **30th** day of **July, 2008**.

______________________ (SEAL) [signature] (SEAL)

* ______________________ ***Jerome E. Kuczmarski**

______________________ (SEAL) [signature] (SEAL)

* ______________________ ***Thomas R. Kuczmarski**

**AUTHENTICATION**

Signature(s) ______________________

authenticated this ____ day of ________, 2008

*

**ACKNOWLEDGMENT**

STATE OF WISCONSIN } ss.

**Oneida** County

Personally came before me this 30 day of July, 2008 the

# Exhibit A

PARCEL "3"

A parcel of land located in part the NE 1/4 of the NE 1/4, and the NW 1/4 of the NE 1/4, Section 34, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin, described as follows:

Commencing at the East 1/4 corner of said Section 34 marked by a mag. nail; thence N 87° 52' 51" W a distance of 58.55 feet to an iron pipe on the Westerly right of way line of Rasmussen Road; thence along said right of way line N 00° 43' 24" E a distance of 523.51 feet to an iron pipe; thence N 02° 17' 07" W a distance of 294.24 feet to an iron pipe; thence N 02° 14' 39" W a distance of 250.66 feet to an iron pipe; thence N 01° 02' 19" E a distance 248.51 feet to an iron pipe and POINT OF BEGINNING; thence leaving said right of way line
N 87° 51' 29" W a distance of 2668.64 feet to an iron pipe; thence N 00° 05' 12" E a distance of 652.01 feet to an iron pipe; thence S 87° 51' 29" E a distance of 2679.47 feet to a chiseled "X" on a large boulder on the Westerly right of way line of Rasmussen Road; thence along said right of way line S 01° 02' 19" W a distance of 651.71 feet to the POINT OF BEGINNING.

STAPLE ATTACHMENTS HERE

# Wisconsin Real Estate Transfer Return – Confidential

To complete see *Instructions for Real Estate Transfer Return PE-500A*.
Submit original form to Register of Deeds with document(s) to be recorded. Completely fill in all appropriate areas. **TYPE or PRINT clearly in BLACK INK, and use ALL UPPERCASE LETTERS.** If typing form, type through vertical character lines.

## I. GRANTOR (Seller)

X If more than ONE (1) grantor, check box at left and list on attached addendum. Note: Lines 67-72 must be completed with grantor's address.

1. Your Last Name or Company Name — Note: For this purpose a married couple is one grantor if same last name (see line 2).
KUCZMARSKI

2. Your First Name(s) and Middle Initial(s) – If a married couple, show both first names and middle initials.
JEROME E.

3. Social Security Number or FEIN
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

## II. GRANTEE (Buyer)

If more than ONE (1) grantee, check box at left and list on attached addendum.

4. Your Last Name or Company Name — Note: For this purpose a married couple is one grantee if same last name (see line 5).
JAMES

5. Your First Name(s) and Middle Initial(s) – If a married couple, show both first names and middle initials.
ROGER M. AND THERESA M.

6. Social Security Number or FEIN
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

7. Street or Fire Number, if any: 4484
7a. Street Name, PO Box, or Other Address (enter "PO Box" and Box Number): CLOVER LANE
8. City: RHINELANDER
9. State: WI
10. Zip Code: 54501

TO RECEIVE TAX BILL AT ANOTHER ADDRESS, check here and complete Section X, page 2.

## III. PROPERTY TRANSFERRED

11. Indicate: City Village X Town →

Check if additional parcels and list on attached addendum.

12. Name of the City/Village/Town: STELLA
13. County Name: ONEIDA
14. Physical Property Address or Road Address (description): RASMUSSEN ROAD
15. Tax Parcel Number as it appears on Property Tax bill (see instructions): ST 507 AND ST 508
16. Property Description: lot – block – plat, Certified Survey Map (CSM), or other designation; if description will not fit here, add attachment (see instructions)

17a. Section (primary): 34
17b. Township (primary): 37
17c. Range (primary): 10

X Check here if more than one lot and block, or if legal description is metes and bounds or certified survey map; attach legal description as an addendum (see instructions).

## IV. COMPUTATION OF FEE OR STATEMENT OF EXEMPTION

18. Total value of REAL ESTATE transferred (round up to the nearest $100): $ 77,000.00 IN WHOLE DOLLARS
19. Transfer fee due (line 18 X .003): $ 231 DOLLARS 00 CENTS
20. Transfer Exemption Number, SEC 77.25
20a. If you enter "003" or "017," it is mandatory to provide your previous document number.
20b. Date of Original Land Contract — MONTH DAY YEAR
21. Value of personal property transferred but EXCLUDED from line 18. $ IN WHOLE DOLLARS
22. Value of property exempt from local property tax INCLUDED on line 18. $ IN WHOLE DOLLARS

## V. TO BE COMPLETED BY AUTHORIZED COUNTY/LOCAL OFFICIAL

23. Document Number
24. Volume/Jacket
25. Page/Image
26. Date Recorded — MONTH DAY YEAR
27. Date of Conveyance — MONTH DAY YEAR
28. Conveyance Code — Warranty/Condo Deed — Land Contract — Quit Claim Deed — Other (explain) →
29. County (1)
30. Municipality (1)
31. County (2)
32. Municipality (2)

Check if more than two (2) municipalities; If so, refer to instructions →

33. Is this a split parcel? (see instructions) Yes No

34. Enter number of acres for each parcel classification and check a preceding box to show predominant classification.

| 1 (Residential) | 2 (Commercial) | 3 (Manufacturing) | 4 (Agricultural) | 5 (Swamp&Waste) | 6 (Forest) | 7 (Other) |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

35. Assessment Year
36. Land $
37. Improvements $
38. Total Assessment $

Continued →

# ADDENDUM TO WISCONSIN REAL ESTATE TRANSFER RETURN

| | |
|---|---|
| **GRANTOR** | JEROME E. KUCZMARSKI AND THOMAS R. KUCZMARSKI |
| **GRANTEE** | ROGER M. JAMES |

| | |
|---|---|
| **ADDL. GRANTORS** | THOMAS R. KUCZMARSKI, 3810 PORT AURORA, RHINELANDER, WI 54501<br>SSN #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 |

| | |
|---|---|
| **ADDL. GRANTEES** | |

| | |
|---|---|
| **LEGAL DESCRIPTION** | **PARCEL "3"**<br><br>**A parcel of land located in part the NE 1/4 of the NE 1/4, and the NW 1/4 of the NE 1/4, Section 34, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin, described as follows:**<br><br>**Commencing at the East 1/4 corner of said Section 34 marked by a mag. nail; thence N 87° 52' 51" W a distance of 58.55 feet to an iron pipe on the Westerly right of way line of Rasmussen Road; thence along said right of way line N 00° 43' 24" E a distance of 523.51 feet to an iron pipe; thence N 02° 17' 07" W a distance of 294.24 feet to an iron pipe; thence N 02° 14' 39" W a distance of 250.66 feet to an iron pipe; thence N 01° 02' 19" E a distance 248.51 feet to an iron pipe and POINT OF BEGINNING; thence leaving said right of way line**<br>**N 87° 51' 29" W a distance of 2668.64 feet to an iron pipe; thence N 00° 05' 12" E a distance of 652.01 feet to an iron pipe; thence S 87° 51' 29" E a distance of 2679.47 feet to a chiseled "X" on a large boulder on the Westerly right of way line of Rasmussen Road; thence along said right of way line S 01° 02' 19" W a distance of 651.71 feet to the POINT OF BEGINNING.** |

| | |
|---|---|
| **ADDL. TAX PARCEL #'S** | ST 508 |

# Wisconsin Real Estate Transfer Return

## VI. TRANSFER

39. Grantor/Grantee relationship is: X None | Financial | Partnership | Corp./Shareholder/Subsidiary | Family | Other | If Family or Other, Explain

40. Type of Transfer: X Sale (includes original land contract) | Exchange | Gift | Deed in satisfaction of land contract | Other (explain)

41. Ownership interest transferred: X Full | Partial (explain) | Other (explain)

Ownership interest transferred may be a full interest of a full ownership; a full interest of a partial ownership; or other (explain).

