# EXHIBIT 86

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v. No. 3:23-cv-546-WMC

3M COMPANY, et al.,

Defendants.

Video Deposition of David Gorman

August 26, 2025

Reporter: Jude Arndt, CSR, CCR, RPR
CCR NO. 084-004847
CSR NO. 1450

Job No. 7549716

Deposition of David Gorman, taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Holiday Inn Express & Suites, 1958 Navajo Street, Rhinelander, Wisconsin, on August 26, 2025.

APPEARANCES OF COUNSEL

On Behalf of Plaintiffs:
Cossich Sumich Parsiola & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
504-394-9000
BY: ANDREW CVITANOVIC
JODY J. FORTUNATO

On Behalf of Plaintiffs:
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
By: CHRIS CAMPBELL

On Behalf of Defendant 3M Company:
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5600
By: KARALENA M. SENESE
ksenese@winston.com

On behalf of Defendants Wausau Paper Corp. and Wausau Paper Mills, LLC:
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
By: DREW BENCIE (via videoconference)
drew.bencie@dechert.com

On Behalf of Defendant BASF Corporation:
Eimer Stahl LLP
10 East Doty Street, Suite 621
Madison, WI 53703
608-620-8345
By: AMY MILLER (via videoconference)
amiller@eimerstahl.com

APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant BASF Corporation:
DLA Piper LLP
500 Eighth Street NW
Washington, D.C. 20004
301-651-1542
By: ANNA EOVIERO (via videoconference)
daniel.larkins@us.dlapiper.com

On Behalf of Defendant Ahlstrom Rhinelander LLC, Ahlstrom NA Specialty Solutions LLC, and Ahlstrom NA Specialty Solutions Holdings, Inc.:
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington DC 20001
202-942-6629
By: JOCELYN PORTER (via videoconference)
jocelyn.porter@arnoldporter.com

Also present: Jon Hansen, videographer

INDEX OF INTERROGATION


Examination by Ms. Senese Page 7
Examination by Ms. Miller Page 170


INDEX OF EXHIBITS


Exhibit 1 (Notice of deposition) Page 10
Exhibit 2 (Third amended complaint) Page 47
Exhibit 3 (Fourth amended complaint) Page 47
Exhibit 4 (Text messages, etc.) (STELLA-MACHURICK_M&B-000237 - 000307) Page 54
Exhibit 5 (Plaintiff fact sheet) Page 73
Exhibit 6 (Supplemental plaintiff fact sheet) Page 73
Exhibit 7 (Thoresen article) Page 84
Exhibit 8 (Stolt letter) (STELLA-GORMAN_D&R-000031 - 000032) Page 87
Exhibit 9 (Appraisal report documents) (STELLA-GORMAN_D&R-000849 - 000879) Page 97
Exhibit 10 (Appraisal report documents) (STELLA-GORMAN_D&R-001076 - 001132) Page 97
Exhibit 11 (Photographs) (STELLA-GORMAN_D&R-002392 - 002405) Page 105
Exhibit 12 (Hellenbrand water testing results) Page 119

INDEX OF EXHIBITS
(continued)


Exhibit 13 Page 124
(Letter - July 2, 2024)
(STELLA-GORMAN_D&R-002565 - 002582)

Exhibit 14 Page 132
(Letter - September 14, 2023)
(STELLA-GORMAN_D&R-000100 - 000122)

Exhibit 15 Page 137
(E-mail - February 15, 2024)
(STELLA-GORMAN_D&R-000532 - 000533)

Exhibit 16 Page 142
(CW-840 PB - System Setup Instructions)
(STELLA-GORMAN_D&R-000037 - 000054)

Exhibit 17 Page 152
(Report - Wisconsin State Laboratory of Hygiene)
(WAU020006812 - 20006814)

Exhibit 18 Page 159
(Photographs)
(STELLA-GORMAN_D&R-002519 - 002550)

Exhibit 19 Page 166
(Documents)
(STELLA-GORMAN_D&R-001316 - 001343)


(Exhibits are attached.)

[10:06 a.m.]

THE VIDEOGRAPHER: Good morning. We are now on the record. My name is Jon Hansen, CLVS. I'm the videographer today with Golkow.

Today's date is August 26th, 2025. The time is 10:06. This video recorded deposition is being held in the matter of Lucas Rougeau, et al., versus 3M Company, et al., in the United States District Court for the Western District of Wisconsin, Case Number 23-cv-546-WMC.

The deponent is David Gorman.

All parties to this deposition, we do have -- I'm going to skip this part here, because we don't have it fully remote.

At this time, if counsel could please state their appearance for the record, after which our reporter will swear in the witness and we can proceed.

MR. CVITANOVIC: Andrew Cvitanovic for plaintiff.

MS. SENESE: Karalena Senese for defendant 3M Company.

THE REPORTER: And would counsel via Zoom like to introduce themselves?

MS. MILLER: Amy Miller for defendant BASF Corporation.

MR. BENCIE: Drew Bencie for defendants Wausau Paper Corporation and Wausau Paper Mills, LLC.

MS. EOVIERO: Anna Eoviero with DLA Piper for BASF.

MS. PORTER: Jocelyn Porter with Arnold & Porter Kaye Scholer LLP for the Ahlstrom defendants.

The witness, DAVID GORMAN, first having been duly sworn, testified as follows:

EXAMINATION

BY MS. SENESE:

Q. Good morning, Mr. Gorman. My name is Karalena Senese, and as you just heard, I am representing one of the defendants in this case today, 3M Company.

Could you please state your full name for the record?

A. David Gary Gorman.

Q. And have you by chance ever gone by any other name?

A. No.

Q. What's your current address?

A. 3242 County Highway C, Rhinelander, Wisconsin.

Q. Does anyone else live at that address with

you?

A. My wife.

Q. Okay. And what's your wife's name?

A. Robin N. Gorman.

Q. Okay. And at some point in time did a Madison Gruny live with you at that address?

A. Madison Gruny is my granddaughter, lived with us two years she was while going to college.

Q. Okay. And when the did she stop living with you?

A. In June of this year.

Q. And is the property at 3242 County Road C the property that you are claiming is damaged due to PFAS contamination in this lawsuit?

A. Yes, it is.

Q. Okay. And are there any other properties you own you're claiming have been damaged as part of this lawsuit?

A. No, there isn't.

Q. We'll come back to where you live in a bit.

I just wanted to ask, have you ever given a deposition before?

A. No, I haven't.

Q. Have you ever testified under oath in any

capacity before?
A. No, I haven't.
Q. Okay. So just a couple of ground rules to make things go smooth today.
We're being recorded, and Jude over there is transcribing the deposition, and so it helps him if -- and I'm not always good at this, I'll try to do my best -- but it helps if you let me finish my question before you respond, and I will do my best to make sure that you're finished answering before I ask another question so we get a clear transcript.
Another thing that helps with a clear transcript is if you can remember to give verbal yes-and-no answers or just verbal answers generally, he can't really take down a head shake very clearly on the record, if that makes sense.
A. Okay. Yes.
Q. And then from time to time, I might ask a bad question -- in fact, I know I will ask a bad question -- so if you don't understand my question, will you please ask me to clarify?
A. Yes.
Q. And if you answer my question, I'm going to assume that you understood the question. Is that fair?

A. Yes.
Q. Okay. One more thing, I typically try to take a break every hour or so.
A. Yes.
Q. If you feel like you need a break before that, just let me know.
A. Yes.
Q. Or let your counsel know, and we'll make sure that we take a break for you. The only thing I ask is that you finish answering the question that I had asked before we take a break. Is that okay?
A. Yes.
Q. Okay. Are you currently taking any medications that would impair your ability to testify truthfully today?
A. No, I'm not.
Q. Okay. Can you think of anything else that would impair your ability to testify truthfully today?
A. No.
Q. Okay. This is a housekeeping matter. It will be the easiest document I ask you about today.
[Exhibit 1 marked for identification.]
BY MS. SENESE:
Q. All right. I am handing you a document that has been marked Exhibit 1. If you could just take

a look real quick and let me know, have you seen this document before?
A. Yes, I have seen this, at least the top part.
Q. Okay. And I'll represent to you that this is a notice that we provided to your counsel to schedule your deposition today.
A. Okay.
Q. And you can just set that one aside.
Did you bring any notes or documents with you to your deposition today?
A. I brought one little note with some numbers on of the PFAS contamination.
Q. Okay. And do you have a copy of that with you?
A. Yes, I do.
Q. And while your counsel is looking at that, you said it was the note regarding the PFAS contamination levels, is that correct?
A. Yes.
Q. And on what date are those PFAS contamination levels in relation to?
A. I believe it was March 2023.
Q. Okay.
A. After the first test.

MR. CVITANOVIC: Are you going to ask for this?
MS. SENESE: Yes.
MR. CVITANOVIC: And my hesitation is there is something else other than his PFAS score on here. So --
MS. SENESE: Is it something that you believe is privileged?
MR. CVITANOVIC: Honestly, I'm having a hard time deciphering what it means. So -- I think it will be fine, if you can pass that to Karalena.
BY MS. SENESE:
Q. Okay. So I'm going to give that back to you. And maybe when we get into talking about the PFAS that was detected in your well, I may have a specific question about it, but for now you can just hold onto that. Thank you.
Did you prepare for your deposition today?
A. I prepared with my counsel.
Q. Okay. Did you have meetings with your counsel?
A. We had a short meeting.
Q. Okay. And when did that meeting take place?
A. Yesterday.

Q. Okay. And was it in-person, was it on the phone? How did you feet meet?
A. It was in-person.
Q. Okay. And which of your counsel was present for that meeting?
A. All three of them.
Q. Okay. And about how long would you say you met for?
A. Two hours.
Q. Okay. Was anyone else besides the three counsel sitting here today present at that meeting?
A. No.
Q. Okay. Other than the meeting you just described that took place yesterday, have you met with your counsel to prepare for your deposition other than that time?
A. No.
Q. Did you review any documents to prepare for your deposition today?
A. I looked through my documents that I have collected along the way.
Q. Okay. And do you believe that all the documents that you reviewed to prepare for your deposition are documents that you previously provided copies of to your counsel?

A. Yes. Yeah. Absolutely.
Q. Okay. Your wife Robin Gorman is also a plaintiff in this lawsuit, correct?
A. Yes.
Q. Outside of conversations that you may have had in the presence of your counsel, have you spoken to Mrs. Gorman about your deposition today?
A. No.
Q. Okay. Have you spoken to any other individuals that you know to be plaintiffs in this case about your deposition today?
A. I think a few of my friends know that I'm having a deposition, and that's it.
Q. Okay. And which friends knew that you were being deposed today?
A. I'm trying to think. Let's see. Steve Bittinger (ph), but he's not on the lawsuit, so that -- I believe I have misspoken. No one on the lawsuit is aware that I'm having a deposition.
Q. Okay. Understood.
What did you discuss with Mr. Bittinger in relation to your deposition?
A. I was invited to a party last night, and I declined because I wanted to stay home and be ready for my deposition.

Q. I'm sorry that I spoiled your fun.

So throughout the deposition today, I'm probably going to use the terms "WDNR" or "DNR" to refer to the Wisconsin Department of Natural Resources.

If I use those acronyms, will you understand the agency --

A. Yes.

Q. -- that I'm talking about? Okay.

So just in the context of preparing for your deposition -- we'll talk later about other communications.

But in the context of preparing for your deposition, have you spoken with anyone at DNR or EPA or any other agency, government agency, about your deposition?

A. No.

Q. Okay. So I'm going to go through just a little bit of your biographical information to get some background on you.

Your date of birth is March 21, 1954, correct?

A. Yes.

Q. And where were you born?

A. Marshfield, Wisconsin.

Q. Okay. And where is Marshfield in relation to Rhinelander?

A. It is two hours south of Rhinelander.
Q. Okay. And how long did you live in Marshfield?
A. From when I was born until we moved up here in 2013.
Q. Okay. So just for the record, 1954 to 2013, all in Marshfield?
A. Yes.
Q. Do you recall your childhood address in Marshfield?
A. Childhood home was South Washington. I do not remember the number.
Q. Okay. And approximately how long -- or when did you stop living at that address?
A. 1976.
Q. Okay. And what was the source of water at that property on South Washington?
A. A drilled well.
Q. Okay. And after you moved out of the property on South Washington, where did you move next?
A. We lived in a mobile home for a short time in the city of Marshfield after we got married, and we built a home south of Marshfield in 1978.
Q. Okay. And when you were living in the mobile home, what was your source of water?

A. City water.
Q. Okay. And then what was your address when you built the home in 1978?
A. 8980 Mill Creek Drive, Marshfield, Wisconsin.
Q. Okay. And what was the source of water at your Mill Creek Drive home?
A. Drilled well.
Q. Okay. And what was your next address after that?
A. Was -- the next one was the address here, 3242 Highway C, Rhinelander.
Q. Okay. Did you have any other addresses in Marshfield that we haven't discussed?
A. No.
Q. Okay. Where did you go to high school?
A. Marshfield, Wisconsin.
Q. And when did you graduate high school?
A. 1972.
Q. Okay. Did you go to any school after high school?
A. I went to one semester at the University of Wisconsin extension in Marshfield.
Q. Okay. Are you currently employed?
A. No.

Q. Okay. So are you retired?
A. Yes.
Q. When did you retire?
A. I retired from my part-time job in June of 2025.
Q. Congratulations on your retirement.
A. Thanks.
Q. Where were you working prior to retirement?
A. My part-time job, or my full-time?
Q. Your -- the job you had right before your retirement, if it was your part-time.
A. Okay. My part-time job was at PepsiCo Corporation in Rhinelander.
Q. Okay. And what were you doing there?
A. I was a custodian, building.
Q. Okay. And when were you working part-time, about how many hours were you working?
A. I was working about 10 to 12 hours a week.
Q. Okay. And prior to your job at PepsiCo, did you have employment before that?
A. My job in Marshfield was I worked for the Marshfield School District in buildings and grounds.
Q. Okay. And was that a particular school, or throughout the school district?

A. It was several different schools.
Q. Okay. And what were your approximate years of employment at the Marshfield School District?
A. 1999 until 2013.
Q. Okay. And what were your responsibilities in that job?
A. My responsibilities were to maintain the school, the school that I worked in, and keep it up to standard. You know, disinfected.
Q. So was it general custodial duties?
A. Yes.
Q. Okay. And did you have employment prior to 1999?
A. Yes.
Q. Where were you working prior to 1999?
A. Prior to 1999, I had several jobs, including Nelson-Jameson, which is a supplier of food products.
Q. And what was your job at Nelson-Jameson?
A. Warehouse, shipping.
Q. Okay. Were you driving forklifts and things like that?
A. Yes.
Q. Okay. I think you mentioned you have lived in Rhinelander full-time since 2013, is that

correct?
A. Yes.
Q. And that has always been at the 3242 County Road C address?
A. Yes.
Q. How long have you and Mrs. Gorman been married?
A. In October, it will be 49 years.
Q. Congratulations.
A. Thanks.
Q. Do you -- did you have any previous marriages before you married Mrs. Gorman?
A. No.
Q. Okay. So I think if my math is correct, you married in 1976, correct?
A. Yes.
Q. Okay. And when did you and Mrs. Gorman begin living together?
A. Same year.
Q. Okay. And have you two shared the same address ever since that time?
A. Yes.
Q. Okay. Is Mrs. Gorman currently employed?
A. No.
Q. Okay. Did she retire?

A. Yes.
Q. What was she doing before she retired?
A. She did home daycare, and she started out in group daycare.
Q. And when did she retire?
A. In 2013.
Q. Do you have any children?
A. I have two kids. A son and a daughter.
Q. And are those biological children?
A. Yes.
Q. Okay. And what are their names?
A. Matthew and Tara.
Q. And when was Tara born?
A. Tara was born in 1979.
Q. Okay. And where does she live?
A. Medford, Wisconsin.
Q. Do you know approximately how long she has lived in Medford?
A. Roughly 20 years.
Q. Okay. When was the last time Tara lived with you and Mrs. Gorman?
A. 1981.
Q. So I take it she has never lived with you in the Rhinelander home, correct?
A. No.

Q. Okay. Is Tara married?
A. Yes.
Q. Does she have any children?
A. Three children.
Q. Okay. We'll get to grandchildren more specifically in a minute.
What does Tara do for a living?
A. Tara is a receptionist in a dental clinic.
Q. Okay. And does Tara visit you at your Rhinelander home?
A. Yes.
Q. How often would you say she visits?
A. Roughly once a month.
Q. When was the last time she visited?
A. About a month ago.
Q. Would that have been sometime in July or sometime in early August?
A. Probably guessing end of July.
Q. Okay. Does she bring her kids with her?
A. Usually.
Q. Okay. And what types of activities does -- do Tara and her children like to do with you?
A. They like to hang out at our house, or my grandson likes to fish, kayak out there, and just the normal hanging-out stuff.

Q. Do you recall what activities you did last time they visited about a month ago?
A. We just mostly, you know, enjoyed the outdoors, went out in the pontoon boat several times, and, you know, when it's nice weather, we like to be outside.
Q. Did you do any tubing or kayaking or anything like that?
A. My grandson did kayaking, and the rest of us did the pontooning.
Q. Okay. Did you do any fishing?
A. My grandson did. I didn't.
Q. Okay. Let's talk about your son Matthew. When was he born?
A. 1982.
Q. Okay. And where does Matthew live now?
A. Eden Prairie, Minnesota.
Q. And how long about has he lived there?
A. He has lived there since 2006.
Q. Okay. When's the last time Matthew lived with you?
A. 2000.
Q. Okay. So has he ever lived with you in the Rhinelander home?
A. No.

Q. Okay. Is Matthew married?
A. Yes.
Q. Does he have any children?
A. Three.
Q. So six grandkids, if my math is correct?
A. Yes.
Q. That's fun.
What does Matthew do for a living?
A. Matthew is a teacher and a football coach at a high school.
Q. And does Matthew get the chance to visit you at your Rhinelander home?
A. Yes.
Q. How often does he make it out here?
A. Roughly between four and six times a year.
Q. Do his kids usually come with?
A. Yes.
Q. Have they been able to visit this summer?
A. Yes.
Q. When did they visit?
A. They were here end of July, somewhere in that area, too.
Q. Okay. And what did you guys do when they visited?
A. Their kids are younger. They do a lot of

water sports, so they are in the water a lot. Kayaking, they have paddle boards, we have one of those mats that -- like a raft.

Q. Like the lily pad things?

A. Yeah, lily pad. And we have a slide that they go down and land on the lily pad. Pontooning. Outdoor fires.

Q. S'mores?

A. Yep.

Q. Have you had any other guests visit you at your Rhinelander home this summer?

A. We had three of my wife's classmates that came for three days, probably at the end of June.

Q. Did they also go out on the boat?

A. Yes.

Q. Did they swim?

A. No.

Q. Did they fish?

A. No.

Q. So switching gears a little bit.

The lawsuit that you're being deposed in today involves a class of chemicals known as PFAS, correct?

A. Yes.

Q. When did you first learn about PFAS?

A. In the end of 2022 or beginning of 2023, I

believe.
Q. Okay. How did you learn about PFAS?
A. Through town meetings, township meetings.
Q. Okay. So were you aware of PFAS prior to the discovery of PFAS in the Stella area?
A. I had heard of it, and that's about all.
Q. Okay. If you recall, prior to discovery of PFAS in Stella, what had you heard about PFAS?
A. I had heard that it was found in firefighting foam, and that's -- that's all I knew of it.
Q. Got you. And what's your understanding about what PFAS are today?
A. My understanding of the PFAS today are that it's a chemical that -- that seeps into the groundwater, you know, and infects, infects our groundwater, and it's a forever chemical.
Q. And how did you come to have that understanding?
A. Just through reading or town meetings.
Q. Are you aware that PFAS is a name for a group of chemicals that are several different individual compounds?
A. Yes.
Q. Okay. Have you heard of PFOA, P-F-O-A?

A. Yes, it's on my testing.
Q. Okay. Beyond it being on your testing, do you have any understanding of what PFOA is?
A. Not to my recollection.
Q. Okay. And have you heard of PFOS, P-F-O-S?
A. Yes, it's on my testing also.
Q. Okay. Same question.
Besides it being on your testing, do you have any specific knowledge about what PFOS is?
A. Not to my recollection.
Q. Are you aware of any other kinds of PFAS?
A. I would say no.
Q. Okay. Have you heard or read anything about any health effects associated with exposure to PFAS?
A. I think everything I have heard is, at this point, conjecture.
Q. Okay. Do you recall anything specifically that you have heard or read?
A. All I have heard is they have mentioned there could be blood tests involved on people to see what, you know -- to look for that in their blood.
Q. Okay. And just to be clear, in this lawsuit, you're not seeking damages for health effects

related to PFAS exposure, is that correct?
A. That's correct.
Q. Okay. PFAS has been detected on your property, correct?
A. Yes.
Q. And where specifically was it detected?
A. In my drinking water.
Q. Okay. Has the soil on your property ever been tested for PFAS?
A. Not to my knowledge.
Q. Okay. To your knowledge, has any substance other than the well water on your property been tested for PFAS?
A. The lake water.
Q. Okay. And what is -- you're talking about Snowden Lake now, correct?
A. Yes. Yes.
Q. What's your understanding of PFAS in Snowden Lake?
A. My understanding of Snowden Lake is a seepage lake, so there is nothing draining in or out except for the spring water. And so my understanding on that is there is not a plan -- there is not a plan to clean it up.
Q. Apart from the lake water in Snowden Lake

and your well water, are you aware of any other environmental material on your property that has been tested for PFAS?

A. No.

MR. CVITANOVIC: Objection to form.

MS. SENESE: That's okay.

BY MS. SENESE:

Q. When did you first learn about PFAS in your well water?

A. I believe my test came back in March of 2023.

Q. And how did it -- strike that.

Why was your well tested in the first place?

A. My well was tested when the DNR was checking wells, and they started in a -- started at a point, and started -- started testing wells a certain distance out.

Q. Okay. So were you approached by DNR to have your well tested?

A. I cannot recollect if they made the call or if I signed up.

Q. Who collected that initial sample, if you recall?

A. A DNR employee named William.

Q. Okay.

A. I can't -- the last name, I don't know.
Q. Okay. We'll get a little bit more into your test results later.
So in March 2023, you got test results. Were those provided to you by DNR?
A. Yes.
Q. Okay. And when you got those results, did DNR provide you with any instructions about what to do next?
A. They told me not to drink the water.
Q. Okay. Anything else that you can recall?
A. They had a plan set up for Culligan Water.
Q. What is Culligan Water?
A. Culligan Water is purified bottled water.
Q. Okay. And is that something that was delivered to your home?
A. Yes.
Q. Okay. In like the plastic jugs?
A. Yeah. Yes.
Q. Comes from the dispenser?
A. Yes.
Q. Okay. Leaving aside DNR, did you talk to anyone about the PFAS in your water shortly after you learned about it?
A. No.

Q. Okay. Did you and Mrs. Gorman talk about the discovery of PFAS in your well water?
A. Yes.
Q. What did you discuss?
A. Well, we discussed -- at that point we didn't know if it had health effects, and if it was a coincidence that my wife had come down with autoimmune issues, and what to do as far as our -- our plan.
Q. Did you talk to any neighbors about the discovery of PFAS on your property?
A. We basically talked to neighbors to see who was being tested, was a big thing at that time.
Q. Okay. Did you talk with your children about the discovery of PFAS?
A. Yes, we told them that we had PFAS and that we had the drinking water that had to be used by us or them.
Q. Okay. So after the March 2023 test results, did you stop drinking water from your tap?
A. Yes.
Q. And prior to that, had you been drinking water from your tap?
A. Yes.
Q. Were you drinking it straight from the tap, or were you filtering it in any way?

A. We drank it two different ways. One was straight from the tap; one was through the refrigerator, which has a filter in.
Q. Okay. Do you know what model of refrigerator you have?
A. At that time we had a GE.
Q. Okay. And you mentioned it had a filter. Is that something that you regularly maintained?
A. Yes.
Q. And the ice that you were using, was that filtered water from the fridge that was used to make the ice?
A. I believe the ice maker is using the same filtered water.
Q. Have you ever spoken to a realtor about PFAS in your well water?
A. No.
Q. Okay. Have you ever spoken to a medical professional about PFAS in your well water?
A. Yes.
Q. Okay. Who did you speak with?
A. We -- we mentioned it to a doctor at Mayo Clinic. I do not remember his name. And that was regarding the autoimmune issues.
Q. Okay. Do you recall approximately when

that conversation took place?
A. My -- my best educated guess would have been the end of 2023.
Q. Okay. And you mentioned you discussed Mrs. Gorman's autoimmune issues with that doctor.
What specifically did you discuss?
A. Well, we were looking for a cause, you know, of the health issues. And, you know, there were no results, or no -- you know, they hadn't reached that point yet.
Q. Did the doctor tell you that PFAS could be a cause of Mrs. Gorman's health issues?
A. The doctor we talked to, no, would not say that.
Q. Okay. Have you spoken to any other medical professionals about the PFAS in your well water?
A. We make them aware of it when we go to a different doctor.
Q. Okay. Has any doctor ever told you that any health issues you're experiencing are caused by PFAS?
A. No, they -- they haven't.
Q. Okay. Did you learn that PFAS had been detected in wells in the Stella area before you learned

that your well was affected?
A. Could you ask me the question again?
Q. Yeah. So prior to learning that your well had PFAS in it, had you heard that wells in the Stella area had been affected by PFAS?
A. Yes.
Q. And when did you learn that wells in the Stella area had been affected by PFAS?
A. My best educated guess would be late in 2022.
Q. Okay. And what did you learn at that time?
A. I just learned that the town of Starks was like an epicenter, that they had found it heavily.
Q. And how did you learn that information?
A. That was through town communication.
Q. When you say town communication, can you tell me a little bit more specifically what you mean?
A. Township meeting, and what -- how they were going to proceed from there.
Q. Got it. So did you get some kind of notice from the township that there was an issue?
A. I don't believe I had anything written. It would have been verbal.
Q. Okay. And you were made aware of a

meeting or something that you attended? Is that --
A. The meetings came late after they had discovered how widespread the problem was.
Q. I think you may have answered this, but are you aware whether PFAS has been detected in Snowden Lake?
A. Yes.
Q. And when did you become aware of that?
A. I am -- I would have to make a guess of -- probably late 2023 or middle 2023.
Q. Okay. And how did you become aware of the PFAS in Snowden Lake?
A. That's when I attended a town meeting.
Q. Okay. What did you learn at the town meeting about Snowden Lake?
A. That Snowden Lake had the highest concentration of PFAS that they had come across in any body of water.
Q. Have you received any warnings from DNR regarding the presence of PFAS in Snowden Lake?
A. Yes.
Q. What warnings have you received?
A. The warnings were not to drink any of the water out of Snowden Lake, eat -- eat any of the fish, and a question was brought up about watering your

garden with water out of the lake, and they said they wouldn't recommend that either.

Q. Okay. Was that a -- strike that.

How was that warning communicated to you?

A. At a town meeting.

Q. Okay. So was it an oral presentation by someone with DNR?

A. Yes. Yes.

Q. Okay. Prior to receiving those warnings, had you been drinking water from Snowden Lake?

A. No.

Q. Had you been eating fish out of Snowden Lake?

A. Occasionally.

Q. How frequently would you say you were eating fish out of Snowden Lake?

A. Maybe two or three times a summer.

Q. Okay. And were you watering your garden or your landscaping with water from Snowden Lake?

A. No.

Q. Okay. Since the discovery of PFAS, have you eaten any fish out of Snowden Lake?

A. No.

Q. Have you ever spoken to a realtor about the presence of PFAS in Snowden Lake?

A. No.
Q. Okay. Have you had communications with your neighbors about the PFAS in Snowden Lake?
A. Yes.
Q. What have you discussed?
A. Mostly my neighbor that bought next to me this spring, it wasn't disclosed to them that the -- that the lake had PFAS in it.
Q. And who is -- what's your neighbor's name that you're speaking of?
A. It is Meverden (ph).
Q. Meverden? And did you know the neighbors that lived there prior to the Meverdens?
A. Yes.
Q. And what was their name?
A. Jones.
Q. Okay. So I want to ask you just a little bit about how you came to be a plaintiff in this lawsuit.
When was the first time you thought about filing a lawsuit in relation to the discovery of PFAS on your property?
A. I would say it crossed my mind the minute that we heard that our groundwater was contaminated.
Q. Would that have been in March of 2023?

A. Yes.
Q. Okay. And whose idea would you say it was to proceed with filing this lawsuit?
A. It was my idea.
Q. Okay. Did you and Mrs. Gorman discuss potentially filing a lawsuit after discovering PFAS on your property?
A. Yes.
Q. And what were those discussions like?
A. Just going through our options how to proceed to our next step.
Q. How did you find -- well, strike that.
When you were contemplating filing a lawsuit, did you do anything to find attorneys to potentially represent you in that lawsuit?
A. No.
Q. Okay. Before filing this lawsuit, did you see or hear any attorney advertising concerning PFAS lawsuits?
A. No.
Q. Okay. Had you received any communications from a third party other than an attorney advising you that you might have a potential PFAS claim?
A. I don't believe so.
Q. Okay. How did you find out about this

case that you're now a plaintiff in?
A. My best description is word-of-mouth.
Q. Okay. Do you have any recollection of who the first person to mention the existence of a lawsuit, this lawsuit was?
A. No, I don't.
Q. Okay. Can you recall any of the individuals that you discussed this lawsuit with before you became a plaintiff?
A. No.
Q. Do you recall when you became aware that a lawsuit had been filed?
A. My best recollection would be sometime after we got our results back, and in the next three to six months.
Q. Okay. Have you had contact with any lawyers other than your current counsel about potentially representing you in a lawsuit related to PFAS on your property?
A. No.
Q. Okay. How did you get in contact with your current lawyers, the first time?
MR. CVITANOVIC: Object to the form.
MS. SENESE: Sure.
BY MS. SENESE:

Q. Let me start with, when was the first time you had any contact with an attorney regarding this lawsuit?
A. I would really have a hard time even guessing that date.
Q. Do you remember who you had first contact with, which attorney you had first contact with?
A. I believe it was Andrew.
Q. Okay. And do you remember how you were put in contact with Andrew?
A. No, not 100 percent.
Q. Do you think it's possible someone in the community put you in contact with Andrew?
A. No.
Q. Was the first communication with Andrew -- how -- strike that.
What was the form of your first communication with Andrew?
A. I believe that our -- our first meeting might have been at -- at a town board meeting.
Q. Okay. So did you meet Andrew for the first time at a town meeting related to PFAS?
A. I believe so.
Q. Okay. And do you recall when that meeting took place?

A. I would be speculating if I guessed.
Q. Okay. Were you aware when you went to that meeting that attorneys would be present?
A. No.
Q. Okay. Did Andrew introduce himself to you as an attorney in that meeting?
MR. CVITANOVIC: Object to the form.
BY MS. SENESE:
Q. You can answer.
A. Give me the question again.
Q. So I'll try and do this -- I'll set this up a bit better, if I can.
You testified that you believe that you met Andrew for the first time at a town meeting related to PFAS.
How did you come to learn that there were attorneys present at that town meeting?
A. I really do not recall the circumstances.
Q. Okay. Were there other residents of the Stella area at that meeting?
A. Yes.
Q. Did any of them introduce you to attorneys at that meeting?
A. I really can't recall how that worked out.
Q. Okay. Do you recall on what date you

hired an attorney to represent you in this action?
A. No, I don't.
Q. Okay. Did you sign an agreement to be represented by attorneys in this action?
A. Yes, I did.
Q. And do you have a copy of the agreement that you signed?
A. Yes, I do.
Q. Okay. Did you communicate in writing with anybody other than your attorneys about the PFAS on your property before filing this lawsuit?
A. No.
Q. Okay. I'm not interested in the substance of your communications, but how many times before your deposition this week have you met with your lawyers in this case in-person?
A. Once.
Q. And when did that take place?
A. Yesterday.
Q. Okay. So is it accurate that the only other time you met any attorneys that are representing you in-person was your initial meeting with Andrew at the town hall meeting?
A. We met I believe it was last fall one time.