42. Does grantor retain any of the following rights? X None | Life Estate | Easement | Other (explain)

43. Grantor is: X Individual | Partnership | Corporation | Limited Liability Company | Trust | Other (specify)

## VII. GRANTEE'S FINANCING

44. Check ALL boxes for all financing types that apply: Financial institution–Conventional | X Financial institution–Government | Obtained from seller | Assumed existing financing | Other 3rd party financing | No financing involved

## VIII. PHYSICAL DESCRIPTION AND GRANTEE'S PRIMARY USE OF PROPERTY

45. Type of Property: X Land only | Land and building(s) | Condominium | Other (specify)

46a. Predominant Use: Single family | Multi-family | No. of Units | Time Share Unit | Agricultural, if so, did the grantor own property for less than 5 years? Yes / No | Commercial | X Miscellaneous | Utility | Manufacturing/Telephone Company

If any boxes at left are checked, explain use here: VACANT/RECREATIONAL

46b. Check if Grantee's Primary Residence

47. Estimated land area — If condominium, check here and proceed to line 50.

47a. Lot Size (ROUND TO NEAREST WHOLE FOOT): FEET X FEET OR

47b. Total Acres: 40 (ROUND TO TENTH OF AN ACRE)

48. MFL/PFC/WTL Acres (ROUND TO NEXT WHOLE ACRE)

49. Feet of Water Frontage

## IX. ENERGY

50. Is this property subject to the Residential Rental Weatherization Standards, COMM67? Yes | X No (if No, provide exclusion code)

51. Exclusion Code: W- 7 — If W-11, attach explanation

52. If W-12 provide document number where recorded

## X. CERTIFICATION

—We declare under penalty of law, this return has been examined by us and to the best of our knowledge and belief it is true, correct and complete.

53. Agent for: Grantor | Grantee

54. Agent's Name (if agent involved in sale)

55. Telephone Number — AREA CODE

56. Street or Fire Number, if any

56a. Street name, PO Box, or other address (enter "PO Box" and box number)

57. City | 58. State | 59. Zip Code

60. Preparer's Name or Firm Name: NORTHWOODS TITLE & CLOSING SERVICES LLC.

61. Telephone Number: 715-362-8780 — AREA CODE

**SEND TAX BILL TO:** 62. Name

63. Street or Fire Number, if any

63a. Street Name, PO Box, or Other Address (enter "PO Box" and Box Number)

64. City | 65. State | 66. Zip Code

67. Grantor's Street or Fire Number, if any: 2777

67a. Grantor (where grantor can be reached in the future) Street Name, PO Box, or Other Address (enter "PO Box" and Box Number): COUNTY C

68. City: RHINELANDER | 69. State: WI | 70. Zip Code: 54501

71. Dated: 07 30 2008 (MONTH DAY YEAR)

72. Telephone Number: 715-369-0447 — AREA CODE

73. Signature of Grantor or Grantor's Agent (PLEASE ATTEMPT TO KEEP SIGNATURE WITHIN BOX): Thomas R Kurt [signature]

74. Dated: 07 30 2008 (MONTH DAY YEAR)

75. Telephone Number: 715-369-2207 — AREA CODE

76. Signature of Grantee or Grantee's Agent (PLEASE ATTEMPT TO KEEP SIGNATURE WITHIN BOX): Roger W Faust [signature]

P.O. BOX 218
RHINELANDER, WI 54501

Northern Title Closing Services Inc.

(715) 365-5000
FAX (715) 369-3938

August 4, 2010

ROGER M. JAMES
THERESA M. JAMES
4484 CLOVER LANE
RHINELANDER, WI 54501

RE: TP33291 PORTER/JAMES
RASMUSSEN ROAD, RHINELANDER, WI

Dear ROGER M. JAMES and THERESA M. JAMES:

Enclosed are copies of documents pertaining to the above referenced real estate transaction. These documents are as follows:

Buyer's Closing Statement
Closing Disbursement Agreement
Warranty Deed
Transfer Return
Bill of Sale
Affidavit by Owner

Also included is your copy of the Commitment for Title Insurance. The closing has been scheduled for Wednesday, August 18, 2010 at 4:00 pm and will take place at our office in Rhinelander.

As per the Buyer's Closing Statement, the amount needed for closing is $69,282.02. This figure is prior to the mortgage you will be receiving from the Farm Service Agency. After we have received the loan documents from them we will contact you with the final figure needed for closing. Please note that final figure will need to be in the form of a certified or cashiers check made payable to Northern Title Closing Services.

We recommend that both buyers and sellers have their attorney review these documents prior to closing. If you or your attorney would like to request changes to these documents, please feel free to contact our office.

Sincerely,
NORTHERN TITLE CLOSING SERVICES, INC.

Laura

Laura Durkee
Closing Specialist
Encl.

**Northern Title Closing Services, Inc.**
Rhinelander, WI 54501
(715) 365-5000

# BUYER'S CLOSING STATEMENT
## FINAL

Buyer: **ROGER M. JAMES**
**THERESA M. JAMES**

Escrow No: **TP33291-001-LTD**
Close Date: **08/18/2010**
Proration Date: **08/18/2010**
Date Prepared: **08/03/2010**

Property Address: **RASMUSSEN RD.**
**RHINELANDER, WI 54501**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | 70,000.00 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| EARNEST MONEY | | 500.00 |
| County Taxes From 1/1/2010 To 8/18/2010 | | 247.98 |
| Based on Annual amount of $393.27 | | |
| **RECORDING FEES:** | | |
| Recording Fee to Register of Deeds | 30.00 | |
| Deed: 1 pages @ $30.00 | | |
| **Sub Totals** | 70,030.00 | 747.98 |
| **Balance Due From Buyer** | | 69,282.02 |
| **Totals** | 70,030.00 | 70,030.00 |

ROGER M. JAMES

THERESA M. JAMES

P.O. BOX 218
RHINELANDER, WI 54501

Northern Title Closing Services Inc.

(715) 365-5000
FAX (715) 369-3938

## CLOSING DISBURSEMENT AGREEMENT

TO: **Northern Title Closing Services, Inc.**

RE: **TP33291** DATE: **August 3, 2010**

RE: **RASMUSSEN RD., RHINELANDER, WI 54501**

1. The undersigned sellers and buyers hereby authorize the transfer of earnest money to you and direct you to make disbursements for the subject transaction, pursuant to the attached closing statement.

2. The undersigned buyers directs you to make such disbursement only when you are in the position to issue your ALTA Owner's Title Insurance Policy insuring the fee simple title of the buyers, subject only to the following:

   A. General Taxes for the Year **2010** and thereafter.

   B. The Schedule B Part II exceptions **1-3 & 6-10**.

   C. The mortgage made by the buyers as a part of this transaction and any other matters created or assumed by buyers.

3. Sellers agrees to pay any additional sums required at a later date because of:

   A. Delays outside your control in delivering lien or loan payoffs;

   B. Adjustment made to verbal payoffs which you are relying on;

   C. Adjustments to payoffs made as a result of the payee's final audit. Seller represents that payoff information for any "line of credit" or "homequity" loan is accurate and that sellers have not and will not take any action which would increase the principal indebtedness of the loan.

4. The buyers and sellers herein acknowledge that **Northern Title Closing Services, Inc.** represents them as a disbursing agent only and is not a substitute for qualified legal counsel.

| | |
|---|---|
| ______________________ | ______________________ |
| **ROGER M. JAMES** | **GREGORY A. PORTER** |
| ______________________ | ______________________ |
| **THERESA M. JAMES** | **ADRIENNE A. PORTER** |

______________________
Closing Officer

DOCUMENT NO.