Q. Okay. Were other residents of the Stella area present at that meeting?
A. No.
Q. Okay. Was Mrs. Gorman present at that meeting?
A. Pardon me?
Q. Was Mrs. Gorman present at the meeting?
A. Oh. Yes, she was.
Q. Okay. Again, I don't want to know the substance of any communications, but how do you typically communicate with your lawyers in this case?
A. E-mails.
Q. Okay. How frequently would you say you communicate with your lawyers in this case?
A. That would be a guess. I really don't care to guess, estimate.
Q. Okay. Can you give me a number of communications per month?
A. Maybe one.
Q. Okay. Have you ever met with any experts retained by your attorneys in connection with this case?
A. No.
Q. Have you had to pay your lawyers to represent you in this lawsuit?

A. No.
Q. What's your understanding of how your lawyers will be compensated in connection with this lawsuit?
A. My understanding is they would retain their fee out of a possible settlement.
Q. Okay. Apart from the plaintiffs in this case, potential class members, and your lawyers, are you aware of anyone else who may receive compensation if plaintiffs win damages in this lawsuit?
A. No.
Q. Okay. We've been going about an hour, so we can take a short break.
A. Sure.
THE VIDEOGRAPHER: Going off the record at 10:54.
[A recess was taken.]
THE VIDEOGRAPHER: We're back on the record at 11:03.
BY MS. SENESE:
Q. Mr. Gorman, do you understand that this lawsuit is being filed as a class action lawsuit?
A. Yes.
Q. What is your understanding of what a class action case is?

A. My explanation would be that people were harmed by the actions of someone else that could have been avoided.

Q. Okay. Do you have an understanding of what a class representative is?

A. I don't -- I don't care to speculate on that.

Q. Okay. Do you understand that you have been designated as a potential class representative in this lawsuit?

A. Yes.

Q. Okay. And what does the fact that you have been designated -- strike that.

What is your understanding of what it means that you have been designated as a potential class representative?

A. My feeling is it's a heavy responsibility to everybody involved in this, in this action.

Q. Okay. And what is your understanding of your role as a class representative?

A. My role is to be the voice of everyone involved.

Q. When did you learn that you would be identified as a class representative in this action?

A. I don't have a date. Roughly -- I don't

care to guess.
Q. Okay. Do you have an understanding of who you're bringing this lawsuit on behalf of as a class representative?
A. Can I hear that question again?
Q. Sure. Do you have an understanding of who you're bringing this lawsuit on behalf of as a potential class representative?
A. Of who I'm bringing this lawsuit against?
Q. On behalf of.
A. On behalf of, yes.
Q. Who do you believe you're bringing the lawsuit on behalf of?
A. It's on behalf of all of my neighbors that are affected.
Q. Okay. Have you discussed being named as a class representative with anyone other than your attorneys?
A. No.
Q. What's your understanding of the claims that you are making in this lawsuit?
A. My understanding is that our groundwater and lake water has been affected by the spreading of sludge, you know, in our township.
Q. And what are you seeking in this lawsuit?

A. I really don't have anything in mind.
Q. Okay. So I'm going to hand you a pair of documents marked Exhibit 2 and Exhibit 3. We're going to start with Exhibit 2.
[Exhibit 2 marked for identification.]
[Exhibit 3 marked for identification.]
BY MS. SENESE:
Q. So I'm handing you what's been marked as Exhibit 2, and the title of the document is third amended complaint.
Do you see that?
A. Yes.
Q. Have you seen this document before?
A. I have seen it on e-mail.
Q. Okay. It's -- do you see the blue lettering at the top of the first page, it says it was filed October 15th, 2024?
A. Yes.
Q. Okay. Have you ever read this document before?
A. I have glanced through it, and I don't know if everything that is in here is what I have looked at or not.
Q. Okay. So with respect to the complaint in this case, you have glanced through it, but you're not

sure if you have read every single allegation? Is that fair to say?
A. Just looking at it now, I'm aware of everything that's in here that I see.
Q. Okay. Do you recall when you first received this document?
A. I'm not sure of the date.
Q. Do you know if it was before October 15th, 2024?
A. I am not sure.
Q. Okay. Do you know -- strike that.
Outside of conversations where your lawyers were present, have you discussed this complaint with Mrs. Gorman at all?
A. I would say somewhat.
Q. What did you discuss with Mrs. Gorman?
A. Our only concern is our well, our well and our lake.
Q. Okay.
A. And that's what our discussions have been about.
Q. Have you discussed the complaint with anyone else besides Mrs. Gorman or your lawyers?
A. General knowledge is of who is involved in the lawsuit.

Q. Okay. If you look at the first page of that document. If you look, I think it's the fourth line down, you're listed, Mr. David Gorman and Robin Gorman.
Do you see that?
A. Okay. Are you on this page?
Q. Yeah, this is called the caption.
A. Okay. Okay.
Q. The fourth line down.
A. Okay. Yes, I see it.
Q. Okay. And so are you aware that the original complaint in this lawsuit was filed in August of 2023?
A. That sounds right.
Q. Okay. Were -- you were not named as a plaintiff at that time, is that correct?
A. That, I don't know.
Q. Okay. Were you aware of the existence of this lawsuit in August of 2023?
A. I can't answer truthfully yes or no.
Q. So sitting here today, you just don't know if you were aware of the lawsuit in August of 2023?
A. Right. I do not know if I was aware.
Q. Okay.
A. Or when I became aware.

Q. Do you know why you weren't named as a plaintiff when the lawsuit was originally filed?
A. No, I don't.
Q. Okay. So if you could turn to the second document that I have given you that has the Exhibit 3 sticker on it.
A. All right.
Q. If you look at the title on that captioned page, it looks very similar.
Do you see this one is labeled the fourth amended complaint?
A. (Nodding "yes.") Yes.
Q. Okay. And if you look at the blue lettering on the top, this one says it was filed April 15th, 2025.
Do you see that?
A. Uh-huh. (Nodding "yes.")
Q. Okay. Do you recall if you reviewed this document before it was filed?
A. I have glanced through this one, too.
Q. Okay. Do you recall when you reviewed it?
A. I -- my best guess would be shortly after it was filed and e-mailed to me.
Q. Okay. So I want to ask you some questions about some of the other plaintiffs in this lawsuit. I

realize that there is quite a few names --
A. Uh-huh.
Q. -- listed on the case caption here, and so I think -- I'm going to try to ask you some questions here to sort of short-circuit it a little bit.
So before the discovery of PFAS in Stella, can you tell me which of these individuals listed here that you were familiar with and sort of in what capacity you were familiar with them?
A. Well, going down the line here. We -- we knew David Grandt and Cathy Grandt, but I -- I can't say for sure that we knew them before or after this lawsuit.
And Jason Debay, I have known him for quite a few years, just socially.
I believe we have met Patty Crump and Mike, Michael Crump within the last year. I think they are fairly new on our lake, the past year or two.
And the rest of this list, I do not know the people by name, but I might know them by face.
Q. Okay.
A. Some of them.
Q. So you mentioned David and Cathy Grandt.
Is that a couple that also lives on Lake

Snowden?
A. Yes.
Q. Okay. And when would you say you met them, if you could approximate?
A. I can't speculate.
Q. Okay.
A. I just don't keep track of that.
Q. Are they a couple that you interact with socially?
A. Yeah, we see them socially.
Q. Okay. And what about Mr. Debay? Do you know where his property is?
A. I -- I know approximately, and I just know him from social also.
Q. Okay. And then the Crumps, you mentioned recognizing their names.
Are they folks that you met in connection with this lawsuit?
A. Socially also.
Q. Socially. Okay.
And do they also have property on Snowden Lake?
A. Yes.
Q. Okay. Do you recall having discussions with any of the folks listed here about PFAS?
A. No, except for the extent of our lake

being polluted.
Q. Okay.
A. Which we share as a common concern.
Q. How often would you say you discuss the pollution of Snowden Lake with your social circle?
A. Quite often.
Q. Is it something that comes up -- strike that.
How often do you socialize with other residents of Snowden Lake?
A. Usually once a week, when you see them, your paths cross somewhere.
Q. Is the presence of PFAS in Snowden Lake something that comes up every time you speak with your neighbors?
A. Yes, more often than not.
Q. Leaving aside Mrs. Gorman, do you recall speaking with any of the individuals on this list of plaintiffs about this lawsuit?
A. No.
Q. Okay. I'm going to represent to you that the first I believe it's six individuals listed here, Lucas Rougeau, Alisha Rougeau, Carrie Brenton, Kerry Brenton -- spelled differently -- Timothy Gerdmann, and Melissa Gerdmann were the named plaintiffs when this

lawsuit was originally filed.
Do you know any of those individuals?
A. Not by name.
Q. Okay. Have you -- believe you have ever spoken to any of these individuals about this lawsuit?
A. No.
Q. Okay. Do you recall ever speaking to Michael Machurick or Elizabeth Machurick?
A. I don't believe I know who they are by name.
Q. Okay. I'm handing you a document that's been marked Exhibit 4 to your deposition.
[Exhibit 4 marked for identification.]
BY MS. SENESE:
Q. And if you look at the bottom right-hand corner of the document, there is some labeling there that says STELLA-MACHURICK_M&B-00237.
A. Uh-huh.
Q. That's what called a Bates number. It helps attorneys identify documents. And in this case, it means that this document was produced to us in this litigation by the Machuricks.
A. Okay. Now, where are the Machuricks on this list here?
Q. So if you're looking at Exhibit --

A. This is Exhibit 3?
Q. -- Exhibit 3, if you go up from the bottom of the list. One, two, three --
A. Okay, here.
Q. Six lines, yeah.
A. I do -- I do know them. I didn't know their last name.
Q. Okay.
A. Now that I saw Tyler Tiede up here, you know, it ties it together.
Q. And what about seeing Tyler Tiede helped you recall that you had had some interactions with the Machuricks?
A. Tyler Tiede worked with me at Frito-Lay. That's how I knew him. He actually was on my pontoon boat and saw this house for sale, and called his father-in-law, Mike, and they bought it.
Q. Okay. And when did that occur?
A. Tyler left employment at Frito quite a while ago, and I do not -- I can't even guess what, you know, if it was six years ago, five years ago.
Q. Okay. So --
A. It's been a while.
Q. Several years ago, this interaction occurred?

A. Yes.
Q. Okay. So could you turn to the next page, which ends in the number 238 at the bottom?
So if you look at the top of this page, it appears to be a screenshot of an iPhone --
A. Uh-huh.
Q. -- with some messages.
Do you see that?
A. Yes.
Q. And the second message down has your name, Dave Gorman, correct?
A. Uh-huh. Yes.
Q. And there's a date, September 1st, 2023.
Do you see that?
And then the message reads, "Dave, are you and Robin signed on with Baron & Budd Law Firm regarding the PFAS? If so, wondering of you had any changes made to the agreement before you signed. We received our agreement."
Do you see that?
A. Yes.
Q. Do you recall receiving a message from one of the Machuricks related to this litigation?
A. I would say probably yes.
Q. Can you recall if you know which of the

Machuricks you believe this message may have come from?
A. I believe it was Mike.
Q. Okay. Do you recall if you responded to Mike's message on September 1st, 2023?
A. I'm sure I did. I always respond to Mike.
Q. Okay. Do you recall what your response was?
A. Well, if that's what I see here. But I see -- I see the name "Lombardi" on there, who I don't know.
Q. Yeah. So are you looking at the message dated August 19th, 2023?
A. Uh-huh. (Nodding "yes.")
Q. And just for the record, that one says, "Lombardi's our east neighbor. She noted that there is a class action lawsuit in progress regarding the PFAS. I would like to learn more about that. Can we talk sometime in the next few days? LMK. Thanks."
Do you see that?
A. Yes.
Q. So do you agree that that appears to be a message that Mike Machurick sent to you in August of 2023?
A. Yes.
Q. Do you have an understanding of whether

the Lombardis are neighbors with the Machuricks?
A. I understand, according to his message, that they're neighbors.
Q. Do you recall if you had a conversation with Mr. Machurick about the class action lawsuit in response to this message?
A. We have talked about PFAS several times, and what -- what we're doing about it, what our solutions were. And, you know, that's about it.
Q. Do you recall whether you encouraged the Machuricks to join the lawsuit?
A. I may have been the one that brought it to his attention.
Q. Do you recall whether you gave the Machuricks any contact information for attorneys?
A. Not 100 percent, but it's possible.
Q. Okay. Just going back up to the September 2023 message, the message from Mike Machurick mentions an agreement with Baron & Budd.
Baron & Budd is one of the law firms representing you in this action, correct?
A. Yes.
Q. Does this message refresh your recollection at all about when you may have signed an agreement with attorneys to be represented in this

lawsuit?

A. Okay. This is the one dated 9-1?

Q. Correct.

A. So then my -- my best guess would be between -- between March and September, then, going by this.

Q. Okay. Between March and September 2023?

A. I believe so.

Q. If you could flip to the last page of this document, which ends in 244. Sorry, not the last page. If you could flip to 244. It's the last page of text messages.

Do you see at the bottom there, there is another message there with your name on it?

A. Okay. First I have to find it. Okay.

Okay. The last page of the text messages?

Q. Yes, with the Bates ending in 244.

MR. CVITANOVIC: Karalena, can we take a break before we get to your question?

MS. SENESE: Sure.

THE VIDEOGRAPHER: Going off the record at 11:25.

[A recess was taken.]

THE VIDEOGRAPHER: We're back on the record at 11:27.

BY MS. SENESE:
Q. Okay. So before we went off the record, we were looking at the page that had been marked 244. At the bottom there, there is a text message with your name on it dated 4-8-2025.
And it reads, "Did you guys receive an e-mail from Baron & Budd requesting all kinds of documents related to the PFAS lawsuit?"
Do you see that?
A. Yes.
Q. Okay. Do you recall receiving this message in April of this year?
A. Is this an e-mail to me?
Q. It appears to be.
A. Okay.
Q. But I'm asking if you recall receiving it.
A. Not specifically.
Q. Okay. Do you recall discussing this lawsuit with Mr. Machurick in April of 2025 in any capacity?
A. We have discussed it. I can't give you any dates. I -- I don't know.
Q. And would those discussions have been -- what format did you have those discussions in?
A. Our format was comparisons to what we're

doing or should be doing to -- you know, to solve our common problem.

Q. Understood. I'm trying to figure out if you communicate over text, on the phone, in-person.

A. He lives in Appleton, I believe, so we usually text, and that could be anything from, you know, me checking his house if he thinks something is wrong to -- to the water thing.

Q. Okay. Do you have a practice of deleting text messages from your phone at all?

A. Not a practice.

Q. Okay. To your knowledge, have you deleted any messages between yourself and Mr. Machurick?

A. I don't think so, but I'm not 100 percent on that.

Q. And I'm not asking you to do this now, but would you be able to check your phone to look for any messages between you and Mr. Machurick discussing PFAS or this lawsuit?

A. Uh-huh. Yes.

Q. Okay. As part of -- well, strike that. We'll get into that in a second.

Will you provide any text messages discussing PFAS or this lawsuit that you find to your attorneys?

A. To my attorney?

Q. Yes.
A. Yes.
MS. SENESE: I ask that you produce those to us if he turns anything over.
MR. CVITANOVIC: Sure. Yeah, subject to our objections, our prior agreements, and conversations.
MS. SENESE: Okay.
BY MS. SENESE:
Q. I'm going to ask you some questions about the defendants in this litigation now.
Have you ever heard of Ahlstrom Specialty Solutions?
A. Yes.
Q. Okay. Do you know what Ahlstrom is?
A. Ahlstrom is the owner of the paper mill.
Q. Are you referring to the Rhinelander paper mill?
A. Yes, and I believe they own several more.
Q. Okay. When did you first learn about Ahlstrom?
A. When their name came up in the newspaper. So --
Q. And how did their name come up in the newspaper?

A. I believe it was when they were sold once, and then in this PFAS issue.
Q. Okay. And what's your understanding of why you're suing Ahlstrom?
A. Ahlstrom was the party responsible for spreading the contaminant on farm fields in the Stella area.
Q. And how did you come to understand that Ahlstrom is responsible, as you said?
A. Through -- through the town board, I would say, more than anything.
Q. Is that the Stella town board?
A. Yes.
Q. And how did the Stella town board communicate to you that Ahlstrom was responsible for the contamination, as you said?
A. I believe the first time I knew the scope of it was at a town board meeting after the PFAS issue had popped up.
Q. Okay. Do you recall when that town board meeting took place?
A. Late -- late 2022 or early 2023. Probably twenty -- you know, I'm speculating.
Q. And do you recall who --
Was there a particular person communicating this

idea that Ahlstrom was responsible for the contamination?
A. I would say most of the information came from the DNR.
Q. Okay. So did -- is your testimony that someone from DNR told you that Ahlstrom was responsible for the contamination in Stella?
A. Out of the possible sources, yes.
Q. What do you mean by "out of the possible sources"?
A. Of anybody -- well, the possibilities, I didn't hear of anything else that could have been a possibility of it.
Q. Okay. So who was the individual that was speaking from DNR at this meeting, if you can recall?
A. The DNR meeting I went to had at least five or six representatives there all in one night, and they all spoke about their -- you know, their part.
And I do not know the name of the DNR person.
Q. And was one of those people speaking speaking about possible sources of contamination?
A. To the best of my recollection, all the conversation came down to the sludge being spread, and, you know, I do believe that they were still doing the practice of spreading sludge at the time.

Q. But did anyone from DNR say that the sludge from the paper mill specifically was the cause of the PFAS contamination?

A. That was the only conversation that I heard.

Q. I understand that, but I'm trying to just drill down specifically if anyone from DNR specifically said that the paper mill sludge was the cause of the contamination.

A. I believe that -- I believe that they -- they thought that -- that that was the contamination source.

Q. So it's your belief that DNR was conveying that the paper mill sludge was the source of contamination, correct?

A. Yes.

Q. Okay. Have you ever seen any written documentation from WDNR identifying the paper mill as a source of contamination?

A. Not to my recollection.

Q. Okay. Have you ever heard of Wausau Paper Corporation?

A. Yes.

Q. Who is Wausau, to your understanding?

A. Wausau to me is -- is the area where that

paper mill is located.

Q. Okay. What's your understanding of Wausau's connection to this lawsuit?

A. My understanding is that they at one time owned the mill up here.

Q. Okay. Do you know anyone that works at or has worked at the Rhinelander paper mill?

A. Casually.

Q. Okay. Who do you know who has worked there?

A. Dan Lukarich (ph).

Q. And what was Mr. Lukarich's job, if you know?

A. He worked in the paper mill for a time, and then he worked in the -- he worked in the east connected part later on until he retired.

Q. Okay. Have you ever talked with him about his work at the mill?

A. No.

Q. Have you ever talked with him about PFAS?

A. Not beyond the point that we have it.

Q. What do you mean when you say "not beyond the point that we have it"? Can you just describe your conversation with him?

A. Our conversation would just be about

jokingly, you know, you don't eat the fish out of Snowden Lake, you know, mainly.
Q. Have you ever talked with him about this lawsuit?
A. Not beyond the point of that we are involved in it.
Q. Okay. What's your understanding of what 3M Company is?
A. Well, 3M is a chemical company that supplies chemicals to, among other things, paper mills.
Q. And when did you first come to have that understanding about 3M?
A. Well, we started learning more when we found out about their product.
Q. What product are you referring to?
A. I'm talking about the non-stick chemicals that are being used.
Q. Okay. Are you personally aware of any specific 3M products that were used by the Rhinelander paper mill?
A. Not by name, I don't believe.
Q. Okay. Are you aware of when 3M products were used by the Rhinelander paper mill?
A. They were used -- I don't know when they cut off using them, which I believe they did and went

to a different company. So I -- I really don't know.
Q. Okay. And are you aware of what type of PFAS any 3M products that were used by the paper mill contain?
A. Not chemically.
Q. Okay. What's your understanding of what BASF Corporation is?
A. That's another corporation that -- that was producing these chemicals also.
Q. And when did you first learn about BASF?
A. I really don't know any time for sure. I have seen them listed along with the others.
Q. Okay. What's your understanding of why BASF is named as a defendant in this lawsuit?
A. Because they are -- they are a supplier of the chemical.
Q. So I just want to be -- be clear about what you're claiming in this lawsuit.
What are you claiming as the source of PFAS on your property?
A. We are claiming that the spreading of sludge on the fields contaminated our drinking water and our lake.
Q. Okay. You mentioned some presentations by WDNR.

Apart from that, have you heard any other sources of information that led you to believe that the spreading of sludge is the source of PFAS on your property?

MR. CVITANOVIC: Object to the form, to the extent you're calling for any privileged communications.

BY MS. SENESE:

Q. Leaving aside communications with your lawyers.

A. I have gotten my information from the -- from the DNR, and probably from the company that came in, tried to solve our problem even after a new well.

But, you know, when it came to PFAS, they were trying to find a solution to get it out of -- you know, to get it down below standards for our drinking water.

Q. Are you talking about Maher Water?

A. Yeah. Yes.

Q. Okay. And who did you speak with at Maher Water?

A. Sam Baron.

Q. Okay. And what did Mr. Baron tell you about the source of PFAS on your property?

A. I don't believe he really was, you know, too informative about the -- about the source. He was

looking for a solution, and that's what we were worried about.

Q. Okay. Did you do any independent research on the internet about what the potential source could be?

A. No.

Q. Okay. So the byproduct from the Rhinelander paper mill that has been land-applied in Oneida County is sometimes called "fiber cake."

If I call it "fiber cake," will you know what I'm talking about?

A. Yes.

Q. Okay. When did you first become aware that fiber cake from the Rhinelander mill was being applied to land in Oneida County?

A. I -- I can't give you a definite when, but locals have just talked about it for years.

Q. So is this something that you were aware of prior to the discovery of PFAS in the area?

A. I don't think I have ever seen it being applied, or knew how much, or, you know, what the ramifications were of it.

Q. So when you say locals talked about it for years, what did you mean by that?

A. I just mean it came up in conversations,

that -- that a lot of the people that didn't own the land that it was being spread on didn't think it was doing it, you know, any good for.

Q. And was this prior to late 2022 when PFAS was discovered in drinking water that you heard these conversations?

A. It was probably more after when it became a topic.

Q. Okay. Do you recall ever hearing any residents complain about their neighbors land-applying sludge prior to the discovery of PFAS?

A. I can't say for sure. Possibly.

Q. Okay. Are you aware that the practice of land-applying that fiber cake is regulated and permitted by DNR?

A. Yes.

Q. Okay. Are you aware that other byproducts from wastewater treatment facilities have been land-applied in Oneida County?

A. Yes.

Q. And are you aware that septage has been land-applied in Oneida County?

A. Yes.

Q. Are you aware of any material from the Rhinelander paper mill being applied on your property?

A. No.
Q. Are you aware of material from any other wastewater treatment facility being applied on your property?
A. No.
Q. What about, are you aware of any septage being applied on your property?
A. No.
Q. Are you aware of any material from the Rhinelander paper mill being applied on your neighbor's property?
MR. CVITANOVIC: Object to the form.
BY MS. SENESE:
Q. You can answer.
A. I believe it was applied to my neighbor's agricultural fields.
Q. And which neighbors would those be?
A. I do not know who owns it. It's a big field across the road from me.
Q. Okay. So just to clarify, can you describe where it is specifically in relation to your property?
A. Southeast.
Q. Okay. And what is your knowledge regarding materials being land-applied to that

property?
A. My knowledge is hearsay. I have not seen it done, you know, or -- you know, this is just social talk, again. So I have not seen it done. People have said it was done. So --
Q. Do you recall who said that material had been land-applied to that property?
A. No, I don't.
Q. Okay. Do you know who the owner of that property is?
A. I do not know.
Q. Okay. Did the people you were talking to about this say when material was land-applied?
A. No.
Q. Okay. Have you seen any test results showing that any material from the Rhinelander paper mill that was land-applied contained PFAS?
A. I do not believe -- I do not believe so.
[Exhibit 5 marked for identification.]
[Exhibit 6 marked for identification.]
BY MS. SENESE:
Q. Mr. Gorman, I'm handing you a pair of documents that have been marked Exhibit 5 and Exhibit 6.
Once you have had a chance to take a look, do

you recognize these two documents?
A. Yes.
Q. Okay. Did you fill out the answers to the questions listed in these two documents?
A. I believe one was over the phone with the secretary, and I believe I did this one.
Q. Okay. So if you look at the one that has the Exhibit 4 sticker on it, that is called Rougeau, et al., plaintiff fact sheet, property claims.
Do you see that?
A. Okay. You're on Exhibit 4?
Q. Oh, I'm so sorry, I gave you the wrong number. Exhibit 5. I apologize.
A. Okay. Okay. Yes.
Q. And is that the one that you filled out or the one that you filled out with the secretary?
A. This is the one that I believe I filled out.
Q. Okay. And then the one that has the Exhibit 6 sticker on it is called supplemental plaintiff fact sheet.
Do you see that?
A. Yes.
Q. Okay. And is that the one that you filled out over the phone with the assistance of a secretary?

A. I believe so.
Q. Okay. And would that be a secretary for one of your attorneys?
A. Yes.
Q. So if I refer to these two documents as your plaintiff fact sheets, will you understand what I mean?
A. Yes.
Q. Aside from the secretary's clerical work, did anyone help you fill out the answers to the questions on your plaintiff fact sheets?
A. No.
Q. Okay. Leaving aside your attorneys, did you discuss the answers to the questions on your fact sheet with anyone else?
A. No.
Q. Okay.
A. Unless my wife might have been there while I was doing this.
Q. Okay. Do you recall any specific discussions with Mrs. Gorman?
A. No.
Q. Okay. Other than the instructions that are printed on the two documents, did anyone give you instructions on how to fill out the plaintiff fact

sheets?
A. No.
Q. After filling out both of those fact sheets, you signed a verification on them, stating to the best of your knowledge your answers were true and accurate, correct?
A. Yes.
Q. And at the time you signed both of these plaintiff fact sheets, did you believe that your answers were true and accurate?
A. Yes.
Q. Okay. And do you believe that those answers are true and accurate today?
A. Let me check to make sure.
The only one here is that I had let my license lapse on my pontoon boat.
Q. Okay.
A. And I actually caught it when I did this, and I have since --
Q. Okay.
A. -- relicensed it.
Q. For the record, in Exhibit 6, you're looking at the question about boating licenses.
A. Yes.
Q. And we prompted you to update your license

and registration on your pontoon?
A. Yes.
Q. Okay. Great. Anything else?
A. Not that I have seen.
MR. CVITANOVIC: Just to make sure we're not missing each other, I know he has already testified about Madison and he testified about his employment at Frito-Lay.
Are you talking about the supplemental, or are you talking about the fact sheet?
MS. SENESE: I was just asking him to verify the information on both.
MR. CVITANOVIC: He has already --
A. Yes.
MR. CVITANOVIC: I'm just pointing out -- you know, I don't want to miss each other on that.
MS. SENESE: Okay.
MR. CVITANOVIC: Those two items were already testified to.
MS. SENESE: Correct.
MR. CVITANOVIC: And they're also part of the fact sheet.
MS. SENESE: Correct.
A. Okay, and should I interject that Frito-Lay, I'm no longer working there, so that's

not -- and Madison no longer lives there.
BY MS. SENESE:
Q. So those are both things that have changed --
A. Yes. Yes. Yeah.
Q. -- since you filled out the fact sheet?
A. Yes.
Q. Okay. So Mr. Gorman, as part of this lawsuit, do you understand that certain documents that you had in your possession that were related to your property or the presence of PFAS on your property have been produced to defendants?
A. Yes.
Q. Okay. And did you search for and collect documents to provide them to your lawyers that are related to this lawsuit?
A. Yes, I did.
Q. Okay. And did Mrs. Gorman also participate in that effort, or was it mostly you?
A. It was mostly me.
Q. Okay. And when did you first look for documents related to this case to provide to your lawyers?
A. I -- I can't give you a date. The last -- let's see. I'm trying to put that together.

Last -- last October, September. That was the biggest case of the documents.

Q. Okay. And since that time, have you been continuing to save any documents that you might get related to this case?

A. Yes.

Q. And have you been providing them to your lawyers?

A. Yes.

Q. Okay. Is there anything you can think of that you might have received since this lawsuit was filed that was related to this case that you may have thrown away?

A. No.

Q. Okay. How did you go about searching for documents related to your property in this lawsuit?

A. I have a file cabinet, and I pretty much had everything filed.

Q. Okay. Did you look for electronic versions of documents that you may have e-mailed?

A. No.

Q. Okay. Do you have a practice of printing out certain e-mails?

A. No.

Q. Okay. Did you look through any of your

text messages?
A. No, I did not.
Q. What about your social media accounts?
A. There is nothing on there.
Q. Okay. What about pictures on phones or cameras that are stored on your computer?
A. The only pictures I would have is normal pictures of family.
Q. Okay. Do you have any documents, for example, documents you have received from WDNR, that you haven't yet provided to your attorneys?
A. No, not to my knowledge.
Q. Okay. And when did you last provide documents to your attorneys?
A. Last ones I can think of would be last fall also.
Q. Okay. So I want to just try to understand something we've been talking about a little bit, but a little bit better, and that is the public meetings that you have attended related to PFAS contamination.
A. Uh-huh. (Nodding "yes.")
Q. So I believe you mentioned one WDNR meeting.
Have there been other meetings hosted or put on by WDNR that you have attended?

A. I believe it was just the one where they had all the representatives there.
Q. Okay.
A. And there was one meeting that I couldn't go to, so I can't speak to as who was actually there.
Q. When was the meeting that you missed?
A. Boy. I think it was actually held in town at a school or something, and I do not have a date for that one.
Q. And what about -- you had mentioned some Stella town board meetings?
A. Uh-huh. (Nodding "yes.")
Q. How many of those have you attended related to PFAS?
A. I believe I have attended two.
Q. And who was on the Stella town board, if you know?
A. Jerry Hirman. That's H-I-R-M-A-N, I believe. Or excuse me, not Jerry. Rich.
Q. Okay.
A. Rich Hirman. And Jerome Pokorny.
Q. And were those individuals discussing PFAS at the town hall meetings that you attended?
A. No, they weren't.
Q. Okay. Who was discussing PFAS at the town

hall meetings that you attended?
A. It was all DNR.
Q. Okay. Were any attorneys present at the town hall meetings you attended?
A. I believe so.
Q. Which attorneys?
A. I believe Andrew was there.
Q. Okay. What's your recollection of what was discussed related to PFAS at the town hall meetings?
A. Well, the recollection was what their plan of action was for testing, and the DNR, what their plan was to -- to help.
Q. Okay.
A. With the well water.
Q. Do you recall any specifics about those plans?
A. No. No, not really.
Q. Are you a member of any community PFAS awareness groups or other organizations that are focused on PFAS?
A. No.
Q. Okay. Are you a member of any Facebook groups focused on PFAS?
A. No.