STATE BAR OF WISCONSIN FORM 2

**WARRANTY DEED**

**GREGORY A. PORTER and ADRIENNE A. PORTER, Husband and Wife as Survivorship Marital Property** conveys and warrants to **ROGER M. JAMES and THERESA M. JAMES, Husband and Wife as Survivorship Marital Property** the following described real estate in **ONEIDA** County, State of Wisconsin:

RETURN TO
Northern Title
PO Box 218
Rhinelander, WI 54501
TP33291

Tax Parcel No: ST 510

**PARCEL 2**

**A parcel of land located in part of the SE 1/4 of the NE 1/4, the SW 1/4 of the NE 1/4, the NE 1/4 of the NE 1/4, and the NW 1/4 of the NE 1/4, Section 34, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin described as follows:**

**Commencing at the East 1/4 corner of said Section 34 marked by a mag. Nail; thence N. 87°52'51" W., a distance of 58.55 feet to an iron pipe on the Westerly right-of-way line of Rasmusson Road; thence along said right-of-way line N. 00°43'24" E, a distance of 523.51 feet to an iron pipe; thence N. 02°17'07" W., a distance of 294.24 feet to an iron pipe and Point of Beginning. Thence leaving said right-of-way line S. 74°42'13" W., a distance of 317.37 feet to an iron pipe; thence S. 00°00'00" E., a distance of 73.01 feet to an iron pipe; thence N. 87°51'29" W., a distance of 2368.62 feet to an iron pipe; thence N. 00°05'12" E., a distance of 666.89 feet to an iron pipe; thence S. 87°51'29" E., a distance of 2668.64 feet to an iron pipe on the Westerly right-of-way line of Rasmusson Road; thence along said right-of-way line S. 01°02'19" W., a distance of 248.51 feet to an iron pipe; thence S. 02°14'39" E., a distance of 250.66 feet to the Point of Beginning.**

This ____is not____ homestead property.
(is)(is not)

Exception to warranties: EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD AND ANY ADVERSE CLAIM BASED UPON THE ASSERTION THAT SOME PORTION OF SAID LAND LIES BELOW THE ORDINARY HIGHWATER MARK OF POND AND PUBLIC OR PRIVATE RIGHTS IN ANY PORTION OF THE PREMISES AS MAY BE USED, LAID OUT, OR DEDICATED FOR ROAD OR HIGHWAY PURPOSES.

Dated this **18th** day of **August, 2010.**

______________________ (SEAL)
*______________________

______________________ (SEAL)
*______________________

______________________ (SEAL)
***GREGORY A. PORTER**

______________________ (SEAL)
***ADRIENNE A. PORTER**

**AUTHENTICATION**

Signatures authenticated this day of , **2010**

______________________

*______________________

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, ______________________
authorized by § 706.06, Wis. Stats.)

THIS INSTRUMENT WAS DRAFTED BY

**Gary D. Knudson**

**Per Description Furnished**

(Signatures may be authenticated or acknowledged. Both are not necessary.)

**ACKNOWLEDGMENT**

STATE OF WASHINGTON }
**CLARK** County } ss.

Personally came before me this ________ day of **August, 2010** the above named **GREGORY A. PORTER and ADRIENNE A. PORTER** to me known to be the persons who executed the foregoing instrument and acknowledge the same.

______________________

*______________________

Notary Public **CLARK** County, WASHINGTON.
My Commission is permanent. (If not, state expiration date: ______________________)

*Names of persons signing in any capacity should be typed or printed below their signatures.

**WARRANTY DEED**

**Grantee:** Name, SS # / FEIN, Address, Phone Number

ROGER M. & THERESA M. JAMES, , 4484 CLOVER LANE, RHINELANDER, Wisconsin 54501, , (Tax Bill Address) |

**Grantees' assertions**

| | |
|---|---|
| Will parcel be the primary residence of grantee for the purpose of claiming the Lottery & Gaming Credit: | No |
| Is the property subject to Residential Rental Weatherization Standards: | No |
| Weatherization Exclusion Code: | W-7 |

Penalties for improperly claiming the Lottery & Gaming Credit as Primary Residence are imposed per Chapter tax 20.19. Penalties relating to Weatherization claims are imposed per s. 101.122 Stats. For more information on weatherization see Chapter COMM, s. 67.03 and 67.04.

**Grantees' agent:** Name, Address, Phone Number, Email

, , , Wisconsin , ,

**Transfer:** Conveyance date:

08/18/2010

Previous Summary Next Update Add Form Quit Delete Form Submit Save

Instructions

# First American Title Insurance Company

## OWNER'S AFFIDAVIT AS TO CONSTRUCTION LIENS AND POSSESSION

The undersigned, being first duly sworn on oath, hereby deposes and says:

*1. That affiant is the owner of certain premises located at **RASMUSSEN RD.** in **ONEIDA** County, Wisconsin, further described as follows:

*MORE PARTICULARLY DESCRIBED IN **FIRST AMERICAN TITLE INSURANCE COMPANY** COMMITMENT NO. **TP33291**

**2. That during the period of six months immediately preceding the date of this affidavit no work has been done, no surveys or architectural or engineering plans have been prepared, and no materials have been furnished in connection with the erection, equipment, repair, protection or removal of any building or other structure on said premises or in connection with the improvement of said premises in any manner whatsoever. That there are no incompleted buildings, structures or other improvements situated thereon.

**3. That during the period of six months immediately preceding the date of this affidavit certain work has been done and materials furnished in connection with ____________________
(State the general nature of the work)
upon said premises in the approximate total sum of $__________________, but that except as hereinafter stated all of said work and materials have been fully paid for and there are no claims or disputes in existence with reference thereto; That said work was fully completed on ____________, and that no work whatever remains to be done and that no materials remain to be furnished to complete the construction in full compliance with the plans and specifications. ATTACHED ARE FULL LIEN WAIVERS FROM ALL PERSONS, FIRMS OR CORPORATIONS WHICH HAVE FURNISHED ANY LABOR OR MATERIAL FROM THE BEGINNING OF THE CONSTRUCTION.

Exceptions: ______________________

The undersigned agrees to indemnify and hold harmless **First American Title Insurance Company** against any and all claims arising therefrom.

4. That there are no encroachments of fences, buildings or other improvements to the property onto any easement or onto adjoining property, and no encroachments of any fences, buildings or other improvements of adjoining premises onto the property;

5. That there are not any unrecorded easements, party walls, agreements, or rights-of-way which affect the property;

6. That affiant is in sole possession of the property and that no other party has possession or has right of possession under any lease or other agreement, written or oral; EXCEPT ____________________.

7. That since the effective date of the commitment referenced above, affiant has not filed bankruptcy, received notice of any pending cause of action, conveyed or encumbered the property or is currently a party to any action that could result in the filing of any judgment or lien against the property;

8. EXCEPTIONS to the above statements:

______________________________________________________________

______________________________________________________________

______________________________________________________________

9. That this affidavit is made with the intention that **First American Title Insurance Company** will rely upon it in issuing the title policy referred to above.

DATED this **18th** day of **August, 2010**.

SUBSCRIBED AND SWORN TO before me
this _______ day of **August, 2010.**

______________________________
**GREGORY A. PORTER**

______________________________
**ADRIENNE A. PORTER**

______________________________
Notary Public, **CLARK** County, WASHINGTON
My commission **EXPIRES** ______________________.

* Fill in the applicable paragraph and strike the other.
** Fill in the applicable paragraph and strike the other.

**PLEASE EXECUTE AT CLOSING.**

Docusign Envelope ID: 8D29D0C3-8B63-8849-82E8-385E17A8A466

# Northern Title Closing Services, Inc.

[illegible]
Rhinelander, WI 54501
(715) 365-5000

## BUYER'S CLOSING STATEMENT

## FINAL

Buyer: **ROGER M. JAMES**
**THERESA M. JAMES**

Escrow No: **TP33291-001-LTD**
Close Date: **08/18/2010**
Proration Date: **08/18/2010**
Date Prepared: **08/03/2010**

Property Address: **RASMUSSEN RD.**
**RHINELANDER, WI 54501**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | **70,000.00** | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| EARNEST MONEY | | **500.00** |
| County Taxes From 1/1/2010 To 8/18/2010 | | **247.98** |
| Based on Annual amount of $393.27 | | |
| **RECORDING FEES:** | | |
| Recording Fee to Register of Deeds | **30.00** | |
| Deed: 1 pages @ $30.00 | | |
| **Sub Totals** | **70,030.00** | **747.98** |
| **Balance Due From Buyer** | | **69,282.02** |
| **Totals** | **70,030.00** | **70,030.00** |

ROGER M. JAMES

THERESA M. JAMES

DOC# 893098
Recorded
Aug. 19,2010 AT 02:03PM

THOMAS H LEIGHTON
RECEIVED
ONEIDA COUNTY, WI
Fee Amount: $30.00
Transfer Fee: $210.00

DOCUMENT NO.