Q. Okay. Have you ever talked with reporters about PFAS in the Stella area?
A. I think after one of the meetings, my wife talked to a reporter.
Q. Okay.
A. And recently we were asked to and turned it down.
Q. Okay. When were you asked to the more recent time?
A. That was probably the first PFAS meeting, and the reporter was just asking about concerns.
Q. Okay. So you mentioned that more recently, you were asked to be interviewed by a reporter, and you turned it down.
When, to your recollection, did that occur?
A. I -- let's see. Guessing-wise, it would have been in the spring.
Q. Spring of 2025?
A. Yeah.
Q. Do you recall who the reporter was?
A. No, I don't. My wife talked to them, and she asked me what I thought, and said it wasn't a good idea.
Q. Do you recall what publication they were with?

A. I don't.
Q. Okay. I'm going to mark this one as Exhibit 7.
[Exhibit 7 marked for identification.]
BY MS. SENESE:
Q. Do you see this printout of a WXPR article by Katie Thoresen?
A. Yes.
Q. And it's published on August 16th, 2023?
A. Uh-huh. Yes.
Q. Is this the reporter that you mentioned you and your wife may have spoken to after the first town hall meeting?
A. Yes, it is -- I believe my wife talked to her. I did not -- I don't believe I talked to her.
Q. Okay. So if you go to Page 3 of 7, on the bottom there.
A. Uh-huh.
Q. In that very last paragraph.
A. Yes.
Q. It says, "We're also hoping that they can find or pinpoint sources, where it's coming from, and put a stop to it," said Dave Gorman. "There has been a lot of dumping going on in this area, there has been a lot of agriculture and sewage dumping. All that stuff

goes right into the ground."
Do you see that?
A. Yes, I do.
Q. So that's a quote attributed to you in the article, right?
A. Yes.
Q. Does that refresh your recollection about whether you spoke to Ms. Thoresen at all?
A. Yes.
Q. Okay. So do you know how you and Mrs. Gorman were selected to be interviewed for this article?
A. I believe we walked out the door and -- I don't even remember saying that, you know, but --
Q. Did she -- do you think Ms. Thoresen approached you?
A. Yes.
Q. Had you spoken up during the meeting prior to being approached by Ms. Thoresen?
A. Not to my recollection. I don't know if my wife did or not. I usually don't say much.
Q. So do you -- just to clarify, do you recall making the statement that's at the bottom of Page 3 here?
A. It looks like I did.

Q. Do you think this statement, that there has been a lot of dumping going on in this area, there has been a lot of agriculture and sewage dumping, is accurate?

A. I know there is a lot of agriculture, and I knew that there had been some sewage dumping.

Q. Okay.

A. Not firsthand knowledge.

Q. Did you ever read this article after it published?

A. I do not think so.

Q. There was also a radio story on WXPR that accompanied this article.

Do you know if you ever listened to that?

A. I think we may have heard it, and I'm under the assumption that those two were together or the same thing. I do not know for sure.

Q. Okay. Have you ever spoken to Ms. Thoresen since this article published?

A. I don't believe so. I don't think she was the one that called this spring. So --

Q. Okay. Have you ever had any communications with a woman named Heidi Stolt?

A. That name does not ring a bell.

Q. Okay. Do you recall receiving a letter

from Ms. Stolt about PFAS contamination?
A. For some reason, I think I have seen that name, but I can't remember in regards to what.
[Exhibit 8 marked for identification.]
BY MS. SENESE:
Q. I'm going to mark this one as Exhibit 8, and it has the Bates number STELLA-GORMAN_D&R-000031 at the bottom.
A. Uh-huh. (Nodding "yes.")
Q. Which this is something that was sent to us as part of your document production in this case.
A. Uh-huh. (Nodding "yes.")
Q. Do you recall receiving this later?
A. I remember seeing it when I was going through my papers in the last week, and that's -- I remember seeing it, and that is really all I remember.
Q. Okay. So do you have any recollection of when you may have originally received this letter?
A. No, I don't.
Q. Okay. And so is your understanding, based on that first sentence, "My name is Heidi Stolt," that this was a letter that you somehow received from Heidi Stolt?
A. Uh-huh. Yes.
Q. Okay. Apart from seeing her name on this

letter, do you have any -- do you have any awareness or communication or Ms. Stolt?

A. Not that I know of.

Q. Okay. You can set that one aside.

So I'm going to switch gears now and ask you some questions about your home.

When did you buy your home in Rhinelander?

A. We bought our home in 2005.

Q. Okay. And do you remember how much you purchased the home for?

A. $182,000.

Q. Okay. Do you know if that was the list price?

A. Yes, it was.

Q. Okay. And did you move into the home immediately after you bought it?

A. We used it for a cabin from 2005 to 2013.

Q. Okay. And so when you were using it as a cabin, approximately how much time over the year did you spend there?

A. We spent, out of the weekends of a year, between a half and three-fourths of all weekends, and then a couple weeks for the vacation week.

Q. Okay. So just so I understand, it was your practice to go there on the weekends pretty

frequently --
A. Yes.
Q. -- about half the time?
A. Yes.
Q. And then two or three weeks in the summertime?
A. Uh-huh. Yes.
Q. Okay. And when you had that property as a cabin, when you weren't there, did anyone else stay on the property?
A. No.
Q. Okay. So did you ever rent it out to anyone?
A. No.
Q. Okay. And was it in 2013 that you moved into it as a full-time residence?
A. Yes.
Q. About what month in 2013, if you recall?
A. June.
Q. Okay. When you purchased the home -- sorry, I'll just back up for a second.
A. Uh-huh.
Q. When you purchased the home in 2005, did you take out a mortgage to purchase the home?
A. Yes.

Q. Do you recall how much the mortgage was?
A. Ballpark, $120,000.
Q. Okay. And the lender?
A. Island Mortgage.
Q. Okay. When you were looking for documents in this case, do you recall seeing any documents about your original mortgage?
A. I do not remember.
Q. Okay. If you had found those, would you have turned them over to your attorneys?
A. Yes.
Q. Okay. Are you and Mrs. Gorman the current owners of the property at 3242 County Road C?
A. Yes.
Q. Are there any other owners of the property?
A. No.
Q. Okay. We discussed earlier that your granddaughter Madison had lived with you for a couple of years.
A. Yes.
Q. Did she ever pay rent when she lived with you?
A. No.
Q. How did you find the property at 3242

County Road C?
A. Through a realtor.
Q. Okay. And why were you looking -- or what were you looking for when you decided to purchase the home?
A. We were looking for a lake home.
Q. Okay. And were you looking specifically in the Rhinelander area, or were you considering other ways?
A. We considered Minocqua area.
Q. Okay. And how did you end up deciding to choose the home that you ended purchasing?
A. Our realtor steered us over here, and prices in Minocqua are very high.
Q. So is the primary reason you chose Rhinelander over Minocqua affordability?
A. It was one of the reasons.
Q. What were some of the other reasons?
A. When we came and saw, saw the property, we liked it, and when we first came, there was some ice on the lake, but you could see the edge of the water, and it was crystal clear. So that was very attractive.
And it was a nice-sized, you know, almost three-acre piece of property.
Q. What criteria were you looking for in a

property when you decided to buy?
A. Probably the number one would be the lake. And, you know, we were new at looking at things, so we learned a lot as we looked, I guess.
Q. Were you familiar with the Rhinelander area before you purchased the property here?
A. Vaguely.
Q. Had you spent any time here?
A. We had spent a few weekends up here skiing, cross-country skiing, and for the Rhinelander area, that's about it.
Q. Okay. Do you still have an outstanding mortgage on your home?
A. Yes.
Q. And is that the same mortgage from the purchase in 2005?
A. No.
Q. Okay. So since you bought it, have you refinanced the property?
A. Yes.
Q. Okay. And how many times?
A. I believe twice.
Q. And if you recall, approximately when did those refinances occur?
A. I do not recall the years.

Q. Okay. Do you recall if there was ever an appraisal conducted in connection with a refinance?
A. There was an appraisal.
Q. Okay. Separate from refinancing, have you ever taken a home equity loan out on the property?
A. Yes.
Q. Okay. And when did that occur?
A. There again, I would be guessing.
Q. Okay. Do you recall how much the home equity loan was for?
A. No, I don't. We -- we used that as we were building, remodeling, and it was open-end, up to a certain amount, and so, you know, we never really borrowed a lot on it, I don't believe.
Q. Okay. Do you know if that home equity loan has been paid back?
A. It's -- I think it's at $800.
Q. Okay. Have you ever had a home equity loan application denied in relation to the property?
A. No.
Q. What about an attempt to refinance denied?
A. No.
Q. Okay. Have you ever considered selling your Rhinelander home?
A. No.

Q. Okay. If you were planning to sell your home, how much do you think you would ask for it?
A. What it's worth to me versus what, you know, as a realtor, and going by what has sold around me, to me, it's $700,000.
Q. Okay. Have you ever talked with anyone about potentially selling your home?
A. We had a realtor do a walkthrough once just for the heck of it to see, because we wanted to know where we were at with its -- with its value.
Q. And when did that walkthrough occur?
A. I can't even guess that one either.
Q. Would it have been prior to the discovery of PFAS?
A. Yes.
Q. Okay.
A. Yes.
Q. Do you recall what the realtor valued the home at at that time?
A. I believe it was $425,000 to $450,000 or something in that area.
Q. Okay. And this was after the renovation work was complete?
A. Yes.
Q. Okay. And when was that renovation work

completed?
A. For the most part, five years ago, and there is -- there is still a few things I haven't done yet. So --
Q. Okay. Are you aware of any neighbors on Snowden Lake who have sold their home since December of 2022?
A. Yes.
Q. Okay. I think you mentioned one of your neighbors.
A. Uh-huh. (Nodding "yes.")
Q. Do you know what the neighboring property sold for?
A. I believe I heard $720,000.
Q. Do you know what the asking price was?
A. I want to say $789,000.
Q. Okay. And do you know how long it took to sell?
A. Roughly three months.
Q. Okay. Apart from your next-door neighbor, are you aware of any other home sales on Snowden Lake?
A. No, I don't believe so.
Q. Okay. Are you aware of any instances where a property sale on Snowden Lake fell through because of groundwater issues related to PFAS?

A. Well, that's kind of an issue with my neighbors, because they weren't disclosed about the PFAS.
Q. I understand, but the sale went through, and then they learned about the PFAS, correct?
A. And they learned about it after the sale.
Q. Yeah. Okay. Understood.
MS. SENESE: Can we take a short break? I might be able to short-circuit this.
THE VIDEOGRAPHER: Going off the record at 12:19.
[A recess was taken.]
THE VIDEOGRAPHER: And we're back on the record at 12:29.
BY MS. SENESE:
Q. Mr. Gorman, before we went off the record, we were talking about your new next-door neighbors who purchased their property and subsequent to acquiring the home learned about the presence of PFAS, correct?
A. Correct.
Q. Have you discussed with them whether there was any requirement that PFAS be disclosed as part of that real estate transaction?
A. We actually didn't know for sure, and I know that she has contacted an attorney, and I do not

know any more than that.
Q. Okay. Understood.
So I'm going to hand you a pair of documents marked Exhibits 9 and 10.
[Exhibit 9 marked for identification.]
[Exhibit 10 marked for identification.]
BY MS. SENESE:
Q. And if you could look at the document that has been marked as Exhibit 9, it looks like the first page is a mailing envelope, but if you turn to the page that ends in Bates number 851, do you see that this is a letter to you and Mrs. Gorman dated August 23rd, 2013, from Associated Bank, enclosing an appraisal report?
A. Yes.
Q. Okay. And so is this an appraisal that's your understanding was conducted in connection with a loan application from Associated Bank?
A. I believe so.
Q. And do you recall if this was for your home equity loan or for refinance?
A. I am thinking it was refinance, but I am not 100 percent sure.
Q. Okay. I just really wanted to draw your attention in the appraisal report, if you could turn to

the page that ends in 852. At the --
A. 852. Okay.
Q. The time of the 2013 appraisal, if you look in the bottom box.
A. Uh-huh.
Q. It says, "Finished area above grade contains four rooms, two bedrooms, one bathroom, and 858 square feet of gross living space above grade."
Do you see that?
A. Yes.
Q. So is that an accurate description of your home prior to the renovation work that you did?
A. Yes.
Q. Okay. And then if you could just flip to page that ends in 845.
Do you see --
A. Did you say 845?
Q. 845, yeah.
Not the last box, but the box above that, the very last line has, "Indicated sales value by comparison approach."
A. I'm still trying to find 845.
Q. Oh, sorry.
A. 852?
Q. I'm sorry, I misspoke. I said -- 854.

A. Okay. Yes.
Q. Okay. So in the 2013 appraisal, the indicated sales value by comparison approach for your home was $211,000, correct?
A. What year was that? Was that that year?
Q. Yeah --
A. Yeah --
Q. -- this was with the letter from August of 2013.
A. Okay. Yes.
Q. Okay. And there was something attached to this that I just wanted to ask about with hopefully not having to get out any more documents.
If you could flip to 874.
A. Yes.
Q. As part of this appraisal report, there is a quitclaim deed from July 2006 between -- it looks like the grantors were Mary Eades and Donna Pokorny?
A. Yes.
Q. And then the grantees were yourself and Mrs. Gorman.
Can you just explain what this transaction was about?
A. That transaction was these neighbors sold their property, and there was a cabin on it, and when

they surveyed it, I owned part of their cabin.
Q. Okay.
A. And so we traded some land.
Q. Okay.
A. So they could have their cabin back.
Q. Got it. So it looks like there was a nominal charge of a dollar, at least in this quitclaim.
You said you swapped a little bit of your parcels to address that?
A. Yes, we did. Yeah.
Q. Okay. So if you could turn now to the document that's been marked as Exhibit 10.
And I'm looking at the first page, which ends in Bates 0176 (sic).
A. Uh-huh. Yes.
Q. Do you see this is a March 2nd, 2021, letter from Associated Bank to you and Mrs. Gorman?
A. Yes.
Q. Okay. And similarly, it says it's enclosing a copy of an appraisal report in connection with the current loan application.
Do you see that?
A. Yes.
Q. Okay. And do you recall whether this was a refi or a home equity loan?

A. I believe this was a refi.
Q. Okay. And so if you would just turn the page to the next page, which ends in Bates 1077.
I just want to look at that same line we were looking before, the finished area above grade, which is sort of down towards -- I know it's hard, I'm sorry -- below all of the checkboxes.
A. Okay.
Q. That first full line there.
A. Okay. Yeah.
Q. Yeah. So in 2021, the finished area above grade, four rooms, two bedrooms, 1.1 baths, and 1,386 square feet of gross living space above ground. Right?
A. Yes.
Q. So the renovation and expansion that you did on your property between 2013 and 2021 added a pretty substantial amount of square footage to the property, correct?
A. Yes, and this says above grade, and we converted with a walk-out basement also.
Q. Okay.
A. So --
Q. So I'm going to ask you to walk me through the work you did in just a minute here. But just for the --

A. Yeah, sure.
Q. If you go over to the next page, 1078.
A. Yes.
Q. About six rows up from the bottom, we have in 2021 the indicated value by sales comparison approach was $405,000, correct?
A. Let's see, if I can find it. Where are you looking, down a little ways there?
Q. So it's towards the bottom. There is a large white box, and then the first kind of skinny one after that.
A. Okay. Yep, I got it.
Q. Okay. Have you had any appraisals of your home done since 2021?
A. No.
Q. So just to be clear, you haven't had an appraisal done since PFAS was discovered in Stella, correct?
A. No.
Q. And do you have any plans to have an appraisal conducted?
A. No.
Q. Okay. Do you know approximately when your home was originally built?
A. The original footprint would be 1960.

Q. Okay. And what's the style of your home?
A. Ranch.
Q. Okay. And do you know the material that it's made of? Is it a siding? Is it --
A. It is wood frame with siding and a steel roof.
Q. Okay. Do you have an attic?
A. Yes.
Q. Is it a finished attic?
A. No.
Q. Okay. Do you have any fireplaces?
A. I have one gas fireplace.
Q. Okay. And where is that located?
A. In the main living area upstairs, I guess you would call it.
Q. Okay. What's the approximate size of your lot?
A. 2.75 acres.
Q. And do you know how many feet of lakefront property you have on Lake Snowden?
A. I believe it's 212.
Q. Can you describe sort of the grading of your property? Is it flat? Is it hilly?
A. It's flat.
Q. Okay.

A. Small hill, going down to the lake.
Q. Do you have a garage on your property?
A. Yes.
Q. How large is the garage?
A. Square feet, it's I believe in the 2,300 square feet.
Q. Okay. Do you have any other outbuildings on your property?
A. I have an old horse barn.
Q. Okay.
A. A small one from years ago.
Q. Was that horse barn there when you purchased the property?
A. Yes. Yes.
Q. Are you using the horse barn for anything?
A. It ended up as a catch-all for my old rototiller and a few lawn -- lawn and garden things.
Q. Okay. So just storage, primarily?
A. Yeah.
Q. Okay. Besides the barn and the garage, any other structures besides the residence?
A. No.
Q. Do you have a dock?
A. Yes.
Q. Okay. And is the dock the same dock as

when you purchased the property, or have you had to replace that?

A. It is -- half of it is the same, and the other half I had built and added on.

Q. Okay. When did you build out the dock?

A. 2010-ish.

Q. Okay. Did you do that work yourself, or did you hire it out?

A. I had it hired out.

Q. Okay. Do you have a garden?

A. No.

Q. Okay. Did you ever have a garden?

A. No.

Q. Do you have a swimming pool?

A. No.

Q. It would be a little bit redundant, right?

A. Well, that's what my neighbors are going to put in.

Q. All right. Let's see.

[Exhibit 11 marked for identification.]

BY MS. SENESE:

Q. I'm handing you a document that's been marked as Exhibit 11. And the first page of this one has the Bates stamp STELLA-GORMAN_D&R-002392. You can look through for a second just to make sure we're

seeing the same thing.
So I guess my first question is, if you go back to 2392, this top picture here, is this what the property looked like approximately when you first purchased it?
A. Yes.
Q. Okay. And then if you go to the last page, which ends in 2405, that bottom picture.
A. Yes.
Q. Is that also a picture of the property when you first purchased -- what it looked like when you first purchased it?
A. Yes.
Q. And is that the view from the lake, looking back onto the property?
A. Yes, it is.
Q. Okay. And then would you agree generally that the other pictures that are in here are various stages of renovation work that you had done on the property?
A. Yes, so far. There is -- well, there is a couple pictures before or as we were just getting ready to start the renovation, so they were older pictures.
Q. Okay. And when did you start renovating the property?

A. We built our garage in 2013, and we started the house in 2014.

Q. Okay. And what projects, if you can remember -- I know that you did a lot of work.

A. Yeah.

Q. You really have made a beautiful property. But can you kind of walk me through all the work that you guys did?

A. What we did? Well, the first thing we did was to make sure we could convert our house into a walk-out by digging out the hill that you see in that first picture, and that worked out. Excavator had to come in and do that.

And then the concrete work. And I'm lucky enough to have a friend who was a contractor that planned this out and worked with me. He is in a few of the pictures here.

Q. Okay. So you dug out the hill to build out a basement, correct?

A. Uh-huh. (Nodding "yes.")

Q. And then you framed out an extension on top of that?

A. Yes.

Q. What rooms are in that extension you framed out?

A. Half of the living room and half of the kitchen.
Q. Okay. Did you redo the kitchen as part of the renovations?
A. Yes.
Q. Okay. And did you redo any bathrooms or add any bathrooms?
A. Yes.
Q. What about your basement? Did you make any improvements there?
A. Yes. We -- we made most of that into living area.
Q. Okay. And were you primarily doing this work yourself with help, or was it all contracted out?
A. It was like 50-50. I did a lot of it myself.
Q. And when was the major build-out? When did that occur?
A. 2014.
Q. Okay. Did you -- have you expanded or added to the decks on your property?
A. No. We -- the decks that we have now were all built new.
Q. Okay.
A. After the construction was done.

Q. Okay. Did you replace any windows?
A. All windows.
Q. All windows?
Were there any renovations you made that we haven't discussed?
A. Not to my recollection, just that it took the years to do it. We took our time and paid as we went, as much as we could. So --
Q. Do you have a sense of the total amount that you have spent making improvements to the property?
A. I have never added up my slips. And I probably have every single one. But --
Q. Okay. So you're not able to give an estimate, sitting here today?
A. Not even a ballpark.
Q. Okay. Have you done any landscaping around your property?
A. Yes.
Q. What kind of landscaping have you done?
A. I have -- my excavator brought in the big rocks that you see in the pictures, and we did the concrete sidewalks, and I planted all the bushes and trees.
Q. Have you ever applied any herbicides on

your property?
A. No.
Q. What about insecticides?
A. Some ant spray.
Q. Okay. Like Raid or something?
A. I don't even know what it is, to tell you the truth.
Q. Was that like a one-time thing, or is it something you do regularly?
A. It's something I usually do once or twice a year, you know, if I notice a hill of ants.
Q. Okay. And where do you apply the ant spray?
A. Yeah, in the sand.
Q. Okay. Is that the sand leading to the lake, you're referring to?
A. Well, it's in the yard. It's not down by the lake, really.
Q. Okay. How would you describe the soil on your property?
A. My soil is sandy.
Q. Okay. Have you ever applied any fertilizers on your property?
A. I believe when I planted grass after the new well got put in, I had like a small pail that I

threw out by hand, which would have been last year, I believe.
Q. Okay. Other than that in connection with seeding your grass, have you applied fertilizer on your property?
A. No. No.
Q. Have you ever hired anyone else to apply any fertilizers or other insecticides or herbicides, things like that, on your property?
A. No, I have not.
Q. Okay.
A. Or let me back up. I did have Mosquito Police spray one year. So just to make sure that I cover that.
Q. So do you know which company you hired to have them spray?
A. I think the company is Mosquito Police.
Q. Mosquito Police?
A. Yeah.
Q. It's a good name.
A. Yeah.
Q. When did Mosquito Police spray your property, if you recall?
A. I'm not sure if it was last year or the year before.

Q. Okay. And do you recall what chemical they applied?
A. No, I don't.
Q. Okay. Do you have any invoices related to that application?
A. No, I don't think I have anything with that.
Q. Okay. Your home is on a septic tank, correct?
A. Yes.
Q. And is it the same septic tank that was there when you purchased the home?
A. No.
Q. Okay.
A. There was a new one installed right away.
Q. Okay. If you recall, when did you have the new one installed?
A. Well, it would have been sometime in the year, I believe, 2005. I think it was in the first year that we owned the place.
Q. And why did the septic tank have to be replaced?
A. I believe it was part of the selling, selling price, to put in a new septic.
Q. And did you do that work?

A. No.
Q. Okay. So the seller put in a new septic tank before you --
A. The seller left money for me to do it, and so that was -- so we had the new septic.
Q. Okay. Since 2005, have you had to have any of your septic tank replaced?
A. No.
Q. Okay. Have you had any issues with your septic tank over the years?
A. No.
Q. Okay. What do you do to maintain your septic system?
A. We have to have it inspected, I believe it's every three years, by -- the county sends you a card to have someone come in and inspect it.
Q. Uh-huh. And have you ever had to have it serviced or drained?
A. I believe it has been pumped once or twice, and I'm not even -- otherwise, it has been self-maintaining all along.
Q. Okay. Apart from the one or possibly two times it has been pumped, have you had any other septic maintenance work done?
A. No.

Q. Okay. So I know we all know the answer to this, but just for the record.
The water provided to your property is provided by private well, correct?
A. Yes.
Q. And is the private well the only source of water to your property?
A. Yes.
Q. Okay. And it was provided by private well at the time that you purchased your property, correct?
A. Yes.
Q. And where specifically on the property was the original well located?
A. The original well was in the basement.
Q. So it was inside of the property, dug into the basement?
A. (Nodding "yes.")
Q. Okay.
A. There was a hole in the concrete floor with a point well.
Q. Do you know when that well was constructed, approximately?
A. Probably when the house was new, I'm guessing.
Q. And that would have been in the 1960s?

A. Probably 1960. I don't have the exact history of the house.
Q. Okay. Do you know how deep the original well was?
A. Roughly 15 to 20 feet.
Q. Okay. Do you know what the original well was constructed out of?
A. It was just a point well driven down.
Q. I'm not familiar with the term "point well." Can you --
A. Point well is just a water collection point, you know, attached to pipes.
Q. Okay.
A. And then you hammer that down as far as you can, and hook it up to a pump.
Q. Got you. Did you ever have problems with water pressure from that well?
A. Yes, we did.
Q. Okay. What kind of problems were you having with water pressure?
A. We were not getting great water flow, and we knew it was an old setup, and I -- I pulled up the old point, and pounded down a new one, a bigger one, hooked it up.
Q. When did you make that improvement to the

well?
A. I have that information at home, but I don't have it with me now.
Q. Okay. Is that something that you could look for the documentation that you have on that?
A. All I have is I wrote it down on one of the well pieces on my -- my old pressure tank. I think I wrote it on there.
Q. And when you installed the new point for the well, did anyone -- did you have that well inspected at all after that?
A. No.
Q. Okay. When you purchased the property, were you provided with any documentation related to the original well?
A. Not that I know of.
Q. Okay.
A. I did have a water test done, which was in the information, at one point. I don't even know when that was.
Q. Yeah, I might ask you some questions about that in a little bit.
A. Okay.
Q. So the well that was in use when you purchased the home, that's no longer in use today,

correct?
A. Right.
Q. And it was replaced in December of 2023? Do I have that right?
A. Yes.
Q. Okay. So when we were talking a little bit ago, you mentioned that prior to the discovery of PFAS on the property, you were drinking water from the original well, correct?
A. Yes.
Q. And I think sometimes it was filtered water from the fridge, and sometimes it was directly from the tap, correct?
A. Yes.
Q. Did you also drink bottled water when you were staying at the property?
A. No.
Q. Okay. How much water would you estimate that you drank from the well, you know, each day prior to the discovery of PFAS in your well?
A. My wife drinks a lot of water. And if I would say eight to 10 glasses for me, not so much.
Q. So I just want to make sure I understand what you're saying.
Eight to 10 glasses per day for your wife?

A. Yes.
Q. Okay. And you're talking like the tumbler-size glasses?
A. Yeah. Yes.
Q. And then how much water would you drink per day?
A. Less than one cup.
Q. Okay. Did you drink other beverages in the home that were made using your well water?
A. No.
Q. Okay. And --
A. Let me back up. Coffee.
Q. How much coffee would you drink per day?
A. Six cups.
Q. Okay. Did you primarily drink water from the fridge or from the -- directly from the tap?
A. Well, for the first eight or 10 years, our fridge did not have a water outlet in it. When we redid our kitchen, when we got the fridge, which would have been in 2014, that's when we had the filtered water coming in through the fridge.
Q. Okay. So after you had the new fridge installed, were you primarily drinking water from the fridge filter?
A. I would say mostly, probably 75 percent.

Coffee? No, coffee out of the tap.
Q. The tap? Okay.
Did you ever notice a taste or odor to the water from your well?
A. No.
Q. No iron taste or anything like that?
A. No.
Q. Okay. Have you ever been told that the water from your old well had high iron content?
A. I believe on that test we were told that we had a higher pH count. I don't remember iron being an issue.
Q. Okay. Did you ever have a water softener installed to treat the original well water?
A. No.
Q. Okay.
[Exhibit 12 marked for identification.]
BY MS. SENESE:
Q. Okay, Mr. Gorman. I'm handing you something that's been marked as Exhibit 12.
A. Yeah.
Q. Is this the testing that you had done on the old well that you were referring to a minute ago?
A. I believe so. I'm looking for a date.
Q. So -- oh, yeah. So if you look at the

bottom of the first page that ends in Bates number 008, next to the recommendation, date results sent were September 28th, 2021.

A. Uh-huh. Yes.

Q. Do you see that?

So this was some testing that was done on your well prior to the discovery of PFAS in the water, correct?

A. Yes.

Q. And this was performed by a company called Hellenbrand, is that right?

A. I believe so.

Q. What is Hellenbrand, if you know?

A. I believe they -- I believe they go by Advanced Water now.

Q. Okay.

A. And the only reason I know that is because I see the owner's name on here, and I -- he is the one that put my new carbon filter in. So --

Q. Are you talking about Mr. Dave Zettler?

A. Yes.

Q. And I think you might be right, because you look right above that, you see it says "Company, Advanced Water Solutions"?

A. Oh, yeah, there's Advanced. Okay. Yeah.

Q. So you had this testing done by Advanced Water Solutions in September of 2021, is that right?
A. Sounds right.
Q. Why did you decide to have your well tested at that time?
A. He was working at my neighbor's house, putting in a water softener, I believe, or something. And I was over there, talking to him, and he offered to give me a free water test.
Q. Got you. So it was just happenstance that you ran into him and decided to have this done?
A. Yes. Yes.
Q. Okay. No issues with the well prompted you --
A. No.
Q. -- to do this?
A. No.
Q. Okay. If you go down to under the lab results, do you see where it says "recommendations"?
A. Yes.
Q. And it said, "Recommended a sediment filter, Big Blue Number 10, one-inch housing with a 30 micron cartridge to help trap" -- sorry -- "to trap particulate from well."
Do you see that?

A. Yes.
Q. Did you end up following that recommendation?
A. No.
Q. Did you have any -- notice any issues with particulate from the well prior to having this test?
A. No.
Q. Okay.
A. The only issue we had was the copper piping sprung a few pinhole leaks, and that was from the high pH.
Q. Okay. Did you -- so looking still at the same recommendations, it says, "For completely softened water, recommend a ProMate water softener."
Do you see that?
A. Yes.
Q. And I think you told me, but you decided not to install a water softener at that time, correct?
A. We did not, and to be truthful, you know, I believe that is when we were remodeling yet, and, you know, the finances weren't there to really spend it on that.
Q. Understood. And then just going back up, do you see a section called "remarks" under the "lab results" section?

A. Yes.
Q. If you go to the second sentence, it says, "Low pH and a negative saturation index indicate water quality is corrosive and can deteriorate finish on metallic fixtures and components."
Do you see that?
A. Yes.
Q. Is that what you were talking about with the copper pipes with the low pH?
A. Yes. Yes.
Q. Okay. And did you take any steps to correct the low pH?
A. No, I did not.
Q. Okay. I just have a quick question about the way that this document was produced to us.
So if you flip to Page 009, which is the next page, it was produced to us with what looks like a well compensation request for payment from the ARPA Well Compensation Program.
Do you see that?
A. Uh-huh. Yes.
Q. Did you apply for any well compensation in 2021 in connection with these test results?
A. Not with the previous ones, no.
Q. Okay. I think it must have just been the

way it was produced then. I just wanted to confirm.
A. Yeah.
Q. Prior to the testing that started in 2023 and this report that we were just looking at, have you ever had any other testing of your well done?
A. I don't believe so.
Q. Okay. Now I want to talk with you about the discovery of PFAS in your well and what has happened on your property since that time to try and address that issue. So probably much to Andrew's chagrin, I have a series of documents to mark. And I promise, I'm going to try to do this as efficiently as possible.
[Exhibit 13 marked for identification.]
BY MS. SENESE:
Q. So I have handed you a document that's been marked as Exhibit 13, and you can take a minute to look through it. It was produced to us a little bit out of order, which is fine, but just going to take some directing to get through.
So I would like to start actually on the last page of the document, which ends in Bates 2582.
A. Are you looking for 820?
Q. 2582, the very last page of the document at the bottom there.