STATE BAR OF WISCONSIN FORM 2
**WARRANTY DEED**

**GREGORY A. PORTER** and **ADRIENNE A. PORTER, Husband and Wife as Survivorship Marital Property** conveys and warrants to **ROGER M. JAMES and THERESA M. JAMES, Husband and Wife as Survivorship Marital Property** the following described real estate in **ONEIDA** County, State of Wisconsin:

RETURN TO
Northern Title
PO Box 218
Rhinelander, WI 54501
TP33291

Tax Parcel No: ST 510

**PARCEL 2**

**A parcel of land located in part of the SE 1/4 of the NE 1/4, the SW 1/4 of the NE 1/4, the NE 1/4 of the NE 1/4, and the NW 1/4 of the NE 1/4, Section 34, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin described as follows:**

**Commencing at the East 1/4 corner of said Section 34 marked by a mag. Nail; thence N. 87°52'51" W., a distance of 58.55 feet to an iron pipe on the Westerly right-of-way line of Rasmusson Road; thence along said right-of-way line N. 00°43'24" E, a distance of 523.51 feet to an iron pipe; thence N. 02°17'07" W., a distance of 294.24 feet to an iron pipe and Point of Beginning. Thence leaving said right-of-way line S. 74°42'13" W., a distance of 317.37 feet to an iron pipe; thence S. 00°00'00" E., a distance of 73.01 feet to an iron pipe; thence N. 87°51'29" W., a distance of 2368.62 feet to an iron pipe; thence N. 00°05'12" E., a distance of 666.89 feet to an iron pipe; thence S. 87°51'29" E., a distance of 2668.64 feet to an iron pipe on the Westerly right-of-way line of Rasmusson Road; thence along said right-of-way line S. 01°02'19" W., a distance of 248.51 feet to an iron pipe; thence S. 02°14'39" E., a distance of 250.66 feet to the Point of Beginning.**

This **is not** homestead property.
(is)(is not)

Exception to warranties: EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD AND ANY ADVERSE CLAIM BASED UPON THE ASSERTION THAT SOME PORTION OF SAID LAND LIES BELOW THE ORDINARY HIGHWATER MARK OF POND AND PUBLIC OR PRIVATE RIGHTS IN ANY PORTION OF THE PREMISES AS MAY BE USED, LAID OUT, OR DEDICATED FOR ROAD OR HIGHWAY PURPOSES.

Dated this **18th** day of **August, 2010**.

Notary Public
State of Washington
DONA M ALLISON
My Appointment Expires Jul 19, 2011

(SEAL)
*

(SEAL)
*

Notary Public
State of Washington
DONA M ALLISON
My Appointment Expires Jul 19, 2011

(SEAL)
***GREGORY A. PORTER**

(SEAL)
***ADRIENNE A. PORTER**

**AUTHENTICATION**

Signatures authenticated this day of **, 2010**

*
TITLE: MEMBER STATE BAR OF WISCONSIN

**ACKNOWLEDGMENT**

STATE OF WASHINGTON }
} ss.
**CLARK** County }

Personally came before me this 10th day of **August, 2010** ... **GREGORY A. PORTER and ADRIENNE**

NORTHERN TITLE & ABSTRACT CORP.
125 East Davenport Street, P.O Box 218
Rhinelander, WI 54501
(715) 365-5000

# BUYER'S CLOSING STATEMENT

## FINAL

Buyer: ROGER M. JAMES
THERESA M. JAMES

Escrow No: TP36319-001-LTD
Close Date: 02/25/2015
Proration Date:
Date Prepared: 02/17/2015

Property Address: RASMUSSON ROAD
RHINELANDER, WI 54501

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | 65,000.00 | |
| **RECORDING FEES:** | | |
| Recording Fee to Register of Deeds | 30.00 | |
| Deed: 1 pages @ $30.00 | | |
| **Sub Totals** | 65,030.00 | |
| **Balance Due From Buyer** | | 65,030.00 |
| **Totals** | 65,030.00 | 65,030.00 |

ROGER M. JAMES

THERESA M. JAMES

P.O. BOX 218
RHINELANDER, WI 54501

Northern Title Closing Services Inc.

(715) 365-5000
FAX (715) 369-3938

# CLOSING DISBURSEMENT AGREEMENT

TO: NORTHERN TITLE & ABSTRACT CORP.

RE: TP36319 DATE: **February 17, 2015**

RE: RASMUSSON ROAD, RHINELANDER, WI 54501

1. The undersigned seller and buyers hereby authorize the transfer of earnest money to you and direct you to make disbursements for the subject transaction, pursuant to the attached closing statement.

2. The undersigned buyers directs you to make such disbursement only when you are in the position to issue your ALTA Owner's Title Insurance Policy insuring the fee simple title of the buyers, subject only to the following:

   A. General Taxes for the Year **2015** and thereafter.

   B. The Schedule B Part II exceptions **1-3 & 6-9.**

   C. The mortgage made by the buyers as a part of this transaction and any other matters created or assumed by buyers.

3. Seller agrees to pay any additional sums required at a later date because of:

   A. Delays outside your control in delivering lien or loan payoffs;

   B. Adjustment made to verbal payoffs which you are relying on;

   C. Adjustments to payoffs made as a result of the payee's final audit. Seller represents that payoff information for any "line of credit" or "homequity" loan is accurate and that seller have not and will not take any action which would increase the principal indebtedness of the loan.

4. The buyers and seller herein acknowledge that **NORTHERN TITLE & ABSTRACT CORP.** represents them as a disbursing agent only and is not a substitute for qualified legal counsel.

ROGER M. JAMES THOMAS R. KUCZMARSKI

THERESA M. JAMES

Closing Officer

State Bar of Wisconsin Form 1-2003

# WARRANTY DEED

Document Number | Document Name

**THIS DEED,** made between **THOMAS R. KUCZMARSKI, a Married Man** ("Grantor", whether one or more), and **ROGER M. JAMES and THERESA M. JAMES, Husband and Wife as Survivorship Marital Property,** ("Grantee", whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in **Oneida** County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

**See attached legal description**

Recording Area

Name and Return Address

**Northern Title**
**P.O. Box 218**
**Rhinelander, WI 54501**
**TP36319**

**ST 514**

Parcel Identification Number (PIN)

This **is not** homestead property

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except:

MUNICIPAL AND ZONING ORDINANCES AND AGREEMENTS ENTERED UNDER THEM, RECORDED EASEMENTS FOR THE DISTRIBUTION OF UTILITY AND MUNICIPAL SERVICES, RECORDED BUILDING AND USE RESTRICTIONS AND COVENANTS AND GENERAL TAXES LEVIED IN THE YEAR OF CLOSING.

Dated **February 25, 2015.**

_______________________ (SEAL) [signature] **THOMAS R. KUCZMARSKI** (SEAL)

_______________________ (SEAL) _______________________ (SEAL)

AUTHENTICATION

LAURA TADYCH DURKEE
Notary Public
State of Wisconsin

Signature(s) _______________________

authenticated on ______ day of ______, 2015

*

TITLE MEMBER STATE BAR OF WISCONSIN

(if not,

Authorized by Wis. Stat. § 706.00

THIS INSTRUMENT DRATED BY:
**ATTORNEY GARY D. KNUDSON**
**PER DESCRIPTION FURNISHED**

**ACKNOWLEDGMENT**

STATE OF WISCONSIN }
ss.
ONEIDA COUNTY }

Personally came before me this 24th day of **February, 2015** the above named **THOMAS R. KUCZMARSKI** to me known to be the person who executed the foregoing instrument and acknowledge the same.

[signature]

* **Laura Tadych Durkee**

Notary Public, State of Wisconsin.

My Commission expires: **May 27, 2017**

**(Signatures may authenticated or acknowledged. Both are not necessary.)**

**NOTE: THIS IS A STANDARD FROM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.**

**© 2003 STATE BAR OF WISCONSIN**

**WARRANTY DEED** **FORM NO. 1-2003**

*Type name below signatures.

Docusign Envelope ID: 8D29D0C3-8B63-8849-82E8-385E17A8A466



**Grantee:**
Name, SS # / FEIN, Address, Phone Number
Roger M. & Theresa M. James, , 4484 Clover Lane, Rhinelander, Wisconsin 54501, 715-369-2207, (Tax Bill Address) |

**Grantees' assertions**

| | |
|---|---|
| Will parcel be the primary residence of grantee for the purpose of claiming the Lottery & Gaming Credit: | No |
| Is the property subject to Residential Rental Weatherization Standards: | No |
| Weatherization Exclusion Code: | W-7 |

Penalties for improperly claiming the Lottery & Gaming Credit as Primary Residence are imposed per Chapter tax 20.19. Penalties relating to Weatherization claims are imposed per s. 101.122 Stats. For more information on weatherization see Chapter COMM, s. 67.03 and 67.04.