A. Okay. I'm not seeing that.
Q. Did I hand you the wrong thing?
A. Am I at 820?
Q. I'm sorry. I think I was one too far back in the folder.
Do you have 2582 now in the bottom there?
A. 2582.
Q. Should be the very last page.
A. Yes, I do. Yes.
Q. Okay. So this is a letter addressed to you from WDNR dated March 31st, 2023, correct?
A. Yes.
Q. And the subject of the letter is "PFAS results for water sample collected from your residence at 3242 County Highway C."
Do you see that?
A. Yes.
Q. Okay. And is this correspondence the first time you received PFAS test results related to your well?
A. I believe it is.
Q. Okay. And if you look at the first paragraph under the "Dear David," it references a water sample collected from your residence on March 17, 2023.
Do you see that?

A. Yes.
Q. Were you present when samples were collected from your well on that date?
A. Yes, I was.
Q. Okay. And did you observe the sample being collected at that time?
A. Yes.
Q. Okay. And who took the sample?
A. I believe -- after having it tested two or three times, Mark Pauli and William were the ones that were doing the fieldwork, and I -- they were both there some of the times, and William himself was just there, and it seems to me it was just William the first time.
Q. So you think the March time, it may have just been William?
A. I think. I -- I can't say for sure.
Q. Okay. Do you know if the peoples collecting the sample were wearing gloves when they were collecting the samples?
A. Yes. Oh, yeah.
Q. Okay. Have you ever personally collected any samples from your well to be tested for PFAS?
A. No.
Q. Okay. Have you ever had to pay for any of the sampling or test results?

A. No.
Q. Okay. So turning back to the letter here on 2582.
In the second paragraph, DNR informed you that the PFAS in your well exceeded state advisory -- state health advisory levels, correct?
A. Yes.
Q. And then you received a warning that it's recommended that the water not be used for drinking or preparing foods that take up a lot of water, correct?
A. Yes.
Q. And after receiving this letter, did you stop drinking the water from your well?
A. Yes.
Q. Did you stop using it to prepare food and drinks that took up a lot of water?
A. Yes.
Q. Okay. Did you continue to use the water to bathe?
A. Yes.
Q. What about to do laundry?
A. Yes.
Q. What about to wash dishes?
A. Yes.
Q. Okay. Did you continue to use it -- or

let me strike that.
Had you been using the water prior to this to water the grass or landscaping on your property?
A. Probably watered when I first planted in 2015 or whatever. After that, not too much.
Q. So you just didn't have a regular practice of watering the --
A. No, not unless it was really dry outside.
Q. Okay. After receiving this letter, did you start receiving bottled water from WDNR?
A. Yes.
Q. Okay. And when did that bottled water delivery start?
A. That, I don't know.
Q. Okay. Do you have an approximation of how long between when it was confirmed there was PFAS in your well and -- sorry, let me strike that.
Do you know how long between the discovery of PFAS it was that you started receiving bottled water, approximately?
A. I know it happened pretty fast, but I don't want to say an exact week or whatever.
Q. Did you, in the interim before you got the bottled water deliveries from DNR, purchase any bottled water?

A. I think we did, but there again I don't -- I am not sure.
Q. Okay. How often is the bottled -- was the bottled water being delivered?
A. Once a month, I think.
Q. Okay. And how much were you receiving?
A. I think it started out with eight of the big bottles, and they had to increase it because we were using more, and roughly 12 is what it ended up to be.
Q. Okay. And how did you communicate about the need for an increase?
A. I actually went down to their shop once and picked up after we ran out. In fact, I think I picked up twice. And then they increased my water after that.
Q. When you say "their shop," whose shop are you referring to?
A. Culligan.
Q. Okay. So you communicated to Culligan --
A. Yes.
Q. -- that you needed extra water, and they delivered it to you?
A. (Nodding "yes.")
Q. Okay. And after that increase, was the

water that you were receiving sufficient to meet your needs for cooking and drinking?
A. Yes, I believe it was.
Q. Okay. Did they come and collect the empty bottles, or did you have to bring those back?
A. They collected them.
Q. Okay. Are you still receiving bottled water from Culligan?
A. No. No.
Q. When did the bottled water delivery stop?
A. Not too long after we tested out good. And there again, I don't want to say a date for that -- well, I'm trying to think of when. The fall?
Q. We might be able to look through some documents in a minute that might help with that.
A. Yeah. I think it was the end of -- I'm trying to think of when I had the new system installed. Roughly a year ago? Yeah.
Q. And you mentioned testing out good.
Did that mean that eventually you had a system installed where water was coming out of your tap with low enough detected PFAS --
A. Yes.
Q. -- that the DNR considered it safe?
A. Yes.

Q. And since that time, have you been -- resumed drinking water from your well?
A. Yes.
Q. So after you got these March results with high levels of PFAS, did anyone at DNR speak with you about your results?
A. I'm trying to remember when. If I had my first contact with them at the town board, maybe even before I knew I had PFAS and collected phone numbers for DNR people to call them.
Q. And when you reached out to DNR, did you receive instructions about how to proceed with addressing the PFAS in your well?
A. Yes. Yes.
Q. And what did they tell you?
A. I had to do the application for the ARPA well. That was the main thing. And then I had to hire a well driller of, you know, my choice, I guess. And, you know, along the way, I had to call DNR many times for advice or --
Q. Was there particular people at DNR that were your main points of contact?
A. I haven't called them now in a while. My two people in Rhinelander was Mark Pauli, who is very helpful; William is the field guy; and the people that

were in Madison, I have got all their names and numbers written down, it's probably on these papers somewhere, too.

Q. Okay. So you mentioned that you had to apply for a grant. Was that to help fund a new well?

A. Yes.

Q. Okay. And was that the ARPA well compensation program that you applied to?

A. Yes.

Q. Do people call that ARPA, or is it A-R-P-A?

A. I think it's ARPA, as far as I know.

Q. Okay. All right. I'll mark this one as 14.

[Exhibit 14 marked for identification.]

BY MS. SENESE:

Q. So on the first page here, which ends in Bates number 100, there is a September 14, 2023, letter from DNR.

And do you understand that this was an initial letter approving certain costs associated with replacing your well?

A. Yes.

Q. Okay. And at this time it says the total approved costs were $24,031.56, correct?

A. Yes.
Q. If you could flip to the page that ends in Bates 111. This appears to be an invoice from Rhinelander Well Drilling, correct?
A. Yes.
Q. Okay. And is Rhinelander Well Drilling the company that you ultimately hired to replace your well in December of 2023?
A. Yes.
Q. Okay. And if you go over to the next page that ends in 112, it looks like the total invoice for the replacement well was $38,116.37, is that correct?
A. That is correct.
Q. Okay. So did you have any out-of-pocket expenses related to the well?
A. I did not.
Q. Okay. So is it WDNR ended up expanding the grant?
A. Yes.
Q. Okay. And I just want to make sure I'm understanding the documents right.
If you could flip to the Bates ending in 108. This is a letter dated February 27, 2024, from WDNR.
Do you see that?
A. Yes.

Q. And it says that, "On behalf of the governor, this letter is the provided for confirmation of the final payment of your grant for the Well Compensation Program. See the enclosed final cost summary for the amount provided by this grant program."

Do you see that?

A. Yes.

Q. And then it says a check payable to you has been mailed to the well driller who provided your water supply replacement services.

Do you see that?

A. Yes.

Q. So does that mean that the check went directly to Rhinelander Well Drilling?

A. It did.

Q. Okay.

A. I had to go sign it.

Q. You had to sign it, but you never had to outlay any of your own personal finances for that?

A. No, I did not.

Q. Okay. And just to confirm, if you could flip to the page ending in 110. We're looking now at the final cost summary that was attached to this letter, and it was for the $38,041.37, looks like, right?

A. Yes. Yes.
Q. And it sounds like there might have been a slight discrepancy of like $80 between the Rhinelander invoice and the grant payout.
A. Oh.
Q. But you never were contacted about that, were you?
A. I didn't even notice that.
Q. Okay. So just to confirm, you never had to pay that?
A. No, I did not.
Q. Okay. Aside from what the PFAS levels ended up being, were you aware of any issues with the installation of your new well?
A. Installation?
Q. Yes.
A. No, the only thing is when they trenched it into the house, they -- they hit my internet provider wire. So cut the -- cut the wire.
Q. And how was that addressed?
A. Somebody came and laid a new wire across the top of the ground from the road all the way up to the house.
Q. Okay. And did you have to pay for that?
A. No, but they never came back and buried

it. So --

Q. Okay. So I saw a report in your -- the well report in your production mentioned that the new well had to be pressure-grouted to seal off some broken granite at 87 feet.

Do you recall anything about that?

A. I remember talking about it, and from my understanding, when they seal it, they seal it so that contaminated water doesn't get into what you're trying to get to.

Q. Uh-huh.

A. And so when they were out there, it was December, it was cold, and I would go out and stay out of their way but ask them a few questions. So that's my understanding of that one.

Q. Okay. Where on your property is the new well located?

A. It is located on the opposite side of the lake house -- the lake. Not the lake side, the other side, up approximately 75 to a hundred feet.

Q. Okay. And as part of the work that Rhinelander did, they sealed the old well, so it is no longer functional, correct?

A. Yes.

Q. And then after the well was installed, it

was tested for PFAS in December of 2023, correct?
A. Yes.
Q. And what do you recall about the results that you got back from that testing?
A. I recall that I was hoping they would be acceptable numbers, and they weren't.
Q. Okay.
A. And then had to find out my next step to go with that.
Q. And who did you speak with about the next steps after getting those results?
A. I spoke -- you know, I always spoke to the DNR first. And I -- I talked to Sam, Sam Baron from Maher Water, who he ended up coming up and putting a secondary system in the basement.
[Exhibit 15 marked for identification.]
BY MS. SENESE:
Q. I'm handing you a document that's been labeled Exhibit 15, which ends in Bates 532. It looks like it's an e-mail from Robin Gorman.
I wanted to ask, do you have your own e-mail address?
A. No.
Q. So do you use Mrs. Gorman's e-mail address to communicate?

A. Yes.
Q. So it's your understanding this is a communication that probably came from you, using her e-mail address?
A. Probably.
Q. Okay. And so it looks like the original e-mail was from Sam at Maher Water, and then you may have forwarded it to sandra.flesher@wisconsin.gov.
Do you see that?
A. Oh, yeah. Yeah.
Q. Do you know why you were forwarding Sandra Flesher some documentation from Maher Water?
A. Because she is with the DNR, and she is involved in the compensation program. And I didn't know if I was eligible for anything else, so I gave her the information.
Q. Okay. And if you flip that over to the page that ends in 533, it looks to be the letter that you received from Maher Water on February 15, 2024.
Does that look right?
A. Yes.
Q. Okay. And so the first paragraph of the letter says, "Dave, the new well has tested with a little iron, very similar to the old well. In order to treat the PFAS, the black carbon will need the iron

removed."

Do you see that?

A. Yes.

Q. So is it because of the iron content in your well, you also had to have a water softener installed before you could have the PFAS filter installed, is that correct?

A. I believe so.

Q. Okay. And then it lists two filtration systems here.

Are those the filtration systems that you ended up having installed?

A. Yes, I am not sure of their exact names or anything, but if I go by the price, that is what we had installed.

Q. Okay. And do you have any understanding of what the first one, the CSP1054 plus HMF, was for?

A. I'm guessing that is the expensive carbon filter --

Q. Okay. And what about the PFAS ONE system? That's your --

A. PFAS ONE system. I'm not sure. Maybe I got them switched. Maybe the PFAS ONE is the carbon and the other one here is the pre-treatment, the ion exchange system. So maybe that's the ion.

You know, I do not know which one is which.
Q. Okay.
A. You know.
Q. At this time, what was your understanding of the two systems that were being installed in your home?
A. One of them was to pre-treat the water so it was acceptable -- acceptable to go through the carbon filter.
Q. Okay.
A. And that was supposed to take care of everything.
Q. Okay. And where is that pre-treatment filter located in your home?
A. They are -- they're standing not side-by-side but close together down in the basement.
Q. Okay. And what's the footprint of the system, approximately?
A. How many feet across?
Q. Yeah, like how big is it taking up in your basement?
A. It's probably taking up -- softener is in the corner -- probably 12 feet, 10 to 12 feet.
Q. Is it in a utility room or something like that?

A. It's just in the part of our unfinished basement where the furnace is.
Q. Okay. Did you ultimately have to pay out-of-pocket for the installation of these two filters?
A. No, I did not.
Q. Okay. And did you also get an ARPA grant to cover the costs of the installation?
A. Yes.
Q. Okay. And I note that there is -- on the right side of this letter, there is some upkeep information. Salt estimate, eight to 10 bags per year.
Is it your understanding that's salt for the water softener?
A. Yes.
Q. And what about the pre-filter $40 filter?
A. There is a pre-filter on the wall that you just take the canister off, and the filter is quite inexpensive itself. You put the filter in, put it back on.
Q. Uh-huh. And is the -- what about the PFAS filter that's estimated at $680 per year?
A. That is the carbon filter.
Q. Okay. And so far, have you incurred any out-of-pocket costs to replace those filters?

A. I have changed the pre-filters probably three times, and I keep the salt up, you know. So --
Q. Okay. Have you had to replace the PFAS filter yet?
A. Not yet.
Q. Okay. And do you expect that when you do have to replace it you will pay for it out-of-pocket?
A. Yes.
Q. Okay. Do you recall when approximately these filtration systems were installed?
A. No. There again, I have it written down on top of one of my tanks.
[Exhibit 16 marked for identification.]
BY MS. SENESE:
Q. This one is going to be 16. And it will be, I think, quick. If you could just please turn to the page ending in 51.
I just wanted to -- are you there -- confirm that this is an August 2024 letter from WDNR to you, enclosing another payment under the Well Compensation Program, with a check payable to you in this letter?
Do you see that?
A. Yes.
Q. And then if you go to 53, it indicates that the amount that you were receiving this time was

the $5,330?

A. Yes.

Q. And is that the amount of the estimate -- or the costs that you got from -- sorry, strike that.

Is that the amount of the invoice that you received from Maher Water?

A. I believe it's the same.

Q. Okay. And did you in fact receive a check from WDNR enclosed with this?

A. I did.

Q. Okay. And was your water sampled again after the installation of those filters?

A. Yes.

Q. Okay. And that -- do you recall when that sampling took place?

A. I could not be exact, no.

Q. So if you have it in front of you still --

A. Oh, here?

Q. No, I think it was one that we marked -- it's either 11 or 12. I apologize for getting off my outline.

A. Okay.

Q. It's the one that --

A. Here is one. I don't think it was 11, was it?

Q. It's the one that begins with 2565 at the bottom.
A. Hmm. Oh, maybe it's right here.
Q. The first page has July --
A. Yeah, I have got that one.
Q. Okay. Great.
So can you just tell me what the number is on there? I'm so sorry.
A. 2565?
Q. 13.
A. Oh, 13. Yeah.
Q. So we're looking at Exhibit 13. 2565 is the Bates number, and that first page is a July 22nd, 2024, letter.
And it says, "Enclosed are the results of analyses for samples received by our laboratory on 6-5-2024."
Do you see that?
A. Yes.
Q. And then if you -- sorry.
If you look up above that in the heading, the project number has your address listed next to it, right? 3242 County Road C, right?
A. Which page are you on there?
Q. The same page, 2565.

A. 65, did you say?
Q. 2565.
A. Yes. Okay. I'm on 2565. Okay.
Q. It has your address listed next to "project number" in the headings there.
A. Uh-huh. Yes.
Q. So do you understand that these are results related to your property?
A. Yes.
Q. So I wanted to ask, there are a couple of different sample locations taken here, so if you go to the page that ends in the Bates 2569.
A. Yes.
Q. Do you see "treatment tap"?
A. Yes.
Q. Where was that sample collected from?
A. I believe that is the tap that is in the basement next to the treatment system.
Q. Okay. And so is that supposed -- is that after the water moves through both of your systems?
A. I cannot say for sure.
Q. That's no problem.
And then the other one, if you go to 2571.
"Kitchen sink." Is that sample collected from the tap in your kitchen?

A. Yes.
Q. Okay. And so both of those samples had PFAS detections that exceeded state health guidelines, correct?
A. Yes. Yes.
Q. Okay. So what was the next step that you were told after that?
A. Well, the next step after it failed the first time -- and I don't know if that's this one or later -- Sam thought it might have been a defective carbon filter, so he changed that at no expense to me and tested it again.
And the test came back again, not passing.
Q. Do you know when those tests took place?
A. I don't have that information with me.
Q. Okay. Do you think you have results from those tests in your documentation at home somewhere?
A. I think I do.
Q. Okay. I'm not sure we have -- I know we don't have anything from you beyond this July testing.
A. Hmm.
Q. So if that's something that you could look for.
A. I wonder if July was the second time Sam tested it or the first time then.

Q. As far as I can tell, we don't have any results between December and July.

A. Hmm. Okay.

Q. But you think that there was two rounds of testing?

A. Well, there were two rounds of testing, and I think what might have helped it was the DNR sent the check to me that time. And I don't know if that was an accident on their part, but I was getting billed, but I wasn't going to pay until the results were where they were supposed to be.

So Sam was pretty good about coming back, and he said he was talking to the engineers from this filter company, and put a new filter in, and waited a couple weeks, I think it was, and they still didn't pass.

Q. Okay. And so after replacing the filter, what was the next step in the process?

A. After the second time had passed, I knew of people in my neighborhood that had used Advanced and had good luck. And I called him, and I told Sam to come and take his stuff out, and that's what happened.

Q. Okay. And so what did Advanced do?

A. Advanced told me to take a picture of what the setup was in the basement and send it to them, and I did, and he told me that, well, I can see right now

what your problem is, but of course he doesn't share that knowledge. Trade secrets or whatever. And -- and he had his guys come in and take off Maher, Sam's stuff, and put theirs on.

And by then, I don't have much faith in this process, the way my luck has been going. And his -- when I got that water tested a little later, it passed.

Q. Okay. So I just want to make sure that I'm understanding correctly.

After you called Advanced Water, they removed the old system that had been installed by Maher Water?

A. Yes.

Q. Correct?

A. Yes.

Q. Did they ever give you any information about why the Maher Water system wasn't working properly?

A. No.

Q. Okay. And then the Advanced Water folks installed something else?

A. They did. You know, it almost looks the same as what it did before the carbon filter. Has a little bit of a different look to it, but basically it looks almost exactly the same.

Q. Do you --

A. So I don't know what difference it is.
Q. Do you know the names of those filters or anything?
A. I thought I saw a picture of one here somewhere. The one that got installed is a Pioneer.
Q. Okay. And do you have any correspondence with the Advanced Water folks or quotes or contracts or anything like that related to these -- this second round of filters?
A. I don't know if I had -- if I had any paperwork beyond e-mails, you know, and I couldn't -- I'm not sure about that.
Q. Yeah. So our -- what we see in the document production from you kind of stops after June 2024, so we don't have much documentation related to the installation of the second round of filters --
A. Oh. Okay.
Q. -- or any communications that you might have had with the Advanced Water folks or any communications with DNR.
So that might be something, if you could look for, we would be interested in getting those produced to us.
A. Yeah, I don't think I -- I think I gave everything I had, because, you know, I kept everything

really close. I could look for all of that stuff again -- well, you know, it really isn't that much.

But, you know, if I remember right, the Advanced owner and I talked on the phone a few times, and I don't remember ever getting any written estimates or -- which seems odd. But I can look.

Q. Okay. And how was the second filtration system paid for?

A. The DNR, when I told her down there -- you know, whichever lady it was that took care of the grants -- I told her right out that I hadn't paid Maher and I wasn't going to pay them, you know, unless they had the system working right.

And so she didn't know what to do, so she went and had a meeting with her boss or whatever, and called me back and told me to send the check back, which I did.

And then the second time around, they sent a payment right to Advanced, and I had -- you know, they met me somewhere, and I signed it.

Q. Okay. Do you have any documentation related to your correspondence with DNR on this issue, getting the old check cancelled, getting it sent to Advanced?

A. No.

Q. Okay.
A. That was all done on the phone.
Q. Okay. So ultimately you didn't have to pay anything out-of-pocket for the second system, correct?
A. Correct.
Q. As far as you know, the money that you would have used to pay Maher went to Advanced --
A. Yes.
Q. -- and you're all squared up?
A. Yes.
Q. Okay. Have you received any well test results since July of 2024?
A. No, I don't believe so.
Q. How did you know that your well or your water was testing at acceptable levels after the Advanced Water Solution install?
A. Whatever -- whatever date that was, Advanced did send in a sample. I just don't know what the date was, you know, and I was assuming it was the one that you were mentioning.
Q. Oh, I understand. Okay.
A. And so I do not know when Advanced actually sent their sample in.
Q. Got it. Did you -- do you have in your

possession test results showing that there is now, after this new filtration system, acceptable levels of PFAS in the water?
A. I would think so. If we don't have them here, I would be surprised.
Q. So I don't think that we have received that. I was not able to find it. So --
A. Okay.
Q. There may be a gap from when you last looked at stuff and what's kind of been updated.
A. Yeah. I will -- I will definitely make a little list of looking for some things.
Q. Okay.
This one is going to be Exhibit 17.
[Exhibit 17 marked for identification.]
BY MS. SENESE:
Q. So as part of our work on this case, we requested some records from WDNR, and one of the records was some test results related to your well.
A. Uh-huh.
Q. So if you look at the document that I have just handed you, do you see it's a laboratory report from Wisconsin State Laboratory of Hygiene? It's the heading at the top of the document.
A. Yeah.

Q. So this was produced to us by WDNR as part of our request for documents related to the well on your property.
Do you see where it says "sample location" on the right-hand side, about a third of the way down the page?
A. Yes.
Q. It's 3242 County Highway C, correct?
A. Yes.
Q. And that's your address, correct?
A. Yes.
Q. Okay. So it looks like, based on the collection end date on these results, the sample was collected in December of 2024.
Do you recall your well being sampled around that time?
A. Not specifically.
Q. Okay. If you go down to the "PFAS testing" section.
A. Uh-huh.
Q. Do you see the results on this page for all the listed PFAS types are less than one nanogram per liter?
A. Okay, you're talking about the PFNA and the PFOS?

Q. Yeah. So the third column over is the "results" column.

And for every analytic that's listed on the sheet, the results are less than one, correct?

A. Yes.

Q. Is that consistent with what you recall getting back as test results when you learned that your well water had been -- PFAS had been removed from your well water through your filtration systems?

A. Let's see the date here. 12-2-24.

So that seems to line up with the tests after it was changed for the second time?

Q. I'm hoping you can confirm that.

A. Yeah. You know, offhand, I have -- I have been through so many things, I am not sure, but it seems to line up after it was replaced.

Q. Okay. So I know we have gone through this, but if you are able to find the documentation where DNR communicated the test results to you around this time, we would really appreciate it.

A. If they sent me something, I will definitely find it.

Q. Okay.

A. And this is a copy of that paper, you're saying?

Q. This is I think the laboratory results that WDNR got. I think they transform it a little bit, like they put it on a letterhead and put it in a table when they send it to you, based on the other stuff we have seen.
A. I'll have to check with them and see if they didn't do it in the form of an e-mail or something, too.
Q. Okay.
A. Which is possible.
Q. Yeah, we just want to confirm that you got the copy of these results.
A. Yeah, I didn't think I missed any of the papers. You know, if I did, I would be surprised.
Q. Okay.
A. But I will definitely check.
Q. And would you be able to check in your e-mails, too?
A. Maybe somebody smarter than me could.
Q. Okay.
A. I'll get one of my grandkids over.
Q. Do you know if anybody looked into your e-mails and what was in the content of your e-mails for documents related to this litigation?
A. Nobody did. No.

Q. Okay. We're getting close here. I just have a few kind of wrap-up questions.
Do you have homeowner's insurance on your property?
A. Yes.
Q. Who is your insurer?
A. Liberty.
Q. Okay. Is that -- has Liberty always been your insurer for the property, or have you had somebody else?
A. I'm trying to think of when I changed, who I had before them. I have had Liberty for quite a while. And I actually can't remember who I had before them.
Q. Okay. Do you know how much your premium is for your insurance this year?
A. No.
Q. Okay. And is it -- do you have -- what kind of coverage do you have? Is it total loss coverage?
A. Yeah.
Q. Okay. Have you ever made any claims against your homeowner's insurance on the Rhinelander property?
A. Made a claim this year from storm damage.

Q. Okay. What kind -- where did you have storm damage?

A. One of my trees broke off and hit the garage.

Q. Okay.

A. March -- no, April 1st or March 30th, somewhere in there.

Q. Is that the only claim you have made on your homeowner's insurance?

A. Yes.

Q. Okay. And have you ever communicated with your insurer about the PFAS on your property?

A. No.

Q. Since the installation of the successful filtration system, have you been using water on your property as you did before the discovery of PFAS?

A. Yes.

Q. Apart from no longer being able to eat fish out of the lake, which we talked about before, are you still using Snowden Lake in much the same way that you did before the discovery of PFAS?

A. I would say less.

Q. Okay. Are there certain activities that you're doing less?

A. Well, my wife and I used to just float and

stuff, and we haven't done that for a couple of years. You know, just go out -- you know, we do go out and sit on the dock, but as far as us going in the water, mainly my main reasons to go in the water is to take out the dock or put in the dock, and maybe take my dogs out there once -- you know, if it's hot, to wade around a little bit. Other than that --

Q. Are you still using your boat as much as you were before the discovery of PFAS?

A. Yeah, I would say that's pretty similar.

Q. All right. And what about entertaining guests at your home today? Are you still doing that at the level you were before the discovery of PFAS?

A. About the same.

Q. Okay. Do you continue to kayak on the lake?

A. The kids do.

Q. Okay. Do you think there is any changes in the ways your grandchildren have used the lake since the discovery of PFAS?

A. I would say the biggest change is to make sure that when they come out of the lake they shower up good. And that's probably about it.

Q. Okay. So they're still able to swim and engage in water sports and stuff as long as they clean

themselves real well afterwards, is that fair?
A. Pretty much. It's -- for whatever reasons, the property isn't used as much as it was.
Q. Could part of that be your grandchildren are getting older?
A. It could have something to do with it.
[Exhibit 18 marked for identification.]
BY MS. SENESE:
Q. This one is going to be marked as Exhibit 18.
MS. SENESE: Want a copy?
BY MS. SENESE:
Q. So are these all photos taken on Snowden Lake?
A. So far, yes.
It looks like they are.
Q. Okay. And have you seen these photos before?
A. Yes.
Q. Okay. And do you know where they came from, like a phone or a device? Do you know that?
A. I think pretty much phone.
Q. Okay. Would these have been photos on your phone?
A. Some of them might be. I -- I cannot

answer that for sure either.
Q. Okay. Let's just start with the first page, which ends in 2519. It looks like a couple of kids on a tube. Is that tube being pulled by your pontoon boat?
A. No, my -- I think it's my son-in-law's fishing boat.
Q. Okay. And who are the children in the picture?
A. Let's see. That looks like Bennett and Brinn. So this one is quite old, because Bennett now is like 14.
Q. Okay. That's what I wanted to kind of try to understand, is when these pictures may have been taken.
A. Yeah. Yeah.
Q. And I guess one way that you might be able to help me is if any of these were taken in the last -- basically in summer of 2023, 2024, or 2025, so the last three summers?
A. Hmm. Boy. So on here, they are pretty young.
This one here, looks like -- I don't know which granddaughter --
Q. When you say pretty young, you mean more

than three years ago?

A. Yeah, I think so.

Q. Okay.

A. This one here, with her sitting on the dock, she is the one that lived with me, so I assume it's in the last two years.

Q. Okay. Just for the record, that's 2521.

A. This one with her and her dog, she is 21 now, so I don't know if that is the last three years or not.

I don't think my wife has been in a kayak for a couple of years.

These two in a kayak -- are you looking for the last three years, you said?

Q. Yeah, so the last three summers, essentially.

A. Yeah, that one probably falls somewhere in there.

This one here, I don't know. That one is close. I'm not sure about that one.

Q. So just to confirm, the one with the two people and the dog in the kayak is 2525, correct?

A. Let's see. Yes. That one is within the last three years.

This one, I don't know if it is. I don't --

hmm. That would be cutting it pretty close.

This one where they're by the steps, that is a while ago there. They are all pretty young in that one.

Q. Okay.

A. So that would be --

And my son-in-law and his fishing boat. I don't think he has had it up there in the last three years.

Some of these are very close for me to guess if it's three or more or less.

Q. Understood.

A. This one, they are all young.

MR. CVITANOVIC: Can you just say for the record, when you say, "This one, they are all young" --

A. Oh, yeah. Say the page number?

MR. CVITANOVIC: Yeah. There's a Bates number down there. It's really small.

A. Okay. Page 2530, they are young, very young.

2531 I'm thinking is more than three years ago.

BY MS. SENESE:

Q. Okay.

A. 2532 I believe is more than three years ago.

2533 I would say is in the last three years.

Q. Okay.
A. 2534 is in the last three years.
As -- 2535 is in -- within the last three years.
2536 is within the last three years.
2537, I do not know for sure.
2538 is within the last three years.
2539 is in -- is within the last three years.
2540 is within the last three years.
2541 is within the last three years.
2542 I believe is within the last three.
Hmm. 2543, I'm not sure about.
Q. Okay.
A. 2544 I believe is within the last three years.
2545, I'm not sure about.
Also 2546, I'm not sure about that one either.
2547 is within the last three years.
I believe 2548 is within the last three.
2549 is within the last three.
2550 is within the last three.
Q. Thank you for going through those.
So you had mentioned at the beginning of our discussion today that you had had your daughter and your son visit you this summer with their kids.
Do you know if you took or if Mrs. Gorman took

any pictures of them on your property or on the lake?
A. I don't know if she did for sure or not. I -- I really can't answer that one.
Q. Okay.
A. Yeah. You know, I -- I don't want to guess.
Q. Okay. Is that something you would be able to look at on your phone and pretty quickly determine if you had any pictures?
A. I think so. We were only -- I only had them together for like one four-or-five-day period this summer where their schedules worked out.
Q. Got you.
A. So -- you mind if I quick take a little walk?
MS. SENESE: Oh, yeah, of course. We can definitely take a break.
THE VIDEOGRAPHER: Going off the record at 2:08.
[A recess was taken.]
THE VIDEOGRAPHER: We are back on the record at 2:18.
BY MS. SENESE:
Q. Okay. Mr. Gorman, just a couple follow-up questions about your septic system.

When we were talking earlier, I think you told me that in 2005 it was replaced as part of the purchase of the property, is that right?
A. Yes, there was some money left to do a new septic.
Q. And was there something at that time -- like was the old septic system failing that necessitated that work, or why was that work done?
A. I'm not sure if that work was because the old system was so old. I did not hear the word "failed." So I don't -- I'm not sure about that one.
Q. And where was that septic system, the cell that was installed in 2014 -- or sorry, 2005, excuse me, located?
A. The tank, or the drain field?
Q. Both.
A. Okay. The tank is behind the house, and at that time the drain field was down between the house and the lake.
Q. Okay. And since 2005, has that changed?
A. That changed when we -- when we did the construction, we had to move the drain field up to my spare lot.
Q. Okay. And so I'm going to hand you a document that has been marked Exhibit 19.