**Grantees' agent:**
Name, Address, Phone Number, Email
, , , Wisconsin , ,

Roger M James    Theresa James    SSN # 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

**Transfer:**
Conveyance date:
02/25/2015

Previous | Summary | Next | Update | Add Form | Quit | Delete Form | Submit | Save

Instructions

Wisconsin Department of Revenue

# First American Title Insurance Company

## OWNER'S AFFIDAVIT AS TO CONSTRUCTION LIENS AND POSSESSION

The undersigned, being first duly sworn on oath, hereby deposes and says:

*1. That affiant is the owner of certain premises located at **RASMUSSON ROAD** in **ONEIDA** County, Wisconsin, further described as follows:

*MORE PARTICULARLY DESCRIBED IN **FIRST AMERICAN TITLE INSURANCE COMPANY** COMMITMENT NO. **TP36319**

**2. That during the period of six months immediately preceding the date of this affidavit no work has been done, no surveys or architectural or engineering plans have been prepared, and no materials have been furnished in connection with the erection, equipment, repair, protection or removal of any building or other structure on said premises or in connection with the improvement of said premises in any manner whatsoever. That there are no incompleted buildings, structures or other improvements situated thereon.

**3. That during the period of six months immediately preceding the date of this affidavit certain work has been done and materials furnished in connection with ______________________ (State the general nature of the work) upon said premises in the approximate total sum of $_____, but that ~~except as hereinafter stated all of~~ said work and materials have been fully paid for and there are no claims or ~~disputes in~~ existence with reference thereto; ~~That~~ said work was fully completed on __________, and that no ~~work~~ whatever remains to be done and that no materials remain to be furnished to complete the construction in ~~full~~ compliance with the plans and specifications. ATTACHED ARE FULL LIEN WAIVERS FROM ~~ALL PERSONS~~, FIRMS OR CORPORATIONS WHICH HAVE FURNISHED ANY LABOR OR MATERIAL FROM THE BEGINNING OF THE CONSTRUCTION.

Exceptions:

The undersigned agrees to indemnify and hold harmless **First American Title Insurance Company** against any and all claims arising therefrom.

4. That there are no encroachments of fences, buildings or other improvements to the property onto any easement or onto adjoining property, and no encroachments of any fences, buildings or other improvements of adjoining premises onto the property;

5. That there are not any unrecorded easements, party walls, agreements, or rights-of-way which affect the property;

6. That affiant is in sole possession of the property and that no other party has possession or has right of possession under any lease or other agreement, written or oral; EXCEPT

7. That since the effective date of the commitment referenced above, affiant has not filed bankruptcy, received notice of any pending cause of action, conveyed or encumbered the property or is currently a party to any action that could result in the filing of any judgment or lien against the property;

8. EXCEPTIONS to the above statements:

______________________________

______________________________

______________________________

9. That this affidavit is made with the intention that **First American Title Insurance Company** will rely upon it in issuing the title policy referred to above.

DATED this **25th** day of **February, 2015**.

[signature]

THOMAS R. KUCZMARSKI

SUBSCRIBED AND SWORN TO before me this 24th day of **February, 2015**.

[signature]

Notary Public, **Oneida** County, Wisconsin
My commission **expires May 27, 2017.**

LAURA TADYCH DURKEE
Notary Public
State of Wisconsin

* Fill in the applicable paragraph and strike the other.
** Fill in the applicable paragraph and strike the other.

**PLEASE EXECUTE AT CLOSING.**

# GAP AFFIDAVIT AND INDEMNITY AGREEMENT

State of Wisconsin )
) SS
**Oneida** County )

The undersigned, whether one or more, being on oath duly sworn, depose and say:

That they are owners of the real estate described in First American Title Insurance Company Commitment No. **TP36319**, commonly known as **RASMUSSON ROAD RHINELANDER, WI 54501**.

That the proposed insured (owner/lender) **ROGER M. JAMES & THERESA M. JAMES/FARM SERVICE AGENCY** requires that said Title Insurance Company delete from its above-numbered commitment the following exception:

> Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment."

That there is no person who has any interest of any manner in said property other than affiants and there are no facts known to them which could give rise to a claim asserted against said property.

That they have not nor do they intend to file any petition in bankruptcy or for reorganization or to make any voluntary assignment for the benefit of creditors.

That there is no agreement, contract, commitment or option for the sale, lease or mortgage of the property nor any such agreement, contract or option which could affect the title to said property except the contract with the proposed insured named above, or the proposed buyer(s) (if none so state)
**none**.

That they are not subject to any delinquency for United States or State of Wisconsin income, sale, gift, estate, inheritance or use taxes nor are there any liens or assessments which are due or about to become due which have attached or could attach to the title to said real estate except those disclosed in the above-numbered commitment.

That there are no actions or proceedings now pending in any state or federal court to which affiants are a party except
**none**.

That they make this affidavit knowing that First American Title Insurance Company will rely upon it for the purpose of guaranteeing against any adverse matters accruing since the effective date of the above-numbered commitment.

That they agree to indemnify First American Title Insurance Company for all loss, damages, costs and fees it may incur in defending any insured against the enforcement or attempted enforcement of any adverse matter created or first appearing in the public records or attaching subsequent to the effective date of the above-numbered commitment but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage covered by this commitment.

Executed this **25th** day of **February, 2015**.

[signature] (SEAL)
**THOMAS R. KUCZMARSKI**

____________________ (SEAL)

STATE OF WISCONSIN )
)
**Oneida** COUNTY

Personally came before me this ~~25th~~ 24th day of **February, 2015**, the above named **THOMAS R. KUCZMARSKI** to me known to be the person who executed the foregoing instrument and acknowledged the same and deposed that the same is true.

[signature: Laura Tadych Durkee]
Notary Public **Oneida County,** WI
My commission expires **May 27, 2017**

LAURA TADYCH DURKEE
Notary Public
State of Wisconsin

OMB Approval No. 2502-0265

A. SETTLEMENT STATEMENT (HUD-1)

Northern Title Closing Services, Inc.
125 East Davenport Street
P.O Box 218
Rhinelander, WI 54501
(715) 365-5000

**FINAL**

B. TYPE OF LOAN:
1. ☐ FHA 2. ☐ RHS 3. ☐ CONV. UNINS.
4. ☐ VA 5. ☐ CONV. INS.
6. ESCROW FILE NUMBER: TP36505 -001 LTD
7. LOAN NUMBER:
8. MORTGAGE INSURANCE CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

D. NAME OF BORROWER: ROGER M. JAMES and THERESA M. JAMES
ADDRESS OF BORROWER: 4484 CLOVER LANE
RHINELANDER, WI 54501

E. NAME OF SELLER: KAY E. THEIS
ADDRESS OF SELLER: 4459 COUNTY P
RHINELANDER, WI 54501

F. NAME OF LENDER: FARM SERVICE AGENCY
ADDRESS OF LENDER: 2014 3RD STREET WEST
ASHLAND, WI 54806

G. PROPERTY LOCATION: RASMUSSON ROAD
RHINELANDER, WI 54501
Oneida County ST 420-2
ARB No 27-37-10-SESE & SWSE (PCL 5 SM B7250)

H. SETTLEMENT AGENT: NORTHERN TITLE & ABSTRACT CORP., 125 East Davenport Street, P.O Box 218, Rhinelander, WI 54501 (715) 365-5000
PLACE OF SETTLEMENT: 125 East Davenport Street, P.O Box 218, Rhinelander, WI 54501

I. SETTLEMENT DATE: 6/30/2015 PRORATION DATE: 6/30/2015 DISBURSEMENT DATE: 6/30/2015

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 67,500.00 | 401. Contract Sales Price | 67,500.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 515.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. GROSS AMOUNT DUE FROM BORROWER: | 68,015.00 | 420. GROSS AMOUNT DUE TO SELLER: | 67,500.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 65,000.00 | 502. Settlement charges to Seller (line 1400) | 1,011.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |

ESCROW FILE NUMBER: TP36505 -001 LTD

| 700. TOTAL REAL ESTATE BROKER FEES: | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| 705. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN: | P.O.C. | | |
| 801. Our origination charge | $0.00 (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $0.00 (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | P.O.C. | | |
| 901. Daily interest charges | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 month(s) | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 year(s) | (from GFE #11) | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER: | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ $ per month | | | |
| 1003. Mortgage insurance months @ $ per month | | | |
| 1004. City property taxes months @ $ per month | | | |
| 1005. County property taxes months @ $ 12.13 per month | | | |
| 1006. Annual assessments months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. months @ $ per month | | | |
| 1009. Aggregate Adjustment | $0.00 | | |
| 1100. TITLE CHARGES: | P.O.C. | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | |
| 1102. Settlement or closing fee to NORTHERN TITLE & ABSTRACT CORP. | | 175.00 | 275.00 |
| 1103. Owner's title insurance to NORTHERN TITLE AND ABSTRACT CORPORATION | (from GFE #5) | | 534.00 |
| 1104. Lender's title insurance to NORTHERN TITLE AND ABSTRACT CORPORATION | | 250.00 | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit $67,500.00 | | | |
| 1107. Agent's portion of the total title insurance premium $0.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium $784.00 | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| 1112. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES: | P.O.C. | | |
| 1201. Government recording charges | (from GFE #7) | 90.00 | |
| 1202. Deed $30.00 Mortgage $60.00 Release $0.00 | | | |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $202.50 Mortgage $0.00 | | | 202.50 |
| 1206. | | | |
| 1207. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES: | P.O.C. | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J - and - line 502, Section K) | | 515.00 | 1,011.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

P.O. BOX 218
RHINELANDER, WI 54501

Northern Title Closing Services Inc.

(715) 365-5000
FAX (715) 369-3938

# CLOSING DISBURSEMENT AGREEMENT

TO: **NORTHERN TITLE & ABSTRACT CORP.**

RE: **TP36505** DATE: **June 24, 2015**

RE: **RASMUSSON ROAD, RHINELANDER, WI 54501**

1. The undersigned seller and buyers hereby authorize the transfer of earnest money to you and direct you to make disbursements for the subject transaction, pursuant to the attached closing statement.
2. The undersigned buyers directs you to make such disbursement only when you are in the position to issue your ALTA Owner's Title Insurance Policy insuring the fee simple title of the buyers, subject only to the following:
   - A. General Taxes for the Year **2015** and thereafter.
   - B. The Schedule B Part II exceptions **1-3 & 6-11.**
   - C. The mortgage made by the buyers as a part of this transaction and any other matters created or assumed by buyers.
3. Seller agrees to pay any additional sums required at a later date because of:
   - A. Delays outside your control in delivering lien or loan payoffs;
   - B. Adjustment made to verbal payoffs which you are relying on;
   - C. Adjustments to payoffs made as a result of the payee's final audit. Seller represents that payoff information for any "line of credit" or "homequity" loan is accurate and that seller have not and will not take any action which would increase the principal indebtedness of the loan.
4. The buyers and seller herein acknowledge that **NORTHERN TITLE & ABSTRACT CORP.** represents them as a disbursing agent only and is not a substitute for qualified legal counsel.

Roger M. James [signature]
ROGER M. JAMES

Kay E. Theis [signature]
KAY E. THEIS

Theresa M. James [signature]
THERESA M. JAMES

[signature]
Closing Officer

State Bar of Wisconsin Form 1-2003

# WARRANTY DEED

Document Number

Document Name

**THIS DEED,** made between **KAY E. THEIS** ("Grantor", whether one or more), and **ROGER M. JAMES and THERESA M. JAMES, Husband and Wife as Survivorship Marital Property,** ("Grantee", whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in **Oneida** County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

**See attached legal description**

Recording Area

Name and Return Address

**Northern Title**
**P.O. Box 218**
**Rhinelander, WI 54501**
**TP36505**

**ST 420-2**

Parcel Identification Number (PIN)
This **is not** homestead property

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except:

MUNICIPAL AND ZONING ORDINANCES AND AGREEMENTS ENTERED UNDER THEM, RECORDED EASEMENTS FOR THE DISTRIBUTION OF UTILITY AND MUNICIPAL SERVICES, RECORDED BUILDING AND USE RESTRICTIONS AND COVENANTS AND GENERAL TAXES LEVIED IN THE YEAR OF CLOSING.

Dated **June 30, 2015.**

_______________ (SEAL) Kay E. Theis (SEAL)
**KAY E. THEIS**

_______________ (SEAL) _______________ (SEAL)

**AUTHENTICATION**

Signature(s) _______________

authenticated on day of ,2015

_______________

*

TITLE MEMBER STATE BAR OF WISCONSIN
(if not,
Authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRATED BY:
**ATTORNEY GARY D. KNUDSON**
**PER DESCRIPTION FURNISHED**

**ACKNOWLEDGMENT**

STATE OF WISCONSIN }
ONEIDA COUNTY } ss.

Personally came before me this 30th day of **June, 2015** the above named **KAY E. THEIS** to me known to be the person who executed the foregoing instrument and acknowledge the same.

Sara L. Shaver

* Sara L. Shaver

Notary Public, State of Wisconsin.
My Commission expires: May 15, 2016

NOTARY PUBLIC SARA L. SHAVER STATE OF WISCONSIN

**(Signatures may authenticated or acknowledged. Both are not necessary.)**

**NOTE: THIS IS A STANDARD FROM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.**

**© 2003 STATE BAR OF WISCONSIN**

**WARRANTY DEED** **FORM NO. 1-2003**

*Type name below signatures.

A parcel of land located in part the SE ¼ of the SE ¼, the SW ¼ of the SE ¼, Section 27, Township 37 North, Range 10 East, Town of Stella, Oneida County, Wisconsin, described as follows:
Commencing at the South ¼ corner of said Section 27 marked by an Oneida County monument and POINT OF BEGINNING. Thence N.00º53'05"W., a distance of 650.05 feet to an iron pipe, thence S.88º04'37"E., a distance of 2683.94 feet to an iron pipe on the Westerly right of way line of Rasmusson Road, thence along said right of way line S.00º49'56"E., a distance of 650.02 feet to an iron pipe, thence leaving said right of way line N.88º04'37"W., a distance of 2683.35 feet to the POINT OF BEGINNING.

Docusign Envelope ID: 8D29D0C3-8B63-8849-82E8-385E17A8A466

6/24/2015

**Grantee:** Name, SS # / FEIN, Address, Phone Number
Roger M. & Theresa M. James , , 4484 Clover Lane, Rhinelander, Wisconsin 54501, 715-369-2207, (Tax Bill Address) |

**Grantees' assertions**

Will parcel be the primary residence of grantee for the purpose of claiming the Lottery & Gaming Credit: No

Is the property subject to Residential Rental Weatherization Standards: No

Weatherization Exclusion Code: W-7

Penalties for improperly claiming the Lottery & Gaming Credit as Primary Residence are imposed per Chapter tax 20.19. Penalties relating to Weatherization claims are imposed per s. 101.122 Stats. For more information on weatherization see Chapter COMM, s. 67.03 and 67.04.

**Grantees' agent:** Name, Address, Phone Number, Email
, , , Wisconsin , ,

Roger James

SSN # 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

**Transfer:** Conveyance date:
06/30/2015

Previous | Summary | Next | Update | Add Form | Quit | Delete Form | Submit | Save

Instructions

Wisconsin Department of Revenue

# First American Title Insurance Company

## OWNER'S AFFIDAVIT AS TO CONSTRUCTION LIENS AND POSSESSION

The undersigned, being first duly sworn on oath, hereby deposes and says:

*1. That affiant is the owner of certain premises located at **RASMUSSON ROAD** in **ONEIDA** County, Wisconsin, further described as follows:

*MORE PARTICULARLY DESCRIBED IN **FIRST AMERICAN TITLE INSURANCE COMPANY** COMMITMENT NO. **TP36505**

**2. That during the period of six months immediately preceding the date of this affidavit no work has been done, no surveys or architectural or engineering plans have been prepared, and no materials have been furnished in connection with the erection, equipment, repair, protection or removal of any building or other structure on said premises or in connection with the improvement of said premises in any manner whatsoever. That there are no incompleted buildings, structures or other improvements situated thereon.