[Exhibit 19 marked for identification.]

BY MS. SENESE:

Q. The first page looks like the cover of a folder --

A. Yeah.

Q. -- with 1316.

But if you go to the page that ends in 1325. This appears to be a sanitary permit application that you completed in 2014, is that right?

A. Let's see. I'm looking for the year.

Q. I'm looking at the "received" stamp at the bottom there for the date?

A. Okay. Okay. Yes.

Q. Okay. And is this in connection with the expansion that you put on the house?

A. Yes.

Q. And then if you flip to the diagram that's on the next page, 1326, it says "existing dispersal area to be abandoned."

Is that where you were talking about where your original drain field was behind the house?

A. Yes.

Q. Okay. And existing old concrete tank, was that changed as part of the new -- sorry -- next to the house, there is a little square.

A. Uh-huh.
Q. Was that tank location changed as part of the new installation?
A. That was not changed.
Q. Okay. So your tank is there today, is that right?
A. Yes. Yes.
Q. Okay. And where on this diagram is your drain field currently?
A. Currently it's right here. (Indicating.)
Q. Okay. This little area right there?
A. Yes. Yes.
Q. Okay. And is that -- I'm trying to figure out how to make a record.
Are those two dotted lines next to it sort of running parallel to it, is that a road on your property?
A. No, that is not a road.
Q. Do you know what those dotted lines are intended to indicate?
A. It -- it might be a tree line, but I -- no, there is too many of those dots, or too many lines. I do not know what they are.
Oh, I know what -- I think I know what they are. It says 105 feet. Maybe that's the distance from the

lake. And I'm not sure about that either, so I shouldn't speculate.

Q. It does look like "Snowden Lake" is labeled over on to the left side.

A. Yes. Yes.

Q. But just for the record, the location of your drain field is close to where these two boxes that are labeled I think it's "four-inch" something pipe?

A. "Four-inch air vents," yes, and "observation" I believe.

Q. Okay. I think that was all that I had on that.

I did -- you mentioned a couple of times a Will from WDNR that collected samples. Would that be William Roberts?

A. Yes.

Q. I asked you about gardening on your property, and you said that you had never had a garden on the Rhinelander property, is that correct?

A. Yes.

Q. Do you know if Mrs. Gorman has ever gardened on the Rhinelander property?

A. She never has.

Q. Okay.

A. Besides flowers.

Q. Okay. So no -- no vegetable garden on your property ever?
A. No. No.
Q. Okay. When you were working on the renovations to your home, did you ever use paints or solvents in the home?
A. Well, we painted the drywall. And solvents, I don't believe so.
Q. Okay. What about countertop sealant?
A. No.
Q. Okay.
A. I don't think that was used on our granite, you know. Unless the installers used -- I don't remember seeing them.
Q. Okay. Besides the case that we're here about today, have you ever been involved in any other lawsuits?
A. No, I have not.
Q. Okay. Have you ever brought a Workers' Compensation claim?
A. I do not believe I ever have.
Q. Have you ever filed a disability claim?
A. I don't think so, but I remember I was off work for three weeks when I was about 19 years old once with -- with an ankle, and I don't know if there is

anything filed on that or not.
Q. Okay. Have you ever filed for bankruptcy?
A. No.
Q. Have you ever been convicted of any crime?
A. No.
MS. SENESE: Okay. That is it for me.
I want to give them a chance, if anybody wants to ask questions on the Zoom.

EXAMINATION

BY MS. MILLER:
Q. Yes, this is Amy Miller again from Eimer Stahl, representing BASF. I have got myself on video here. I'm not sure if you can see me.
I just have a couple of quick follow-up questions to the questions that Karalena was asking, and I want to start with the very most recent exhibit that we were just looking at that had kind of the diagram of the septic system. I think that was Exhibit 20.
MS. SENESE: I think it's 19, Amy.
MS. MILLER: 19? Okay. Thank you, Karalena.
A. Yes.
BY MS. MILLER:
Q. If we go back to the diagram on the page

that ends in 1326. And there is a little box next to the house, the existing tank for the septic system, the septic tank?

A. Yes.

Q. Could you describe where that septic tank is in relation, starting with the first well that was on your property, the original well when you purchased the property? Where is that in relation to the first well?

A. Okay. The first well was in the basement, and it was in the corner of the basement -- what is that, "WO" in that corner, you know, of the house?

Q. Yes.

A. Okay. It was over against that wall.

Q. And then the new well, where is that in relation to that tank?

A. The old -- or the new well is if you would go from the house, go to the tank, and keep going to the right, it's up in that area.

Q. So would it be fair to describe it as being somewhere between the septic tank and the driveway?

A. Yes.

Q. Do you know, is it closer to the septic tank or to the driveway?

A. That would be hard to say. I think it's pretty equal.
Q. Okay. Moving on. You can set that aside.
Going back to your neighbor's house that was recently sold, that was your next-door neighbor, correct?
A. Yes.
Q. And if you're looking at your house and the lake is kind of behind your house, is that the neighbor to the right or to the left of you?
A. Okay, if I'm looking at the lake from my house?
Q. Yes.
A. It's the neighbor to the left.
Q. And do you know whether that neighbor used a realtor to sell their home?
A. Yes.
Q. And switching to a different topic, just kind of a little bit about your knowledge of PFAS in general.
Are you aware of PFAS being in other locations?
MR. CVITANOVIC: Object to the form.
MS. MILLER: Sorry. I'll rephrase.
A. "Object to the form."
BY MS. MILLER:

Q. Are you aware of PFAS being in locations other than the Stella area?
A. Yes.
Q. Do you know where PFAS have been located? What is your knowledge of that?
A. Well, my knowledge is general knowledge, reading the news. I have heard of it being discovered in some municipal waters, and the first time I heard of it was being used in fire foam.
Q. Are you aware of PFAS being used in any other products besides firefighting foam?
A. Yes.
Q. What products are you aware of PFAS being used in?
A. Well, I'm aware of the paper that's produced in the paper mill, and popcorn bags, candy wrappers, anything with a little bit of a non-stick surface on it.
Q. And have you ever refrained from purchasing or using a product because of a concern for PFAS in the product?
A. I don't know of too many that I use that could have possibly had PFAS in them. We are aware of it, like in Teflon cookingware, we won't take any chances with that. So --

Q. Are there any other products that you refrain from using or purchasing because of a concern about PFAS?

A. I'm just thinking of the products that I buy, and I don't know of any of them that contain PFAS. You know, and I'm trying to run them through my mind, what they might be. So --

MS. MILLER: Okay. That is it for my questions.

MS. SENESE: Any other defendants?

MR. CVITANOVIC: Going once.

MS. SENESE: I think we're good.

MR. CVITANOVIC: Okay. No questions from us.

MS. SENESE: All right. Thank you for your time today, sir.

THE WITNESS: Thanks.

MS. SENESE: We can go off the record.

THE VIDEOGRAPHER: Going off the record at 2:30. End of deposition.

[2:31 p.m.]

[SIGNATURE RESERVED.]

C E R T I F I C A T E

I, Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that DAVID GORMAN, prior to the commencement of the examination, was sworn by me on August 26, 2025, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.



JUDE ARNDT, CSR, CCR, RPR
CCR NO. 084-004847
CSR NO. 1450

I, David Gorman, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

______________________

David Gorman

Sworn and subscribed to before me,

This ________ day of __________, 202_.

_______________________________

Notary Public

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________

SIGNATURE:_______________________DATE:____________
David Gorman

**&**

**&** 2:2,6,10,13 3:8 7:5 56:16 58:19,20 60:7

**0**

**000031** 4:17 87:7
**000032** 4:17
**000037** 5:9
**000054** 5:9
**000100** 5:5
**000122** 5:5
**000237** 4:11
**000307** 4:11
**000532** 5:7
**000533** 5:7
**000849** 4:19
**000879** 4:19
**001076** 4:21
**001132** 4:21
**001316** 5:16
**001343** 5:16
**00237** 54:17
**002392** 4:23 105:24
**002405** 4:23
**002519** 5:14
**002550** 5:14
**002565** 5:3
**002582** 5:3
**008** 120:1
**009** 123:16
**0176** 100:14
**084-004847** 1:16 175:21

**1**

**1** 4:5 10:22,25
**1,386** 101:12
**1.1** 101:12
**10** 2:22 4:5,20 18:19 97:4,6 100:12 117:22 117:25 118:17 121:22 140:23 141:12
**100** 2:6 40:11 58:16 61:14 97:23 132:18
**105** 4:22 167:25
**1077** 101:3
**1078** 102:2
**108** 133:22
**10:06** 6:1,6
**10:54** 44:16
**11** 4:22 105:20 105:23 143:20 143:24
**110** 134:22
**1100** 2:10
**111** 133:3
**112** 133:11
**119** 4:24
**11:03** 44:19
**11:25** 59:22
**11:27** 59:25
**12** 4:24 18:19 119:17,20 129:9 140:23 140:23 143:20
**12-2-24** 154:10
**120,000** 90:2
**124** 5:2
**12:19** 96:11
**12:29** 96:14
**13** 5:2 124:14 124:17 144:10 144:11,12
**1316** 166:6
**132** 5:4
**1325** 166:7
**1326** 166:18 171:1
**137** 5:6
**13924** 175:20
**14** 5:4,5 132:14 132:15,18 160:12
**142** 5:8
**1450** 1:17 175:22
**15** 5:6,7 115:5 137:16,19 138:19
**152** 5:10
**159** 5:13
**15th** 47:17 48:8 50:15
**16** 5:8 142:13 142:15
**166** 5:15
**16th** 84:9
**17** 5:10 125:24 152:14,15
**170** 4:2
**18** 5:13 159:7 159:10
**182,000** 88:11
**19** 5:15 165:25 166:1 169:24 170:20,21
**19104** 2:19
**1954** 15:20 16:6
**1958** 2:2
**1960** 102:25 115:1
**1960s** 114:25
**1972** 17:19
**1976** 16:15 20:15
**1978** 16:23 17:3
**1979** 21:14
**1981** 21:22
**1982** 23:15
**1999** 19:4,13,15 19:16
**19th** 57:12
**1st** 56:13 57:4 157:6

**2**

**2** 4:7 5:3 47:3,4 47:5,9
**2,300** 104:5
**2.75** 103:18
**20** 21:19 115:5 170:19
**2000** 23:22
**20001** 3:9
**20004** 3:4
**20006814** 5:12
**2005** 88:8,17 89:23 92:16 112:19 113:6 165:2,13,20
**2006** 23:19 99:17
**2010** 105:6
**2013** 16:5,7 19:4,25 21:6 88:17 89:15,18 97:13 98:3 99:2,9 101:16 107:1
**2014** 107:2 108:19 118:20 165:13 166:9
**2015** 128:5
**202** 176:18
**202-942-6629** 3:9
**2021** 100:16 101:11,16 102:5,14 120:3 121:2 123:23
**2022** 25:25 34:10 63:22 71:4 95:7
**2023** 5:5 11:23 25:25 29:11 30:4 31:18 33:3 35:10,10 37:25 49:13,19 49:22 56:13 57:4,12,23 58:18 59:7 63:22 84:9 117:3 124:3 125:11,24 132:18 133:8 137:1 160:19
**2024** 5:3,7 47:17 48:9 133:23 138:19 142:19 144:14 149:15 151:13 153:14 160:19
**2025** 1:13 2:3 6:5 18:5 50:15 60:19 83:18 160:19 175:6
**21** 15:20 161:8
**211,000** 99:4
**212** 103:21
**214-521-3605** 2:11
**215-994-4000** 2:19
**22nd** 144:13
**23** 2:6 6:10
**238** 56:3
**2392** 106:3
**23rd** 97:12
**24,031.56** 132:25
**2405** 106:8
**244** 59:10,11,17 60:3
**2519** 160:3
**2521** 161:7
**2525** 161:22
**2530** 162:18
**2531** 162:20
**2532** 162:23
**2533** 162:25
**2534** 163:2
**2535** 163:3
**2536** 163:4
**2537** 163:5
**2538** 163:6
**2539** 163:7
**2540** 163:8
**2541** 163:9
**2542** 163:10
**2543** 163:11
**2544** 163:13
**2545** 163:15
**2546** 163:16
**2547** 163:17
**2548** 163:18
**2549** 163:19
**2550** 163:20
**2565** 144:1,9,12 144:25 145:2,3
**2569** 145:12
**2571** 145:23
**2582** 124:22,24 125:6,7 127:3
**26** 1:13 2:3 175:6
**26th** 6:5
**27** 133:23
**28th** 120:3
**2929** 2:18
**2:08** 164:19
**2:18** 164:22
**2:30** 174:20
**2:31** 174:21
**2nd** 100:16

**3**

**3** 4:8 47:3,6 50:5 55:1,2 84:16 85:24
**30** 121:22
**301-651-1542** 3:4
**30th** 157:6
**3102** 2:10
**312-558-5600** 2:15
**31st** 125:11

**3242** 7:23 8:12 17:12 20:3 90:13,25 125:15 144:23 153:8
**35** 2:14
**38,041.37** 134:24
**38,116.37** 133:12
**3:23** 1:6
**3m** 1:7 2:13 6:7 6:21 7:15 67:8 67:9,12,19,22 68:3

**4**

**4** 4:10 54:12,13 74:8,11
**4-8-2025** 60:5
**40** 141:16
**405,000** 102:6
**425,000** 94:20
**450,000** 94:20
**47** 4:7,8
**49** 20:8

**5**

**5** 4:12 73:19,23 74:13
**5,330** 143:1
**50-50** 108:15
**500** 3:3
**504-394-9000** 2:7
**51** 142:17
**53** 142:24
**532** 137:19
**533** 138:18
**53703** 2:23
**54** 4:10
**546** 1:6 6:10

**6**

**6** 4:13 73:20,24 74:20 76:22
**6-5-2024** 144:17
**601** 3:8
**60601** 2:14
**608-620-8345** 2:23
**621** 2:22
**65** 145:1
**680** 141:22

**7**

**7** 4:2,15 84:3,4 84:16
**700,000** 94:5
**70037** 2:7
**720,000** 95:14
**73** 4:12,13
**75** 118:25 136:20
**75219** 2:11
**7549716** 1:25
**789,000** 95:16

**8**

**8** 4:16 87:4,6
**80** 135:3
**800** 93:17
**820** 124:23 125:3
**8397** 2:6
**84** 4:15
**840** 5:9
**845** 98:15,17,18 98:22
**851** 97:11
**852** 98:1,2,24
**854** 98:25
**858** 98:8
**87** 4:16 136:5
**874** 99:14
**8980** 17:4

**9**

**9** 4:18 97:4,5,9
**9-1** 59:2
**97** 4:18,20

**a**

**a.m.** 6:1
**abandoned** 166:19
**ability** 10:14,18
**able** 24:18 61:17 96:9 109:14 130:14 152:7 154:18 155:17 157:18 158:24 160:17 164:7
**above** 98:6,8,19 101:5,11,13,19 120:23 144:21
**absolutely** 14:1
**acceptable** 137:6 140:8,8 151:16 152:2
**accident** 147:9
**accompanied** 86:13
**accounts** 80:3
**accurate** 42:20 76:6,10,13 86:4 98:11 175:10
**acquiring** 96:18
**acre** 91:24
**acres** 103:18
**acronyms** 15:5
**action** 42:1,4 44:22,25 45:18 45:24 57:16 58:5,21 82:12 175:15,17
**actions** 45:2
**activities** 22:21 23:1 157:23
**actually** 55:15 76:18 81:5,7 96:24 124:21 129:13 151:24

156:13
**add** 108:7
**added** 101:16 105:4 108:21 109:12
**address** 7:22,25 8:6 16:9,14 17:2,9,11 20:4 20:21 100:9 124:10 137:22 137:24 138:4 144:22 145:4 153:10
**addressed** 125:10 135:20
**addresses** 17:13
**addressing** 131:13
**advanced** 120:15,24,25 121:1 147:19 147:22,23 148:10,19 149:7,19 150:3 150:19,24 151:8,17,19,23
**advertising** 38:18
**advice** 131:20
**advising** 38:22
**advisory** 127:5 127:6
**affected** 34:1,5 34:8 46:15,23
**affordability** 91:16
**agency** 15:6,14 15:14
**ago** 22:15 23:2 55:20,21,21,24 95:2 104:11 117:7 119:23 130:18 161:1 162:3,20,24
**agree** 57:21 106:17
**agreement** 42:3 42:6 56:18,19 58:19,25
**agreements** 62:6
**agricultural** 72:16
**agriculture** 84:25 86:3,5
**ahlstrom** 3:6,7 3:7 7:6 62:12 62:15,16,21 63:4,5,9,15 64:1,6
**air** 168:9
**al** 1:2,7 6:7,8 74:9
**alisha** 53:23
**allegation** 48:1
**amended** 4:7,9 47:10 50:11
**amiller** 2:24
**amount** 93:13 101:17 109:9 134:5 142:25 143:3,5
**amy** 2:24 6:24 170:11,20
**analyses** 144:16
**analytic** 154:3
**andrew** 2:8 6:18 40:8,10 40:13,15,18,21 41:5,14 42:22 82:7
**andrew's** 124:10
**ankle** 169:25
**anna** 3:5 7:3
**answer** 9:23 41:9 49:20 72:14 114:1 160:1 164:3
**answered** 35:4
**answering** 9:10 10:10
**answers** 9:14 9:14 74:3 75:10,14 76:5 76:10,13
**ant** 110:4,12
**ants** 110:11
**anybody** 42:10 64:11 155:22 170:7
**apart** 28:25 44:7 69:1 87:25 95:20 113:22 157:18
**apologize** 74:13 143:20
**appearance** 6:16
**appearances** 2:4 3:1
**appears** 56:5 57:21 60:14 133:3 166:8
**appleton** 61:5
**application** 93:19 97:18 100:21 112:5 131:16 166:8
**applied** 70:8,15 70:21 71:19,22 71:25 72:3,7 72:10,15,25 73:7,13,17 109:25 110:22 111:4 112:2 132:8
**apply** 110:12 111:7 123:22 132:5

**applying** 71:10 71:14
**appraisal** 4:19 4:21 93:2,3 97:13,16,25 98:3 99:2,16 100:20 102:17 102:21
**appraisals** 102:13
**appreciate** 154:20
**approach** 98:21 99:3 102:6
**approached** 29:18 85:16,19
**approved** 132:25
**approving** 132:21
**approximate** 19:2 52:4 103:16
**approximately** 16:13 21:17 32:25 52:13 88:19 92:23 102:23 106:4 114:22 128:20 136:20 140:18 142:9
**approximation** 128:15
**april** 50:14 60:12,19 157:6
**arch** 2:18
**area** 24:22 26:5 33:25 34:5,8 41:20 43:2 63:7 65:25 70:19 83:2 84:24 86:2 91:8,10 92:6 92:11 94:21 98:6 101:5,11 103:14 108:12 166:19 167:11 171:19 173:2
**arndt** 1:16 2:1 175:3,21
**arnold** 3:8 7:5
**arnoldporter....** 3:10
**arpa** 123:18 131:16 132:7 132:10,12 141:7
**article** 4:15 84:6 85:5,12 86:9,13,19
**aside** 11:9 30:22 53:17 69:9 75:9,13 88:4 135:12 172:3
**asked** 10:11 83:6,8,13,22 168:17
**asking** 60:16 61:16 77:11 83:11 95:15 170:15
**assistance** 74:25
**associated** 27:15 97:13,18 100:17 132:21
**assume** 9:24 161:5
**assuming** 151:20
**assumption** 86:16
**attached** 5:17 99:11 115:12 134:23 176:7
**attempt** 93:21
**attended** 35:1 35:13 80:20,25 81:13,15,23 82:1,4
**attention** 58:13 97:25
**attic** 103:7,9
**attorney** 38:18 38:22 40:2,7 41:6 42:1 61:25 96:25 175:14,16
**attorneys** 38:14 41:3,17,22 42:4,10,21 43:21 46:18 54:20 58:15,25 61:24 75:3,13 80:11,14 82:3 82:6 90:10
**attractive** 91:22
**attributed** 85:4
**august** 1:13 2:3 6:5 22:17 49:12,19,22 57:12,22 84:9 97:12 99:8 142:19 175:6
**autoimmune** 31:7 32:24 33:5
**ave** 3:8
**avenue** 2:10
**avoided** 45:3
**aware** 14:19 26:4,21 27:12 29:1 33:18 34:25 35:5,8 35:11 39:11 41:2 44:9 48:3 49:11,18,22,23 49:25 67:18,22 68:2 70:13,18 71:13,17,21,24 72:2,6,9 95:5 95:21,23 135:13 172:21

173:1,10,13,15 173:23
**awareness** 82:20 88:1

**b**

**back** 8:20 12:13 29:10 39:14 44:18 58:17 59:24 89:21 93:16 96:13 100:5 106:2,15 111:12 118:12 122:23 125:4 127:2 130:5 135:25 137:4 141:19 146:13 147:12 150:16 150:16 154:7 164:21 170:25 172:4
**background** 15:19
**bad** 9:19,19
**bags** 141:12 173:16
**ballpark** 90:2 109:16
**bank** 97:13,18 100:17
**bankruptcy** 170:2
**barn** 104:9,12 104:15,20
**baron** 2:10 56:16 58:19,20 60:7 69:21,22 137:13
**based** 87:20 153:12 155:4
**basement** 101:20 107:19 108:9 114:14 114:16 137:15 140:16,21 141:2 145:18 147:24 171:10 171:11
**basf** 2:21 3:2 6:24 7:4 68:7 68:10,14 170:12
**basically** 31:11 148:23 160:19
**bates** 54:19 59:17 87:7 97:11 100:14 101:3 105:24 120:1 124:22 132:18 133:3 133:22 137:19 144:13 145:12 162:16
**bathe** 127:19
**bathroom** 98:7
**bathrooms** 108:6,7
**baths** 101:12
**beautiful** 107:6
**bedrooms** 98:7 101:12
**beginning** 25:25 163:22
**begins** 144:1
**behalf** 1:3 2:5,9 2:13,17,21 3:2 3:6 46:3,7,10 46:11,13,14 134:1
**belief** 65:13
**believe** 11:23 12:8 13:22 14:18 26:1 29:10 32:13 34:23 38:24 40:8,19,23 41:13 42:24 46:12 51:17 53:22 54:4,9 57:1,2 59:8 61:5 62:19 63:1,17 64:24 65:10,10 67:21 67:25 69:2,24 72:15 73:18,18 74:5,6,17 75:1 76:9,12 80:22 81:1,15,19 82:5,7 84:14 84:15 85:13 86:20 92:22 93:14 94:20 95:14,22 97:19 101:1 103:21 104:5 110:24 111:2 112:19 112:23 113:14 113:19 119:10 119:24 120:12 120:14,14 121:7 122:20 124:6 125:21 126:9 130:3 139:8 143:7 145:17 151:14 162:23 163:10 163:13,18 168:10 169:8 169:21
**bell** 86:24
**belle** 2:7
**bencie** 2:20 7:1 7:1
**bennett** 160:10 160:11
**best** 9:8,9 33:2 34:9 39:2,13 50:22 59:4 64:22 76:5
**better** 41:12 80:19
**beverages** 118:8

**beyond** 27:2 66:21,22 67:5 146:20 149:11
**big** 31:12 72:18 109:21 121:22 129:8 140:20
**bigger** 115:23
**biggest** 79:2 158:21
**billed** 147:10
**biographical** 15:18
**biological** 21:9
**birth** 15:20
**bit** 8:21 15:18 25:20 30:2 34:18 37:18 41:12 51:6 80:18,19 100:8 105:16 116:22 117:7 124:18 148:23 155:2 158:7 172:19 173:17
**bittinger** 14:17 14:21
**black** 138:25
**blood** 27:22,23
**blue** 47:15 50:13 121:22
**board** 40:20 63:10,12,14,18 63:20 81:11,16 131:8
**boards** 25:2
**boat** 23:4 25:14 55:16 76:16 158:8 160:5,7 162:7
**boating** 76:23
**body** 35:18
**born** 15:22 16:4 21:13,14 23:14
**borrowed** 93:14
**boss** 150:15
**bottled** 30:14 117:15 128:10 128:12,19,24 128:24 129:3,4 130:7,10
**bottles** 129:8 130:5
**bottom** 54:15 55:3 56:3 59:13 60:4 84:17 85:23 87:8 98:4 102:4,9 106:8 120:1 124:25 125:6 144:2 166:12
**bought** 37:6 55:17 88:8,16 92:18
**box** 98:4,19,19 102:10 171:1
**boxes** 168:7
**boy** 81:7 160:21
**break** 10:3,5,9 10:11 44:13 59:19 96:8 164:17
**brenton** 53:23 53:24
**bring** 11:10 22:19 130:5
**bringing** 46:3,7 46:9,12
**brinn** 160:11
**broke** 157:3
**broken** 136:4
**brought** 11:12 35:25 58:12 109:21 169:19
**budd** 2:10 56:16 58:19,20 60:7
**build** 105:5 107:18 108:17
**building** 18:16 93:12
**buildings** 18:23
**built** 16:23 17:3 102:24 105:4 107:1 108:23
**buried** 135:25
**bushes** 109:23
**buy** 88:7 92:1 174:5
**byproduct** 70:7
**byproducts** 71:17

**c**

**c** 7:23 8:12 17:12 20:4 90:13 91:1 125:15 144:23 153:8 175:1,1
**cabin** 88:17,19 89:9 99:25 100:1,5
**cabinet** 79:17
**cake** 70:9,10,14 71:14
**call** 29:20 70:10 103:15 131:10,19 132:10
**called** 49:7 54:19 55:16 70:9 74:8,20 86:21 120:10 122:24 131:23 147:20 148:10 150:15
**calling** 69:6
**cameras** 80:6
**campbell** 2:12
**cancelled** 150:23

**candy** 173:16
**canister** 141:18
**capacity** 9:1 51:9 60:20
**caption** 49:7 51:3
**captioned** 50:8
**carbon** 120:19 138:25 139:18 139:23 140:9 141:23 146:11 148:22
**card** 113:16
**care** 43:16 45:6 46:1 140:11 150:10
**carrie** 53:23
**cartridge** 121:23
**case** 6:9 7:14 14:10 39:1 42:16 43:11,14 43:22 44:8,25 47:25 51:3 54:20 78:22 79:2,5,12 87:11 90:6 152:17 169:15
**casually** 66:8
**catch** 104:16
**cathy** 51:12,24
**caught** 76:18
**cause** 33:7,12 65:2,8
**caused** 33:21
**ccr** 1:16,16 175:21,21
**cell** 165:12
**certain** 29:16 78:9 79:23 93:13 132:21 157:23
**certified** 2:2,2 175:3,4
**certify** 175:4,9 175:13 176:5
**chagrin** 124:11
**chance** 7:19 24:11 73:25 170:7
**chances** 173:25
**change** 158:21 177:3,5,6,8,9 177:11,12,14 177:15,17,18 177:20
**changed** 78:4 142:1 146:11 154:12 156:11 165:20,21 166:24 167:2,4
**changes** 56:17 158:18
**charge** 100:7
**chasse** 2:7
**check** 61:17 76:14 134:8,13 142:21 143:8 147:8 150:16 150:23 155:6 155:16,17
**checkboxes** 101:7
**checking** 29:15 61:7
**chemical** 26:15 26:17 67:9 68:16 112:1
**chemically** 68:5
**chemicals** 25:22 26:22 67:10,16 68:9
**chicago** 2:14
**childhood** 16:9 16:11
**children** 21:7,9 22:3,4,22 24:3 31:13 160:8
**choice** 131:18
**choose** 91:12
**chose** 91:15
**chris** 2:12
**circle** 53:5
**circuit** 51:5 96:9
**circumstances** 41:18
**city** 16:22 17:1
**claim** 38:23 156:25 157:8 169:20,22
**claiming** 8:13 8:17 68:18,19 68:21
**claims** 46:20 74:9 156:22
**clarify** 9:21 72:20 85:22
**class** 25:22 44:8,22,24 45:5,9,15,20,24 46:3,8,17 57:16 58:5
**classmates** 25:12
**clean** 28:24 158:25
**clear** 9:11,12 27:24 68:17 91:22 102:16
**clearly** 9:15
**clerical** 75:9
**clinic** 22:8 32:23
**close** 140:16 150:1 156:1 161:19 162:1,9 168:7
**closer** 171:24
**clvs** 6:3
**coach** 24:9
**coffee** 118:12 118:13 119:1,1
**coincidence** 31:7

**cold** 136:13
**collect** 78:14 130:4
**collected** 13:21 29:22 125:14 125:24 126:3,6 126:21 130:6 131:9 145:16 145:24 153:14 168:14
**collecting** 126:18,19
**collection** 115:11 153:13
**college** 8:8
**column** 154:1,2
**come** 8:20 24:16 26:18 31:7 35:17 41:16 57:1 62:24 63:8 67:11 107:13 113:16 130:4 147:21 148:3 158:22
**comes** 30:20 53:7,14
**coming** 84:22 118:21 130:21 137:14 147:12
**commencem...** 175:5
**common** 53:3 61:2
**communicate** 42:9 43:11,14 61:4 63:15 129:11 137:25
**communicated** 36:4 129:20 154:19 157:11
**communicating** 63:25
**communication** 34:16,17 40:15 40:17 88:2 138:3
**communicati...** 15:11 37:2 38:21 42:14 43:10,18 69:7 69:9 86:23 149:18,20
**community** 40:13 82:19
**company** 1:7 2:13 6:7,21 7:15 67:8,9 68:1 69:12 111:15,17 120:10,23 133:7 147:14
**comparison** 98:21 99:3 102:5
**comparisons** 60:25
**compensated** 44:3
**compensation** 44:9 123:18,19 123:22 132:8 134:4 138:14 142:20 169:20
**complain** 71:10
**complaint** 4:7,9 47:10,24 48:13 48:22 49:12 50:11
**complete** 94:23
**completed** 95:1 166:9
**completely** 122:13
**components** 123:5
**compounds** 26:23
**computer** 80:6
**concentration** 35:17
**concern** 48:17 53:3 173:20 174:2
**concerning** 38:18
**concerns** 83:11
**concrete** 107:14 109:23 114:19 166:23
**conducted** 93:2 97:17 102:21
**confirm** 124:1 134:21 135:9 142:18 154:13 155:11 161:21
**confirmation** 134:2
**confirmed** 128:16
**congratulations** 18:6 20:9
**conjecture** 27:18
**connected** 66:16
**connection** 43:21 44:3 52:17 66:3 93:2 97:17 100:20 111:3 123:23 166:14
**considered** 91:10 93:23 130:24
**considering** 91:8
**consistent** 154:6
**constructed** 114:22 115:7
**construction** 108:25 165:22