**3. That during the period of six months immediately preceding the date of this affidavit certain work has been done and materials furnished in connection with ______________________ (State the general nature of the work) upon said premises in the approximate total sum of $_____, but that except as hereinafter stated all of said work and materials have been fully paid for and there are no claims or disputes in existence with reference thereto; That said work was fully completed on ______________, and that no work whatever remains to be done and that no materials remain to be furnished to complete the construction in full compliance with the plans and specifications. ATTACHED ARE FULL LIEN WAIVERS FROM ALL PERSONS, FIRMS OR CORPORATIONS WHICH HAVE FURNISHED ANY LABOR OR MATERIAL FROM THE BEGINNING OF THE CONSTRUCTION.

Exceptions:

The undersigned agrees to indemnify and hold harmless **First American Title Insurance Company** against any and all claims arising therefrom.

4. That there are no encroachments of fences, buildings or other improvements to the property onto any easement or onto adjoining property, and no encroachments of any fences, buildings or other improvements of adjoining premises onto the property;

5. That there are not any unrecorded easements, party walls, agreements, or rights-of-way which affect the property;

6. That affiant is in sole possession of the property and that no other party has possession or has right of possession under any lease or other agreement, written or oral; EXCEPT

7. That since the effective date of the commitment referenced above, affiant has not filed bankruptcy, received notice of any pending cause of action, conveyed or encumbered the property or is currently a party to any action that could result in the filing of any judgment or lien against the property;

8. EXCEPTIONS to the above statements:

______________________________________________

______________________________________________

______________________________________________

9. That this affidavit is made with the intention that **First American Title Insurance Company** will rely upon it in issuing the title policy referred to above.

DATED this **30th** day of **June, 2015.**

Kay E. Theis
KAY E. THEIS

SUBSCRIBED AND SWORN TO before me this 30th day of **June, 2015.**

# EXHIBIT C

Docusign Envelope ID: 8D29D0C3-8B63-8849-82E8-385E17A8A466

Wisconsin Department of Natural Resources
Bureau of Drinking Water and Groundwater
P.O. Box 7921, DG/5
Madison, WI 53707

Wisconsin Department of Health Services
Bureau of Environmental and Occupational Health
1 W. Wilson Street
Madison, WI 53701

6/23/2023

Roger James
4484 Clover Lane
Rhinelander, WI 54501

**RE: PFAS results for water sample collected from your private well located at 4031 Rasmusson Rd, Rhinelander, WI Wisconsin Unique Well Number (WUWN) YA864**

Dear Roger,

The water sample collected from your well on 5/26/2023 was tested for 18 per– and polyfluoroalkyl substances (PFAS), using EPA Method 537.1 (for PFAS in Drinking Water), at Northern Lake Service, Inc. (NLS) laboratory in Crandon, WI. A summary of the sample results is shown on the next page.

The results show that the levels of one or more PFAS in your well exceed state health advisory levels. **Based on this, the Department of Health Services (DHS) and the Department of Natural Resources (DNR) recommend that the water not be used for drinking or preparing foods that take up a lot of water.**

The DNR and DHS recommend that, at this time, you use an alternative source of water for drinking, for preparing foods that take up a lot of water (e.g., rice or oatmeal) or have water as a main ingredient (e.g., soups, coffee, or tea) and for preparing infant formula. Alternative sources of drinking water include:

- Bottled water that has been purified or filtered.
- Other sources of water that have been tested for PFAS and do not have levels above DHS recommended health advisories.

DHS staff are available for health-related questions. You can contact them at 608-266-1120 or dhsenvhealth@wi.gov.

You can learn more about other actions to reduce PFAS exposure at https://dhs.wisconsin.gov/chemical/pfas.htm

Sample Results

The table below provides your water sample test results for the 13 PFAS, included in the EPA Method 537.1 testing, that have established DHS public health guideline values. The results shown below confirm the presence of PFAS in your water at levels above DHS health guideline values.

WISCONSIN DEPT. OF NATURAL RESOURCES

WISCONSIN DEPARTMENT *of* HEALTH SERVICES

| PFAS Compound | Your result in parts per trillion (ppt) | Wisconsin DHS public health guideline value for maximum safe level in ppt | Above the DHS health guideline value |
|---|---|---|---|
| PFOA | **715** | 20 (combined PFOA + PFOS + N-EtFOSAA) | |
| PFOS | **42.2** | | |
| N-EtFOSAA | | | |
| *Total of above 3 PFAS* | **757.2** | | |
| PFNA | 22.8 | 30 | |
| PFHxS | 4.65 | 40 | |
| HFPO-DA | ND | 300 | |
| PFDA | ND | 300 | |
| PFDoA | ND | 500 | |
| DONA | ND | 3,000 | |
| PFUnA | ND | 3,000 | |
| PFTeA | ND | 10,000 | |
| PFHxA | 212 | 150,000 | |
| PFBS | ND | 450,000 | |

"ND" indicates results that are below the analytical level of detection (LOD)

* indicates result enclosed is between analytical level of detection (LOD) and the analytical level of quantitation (LOQ), at the dilution used for analysis, and is therefore an estimate

For more information regarding PFAS in the Town of Stella, please visit https://townofstella.com/pfas/ or https://dnr.wi.gov/topic/PFAS/Stella.html.

If you have any other questions regarding your water sample analytical test results, please contact dnrstellapfas@wisconsin.gov or 1-888-626-0605.

Sincerely,

Kyle Burton
DNR Bureau of Drinking Water and Groundwater
dnrstellapfas@wisconsin.gov

Sarah Yang
DHS Bureau of Environmental and Occupational Health
DHSEnvHealth@dhs.wisconsin.gov

WISCONSIN DEPT. OF NATURAL RESOURCES

WISCONSIN DEPARTMENT of HEALTH SERVICES

Enclosures: Laboratory Report

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN-MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191001**

## PFAS in DW

| Analyte | Analysis Method | Result | Units | LOD | LOQ |
|---|---|---|---|---|---|
| Prep Date: 06/06/23 13:35 | Analysis Date: 06/07/23 13:22 | | | | |
| PFTrDA (72629-94-8) | EPA Method 537.1 | <0.419 | ng/L | 0.419 | 1.84 |
| PFTeDA (376-06-7) | EPA Method 537.1 | <0.367 | ng/L | 0.367 | 1.84 |
| Prep Date: 06/06/23 13:35 | Analysis Date: 06/07/23 19:56 | | | | |
| PFHxA (307-24-4) | EPA Method 537.1 | 212 | ng/L | 9.81 | 45.9 |
| PFHpA (375-85-9) | EPA Method 537.1 | 229 | ng/L | 8.86 | 45.9 |
| PFOS (1763-23-1) | EPA Method 537.1 | 42.2 | ng/L | 6.96 | 23.0 |
| PFOA (335-67-1) | EPA Method 537.1 | 715 | ng/L | 9.58 | 45.9 |
| Prep Date: 06/13/23 08:35 | Analysis Date: 06/13/23 15:20 | | | | |
| PFBS (375-73-5) | EPA Method 537.1 | 0.500F | ng/L | 0.265 | 0.883 |

## Field Data

| Analyte | Analysis Method | Result | Units | LOD | LOQ |
|---|---|---|---|---|---|
| Sample Temp-field (C) | Field Data | 8.9 | Centigrade | | |
| DO field (mg/L) | Field Data | 0.3 | mg/L | | |
| pH (SU) field | Field Data | 8.4 | SU | | |
| Cond-fld (uS/CM@25C) | Field Data | 128 | UMHOS/CM | | |

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN–MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191001**

Report To:
ZANA SIJAN
WISCONSIN DNR

Invoice To:
ZANA SIJAN
WISCONSIN DNR

Customer ID: DG105

Field #: YA864
Project No:
Collection End: 5/26/2023 3:30:00 PM
Collection Start:
Collected By: WILLIAM ROBERTS
Date Received: 6/1/2023
Date Reported: 6/20/2023
Sample Reason:

ID#: YA864
Sample Location: 4031 RASMUSSEN RD
Sample Description: YARD HYDRANT
Sample Type: PO-PRIVATE WELL
Waterbody:
Point or Outfall:
Sample Depth:
Program Code:
Region Code:
County:

## Sample Comments

Analyzed past the 14 days holding time for PFBS.
Sample diluted 25:1 after extraction for PFHxA, PFHpA, PFOS, and PFOA