**contact** 39:16 39:21 40:2,6,7 40:10,13 58:15 131:8,22
**contacted** 96:25 135:6
**contain** 68:4 174:5
**contained** 73:17
**contains** 98:7
**contaminant** 63:6
**contaminated** 37:24 68:22 136:9
**contamination** 8:14 11:13,19 11:22 63:16 64:2,7,21 65:3 65:9,11,15,19 80:20 87:1
**contemplating** 38:13
**content** 119:9 139:4 155:23
**context** 15:9,12
**continue** 127:18,25 158:15
**continued** 3:1 5:1
**continuing** 79:4
**contracted** 108:14
**contractor** 107:15
**contracts** 149:7
**conversation** 33:1 58:4 64:23 65:4 66:24,25
**conversations** 14:5 48:12 62:7 70:25 71:6
**convert** 107:10
**converted** 101:20
**conveying** 65:13
**convicted** 170:4
**cooking** 130:2
**cookingware** 173:24
**copies** 13:25
**copper** 122:9 123:9
**copy** 11:14 42:6 100:20 154:24 155:12 159:11
**corner** 54:16 140:23 171:11 171:12
**corp** 2:17
**corporation** 2:21 3:2 6:25 7:2 18:14 65:22 68:7,8
**correct** 11:19 14:3 15:20 20:1,14,15 21:24 24:5 25:22 28:1,2,4 28:16 49:16 56:11 58:21 59:3 65:15 76:6 77:20,23 96:5,19,20 99:4 101:18 102:6,18 107:19 112:9 114:4,10 117:1 117:9,13 120:8 122:18 123:12 125:11 127:6 127:10 132:25 133:4,12,13 136:23 137:1 139:7 146:4 148:13 151:5,6 153:8,10 154:4 161:22 168:19 172:6 176:6
**corrections** 176:6
**correctly** 148:9
**corresponden...** 125:18 149:6 150:22
**corrosive** 123:4
**cossich** 2:6
**cost** 134:4,23
**costs** 132:21,25 141:8,25 143:4
**counsel** 2:4 3:1 6:15,22 10:8 11:6,17 12:19 12:21 13:4,11 13:15,25 14:6 39:17 175:14 175:16
**count** 119:11
**countertop** 169:9
**country** 92:10
**county** 7:23 8:12 20:4 70:9 70:15 71:19,22 90:13 91:1 113:15 125:15 144:23 153:8
**couple** 9:3 51:25 52:8 88:23 90:19 106:22 145:10 147:14 158:1 160:3 161:12 164:24 168:13 170:14

**course** 148:1 164:16
**court** 1:1 2:2 6:8 175:4
**cover** 111:14 141:8 166:3
**coverage** 156:19,20
**creek** 17:4,7
**crime** 170:4
**criteria** 91:25
**cross** 53:12 92:10
**crossed** 37:23
**crump** 51:17 51:18
**crumps** 52:15
**crystal** 91:22
**csp1054** 139:17
**csr** 1:16,17 175:21,22
**culligan** 30:12 30:13,14 129:19,20 130:8
**cup** 118:7
**cups** 118:14
**current** 7:22 39:17,22 90:12 100:21
**currently** 10:13 17:24 20:23 167:9,10
**custodial** 19:10
**custodian** 18:16
**cut** 67:25 135:19,19
**cutting** 162:1
**cv** 1:6 6:10
**cvitanovic** 2:8 6:18,18 12:1,4 12:9 29:5 39:23 41:7 59:18 62:5 69:5 72:12 77:5,13,15,18 77:21 162:13 162:16 172:22 174:11,13
**cw** 5:9

**d**

**d&r** 4:17,19,21 4:23 5:3,5,7,9 5:14,16 87:7 105:24
**d.c.** 3:4
**dallas** 2:11
**damage** 156:25 157:2
**damaged** 8:13 8:17
**damages** 27:25 44:10
**dan** 66:11
**daniel.larkins** 3:5
**date** 6:5 11:21 15:20 40:5 41:25 45:25 48:7 56:13 78:24 81:8 119:24 120:2 126:3 130:12 151:18,20 153:13 154:10 166:12 175:12 177:22
**dated** 57:12 59:2 60:5 97:12 125:11 133:23
**dates** 60:22
**daughter** 21:8 163:23
**dave** 56:11,15 84:23 120:20 138:23
**david** 1:12 2:1 6:11 7:8,18 49:3 51:12,24 125:23 175:5 176:3,12 177:23
**day** 117:19,25 118:6,13 164:11 176:18
**daycare** 21:3,4
**days** 25:13 57:18
**dc** 3:9
**dear** 125:23
**debay** 51:15 52:11
**december** 95:6 117:3 133:8 136:13 137:1 147:2 153:14
**dechert** 2:18
**dechert.com** 2:20
**decide** 121:4
**decided** 91:4 92:1 121:11 122:17
**deciding** 91:11
**deciphering** 12:10
**decks** 108:21 108:22
**declined** 14:24
**deed** 99:17
**deep** 115:3
**defective** 146:10
**defendant** 2:13 2:21 3:2,6 6:20 6:24 68:14
**defendants** 1:8 2:17 7:1,6,14 62:11 78:12 174:10

**definite** 70:16
**definitely** 152:11 154:22 155:16 164:17
**deleted** 61:12
**deleting** 61:9
**delivered** 30:16 129:4,23
**deliveries** 128:24
**delivery** 128:13 130:10
**denied** 93:19 93:21
**dental** 22:8
**department** 15:4
**deponent** 6:11
**deposed** 14:15 25:21
**deposition** 1:12 2:1,1 4:6 6:6 6:12 8:23 9:6 11:7,11 12:18 13:15,19,24 14:7,11,13,19 14:22,25 15:2 15:10,13,15 42:15 54:12 174:20 176:5 177:1
**describe** 66:23 72:21 103:22 110:19 171:5 171:20
**described** 13:14
**description** 39:2 98:11
**designated** 45:9,13,15
**detected** 12:15 28:3,6 33:25 35:5 130:22
**detections** 146:3
**deteriorate** 123:4
**determine** 164:8
**device** 159:21
**diagram** 166:17 167:8 170:18,25
**difference** 149:1
**different** 19:1 26:22 32:1 33:19 68:1 145:11 148:23 172:18
**differently** 53:24
**digging** 107:11
**directing** 124:20
**directly** 117:12 118:16 134:14
**disability** 169:22
**disclosed** 37:7 96:2,22
**discovered** 35:3 71:5 102:17 173:7
**discovering** 38:6
**discovery** 26:5 26:7 31:2,10 31:14 36:21 37:21 51:7 70:19 71:11 94:13 117:7,20 120:7 124:8 128:18 157:16 157:21 158:9 158:13,20
**discrepancy** 135:3
**discuss** 14:21 31:4 33:6 38:5 48:16 53:4 75:14
**discussed** 17:14 31:5 33:4 37:5 39:8 46:16 48:13,22 60:21 82:9 90:18 96:21 109:5
**discussing** 60:18 61:18,23 81:22,25
**discussion** 163:23
**discussions** 38:9 48:20 52:23 60:23,24 75:21
**dishes** 127:23
**disinfected** 19:9
**dispenser** 30:20
**dispersal** 166:18
**distance** 29:17 167:25
**district** 1:1,1 6:8,9 18:23,25 19:3
**dla** 3:3 7:3
**dnr** 15:3,13 29:14,18,24 30:5,8,22 35:19 36:7 64:4,6,15,16,19 65:1,7,13 69:12 71:15 82:2,12 127:4 128:24 130:24 131:5,10,11,19 131:21 132:19 137:13 138:13 147:7 149:20 150:9,22 154:19

**dock** 104:23,25 104:25 105:5 158:3,5,5 161:5
**doctor** 32:22 33:5,11,13,19 33:20
**document** 10:21,24 11:2 47:9,13,19 48:6 49:2 50:5 50:19 54:11,16 54:21 59:10 87:11 97:8 100:12 105:22 123:15 124:16 124:22,24 137:18 149:14 152:21,24 165:25
**documentation** 65:18 116:5,14 138:12 146:17 149:15 150:21 154:18
**documents** 4:19,21 5:15 11:10 13:18,20 13:23,24 47:3 54:20 60:7 73:23 74:1,4 75:5,24 78:9 78:15,22 79:2 79:4,16,20 80:9,10,14 90:5,6 97:3 99:13 124:11 130:15 133:21 153:2 155:24
**dog** 161:8,22
**dogs** 158:5
**doing** 18:15 21:2 58:8 61:1 61:1 64:24 71:3 75:19 108:13 126:11 157:24 158:12
**dollar** 100:7
**donna** 99:18
**door** 85:13 95:20 96:17 172:5
**dots** 167:22
**dotted** 167:15 167:19
**doty** 2:22
**drain** 165:15 165:18,22 166:21 167:9 168:7
**drained** 113:18
**draining** 28:21
**drank** 32:1 117:19
**draw** 97:24
**drew** 2:20 7:1
**drew.bencie** 2:20
**drill** 65:7
**drilled** 16:18 17:8
**driller** 131:18 134:9
**drilling** 133:4,6 134:14
**drink** 30:10 35:23 117:15 118:5,8,13,15
**drinking** 28:7 31:16,19,21,24 36:10 68:22 69:16 71:5 117:8 118:23 127:9,13 130:2 131:2
**drinks** 117:21 127:16
**drive** 2:14 17:4 17:7
**driven** 115:8
**driveway** 171:22,25
**driving** 19:21
**dry** 128:8
**drywall** 169:7
**due** 8:13
**dug** 107:18 114:15
**duly** 7:9
**dumping** 84:24 84:25 86:2,3,6
**duties** 19:10

**e**

**e** 5:7 43:12 47:14 50:23 60:6,13 79:20 79:23 137:20 137:21,24 138:4,7 149:11 155:7,18,23,23 175:1,1
**eades** 99:18
**earlier** 90:18 165:1
**early** 22:17 63:22
**easiest** 10:21
**east** 2:22 57:15 66:15
**eat** 35:24,24 67:1 157:18
**eaten** 36:22
**eating** 36:12,16
**eden** 23:17
**edge** 91:21
**educated** 33:2 34:9
**effects** 27:15,25 31:6
**efficiently** 124:12
**effort** 78:19
**eight** 117:22,25 118:17 129:7

141:12
**eighth** 3:3
**eimer** 2:22 170:11
**eimerstahl.com** 2:24
**either** 36:2 94:12 143:20 160:1 163:16 168:1
**electronic** 79:19
**eligible** 138:15
**elizabeth** 54:8
**employed** 17:24 20:23
**employee** 29:24 175:14,16
**employment** 18:21 19:3,12 55:19 77:7
**empty** 130:4
**enclosed** 134:4 143:9 144:15
**enclosing** 97:13 100:20 142:20
**encouraged** 58:10
**ended** 91:12 104:16 129:9 133:17 135:13 137:14 139:11
**ends** 56:3 59:10 97:11 98:1,15 100:13 101:3 106:8 120:1 124:22 132:17 133:2,11 137:19 138:18 145:12 160:3 166:7 171:1
**engage** 158:25
**engineers** 147:13
**enjoyed** 23:3
**entertaining** 158:11
**envelope** 97:10
**environmental** 29:2
**eoviero** 3:5 7:3 7:3
**epa** 15:13
**epicenter** 34:14
**equal** 172:2
**equity** 93:5,10 93:15,18 97:21 100:25
**errata** 177:1
**essentially** 161:16
**estate** 96:23
**estimate** 43:16 109:15 117:18 141:12 143:3
**estimated** 141:22
**estimates** 150:5
**et** 1:2,7 6:7,8 74:8
**eventually** 130:20
**everybody** 45:18
**exact** 115:1 128:22 139:13 143:16
**exactly** 148:24
**examination** 4:2,2 7:10 170:9 175:6
**example** 80:10
**excavator** 107:12 109:21
**exceeded** 127:5 146:3
**except** 28:22 52:25
**exchange** 139:25
**excuse** 81:19 165:13
**exhibit** 4:5,7,8 4:10,12,13,15 4:16,18,20,22 4:24 5:2,4,6,8 5:10,13,15 10:22,25 47:3 47:3,4,5,6,9 50:5 54:12,13 54:25 55:1,2 73:19,20,23,23 74:8,11,13,20 76:22 84:3,4 87:4,6 97:5,6,9 100:12 105:20 105:23 119:17 119:20 124:14 124:17 132:15 137:16,19 142:13 144:12 152:14,15 159:7,9 165:25 166:1 170:16 170:18
**exhibits** 4:4 5:1 5:17 97:4
**existence** 39:4 49:18
**existing** 166:18 166:23 171:2
**expanded** 108:20
**expanding** 133:17
**expansion** 101:15 166:15
**expect** 142:6
**expense** 146:11
**expenses** 133:15
**expensive** 139:18
**experiencing** 33:21

**experts** 43:20
**explain** 99:22
**explanation** 45:1
**exposure** 27:15 28:1
**express** 2:2
**extension** 17:23 107:21,24
**extent** 52:25 69:6
**extra** 129:22

**f**

**f** 26:25 27:6 175:1
**face** 51:21
**facebook** 82:23
**facilities** 71:18
**facility** 72:3
**fact** 4:12,14 9:19 45:12 74:9,21 75:6 75:11,14,25 76:3,9 77:10 77:22 78:6 129:14 143:8
**failed** 146:8 165:11
**failing** 165:7
**fair** 9:25 48:2 159:1 171:20
**fairly** 51:19
**faith** 148:5
**fall** 42:24 80:16 130:13
**falls** 161:17
**familiar** 51:9 51:10 92:5 115:9
**family** 80:8
**far** 31:8 106:21 115:14 125:4 132:12 141:24 147:1 151:7 158:3 159:15
**farm** 63:6
**fast** 128:21
**father** 55:17
**february** 5:7 133:23 138:19
**fee** 44:6
**feel** 10:5
**feeling** 45:17
**feet** 13:2 98:8 101:13 103:19 104:5,6 115:5 136:5,20 140:19,23,23 167:25
**fell** 95:24
**fertilizer** 111:4
**fertilizers** 110:23 111:8
**fiber** 70:9,10 70:14 71:14
**field** 72:19 131:25 165:15 165:18,22 166:21 167:9 168:7
**fields** 63:6 68:22 72:16
**fieldwork** 126:11
**figure** 61:3 167:13
**file** 79:17
**filed** 39:12 44:22 47:17 49:12 50:2,14 50:19,23 54:1 79:12,18 169:22 170:1,2
**filing** 37:20 38:3,6,13,17 42:11
**fill** 74:3 75:10 75:25
**filled** 74:15,16 74:17,24 78:6
**filling** 76:3
**filter** 32:3,7 118:24 120:19 121:22 139:6 139:19 140:9 140:14 141:16 141:16,17,18 141:19,22,23 142:4 146:11 147:13,14,16 148:22
**filtered** 32:11 32:14 117:11 118:20
**filtering** 31:25
**filters** 141:5,25 142:1 143:12 149:2,9,16
**filtration** 139:9 139:11 142:10 150:7 152:2 154:9 157:15
**final** 134:3,4,23
**finances** 122:21 134:19
**financially** 175:17
**find** 38:12,14 38:25 59:15 61:24 69:15 84:22 90:25 98:22 102:7 137:8 152:7 154:18,22
**fine** 12:11 124:19
**finish** 9:8 10:10 123:4
**finished** 9:10 98:6 101:5,11 103:9
**fire** 173:9

**firefighting** 26:10 173:11
**fireplace** 103:12
**fireplaces** 103:11
**fires** 25:7
**firm** 56:16
**firms** 58:20
**first** 7:8 11:25 25:24 29:8,13 37:20 39:4,22 40:1,6,7,15,17 40:19,22 41:14 47:16 48:5 49:1 53:22 59:15 62:20 63:17 67:11 68:10 70:13 78:21 83:10 84:12 87:21 91:20 97:9 100:13 101:9 102:10 105:23 106:2,4,11,12 107:9,12 112:19 118:17 120:1 125:19 125:22 126:13 128:4 131:8 132:17 137:13 138:22 139:17 144:4,13 146:9 146:25 160:2 166:3 171:6,8 171:10 173:8
**firsthand** 86:8
**fish** 22:24 25:18 35:24 36:12,16,22 67:1 157:19
**fishing** 23:11 160:7 162:7
**five** 55:21 64:17 95:2 164:11
**fixtures** 123:5
**flat** 103:23,24
**flesher** 138:12
**flip** 59:9,11 98:14 99:14 123:16 133:2 133:22 134:22 138:17 166:17
**float** 157:25
**floor** 114:19
**flow** 115:21
**flowers** 168:25
**foam** 26:10 173:9,11
**focused** 82:21 82:24
**folder** 125:5 166:4
**folks** 52:17,24 148:19 149:7 149:19
**follow** 164:24 170:14
**following** 122:2
**follows** 7:9
**food** 19:17 127:15
**foods** 127:10
**footage** 101:17
**football** 24:9
**footprint** 102:25 140:17
**foregoing** 175:9 176:4
**forever** 26:17
**forklifts** 19:21
**form** 29:5 39:23 40:17 41:7 69:5 72:12 155:7 172:22,24
**format** 60:24 60:25
**forth** 175:12
**fortunato** 2:8
**forwarded** 138:8
**forwarding** 138:11
**found** 26:9 34:14 67:14 90:9
**four** 24:15 98:7 101:12 164:11 168:8,9
**fourth** 4:9 49:2 49:9 50:10
**fourths** 88:22
**frame** 103:5
**framed** 107:21 107:25
**free** 121:9
**frequently** 36:15 43:13 89:1
**fridge** 32:11 117:12 118:16 118:18,19,21 118:22,24
**friend** 107:15
**friends** 14:12 14:14
**frito** 55:14,19 77:8,25
**front** 143:17
**full** 7:16 18:10 19:25 89:16 101:9
**fully** 6:14
**fun** 15:1 24:7
**functional** 136:23
**fund** 132:5
**furnace** 141:2
**further** 175:9 175:13

**g**

**gap** 152:9
**garage** 104:2,4 104:20 107:1 157:4
**garden** 36:1,18 104:17 105:10 105:12 168:18 169:1
**gardened** 168:22
**gardening** 168:17
**gary** 7:18
**gas** 103:12
**ge** 32:6
**gears** 25:20 88:5
**general** 19:10 48:24 172:20 173:6
**generally** 9:14 106:17
**gerdmann** 53:24,25
**getting** 106:22 115:21 137:11 143:20 147:9 149:22 150:5 150:23,23 154:7 156:1 159:5
**give** 9:13 12:13 41:10 43:17 60:21 70:16 75:24 78:24 109:14 121:9 148:15 170:7
**given** 8:22 50:5
**glanced** 47:21 47:25 50:20
**glasses** 117:22 117:25 118:3
**gloves** 126:18
**go** 9:4 15:17 17:16,20 25:6 25:14 33:18 55:2 79:15 81:5 84:16 88:25 102:2 106:2,7 120:14 121:18 123:2 133:10 134:17 136:13 137:9 139:14 140:8 142:24 145:11 145:23 153:18 158:2,2,4 166:7 170:25 171:18,18 174:18
**goes** 85:1
**going** 6:13 8:8 9:23 12:1,13 15:3,17 34:20 38:10 44:12,15 47:2,3 51:4,11 53:21 58:17 59:5,21 62:10 84:2,24 86:2 87:6,14 88:5 94:4 96:10 97:3 101:23 104:1 105:17 122:23 124:12 124:19 142:15 147:10 148:6 150:12 152:14 158:3 159:9 163:21 164:18 165:24 171:18 172:4 174:11 174:19
**golkow** 6:4
**good** 6:2 7:12 9:7 71:3 83:22 111:20 130:11 130:19 147:12 147:20 158:23 174:12
**gorman** 1:12 2:1 4:17,19,21 4:23 5:3,5,7,9 5:14,16 6:11 7:8,12,18 8:4 14:2,7 20:6,12 20:17,23 21:21 31:1 38:5 43:4 43:7 44:21 48:14,16,23 49:3,4 53:17 56:11 73:22 75:21 78:8,18 84:23 85:11 87:7 90:12 96:16 97:12 99:21 100:17 105:24 119:19 137:20 163:25 164:24 168:21 175:5 176:3,12 177:23
**gorman's** 33:5 33:12 137:24
**gotten** 69:11
**government** 15:14
**governor** 134:2
**grade** 98:6,8 101:5,12,19
**grading** 103:22
**graduate** 17:18
**grandchildren** 22:5 158:19 159:4
**granddaughter** 8:7 90:19 160:24
**grandkids** 24:5 155:21
**grandson** 22:24 23:9,12
**grandt** 51:12 51:12,24

**granite** 136:5 169:13
**grant** 132:5 133:18 134:3,5 135:4 141:7
**grantees** 99:20
**grantors** 99:18
**grants** 150:11
**grass** 110:24 111:4 128:3
**great** 77:3 115:21 144:6
**gross** 98:8 101:13
**ground** 9:3 85:1 101:13 135:22
**grounds** 18:23
**groundwater** 26:16,17 37:24 46:22 95:25
**group** 21:4 26:22
**groups** 82:20 82:24
**grouted** 136:4
**gruny** 8:6,7
**guess** 33:2 34:9 35:9 43:15,16 46:1 50:22 55:20 59:4 92:4 94:12 103:14 106:2 131:18 160:17 162:9 164:6
**guessed** 41:1
**guessing** 22:18 40:5 83:16 93:8 114:24 139:18
**guests** 25:10 158:12
**guidelines** 146:3
**guy** 131:25
**guys** 24:23 60:6 107:8 148:3

**h**

**h** 81:18
**half** 88:22 89:3 105:3,4 108:1 108:1
**hall** 42:23 81:23 82:1,4,9 84:13
**hammer** 115:14
**hand** 47:2 54:15 97:3 111:1 125:2 153:5 165:24
**handed** 124:16 152:22
**handing** 10:24 47:8 54:11 73:22 105:22 119:19 137:18
**hang** 22:23
**hanging** 22:25
**hansen** 3:11 6:3
**happened** 124:9 128:21 147:21
**happenstance** 121:10
**hard** 12:10 40:4 101:6 172:1
**harmed** 45:2
**head** 9:15
**heading** 144:21 152:24
**headings** 145:5
**health** 27:15,25 31:6 33:8,12 33:21 127:6 146:3
**hear** 38:18 46:5 64:12 165:10
**heard** 7:13 26:6 26:8,9,25 27:5 27:14,17,20,21 34:4 37:24 62:12 65:5,21 69:1 71:5 86:15 95:14 173:7,8
**hearing** 71:9
**hearsay** 73:2
**heavily** 34:14
**heavy** 45:17
**heck** 94:9
**heidi** 86:23 87:21,22
**held** 6:6 81:7
**hellenbrand** 4:25 120:11,13
**help** 75:10 82:13 108:14 121:23 130:15 132:5 160:18
**helped** 55:11 147:7
**helpful** 131:25
**helps** 9:6,8,12 54:20
**herbicides** 109:25 111:8
**hereinbefore** 175:12
**hesitation** 12:4
**high** 17:16,18 17:20 24:10 91:14 119:9 122:11 131:5
**higher** 119:11
**highest** 35:16
**highway** 2:6 7:23 17:12 125:15 153:8
**hill** 104:1 107:11,18 110:11

**hilly** 103:23
**hire** 105:8 131:17
**hired** 42:1 105:9 111:7,15 133:7
**hirman** 81:18 81:21
**history** 115:2
**hit** 135:18 157:3
**hmf** 139:17
**hmm** 144:3 146:21 147:3 160:21 162:1 163:11
**hold** 12:16
**holdings** 3:7
**hole** 114:19
**holiday** 2:2
**home** 14:24 16:11,21,23,25 17:3,7 21:3,24 22:10 23:24 24:12 25:11 30:16 88:6,7,8 88:10,15 89:20 89:23,24 91:5 91:6,12 92:13 93:5,9,15,18,24 94:2,7,19 95:6 95:21 96:19 97:21 98:12 99:4 100:25 102:14,24 103:1 112:8,12 116:2,25 118:9 140:6,14 146:17 158:12 169:5,6 172:16
**homeowner's** 156:3,23 157:9
**honestly** 12:9
**hook** 115:15
**hooked** 115:24
**hopefully** 99:12
**hoping** 84:21 137:5 154:13
**horse** 104:9,12 104:15
**hosted** 80:24
**hot** 158:6
**hour** 10:3 44:12
**hours** 13:9 16:1 18:18,19
**house** 22:23 55:16 61:7 107:2,10 114:23 115:2 121:6 135:18 135:23 136:19 165:17,18 166:15,21,25 171:2,12,18 172:4,8,9,12
**housekeeping** 10:20
**housing** 121:22
**huh** 50:17 51:2 54:18 56:6,12 57:13 61:20 80:21 81:12 84:10,18 87:9 87:12,24 89:7 89:22 95:11 98:5 100:15 107:20 113:17 120:4 123:21 136:11 141:21 145:6 152:20 153:20 167:1
**hundred** 136:20
**hygiene** 5:11 152:23

**i**

**ice** 32:10,12,13 91:20
**idea** 38:2,4 64:1 83:23
**identification** 10:22 47:5,6 54:13 73:19,20 84:4 87:4 97:5 97:6 105:20 119:17 124:14 132:15 137:16 142:13 152:15 159:7 166:1
**identified** 45:24
**identify** 54:20
**identifying** 65:18
**il** 2:14
**immediately** 88:16
**impair** 10:14 10:18
**improvement** 115:25
**improvements** 108:10 109:10
**inch** 121:22 168:8,9
**including** 19:17
**increase** 129:8 129:12,25
**increased** 129:15
**incurred** 141:24
**independent** 70:3
**index** 4:1,4 5:1 123:3
**indicate** 123:3 167:20
**indicated** 98:20 99:3 102:5
**indicates** 142:24

**indicating** 167:10
**individual** 26:23 64:14
**individuals** 14:10 39:8 51:8 53:18,22 54:2,5 81:22
**inexpensive** 141:19
**infects** 26:16,16
**information** 15:18 34:15 58:15 64:3 69:2,11 77:12 116:2,19 138:16 141:12 146:15 148:15
**informative** 69:25
**informed** 127:4
**initial** 29:22 42:22 132:20
**inn** 2:2
**insecticides** 110:3 111:8
**inside** 114:15
**inspect** 113:16
**inspected** 113:14 116:11
**install** 122:18 151:17
**installation** 135:14,15 141:4,8 143:12 149:16 157:14 167:3
**installed** 112:15,17 116:9 118:23 119:14 130:17 130:21 136:25 139:6,7,12,15 140:5 142:10 148:11,20 149:5 165:13
**installers** 169:13
**instances** 95:23
**instructions** 5:9 30:8 75:23 75:25 131:12
**insurance** 156:3,16,23 157:9
**insurer** 156:6,9 157:12
**intended** 167:20
**interact** 52:8
**interaction** 55:24
**interactions** 55:12
**interested** 42:13 149:22 175:17
**interim** 128:23
**interject** 77:24
**internet** 70:4 135:18
**interrogation** 4:1
**interviewed** 83:13 85:11
**introduce** 6:23 41:5,22
**invited** 14:23
**invoice** 133:3 133:11 135:4 143:5
**invoices** 112:4
**involved** 27:22 45:18,22 48:24 67:6 138:14 169:16
**involves** 25:22
**ion** 139:24,25
**iphone** 56:5
**iron** 119:6,9,11 138:24,25 139:4
**ish** 105:6
**island** 90:4
**issue** 34:22 63:2,18 96:1 119:12 122:9 124:10 150:22
**issues** 31:8 32:24 33:5,8 33:12,21 95:25 113:9 121:13 122:5 135:13
**items** 77:18

**j**

**j** 2:8
**jameson** 19:17 19:19
**jason** 51:15
**jerome** 81:21
**jerry** 81:18,19
**job** 1:25 18:4 18:10,11,13,20 18:22 19:6,19 66:12
**jobs** 19:16
**jocelyn** 3:10 7:5
**jocelyn.porter** 3:10
**jody** 2:8
**join** 58:11
**jokingly** 67:1
**jon** 3:11 6:3
**jones** 37:16
**jude** 1:16 2:1 9:5 175:3,21
**jugs** 30:18
**july** 5:3 22:16 22:18 24:21 99:17 144:4,13 146:20,24 147:2 151:13

**june** 8:11 18:4 25:13 89:19 149:14

k

**karalena** 2:15 6:20 7:13 12:11 59:18 170:15,22
**katie** 84:7
**kayak** 22:24 158:15 161:11 161:13,22
**kayaking** 23:7 23:9 25:2
**kaye** 3:8 7:6
**keep** 19:8 52:7 142:2 171:18
**kept** 149:25
**kerry** 53:23
**kids** 21:8 22:19 24:16,25 158:17 160:4 163:24
**kind** 34:21 96:1 102:10 107:7 109:20 115:19 149:14 152:10 156:2,19 157:1 160:13 170:17 172:9,19
**kinds** 27:12 60:7
**kitchen** 108:2,3 118:19 145:24 145:25
**knew** 14:14 26:10 51:12,13 55:15 63:17 70:21 86:6 115:22 131:9 147:18
**know** 9:19 10:6 10:8 11:1 14:10,12 19:9 21:17 23:3,5 26:16 27:23 30:1 31:6 32:4 33:8,8,9 37:12 43:9 46:24 47:22 48:8,11 49:17,21,23 50:1 51:20,21 52:12,13,13 54:2,9 55:6,6 55:10,21 56:25 57:10 58:9 60:22 61:1,7 62:15 63:23 64:18,19,24 66:6,9,13 67:1 67:2,24 68:1 68:11 69:14,15 69:24 70:10,21 71:3 72:18 73:3,3,9,11 77:6,16 81:17 85:10,14,20 86:5,14,17 88:3,12 91:23 92:3 93:13,15 94:4,10 95:12 95:15,17 96:24 96:25 97:1 101:6 102:23 103:3,19 107:4 110:6,11 111:15 114:1,1 114:21 115:3,6 115:12 116:16 116:19 117:19 120:13,17 122:19,21 126:17 128:14 128:18,21 131:18,19 132:12 137:12 138:11,15 140:1,1,3 142:2 146:9,14 146:19 147:8 148:21 149:1,2 149:10,11,25 150:2,3,10,12 150:14,19 151:7,15,19,20 151:23 154:14 154:17 155:14 155:22 156:15 158:2,2,6 159:20,21 160:23 161:9 161:19,25 163:5,25 164:2 164:5 167:19 167:23,24,24 168:21 169:13 169:25 171:12 171:24 172:15 173:4,22 174:5 174:6
**knowledge** 27:10 28:10,11 48:24 61:12 72:24 73:2 76:5 80:12 86:8 148:2 172:19 173:5,6 173:6
**known** 25:22 51:15
**ksenese** 2:16

l

**la** 2:7
**lab** 121:18 122:24
**labeled** 50:10 137:19 168:4,8
**labeling** 54:16
**laboratory** 5:11 144:16 152:22,23 155:1