## PFAS in DW

| Analyte | Analysis Method | Result | Units | LOD | LOQ |
|---|---|---|---|---|---|
| Prep Date: 06/06/23 13:35 | Analysis Date: 06/07/23 13:22 | | | | |
| HFPO-DA (13252-13-6) | EPA Method 537.1 | <0.405 | ng/L | 0.405 | 1.84 |
| PFHxS (355-46-4) | EPA Method 537.1 | 4.65 | ng/L | 0.254 | 0.919 |
| DONA (919005-14-4) | EPA Method 537.1 | <0.378 | ng/L | 0.378 | 1.84 |
| PFNA (375-95-1) | EPA Method 537.1 | 22.8 | ng/L | 0.371 | 1.84 |
| 9Cl-PF3ONS (756426-58-1) | EPA Method 537.1 | <0.279 | ng/L | 0.279 | 0.919 |
| PFDA (335-76-2) | EPA Method 537.1 | <0.400 | ng/L | 0.400 | 1.84 |
| N-MeFOSAA (2355-31-9) | EPA Method 537.1 | <0.283 | ng/L | 0.283 | 0.919 |
| N-EtFOSAA (2991-50-6) | EPA Method 537.1 | <0.273 | ng/L | 0.273 | 0.919 |
| PFUnA (2058-94-8) | EPA Method 537.1 | <0.383 | ng/L | 0.383 | 1.84 |
| 11Cl-PF3OUdS (763051-92-9) | EPA Method 537.1 | <0.268 | ng/L | 0.268 | 0.919 |
| PFDoA (307-55-1) | EPA Method 537.1 | <0.354 | ng/L | 0.354 | 1.84 |

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN–MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191001**

WDNR LAB ID:113133790 NELAP LAB ID:2091 EPA LAB ID:WI00007, WI00008 WI DATCP ID:105-415

**List of Abbreviations:**
LOD = Level of detection
LOQ = Level of quantification (for PFAS the LOQ = MRL)
ND = None detected. Results are less than the LOD
F next to result = Result is between LOD and LOQ
Z next to result = Result is between 0 (zero) and LOD
if LOD=LOQ, Limits were not statistically derived

Test results for NELAP accredited tests are certified to meet the requirements of the NELAC standards. For a list of accredited analytes see http://www.slh.wisc.edu/about/compliance/nelac-laboratory-accreditation
Results, LOD and LOQ values have been adjusted for analytical dilutions and percent moisture where applicable.
Results relate only to the items tested.
This Laboratory Report shall not be reproduced except in full, without written approval of the laboratory.
The water microbiology unit analyzes samples as received and not all samples are tested for preservation before analysis is performed.

## Responsible Party

Inorganic Chemistry: Graham Anderson, Supervisor 608-224-6281
Metals: Graham Anderson, Supervisor 608-224-6281
Organics: Erin Mani, Supervisor 608-224-6269
Environmental Toxicology: Dawn Perkins, Supervisor 608-224-6230
Water Microbiology: Martin Collins, Supervisor 608-224-6239
Radiochemistry: Jesse Wouters, Radiochemistry Supervisor 608-224-6227

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN–MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191002**

Report To:
ZANA SIJAN
WISCONSIN DNR

Invoice To:
ZANA SIJAN
WISCONSIN DNR

Customer ID: DG105

Field #: FRB2
Project No:
Collection End: 5/26/2023 3:30:00 PM
Collection Start:
Collected By: WILLIAM ROBERTS
Date Received: 5/31/2023
Date Reported: 6/20/2023
Sample Reason:

ID#: YA864
Sample Location: 4031 RASMUSSEN RD
Sample Description: YARD HYDRANT
Sample Type: PO-PRIVATE WELL
Waterbody:
Point or Outfall:
Sample Depth:
Program Code:
Region Code:
County:

## Sample Comments

PFBS recovery was low in the associated laboratory control spike (LCS); no field reagent blank (FRB) result for PFBS is available.
FIELD REAGENT BLANK (FRB)

## PFAS in DW

| Analyte | Analysis Method | Result | Units | LOD | LOQ |
|---|---|---|---|---|---|
| Prep Date: 06/06/23 13:35 | Analysis Date: 06/07/23 16:33 | | | | |
| PFHxA (307-24-4) | EPA Method 537.1 | <0.421 | ng/L | 0.421 | 1.97 |
| HFPO-DA (13252-13-6) | EPA Method 537.1 | <0.435 | ng/L | 0.435 | 1.97 |
| PFHpA (375-85-9) | EPA Method 537.1 | <0.381 | ng/L | 0.381 | 1.97 |
| PFHxS (355-46-4) | EPA Method 537.1 | <0.272 | ng/L | 0.272 | 0.987 |
| DONA (919005-14-4) | EPA Method 537.1 | <0.406 | ng/L | 0.406 | 1.97 |
| PFNA (375-95-1) | EPA Method 537.1 | <0.399 | ng/L | 0.399 | 1.97 |
| PFOS (1763-23-1) | EPA Method 537.1 | <0.299 | ng/L | 0.299 | 0.987 |
| 9Cl-PF3ONS (756426-58-1) | EPA Method 537.1 | <0.300 | ng/L | 0.300 | 0.987 |
| PFDA (335-76-2) | EPA Method 537.1 | <0.429 | ng/L | 0.429 | 1.97 |
| N-MeFOSAA (2355-31-9) | EPA Method 537.1 | <0.304 | ng/L | 0.304 | 0.987 |
| N-EtFOSAA (2991-50-6) | EPA Method 537.1 | <0.293 | ng/L | 0.293 | 0.987 |

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN–MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191002**

## PFAS in DW

| Analyte | Analysis Method | Result | Units | LOD | LOQ |
|---|---|---|---|---|---|
| Prep Date: 06/06/23 13:35 | Analysis Date: 06/07/23 16:33 | | | | |
| PFUnA (2058-94-8) | EPA Method 537.1 | <0.412 | ng/L | 0.412 | 1.97 |
| PFOA (335-67-1) | EPA Method 537.1 | <0.412 | ng/L | 0.412 | 1.97 |
| 11Cl-PF3OUdS (763051-92-9) | EPA Method 537.1 | <0.288 | ng/L | 0.288 | 0.987 |
| PFDoA (307-55-1) | EPA Method 537.1 | <0.380 | ng/L | 0.380 | 1.97 |
| PFTrDA (72629-94-8) | EPA Method 537.1 | <0.450 | ng/L | 0.450 | 1.97 |
| PFTeDA (376-06-7) | EPA Method 537.1 | <0.395 | ng/L | 0.395 | 1.97 |

Wisconsin State Laboratory of Hygiene
UNIVERSITY OF WISCONSIN–MADISON

Wisconsin State Laboratory of Hygiene
2601 Agriculture Drive, PO Box 7996
Madison, WI 53707-7996
(800)442-4618 - Fax (608)224-6213
http://www.slh.wisc.edu

# Laboratory Report

Environmental Health Division

**WSLH Sample: 681191002**

WDNR LAB ID:113133790 NELAP LAB ID:2091 EPA LAB ID:WI00007, WI00008 WI DATCP ID:105-415

**List of Abbreviations:**
LOD = Level of detection
LOQ = Level of quantification (for PFAS the LOQ = MRL)
ND = None detected. Results are less than the LOD
F next to result = Result is between LOD and LOQ
Z next to result = Result is between 0 (zero) and LOD
if LOD=LOQ, Limits were not statistically derived

Test results for NELAP accredited tests are certified to meet the requirements of the NELAC standards. For a list of accredited analytes see http://www.slh.wisc.edu/about/compliance/nelac-laboratory-accreditation
Results, LOD and LOQ values have been adjusted for analytical dilutions and percent moisture where applicable.
Results relate only to the items tested.
This Laboratory Report shall not be reproduced except in full, without written approval of the laboratory.
The water microbiology unit analyzes samples as received and not all samples are tested for preservation before analysis is performed.

## Responsible Party

Inorganic Chemistry: Graham Anderson, Supervisor 608-224-6281
Metals: Graham Anderson, Supervisor 608-224-6281
Organics: Erin Mani, Supervisor 608-224-6269
Environmental Toxicology: Dawn Perkins, Supervisor 608-224-6230
Water Microbiology: Martin Collins, Supervisor 608-224-6239
Radiochemistry: Jesse Wouters, Radiochemistry Supervisor 608-224-6227