**lady** 150:10
**laid** 135:21
**lake** 28:14,16 28:19,20,21,25 28:25 35:6,12 35:15,16,20,24 36:1,10,13,16 36:19,22,25 37:3,8 46:23 48:18 51:19,25 52:21,25 53:5 53:10,13 67:2 68:23 91:6,21 92:2 95:6,21 95:24 103:20 104:1 106:14 110:16,18 136:19,19,19 157:19,20 158:16,19,22 159:14 164:1 165:19 168:1,3 172:9,11
**lakefront** 103:19
**land** 25:6 70:8 70:15 71:2,10 71:14,19,22 72:25 73:7,13 73:17 100:3
**landscaping** 36:19 109:17 109:20 128:3
**lapse** 76:16
**large** 102:10 104:4
**late** 34:9 35:2 35:10 63:22,22 71:4
**laundry** 127:21
**law** 55:17 56:16 58:20 162:7
**law's** 160:6
**lawn** 2:10 104:17,17
**lawsuit** 8:14,18 14:3,17,18 25:21 27:25 37:19,21 38:3 38:6,13,15,17 39:4,5,8,12,18 40:3 42:11 43:25 44:4,10 44:22,22 45:10 46:3,7,9,13,21 46:25 48:25 49:12,19,22 50:2,25 51:14 52:18 53:19 54:1,5 57:16 58:5,11 59:1 60:8,19 61:19 61:24 66:3 67:4 68:14,18 78:9,16 79:11 79:16
**lawsuits** 38:19 169:17
**lawyers** 39:17 39:22 42:15 43:11,14,24 44:3,8 48:12 48:23 69:10 78:15,23 79:8
**lay** 55:14 77:8 77:25
**leading** 110:15
**leaks** 122:10
**learn** 25:24 26:2 29:8 33:24 34:7,11 34:15 35:14 41:16 45:23 57:17 62:20 68:10
**learned** 30:24 33:25 34:13 92:4 96:5,6,19 154:7
**learning** 34:3 67:13
**leaving** 30:22 53:17 69:9 75:13
**led** 69:2
**left** 55:19 113:4 165:4 168:4 172:10,14
**lender** 90:3
**letter** 4:17 5:3 5:5 86:25 87:18,22 88:1 97:12 99:8 100:17 125:10 125:13 127:2 127:12 128:9 132:18,21 133:23 134:2 134:24 138:18 138:23 141:11 142:19,21 144:14
**letterhead** 155:3
**lettering** 47:16 50:14
**level** 158:13
**levels** 11:19,22 127:6 131:5 135:12 151:16 152:2
**liberty** 156:7,8 156:12
**license** 76:15 76:25
**licenses** 76:23
**liked** 91:20
**likes** 22:24
**lily** 25:4,5,6
**line** 49:3,9 51:11 98:20 101:4,9 154:11 154:16 167:21

177:3,6,9,12,15 177:18
**lines** 55:5 167:15,19,22
**list** 51:20 53:18 54:24 55:3 88:12 152:12
**listed** 49:3 51:3 51:8 52:24 53:22 68:12 74:4 144:22 145:4 153:22 154:3
**listened** 86:14
**lists** 139:9
**liter** 153:23
**litigation** 54:22 56:23 62:11 155:24
**little** 11:12 15:18 25:20 30:2 34:18 37:17 51:5 80:18,19 100:8 102:8 105:16 116:22 117:6 124:18 138:24 148:7,23 152:12 155:2 158:7 164:14 166:25 167:11 171:1 172:19 173:17
**live** 7:25 8:6,20 16:2 21:15 23:16
**lived** 8:7 16:21 19:25 21:18,20 21:23 23:18,19 23:20,23 37:13 90:19,22 161:5
**lives** 51:25 61:5 78:1
**living** 8:9 16:14 16:24 20:18 22:7 24:8 98:8 101:13 103:14 108:1,12
**llc** 2:6,17 3:6,7 7:2
**llp** 2:13,18,22 3:3,8 7:6
**lmk** 57:18
**loan** 93:5,10,16 93:19 97:18,21 100:21,25
**locals** 70:17,23
**located** 66:1 103:13 114:13 136:17,18 140:14 165:14 173:4
**location** 153:4 167:2 168:6
**locations** 145:11 172:21 173:1
**lombardi** 57:9
**lombardi's** 57:15
**lombardis** 58:1
**long** 13:7 16:2 16:13 20:6 21:17 23:18 95:17 128:16 128:18 130:11 158:25
**longer** 77:25 78:1 116:25 136:23 157:18
**look** 11:1 27:23 49:1,2 50:8,13 54:15 56:4 61:17 73:25 74:7 78:21 79:19,25 97:8 98:4 101:4 105:25 116:5 119:25 120:23 124:18 125:22 130:14 138:20 144:21 146:22 148:23 149:21 150:1,6 152:21 164:8 168:3
**looked** 13:20 47:23 92:4 106:4,11 152:10 155:22
**looking** 11:17 33:7 48:3 54:25 57:11 60:3 70:1 76:23 90:5 91:3,4,6,7,25 92:3 100:13 101:5 102:8 106:15 119:24 122:12 124:4 124:23 134:22 144:12 152:12 161:13 166:10 166:11 170:17 172:8,11
**looks** 50:9 85:25 97:9 99:17 100:6 123:17 133:11 134:24 137:19 138:6,18 148:21,24 153:12 159:16 160:3,10,23 166:3
**loss** 156:19
**lot** 24:25 25:1 71:1 84:24,25 86:2,3,5 92:4 93:14 103:17 107:4 108:15 117:21 127:10 127:16 165:23
**low** 123:3,9,12 130:22

**lucas** 1:2 6:7 53:23
**luck** 147:20 148:6
**lucky** 107:14
**lukarich** 66:11
**lukarich's** 66:12

**m**

**m** 2:15 81:18
**m&b** 4:11 54:17
**machurick** 4:11 54:8,8,17 57:22 58:5,18 60:19 61:13,18
**machuricks** 54:22,23 55:13 56:23 57:1 58:1,11,15
**made** 29:20 34:25 56:17 103:4 107:6 108:11 109:4 118:9 156:22 156:25 157:8
**madison** 2:23 8:6,7 77:7 78:1 90:19 132:1
**maher** 69:17,19 137:14 138:7 138:12,19 143:6 148:3,11 148:16 150:11 151:8
**mail** 5:7 47:14 60:6,13 137:20 137:21,24 138:4,7 155:7
**mailed** 50:23 79:20 134:9
**mailing** 97:10
**mails** 43:12 79:23 149:11 155:18,23,23
**main** 103:14 131:17,22 158:4
**maintain** 19:7 113:12
**maintained** 32:8
**maintaining** 113:21
**maintenance** 113:24
**major** 108:17
**make** 9:4,9 10:8 24:14 32:11 33:18 35:9 76:14 77:5 105:25 107:10 108:9 111:13 115:25 117:23 133:20 148:8 152:11 158:21 167:14
**maker** 32:13
**makes** 9:16
**making** 46:21 85:23 109:10
**march** 11:23 15:20 29:10 30:4 31:18 37:25 59:5,7 100:16 125:11 125:24 126:14 131:4 157:6,6
**mark** 84:2 87:6 124:11 126:10 131:24 132:13
**marked** 10:22 10:25 47:3,5,6 47:8 54:12,13 60:3 73:19,20 73:23 84:4 87:4 97:4,5,6,9 100:12 105:20 105:23 119:17 119:20 124:14 124:17 132:15 137:16 142:13 143:19 152:15 159:7,9 165:25 166:1
**marriages** 20:12
**married** 16:22 20:7,12,15 22:1 24:1
**marshfield** 15:23,24 16:3 16:7,10,22,23 17:4,14,17,23 18:22,23 19:3
**mary** 99:18
**massachusetts** 3:8
**material** 29:2 71:24 72:2,9 73:6,13,16 103:3
**materials** 72:25
**math** 20:14 24:5
**mats** 25:3
**matter** 6:7 10:20
**matthew** 21:12 23:13,16,20 24:1,8,9,11
**mayo** 32:22
**mean** 34:18 64:9 66:22 70:24,25 75:7 130:20 134:13 160:25
**means** 12:10 45:14 54:21
**medford** 21:16 21:18
**media** 80:3
**medical** 32:18 33:16

**medications** 10:14
**meet** 13:2 40:21 130:1
**meeting** 12:22 12:23 13:5,11 13:13 34:19 35:1,13,15 36:5 40:19,20 40:22,24 41:3 41:6,14,17,20 41:23 42:22,23 43:2,5,7 63:18 63:21 64:15,16 80:23 81:4,6 83:10 84:13 85:18 150:15
**meetings** 12:20 26:3,3,20 35:2 80:19,24 81:11 81:23 82:1,4 82:10 83:3
**melissa** 53:25
**member** 82:19 82:23
**members** 44:8
**mention** 39:4
**mentioned** 19:24 27:21 32:7,22 33:4 51:24 52:15 68:24 80:22 81:10 83:12 84:11 95:9 117:7 130:19 132:4 136:3 163:22 168:13
**mentioning** 151:21
**mentions** 58:18
**message** 56:10 56:15,22 57:1 57:4,11,22 58:2,6,18,18,23 59:14 60:4,12
**messages** 4:10 56:7 59:12,16 61:10,13,18,23 80:1
**met** 13:8,14 41:13 42:15,21 42:24 43:20 51:17 52:3,17 150:20
**metallic** 123:5
**meverden** 37:11,12
**meverdens** 37:13
**michael** 51:18 54:8
**micron** 121:23
**middle** 35:10
**mike** 51:17 55:17 57:2,5 57:22 58:18
**mike's** 57:4
**mill** 17:4,7 62:16,18 65:2 65:8,14,18 66:1,5,7,14,18 67:20,23 68:3 70:8,14 71:25 72:10 73:17 173:16
**miller** 2:24 4:2 6:24,24 170:10 170:11,21,24 172:23,25 174:8
**mills** 2:17 7:2 67:10
**mind** 37:23 47:1 164:14 174:6
**minnesota** 23:17
**minocqua** 91:10,14,16
**minute** 22:6 37:23 101:24 119:23 124:17 130:15
**missed** 81:6 155:13
**missing** 77:6
**misspoke** 98:25
**misspoken** 14:18
**mobile** 16:21 16:25
**model** 32:4
**money** 113:4 151:7 165:4
**month** 22:13,15 23:2 43:18 89:18 129:5
**months** 39:15 95:19
**morning** 6:2 7:12
**mortgage** 89:24 90:1,4,7 92:13,15
**mosquito** 111:12,17,18 111:22
**mouth** 39:2
**move** 16:20 88:15 165:22
**moved** 16:4,19 89:15
**moves** 145:20
**moving** 172:3
**municipal** 173:8

**n**

**n** 8:4 81:18
**name** 6:3 7:12 7:16,20 8:3 26:21 30:1 32:23 37:9,15 51:21 54:3,10 55:7 56:10

57:9 59:14 60:5 62:22,24 64:19 67:21 86:24 87:3,21 87:25 111:20 120:18
**named** 29:24 46:16 49:15 50:1 53:25 68:14 86:23
**names** 21:11 51:1 52:16 132:1 139:13 149:2
**nanogram** 153:22
**natural** 15:4
**navajo** 2:2
**necessitated** 165:8
**need** 10:5 129:12 138:25
**needed** 129:22
**needs** 130:2
**negative** 123:3
**neighbor** 37:6 57:15 95:20 172:5,10,14,15
**neighbor's** 37:9 72:10,15 121:6 172:4
**neighborhood** 147:19
**neighboring** 95:12
**neighbors** 31:9 31:11 37:3,12 46:14 53:15 58:1,3 71:10 72:17 95:5,10 96:2,17 99:24 105:17
**neither** 175:13 175:15
**nelson** 19:17,19
**never** 21:23 93:13 109:12 134:18 135:6,9 135:25 168:18 168:23
**new** 51:19 69:13 92:3 96:17 108:23 110:25 112:15 112:17,24 113:2,5 114:23 115:23 116:9 118:22 120:19 130:17 132:5 135:14,21 136:3,16 138:23 147:14 152:2 165:4 166:24 167:3 171:15,17
**news** 173:7
**newspaper** 62:22,25
**nice** 23:5 91:23
**night** 14:23 64:17
**nodding** 50:12 50:17 57:13 80:21 81:12 87:9,12 95:11 107:20 114:17 129:24
**nominal** 100:7
**non** 67:16 173:17
**normal** 22:25 80:7
**notary** 176:22
**note** 11:12,18 141:10
**noted** 57:15
**notes** 11:10
**notice** 2:1 4:6 11:6 34:22 110:11 119:3 122:5 135:8
**number** 6:9 16:12 43:17 54:19 56:3 74:13 87:7 92:2 97:11 120:1 121:22 132:18 144:7 144:13,22 145:5 162:15 162:17
**numbers** 11:13 131:9 132:1 137:6
**nw** 3:3,8

**o**

**o** 26:25 27:6
**oak** 2:10
**oath** 8:25
**object** 39:23 41:7 69:5 72:12 172:22 172:24
**objection** 29:5
**objections** 62:6
**observation** 168:10
**observe** 126:5
**occasionally** 36:14
**occur** 55:18 83:15 92:24 93:7 94:11 108:18
**occurred** 55:25
**october** 20:8 47:17 48:8 79:1
**odd** 150:6
**odor** 119:3
**offered** 121:8
**offhand** 154:14

**oh** 43:8 74:12 98:23 119:25 120:25 126:20 135:5 138:10 143:18 144:3 144:11 149:17 151:22 162:15 164:16 167:24
**okay** 8:3,5,9,16 9:3,17 10:2,11 10:13,17,20 11:5,8,14,24 12:13,20,23 13:1,4,7,10,13 13:22 14:2,9 14:14,20 15:8 15:17,24 16:2 16:6,13,16,19 16:24 17:2,6,9 17:13,16,20,24 18:1,13,15,17 18:20,24 19:2 19:5,12,21,24 20:14,17,20,23 20:25 21:11,15 21:20 22:1,5,9 22:19,21 23:11 23:13,16,20,23 24:1,23 26:2,4 26:7,25 27:2,5 27:8,14,19,24 28:3,8,11,15 29:6,18,25 30:2,7,11,15,18 30:22 31:1,13 31:18 32:4,7 32:18,21,25 33:4,15,20,24 34:11,25 35:11 35:14 36:3,6,9 36:18,21 37:2 37:17 38:2,5 38:17,21,25 39:3,7,16,21 40:9,21,24 41:2,5,19,25 42:3,9,13,20 43:1,4,9,13,17 43:20 44:7,12 45:4,8,12,19 46:2,16 47:2 47:15,19,24 48:5,11,19 49:1,6,8,8,10 49:11,15,18,24 50:4,13,18,21 50:24 51:22 52:3,6,11,15,20 52:23 53:2,21 54:4,7,11,23 55:4,8,18,22 56:2 57:3,6 58:17 59:2,7 59:15,15,16 60:2,11,15,18 61:9,12,21 62:8,15,20 63:3,20 64:5 64:14 65:17,21 66:2,6,9,17 67:7,18,22 68:2,6,13,24 69:19,22 70:3 70:7,13 71:9 71:13,17 72:20 72:24 73:9,12 73:15 74:3,7 74:11,14,14,19 74:24 75:2,13 75:17,20,23 76:12,17,20 77:3,17,24 78:8,14,18,21 79:3,10,15,19 79:22,25 80:5 80:9,13,17 81:3,20,25 82:3,8,14,23 83:1,5,8,12 84:2,16 85:10 86:7,18,22,25 87:17,20,25 88:4,9,12,15,18 88:24 89:8,12 89:15,20 90:3 90:5,9,12,18 91:3,7,11 92:12,18,21 93:1,4,7,9,15 93:18,23 94:1 94:6,16,22,25 95:5,9,17,20,23 96:7 97:2,16 97:24 98:2,14 99:1,2,10,11 100:2,4,11,19 100:24 101:2,8 101:10,21 102:12,13,23 103:1,3,7,11,13 103:16,25 104:7,10,18,20 104:25 105:5,7 105:10,12 106:7,17,24 107:3,18 108:3 108:6,13,20,24 109:1,14,17 110:5,12,15,19 110:22 111:3 111:11 112:1,4 112:8,14,16 113:2,6,9,12,22 114:1,9,18 115:3,6,13,19 116:4,13,17,23 117:6,18 118:2 118:8,11,15,22 119:2,8,13,16 119:19 120:16 120:25 121:13 121:18 122:8 122:12 123:11 123:14,25 124:7 125:1,10 125:18,22

126:5,8,17,21 126:24 127:2 127:18,25 128:9,12,15 129:3,6,11,20 129:25 130:4,7 132:4,7,13,24 133:6,10,14,17 133:20 134:16 134:21 135:9 135:12,24 136:2,16,21 137:7 138:6,17 138:22 139:9 139:16,20 140:2,10,13,17 141:3,7,10,24 142:3,6,9 143:8,11,14,22 144:6 145:3,3 145:19 146:2,6 146:16,19 147:3,16,22 148:8,19 149:6 149:17 150:7 150:21 151:1,3 151:12,22 152:8,13 153:12,18,24 154:17,23 155:9,15,20 156:1,8,15,18 156:22 157:1,5 157:11,23 158:15,18,24 159:17,20,23 160:2,8,13 161:3,7 162:5 162:18,22 163:1,12 164:4 164:7,24 165:17,20,24 166:13,13,14 166:23 167:5,8 167:11,13 168:11,24 169:1,4,9,11,15 169:19 170:2,6 170:21 171:10 171:14 172:3 172:11 174:8 174:13

**old** 104:9,16 115:22,23 116:7 119:9,23 136:22 138:24 148:11 150:23 160:11 165:7 165:10,10 166:23 169:24 171:17

**older** 106:23 159:5

**once** 22:13 42:17 53:11 63:1 73:25 94:8 110:10 113:19 129:5 129:13 158:6 169:24 174:11

**oneida** 70:9,15 71:19,22

**ones** 80:15 123:24 126:10

**open** 93:12

**opposite** 136:18

**options** 38:10

**oral** 36:6

**order** 124:19 138:24

**organizations** 82:20

**original** 49:12 90:7 102:25 114:13,14 115:3,6 116:15 117:9 119:14 138:6 166:21 171:7

**originally** 50:2 54:1 87:18 102:24

**outbuildings** 104:7

**outdoor** 25:7

**outdoors** 23:4

**outlay** 134:19

**outlet** 118:18

**outline** 143:21

**outside** 14:5 23:6 48:12 128:8

**outstanding** 92:12

**own** 8:17 62:19 71:1 134:19 137:21

**owned** 66:5 100:1 112:20

**owner** 62:16 73:9 150:4

**owner's** 120:18

**owners** 90:13 90:15

**owns** 72:18

**p**

**p** 26:25 27:6 132:11

**p.m.** 174:21

**pa** 2:19

**pad** 25:4,5,6

**paddle** 25:2

**page** 4:2,2,5,7,8 4:10,12,13,15 4:16,18,20,22 4:24 5:2,4,6,8 5:10,13,15 47:16 49:1,6 50:9 56:2,4 59:9,10,11,16 60:3 84:16 85:24 97:10,10 98:1,15 100:13 101:3,3 102:2

105:23 106:8 120:1 123:16 123:17 124:22 124:24 125:8 132:17 133:2 133:10 134:22 138:18 142:17 144:4,13,24,25 145:12 153:6 153:21 160:3 162:15,18 166:3,7,18 170:25 176:7 177:3,6,9,12,15 177:18
**pages** 176:4
**paid** 93:16 109:7 150:8,11
**pail** 110:25
**painted** 169:7
**paints** 169:5
**pair** 47:2 73:22 97:3
**paper** 2:17,17 7:2,2 62:16,17 65:2,8,14,18,21 66:1,7,14 67:10,20,23 68:3 70:8 71:25 72:10 73:16 154:24 173:15,16
**papers** 87:15 132:2 155:14
**paperwork** 149:11
**paragraph** 84:19 125:23 127:4 138:22
**parallel** 167:16
**parcels** 100:9
**pardon** 43:6
**parsiola** 2:6
**part** 6:13 8:17 11:4 18:4,10 18:12,13,18 61:21 64:18 66:16 77:21 78:8 87:11 95:2 96:22 99:16 100:1 108:3 112:23 136:21 141:1 147:9 152:17 153:1 159:4 165:2 166:24 167:2
**participate** 78:19
**particular** 18:24 63:25 131:21
**particulate** 121:24 122:6
**parties** 6:12 175:15
**party** 14:23 38:22 63:5
**pass** 12:11 147:15
**passed** 147:18 148:7
**passing** 146:13
**past** 51:19
**paths** 53:12
**patty** 51:17
**pauli** 126:10 131:24
**pay** 43:24 90:22 126:24 135:10,24 141:3 142:7 147:10 150:12 151:4,8
**payable** 134:8 142:21
**payment** 123:18 134:3 142:20 150:19
**payout** 135:4
**pb** 5:9
**people** 27:22 45:1 51:21 64:20 71:1 73:4,12 131:10 131:21,24,25 132:10 147:19 161:22
**peoples** 126:17
**pepsico** 18:13 18:20
**percent** 40:11 58:16 61:14 97:23 118:25
**performed** 120:10
**period** 164:11
**permit** 166:8
**permitted** 71:15
**person** 13:1,3 39:4 42:16,22 61:4 63:25 64:19
**personal** 134:19
**personally** 67:18 126:21
**pfas** 8:14 11:13 11:18,21 12:5 12:14 25:22,24 26:2,4,5,8,8,13 26:14,21 27:12 27:16 28:1,3,9 28:13,18 29:3 29:8 30:23 31:2,10,14,15 32:16,19 33:11 33:16,22,24 34:4,5,8 35:5 35:12,17,20 36:21,25 37:3 37:8,21 38:6 38:18,23 39:19 40:22 41:15

42:10 51:7 52:24 53:13 56:17 57:16 58:7 60:8 61:18,24 63:2 63:18 65:3 66:20 68:3,19 69:3,14,23 70:19 71:4,11 73:17 78:11 80:20 81:14,22 81:25 82:9,19 82:21,24 83:2 83:10 87:1 94:14 95:25 96:3,5,19,22 102:17 117:8 117:20 120:7 124:8 125:13 125:19 126:22 127:5 128:16 128:19 130:22 131:5,9,13 135:12 137:1 138:25 139:6 139:20,22,23 141:21 142:3 146:3 152:3 153:18,22 154:8 157:12 157:16,21 158:9,13,20 172:19,21 173:1,4,10,13 173:21,23 174:3,5
**pfna** 153:24
**pfoa** 26:25 27:3
**pfos** 27:5,10 153:25
**ph** 14:17 37:11 66:11 119:11 122:11 123:3,9 123:12
**philadelphia** 2:19
**phone** 13:2 61:4,10,17 74:5,25 131:9 150:4 151:2 159:21,22,24 164:8
**phones** 80:5
**photographs** 4:23 5:13
**photos** 159:13 159:17,23
**picked** 129:14 129:15
**picture** 106:3,8 106:10 107:12 147:23 149:4 160:9
**pictures** 80:5,7 80:8 106:18,22 106:23 107:17 109:22 160:14 164:1,9
**piece** 91:24
**pieces** 116:7
**pinhole** 122:10
**pinpoint** 84:22
**pioneer** 149:5
**pipe** 168:8
**piper** 3:3 7:3
**pipes** 115:12 123:9
**piping** 122:10
**place** 12:24 13:14 29:13 33:1 40:25 42:18 63:21 112:20 143:15 146:14 175:12
**plaintiff** 4:12 4:14 6:19 14:3 37:18 39:1,9 49:16 50:2 74:9,21 75:6 75:11,25 76:9
**plaintiffs** 1:5 2:5,9 14:10 44:7,10 50:25 53:19,25
**plan** 28:23,23 30:12 31:8 82:11,12
**planned** 107:16
**planning** 94:1
**plans** 82:17 102:20
**planted** 109:23 110:24 128:4
**plastic** 30:18
**please** 6:15 7:16 9:21 142:16
**plus** 139:17
**pocket** 133:14 141:4,25 142:7 151:4
**point** 8:5 27:18 29:16 31:5 33:10 66:21,23 67:5 114:20 115:8,9,11,12 115:23 116:9 116:19
**pointing** 77:15
**points** 131:22
**pokorny** 81:21 99:18
**police** 111:13 111:17,18,22
**polluted** 53:1
**pollution** 53:5
**pontoon** 23:4 55:15 76:16 77:1 160:5
**pontooning** 23:10 25:6
**pool** 105:14
**popcorn** 173:16

**popped** 63:19
**porter** 3:8,10 7:5,5,6
**possession** 78:10 152:1
**possibilities** 64:11
**possibility** 64:13
**possible** 40:12 44:6 58:16 64:8,9,21 124:13 155:10
**possibly** 71:12 113:22 173:23
**potential** 38:23 44:8 45:9,15 46:8 70:4
**potentially** 38:6,14 39:18 94:7
**pounded** 115:23
**practice** 61:9 61:11 64:25 71:13 79:22 88:25 128:6
**prairie** 23:17
**pre** 139:24 140:7,13 141:16,17 142:1
**premium** 156:15
**prepare** 12:18 13:15,18,23 127:15
**prepared** 12:19
**preparing** 15:9 15:12 127:10
**presence** 14:6 35:20 36:25 53:13 78:11 96:19
**present** 3:11 13:5,11 41:3 41:17 43:2,4,7 48:13 82:3 126:2
**presentation** 36:6
**presentations** 68:24
**pressure** 115:17,20 116:7 136:4
**pretty** 79:17 88:25 101:17 128:21 147:12 158:10 159:2 159:22 160:21 160:25 162:1,3 164:8 172:2
**previous** 20:11 123:24
**previously** 13:24
**price** 88:13 95:15 112:24 139:14
**prices** 91:14
**primarily** 104:18 108:13 118:15,23
**primary** 91:15
**printed** 75:24
**printing** 79:22
**printout** 84:6
**prior** 18:8,20 19:12,15,16 26:4,7 31:21 34:3 36:9 37:13 62:6 70:19 71:4,11 85:18 94:13 98:12 117:7,19 120:7 122:6 124:3 128:2 175:5
**private** 114:4,6 114:9
**privileged** 12:8 69:6
**probably** 15:2 22:18 25:13 35:10 56:24 63:22 69:12 71:7 83:10 92:2 109:13 114:23 115:1 118:25 124:10 128:4 132:2 138:3,5 140:22 140:23 142:1 158:23 161:17
**problem** 35:3 61:2 69:13 145:22 148:1
**problems** 115:16,19
**proceed** 6:17 34:20 38:3,11 131:12
**proceedings** 175:10
**process** 147:17 148:6
**produce** 62:3
**produced** 54:21 78:12 123:15,17 124:1,18 149:22 153:1 173:16
**producing** 68:9
**product** 67:14 67:15 173:20 173:21
**production** 87:11 136:3 149:14
**products** 19:18 67:19,22 68:3 173:11,13 174:1,4

**professional** 32:19
**professionals** 33:16
**program** 123:19 132:8 134:4,5 138:14 142:21
**progress** 57:16
**project** 144:22 145:5
**projects** 107:3
**promate** 122:14
**promise** 124:12
**prompted** 76:25 121:13
**properly** 148:17
**properties** 8:16
**property** 8:12 8:13 16:17,20 28:4,8,12 29:2 31:10 37:22 38:7 39:19 42:11 52:12,21 68:20 69:4,23 71:25 72:4,7 72:11,22 73:1 73:7,10 74:9 78:11,11 79:16 89:8,10 90:13 90:16,25 91:19 91:24 92:1,6 92:19 93:5,19 95:12,24 96:18 99:25 101:16 101:18 103:20 103:23 104:2,8 104:13 105:1 106:4,10,15,20 106:25 107:6 108:21 109:11 109:18 110:1 110:20,23 111:5,9,23 114:3,7,10,12 114:15 116:13 117:8,16 124:9 128:3 136:16 145:8 153:3 156:4,9,24 157:12,16 159:3 164:1 165:3 167:17 168:18,19,22 169:2 171:7,8
**provide** 30:8 61:23 78:15,22 80:13
**provided** 11:6 13:24 30:5 80:11 114:3,3 114:9 116:14 134:2,5,9
**provider** 135:19
**providing** 79:7
**public** 80:19 176:22
**publication** 83:24
**published** 84:9 86:10,19
**pulled** 115:22 160:4
**pump** 115:15
**pumped** 113:19 113:23
**purchase** 89:24 91:4 92:16 128:24 165:2
**purchased** 88:10 89:20,23 92:6 96:18 104:13 105:1 106:5,11,12 112:12 114:10 116:13,25 171:7
**purchasing** 91:12 173:20 174:2
**purified** 30:14
**pursuant** 2:1
**put** 40:10,13 78:25 80:24 84:23 105:18 110:25 112:24 113:2 120:19 141:19,19 147:14 148:4 155:3,3 158:5 166:15
**putting** 121:7 137:14

**q**

**quality** 123:4
**question** 9:8,11 9:19,20,20,23 9:24 10:10 12:16 27:8 34:2 35:25 41:10 46:5 59:19 76:23 106:2 123:14
**questions** 50:24 51:5 62:10 74:4 75:11,14 88:6 116:21 136:14 156:2 164:25 170:8 170:15,15 174:9,13
**quick** 11:1 123:14 142:16 164:14 170:14
**quickly** 164:8
**quitclaim** 99:17 100:7
**quite** 51:1,15 53:6 55:19 141:18 156:12 160:11

**quote** 85:4
**quotes** 149:7

**r**

**r** 81:18 132:11 175:1
**radio** 86:12
**raft** 25:3
**raid** 110:5
**ramifications** 70:22
**ran** 121:11 129:14
**ranch** 103:2
**reached** 33:9 131:11
**read** 27:14,20 47:19 48:1 86:9 176:4
**reading** 26:20 173:7
**reads** 56:15 60:6
**ready** 14:24 106:22
**real** 11:1 96:23 159:1
**realize** 51:1
**really** 9:15 40:4 41:18,24 43:15 47:1 68:1,11 69:24 82:18 87:16 93:13 97:24 107:6 110:18 122:21 128:8 150:1,2 154:20 162:17 164:3
**realtor** 32:15 36:24 91:2,13 94:4,8,18 172:16
**reason** 87:2 91:15 120:17 177:5,8,11,14 177:17,20
**reasons** 91:17 91:18 158:4 159:3
**recall** 16:9 23:1 26:7 27:19 29:23 30:11 32:25 39:7,11 40:24 41:18,24 41:25 48:5 50:18,21 52:23 53:17 54:7 55:12 56:22,25 57:3,6 58:4,10 58:14 60:11,16 60:18 63:20,24 64:15 71:9 73:6 75:20 82:16 83:20,24 85:23 86:25 87:13 89:18 90:1,6 92:23 92:25 93:1,9 94:18 97:20 100:24 111:23 112:1,16 136:6 137:3,5 142:9 143:14 153:15 154:6
**receive** 44:9 60:6 131:12 143:8
**received** 35:19 35:22 38:21 48:6 56:18 79:11 80:10 87:18,22 125:19 127:8 138:19 143:6 144:16 151:12 152:6 166:11
**receiving** 36:9 56:22 60:11,16 86:25 87:13 127:12 128:9 128:10,19 129:6 130:1,7 142:25
**recent** 83:9 170:16
**recently** 83:6 83:13 172:5
**receptionist** 22:8
**recess** 44:17 59:23 96:12 164:20
**recognize** 74:1
**recognizing** 52:16
**recollect** 29:20
**recollection** 27:4,11 39:3 39:13 58:24 64:22 65:20 82:8,11 83:15 85:7,20 87:17 109:6
**recommend** 36:2 122:14
**recommendat...** 120:2 122:3
**recommendat...** 121:19 122:13
**recommended** 121:21 127:9
**record** 6:3,16 7:17 9:16 16:6 44:15,19 57:14 59:21,25 60:2 76:22 96:10,14 96:16 114:2 161:7 162:14 164:18,22 167:14 168:6 174:18,19
**recorded** 6:6 9:5
**records** 152:18 152:19

**redid** 118:19
**redo** 108:3,6
**redundant** 105:16
**refer** 15:3 75:5
**references** 125:23
**referring** 62:17 67:15 110:16 119:23 129:18
**refi** 100:25 101:1
**refinance** 93:2 93:21 97:21,22
**refinanced** 92:19
**refinances** 92:24
**refinancing** 93:4
**refrain** 174:2
**refrained** 173:19
**refresh** 58:23 85:7
**refrigerator** 32:3,5
**regarding** 11:18 32:24 35:20 40:2 56:16 57:16 72:25
**regards** 87:3 87:3,14,16,16 88:9 90:8 107:4 119:11 131:7 136:7 150:3,5 156:13 169:14,23
**registration** 77:1
**regular** 128:6
**regularly** 32:8 110:9
**regulated** 71:14
**related** 28:1 39:18 40:22 41:14 56:23 60:8 78:10,16 78:22 79:5,12 79:16 80:20 81:14 82:9 95:25 112:4 116:14 125:19 133:15 145:8 149:8,15 150:22 152:19 153:2 155:24
**relation** 11:22 14:22 15:24 37:21 72:21 93:19 171:6,8 171:16
**relative** 175:14 175:16
**relicensed** 76:21
**remarks** 122:24
**remember** 9:13 16:12 32:23 40:6,9 85:14
**remodeling** 93:12 122:20
**remote** 6:14
**removed** 139:1 148:10 154:8
**renovating** 106:24
**renovation** 94:22,25 98:12 101:15 106:19 106:23
**renovations** 108:4 109:4 169:5
**rent** 89:12 90:22
**rephrase** 172:23
**replace** 105:2 109:1 133:7 141:25 142:3,7
**replaced** 112:22 113:7 117:3 154:16 165:2
**replacement** 133:12 134:10
**replacing** 132:22 147:16
**report** 4:19,21 5:11 97:14,25 99:16 100:20 124:4 136:2,3 152:22
**reporter** 1:16 2:2,2 6:17,22 83:4,11,14,20 84:11 175:3,4
**reporters** 83:1
**represent** 11:5 38:15 42:1 43:25 53:21
**representative** 45:5,9,16,20,24 46:4,8,17
**representatives** 64:17 81:2
**represented** 42:4 58:25
**representing** 7:14 39:18 42:21 58:21 170:12
**request** 123:18 153:2
**requested** 152:18
**requesting** 60:7
**requirement** 96:22

Case: 3:23-cv-00546-wmc Document #: 236 Filed: 08/25/26 Page 213 of 227



**research** 70:3
**reserved** 174:23
**residence** 89:16 104:21 125:14 125:24
**residents** 41:19 43:1 53:9 71:10
**resources** 15:4
**respect** 47:24
**respond** 9:9 57:5
**responded** 57:3
**response** 57:6 58:6
**responsibilities** 19:5,7
**responsibility** 45:17
**responsible** 63:5,9,15 64:1 64:6
**rest** 23:9 51:20
**results** 4:25 30:3,4,7 31:19 33:9 39:14 73:15 120:2 121:19 122:25 123:23 125:14 125:19 126:25 131:4,6 137:3 137:11 144:15 145:8 146:16 147:2,10 151:13 152:1 152:19 153:13 153:21 154:2,4 154:7,19 155:1 155:12
**resumed** 131:2
**retain** 44:5
**retained** 43:21
**retire** 18:3 20:25 21:5
**retired** 18:1,4 21:2 66:16
**retirement** 18:6 18:9,12
**review** 13:18
**reviewed** 13:23 50:18,21
**rhinelander** 2:3 3:6 7:23 15:25 16:1 17:12 18:14 19:25 21:24 22:10 23:24 24:12 25:11 62:17 66:7 67:19,23 70:8 70:14 71:25 72:10 73:16 88:7 91:8,16 92:5,10 93:24 131:24 133:4,6 134:14 135:3 136:22 156:23 168:19,22
**rich** 81:19,21
**right** 10:24 18:11 49:14,23 50:7 54:15 85:1,5 101:13 105:16,19 112:15 117:2,4 120:11,22,23 121:2,3 132:13 133:21 134:25 138:20 141:11 144:3,23,23 147:25 150:3 150:11,13,19 153:5 158:11 165:3 166:9 167:6,10,11 171:19 172:10 174:15
**ring** 86:24
**road** 8:12 20:4 72:19 90:13 91:1 135:22 144:23 167:16 167:18
**roberts** 168:15
**robin** 8:4 14:2 49:3 56:16 137:20
**rocks** 109:22
**role** 45:20,21
**roof** 103:6
**room** 108:1 140:24
**rooms** 98:7 101:12 107:24
**rototiller** 104:17
**rougeau** 1:2 6:7 53:23,23 74:8
**roughly** 21:19 22:13 24:15 45:25 95:19 115:5 129:9 130:18
**round** 149:9,16
**rounds** 147:4,6
**rows** 102:4
**rpr** 1:16 175:21
**rules** 9:3
**run** 174:6
**running** 167:16

**s**

**s** 27:6
**s'mores** 25:8
**safe** 130:24
**sale** 55:16 95:24 96:4,6
**sales** 95:21 98:20 99:3 102:5
**salt** 141:12,13 142:2
**sam** 69:21 137:13,13

138:7 146:10 146:24 147:12 147:20
**sam's** 148:3
**sample** 29:22 125:14,24 126:5,8,18 145:11,16,24 151:19,24 153:4,13
**sampled** 143:11 153:15
**samples** 126:2 126:19,22 144:16 146:2 168:14
**sampling** 126:25 143:15
**sand** 110:14,15
**sandra** 138:11
**sandra.flesher** 138:8
**sandy** 110:21
**sanitary** 166:8
**saturation** 123:3
**save** 79:4
**saw** 55:9,16 91:19,19 136:2 149:4
**saying** 85:14 117:24 154:25
**says** 47:16 50:14 54:17 57:14 84:21 98:6 100:19 101:19 120:23 121:19 122:13 123:2 132:24 134:1,8 138:23 144:15 153:4 166:18 167:25
**schedule** 11:7
**schedules** 164:12
**scholer** 3:8 7:6
**school** 17:16,18 17:20,21 18:23 18:24,25 19:3 19:8,8 24:10 81:8
**schools** 19:1
**scope** 63:17
**score** 12:5
**screenshot** 56:5
**seal** 136:4,8,8
**sealant** 169:9
**sealed** 136:22
**search** 78:14
**searching** 79:15
**second** 50:4 56:10 61:22 89:21 105:25 123:2 127:4 146:24 147:18 149:8,16 150:7 150:18 151:4 154:12
**secondary** 137:15
**secretary** 74:6 74:16,25 75:2
**secretary's** 75:9
**secrets** 148:2
**section** 122:24 122:25 153:19
**sediment** 121:21
**see** 14:16 27:22 31:11 38:18 47:11,15 48:4 49:5,10 50:10 50:16 52:10 53:11 56:8,14 56:20 57:8,9,9 57:19 59:13 60:9 74:10,22 78:25 83:16 84:6 85:2 91:21 94:9 97:11 98:9,16 100:16,22 102:7 105:19 107:11 109:22 120:5,18,23 121:19,25 122:15,24 123:6,20 125:16,25 133:24 134:4,6 134:11 138:9 139:2 142:22 144:18 145:14 147:25 149:13 152:22 153:4 153:21 154:10 155:6 160:10 161:23 166:10 170:13
**seeding** 111:4
**seeing** 55:11 87:14,16,25 90:6 106:1 125:1 169:14
**seeking** 27:25 46:25
**seems** 126:13 150:6 154:11 154:16
**seen** 11:1,3 47:13,14 65:17 68:12 70:20 73:2,4,15 77:4 87:2 155:5 159:17
**seepage** 28:21
**seeps** 26:15
**selected** 85:11
**self** 113:21
**sell** 94:1 95:18 172:16
**seller** 113:2,4
**selling** 93:23 94:7 112:23,24

**semester** 17:22
**send** 147:24 150:16 151:19 155:4
**sends** 113:15
**senese** 2:15 4:2 6:20,20 7:11 7:13 10:23 12:3,7,12 29:6 29:7 39:24,25 41:8 44:20 47:7 54:14 59:20 60:1 62:3,8,9 69:8 72:13 73:21 77:11,17,20,23 78:2 84:5 87:5 96:8,15 97:7 105:21 119:18 124:15 132:16 137:17 142:14 152:16 159:8 159:11,12 162:21 164:16 164:23 166:2 170:6,20 174:10,12,15 174:18
**sense** 9:16 109:9
**sent** 57:22 87:10 120:2 147:7 150:18 150:23 151:24 154:21
**sentence** 87:21 123:2
**separate** 93:4
**septage** 71:21 72:6
**september** 5:5 56:13 57:4 58:17 59:5,7 79:1 120:3 121:2 132:18
**septic** 112:8,11 112:21,24 113:2,5,7,10,13 113:23 164:25 165:5,7,12 170:18 171:2,3 171:5,21,24
**series** 124:11
**serviced** 113:18
**services** 134:10
**set** 11:9 30:12 41:11 88:4 172:3 175:12
**settlement** 44:6
**setup** 5:9 115:22 147:24
**several** 19:1,16 23:4 26:22 55:24 58:7 62:19
**sewage** 84:25 86:3,6
**shake** 9:15
**share** 53:3 148:1
**shared** 20:20
**sheet** 4:12,14 74:9,21 75:15 77:10,22 78:6 154:4 177:1
**sheets** 75:6,11 76:1,4,9
**shipping** 19:20
**shop** 129:13,17 129:17
**short** 12:22 16:21 44:13 51:5 96:8,9
**shorthand** 2:2 175:3
**shortly** 30:23 50:22
**shower** 158:22
**showing** 73:16 152:1
**shown** 176:7
**sic** 100:14
**side** 136:18,19 136:20 140:16 140:16 141:11 153:5 168:4
**sidewalks** 109:23
**siding** 103:4,5
**sign** 42:3 134:17,18
**signature** 174:23 175:20 177:22
**signed** 29:21 42:7 56:16,18 58:24 76:4,8 150:20
**similar** 50:9 138:24 158:10
**similarly** 1:3 100:19
**single** 48:1 109:13
**sink** 145:24
**sir** 174:16
**sit** 158:2
**sitting** 13:11 49:21 109:15 161:4
**situated** 1:4
**six** 24:5,15 39:15 53:22 55:5,21 64:17 102:4 118:14
**size** 103:16 118:3
**sized** 91:23
**skiing** 92:10,10
**skinny** 102:10
**skip** 6:13
**slide** 25:5
**slight** 135:3
**slips** 109:12

**sludge** 46:24 64:23,25 65:2 65:8,14 68:22 69:3 71:11
**small** 104:1,11 110:25 162:17
**smarter** 155:19
**smooth** 9:4
**snowden** 28:16 28:19,20,25 35:5,12,15,16 35:20,24 36:10 36:12,16,19,22 36:25 37:3 52:1,21 53:5 53:10,13 67:2 95:6,21,24 103:20 157:20 159:13 168:3
**social** 52:14 53:5 73:3 80:3
**socialize** 53:9
**socially** 51:16 52:9,10,19,20
**softened** 122:13
**softener** 119:13 121:7 122:14 122:18 139:5 140:22 141:14
**soil** 28:8 110:19 110:21
**sold** 63:1 94:4 95:6,13 99:24 172:5
**solution** 69:15 70:1 151:17
**solutions** 3:7,7 58:9 62:13 120:24 121:2
**solve** 61:1 69:13
**solvents** 169:6 169:8
**somebody** 135:21 155:19 156:9
**somewhat** 48:15
**son** 21:8 23:13 160:6 162:7 163:24
**sorry** 15:1 59:10 74:12 89:21 98:23,25 101:6 121:23 125:4 128:17 143:4 144:8,20 165:13 166:24 172:23
**sort** 51:5,9 101:6 103:22 167:15
**sounds** 49:14 121:3 135:2
**source** 16:16,25 17:6 65:12,14 65:19 68:19 69:3,23,25 70:4 114:6
**sources** 64:8,10 64:21 69:2 84:22
**south** 16:1,11 16:17,20,23
**southeast** 72:23
**space** 98:8 101:13
**spare** 165:23
**speak** 32:21 53:14 69:19 81:5 131:5 137:10
**speaking** 37:10 53:18 54:7 64:15,20,21
**specialty** 3:7,7 62:12
**specific** 12:15 27:10 67:19 75:20
**specifically** 22:6 27:19 28:6 33:6 34:18 60:17 65:2,7,7 72:21 91:7 114:12 153:17
**specifics** 82:16
**speculate** 45:6 52:5 168:2
**speculating** 41:1 63:23
**spelled** 53:24
**spend** 88:20 122:21
**spent** 88:21 92:8,9 109:10
**spoiled** 15:1
**spoke** 64:18 85:8 137:12,12
**spoken** 14:6,9 15:13 32:15,18 33:15 36:24 54:5 84:12 85:18 86:18
**sports** 25:1 158:25
**spray** 110:4,13 111:13,16,22
**spread** 64:23 71:2
**spreading** 46:23 63:6 64:25 68:21 69:3
**spring** 28:22 37:7 83:17,18 86:21
**sprung** 122:10
**square** 98:8 101:13,17 104:5,6 166:25
**squared** 151:10

**stages** 106:19
**stahl** 2:22 170:12
**stamp** 105:24 166:11
**standard** 19:9
**standards** 69:16
**standing** 140:15
**starks** 34:13
**start** 40:1 47:4 106:23,24 124:21 128:10 128:13 160:2 170:16
**started** 21:3 29:15,15,16,16 67:13 107:2 124:3 128:19 129:7
**starting** 171:6
**state** 1:1 5:11 6:15 7:16 127:5,5 146:3 152:23
**statement** 85:23 86:1
**states** 6:8
**stating** 76:4
**stay** 14:24 89:9 136:13
**staying** 117:16
**steel** 103:5
**steered** 91:13
**stella** 4:11,17 4:19,21,23 5:3 5:5,7,9,14,16 26:5,8 33:25 34:4,8 41:20 43:1 51:7 54:17 63:6,12 63:14 64:7 81:11,16 83:2 87:7 102:17 105:24 173:2
**stenographic...** 175:11
**step** 38:11 137:8 146:6,8 147:17
**steps** 123:11 137:11 162:2
**steve** 14:16
**stick** 67:16 173:17
**sticker** 50:6 74:8,20
**stolt** 4:17 86:23 87:1,21,23 88:2
**stop** 8:9 16:14 31:19 84:23 127:13,15 130:10
**stops** 149:14
**storage** 104:18
**stored** 80:6
**storm** 156:25 157:2
**story** 86:12
**straight** 31:24 32:2
**strawn** 2:13
**street** 2:3,18,22 3:3
**strike** 29:12 36:3 38:12 40:16 45:13 48:11 53:7 61:21 128:1,17 143:4
**structures** 104:21
**stuff** 22:25 84:25 147:21 148:4 150:1 152:10 155:4 158:1,25
**style** 103:1
**subject** 62:5 125:13 176:6
**subscribed** 176:17
**subsequent** 96:18
**substance** 28:12 42:13 43:10
**substantial** 101:17
**successful** 157:14
**sufficient** 130:1
**suing** 63:4
**suite** 2:6,10,22
**suites** 2:2
**sumich** 2:6
**summary** 134:5 134:23
**summer** 24:18 25:11 36:17 160:19 163:24 164:12
**summers** 160:20 161:15
**summertime** 89:6
**supplemental** 4:14 74:20 77:9
**supplier** 19:17 68:15
**supplies** 67:10
**supply** 134:10
**supposed** 140:11 145:19 147:11
**sure** 9:9 10:9 39:24 44:14 46:6 48:1,7,10 51:13 57:5 59:20 62:5

68:11 71:12 76:14 77:5 86:17 96:24 97:23 102:1 105:25 107:10 111:13,24 117:23 126:16 129:2 133:20 139:13,22 145:21 146:19 148:8 149:12 154:15 158:22 160:1 161:20 163:5,11,15,16 164:2 165:9,11 168:1 170:13
**surface** 173:18
**surprised** 152:5 155:14
**surveyed** 100:1
**swapped** 100:8
**swear** 6:17
**swim** 25:16 158:24
**swimming** 105:14
**switch** 88:5
**switched** 139:23
**switching** 25:20 172:18
**sworn** 7:9 175:6 176:17
**system** 5:9 113:13 130:17 130:20 137:15 139:20,22,25 140:18 145:18 148:11,16 150:8,13 151:4 152:2 157:15 164:25 165:7 165:10,12 170:18 171:2
**systems** 139:10 139:11 140:5 142:10 145:20 154:9

**t**

**t** 175:1,1
**table** 155:3
**take** 9:15 10:3 10:9,11,25 12:23 21:23 42:18 44:13 59:18 73:25 89:24 96:8 123:11 124:17 124:19 127:10 140:11 141:18 147:21,23 148:3 158:4,5 164:14,17 173:24
**taken** 2:1 44:17 59:23 93:5 96:12 145:11 159:13 160:15 160:18 164:20 175:11
**talk** 15:10 23:13 30:22 31:1,9,13 57:17 73:4 124:7
**talked** 31:11 33:13 58:7 66:17,20 67:3 70:17,23 83:1 83:4,21 84:14 84:15 94:6 137:13 150:4 157:19
**talking** 12:14 15:8 28:15 67:16 69:17 70:11 73:12 77:9,10 80:18 96:17 117:6 118:2 120:20 121:8 123:8 136:7 147:13 153:24 165:1 166:20
**tank** 112:8,11 112:21 113:3,7 113:10 116:7 165:15,17 166:23 167:2,5 171:2,3,5,16,18 171:21,25
**tanks** 142:12
**tap** 31:19,22,25 32:2 117:13 118:16 119:1,2 130:21 145:14 145:17,25
**tara** 21:12,13 21:14,20 22:1 22:7,8,9,22
**taste** 119:3,6
**taylor** 2:6
**teacher** 24:9
**teflon** 173:24
**tell** 33:11 34:18 51:8 69:22 110:6 131:15 144:7 147:1
**term** 115:9
**terms** 15:3
**test** 11:25 29:10 30:3,4 31:18 73:15 116:18 119:10 121:9 122:6 123:23 125:19 126:25 146:13 151:12 152:1 152:19 154:7 154:19
**tested** 28:9,13 29:3,13,14,19 31:12 121:5 126:9,22

130:11 137:1 138:23 146:12 146:25 148:7
**testified** 7:9 8:25 41:13 77:6,7,19
**testify** 10:14,18 175:7
**testimony** 64:5 176:4
**testing** 4:25 27:1,2,7,9 29:16 82:12 119:22 120:6 121:1 124:3,5 130:19 137:4 146:20 147:5,6 151:16 153:19
**tests** 27:22 146:14,17 154:11
**text** 4:10 59:11 59:16 60:4 61:4,6,10,23 80:1
**thank** 12:17 163:21 170:21 174:15
**thanks** 18:7 20:10 57:18 174:17
**theirs** 148:4
**thing** 9:12 10:2 10:9 31:12 61:8 86:17 106:1 107:9 110:8 125:2 131:17 135:17
**things** 9:4 19:22 25:4 67:10 78:3 92:3 95:3 104:17 111:9 152:12 154:15
**think** 10:17 12:10 14:12,16 19:24 20:14 27:17 35:4 40:12 49:2 51:4,18 61:14 70:20 71:2 79:10 80:15 81:7 83:3 85:15 86:1,11 86:15,20 87:2 93:17 94:2 95:9 111:17 112:6,19 116:7 117:11 120:22 122:17 123:25 125:4 126:14 126:16 129:1,5 129:7,14 130:13,16,17 132:12 142:16 143:19,24 146:16,18 147:4,7,15 149:24,24 152:4,6 155:1 155:2,13 156:11 158:18 159:22 160:6 161:2,11 162:8 164:10 165:1 167:24 168:8 168:11 169:12 169:23 170:18 170:20 172:1 174:12
**thinking** 97:22 162:20 174:4
**thinks** 61:7
**third** 4:7 38:22 47:9 153:5 154:1
**thoresen** 4:15 84:7 85:8,15 85:19 86:19
**thought** 37:20 65:11 83:22 146:10 149:4
**three** 13:6,10 22:4 24:4 25:12,13 36:17 39:14 55:3 88:22 89:5 91:24 95:19 113:15 126:10 142:2 160:20 161:1,9,14,15 161:24 162:8 162:10,20,23 162:25 163:2,3 163:4,6,7,8,9 163:10,13,17 163:18,19,20 169:24
**threw** 111:1
**thrown** 79:13
**tiede** 55:9,11 55:14
**ties** 55:10
**time** 6:5,15 8:5 9:18,18 12:10 13:16 16:21 18:4,10,10,12 18:13,18 19:25 20:21 21:20 22:14 23:2,20 31:12 32:6 34:12 37:20 39:22 40:1,4 40:22 41:14 42:21,25 49:16 53:14 63:17 64:25 66:4,14 68:11 76:8 79:3 83:9 88:19 89:3,16 92:8 94:19 98:3 109:7 110:8 114:10 121:5 122:18 124:9 125:19 126:6,13,14

131:1 132:24 140:4 142:25 146:9,24,25 147:8,18 150:18 153:16 154:12,20 165:6,18 173:8 174:16 175:11
**times** 23:4 24:15 36:17 42:14 58:7 92:21 113:23 126:10,12 131:19 142:2 150:4 168:13
**timothy** 53:24
**title** 47:9 50:8
**today** 6:4 7:14 9:4 10:15,18 10:21 11:7,11 12:18 13:11,19 14:7,11,15 15:2 25:21 26:13,14 49:21 76:13 109:15 116:25 158:12 163:23 167:5 169:16 174:16
**today's** 6:5
**together** 20:18 55:10 78:25 86:16 140:16 164:11
**told** 30:10 31:15 33:20 64:6 119:8,10 122:17 146:7 147:20,23,25 150:9,11,16 165:1
**took** 13:14 33:1 40:25 63:21 95:17 109:6,7 126:8 127:16 143:15 146:14 150:10 163:25 163:25
**top** 11:3 47:16 50:14 56:4 106:3 107:22 135:22 142:12 152:24
**topic** 71:8 172:18
**total** 109:9 132:24 133:11 156:19
**towards** 101:6 102:9
**town** 26:3,20 34:13,16,17 35:13,14 36:5 40:20,22 41:14 41:17 42:23 63:10,12,14,18 63:20 81:7,11 81:16,23,25 82:4,9 84:13 131:8
**township** 26:3 34:19,22 46:24
**track** 52:7
**trade** 148:2
**traded** 100:3
**transaction** 96:23 99:22,24
**transcribing** 9:6
**transcript** 9:11 9:12 175:10 176:6
**transform** 155:2
**trap** 121:23,23
**treat** 119:14 138:25 140:7
**treatment** 71:18 72:3 139:24 140:13 145:14,18
**tree** 167:21
**trees** 109:24 157:3
**trenched** 135:17
**tried** 69:13
**true** 76:5,10,13 175:10 176:5
**truth** 110:7 175:7,7,8
**truthful** 122:19
**truthfully** 10:15,18 49:20
**try** 9:7 10:2 41:11 51:4 80:17 124:9,12 160:13
**trying** 14:16 61:3 65:6 69:15 78:25 98:22 130:13 130:17 131:7 136:9 156:11 167:13 174:6
**tube** 160:4,4
**tubing** 23:7
**tumbler** 118:3
**turn** 50:4 56:2 97:10,25 100:11 101:2 142:16
**turned** 83:6,14 90:10
**turning** 127:2
**turns** 62:4
**twenty** 63:23
**twice** 92:22 110:10 113:20 129:15
**two** 8:8 13:9 16:1 20:20 21:8 32:1 36:17 51:19 55:3 74:1,4

75:5,24 77:18 81:15 86:16 89:5 98:7 101:12 113:22 126:9 131:24 139:9 140:5 141:4 147:4,6 161:6,13,21 167:15 168:7
**tx** 2:11
**tyler** 55:9,11,14 55:19
**type** 68:2
**types** 22:21 153:22
**typically** 10:2 43:11

**u**

**uh** 50:17 51:2 54:18 56:6,12 57:13 61:20 80:21 81:12 84:10,18 87:9 87:12,24 89:7 89:22 95:11 98:5 100:15 107:20 113:17 120:4 123:21 136:11 141:21 145:6 152:20 153:20 167:1
**ultimately** 133:7 141:3
151:3
**under** 8:25 86:16 121:18 122:24 125:23 142:20
**understand** 9:20 15:5 44:21 45:8 58:2 63:8 65:6 75:6 78:9 80:17 88:24 96:4 117:23 132:20 145:7 151:22 160:14
**understanding** 26:12,14,19 27:3 28:18,20 28:22 44:2,5 44:24 45:4,14 45:19 46:2,6 46:20,22 57:25 63:3 65:24 66:2,4 67:7,12 68:6,13 87:20 97:17 133:21 136:8,15 138:2 139:16 140:4 141:13 148:9
**understood** 9:24 14:20 61:3 96:7 97:2 122:23 162:11
**unfinished** 141:1
**united** 1:1 6:8
**university** 17:22
**update** 76:25
**updated** 152:10
**upkeep** 141:11
**upstairs** 103:14
**us.dlapiper.c...** 3:5
**use** 15:3,5 116:24,25 127:18,25 137:24 169:5 173:22
**used** 31:16 32:11 67:17,19 67:23,24 68:3 88:17 93:11 127:9 147:19 151:8 157:25 158:19 159:3 169:12,13 172:15 173:9 173:10,14
**using** 32:10,13 67:25 88:18 104:15 118:9 127:15 128:2 129:9 138:3 157:15,20 158:8 173:20 174:2
**usually** 22:20 24:16 53:11
61:6 85:21 110:10
**utility** 140:24

**v**

**v** 1:6
**vacation** 88:23
**vaguely** 92:7
**value** 94:10 98:20 99:3 102:5
**valued** 94:18
**various** 106:18
**vegetable** 169:1
**vents** 168:9
**verbal** 9:13,14 34:24
**verification** 76:4
**verify** 77:12
**versions** 79:20
**versus** 6:7 94:3
**video** 1:12 6:6 170:12
**videoconfere...** 2:20,24 3:5,10
**videographer** 3:11 6:2,4 44:15,18 59:21 59:24 96:10,13 164:18,21 174:19
**view** 106:14

**visit** 22:9 24:11 24:18,20 25:10 163:24
**visited** 22:14 23:2 24:24
**visits** 22:12
**voice** 45:21

**w**

**wacker** 2:14
**wade** 158:6
**waited** 147:14
**walk** 101:20,23 107:7,11 164:15
**walked** 85:13
**walkthrough** 94:8,11
**wall** 141:17 171:14
**want** 37:17 43:9 50:24 68:17 77:16 80:17 95:16 101:4 117:23 124:7 128:22 130:12 133:20 148:8 155:11 159:11 164:5 170:7,16
**wanted** 8:22 14:24 94:9 97:24 99:12 124:1 137:21 142:18 145:10 160:13
**wants** 170:7
**warehouse** 19:20
**warning** 36:4 127:8
**warnings** 35:19 35:22,23 36:9
**wash** 127:23
**washington** 3:4 3:9 16:11,17 16:20
**wastewater** 71:18 72:3
**water** 4:25 16:16,25 17:1 17:6 25:1,1 28:7,12,14,22 28:25 29:1,9 30:10,12,13,14 30:14,23 31:2 31:16,19,22 32:11,14,16,19 33:17 35:18,24 36:1,10,19 46:23 61:8 68:22 69:16,17 69:20 71:5 82:15 91:21 114:3,7 115:11 115:17,20,21 116:18 117:8 117:12,15,18 117:21 118:5,9 118:15,18,21 118:23 119:3,9 119:13,14 120:7,15,24 121:2,7,9 122:14,14,18 123:3 125:14 125:23 127:9 127:10,13,16 127:18 128:2,3 128:10,12,19 128:24,25 129:4,15,22 130:1,8,10,21 131:2 134:10 136:9 137:14 138:7,12,19 139:5 140:7 141:14 143:6 143:11 145:20 148:7,10,11,16 148:19 149:7 149:19 151:16 151:17 152:3 154:8,9 157:15 158:3,4,25
**watered** 128:4
**watering** 35:25 36:18 128:7
**waters** 173:8
**wau020006812** 5:12
**wausau** 2:17,17 7:2,2 65:21,24 65:25
**wausau's** 66:3
**way** 13:21 31:25 123:15 124:1 131:19 135:22 136:14 148:6 153:5 157:20 160:17
**ways** 32:1 91:9 102:8 158:19
**wdnr** 15:3 65:18 68:25 80:10,22,25 125:11 128:10 133:17,23 142:19 143:9 152:18 153:1 155:2 168:14
**we've** 44:12 80:18
**wearing** 126:18
**weather** 23:5
**week** 18:19 42:15 53:11 87:15 88:23 128:22
**weekends** 88:21,22,25 92:9
**weeks** 88:23 89:5 147:15 169:24

**wells** 29:15,16 33:25 34:4,7
**went** 17:22 23:4 41:2 60:2 64:16 67:25 96:4,16 109:8 129:13 134:13 150:14 151:8
**west** 2:14
**western** 1:1 6:9
**when's** 23:20
**whichever** 150:10
**white** 102:10
**wi** 2:23
**widespread** 35:3
**wife** 8:2 14:2 31:7 75:18 83:3,21 84:12 84:14 85:21 117:21,25 157:25 161:11
**wife's** 8:3 25:12
**william** 29:24 126:10,12,13 126:15 131:25 168:15
**win** 44:10
**windows** 109:1 109:2,3
**winston** 2:13
**winston.com** 2:16
**wire** 135:19,19 135:21
**wisconsin** 1:1 2:3 5:11 6:9 7:24 15:4,23 17:5,17,23 21:16 152:23
**wisconsin.gov.** 138:8
**wise** 83:16
**witness** 6:17 7:8 174:17 176:3
**wmc** 1:6 6:10
**wo** 171:12
**woman** 86:23
**wonder** 146:24
**wondering** 56:17
**wood** 103:5
**word** 39:2 165:10
**work** 66:18 75:9 94:23,25 98:12 101:24 105:7 106:19 107:4,7,14 108:14 112:25 113:24 136:21 152:17 165:8,8 165:9 169:24
**worked** 18:22 19:8 41:24 55:14 66:7,9 66:14,15,15 107:12,16 164:12
**workers** 169:19
**working** 18:8 18:17,18,19 19:15 77:25 121:6 148:16 150:13 169:4
**works** 66:6
**worried** 70:1
**worth** 94:3
**wrap** 156:2
**wrappers** 173:17
**writing** 42:9
**written** 34:23 65:17 132:2 142:11 150:5
**wrong** 61:8 74:12 125:2
**wrote** 116:6,8
**wxpr** 84:6 86:12

**y**

**yard** 110:17
**yeah** 14:1 25:5 30:19 34:3 49:7 52:10 55:5 57:11 62:5 69:18 78:5 83:19 96:7 98:18 99:6,7 100:10 101:10,11 102:1 104:19 107:5 110:14 111:19,21 116:21 118:4 119:21,25 120:25,25 124:2 126:20 130:16,18 138:10,10 140:20 144:5 144:11 149:13 149:24 152:11 152:25 154:1 154:14 155:11 155:13 156:21 158:10 160:16 160:16 161:2 161:15,17 162:15,16 164:5,16 166:5
**year** 8:11 20:19 24:15 51:18,19 60:12 88:19,21 99:5,5 110:11 111:1,13,24,25 112:19,20 130:18 141:12 141:22 156:16 156:25 166:10
**years** 8:8 19:3 20:8 21:19 51:16 55:21,21

55:24 70:17,24 90:20 92:25 95:2 104:11 109:7 113:10 113:15 118:17 158:1 161:1,6 161:9,12,14,24 162:8,20,23,25 163:2,3,4,6,7,8 163:9,14,17 169:24
**yep** 25:9 102:12
**yesterday** 12:25 13:14 42:19
**young** 160:22 160:25 162:3 162:12,14,18 162:19
**younger** 24:25

**z**

**zettler** 120:20
**zoom** 6:22 170:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.