# EXHIBIT 1

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 3:23-cv-546-WMC |
| 3M COMPANY, et al., | ) | |
| Defendants. | ) | |

Video Deposition of Guy Hansen

October 29, 2025

Reporter: Jude Arndt, CSR, CCR, RPR
CCR NO. 084-004847
CSR NO. 1450

Job No. 7649147

Deposition of Guy Hansen, taken pursuant to Notice of Taking Deposition, before Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, at Holiday Inn Express & Suites, 1958 Navajo Street, Rhinelander, Wisconsin, on October 29, 2025.

APPEARANCES OF COUNSEL

On Behalf of Plaintiffs:
Cossich Sumich Parsiola & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
504-394-9000
BY: ANDREW CVITANOVIC
LOUISA CARO (via videoconference)

On Behalf of Plaintiffs:
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
By: BRETT LAND (via videoconference)
CELESTE EVANGALISTI (via videoconference)

On behalf of Defendants Wausau Paper Corp. and Wausau Paper Mills, LLC:
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
By: MARINA SCHWARZ
marina.schwarz@dechert.com

On behalf of Defendants Wausau Paper Corp. and Wausau Paper Mills, LLC:
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
By: MICHAEL A. FAZIO
michael.fazio@dechert.com



APPEARANCES OF COUNSEL
(continued)

On Behalf of Defendant 3M Company:
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5600
By: KARALENA M. SENESE (via videoconference)
ksenese@winston.com

On Behalf of Defendant BASF Corporation:
Eimer Stahl LLP
10 East Doty Street, Suite 621
Madison, WI 53703
608-620-8345
By: AMY MILLER (via videoconference)
amiller@eimerstahl.com

On Behalf of Defendant BASF Corporation:
DLA Piper LLP
500 Eighth Street NW
Washington, D.C. 20004
301-651-1542
By: ANNA EOVIERO (via videoconference)
daniel.larkins@us.dlapiper.com

On Behalf of Defendant Ahlstrom Rhinelander LLC, Ahlstrom NA Specialty Solutions LLC, and Ahlstrom NA Specialty Solutions Holdings, Inc.:
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington DC 20001
202-942-6629
By: KRISTIN KENDALL (via videoconference)
kristin.kendall@arnoldporter.com

Also present: Jon Hansen, videographer



INDEX OF INTERROGATION


| | |
|---|---|
| Examination by Mr. Cvitanovic | Page 7 |
| Examination by Ms. Miller | Page 245 |
| Examination by Ms. Schwarz | Page 249 |
| Examination by Mr. Cvitanovic | Page 320 |
| Examination by Ms. Schwarz | Page 335 |


INDEX OF EXHIBITS


Exhibit 1 Page 60
Photo Mill Tour 1.jpg

Exhibit 2 Page 89
Cover Letter
AHLSTROM_RH_0026028 - AHLSTROM_RH_0026032

Exhibit 3 Page 105
Letter from July 24, 1995
WAU020002905 - WAU020002938

Exhibit 4 Page 105
Material Safety Data Sheet
3M_ROUGEAU_00001687 - 3M_ROUGEAU_00001694

Exhibit 5 Page 128
Letter from February 22, 1999
3M_MN01236780 - 3M_MN01236782
3M_NYLAAN01231319 - 3M_NYLAAN01231321

Exhibit 6 Page 158
Scotchban Brand Protector
3M_ROUGEAU_00000052 - 3M_ROUGEAU_00000053

Exhibit 7 Page 172
Letter from June 2, 1995

Exhibit 8 Page 185
E-mail Chain
WAU020002727 - WAU020002728

Exhibit 9 Page 190
Facility Contact Form
WAU020002695 - WAU020002696

Exhibit 10 Page 197
E-mail Chain
WAU020002850 - WAU020002851





Exhibit 11
Facility Contact Form Page 207
WAU020002706 - WAU020002708

Exhibit 12 Page 215
Estimated Long-Term Care Costs
WAU020006659 - WAU020006660

Exhibit 13 Page 221
Facility Contact Form
WAU020002891

Exhibit 14 Page 269
Letter from October 28, 1993
WAU020002734 - WAU020002747

Exhibit 15 Page 279
Letter from July 19, 1995
WAU020001283 - WAU020001314

Exhibit 16 Page 293
Letter from August 1, 1995
WAU020000757 - WAU020000773

Exhibit 17 Page 295
Letter from February 17, 1998
WAU020003008 - WAU020003021

Exhibit 18 Page 299
Letter from August 30, 2001
WAU020002857 - WAU020002870


(Exhibit 1 is retained by counsel. Exhibits 2 through 18 are attached.)

[9:04 a.m.]

THE VIDEOGRAPHER: Good morning. We are now on the record. My name is Jon Hansen, CLVS. I'm the videographer today with Golkow, a Veritext division. Today's date is October 29, 2025. The time is 9:04.

This video recorded deposition is being held in Rhinelander, Wisconsin, in the matter of Lucas Rougeau, et al., versus 3M Company, et al., United States District Court for the Western District of Wisconsin, Case Number 23-cv-546-WMC.

The deponent this morning is Guy Hansen. At this time, if counsel could please state their appearances for the record, after which our reporter will swear in the witness, and we can proceed.

MR. CVITANOVIC: Andrew Cvitanovic for plaintiffs.

MS. SCHWARZ: Marina Schwarz from Dechert for the Wausau defendants and Mr. Hansen.

MR. FAZIO: Mike Fazio from Dechert for the Wausau defendants and also for Mr. Hansen.

MS. SENESE: Karalena Senese of Winston and Strawn for defendant 3M.

MS. MILLER: Amy Miller of Eimer Stahl for defendant BASF.



MS. EOVIERO: Anna Eoviero from DLA Piper for defendant BASF.

MS. KENDALL: Kristen Kendall from Arnold & Porter for the Ahlstrom defendants.

The witness, GUY HANSEN, first having been duly sworn, testified as follows:

EXAMINATION

BY MR. CVITANOVIC:

Q. Mr. Hansen, we just met a few minutes ago, but I'll say it again. My name is Andrew Cvitanovic. I'm going to be taking your deposition today on behalf of the plaintiffs.

Do you understand what that means when I say I'm going to be taking your deposition today?

A. Yes.

Q. Have you given one before?

A. Have I given a deposition before? I don't think so.

Q. Okay. Well, do you understand that I'm going to be asking you questions, the court reporter is going to be typing those questions, and we're going to look for you to give us clear verbal responses so that he can write those responses?

A. Uh-huh. (Nodding "yes.")



Q. And then when I say clear verbal responses, I want you to say yes, no, or whatever else might be appropriate because when you say uh-huh, sometimes on the transcript it's ambiguous whether that's a positive uh-huh or a negative uh-huh. Same with head shaking or nodding and gestures.

A. Okay.

Q. At some point in time during this process, there may be people, either in this room or on the Zoom, who object. Do you understand what that means?

A. Yes.

Q. Okay. What's your understanding of what that means?

A. I should stop.

Q. Okay. If an objection happens and you stop, I'm going to ask you if you understand the question, that you provide a response, unless you're instructed not to, in which case we'll handle that when it comes, okay?

A. Okay.

Q. If at some point in time I ask you a question that's poorly-phrased or confusing, if you don't understand what I'm asking, just let me know and I'll try and phrase it better for you, okay?

A. Yes.



Q. Mr. Hansen, did you do anything to prepare for today's deposition?

A. I did meet with the attorneys on Zoom and -- briefly yesterday just to kind of familiarize myself with what was going to happen.

Q. Okay. And when you met yesterday with attorneys, which attorneys did you meet with?

A. These two (indicating.)

Q. And you're pointing at Mike Fazio and Marina Schwarz?

A. Yes.

Q. Okay. And when they made their appearances on the record, they said that they were representing you, is that your understanding?

A. Yes --

Q. And --

A. -- partially.

Q. When you say partially, what do you mean?

A. Me and other people.

Q. Okay. Do you know which other people?

A. Not specifically.

Q. Okay. When did you engage attorneys to represent you in this case?

A. Well, I didn't personally engage attorneys. I was contacted by Michael and Marina that

they would be representing me in this case.
Q. Are you paying anything for your attorneys?
A. No.
Q. Okay. Do you expect that you will have to pay attorneys at some point?
A. No.
Q. Is -- is there anything that would prevent you from testifying fully and truthfully today?
A. No.
Q. Okay. And that means not of the under the influence of alcohol or drugs that would impair your ability to testify?
A. No.
Q. And there's no -- you don't have any kind of bias or anything that would prevent you from testifying truthfully about your former employment with Wausau Paper?
A. No.
Q. Okay. And I said that -- let me ask you, you -- at some point in time, you worked for the paper mill in town?
A. Yes. Uh-huh.
Q. Previously?
A. Uh-huh. Yes.



Q. And under which ownership did you work for the paper mill?
A. Wausau Paper.
Q. Okay. Always under Wausau Paper?
A. As I remember. I'm not sure exactly what time -- when they changed ownership, but it might have been while I was still there. I don't remember if it was still Wausau Paper when I retired or not specifically.
Q. Okay. And what year did you retire?
A. About 2000, so I worked there about -- 2000 -- it's always a hard question because I don't remember. 2003, 2004, something like that.
Q. Okay. And that's a great opportunity to talk about, you know, when I ask you questions in this deposition, sometimes you might not be able to give me the exact date, and that's fine, but if you can give me your best estimate, I'll look for you to educate me to the best of your ability about things like simple questions like when did you retire.
So 2003, 2004, that works for me, okay?
A. Should be simple.
Q. When I refer to the paper mill, I'm going to be referring to the Rhinelander paper mill. Is that fair?



A. Yes.
Q. Okay. Do you know -- earlier when we started this -- this process, you heard the court reporter read a case caption, the case name onto the record.
Do you remember that?
A. Yes.
Q. Do you know what that case is about?
A. Yes.
Q. What's your understanding about what this case is about?
A. Largely about the land application of fiber cake from the Rhinelander paper mill.
Q. Do you know what claims are being made by the plaintiffs in this case?
A. Yes, I do.
Q. And what's your understanding of the claims being made?
A. That there was a contaminant in the fiber cake that harmed them in one way or another.
Q. Do you know the name of that contaminant?
A. Yes.
Q. And what is the name?
A. What's been reported is generally known as PFAS, or chemical constituents of it.



Q. Okay. And what's your understanding about PFAS and their chemical constituents and their relation to fiber cake from the mill?
MS. SCHWARZ: Objection to form. You can answer, Mr. Hansen.
A. Well, the charge is that it was contained in the -- in the fiber cake.
BY MR. CVITANOVIC:
Q. Have you read any newspaper articles about these allegations?
A. Yes.
Q. What have you learned from newspaper articles related to the allegations made in this case?
A. Well, we're in a small community, so it's reported in -- the newspaper articles just report that -- that landowners in the area were harmed by potential contaminant in the fiber cake.
Q. How long have you been reading newspaper articles about the contamination of land by chemicals in the fiber cake?
A. I don't know. It's -- since the allegation was made, I guess, which would be, what, a couple years ago? I'm not sure.
Q. Okay. I think -- I think the lawsuit was filed three years ago.

Page 14

A. Okay.
Q. Prior to the filing of the lawsuit, did you say any newspaper articles about contamination of land due to PFAS chemicals?
A. Not to my knowledge, no.
Q. Okay. When did you first learn about the phrase PFAS in relation to certain chemicals?
A. When it was reported in the media.
Q. Reported in what meeting?
A. Newspaper or radio.
Q. Okay. Oh, you said meeting or media?
A. Media.
Q. And that would have been the local media?
A. Yes.
Q. Other than in the news media, have you relied on any other sources to educate yourself about the allegations being made by the plaintiffs in this case?
A. No.
Q. Have you spoken to any of your neighbors about the allegations made in this case?
A. Not to my recollection. Not specifically.
Q. Have you spoken to any of your former co-workers?
A. Briefly, I did. I did speak with my

Page 15

former supervisor who asked me if I was being deposed.
Q. Who was that?
A. Jerry Neis.
Q. And what did you and Jerry talk about?
A. Just the fact that we were on deck for this.
Q. Do you and Jerry stay in touch generally?
A. Somewhat. He -- they're in town. We were friends and acquaintances before, and we both volunteer at the -- at the food pantry.
Q. Okay. And how's Jerry doing? Good health, sound mind?
MS. SCHWARZ: Objection to form. Go ahead. You can answer.
A. Yes.
BY MR. CVITANOVIC:
Q. Okay. Well, we're going to depose him later, so I want to make sure he's in as good as shape as you.
But good -- you know, no offense to Jerry, I just want to make sure when we have a witness on deck that they're ready, prepared, mentally capable, and physically capable of undergoing the deposition, so I'm glad to hear he's doing well.
Other than Mr. Neis, are there any former

Page 16

co-workers that you have spoken to about the allegations in this complaint?
A. Not that I can recall.
Q. Okay. Other than attorneys from Dechert -- and I'll represent to you, these attorneys are from Dechert -- have you spoken to any other attorneys in the last few years in relation to the contamination?
A. Not to my recollection, no.
Q. Okay. During your preparation sessions for this deposition, were there any non-attorneys that were present in the meeting or on the Zoom?
A. No.
Q. Have you seen a copy of the lawsuit?
A. Michael and Marina showed me copies of some things on the video screen, but I don't remember if the lawsuit specifically was part of them.
Q. Okay. But you understand generally that the plaintiffs in this case have alleged that the -- and you used the word fiber cake?
A. Fiber cake.
Q. And sometimes -- if I say fiber cake or sludge, do you understand those terms to be synonymous?
A. We like the term fiber cake, yes.
Q. And so I've actually seen a document that

Page 17

said that the transition from the phrase sludge to fiber cake was an effort to better market this product to farmers.
Is that something that you recall?
MS. SCHWARZ: Objection to form. You can respond if you understood it.
A. Yes.
BY MR. CVITANOVIC:
Q. Because sludge kind of doesn't sound great?
A. It has many definitions.
Q. Okay. And fiber cake was the term that was adopted to market this wastewater treatment plant sludge to farmers as a soil supplement?
A. Market might be a misrepresentation, but it made it a more acceptable term.
Q. Okay. If I use sludge or fiber cake interchangeably, will you understand, you know, in the context of this case that I'm referring to the product that was applied on these fields?
A. Okay.
Q. And you understand that the plaintiffs in this case are alleging that fiber cake from the mill was applied on fields around Stella and that that fiber cake also contained chemicals called PFAS, which has

Page 18

contaminated their groundwater and their wells and the surface waters in the area?
MS. SCHWARZ: Objection to form.
A. I understand the allegation, yes.
BY MR. CVITANOVIC:
Q. As I just read them to you or as I've just stated them?
A. Yes.
Q. Okay. Nothing that I just said was inconsistent with what you understood the case to be about?
A. Correct.
Q. Did you read any newspaper articles recently where the paper mills's current and prior owners were designated as responsible parties for the contamination around Stella?
A. Yes.
Q. And what did you learn from those newspaper articles?
A. Just what you said.
Q. Okay. Did you review any of the letters that were sent from the DNR to the paper mill identifying the current and former owners as responsible parties?
A. No.

Page 19

Q. Okay. Did you know that there was a letter that was sent from DNR to the paper mill identifying them as a responsible party?
A. Not specifically.
Q. But that was -- your understanding from reading the news, was that DNR had identified the mill?
A. Yes.
Q. Okay. And specifically had identified them as a source of that contamination around Stella?
A. That was in the news.
Q. Okay. How did you feel about hearing that the DNR had identified the paper mill as the source of the contamination?
MS. SCHWARZ: Objection to form. You can respond.
A. Well, these -- I'm in a small community. These are friends and neighbors of mine. I would feel bad if we caused anybody any hardship at all.
BY MR. CVITANOVIC:
Q. Okay. And that's not -- notwithstanding that, you're ready and willing and able to give honest and truthful testimony today, whatever those facts, wherever those facts lead?
A. Yes.
Q. Okay. We talked a little bit earlier

Page 20

about your retirement and about some of your work with the food pantry.
What have you been doing to keep busy since retirement from the paper mill?
A. So about the time that I retired, I was part of a group that initiated Rhinelander Area Food Pantry in Rhinelander, and we also had a group that started Rhinelander Area Silent Trails Association to work with the county on building and maintaining silent sports trails on property that Oneida County has.
Q. And you've been doing that pretty consistently since your retirement?
A. Yes.
Q. And so the food pantry I understand. What is Silent Trails?
A. It's a -- Silent Trails would be skiing or snowshoeing or biking or hiking on Oneida County forest land.
Q. Okay. Not the snowmobiles?
A. No. We use snowmobiles to groom the trails, but other than that, no.
Q. Okay. Are you still working with Silent Trails and the food pantry?
A. Yes.
Q. Okay. Other than those two activities,

Page 21

are you engaged in any other civic or charitable organizations?
A. Our local church would be another one.
Q. Anything else?
A. Involved? Not directly involved, no. We support other organizations.
Q. Since your retirement, had you held any kind of government positions in Oneida County?
A. A government position? I serve on Board of Adjustment for Oneida County.
Q. And what is that?
A. Board of Adjustment is a group that will hear appeals from people that have been denied a permit by our planning and zoning office.
Q. Okay. And how long have you been doing that?
A. Eight years, maybe. Something like that.
Q. Any other positions in Oneida County government or related sort of work?
A. No. And that's somewhat peripheral anyway.
Q. Okay. Not a heavy-lift, that job?
A. No.
Q. Okay.
A. Occasionally it is.

Page 22

Q. Are you being compensated in any way for your preparation and work related to this case?
A. Related to the case?
Q. Correct.
A. No.
Q. Okay. When was the last time you have received any money from the paper mill?
A. Well, I was on salary until I retired and about that time I cashed in my retirement and invested that in other ways, so I haven't even had any retirement proceeds.
Q. And that was -- so that was, like, a pension?
A. Yes.
Q. Some kind of defined benefit plan?
A. Yes.
Q. And -- okay. Did you ever have a role as an Oneida County Commissioner?
A. Yes.
Q. Is that separate and apart from the Board of Adjusters?
A. Yes.
Q. Okay. And what was -- what was your role with the Oneida County Commissioner?
A. I served two two-year terms on the Oneida

Page 23

County Board.
Q. What years?
A. I can't recall exactly. Probably eight, ten years ago.
Q. Okay. Do you still follow the Oneida County Commissioners and their work?
A. Somewhat. I attend -- continue to attend the forestry meetings when I can because that's the group we work with as far as Oneida County Silent Trails.
Q. Have you attended any county commissioner meetings related to PFAS in Stella?
A. No.
Q. Have you seen that the county commissioners have had certain discussions about PFAS in Stella?
A. No.
Q. Other than your preparation for today's deposition and the deposition itself, have you done -- have you had any professional involvement since your retirement related to PFAS?
A. No.
Q. Does the paper mill support either of those two charities that you're involved in financially?

Page 24

MS. SCHWARZ: Objection to form. Go ahead.
A. They don't support the Rhinelander Area Silent Trails. I believe we may have had a contribution in one way or another from the Rhinelander paper mill.
As an example, the paper mill used to handle turkeys at Christmastime, and some of the employees would donate those turkeys to the Rhinelander Area Food Pantry.
We probably have solicited the paper mill for grants for ongoing operations. I don't remember that we have received any.
BY MR. CVITANOVIC:
Q. Okay. Did you bring any notes with you to help you and aid in your testimony today?
A. No.
Q. Do you maintain any kind of diary or log regarding your activities?
A. Regarding what activities?
Q. Your activities, your personal activities.
A. Somewhat.
Q. Is that like a daily ledger, write down what you do?
A. No. We keep an expense account of the

Page 25

money we spend. I keep a telephone log because of -- because of communication with the food pantry and the Silent Trails, and then the general -- general log --
Q. Okay.
A. -- so I can look back and say, oh, okay.
Q. And so the telephone log you record anybody who calls you?
A. Not -- not anybody, but frequently, if I -- if I think I'm going to need their phone number or information so I can refer back to it, I'll keep the log.
Q. And your general ledger, is that -- is that your expense report or is that something different?
A. To keep -- we keep an expense account and we also have a -- I keep of record of other phone calls that I think might be pertinent.
Q. Okay. Did you consult that in preparation for today's deposition to refresh your recollection about prior communications?
A. No.
Q. Okay. While you were working at the mill, did you maintain any kind of personal logs or ledgers regarding your activities?
A. I would have kept a telephone log then,

Page 26

also.

Q. Do you still have those?

A. No.

Q. Okay. Do you have any --

A. I say that I did because I typically -- I typically did. I worked -- I did that in previous employment, also, so that's typically my MO, to keep a log of -- so I can refer back if somebody calls or something.

Q. That's very helpful to know. I appreciate you giving me that clarification because sometimes I might ask you questions today from things that you did a long time ago, and if you don't specifically recall but you think you probably did because that was your pattern or practice, if you can let me know that, that would be helpful.

A. Okay.

Q. Do you maintain any documents or logs from your time working at the paper mill?

A. No.

Q. When you retired, did you take anything with you from your office?

A. Yes, I took my personal effects from the office.

Q. Nothing by way of documents, though?

Page 27

A. No.

Q. Any photos?

A. Photos? No.

Q. Where was your office physically located at the paper mill?

A. Usually in the -- on the main floor on the end of the hall near an exit door in the same -- the same floor as where HR was, if that's helpful.

Q. Okay.

A. For most of the time. For a brief time, I had a different office, but --

Q. Okay.

A. -- that was a nice corner window office and I got kicked off that.

Q. Oh, no. Sorry to hear that. I hope that they made up for it in other ways.

With respect to PFAS, we talked a little bit about it.

Is it your understanding that PFAS is a general category of chemicals?

A. Yes.

Q. Do you understand what any of the specific attributes of PFAS are?

A. Not specifically.

Q. Okay. What is your understanding of the

Page 28

attributes of PFAS?

A. The attributes?

Q. Yeah, what are the things that are particular to PFAS? Are there features or their downside, anything that you might know along those lines?

MS. SCHWARZ: Objection to form. You can answer.

A. I'm not specifically aware of why it would have been used. I'm not specifically aware of how it might have been used, if it was present in the paper making process.

Does that answer the question?

BY MR. CVITANOVIC:

Q. Yeah.

You're not a chemist, are you?

A. No.

Q. You don't understand the chemistry of PFAS, do you?

A. No.

Q. Now, within that family of chemicals, there are certain specific types that -- that are listed on the complaint, for example, and I'm just going to ask you, have you ever heard of the word -- the chemical PFOA?

Page 29

A. Yes, I've seen that as one of the contaminants.

Q. And you -- I'm sorry.

A. Okay.

Q. I didn't mean total cut you off. Did you have more to say?

A. No.

Q. Okay. And you've seen that as one of the contaminants where?

A. That would be in the local media again.

Q. Okay. What about PFOS?

A. Very likely, if those are -- if those are listed specific chemicals and they would have been in the media, I would have seen it.

Q. Do you have any understanding of whether PFOA was used at the paper mill?

A. No.

Q. Do you have any understanding of whether PFOS was used at the paper mill?

A. No.

Q. Is that something that -- and we're going to get into some details about this later, but is that something that you would have involved yourself in during your work at the paper mill?

A. No.

Page 30

Q. Do you understand that Ahlstrom is a defendant in this case?
A. Yes.
Q. Do you know why Ahlstrom is a defendant in this case?
MS. SCHWARZ: Objection to form.
A. They're a current owner in the -- of the paper mill.
BY MR. CVITANOVIC:
Q. Okay. Do you understand that Wausau Paper is a defendant in this case?
A. Yes.
Q. Do you know why they're a defendant in this case?
A. Yeah, same reason. They're an owner -- former owner.
Q. Okay. Have you ever heard of 3M Company?
A. Yes.
Q. Do you understand why they are a defendant in this case?
A. They are a supplier to the mill, apparently.
Q. Did you know prior to learning about the allegations in this case that 3M Company was a supplier to the mill?

Page 31

A. Not specifically. It would be safe to assume that they might have been.
Q. Why do you say that?
A. They're a supplier of chemicals for -- they're a big company and they save lots of different chemicals for lots of different purposes.
Q. Did you ever see any documents related to 3M Company during your employment at the mill?
A. Not to my recollection.
Q. Okay. Did you -- as you sit here today, do you -- do you have any specific recollection that 3M Company did sell products to the mill?
A. No. Products that I would have been interested in were those that affected treatment at the treatment plant, and I don't specifically remember that 3M would have supplied any of those products.
Q. And when you say that, do you mean the chemicals that you actually used in the treatment plant?
A. Yes.
Q. Because you used certain chemicals -- and when you say treatment plant, you had a wastewater treatment plant at the mill?
A. Yes.
Q. And there were certain chemicals that you

Page 32

used to aid in the treatment of that water in preparation for letting it flow into the river?
MS. SCHWARZ: Objection to form. You can answer.
A. Yes, at times there were things that we -- that we used.
BY MR. CVITANOVIC:
[redacted]

Page 33

[redacted]
Q. Do you know which company provided this?
A. I don't remember anymore.
Q. Okay. Was it --
A. More than one.
Q. Oh, you said more than one?
A. Probably.
Q. Okay. Did you have any -- did you use any

Page 34

the chemicals in the wastewater treatment plant related to foaming?

[redacted]

[redacted].

Q. Okay. I forgot to ask you about BASF. BASF is also a defendant in this case. Did you know that?
A. Not specifically, but okay.
Q. As a successor to Ciba-Geigy? Have you

Page 36

heard the same Ciba-Geigy before?
A. I've heard the name.
Q. Do you know if Ciba-Geigy had a relationship with the paper mill?
A. I don't know that.
Q. Do you know if the paper mill used products purchased from Ciba-Geigy?
A. I don't know that.
Q. Okay. What year did you start working at the paper mill?
A. 1993.
Q. And what was your position at the time?
A. Environmental supervisor.
Q. What does that mean?
A. Basically it means that I had responsibility for the treatment of the liquid waste that was generated at the -- at the treatment plant, and other parts of any other -- of flows, I guess, that would have been other parts of the mill, the yard or whatever.
Q. Okay. So responsible for liquid waste at the treatment plant?
A. Uh-huh. And any other flow that might go to the river from a parking lot or whatever.
Q. Like stormwater and things like that?

Page 37

A. Uh-huh. Yes.
Q. Okay. And where did you get the training and education necessary to be an environmental supervisor in 1993?
A. The training and the education? Well, I've got a degree in biology. I went back to school for a Master's in public health. But mostly, I worked for the Department of Natural Resources for 20 years, so I've got a big backgrounded in both water and wastewater treatment. That was basically the training.
Q. So you worked for DNR for 20 years before you went to the paper mill?
A. Yes.
Q. Okay. And what was your role at DNR?
A. Several roles. I started out as a trainer because I had taught school prior to that, so I was hired as a trainer. I did other things. We graduated from that to -- I did operation and maintenance assistance, then I ended up -- I took an engineering equivalency exam and qualified as an environmental engineer, so I changed to that position.
So --
Q. So you were -- you were quite a find for the mill, you came with a lot of training and expertise?

Page 38

A. Uh-huh.
Q. Did you stay in the environmental department throughout your career at the paper mill?
A. Yes. Uh-huh.
Q. Did your role change over time?
A. Not -- no, not really.
Q. So -- and between 1993 and 2003, 2004, were you primarily dedicated to managing the liquid waste and other flows from the mill?
A. Yes. The mill and the yeast plant, actually.
Q. And when you say yeast plant, what are you referring to?
A. So for years, there's a separate plant -- separate facility associated with the paper mill that initially treated liquor from the paper mill to produce yeast.
There were -- and when I was there, they predominantly used some form of sugar water, molasses, or something to produce the yeast because the -- over the years, there was more profitable places to put spent liquor.
Q. Who owned --
A. I shouldn't say put, to use spent liquor.
Q. Who owned the yeast plant when you started

Page 39

working at the paper mill in 1993?
A. That was part of the mill.
Q. Was it part of the mill --
A. It was called Lake States Yeast, but it was under the ownership of the paper mill.
Q. Did it stay part of the mill during the entire time of your employment?
A. Somewhere along the line, it was -- ownership was transferred. I don't remember specifically if that was while I was there or not. It might have been close to the time that I retired. I'm not sure.
Q. Okay. Did the yeast plant have a separate wastewater treatment plant from the mill?
A. No. Their flow was separate, but it went to the -- it went across the river to the treatment facility.
Q. Can you provide us an overview of the treatment flow -- of the flows related to the mill and how they flowed into the wastewater treatment plant, how the wastewater treatment plant treated those flows, and what effluent and byproducts were created, just big picture?
MS. SCHWARZ: Objection to form. Want to break that down at all, Andrew?

Page 40

MR. CVITANOVIC: Let me see how he can swallow that --
MS. SCHWARZ: Okay.
MR. CVITANOVIC: -- and then we'll back up if we need to.
A. Yeah, so the -- the flows were -- were separate. So the flows from the paper mill went to the primary treatment plant because there were very few chemicals or BOD, biochemical oxygen demand, in that flow. So we settled those solids and that was basically a settling process.
The flow from the yeast plant went to the secondary treatment plant where we had biological treatment activated sludge that then we had clarifiers there and settled those solids out, and the secondary solids and the primary solids were combined to go across the press, and the effluents were combined to flow to the river.
BY MR. CVITANOVIC:
Q. So you had two separate treatment systems?
A. Basically, yes.
Q. And you had a primary treatment for simpler --
A. Solids --
Q. -- liquids?

Page 41

A. -- yes.
Q. And then the solids were separated out from the liquids?
A. In the primary treatment plant, yes.
Q. And the liquids were allowed to flow into the river?
A. Yes.
Q. And those solids were settled out?
A. Yes.
Q. And then they were placed where?
A. They were combined with the secondary solids and they went across the press.
Q. And when you say secondary solids, do you mean the solids from the secondary treatment?
A. Correct.
Q. And the primary treatment received inflows from where?
A. The paper machines.
Q. And the secondary treatment received inflows from the yeast plant?
A. Yes.
Q. And that was consistent throughout the time you worked at the paper mill?
A. Yes. And I don't remember specifically -- there were other flows that might have been a higher

Page 42

strength BOD, and they may have been directed to the secondary plant. I can't remember specifically.

Q. And when you say BOD --

A. Biochemical oxygen demand.

Q. Okay. And so those were things that if they went into the river without treatment were going to call fish kills?

A. Potentially. It would decrease -- it would use the oxygen in the water and there were --

Q. Okay.

A. -- and could cause a fish kill.

Q. Were you concerned with other -- were there any other concerns related to your effluent other than oxygen demands?

A. Solids.

Q. Okay.

A. PH.

Q. Solids, pH. Anything else?

A. Well, we test -- were required to test -- periodically tested for other things, like a priority pollutant analysis. So I would have a concern about anything that might appear in that.

Q. Okay. Explain to that to me. I don't understand.

A. So our priority pollutant analysis would

Page 43

[redacted] contaminants and we needed to be -- we needed to be below certain limits on any of those --

Q. How did you --

A. -- whether it be metals or whatever.

Q. How did you determine which priority pollutants to test for?

A. The Department of Natural Resources mandated that.

Q. Did you ever test for any chemicals other than what DNR required?

A. Not to my recollection. We routinely tested for a lot of things, BOD, solids, pH, and so on, but that was -- that was also required. I mean, we had monthly reports, so those were required.

Q. Okay. Do you remember testing for anything beyond what was required?

A. No.

Q. Because the DNR outlines a minimum standard, correct?

A. Correct.

Q. Is there anything that would have prevented you as the wastewater treatment plant -- if I say wastewater treatment plant manager, does that sound okay?

Page 44

A. Okay.

Q. Is that consistent with your position?

A. Sure.

Q. Is there anything that would have prevented you as the wastewater treatment plant manager from testing for additional chemicals?

A. Not if -- no.

Q. There was no rule or policy or anything at the mill that would have prevented you from doing that?

A. Other than financial constraints if we wanted to test for something exotic or something, I would have -- yeah.

Q. Okay. Now -- so the primary treatment is getting inflows from the paper mill, you said?

A. Correct.

Q. Help me understand that. Where is this influent coming from? What are these liquids that are going to the wastewater treatment plant?

[redacted]

Page 45

comes to the treatment plant.

Q. Okay.

[Interruption by the reporter.]

BY MR. CVITANOVIC:

Q. Other than the pulp, is there any other water or liquid used in the paper making process?

A. Yes, there are various products that would be used in the paper making process.

Q. Like what?

MS. SCHWARZ: If you know, Mr. Hansen. He wants your best recollection of what you know.

A. Yeah. So there were various things that could be used to improve the quality of the paper. So it's a specialty mill and the customers would require a different kind of a product.

So based on the product that they wanted, different things could be added across the wire -- on the paper machine, to produce that -- the quality of paper that was desired.

BY MR. CVITANOVIC:

[redacted]

[redacted]



[redacted]
Q. Okay. What's the size press? I've seen that in some documents, as well?
A. I should know this.
Q. Me, too. I'm hoping you can help me.
A. Right now, it's not coming to me exactly what the size press is.
Q. If it comes back, we can revisit.
A. Okay.
Q. As part of your work at the wastewater



treatment plant, did you have to have an understanding of the chemicals being used across the river that had the potential to become part of your inflow?
A. Not really. If there was something that was used that was upsetting the process, sometimes I would seek to find out what it was and see if there was a way of reducing that or something, but other than that, no.
Q. Okay. So your -- in your position, you were more reactive in terms of investigating issues at the wastewater treatment plant?
A. Yes.
MS. SCHWARZ: Objection to form.
BY MR. CVITANOVIC:
Q. And by that, I mean, you didn't have -- you didn't seek to investigate any products that were used across the river to determine how they might impact your treatment plant unless they did in fact -- excuse me, unless they did in fact impact your treatment plant?
A. Yes --
Q. And --
A. -- or had the potential to, potentially.
Q. Okay. And when you say potential, did you have meetings with individuals who worked on the other



side of the river at the paper mill to learn and identify in advance which chemicals they were using that had the potential to impact your treatment plant?
A. No. No. I had -- I would have -- I could have conversations with people in the mill that were a part of the operation, but if you're talking about formal meetings to discuss chemicals, no.
Q. And who would you direct those queries to when you had questions about the chemicals that they were using?
A. Well, I got around the mill a fair amount and I got to know what was going on in various areas. And a lot of times, I would just go to an operator of one of the areas and say -- find out what their -- ask what they're doing.
Q. So you would just walk across the river and find somebody who was at the paper machine and ask them what was going on?
A. I would do that or -- yeah. Uh-huh.
Q. Was there ever a formal process in place for you to elevate these kinds of inquiries to somebody in management?
A. I could, sure.
Q. Well, was there, like, a formal process that you remember where it was, like, a regular part of

Page 50

the practice at the mill to meet on these issues?
A. Well, there was a morning meeting every morning where the paper machine superintendents and other management people would get together.
And for a while, I was -- I would go to these meetings because I was the acting environmental person, so if there was an issue, I could bring that to the meeting.
The paper manufacture -- the paper -- the paper foreman would -- as an example, might report that they had X pounds of solids lost, and if we saw two times X amounts of solids across the river, I would bring that issue up, say something's wrong here.
Q. Okay. So you would participate in regular meetings for a time?
A. For a time period, I did, when I didn't have an immediate supervisor.
Q. Okay. And then when you got an immediate supervisor, who was that person?
A. So it was Jerry Neis. And then it was -- his name is in the same category as the super calendar category at this point. I don't remember.
Q. That's okay. Well, we're going to make a note for super calendar and second supervisor, and we'll come back to them.

Page 51

A. Combs. Jim Combs.
Q. Jim Combs. Okay.
And you also mentioned solid loss. What does that mean?
A. If they had a problem on the paper machine, they needed to get the solids off the -- off the wire or off the machine to solve the problem, and sometimes they would -- the solids -- they would dump the solids. They would try to reuse them if they can, but if they spilled over a tank in the basement, it went -- it went to the sewer system, and came to us.
Q. And how did -- when you -- when you say it went to the sewer system, did you have, like, floor drains?
A. Floor drains? Yeah, you could call it that.
Q. Were they a little bit bigger than that?
A. Yes.
Q. So you had -- you had drains on the bottom of the basement where excess liquid could flow to?
A. Right.
Q. And was that the principal pathway where liquid from the paper mill would go to the wastewater treatment plant?
A. Yes. Uh-huh.

Page 52

Q. Okay. And you also said in the basement.
What's -- help me understand the difference between basement and whatever is the upper portion of the paper mill.
A. So there's the level where the paper machines are where the manufacturing takes place, and then below that is the -- there's the equipment, there's the sewer system, might be some pulp mixing area, whatever is there.
So then we -- that flowed to -- we had a primary collection tank and we had to pump that flow then across the river to the treatment plant.
Q. Okay. So in the lower end, you had the paper making process, the chemicals --
A. On the lower end?
Q. I'm sorry, like, basement?
A. Lower level.
Q. Lower level?
A. Uh-huh.
Q. So help me understand, how many floors are there in the paper mill?
A. Basically two.
Q. Okay.
A. The -- the operation floor and then the lower level, the basement.

Page 53

Q. Okay. And what happens on the basement?
A. It's where the flow -- the flows are. There's some chemical mixing that takes place there, but that's basically -- and sampling. We sampled the flows from the different paper machines periodically, yeah.
So it's a lot of the -- the pumps and mechanics of what goes on on the paper making floor might be there.
Q. Okay. And if you had a problem with the paper, like, it wasn't meeting its specification, sometimes they would have to dump some of that liquid?
A. Uh-huh. Yes.
Q. And that liquid would go into drains in the basement?
A. Yes.
Q. If they had problems with their chemicals and they needed to be disposed of, could those also have been -- or were those also disposed of in those same drains?
A. You know, I don't -- I don't think so. It doesn't make sense. It seems to me that there should have been from -- the chemical mix areas would have gone -- that flow might have been gone to the secondary room, but I don't remember specifically, but it's

Page 54

certainly conceivable. I'll just leave it at that.
Q. Okay. You just -- you don't remember exactly the pathways from the paper machines to the wastewater treatment plant?
A. From the paper machines, yes.
Q. Okay.
A. But if there was a chemical mix area, I don't remember specifically the -- the route that would have taken.
Q. And that was separate from -- the chemical mix area was separate from where they were making the paper?
A. It would have been in the same general area.
Q. On the same level?
A. Not necessarily.
Q. Okay. Did they have floor drains on the main level, as well?
A. Floor drains? Well -- floor drains? So there certainly was a pathway from the paper machine where they dewatered the pulp to the lower level --
Q. Okay.
A. -- if that's considered a floor drain. I mean, that's -- yes, there was -- there were ways for the liquid from the paper machines to drain to the

Page 55

lower level.
Q. Okay. But basically any -- whether it's in the basement or the upper level, any excess liquid that needed to be disposed of from the paper making process was flowed to the wastewater treatment plant for disposal?
A. Yes.
Q. Is there -- is it fair to say that your responsibility for the wastewater treatment plant extended to understanding the sources of the inflows, meaning all the different sources that could flow to your wastewater treatment plant?
A. To some extent.
Q. Okay. And how did you educate yourself and keep yourself informed about those locations and those processes during your employment?
A. Basically it would be by talking to people that were involved or being in the -- in the basement and doing -- doing -- making observations and doing sampling.
Q. Okay. You didn't have, like, a user manual or something for the wastewater treatment plant or something specific to that mill, did you?
A. A user manual for the treatment plant? No.

Page 56

Q. How did you -- how did you train new employees at the wastewater treatment plant? How did you educate new employees about how the wastewater treatment plant worked?
A. Basically it's like anyplace else in the mill. You've got somebody that -- that applies to work there and they work with an existing operator --
Q. Okay.
A. -- and learn from them.
Q. Not -- no formal policies and procedures in terms of the operation of the treatment plant?
MS. SCHWARZ: Objection to form. You can answer.
A. No.
BY MR. CVITANOVIC:
Q. And what I'm looking for is a document that I could read that would help me understand things that maybe things you might not remember at this time.
Is there such a document that exists?
A. A document on how the wastewater treatment plant is to be operated? I don't remember one specifically.
Q. Okay. I'm going to ask you a question, and this -- I'm going to actually share my screen for this one. I'm going to go through some photos and I'm

Page 57

hoping that maybe these might refresh your recollection and jog your memory.
Let me know if you can see a photo on your computer monitor.
A. Yes, a very small photo.
Q. Let me see, I can -- does that help?
A. It helps some, yes.
THE REPORTER: Here, I can make it larger for you.
A. That's better.
MS. SCHWARZ: Andrew, do we have a copy?
MR. CVITANOVIC: No, I pulled it off the internet.
MS. SCHWARZ: Okay.
BY MR. CVITANOVIC:
Q. Can you tell me if this is a photo of the Rhinelander paper mill?
MS. SCHWARZ: Objection to form.
A. No, I can't tell you that.
BY MR. CVITANOVIC:
Q. Can you tell me if this is a paper machine?
A. Yes.
Q. And what am I looking at? What are the -- how does this identify as a paper machine to you?

Page 58

MS. SCHWARZ: Objection to form. Foundation. Go ahead, Mr. Hansen, if you can answer.
A. Because it looks -- it looks like a paper machine.
BY MR. CVITANOVIC:
Q. It wasn't a trick question. I don't have a lot of experience with paper machines --
A. Okay.
Q. -- so I looked for photos of -- from the Rhinelander paper mill, and all I could find was these photos of high school children taking a tour of the mill.
A. Okay.
Q. Is that something that the paper mill did from time to time, is that they took students on tours of the paper mill?
A. Or visitors. I'm not sure it'd be specifically students, but visitors could take a tour.
Q. Okay. During the time that you were at the paper mill, did you see visitors touring the mill?
A. Yes.
Q. Did you ever organize any tours of the mill?
A. No.
Q. Did you ever accompany any tours of the

Page 59

mill?
A. Not to my recollection.
Q. Okay. And this particular tour, apparently, was organized by a guy named Don Risto or Rosto. Does that sound familiar?
A. Uh-huh. (Nodding "yes.")
Q. What's that name?
A. Yeah.
Q. How does he say his last name?
A. Don Risto.
Q. Risto? And what is his position at the mill?
A. Don? Don would have been either -- he had a couple different positions. I think he was -- he worked on one of the paper machines, and then I think he was eventually a -- I think Don was a machine supervisor --
Q. Okay.
A. -- or a machine -- in charge of one of the machines.
Q. Do you have any reason to dispute that this is a photo from the Rhinelander paper mill?
A. It very likely could be.
Q. Okay.
A. I -- paper machines look surprisingly

Page 60

similar from one mill to the another, but it --
Q. Okay. Well, I will -- I will attach this Photo Mill Tour 1.jpg as Exhibit 1, because I asked you some questions about it.
[Exhibit 1 marked for identification.]
BY MR. CVITANOVIC:
Q. Do you see what these people are wearing in the photo, the visitor vests?
A. Yes.
Q. Is that something that you remember people having to wear when they toured the mill?
A. No.
Q. Okay. Let's see.
A. It would make sense.
Q. Sure.
MS. SCHWARZ: Mr. Hansen, we've been going a little bit over an hour. Do you want to take a break?
A. I'm -- we're okay, yeah.
BY MR. CVITANOVIC:
Q. You're okay, you said?
A. Yeah.
Q. How often would your work at the paper mill take you across the river?
A. Daily.

Page 61

Q. Okay. What percentage of your time would you spend across the river versus at the wastewater treatment plant?
A. Okay. Across the river to me implies at the wastewater treatment plant.
Q. Okay. And so what percentage of -- what -- if I say the mill -- I don't want to -- what percentage of your time would you spend by the paper machines versus at the wastewater treatment plant?
A. I might spend more time at the -- in the production area than at the treatment plant. I would visit the treatment plant and we would discuss what was going on there. And if everything was fine, I didn't need to spend much more time there.
But often, I was -- I was looking for -- I was looking in the -- under the paper machines or doing sampling or something there, just to try to determine what -- the waste that we were receiving, I guess I'll say.
Q. And when you say sampling, that was sampling that you did by the paper machines?
A. Yes, it would be under -- in the lower level under the paper machines.
Q. And what kind of sampling did you perform?
A. Just a composite sample. A sample, we

Page 62

would have a -- it would be a little cup on a chain, for instance, that would rotate and pick up a sample every minute or something to make a sample of the flow from the paper machine.
Q. And what would you test that sample for?
A. Solids and BOD.
Q. Okay. If any sampling of mill effluent or the inflows into the treatment plant had to be performed, would that have been you who performed it?
A. No, we had a lab -- lab man.
Q. And who ran the lab when you were there?
A. Bill Nibke -- who ran it? This was a combined lab, other things went on in the lab, but our environmental man was the Bill Nibke. He did the BOD and solids testing and pH and that type of thing.
Q. And he -- where is the lab located in the mill?
A. The lab was in the same area as the office part of the building, and it was going to be -- it's up on the second floor.
Q. Okay.
A. I was in the lower floor. It was up on the second floor.
Q. So if I was going to do a tour of the mill, would the lab be a can't miss spot?

Page 63

MS. SCHWARZ: Objection to form.
A. Would it be what?
BY MR. CVITANOVIC:
Q. Can't miss location.
A. No.
Q. Okay. How many different departments utilized the lab at the paper mill?
A. Our lab, we were the only ones.
Q. So were there multiple labs at the paper mill?
A. Yes.
Q. How many different labs --
A. I don't know, but there were labs by -- up by the paper machines. There was -- there was other lab operations in that same general area where our lab was.
Q. Okay. Do you know what those labs were working on?
A. They were to do with the paper making process.
Q. Did you ever interact with people who worked with those labs?
A. Did I ever interact with them? Yeah, occasionally, sure. They were in the same general area. And sometimes if Bill went on vacation, one of

Page 64

those people would do the environmental testing, yeah, so I knew them and interacted with them.
Q. Did you ever, as part of your role in the environmental department, work with them to understand the chemicals that were flowing to your wastewater treatment plant?
A. No, not other than sampling the sewers.
Q. Okay. Who was the chief technical person at the paper mill when you were there?
A. Chief technical person probably would have been Bob Sweitzer.
Q. What was Bob Sweitzer's role?
A. Overall technical, probably. Technical -- so from -- for some reason, environmental was part of technical, which didn't make any sense, but that was -- at least as when I was hired, that was -- they were combined.
Q. Okay.
A. I mean, technical would be the group that would -- that would -- would determine how to make a certain kind of paper.
Q. Okay. And for whatever reason, technical was lumped in with environmental, you said?
A. It's the other way around.
Q. Oh, okay. How many people worked in the

Page 65

environmental department when you were there?
A. Environmental, we had four operators at the treatment plant, a lab man, me as head supervisor. We had a truck driver. We had a dozer operator.
Q. How many people were in the technical department, if you remember?
A. I -- in the technical department? That's -- how many people in the technical department, I don't know. It depends on how you classify technical, I guess. I would say that there were -- I don't know.
Q. Okay. Half a dozen?
A. Probably.
Q. Okay. Not 20?
A. Not 20.
Q. Okay. Do you remember anybody else other than Bob Sweitzer?
A. Bob Catchco.
Q. Catchco, you said?
A. Uh-huh. (Nodding "yes.")
Q. And what was Mr. Catchco's role?
A. So all of these people were my bosses or potential bosses. I mean, it goes right up the ladder. So Catchco would have been in -- exactly what his position was, I'm not exactly sure. I don't remember.

Page 66

And it might have been that when Sweitzer left, Catchco took that position.

Q. Okay. Do you keep in touch --
A. This is a long time ago.
Q. I know. You're doing incredibly well. I'm very impressed.
Do you keep in touch with Bob Sweitzer?
A. No, he's moved out of town.
Q. What about Catchco?
A. I haven't seen Bob for quite a while, but I used to see him occasionally.
Q. Okay.
A. We don't socialize.
Q. Okay. Earlier in our deposition, we talked about -- a little bit about sludge and fiber cake and some of the solid byproducts of the wastewater treatment plant.
Do you remember that?
A. Uh-huh. Yes.
Q. And when you started at the mill, you said it was like 1993?
A. Yes.
Q. What were you doing with the solid byproducts of the wastewater treatment plant?
A. The solids went to our landfill nine miles

Page 67

north of town.
Q. What's the name of the landfill?
A. Rhinelander Paper Mill Landfill.
Q. Where was it located?
A. Nine miles north of town.
Q. Sometimes I see documents that say Pine Lake Landfill. Does that ring a bell?
A. Pine Lake Landfill. Okay. So it would've been in the town of Pine Lake, probably, evidently.
Q. Okay.
A. That's the only landfill we had.
Q. Okay. Okay. But there was a landfill that the paper mill had approximately nine miles north?
A. Yes.
Q. Near the town of Pine Lake?
A. Well, there is no town of -- there's a township. There's a Pine Lake township.
Q. Okay.
A. There's no town of Pine Lake.
Q. But it --
A. I mean, there's no town -- there is no community of Pine Lake.
Q. Okay.
A. It's a township, so we call it a town --
Q. Understood.

Page 68

A. -- like the town of Stella.
Q. Did Oneida County also have a location for solids waste disposal that was available to you in 1993?
A. I -- Oneida County had a solid waste -- or a landfill west of town. Was it available to us?
There was certain waste from the paper mill that would have gone there, certainly, but as far as -- at the time when I was hired, as far as taking a fiber cake there, no.
Q. Okay. So your recollection is that all of the solids from the wastewater treatment plant, that dewatered sludge, was sent to the landfill nine miles north of the mill?
A. Correct.
Q. Okay. What kind of volume are we talking about? And you can express it in whatever way it makes the most sense, so you can do it in truckloads or --
A. Yeah, I would say maybe four to six truckloads a day, something like that.
Q. Okay.
A. That -- that varied depending on what we received from the paper making process, but typically about that.
Q. Okay. So when you had a dozer operator

Page 69

and a truck driver, you kept those guys busy?
A. Uh-huh. Well, the truck driver was definitely busy. Our dozer driver sometimes was less busy.
Q. Okay.
A. That was an issue.
Q. So four to six truckloads a day in 1993, running to the Pine Lake landfill, correct?
A. That's my best guess, yes.
Q. Do you know how many years the mill had been using the Pine Lake landfill when you started?
A. No.
Q. Okay. Do you know how many years after your start date the mill continued to use the Pine Lake landfill?
A. Not specifically. When we started a land application program, we didn't use the landfill unless we had a waste that we did not -- that was not suitable for land application. And eventually, we put a temporary cover over it, and I don't remember the specific years.
Q. Okay. You said when you started the program? When you started the program, you only sent certain waste to the Pine Lake landfill?
A. Yes.

Q. And which program are you referring to?
A. The land application program.
Q. Okay. And you said certain waste were not suitable.
What do you mean by that?
A. So in order -- the product we had -- the benefit of the product was it was high in nutrients, so it had to have a proper carbon to nitrogen ratio in the fiber cake that was applied. And if the carbon and nitrogen ratio was too high -- in other words, if there was too much paper fiber in there compared to the waste from the yeast plant -- that would, it would -- the biochemical reaction to the soil when they applied it would tie up all the nutrients, and it wasn't available for the crop.
So we couldn't put those on the crops because it wouldn't grow anything --
Q. And how would you --
A. -- so --
Q. I'm sorry.
A. -- those would be taken to the landfill.
Q. And how would you make a determination that they wouldn't be suitable for that purpose?
A. Eventually we worked out what a logical ratio of primary to secondary sludge was, so we would



know. We would know that if we had too many solids from the paper machine, it wasn't going to be suitable for land application.
Q. At any point in time did you determine that sludge was not suitable for land application based on the chemicals used at the paper mill?
A. No. It was typically carbon to nitrogen ratio.
Q. Okay.
A. We were limited -- we were limited by nitrogen, by concentration.
Q. Okay. At any points in time, do you remember evaluating the chemicals in the paper making process to determine whether they would be suitable for the land application program?
A. No. We did an analysis of our fiber cake at one time to prove to -- prove that it was suitable, but that was -- that's the priority pollutant analysis, again, same --
Q. Okay.
A. Same list of chemicals dictated by the Department of Natural Resources.
Q. So at some point in time after you started, the paper mill began a program for land application?



A. Yes.
Q. Was the Rhinelander paper mill the first paper mill in Oneida County -- or let me -- let me start over.
Was the Rhinelander paper mill the first paper mill in Wisconsin to have such a program?
A. Oh, no. Land application was fairly common. The Tomahawk, you know, PCA had been land-applying their waste material for years. They didn't have -- they could actually put -- and I knew this because I worked for DNR, so, yeah, they could put -- they could put four or five inches on because they had so little -- had so little carbon and they -- then they didn't grow crops on it, though, they grew trees, but anyway, they land-applied.
Q. And that was what, Tomahawk PCA?
A. Uh-huh. (Nodding "yes.")
Q. What is PCA?
A. That's the name of the mill in Tomahawk. PCA is -- I don't know what it stands for. I don't know.
Q. Was that owned by Wausau Paper?
A. No.
Q. Was this program the first land application program at Wausau Paper?



MS. SCHWARZ: Objection to form. What program?
MR. CVITANOVIC: The one we've been discussing, the land application program.
MS. SCHWARZ: Not the Tomahawk?
MR. CVITANOVIC: No, just the --
A. The one in -- that we had at Rhinelander paper?
BY MR. CVITANOVIC:
Q. Correct.
A. Was it the first one in -- so you're asking, I think, were other mills that owned by Wausau Paper, did they apply solids to land? Is that the question?
Q. Prior to 1995 or so, when you started this program.
A. I'm not generally familiar with how any other mill in -- owned by Wausau Paper handled their waste solids.
Q. Okay. Whose idea was it at the Rhinelander mill to start up a land spreading program?
MS. SCHWARZ: Objection to form. Go ahead.
A. I would say it was a combination of things. Jerry was -- my supervisor was interested in

Page 74

some alternative way of using our -- what we considered a beneficial product, as was I, and we were actually approached by the supervisor from the University of Wisconsin, ag research station, with the possibility of using our -- our fiber cake as a solid soils amendment.

So there were -- there were several -- we had a -- kind of a unique situation, actually, because we had -- we had a product that was high in nutrients because of the yeast plant and low in chemicals because we didn't have a bleach facility. We didn't bleach our own paper.

And we had some more controls over the product that could be used on the paper machines, so we were -- had very low metals, very low of any other kind of contaminants, and a high -- high nutrients, so we had a product that we considered a valuable soil amendment.

And the soil, especially out west of town, was very sandy. And the soil on the ag research farm was in -- particularly sandy, to the point of being below sand. So he was very interested in having a soil amendment that would add organic matter to his -- to his fields.

BY MR. CVITANOVIC:

Q. Okay.

A. So we worked with him extensively to

Page 75

develop this program.

Q. Okay. And how long did it take to put this land application program in place?

A. Probably a couple of years, something like that.

Q. Okay. And what were -- what were the attributes of the plant? Help me understand. What was the basic framework in place for land application?

A. The basic framework?

MS. SCHWARZ: Objection to form.

BY MR. CVITANOVIC:

Q. Yeah. So, like, what was the -- if you had to help me understand what was the program -- what was the land application program at the Rhinelander Paper Company starting in 1995 -- what was that program?

MS. SCHWARZ: Objection to form.

A. Well, the program would be that we would provide the landowner with our fiber cake at a certain application rate, which was -- had been previously determined based on basically the nitrogen need of the crop and nitrogen content of our fiber cake. It was applied typically at only, like, one inch -- one inch thick, and then the farmer would spread it.

BY MR. CVITANOVIC:

Page 76

Q. Okay.

A. And we had a -- we had a consultant that selected or helped select the sites and monitor the process, as well as we did.

Q. Who was that consultant?

A. Tracy Benzel.

Q. Do you stay in touch with Tracy Benzel?

A. Do I now?

Q. Yes.

A. No. I have -- I have had communication with Tracy since I retired years ago because he's still in the area. I don't remember why, but we did.

Q. What was the division of responsibility between Tracy Benzel and the mill in terms of managing this land application program?

A. He was -- he was our consultant and helped manage the program, helped select the sites, and monitor the -- monitor the operation.

Q. Okay. And what was your role in the execution of the land application program?

A. To -- to try to ensure that the product that we were delivering was the quality that was required. And if it wasn't, we would divert that somewhere else. And make sure that we were delivering a product that was as fresh as could be soon after it

Page 77

was -- it was pressed, so it didn't sit on our pile too long. Monitor the truck driver. I'll sometimes work with the -- meet with the farmer. Sometimes I go with Tracy, sometimes not. Oversee, to some extent, what was going on at the -- out in the fields.

Q. How did the community feel about the land application program?

A. The community? Well, most of the community of Rhinelander didn't even know about it, but as far as the communities where it might have been affected, it was -- it was certainly beneficial reuse of a product. I mean, we were very interested in beneficial reuse of material, so that was part of it.

Q. Did you ever get any complaints from the community?

A. If -- if -- if the fiber cake wasn't fresh and we hauled it, it could -- there could be an odor. Other than an odor, typically not. And we worked pretty hard so that it didn't have an odor.

But it was -- it was a warm product full of bacteria. And if it sat too long, either in the farmer's field or on our pad, it could develop an offensive odor, so we wanted the farmers to spread it right away, also.

Q. How did you make sure that the farmers

spread it quickly? Did you pay them?
A. No. We encouraged them.
Q. Okay. Did any money change hands between the mill and the farmers related to this program?
A. Not to my knowledge.
Q. Okay.
A. No, it was -- it was a benefit to them and it was a benefit to us. It was a mutual beneficial relationship.
Q. Okay. Did you ever receive any complaints from the individuals who lived along Snowden Lake about the land application?
A. Yes. So there was an individual -- so the whole -- the area out there is -- cooperating landowners were often -- Kuczmarskis, Tom and Jerry Kuczmarski. And there was another Kuczmarski out there that did not -- did not look favorably on some of what we were doing. And I'm not sure if he didn't get along with Kuczmarskis or didn't get along with us, but he had -- he did complain.
Q. Okay. And were his complaints different from complaints you received about odor?
A. I don't remember that they were odor. His -- he just didn't like -- he just didn't like the process.



Q. Okay. Did he have any objective evidence of problems caused by the land spreading?
A. Not to my recollection.
Q. Did he ever point to any kind of foaming on the lake as a problem?
A. Any kind of what?
Q. Foaming on the lake.
A. Not to my recollection. Foaming?
Q. Foaming.
A. Not to my recollection.
Q. On Lake Snowden.
A. I don't remember that.
Q. Okay. Did he ever point to fish kills in Lake Snowden as an issue?
A. Fish kills? Not to my recollection.
Q. Okay.
A. Snowden Lake was not a high quality lake. So in a shallow lake, if the oxygen is depleted, it's pretty conceivable that there would be a fish kill, but that's just my comment.
Q. Okay. How far is Snowden Lake from the fields where land application took place?
I'll just say this -- how far is Snowden Lake from the nearest fields --
A. Okay.



Q. -- where land application took place?
A. I'm trying to picture the fields and the locations. There may have been a field on the ag research farm that was within, I'll say, a quarter mile of the lake.
Q. Okay. Did you ever evaluate whether from that distance the land application of sludge could have an effect on Lake Snowden?
A. We did -- in one spring, we did collect samples to try to determine if there was runoff on the fields, and we didn't find any, I guess I'll say.
Q. Okay. And when you say runoff, do you know runoff from when it was piled up?
A. This would be where it was headed -- where it had been spread --
Q. After --
A. -- not piled.
Q. We cut over each other there. Sorry.
So when you say runoff do you mean from when it was piled up?
A. No.
Q. You mean after it was spread?
A. Yes, either spread or incorporated. I don't remember. Very often, depending on the slope and other situations, it would be required that the soil --



that the material be incorporated.
In some cases, it could be land applied. And then in some cases, it had to be land applied and incorporated.
Q. What's the difference for a --
A. Incorporated would be plowed in, disced in.
Q. Okay. And spread would be spread how?
A. Spread with a typical manure spreader, that type of thing.
Q. Okay.
A. Not -- maybe not typical. Industrial-type manure spreader.
Q. Okay. Prior to the deposition, did I hand you a document?
A. Yes.
Q. And this document starts at Ahlstrom_RH_0026028?
A. Yes.
Q. Did you have an opportunity to -- to review this document?
A. Yes, briefly.
Q. And what does it relate to?
A. It relates to the land application program that we had at the paper mill.

Page 82

Q. Okay. Does this refresh your recollection somewhat?
A. Yeah, there's a lot of new information in here for me.
Q. Okay.
A. Relatively new.
[redacted] --
Q. And we talked about super calendared technical specialty papers already?
A. Yes.
Q. And that meaning those papers that are kind of shiny, you said?
A. Yes.
Q. Are there any special chemicals that are applied on these specialty papers?
A. Very likely.
Q. Do you know what those are?
A. No.
Q. Were you aware that that was something that took place during your employment there at the

Page 83

mill?
MS. SCHWARZ: Objection to form.
A. Probably. I don't recollect specifically. Conceivably, I guess I'll say.
BY MR. CVITANOVIC:
[redacted]
Q. And just in general, in your review of this prior to the deposition, was there anything about this that struck you as inaccurate or that maybe didn't fully explain the general outlines of the land

Page 84

application program?
MS. SCHWARZ: Objection to form.
A. Prior to my deposition, prior to -- what are you asking?
BY MR. CVITANOVIC:
Q. So earlier today when we started, I gave you this document before the deposition --
A. Yes.
Q. -- and you looked over it.
[redacted]

Page 85

[redacted]

Page 86

[redacted]

Page 88

[redacted].

Q. Okay. And do you know -- and this is -- all my questions are if you know. If you don't know, tell me you don't know. And if you estimate, tell me you estimate.

But do you know if Oneida County maintained any kind of records about where they sold compost generated from the Rhinelander paper mill sludge?

A. I don't know.

MR. CVITANOVIC: We're going to attach this document, Ahlstrom_RH_0026028 to 26032, as Exhibit 2.

MS. SCHWARZ: You're attaching it to what?

MR. CVITANOVIC: We're going to attach this document as Exhibit 2 to the transcript.

MS. SCHWARZ: Yeah, yeah, yeah.

Page 89

[Exhibit 2 marked for identification.]

THE VIDEOGRAPHER: Going off the record at 10:43.

[A recess was taken.]

THE VIDEOGRAPHER: We're back on the record at 10:55.

BY MR. CVITANOVIC:

Q. Mr. Hansen, during the break, I handed you another document. This is one -- it's not Bates labeled. I've provided copies to your attorneys. It starts with a cover letter dated July 24th, 1995, subject, land spreading management plan.

A. Yes.

MS. SCHWARZ: Sorry, Andrew, I believe it's Bates-labeled.

MR. CVITANOVIC: This one is?

MS. SCHWARZ: Yeah, it's the one --

MR. CVITANOVIC: Oh, I'm sorry, you're right. It is. I'm looking at this -- and I'm looking at the bottom and it's not. So perfect. Never mind.

This one is labeled WAU020002905, and ends at WAU020002937.

MS. SCHWARZ: 2938, I think.

MR. CVITANOVIC: Geez. I'm really struggling. You're right, there's one more page here.

Page 90

It ends in 938.
BY MR. CVITANOVIC:
Q. Do you see the cover letter?
A. Yes.
Q. Do you see who signed the cover letter?
A. Yes, I do.
Q. And who was it?
A. Me.
Q. And do you see who was listed as the CC on that, the carbon copy?
A. Yes.
Q. And who were those names?
A. Bob Sweitzer and Tom Bauman.
Q. Is that the Mr. Sweitzer we discussed earlier?
A. Yes.
Q. Okay. And who's Mr. Bauman?
A. The DNR Wastewater Management Bureau of Madison, it says.
Q. Okay. Did you know him?
A. Tom Bauman? I may have spoken to him. I don't remember specifically that I knew him.
Q. Okay. And turn to the next page labeled WAU020002906.
A. Yes.

Page 91

Q. And what is this document?
A. Land spreading management plan.
Q. And what is the land spreading management plan?
A. That's what we've been discussing here.
Q. Okay. And it says it was prepared by Benzel Soil Services?
A. Yes.
Q. Is that the consultant?
A. Yes.
Q. And so Benzel Soil Services created the plan that the Rhinelander paper mill followed as part of its land application program?
A. We would have worked together on this, but he generated -- yes. The answer is yes.
Q. Is there any other policy that guided the land application of sludge by the paper mill?
MS. SCHWARZ: Objection to form.
A. I haven't reviewed this, but I suspect this is the policy. I don't -- I don't think there's another policy.
BY MR. CVITANOVIC:
Q. And it's not intended to be a trick question. I just want to know is there another document that I need to look at in addition to this to

Page 92

understand the land application plan?
A. Not -- not to my knowledge. I mean, this is a pretty good explanation, also, this other document.
Q. I liked that, as well, but I want to ask you about the formal program, too.
A. Yeah, like I said, I haven't reviewed this, but I'm -- this looks like it would be our management plan, and we should have -- we submitted this to the Department of Natural Resources, so we would have followed it.
Q. Okay. Oh, earlier when we were talking about why the paper mill was a good candidate for a land application program, one of the things that you mentioned was that you don't bleach your paper at the paper mill?
A. Right.
Q. What does that mean?
A. In order to make -- in order to make wood pulp white, if you want to produce a white paper, you need to bleach it in some manner.
Q. Okay. And what are the chemicals that are used to bleach the paper?
A. Probably chlorine or hydrogen peroxide.
Q. Okay. But the Rhinelander paper mill

Page 93

didn't do that?
A. Right. We did not have a bleach plant.
Q. Was that bleaching process something that you were familiar with from your work at DNR?
A. Somewhat.
Q. Okay. And help me understand, what's the downside of bleaching paper?
A. One of the things it can -- bleaching can produce is dioxin. And that was all -- at that time, dioxin was a main concern of a contaminant in a waste product from a paper mill.
Q. What is dioxin?
A. Dioxin is -- it's a component that we didn't want in the wastewater. It was -- I don't remember exactly the -- the negative consequences of it, but it was restricted in effluents in fairly minute quantities.
Q. Okay. Was that something that had always been closely regulated in paper making?
A. Always? No, I'm sure -- always closely regulated? Initially in the paper making process, I don't think anything was regulated. Just -- the history of paper making in Wisconsin is not totally good from an environmental standpoint, but it would -- once dioxin was determined to be a concern, it would

Page 94

have been regulated.
Q. Do you remember in your work at DNR when dioxin became a chemical of concern?
A. No.
Q. Was that something that happened while you were working at DNR?
A. I don't remember that, either.
Q. Okay. Was dioxin something you tested for at the Rhinelander paper mill?
A. It was tested for in the priority pollutant analysis, yes.
Q. Oh, it was on the list from DNR?
A. Yes.
Q. During the time that you worked at the Rhinelander paper mill, did the priority pollutant list change over time?
A. I don't know the answer to that.
Q. Okay. Turn to Page 1, if you can, of the Benzel management plan.
A. Okay.
Q. So do you see the second paragraph where it says the fiber cake can be land spread as a combination of primary and secondary solids, which are generated in the treatment of wastewater from Rhinelander Paper Company, RPC, and Lake States Yeast

Page 95

and leachate from RPC's landfill?
A. Yes.
Q. We talked about wastewater, primary and secondary, from Rhinelander Paper Company, we talked about Lake States Yeast.
What's this leachate from RPC's landfill?
A. So a landfill has a collection system under it which produces the leachate, which is water that would percolate through a landfill, and then it's sampled on the perimeter of the landfill, and there would be -- if it rained, or the snow melt, or whatever, there was a leachate that's produced from the landfill, so there would be tanks that we would pump that -- a local septic pumper would pump that and haul it to the treatment plant.
Q. Okay. So the landfill has a non-porous bottom?
A. Right.
Q. And when it rains, it fills up with water?
A. It doesn't fill up, but there's water that percolates through the soil --
Q. Okay.
A. -- through the sludge.
Q. Did you have to test that leachate for chemicals before you put it into your wastewater

Page 96

treatment system?
A. Well, the leachate was tested, so we knew what was in it. And we tested the monitoring wells.
So was there a routine process for testing the leachate? I don't know. I don't remember.
Q. But that landfill would have contained waste from the Rhinelander Paper Company?
A. Yes.
Q. Because it was Rhinelander Paper Company's landfill?
A. Yes.
Q. And nobody else put waste in that landfill?
A. Not usually. There could be other things in the landfill, other waste potentially.
Q. Like what?
A. Like if the Wausau plant had a -- if they couldn't use their landfill for some reason, there were a couple of times that they would haul to us and then we would put it --
Q. The Wausau plant?
A. Yes. The Brokaw mill.
Q. Okay. So another paper mill located in Brokaw?
A. Yes, under the Wausau paper mill auspices.

Page 97

Q. Okay. Was that also a specialty paper mill?
A. They produced some specialty products. Whether it would fall under that category or not, I don't know. Probably.
Q. Okay.
A. They produced -- very often, they produced a highly colored paper. That was one of their specialties.
Q. Other than the Rhinelander paper mill and the Wausau mill in Brokaw, were there any other users of the Pine Lake landfill?
A. Users? I wouldn't consider them a user. That's a very occasional thing. It was -- yeah. We didn't -- we didn't accept their product if we didn't have to.
Q. Okay.
A. It was difficult to manage. I don't know if that answers the question.
We -- there would be -- other users? No, there was no other user of the paper mill -- of the landfill.
Q. Did you read in the newspaper that the leachate from the Pine Lake landfill was tested for PFAS?
A. I did not read that.

Page 98

Q. Okay. During your employment at the paper mill, was the leachate ever tested for PFAS?
A. I wouldn't know. There was not -- we didn't know anything about it. There would be no reason to test for it.
Q. When you say we, who do you mean?
A. The -- any of us involved in the landfill or the process or the -- as far as that goes, the department -- if the department thought there was a concern, they would have asked us to test for it.
Q. Okay. So when you say we didn't have any reason to know, you mean included in that, DNR, right, and you include yourself and your co-workers in the wastewater treatment plant?
A. Yeah, when I say we, I mainly mean the people associated with the paper mill.
Q. Okay. When you say we, do you also mean the people who are involved in the paper making process?
MS. SCHWARZ: Objection to form. You can respond.
A. As far as I know, they wouldn't -- what's the question?
BY MR. CVITANOVIC:
Q. So you said we didn't have any reason to

Page 99

think to test for PFAS, and my question was, when you say we, who do you mean specifically?
And I thought I understood you to say we being DNR and the people in the wastewater treatment plant.
A. Yeah, well, the DNR wouldn't have -- if they had a concern, they would have asked us to test for it. And those of us in the environmental area who had regulation over the landfill wouldn't have any reason to test for it. And anybody else at the mill wouldn't be involved, actually.
Q. Okay. And DNR -- did DNR ever come to the paper mill to observe and note which chemicals were -- had the potential to be in your wastewater treatment plant, effluent and sludge?
A. Not to my knowledge. They would have been more interested in the treatment process.
Q. Did DNR have any reason to know that the paper mill used PFAS in its paper making process outside of what the paper mill would have told them?
MS. SCHWARZ: Objection to form. You can answer.
A. I -- they wouldn't -- I don't know. They wouldn't have had any reason to -- what's the question again?
BY MR. CVITANOVIC:

Page 100

Q. Did DNR have any capability of knowing what PFAS chemicals the paper mill used, outside of the paper mill telling them?
A. I don't think so.
Q. Okay. And, again, not a trick question. They didn't come down there and do audits or anything like that?
A. No.
Q. They didn't come inspect the plant with an eye towards the chemicals that were being used in paper making?
A. They inspected the wastewater treatment plant, but not the paper making process.
Q. Okay. Tell me about -- what did their inspections of the wastewater treatment plant include?
A. Just a routine inspection, making sure that everything looked appropriate, and we were doing things appropriately. They had monthly reports from us, so they knew what was going on, but they -- we have had at least an annual inspection that would include the treatment plant and the grounds and a tour of the paper mill, whatever they wanted -- wherever they wanted to go.
Q. Were any documents created as part of that inspection process?

Page 101

A. There should have been.
Q. Okay. Do you know if -- if I had to go and ask for that document today, what would I ask for? What's the name of that document?
A. Wausau paper mill inspection by DNR environmental engineer, probably.
Q. Would there be, like, a specific form or something that would be used?
A. There would -- there would probably be a form and a letter, a contact form of some sort and a letter.
Q. Generated by the mill or by DNR?
A. By DNR.
Q. Okay. Would the paper mill generate any documentation related to that?
A. Hmm. So would I have written up anything as far as the inspection?
I may have just noted that we had an inspection and what was -- what was looked at. We also had lab inspections from the DNR, but I don't remember specifically that I would have. I certainly would have informed my superiors that we had an inspection and everything looked great.
Q. Do you know if DNR ever reviewed any MSDSs or technical data sheets for chemicals used at the

Page 102

paper mill?
A. I don't know that.
Q. When I say MSDS or technical data sheet, are those words that you understood?
A. Yes.
Q. And what did you understand those to mean?
A. The MSDSs is the description of the material being used and any cautions or potential contaminants.
Q. Is the MSDS a document that you used during your work at the Rhinelander paper mill?
A. Yes, to some extent.
Q. Okay. Where were MSDSs stored at the Rhinelander paper mill when you worked there?
A. If they were involved in the wastewater treatment plant, it was a polymer, for instance, I would have stored them. If it was for the paper making process, they would have been stored somewhere in technical or someplace else.
Q. Okay. If you had questions about chemicals being used on the paper side of this operation, did you ever consult the MSDSs?
A. I don't recall that I did. It would be more likely that I would have talked directly to one of the paper makers.

Page 103

Q. Okay. If an MSDS contained warnings related to the wastewater treatment plant, would you have had those in your possession at the treatment plant?
A. Well, if there were some, they wouldn't have been at the treatment plant because my office was not at the treatment plant, so they would have been in my office, but I doubt it. I don't -- I don't -- hmm.
No, I don't think so. I can't think of a case where I would have had -- where that would have been an issue or that I would have had the MSDS.
Q. Whose job was it at the mill to make sure that warnings contained in MSDSs were communicated to those individuals that needed to have that information?
A. Probably technical. They probably would have been the people that reviewed the MSDSs.
But here, again, we didn't have a bleaching process, we didn't -- we didn't use any abnormal chemicals as far as we knew. There was really -- it's a -- from our standpoint, it was a very clean product that we produced.
Q. Okay.
A. There were no issues.
Q. And when you say we didn't use any abnormal chemicals, what do you mean by that?

Page 104

A. There was nothing, as far as I knew, that was out of the ordinary that was used.
Q. Okay. And that -- maybe I just don't understand you. Like, how would you become educated if you were using something that was out of the ordinary?
A. Yeah, I wouldn't.
Q. Okay. But don't you think that somebody should be responsible for telling you if there's a product in use at the paper mill that has the potential to impact your job in the wastewater treatment plant?
A. They would have.
Q. And that would have been somebody from the technical department?
A. Yes.
Q. Like Mr. Catchco, who we discussed earlier?
A. Probably.
Q. And Mr. Sweitzer?
A. Perhaps, yeah.
Q. Anybody else?
A. Anybody else in technical that would have been reviewing the sheets and raised an alarm.
Q. Okay.
A. I mean, there were other -- other people doing that.

Page 105

Q. Let's take a quick detour from this document from Wausau 20002905, which I don't remember if I said it, but we're going to attach that as Exhibit 3.
That document in front of you, we're going to put a sticker on it that says Exhibit 3. And don't leave with it because we're going to put it in his folder. Okay? Mr. Hansen.
A. So I need a sticker?
Q. We're going to get one for you, but just not yet.
[Exhibit 3 marked for identification.]
BY MR. CVITANOVIC:
Q. I'm going to pass down some documents, 3M_Rougeau_401687 and it goes to 1694.
Guy, can you take one copy off the top, which we're going to attach as Exhibit Number 4, and pass that down.
[Exhibit 4 marked for identification.]
BY MR. CVITANOVIC:
Q. Can you tell me what type of document this is that we've labeled as Exhibit Number 4?
A. It appears to be a description of a chemical that was used -- a product that was used, I guess I'll say, in the paper machine.

Page 106

Q. Okay. So it's an MSDS, right? Do you see at the top left --
A. I don't see that it says that -- oh, yes, material data safety sheet. Okay. Yep.
Q. Okay. And do you see that it looks like it comes from 3M?
A. Yes.
Q. And do you see that it has a copyright date of 2001, that first big block of text at the top?
A. Yes, copyright 2001.
Q. And moving down another couple inches, do you see that it relates to a tradename for a product called FC807 Scotchban paper protector?
A. Yes.
Q. Okay. And do you see that it has an issue date of November 28th, 2001?
A. Yes.
Q. Do you know if you saw an MSDS for Scotchban while you worked at the paper mill?
A. Boy, not in my recollection.
Q. Okay. Had you ever heard the word Scotchban before?
A. Not to my recollection.
Q. Have you ever heard, just in general, anything regarding Scotchban or Scotchgard or anything

Page 107

that sounds like that?
A. Not to my recollection.
Q. Okay. Do you see the ingredient list on this product?
A. Yes.
Q. Do you see that it refers to organic fluoro chemicals?
A. Residual organic fluoro chemicals, yes.
Q. What does that mean to you?
MS. SCHWARZ: Objection to form.
A. Fluoro chemicals? Just based on what I've read in the newspaper, fluoro chemicals might be relating to what we've been talking about.
BY MR. CVITANOVIC:
Q. Okay. Were fluoro chemicals something that you were concerned with at the wastewater treatment plant while you worked at the mill?
A. No, I wouldn't have any idea any knowledge of it.
Q. Okay. What about any kind of fluorinated chemicals or fluorine?
A. No, not something I would have known about or been concerned about.
Q. Does fluorine have an effect -- oh, I'm sorry. I cut you off.

Page 108

A. What's interesting is there's a zero here as far as how much is there, and then it's net less than one, as far as a percent.
Q. Do any of the other ingredients, other than water, have any special significance to you?
A. No.
Q. Okay. Do you know where -- and I'm actually going to look at Paragraph 3 where it says fire and explosion hazard data.
A. Okay.
Q. Do you --
A. Wait, wait, I'm not there. Three. Okay. Yep.
Q. Do you know where products like this having similar fire and explosion hazard data would have been stored at the paper mill?
A. Stored? No.
Q. Okay. I'm going to turn to --
A. This had a fire and explosion hazard?
Q. Well, it's got a section on fire, explosion, and hazard data.
Do you see that?
A. Yeah.
Q. In your role in the environmental department, would you have any need or obligation to

Page 109

review fire and explosion data to make sure that chemicals at the mill were properly stored?
A. No.
Q. Okay. Whose role would that have been?
A. Probably my supervisor.
Q. Okay. Mr. Neis?
A. Probably. Or engineering, perhaps.
Q. Who was in charge of engineering while you were at the mill?
A. I can see him. Al Davis.
Q. Al Davis. Okay.
A. And I'm not sure it would have been -- fall in their -- well, I don't know. I'm just speculating.
MS. SCHWARZ: Don't speculate, Mr. Hansen.
THE WITNESS: Okay. Pardon me.
BY MR. CVITANOVIC:
Q. Let's turn real quickly to Section 5 that relates to environmental information.
Do you see where it has a section related to recommended disposal?
A. Yes.
Q. Do you see what it says there?
A. Yes.
Q. What does it say?

A. Incinerate in a permitted hazardous waste incinerator, combustion products will include HF.
Q. Do you know what that means?
A. I would say it's hydrogen fluoride, but I'm not positive.
Q. Okay. Do you recall incinerating any products from the paper mill for disposal?
A. I certainly wouldn't have been responsible for incinerating any, and I don't remember anybody else incinerating any.
Q. Okay. Based on this recommended disposal guidance, would this have been appropriate to allow to go to the wastewater treatment plant?
MS. SCHWARZ: Objection to form. You can respond.
A. I suspect so. It doesn't -- had I looked at this, even if I had access to it, I wouldn't have any knowledge as to why it wouldn't be acceptable.
BY MR. CVITANOVIC:
Q. Okay. That warning listed there wouldn't have suggested to you that it shouldn't go to the wastewater treatment plant?
A. That -- you said incinerate a waste product? Is that what you're asking?
Q. Well, that you incinerate specifically



Scotchban FC807.
A. Hmm. Yeah, probably -- "recommended disposal," that probably -- that may have raised an alarm.
Q. Okay. If it raised an alarm, who do you think would have to be involved in investigating that alarm during the time you were working at the paper mill?
A. Well, we're assuming a lot here. If I would have read the MSDS and seen the proper disposal, I may have raised -- I could have raised the alarm, but I didn't -- I wouldn't have reviewed this MSDS.
Q. Because there was no process in place to make sure that the wastewater treatment plant had an understanding of which chemicals were used in the paper making process; isn't that right?
MS. SCHWARZ: Objection to form. Misstates his testimony. Go ahead, Mr. Hansen.
A. Not that I remember.
BY MR. CVITANOVIC:
Q. Okay. Was there a policy or a process in place at the mill to make sure that individuals received MSDSs that could impact their work?
A. Not to -- well, here, again, if it relates to the wastewater treatment, yes. And I -- I don't



know.
Q. Well, let's look.
Isn't there -- there's a section there that says environmental data that discusses chemical oxygen demand and biological oxygen demand.
Do you see that?
A. Yes.
Q. Doesn't that relate to your work?
A. Yes.
Q. So why wasn't this routed to your section?
A. That wouldn't have raised any alarms at all. There were other products that we -- that had a significant BOD and COD.
Q. Okay. But there was no process in place to review this document to assess the environmental data and routed to you in any event?
A. Not to my recollection.
Q. Okay. Let's turn to Page 4.
A. Here, again, it's a long time ago.
Q. Do you see where it says "other environmental information"?
A. Other environmental information, yes.
Q. Can you read that sentence to me?
A. This product contains one or more organic fluorochemicals that have the potential to resist



degradation and persist in the environment.
Q. Had you read that sentence before today?
A. No.
Q. Is that new information to you, as you sit here now?
A. This -- this specific statement is new, yes. It relates to reports in the paper, of course, but --
Q. That's consistent with what you read in the newspaper?
A. It relates to it.
Q. In that -- it relates to it in that it's been alleged and the newspaper has reported that chemicals -- persistent chemicals have been found in people's well water in the township of Stella?
A. Yes.
MS. SCHWARZ: Objection to form. Take a pause before your answer --
THE WITNESS: Pause.
MS. SCHWARZ: -- but go ahead, you can answer.
BY MR. CVITANOVIC:
Q. And you understand that when it says that a product resists degradation and persists in the environment, that if you put it into a potato field, it

Page 114

has the potential to exist there for a long time?
MS. SCHWARZ: Objection to form. You can respond.
A. Potentially, yes.
BY MR. CVITANOVIC:
Q. That's what this statement is intended to convey, right?
MS. SCHWARZ: Objection to form.
A. Apparently.
BY MR. CVITANOVIC:
Q. If you had any questions about this warning -- well, let me back up because I know you didn't see this document.
If you had any questions about an MSDS from 3M Company at the time that you worked at the mill, did you have a contact at 3M that you could reach out to?
A. No.
Q. If you had questions about any product that you were using at the mill, based on your review of the MSDS, what would be the mechanism by which you would take that question to the supplier?
A. I would go up through my -- through supervision, through Jerry and technical.
Q. Was there a process in place to do that?
MS. SCHWARZ: Objection to form. Go

Page 115

ahead.
A. Is there a formal process? No. We -- communication was pretty open in the paper mill, so if there was something -- if there was an objection, it would have been -- I could have gone to anybody I wanted to and they would have listened to me.
BY MR. CVITANOVIC:
Q. Okay. Was there any documentation or -- was there any documented process for raising these kinds of questions?
A. Not to my knowledge.
Q. Was there -- was there any regular chemical review process where the mill reviewed chemicals in use at the mill?
A. Certainly.
Q. And who was involved in that?
A. That would have been technical.
Q. So you weren't involved in that process?
A. In the chemicals that would be used in the paper making process? Not to my recollection.
Q. Okay. So even to the extent that those chemicals could have had an impact on your work in the wastewater treatment plant, you were not, as you recall, involved in the chemical review process?
A. No. In -- no.

Page 116

Q. I'm going to turn to -- if you look at the bottom, there's some numbers. I'm going to turn to the one that has 1693 on it.
Do you see the paragraph that says other health hazard information?
A. Yes.
Q. Actually, do you see -- above that, do you see where it says reproductive development toxins?
A. Yes.
Q. And what does it say there?
A. Warning, contains a chemical which can cause birth defects.
And then there's a number reference.
Q. Prior to today, had you read that information concerning the Scotchban product?
A. No.
Q. What about the paragraph that says other health hazard information? Do you see where it says a product toxicity summary is available?
A. Yes.
Q. And is it safe to assume that you've not seen a product toxicity summary sheet for Scotchban?
A. Yes.
Q. Do you see the paragraph just below that?
A. Yes.

Page 117

Q. Can you read that out loud for me?
A. "This product contains one or more organic fluorochemicals that have the potential to be absorbed and remain in the body for long periods of time, either as the parent molecule or as metabolites, and may accumulate with repeated exposure. There are no known health effects from anticipated exposure to these organic fluorochemicals when used as intended and instructed."
Shall I go on?
Q. Sure.
A. "The presence of organic fluorochemicals in the blood of the general population and subpopulation, such as workers, has been published dating back to the 1970s. 3M epidemiological studies of its own workers indicates no adverse effects." Isopropyl potentiate -- "isopropyl potentiate, the toxicity of the chlorinated hydrocarbons," and then there is a chemical name or two.
Q. Had you read that other health hazard information prior to today?
A. No.
Q. Was any of that information new information to you?
A. Right now?

Q. Correct.
MS. SCHWARZ: Objection to form.
A. Yes.
BY MR. CVITANOVIC:
Q. What was new?
A. Well, a fair amount of it. The molecule or metabolites, no known health effects from anticipated exposure, and analyses from the workers shows no adverse effects. I haven't seen any of that.
Q. Okay.
A. I haven't seen -- yeah. So the only part that sounds familiar is the first part, which has been reported in the media.
Q. Okay. About the remaining in the body for long periods of time?
A. That it has a negative health effect. I don't remember about the retaining in the body.
Q. Is this a type of warning that should have been routed to you when you were working at the wastewater treatment plant?
MS. SCHWARZ: Objection to form.
A. Well, potentially, although it documents no health effects. So it wouldn't be my -- it wouldn't be up to me to determine if this should be used or not.
BY MR. CVITANOVIC:



Q. Okay. But we had discussed earlier some of the paper making process and some of the -- the waste streams generated from that process, right?
A. Uh-huh. Yes.
Q. And it was your understanding at the time while you were working at the mill that some of those liquid waste streams from the paper making process, certain suspended solids from that process, would make their way to the wastewater treatment plant?
A. Yes.
Q. And so you had to understand that chemicals in use at the mill had the potential to end up in your effluent, correct?
MS. SCHWARZ: Objection to form. You can respond.
A. Yes, after treatment.
BY MR. CVITANOVIC:
Q. And you had to know that waste streams from the mill had to end up in your solid waste products, including your sludge?
MS. SCHWARZ: Objection to form.
A. Either the fiber cake or the effluent.
BY MR. CVITANOVIC:
Q. Correct.
A. Those are the only two places.



Q. If it came from the mill, it either went into the Wisconsin River or it went into the fiber cake?
A. Right. Correct.
Q. Okay. Based on that, it was a logical certainty that this product, if used at the mill, would end up in your wastewater treatment plant and in your waste streams?
MS. SCHWARZ: Objection to form. Go ahead.
A. It would end up in the wastewater treatment plant, but not necessarily in the fiber cake or the effluent.
So we had this -- very likely would have gone to secondary wastewater treatment plant, which is a biological treatment, which should have the potential for treating this or removing it.
BY MR. CVITANOVIC:
Q. Tell me about that. What's the basis for your belief that the biological treatment would have treated these fluorochemicals?
A. Well, not knowing anything about the fluorochemicals, if there was a chemical there, the biological treatment could have transformed it into something else or broken it down into innocuous



compounds.
Q. Okay. Other than the biological treatment of the wastewater treatment plant, was there any other treatment that could have, in your mind, affected the presence of fluorochemicals?
A. Any other treatment that could have affected the presence of fluorochemicals? I -- no, I'm not aware of other treatments.
Q. Okay. I want to turn to the last page, 1694. In the middle of that first paragraph, it says, "user was responsible for determining whether the 3M product is fit for a particular purpose and suitable for user's methods of use or application."
Do you see that in the middle?
A. Yes.
Q. Who at the paper mill would have been responsible for adhering to that guidance during the time you worked there?
A. Somebody in the paper making process, very likely technical, I would -- I would think.
Did that answer the question?
Q. Well, I'm going to have a follow-up based on the way you answered.
If I wanted to depose those people, too, what would their names be?

Page 122

A. Well, here, again, I'm not sure specifically. There would be various people that would be involved in reviewing MSDSs and chemicals that would be used in the paper making process.

But either Bob Sweitzer or John Catchco would be -- would be supervising that. But there are a handful of other people that would be involved, and I don't remember all of their names.

Q. Okay. It's not a memory test.

Did you ever tell any farmers which chemicals were being used at the paper mill?

MS. SCHWARZ: Objection to form. Go ahead.

A. No.

BY MR. CVITANOVIC:

Q. Do you --

A. First of all, I wouldn't know.

Q. Did any farmers ever ask you which chemicals were being used at the paper mill?

A. Not to my knowledge.

Q. Did anybody in the community ask you which chemicals were being used at the paper mill?

A. No. Not to my knowledge. And we had the chemical analysis for what we -- we knew what chemicals were in our product from a priority pollutant analysis,

Page 123

so -- and we were open with that. And we -- we presented our fiber cake as a very clean and, you know, positive reuse of a product.

Q. Okay. But that priority pollutant list didn't include any fluorochemicals on it?

A. No.

Q. And it didn't include the degradation product of any of those fluorochemicals?

MS. SCHWARZ: Objection to form.

A. I -- not knowing what all the degradation products might be, I -- no.

BY MR. CVITANOVIC:

Q. It didn't include PFOA?

A. No.

Q. It didn't include PFOS?

A. No.

Q. And now you understand that that priority pollutant list wasn't an exhaustive list of chemicals, right?

MS. SCHWARZ: Objection to form.

A. Yeah, there are lots of chemicals in the world.

BY MR. CVITANOVIC:

Q. Okay. Did -- that priority pollutant list was a list what was developed by DNR for those lists

Page 124

that were most likely to be a problem in effluent, right?

MS. SCHWARZ: Again, objection to form. If you know.

A. Yeah -- yes.

BY MR. CVITANOVIC:

Q. Yeah, I mean, it's if you know, but you worked 20 years at DNR, right?

A. Yeah. Yes.

Q. You're in a good position to know.

So -- and you understood that there were chemicals that weren't on the priority pollutant list that had the potential to be problems?

MS. SCHWARZ: Objection to form.

A. No, not necessarily. That list very likely came from EPA. And we're trusting other chemists and people that were much more knowledgeable than we were about what the concerns might be.

BY MR. CVITANOVIC:

Q. But those priority pollutant lists, those are developed to be used across wastewater treatment plants in the whole country, correct?

A. As far as I know, yes.

Q. And then as to DNR, to the extent that DNR takes the list from EPA, that's supposed to be applied

Page 125

for wastewater treatment plants throughout the state?

A. Very probably, yes.

Q. But if a -- if a -- an emitter, if somebody who's emitting waste, has a particular reason to know that their pollution stream might be unique, don't you agree that they would be in the best position to know the uniqueness of their stream and which chemicals should be tested for?

MS. SCHWARZ: Objection to form.

A. Unique -- no, I -- there would be no reason to suspect that our effluent was unique other than that the fact that it was higher quality than normal.

BY MR. CVITANOVIC:

Q. Okay. Well, as you sit here today, in 2025, having read the newspaper articles and become aware of the lawsuit filed by the people who live around Lake Snowden, do you agree with me now that the waste streams from this specialty paper mill were unique in that they contained fluorochemicals?

MS. SCHWARZ: Objection to form.

A. From what I read, it's not at all unique. The fluorochemicals are persistent in the environment from all sorts of sources, so it's not unique at all.

BY MR. CVITANOVIC:

Page 126

Q. What do you mean by that?
A. Apparently, it's widely used in fire suppression and other places.
Q. Where did you gain an understanding that fluorochemicals are widely used in fire suppression?
A. Newspaper.
Q. Okay. Have you ever seen fluorochemicals used in fire suppression around the town of Stella?
A. I have never seen any fire suppression around the town of Stella, and I wouldn't know if -- what was in the fire suppression material anyway.
Q. Okay. As you sit here today -- well, let me ask you, have you read in any of the newspaper articles that the contamination in Stella is the highest in the State of Wisconsin?
A. I've read that it's some of the highest, yes.
Q. Okay. Did you read that it's some of the highest in the country?
A. No, not necessarily. In the country? United States?
Q. This country, yes.
A. I don't think so.
Q. Okay. Had you read anywhere that the contamination in the town of Stella is in some wells

Page 127

10,000 times the maximum contaminant limit set by the EPA for those chemicals?
A. I've read that it's above the contaminant levels. The specific concentration, I don't remember.
Q. Okay. Does that -- would that surprise you?
MS. SCHWARZ: Objection to form.
A. Would it surprise me that it's 10,000 times?
BY MR. CVITANOVIC:
Q. Yes.
A. Yes.
Q. And why would it surprise you?
MS. SCHWARZ: Same objection.
A. Because that's a very high concentration.
BY MR. CVITANOVIC:
Q. I agree.
And you haven't -- based on these newspaper articles and allegations that the paper mill was responsible for the contamination, you didn't ever undertake any independent review of the DNR database to see what the basis of those allegations were?
A. No.
Q. Okay. I mean -- so earlier you testified you hadn't seen the DNR's issuance of the responsible

Page 128

party letters, right?
A. Right.
Q. And so you didn't see the 3,000-page EPA report where they tested all the locations where land spreading occurred and compared it to a controlled area where land spreading from the mill didn't occur, and determined to a scientific certainty that the land application of sludge was the cause of the contamination in Stella?
MS. SCHWARZ: Objection to form. To the extent you understood that --
A. I -- I haven't seen it and I didn't know it existed, as far as that goes.
BY MR. CVITANOVIC:
Q. Okay. You didn't read that EPA document?
A. No.
Q. Okay.
A. I didn't see it or read it.
Q. Let me pass another document to you.
[Exhibit 5 marked for identification.]
BY MR. CVITANOVIC:
Q. So this is going to be a three-page document. It's got two Bates labels on it. One is 3MN01236780. It goes on for three pages. There's another 3M Bates label underneath. A February 22nd

Page 129

letter -- February 22nd, 1999, letter to William J. Vancos.
I'm going to pass this stack of papers to you. Take the one turned sideways, which we're going to label as Exhibit Number 5, and pass the rest down to your attorneys.
A. So I take the one with the label?
Q. Yes.
Do you see the name William Vancos?
A. I do.
Q. Who is that?
A. He was in HR at the paper mill.
Q. Okay. When's the last time you spoke to Mr. Vancos?
A. Yesterday.
Q. What'd you talk to him about?
A. Putting up displays at the park for the lights display during Christmas.
Q. Okay. Did you tell him you were coming to be deposed today?
A. I did not.
Q. Okay. Does he know you're being deposed?
A. No.
Q. And what was his -- his role at the paper mill with respect to labor relations?

Page 130

A. He was -- well, he had a supervisor, but Bill was the main driver for relations, and he did a great job.
Q. Okay. Was there a union at the mill?
A. Yes.
Q. Is there still a union at the mill?
A. Yes, as far as I know.
Q. Let me ask it this way, during the entire time that you were working at the mill, was there a union?
A. Yes.
Q. Okay. Were you a part of the union?
A. No. No, not allowed.
Q. Because you were management?
A. Right.
Q. Okay. Do you see the address there listed, the 515 West Davenport Street?
A. Yes.
Q. That's the Rhinelander paper mill?
A. Yes. Wausau -- yes.
Q. Okay. Yeah, at the time, it was owned by Wausau Paper?
A. Yes.
Q. Okay. In 1999, you were working at the mill?

Page 131

A. Yes.
Q. Okay. You can take as long as you need, and you tell me if you would like to read the whole thing from cover to cover, but I just had a few questions that I'm going to jump through, if that works for you.
Do you see the last paragraph on the first page?
A. Yes.
[redacted]

Page 132

[redacted].
Q. Has anybody told you that?
A. No.
Q. Okay. Have you read any studies related

Page 133

to fluorochemicals and their response to biological treatment?
A. No.
Q. Did you -- in your role at the wastewater treatment plant, did you -- was it part of your practice to keep up to speed on scholarly studies related to wastewater treatment?
MS. SCHWARZ: Objection to form. Go ahead.
A. Scholarly studies? To some extent. Scholarly might be a stretch, but there's --
BY MR. CVITANOVIC:
Q. Academic publications, maybe.
A. Okay.
Q. Academic publications -- did you read academic publications related to wastewater?
A. Somewhat, yeah. Something that might be published in a journal or something.
Q. Okay. Did you subscribe to any journals while you were at the mill?
A. Not to my recollection.
Q. Okay. Were there any third-party sources for information that you would have followed, like Wisconsin Paper Council or American Chemistry Association or anything like that, that would have

Page 134

provided or been a source of information for you during your work at the mill?

A. Not regularly. I might have seen an article produced by one of them or something, but I wouldn't have regularly reviewed their publications.

[redacted]

Page 135

[redacted]

Page 136

[redacted]

Page 137

[redacted]

Page 138

[redacted]

[redacted]

[redacted]

[redacted]

Page 142

[redacted]

[redacted]

BY MR. CVITANOVIC:
Q. Okay. Because your goal in the environmental department is primarily the management of the wastewater treatment plants, right?
A. Yes.
Q. To ensure that your effluent meets DNR minimum requirements; correct?
A. Yes.
Q. To make sure that your sludge meets DNR minimum requirements; correct?
A. Yes.
MS. SCHWARZ: Objection to form. Go ahead.
BY MR. CVITANOVIC:
Q. But also to -- to use best environmental management practice to exceed those minimums where possible?
A. Yes.
Q. Because you wanted to protect the environment?
A. Yes.
Q. You wanted to protect the community?
A. Yes. Uh-huh.

Page 144

Q. You didn't want to do any harm to the farmers whose fields you were applying sludge to?
A. Certainly, yes.
Q. And for you to be able to do your job, don't you think it would have been helpful if someone had communicated to you the warnings communicated by 3M to the mill?
MS. SCHWARZ: Objection to form.
A. Very likely.
BY MR. CVITANOVIC:
Q. That would have been helpful?
A. Yes.
Q. And who is the person at the mill who has ultimate authority and responsibility for making sure that you in your position in the environmental department were aware of the risks involved in the products being used?
MS. SCHWARZ: Objection to form.
A. I'm not sure exactly who that would have been. I mean, responsibility proceeds up the line of supervision.
BY MR. CVITANOVIC:
[redacted]

Page 145

[redacted]

Q. Okay. Were there any consultants that the mill used to help them evaluate the safety of the mill's operations?
MS. SCHWARZ: Objection to form.
A. Yeah, that's a question for Bill. I -- that's a safety concern. Although, Bill's office was 20 steps from mine and we talked. So what's the question again specifically? I lost my focus.
BY MR. CVITANOVIC:
Q. Yeah, that happens to me, too.

Page 146

I -- so I was curious because Bill was involved in human resources, involved in managing employees, if the mill engaged any outside safety consultants to assist in that process.
A. I'm not sure. Yeah, ask Bill if -- well, hopefully you're not going to talk to him.
Q. You're a good friend.
A. I suspect -- I'll just speculate.
MS. SCHWARZ: Don't speculate, Mr. Hansen --
THE WITNESS: Don't speculate. Okay.
MS. SCHWARZ: -- please.
A. Bill would have -- Bill is addressing this from an employee safety standpoint, mainly.
BY MR. CVITANOVIC:
Q. Correct.
A. That's why it would have been brought to his attention.
Q. Yeah. And I'm -- overall, I'm curious with how the information moves within the mill. So I've asked you earlier about how MSDSs would be communicated around the mill. We're looking now at a memo where some fairly specific warnings are directed to Mr. Vancos, and I'm trying to understand the flow of information within the mill.

Page 147

And if I'm understanding your prior testimony correctly, there was really no formal process to make sure that different departments communicated with each other?
A. Not to my recollection. We're not a big -- not a big mill.
Q. 600 employees, right?
A. It was.
Q. When you were working there?
A. Yeah.
MS. SCHWARZ: Is this a good time to break, Andrew?
MR. CVITANOVIC: For me?
MS. SCHWARZ: In general.
MR. CVITANOVIC: It's not great.
MS. SCHWARZ: Are you a natural breaking point?
MR. CVITANOVIC: Well, I was going to go back to Exhibit Number 3. We took a digression --
MS. SCHWARZ: Okay.
MR. CVITANOVIC: -- but I can stop. I don't want to push anybody to do something they don't want to do.
THE WITNESS: Well, let's get done with that one.

Page 148

BY MR. CVITANOVIC:
Q. Okay.
MS. SCHWARZ: Okay.
A. Wait a minute, that's not the advice I got prior to this.
MS. SCHWARZ: It's okay. It's okay. You're learning. Let's finish that one up, 3 --
MR. CVITANOVIC: Okay.
MS. SCHWARZ: -- and then we'll take a break.
BY MR. CVITANOVIC:
Q. And this is not actually going to take very long, so I'll -- I'm going to turn back --
A. I do have a consultant here that's -- I should be listening to --
MS. SCHWARZ: That's right.
THE WITNESS: Do we want a break?
MS. SCHWARZ: No. No, we can finish this up.
THE WITNESS: Okay.
BY MR. CVITANOVIC:
Q. So Exhibit Number 3 was that document we looked at before, the subject, landing spreading management plan.
And do me a favor. These documents are in

Page 149

order. And when we give them to the court reporter, we want them to stay in order.
A. Yeah, I'm trying to maintain that.
Q. And I'm turning to Page 3 in that plan where it talks about fiber cake application rates.
A. Okay. Just a second. I just violated the -- okay.
Q. And do you see that first sentence where it says, "fiber cake application rates will be based on nitrogen availability matched with crop and needs, but will not exceed 20 dry tons an acre"?
A. All right. You've got to get me back to where I am here.
Q. Oh, so I'm on Page 3. So I started off with --
A. Page 3.
Q. -- Exhibit 3, which has this cover page. (Indicating.)
A. Okay.
Q. If you turn into the actual land spreading management plan --
A. Okay. Yep.
Q. -- I've turned to Page 3 of that document.
A. Okay. Got it. Thank you.
Q. And I'm looking at Paragraph 1 of the

Page 150

section titled fiber cake application rates --
A. Right.
Q. -- sentence one.
Have you read that?
A. Yes.
Q. And so I want to make sure I'm understanding this correctly, first of all.
What is 20 dry tons per acre?
A. So we dry the fiber cake sample. It's just a chemical process. It's wet. Measurements are dry.
Q. Okay.
A. So the sample is dried and then evaluated -- pardon me -- and the calculation is based on that.
Q. Okay. And is that -- 20 dry tons an acre, is that consistent with what was ultimately applied in the potato fields?
A. To the best of my knowledge, yes.
Q. Okay.
A. Yes.
Q. Is there a wet ton that -- is there wet tons that you would have also used?
A. We wouldn't have used it because the moisture content of the fiber cake could vary, so we

Page 151

would base it on dry tons because that's the way you base analysis of nitrogen or whatever else might be in a fiber cake is based on dry weight.
Q. And when you were evaluating the fields to spread it on, this was the primary driver of the volume of sludge applied, correct?
A. The primary driver would be the crop that's going to be growing. A different crop would require a different application rate.
Q. That's a -- that's a good response to a bad question. I appreciate that.
The nitrogen availability matched with the crop needs would be the driver of the application rate?
A. Correct.
Q. And no consideration was made to fluorochemicals and application rates?
MS. SCHWARZ: Objection to form.
A. No consideration?
BY MR. CVITANOVIC:
Q. Yeah.
A. No. No, we would have no knowledge of it whatsoever.
Q. Okay. And when you say we, you mean you personally?
A. Me personally and anybody else involved

Page 152

with -- as far as I know -- with the environmental program --
Q. Okay.
A. -- or a consultant or anybody.
Q. And on Page 6, I'm turning ahead a little bit to the section titled monitoring.
Do you see that section?
A. Yes.
Q. And do you see what it says about samples of fiber cake will be analyzed quarterly for percent solids total -- a word that I don't know how to say --
A. Kjeldahl.
Q. -- total Kjeldahl nitrogen, zinc, copper, and chloride?
A. Yes.
Q. And then a priority pollutant scan, including dioxins, TCDD, and TCDF will be performed on a representative fiber cake sample 18 months prior to the expiration of the WPDES permit?
A. Correct.
Q. Is that the same priority pollutant scan we talked about earlier?
A. Yes. Yes.
Q. So I just want to make sure I'm clear on this.

Page 153

You do a priority pollutant scan of your water at the effluent from the mill?
A. Yes.
Q. And you also did a priority pollutant scan of your sludge?
A. Yes.
Q. Is it -- you remember that?
A. I don't remember it, but it says we did.
Q. Okay. Well, just let me know if it's something that you don't remember or if you're -- you know, think it's something that's more likely true or not, because I like to gauge the -- you know, the strength of your response.
A. No, if we said we were going to do it, we did it.
Q. Okay.
A. I can specifically remember sampling for the effluent, but I don't specifically remember sampling for fiber cake. But --
Q. But they were --
A. And it's conceivable that our lab tech prepared the sample. I'm not sure.
Q. But there were mechanisms in place to test the sludge itself, right?
A. Yes.

Page 154

Q. And what were the --
A. The sludge itself, that's what we're talking about here.
Q. Correct. Yeah.
And what was the mechanism by which you could test the sludge itself?
A. We would take a -- the mechanism? We would take a sample, very likely some sort of a composite sample, hopefully, and analyze it for these materials here, in addition to regular testing for percent solids and so on.
But these were quarterly samples because these were material in the fiber cake that may be of some concern if they were too high.
Q. And as you sit here today, do you have any specific recollection of any testing that was done on the sludge itself?
A. On the sludge itself? That would be this.
Q. Yeah. And do you have any specific recollection of ever having done that?
A. I didn't do the testing.
Q. Okay. Turning quickly to Page 7, there's a list of land spreading sites.
Do you see that?
A. Yes.

Page 155

Q. And it shows some farmers there?
A. Yes.
Q. Tom and Jerry Kuczmarski, Golden Acres?
A. Yes.
Q. Do you see Sowinski Farms?
A. Yes.
Q. Do you see UW Farms?
A. Yes.
Q. I think we -- we talked about Tom and Jerry, we talked about UW. Who is Sowinski?
A. Sowinski was another potato farmer in the area. His main operation was further up towards Three Lakes, but they had fields in the Starks area.
Q. Okay. And this would be a list of all of the fields where you applied sludge in 1995?
A. It's a potential list. I doubt that we would have gotten through all of those fields in 1995. This is a -- this is a plan. These are land spreading sites. So we wouldn't have done it all in 1995. I doubt we would have, anyway.
Q. This was in your proposal?
A. Right.
Q. These were your approved sites?
A. This -- they were either approved or were seeking approval in this -- in this plan.

Page 156

Q. Good clarification. Thank you. That makes sense.
Are these three landowners, landowners that you regularly applied sludge to during your -- excuse me.
Are these three landowners owners of land where sludge was regularly applied during your employment at the paper mill?
A. Not Sowinski so much, although it's 147 acres, but the other ones were more -- we would apply more commonly on them. If you see the UW Farm, the acreages are much smaller, but we did apply to both Kuczmarski and UW Farm regularly, if that's the question.
Q. And where is UW Farms located in relation to Snowden Lake?
A. That would be -- the farm is east of Snowden Lake.
Q. Okay. And where --
A. East and somewhat southeast.
Q. Okay. And where is Kuczmarski located in relation to the Stella town hall?
A. To the town hall? They had fields mostly west of the town hall and I think, as I remember, fields north of the town -- northeast of the town hall. That's -- that's what I recollect.

Page 157

Q. Okay. Well, we're finished with that document.
A. Okay.
Q. And I think we are probably at a good stopping point if you'll allow us.
A. So this one is -- this is one entire document, if I'm going to try and keep these separate?
Q. Correct. Yes.
A. Okay.
Q. Can we take a break now?
A. Yeah, suits me.
Q. Okay.
THE VIDEOGRAPHER: Going off the record at 12:22 PM.
[A recess was taken.]
THE VIDEOGRAPHER: And we are back on the record at 1:02.
BY MR. CVITANOVIC:
Q. All right. Mr. Hansen, before the break, we talked about -- we went over a document -- a couple of documents related to 3M from 1999 and 2001.
Do you remember that?
A. Yes.
Q. And I understood you hadn't seen those before, but I want to ask you just one more set of

Page 158

questions about another document. I'm going to pass you this whole stack. One I want to you to keep, the others I want you to pass down the table. And the one you keep, we're going to put an exhibit sticker on it and we're going to call it Exhibit Number 6.

[Exhibit 6 marked for identification.]

BY MR. CVITANOVIC:

Q. Can you read the title on the document?

A. Protective chemical products division, Scotchban product protector.

Q. And do you see that designation FX-845?

A. Yes.

Q. Is that a Scotchban product that you're familiar with from your work at the mill?

A. I have no knowledge of this whatsoever.

Q. Okay. Do you see its usage?

A. Yes.

Q. And it says, "an FDA approved polymeric fluorochemical paper treatment which provides oil and water repellency to treated paper"?

A. Yes.

Q. And it says, "it's applied in the paper milling process during the size press state"?

A. Yes.

Q. Is it your understanding that the paper

Page 159

mill used fluorochemical paper treatments?

A. That's what you're telling me. I was not aware of that before.

Q. Okay. Is it something you're aware of from reading newspaper articles?

A. Yes.

Q. Okay. Do you have any reason to dispute that?

A. No.

Q. Okay.

A. It's interesting that it says FDA approved, which is a -- pretty much seal of approval.

Q. Are you familiar with that?

A. Just the fact that it -- it's -- they have a testing process, so that's what -- that's Food and Drug Administration, right, FDA?

Q. Well, it's not spelled out. I believe that that is what it refers to.

Is that something that you're familiar with from your time at the mill?

A. Not particularly. That's just general -- that's just a general process, just a --

Q. Do you know if the mill used chemicals that required FDA approval?

A. I don't know that. I just notice that

Page 160

it's FDA approved.

Q. Okay.

A. Which to me says, good.

Q. Do you know what uses they were FDA approved for?

A. No.

Q. Do you know if that FDA approval extended to the land application of these products?

A. No. I just am commenting on the fact that it's mentioned.

Q. Okay. Do you see that the -- this document relates to -- has some additional sections, excuse me, identifying its composition?

A. Composition, yes.

Q. And biodegradation?

A. Biodegradation, yes.

Q. And so biodegradation, that would be something that you would deal with in your department; correct?

A. Yes.

Q. And do you recall ever receiving any documents like this related to 3M Company chemicals and their biodegradation?

A. I don't recall that, no.

Q. Okay. Do you see the section on aquatic

Page 161

toxicity?

A. Yes.

Q. Is aquatic toxicity something that would have fallen within your area of concern at the paper mill?

A. Yes. We -- we did the priority pollutant scan on our effluent, which relates to aquatic toxicity.

Q. Do you think that if the paper making employees had documents that contained information regarding the aquatic toxicity of their products, that those should have been routed to your attention?

MS. SCHWARZ: Objection to form. Go ahead.

A. I guess it depends a little bit on what it said, but it would depend on them. That's their department.

BY MR. CVITANOVIC:

Q. And who in their department would be the one to evaluate aquatic toxicity for their chemicals and to determine if you were -- if you needed to be informed?

A. There again, I don't -- I don't know who specifically who it would be, but there was a line of progression -- line of seniority.

Page 162

Q. Okay. Do you see the section related to microbial toxicity?
A. Yes.
Q. Is that something that would have concerned your area of the operation at the Wausau paper?
A. Activated sludge respiration inhibition test? That's interesting. Probably.
Q. Did anybody from the paper making side of the company ever send any information like this to you?
A. Boy, not to my recollection.
Q. Okay. But this is something -- this contains information that would have related to your scope of work, right?
MS. SCHWARZ: Objection to form.
A. Hmm. Yes.
BY MR. CVITANOVIC:
Q. Tell me what you're thinking. What jumps out at you when you read that paragraph?
A. Well, we had an activated sludge treatment plant, so it's -- relates to that type of treatment.
Q. Okay. Was it your pattern and practice when you were working at the mill, if a document like this came to you, to review it?
A. Should have.

Page 163

Q. Do you see where it says disposal recommendation there?
A. Yes.
Q. Do you see what it says?
A. Yes.
Q. Can you read that first sentence to me?
A. "Incineration in an industrial or commercial incinerator."
[redacted]

Page 164

[redacted]

Page 165

[redacted]
MS. MILLER: Hello. Sorry. Are folks speaking? This is Amy. We have not heard anything that has happened since the lunch break ended.
MR. CVITANOVIC: Are you -- do you have the realtime?
MS. MILLER: We do have the realtime. This is how we noticed. The realtime started moving.
MR. CVITANOVIC: Okay. One second. I'm looking at it right now. So we went on the record, like, eight minutes ago. Am I reading that right? Eight or nine minutes ago?
THE VIDEOGRAPHER: Correct.
MR. CVITANOVIC: And so you guys have been getting the realtime for the last eight or nine minutes?
MS. MILLER: Yes. It was not up on my screen because I had not heard anything on the Zoom or anyone mentioning to anyone on the Zoom that we were going back on the record, but my colleague eventually saw it moving.
MR. CVITANOVIC: Okay. Why don't we -- have you caught up on the realtime to what was said?
MS. MILLER: Not yet, no.

Page 166

MR. CVITANOVIC: Why don't we just take a second, catch up on the realtime, let us know when you're ready to proceed, and then we'll get back underway.
MS. MILLER: Okay. Sounds good.
MS. SENESE: Can you hear me, Andrew?
MR. CVITANOVIC: Loud and clear.
MS. SENESE: I'm sorry, I was speaking.
MR. CVITANOVIC: Loud and clear.
MS. SENESE: Okay. Sorry. I don't have the realtime, and so the issue was that when you guys came back in the room, nobody started the video or the -- unmuted the Zoom, so we had no idea you guys were back on the record.
MS. KENDALL: I also don't have the realtime. I have not opened --
MR. CVITANOVIC: Okay. Can we get that sent to everybody? Can everybody catch up on the realtime, and then we'll take five and get back underway?
THE VIDEOGRAPHER: Going off the record at 1:14.
[A recess was taken.]
THE VIDEOGRAPHER: We are back on the record at 1:23.

Page 167

BY MR. CVITANOVIC:
Q. All right. So before we took that detour, we were talking about the disposal recommendations on this document we've attached as Exhibit 6, and we were discussing the disposition or disposal of any ash generated at the mill.
Do you remember that?
A. Yes.
[redacted]

Page 168

[redacted]

[redacted]

Page 170

[redacted]

Page 171

[redacted]

Q. Are you aware of any hazardous waste disposal of any chemicals that took place at the Rhinelander paper mill?

MS. SCHWARZ: Objection to form. Go ahead.

A. Here, again, not within my realm of responsibility, but there -- no, I don't recall knowing about disposal of hazardous waste.

BY MR. CVITANOVIC:

Q. Okay. And that's not something that you encountered, either under your personal responsibility or just through talking to people at the mill?

A. I don't remember it, no.

[Interruption by the videographer.]

BY MR. CVITANOVIC:

Q. I'm going to pass you another document, so you can set that one aside and keep it organized. I'm going to ask that you take the top of this document, which is a letter that starts, "Dear resident, town of Stella," dated June 2nd, 1995. Take one and pass to

Page 172

attorney. We're going to attach this as Exhibit Number 7.

[Exhibit 7 marked for identification.]

BY MR. CVITANOVIC:

Q. Can you just turn to the last page?

MS. SCHWARZ: Andrew, this doesn't have a Bates stamp.

MR. CVITANOVIC: Correct.

MS. SCHWARZ: Was this produced to us?

MR. CVITANOVIC: Let me see. So I haven't gotten an updated report. This apparently came from the Benzel subpoena production, which is with Baron & Budd for processing, affixing a Bates label, and production, and I understand that that is hopefully going to be done today.

MS. SCHWARZ: Okay. So I'm just going to object on the basis that we haven't received copies of this document, so let's proceed, and then we'll deal with that after the fact.

MR. CVITANOVIC: Okay.

BY MR. CVITANOVIC:

Q. So prior to the commencement of the deposition, I provided copies to counsel for Wausau Paper, a number of paper documents, and prior to this scope of questioning, I e-mailed 3M and BASF, and as I

Page 173

sit here right now, I don't know that Ahlstrom got it, but if somebody on the Zoom can forward Ahlstrom's counsel a copy of this document. We only just received it recently, so that's why it hasn't had an opportunity to be Bates-labeled and produced.

So we'll do, you know, what we can to facilitate the use of this newly received document for this deposition, but I do also want to note that this is something that came from Guy Hansen in his role as environmental supervisor for the Rhinelander Paper Company, and in all probability is in the possession and custody of Wausau Paper and its successors and interest.

MS. SCHWARZ: I appreciate it, but to our knowledge, we hadn't received this document and -- I mean, other than maybe three, four minutes before the deposition, so I'm going to make that objection for the record. Let's keep going. I don't want to hold things up.

MR. CVITANOVIC: Certainly.

BY MR. CVITANOVIC:

Q. Okay. During that conversation, did you have an opportunity to take a look at this letter?

A. Briefly.

Q. Do you see your signature on the last

Page 174

page?
A. I do.
Q. And do you recall sending out letters like this to residents in the Town of Stella?
A. I don't recall it, but it looks pretty obvious that that was the intention of this document.
Q. Do you remember having to educate the community about the land application process?
A. I don't remember specifically. We certainly talked to the farmers involved. This looks like it was cast wider than that, but I don't remember specifically.
Q. Okay. Do you see on Section 4 where it says, "where will it be spread"?
A. Uh-huh. (Nodding "yes.")
Q. It says 22 dry tons per acre?
A. Yes.
Q. Is that consistent with your recollection about how many dry tons per acre you applied?
A. Yes. And I think previously that number was used.
Q. Yeah, I think it was 20 before, right?
A. Uh-huh. (Nodding "yes.")
Q. For the --
A. 20.

Page 175

Q. Do you agree?
A. Yes.
Q. And it says you'll need about 140 acres per year?
A. Yes.
Q. Did -- did that number stay the same, that 140 acres, or did you need more acreage with time?
A. Well, we would have needed more acres because we couldn't necessarily apply on the same site every year.
Q. Okay. Turning to the next page where it says, five, "has fiber cake been tested?"
Do you see that paragraph? And take a moment to review it.
MS. KENDALL: Andrew, would you be able to forward me this document? I haven't received it.
MR. CVITANOVIC: Yes.
A. Yes, I see it. I've read it.
BY MR. CVITANOVIC:
Q. Is it -- do you see the sentence where it says, "the fiber cake has been analyzed for metals and nutrients by the University of Wisconsin soil testing research lab and was analyzed for 126 pollutants as required by the Department of Natural Resources?
A. Yes.

Page 176

Q. And that's consistent with what you testified to earlier about the priority pollutants?
A. Yes.
Q. Is that the same 126 chemicals as the priority pollutants list?
A. Yes.
Q. And it also says that you tested as required by DNR.
Is that accurate, that DNR required the testing?
A. Yes.
Q. Did you do any testing that wasn't required by DNR?
A. Well, like I said before, we would have routinely tested for solids and some other things that would have affected our application rate, but nothing of any other consequence.
Q. Okay. And other than the financial constraints that you mentioned in your earlier testimony, is there any reason that would have prevented you from testing for more than 126 pollutants?
MS. SCHWARZ: Objection to form. Go ahead.
A. Not necessarily, had we known there should be something else to be tested for.

Page 177

BY MR. CVITANOVIC:
Q. Okay. If you, in your position, had information suggesting that additional constituents should be tested for, you would have done that?
A. Certainly.
Q. Okay. And that would have been consistent with your goal in the environmental department to protect the environment, the people, the community?
A. Yes.
Q. Okay. As you sit here now with the benefit of hindsight, do you think that you were given all of the information that would have enabled you to do your job well?
MS. SCHWARZ: Objection to form. Go ahead.
A. Go ahead? I -- in hindsight, yes, I was given the information I needed at the time. I mean, we can speculate 30 years down the road, but --
BY MR. CVITANOVIC:
Q. I guess my question is, if you knew back then what's been reported in the news today about the fiber cake and the fluorochemicals back when this letter was generated, wouldn't it have been consistent with your mandate to protect the environment, to test for those chemicals?

MS. SCHWARZ: Objection to form.
THE WITNESS: Objection, what?
MS. SCHWARZ: Form. Don't worry about it.
THE WITNESS: Form. Okay.
MS. SCHWARZ: You can go ahead and respond.
A. Yeah, had I known about it.
BY MR. CVITANOVIC:
Q. Right.
A. I mean, I -- you know, I worked for DNR for 20 years, but one of the reasons I went to work for the paper mill because I actually thought I could do -- I could do more to improve the environment working for the paper mill than I could working for DNR, so it was kind of -- that's one of the reasons I went to work there in the first place. So I'm not interested in something that's going to -- that's going to harm the environment. I mean, it's just -- if we had it -- we had an excellent product, we just didn't -- you don't know what's going to turn up in the future.
Q. Certainly. And I want to make sure I understand what you're saying there.
Are you saying that you didn't know that the fluorochemicals were going to end up in the potato fields, or did you not know that the fluorochemicals



had certain risks associated with them?
MS. SCHWARZ: Objection to form.
A. I didn't -- I didn't know anything about fluorochemicals. I didn't know they were being used, I didn't know there was a risk.
BY MR. CVITANOVIC:
Q. You didn't know that they were being used at the paper mill?
A. Correct.
Q. And you didn't know that there were risks associated with them?
A. Correct.
Q. And today was the first time that you read any documents that showed that those risks were communicated to the paper mill?
MS. SCHWARZ: Objection to form.
A. Yes.
[Interruption by the reporter.]
THE VIDEOGRAPHER: Going off the record at 1:40.
[A recess was taken.]
THE VIDEOGRAPHER: And we're back on the record at 1:48.
BY MR. CVITANOVIC:
Q. Great. Mr. Hansen, before we took a



break, we were talking about the 126 pollutants tested for and identified -- excuse me, and referenced in this document. And I was asking you about other testing, and we developed some testimony, you answered some questions about ignorance of any risks communicated to the paper mill by, for example, 3M Company.
A. Correct.
Q. And actually, let's just move to section number -- in the same paragraph -- excuse me, on the same page, Section 6, "is it safe?"
Do you see that?
A. Yes.
Q. And have you had a chance during this intermission to review that paragraph?
A. Yes.
Q. Do you see where it mentions chemical analysis, detected no dioxins or PCBs?
A. Right.
Q. And we talked about dioxins earlier. What are PCBs?
A. Polychlorinated biphenyls.
Q. Is that a priority pollutant under DNR's guidance at the time?
A. I don't remember for sure.
Q. Is P --



A. Quite possibly.
Q. Are PCBs something that you became familiar with in your work at DNR?
A. Probably.
Q. Okay. And the alternative would be that you became familiar with them in your work at the paper mill, right?
A. Yes.
Q. But you don't remember one way or the other whether you learned about it earlier or later?
A. Probably at DNR, but I don't remember for sure.
Q. Do you agree with me that the knowledge available to wastewater treatment plant operators has developed over time and additional constituents of concern have been studied and identified?
A. Yes.
Q. And that at the time you were sending this letter, you appeared to be concerned about dioxins and PCBs?
A. Yes.
Q. And that at the time that you were sending this letter in 1995, at least based on one document we've looked at, the mill had information from 3M Company suggesting that certain other products should

Page 182

be incinerated?
MS. SCHWARZ: Objection to form. Go ahead, Mr. Hansen.
A. I had no knowledge of that.
BY MR. CVITANOVIC:
Q. Certainly, but the mill had knowledge, right?
MS. SCHWARZ: Objection to form.
A. Apparently.
BY MR. CVITANOVIC:
Q. If you had knowledge at the time -- let me just ask this, in your communications with the individuals who lived in the Town of Stella, did you ever identify any products that were being used by the mill in their paper making process?
A. We discussed fiber. Other than that, I don't remember -- well, and some of the nutrients. I mean, we discussed the fact that the organic -- the organic matter was basically paper fiber, and the nutrients were nitrogen and phosphorus, so that was the main topic of conversation.
Q. Okay.
A. But other than that, no.
Q. Now, I'm looking at Paragraph 11 now on the last page. What if I want to know more about this

Page 183

proposal?
And do you see the -- you direct people to call you at a number, 369-4189?
A. Yes.
Q. Is that your office number?
A. Yes.
Q. Did you receive any phone calls about this program?
A. Not to my recollection.
Q. If you did, would it have been your pattern and practice to document it in your call log?
A. Very likely.
Q. And would that have been something that was stored in your files and materials at the office?
A. Very likely.
Q. And which you would have left behind when you retired?
A. Yes.
Q. Because you didn't take it with you?
A. Right.
Q. Okay. When you'd make these call logs, do you indicate the substance of the call?
A. Yes.
Q. Do you indicate, like, if you're communicating with people about their concerns related

Page 184

to the program, would it have been your pattern and practice to notate what the inquiry was?
A. Prob -- yes.
Q. Okay.
A. As I remember. I mean, that's typically the way I do things. I would jot a note about the topic, and maybe the follow-up.
Q. Okay.
A. And usually the telephone number.
Q. Okay. In 1995, were you using e-mail at the paper mill?
A. I don't remember.
Q. Okay. Was there any other way that people would have contacted you other than phone call in 1995?
A. A phone call, a personal visit perhaps. I don't remember using e-mail.
Q. Okay.
A. I'm not typically an early adapter.
Q. And have we put a sticker on this document yet?
A. Say it again.
Q. Look on the cover page. Have we put a sticker on this document yet?
A. Yes, 7.
Q. Okay. Perfect. I wanted to make sure we

Page 185

had that identified.
I've got another document here, which fortunately has a Bates number on it, WAU020002727. And just as before, I'm going to pass you a stack. We're going to put a sticker on one, label it Exhibit 8, and we're going to pass the rest to your attorneys.
[Exhibit 8 marked for identification.]
BY MR. CVITANOVIC:
Q. Do you see any mill employees identified on this document?
A. My name appears.
Q. Anybody else?
A. Well, I didn't read it thoroughly, but I don't -- not in what I saw.
Q. And your name appears in the narrative section, right?
A. Narrative? Yes.
Q. I don't see that your e-mail was listed, was it?
A. No.
Q. How would this have come to be in the possession of the -- actually, you know what, this was -- I think you guys produced this before I made the request.
Does this document refresh your recollection

about the Kuczmarski who made some complaints?
A. John?
Q. Correct.
A. Somewhat.
Q. Did he make fairly regular complaints about the sludge?
A. Regular? He made periodic complaints. He made more than one, let me put it that way.
Q. Okay. In response to any of his complaints, did you ever undertake any testing of the sludge beyond the minimal required by DNR?
A. Testing of the sludge? No.
Q. In response to any inquiries from Mr. John Kuczmarski, did you physically inspect the Lake Snowden?
A. Physically inspect Lake Snowden?
MS. SCHWARZ: Objection to form. If you understand that, you can answer it, Mr. Hansen.
A. Yeah, I -- I don't believe I did. I don't remember inspecting Lake Snowden.
BY MR. CVITANOVIC:
Q. Okay. Because I'm looking at -- if you look at the top of Page 1, it says -- there's a reference to a bottle of gook that he collected in the lake. And I'm just curious, in response to this kind



of inquiry, would you or somebody from the paper mill have gone to Lake Snowden to investigate?
A. You know, I don't recall. I don't recall doing that. It seems like it's conceivable.
Q. Okay.
A. But the response by DNR is that it was decomposing algae, and the lake did have an algae problem.
Q. Did you ever -- did you ever have any meetings at the Rhinelander mill related to complaints from the community on the land spreading program?
A. A meeting? I'm sure Jerry and I would have talked about it. A formal meeting with the management or something, not that I recollect.
Q. Any communications with Cara Kurtenbach about the land spreading program?
A. I don't remember.
Q. Okay. Do you see on the second page where it talks about the sludge management plan requires the spreading to occur during summer months within two days, and goes on from there. And there's a section that says, there may be a technical management plan and consequently a permit violation?
A. I see that.
Q. During your time at Rhinelander paper



mill, did you ever receive any permit violation notices from DNR?
A. Well, a permit violation is kind of a technical -- an official term. I don't remember seeing -- getting an official permit violation.
So we certainly had -- we would have had a notice or two. As an example, there was a particular spot in the power plant that occasionally would get a little oil on the river, and we had to put booms out and collect that.
So we would have gotten notice and some sort of written communication about that, but that's separate. And that's another issue we worked to resolve, and did resolve it.
What's the question again?
Q. Did you ever receive any --
A. Oh.
Q. -- permit violations related to the land spreading?
A. Not that I recollect.
Q. Okay. Because under the management plan, which we discussed earlier, you had to put certain amounts of sludge on certain fields, and to spread it within a certain amount of time?
A. That was the requirement.



Q. Okay. And so if you put the sludge on the wrong field, that would be a permit violation?
A. Well, technically.
Q. Okay. And if you put the sludge in too great a quantity on the right field that would be a permit violation?
A. Technically.
Q. And if you put -- if you didn't spread the sludge out within the requisite period of time, that would also be a permit violation?
A. Technically. And the farmer was responsible for spreading, so this references a time when -- apparently, it didn't get spread --
Q. Okay.
A. -- in a correct amount of time.
Q. And you say technically. Is there any other kind of permit violation other than a technical violation?
A. Well, I say technically meaning according to the permit, technically it might have been a violation, but it wouldn't have been necessarily reported or recorded as a violation.
Q. Okay. I see what you're saying.
So it's a violation of the terms of the plan, but it wouldn't necessarily rise to the level where it

Page 190

would be a documented formal violation?
A. Correct.
Q. Okay. I think you know how this goes now, so I'm going to set that aside, maintaining our organization, and I'm going to pass you another packet.
And this is WAU20002695.
[Exhibit 9 marked for identification.]
BY MR. CVITANOVIC:
Q. Do you see the date on this document?
A. 2003.
Q. Were you working at the mill in 2003?
A. Yes.
Q. January, for sure?
A. Yes.
Q. And do you see that this is a facility contact form?
A. Yes.
Q. From DNR?
A. Yes.
Q. Is this a form you're familiar with?
A. Yes.
Q. Is this a form you're familiar with your time at DNR?
A. Yes.
Q. And is it also one that you're familiar

Page 191

with from your time at Wausau Paper?
A. Yes.
Q. Okay. Do you see the subject of the form?
A. Fiber cake spreading.
Q. Uh-huh. Do you see the WPDES permit number listed there?
A. Yes.
Q. And what is that permit number?
A. WI0003026-6.
Q. Do you know what facility that relates to?
A. I would imagine it's the Rhinelander paper mill.
Q. Okay. And do you see the subject of this contact form?
A. Well, the reference was fiber cake spreading, subject -- I don't see the subject line.
Q. Well, that's what I'm -- the regarding, yes, fiber cake spreading.
A. Uh-huh.
Q. When these facility contact forms were created by DNR, would they also be sent to the facility?
A. Not necessarily, I don't think, as I remember.
Q. Okay. Do you see that there was a call

Page 192

with some concern about nitrates?
A. Yes.
Q. In the Starks/Stella area?
A. Starks, yes.
Q. And that his nitrates in his well are high?
A. Yes.
Q. And that he expressed concern that there might be the overapplication of sludge?
A. Yes -- well, the application.
Q. Well, I say overapplication because I'm looking at the sentence where it says, "Carl asked how the department would know if they overapplied or not."
Do you see that? And it's the fourth paragraph down.
A. Oh, okay. Yes.
Q. I think Carl raises an interesting question, and I have the same one.
How would the department know if the sludge was appropriately applied?
A. Either from an inspection by themselves or we completed reports that would tell how many dry tons or whatever, whatever volume of sludge was applied per field.
Q. Okay. So there were two mechanisms? One

Page 193

was the mill itself reported what it applied, and the second was that DNR would also check?
A. They could. We also had a consultant that would monitor the application.
Q. You said they could. Did they? Did DNR check?
A. They checked -- yeah, I guess I don't know specifically what DNR did, but they -- we certainly did joint inspections at some times.
Q. Of the land spreading?
A. Yeah.
Q. Okay. Because I see in here, Steve Ohm.
Are you familiar with Steve Ohm?
A. Uh-huh. Yes.
Q. And who is he?
A. Environmental engineer at the DNR.
Q. It said that the department did not have those kinds of resources to monitor it so closely.
Do you see that?
A. Okay. Yes.
Q. Is that consistent with your understanding and appreciation of DNR's monitoring at the time?
A. Yeah, sure. They're not out there every day looking to see what we're doing.
Q. And that DNR apparently indicated that

Page 194

this is really kind of an honor system, and I'm quoting that from the document, do you see that, where it says honor system?
A. Yes.
Q. And is that consistent with your recollection of the relationship between DNR and the mill with respect to the land application process?
MS. SCHWARZ: Objection to form. You can answer.
A. Yeah, the entire permit process is instigated -- instituted by EPA, and DNR is based on the honor system. It's all self-reporting.
BY MR. CVITANOVIC:
Q. Okay. And you didn't get a lot of resistance from Mr. Ohm?
A. If -- a lot of resistance. So he could have very possibly called me and told me there was an issue.
Q. Okay.
A. I guess I haven't read the rest of it yet, so maybe there's more.
Q. Well, I'm looking at the last sentence where it says, "Carl understood that, but still believes an extensive amount may be going on the land."
Do you recall Mr. Ohm ever auditing your land

Page 195

application records, or expressing any doubt or concern about their accuracy?
MS. SCHWARZ: Objection to form.
A. That's a lot of questions. He would have audited our records, certainly.
BY MR. CVITANOVIC:
Q. Okay.
A. And done some spot checking to see how things were going.
Q. Okay. How often would DNR audit your land spreading records when you were working at the mill?
A. Here, again, I don't remember exactly, but we would certainly have had an annual reporting requirement.
Q. So you reported your land application, but when you said that it was audited, was that something different than your reporting?
A. Well, we would have reported it in a -- well, here, again, I'm sure that we had reporting requirements, probably annually. And when you say audit, he would have reviewed them. Is that an audit?
Q. Well, no, I was asking if there was anything a little bit more robust than that. If in response to these kinds of inquiries, Mr. Ohm would have come by your office and presented you with a

Page 196

complaint, and reviewed your records with you?
A. Quite possibly.
Q. Do you have any specific recollection of that as we sit here right now?
A. No. Am I going to read it?
Q. I'm sorry?
A. Am I going to read it farther in the report?
Q. No, that's not -- I feel like now you're accusing me of trying to trap with you a document. That's not my goal. I just want to know what you remember.
A. It says he called me.
Q. And when you received inquiries like this or news of complaints like this, did you elevate that to Mr. Neis?
A. At this time it would have been Jim Combs, apparently.
Q. Did you elevate that to Mr. Combs?
A. I certainly would have.
Q. Do you know what -- do you know if he had any obligation to report that to Ms. Kurtenbach?
A. I don't know that.
Q. Okay. Let's go ahead and set that one aside.

Page 197

MS. SCHWARZ: Holding up okay, Mr. Hansen?
THE WITNESS: Oh, yeah.
MS. SCHWARZ: Okay.
THE WITNESS: Interfering with my after-lunch slow time here.
MS. SCHWARZ: Okay. Well, you want some tea?
THE WITNESS: No, I'm fine.
MR. CVITANOVIC: Do you want to do one more document and take a break?
A. No. No, let's do it.
Q. No breaks. Okay.
[Exhibit 10 marked for identification.]
BY MR. CVITANOVIC:
Q. So this is the next document, Bates-labeled WAU20002850, as Exhibit 10. I'll let you take a moment to just kind of skim over that.
Do you see that Exhibit 10 relates to another complaint from Mr. Kuczmarski?
A. Uh-huh. Yes.
Q. Do you see that at the bottom in the last paragraph, it appears that there is a concern that groundwater contamination in the area is a result of the land application of Rhinelander paper mill biosolids?

MS. SCHWARZ: Objection. Mischaracterizes the document. Want to take a look at that again, Andrew?
A. Yeah, Steve Ohm is saying there's no reason to believe groundwater contamination is a result of land application.
BY MR. CVITANOVIC:
Q. Do you know what groundwater contamination, Exhibit 10, is referring to?
A. Not specifically, but it could very likely be nitrate. This is an area of very sandy soil and in close proximity to groundwater, and there have been -- it's been farmed for years and years and years with commercial fertilizer on it, so the experience that has been had in sandy areas with commercial fertilizer, it takes about less than a week for nitrogen or nitrate that's applied to the surface to get into the groundwater.
So nitrogen contamination in this area would be expected, not unusual. And, in fact, our premise with our fiber cake is that it adds organic matter to the soil and would reduce the transmission of nitrate or any nitrogen product to the groundwater. It would improve the soil quality so that there would be less contamination.



Q. So because of the nature of the soil, you anticipated that chemicals would move quickly through the soil to groundwater?
MS. SCHWARZ: Objection to form.
A. In -- yeah, in sandy soils, that's the case. What we were applying was an organic matter to improve the quality of the soil to reduce the chances of any material being transmitted to groundwater through application of organic matter, which would -- which would bind any contaminants.
BY MR. CVITANOVIC:
Q. Okay. And so I guess my question is -- let me -- nitrate was a particular chemical of concern that you were, it sounds like, pretty consistently aware of in your application for this program?
A. It's widely known there's nitrate contamination in groundwater all over the State of Wisconsin.
Q. And you understood in your application of -- excuse me -- in your execution of the land application program, that you needed to monitor your nitrate levels because they could affect groundwater?
A. We didn't monitor nitrate, we monitored nitrogen.
Q. Okay. Help me just understand the



difference real quick. What do you mean by that?
A. Well, there's organic nitrogen and there's total nitrogen, and then there's nitrate -- nitrate. There's lots of different forms of nitrogen.
But the nitrate is the contaminant of concern in groundwater.
Q. Okay. And what I understood from your earlier testimony was that this was a potential byproduct from the application of fertilizers on fields?
A. No, it's not a byproduct. It's what's applied very likely.
Q. Okay. It's also the result of the application of soil supplements like fiber cake?
A. The fiber cake contains organic nitrogen, and with the fiber that's associated with it, will help -- that will help to bind the nitrogen and reduce the transfer of any nitrate material into the groundwater.
Q. Okay. Which -- and, really, I want to understand, what was your appreciation of how constituents, pollutants, or chemicals, whether naturally occurring or added, moved through the ground in the groundwater in this area?
MS. SCHWARZ: Objection to form. If you



know.
A. Through -- well, through precipitation.
BY MR. CVITANOVIC:
Q. Certainly, but you said that there was lowly soil -- and so the nitrates applied would be within the groundwater within a week, right?
A. On sandy soil.
Q. Which this soil at UW was? You described --
A. Yes, pardon me.
Q. You described it earlier as very sandy.
A. Parts of it were very sandy.
Q. Okay. Meaning that if you apply something there, it will flow very quickly to groundwater; correct?
A. Correct. If you apply -- depending on what it is.
Q. Certainly. So if it was a chemical that moved very freely in groundwater, you would expect that it would move very quickly on UW's fields?
A. Relatively quickly, yes.
Q. And the same would be said, true -- the same would be true for the Kuczmarski fields in the area?
MS. SCHWARZ: Objection to form.

Page 202

A. Yeah, they weren't quite as sandy as the ag research farm soil, but they're generally sandy soils. Northern Wisconsin, for the most part, is generally sandy soil. We -- yes.
BY MR. CVITANOVIC:
Q. I was about to ask you, I think the whole area is pretty sandy. We're -- correct, we're talking about different degrees of sandiness?
A. Yeah. Yeah, so where we live west of town, it's a sandy loam.
Q. Okay. And I believe that around Lake Snowden, Stella area, it's also a sandy loam, as well?
A. It's a -- yes.
Q. And you knew this during your execution of the land application program?
A. Yes.
Q. And you were aware at the time that any -- anything that was applied to those fields would have a tendency to move relatively quickly through that type of soil?
A. I guess I'll disagree with that. We were applying product that was largely organic, which would -- which would make the soil less sandy and reduce the possibility of any contaminant moving through the soil and into the groundwater, because the

Page 203

organic matter would bind any contaminant and keep it in the soil layer.
Q. Okay. I'd seen some documents that refer to, like, an ASTM leach test.
Does that ring a bell?
A. Yes.
Q. What's that?
A. ASTM, American Society of Standard Materials, or Methods, leach test. It's -- you would put a column of soil in a tube and apply water to it.
Q. Okay. And then you would get the residual liquid and test it?
A. Yes.
Q. And what would you test it for?
A. You could test it for anything you wanted to, but typically anything you'd expect would travel through the soil.
Q. And was that --
A. Phosphorus, nitrogen --
Q. Go ahead.
A. -- pH, whatever.
Q. Was that intended to gain an understanding of what kind of chemicals could leach into the groundwater through the application of that -- that fiber cake?

Page 204

A. That would indicate what could come out of whatever material is being tested. Whether it gets to groundwater or not is a matter of the distance to groundwater and the soil type.
Q. Did the paper mill ever do any ASTM tests of their fiber cake?
A. I don't recall.
Q. Did the mill ever do any leach tests of any kind of their fiber cake?
A. I don't recall. Maybe it will refer to this, I don't know.
Q. Okay. Other than cost, is there any reason why the mill would not have done an ASTM leach test?
MS. SCHWARZ: Objection to form.
A. If we didn't think it was needed or appropriate.
BY MR. CVITANOVIC:
Q. If you knew -- and we've discussed earlier these 3M documents with the warnings, and we established you didn't get those.
Based on those documents, and as you sit here today, if you had those documents, would you have wanted to do a leach test to see if they would leach through the fiber cake?

Page 205

MS. SCHWARZ: Objection to form. Go ahead.
A. I don't know. We might not have seen the need to do a leach test. You know, there might not have been a sludge application program.
BY MR. CVITANOVIC:
Q. You're saying you might not have done a sludge application program based on those warnings?
MS. SCHWARZ: Objection to form.
A. It's -- it would have been a red flag, and we certainly would have tested for it in our fiber cake. Let me put it that way.
BY MR. CVITANOVIC:
Q. Right. Whether an ASTM leach test or some other kind of test you would have tested for it?
A. Or both.
Q. Because you would have wanted to know before you applied the fiber cake in an area with loamy soil whether that chemical was going to get to the groundwater?
A. Yeah, and it's quite possible there would have been a discussion with the Department of Natural Resources as part of that whole process.
Q. Because you would have wanted to get their input and buy-in on that, as well?

Page 206

A. Uh-huh. Yes.
Q. Because they have their own expertise and knowledge that might be different than the mill's?
A. Yes.
Q. And if you -- if they are made aware of contaminants of emerging concern, they can weigh in on those contaminants, as well?
MS. SCHWARZ: Objection to form. Go ahead.
A. Yes.
BY MR. CVITANOVIC:
Q. And now, you came from DNR to work at the paper mill because you thought you could do more good for the environment, right?
A. Yes.
Q. That doesn't mean that the DNR didn't also want to do good for the environment, right?
A. Not at all. I moved into a position that I didn't think I was doing as much good for the environment as I was previously.
Q. But the DNR also had people who had an interest in protecting the environment?
A. Everybody there was. Almost everybody.
Q. And if -- if presented with information concerning contaminants of concern, you don't think

Page 207

that the DNR in 1993 to 2003, would have ignored that, do you?
MS. SCHWARZ: Objection to form.
A. No, I don't think they would have ignored it.
BY MR. CVITANOVIC:
Q. And I mean, that wasn't your -- that wasn't your experience at the DNR, that the DNR would ignore risks?
A. Correct.
Q. They would evaluate based on the information that was presented to them?
A. Yes. Not necessarily in the district office, but it would have done in the Madison office, or -- yeah, not locally, anyway.
Q. Okay.
A. Because they wouldn't -- it probably wouldn't have been an issue that was raised locally.
Q. We're going to go to the next one.
[Exhibit 11 marked for identification.]
BY MR. CVITANOVIC:
Q. So I have handed you another document. It's WAU20002706 to 2708.
So we've got a cover page that looks like it has got Lake Snowden on it.

Page 208

Do you see that?
A. Yes.
Q. And you've got some, it looks, like fields that are diagrammed on there?
A. Yes.
Q. Can you tell me by looking at that photo who owns the fields located to the east of the map?
A. UW research farm.
Q. So that's the location of the research farm that we've been discussing so far today?
A. That's one of the fields.
Q. Okay. Are there any fields located on this map that aren't owned by the research farm?
A. I don't know that.
Q. Okay. And I'm turning to this --
A. They're all numbered, so these same numbers may appear in that other document.
Q. I'm not going to make you go field by field, so we're going to save you that.
A. Okay.
Q. I'm turning now to Page 1 on this facility contact form regarding sludge spreading.
Do you see that first paragraph?
A. Yes.
Q. Do you see that first paragraph?

Page 209

A. Yes.
Q. Do you see that it suggests that a meeting took place between Steve Ohm and yourself?
A. Yes.
Q. And it talks about Jim and Brian at the UW research farm?
A. Yes.
Q. Who was -- I think we talked about Brian, but who was Jim?
A. So Jim Combs would have been my supervisor at that time.
Q. It was that Jim. Okay.
A. Jerry retired and Jim Combs took the position.
Q. Okay. And do you remember going out to the site with Jim Combs and Brian, and inspecting sites and evaluating run-off potential?
A. I don't remember this specifically with Jim, but I do remember being out in this area and evaluating the sites and talking to Mr. Kuczmarski on some occasions, and sometimes at some length.
Q. Okay. And when it talks about evaluating runoff potential, do you recall considering the direction and flow of runoff from the potato fields, with respect to Lake Snowden?



Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com

Page 210

A. Yes.
Q. And what do you recall?
A. Well, based on the notes on the map, the flow is somewhat toward the lake in a couple respects.
Q. Okay. And it looks like there's a road on the -- on the map.
Am I reading that correctly?
A. There's a road. Yes.
Q. Is that highway county C?
A. Yes.
Q. Are there any culverts that go under highway county C to allow that water to continue to flow towards the lake?
A. I don't know.
Q. Do you know if you would have evaluated that as part of this process?
A. Probably if -- a culvert underneath County Road C? I would think so. I don't remember.
Q. Okay. Well, this one I do have something, actually, later in the document. So I'm going to look to the bottom of Page 1.
A. Okay.
Q. Where -- and I'm looking at the second -- or third to last line, "as the drainage is defined somewhat by the drainage established via County Highway

Page 211

C and related culverts."
And it goes on, "the tributary culvert under County Highway C would need to be blocked."
Do you see that?
A. Yes.
Q. Do you remember any discussion about the flow of water and the culverts at County Highway C?
A. I don't. I remember looking at -- not this field, but a different field, and evaluating direction of flow.
Q. Which field?
A. The field across the road, as I remember. I'm speculating here.
Q. And is that field located in a triangle between County Highway C and -- I've forgotten the name of that road. Can you help me?
A. That's just an access road to the ag research farm.
Q. Okay.
A. I don't know if -- there's probably a name.
Q. So you evaluated the flow of water through culverts under that road?
A. It might have been somewhere over there. It might have been N4 and N5. I -- I know I was out

Page 212

there looking at fields and evaluating the slope.
Q. How did you evaluate the direction of flow?
A. Well, in a lot of fields, it's just the slope, and you can determine which -- or you can figure out which way the groundwater is probably -- or the surface water is probably going to flow.
Q. When you would deposit the sludge, would you deposit it close to the road so it would be easier for the trucks?
A. Not typically. It would be put in the field where it needed to be spread. Here, again, I don't remember specifically, but what's logical is, you know, you'd move from one side of the field to the other and put the fiber cake in the area that needed to be spread next.
Q. Because I'm just -- when I see these documents and they're referring to piles and sometimes you see piles getting stale, it makes me think that maybe a dump truck just came and just dumped a pile.
Is that how it would start?
A. They would dump the fiber cake, and then the landowner would spread it. And depending on -- we saw them occur before at the time period they were supposed to spread it in.

Page 213

Q. Okay.
A. And if it was supposed to be disced in or it could be left undisced in, depending on slope and the time of the year.
Q. So they wouldn't necessarily drop it close to the road, they would drive into the field with the dump truck?
A. They'd better.
Q. Okay.
A. Yes.
Q. I just -- I know it hasn't rained much this month, but I imagine sometimes it does rain in Wisconsin, and I don't know that the dump trucks are well suited for plowing through potato fields, so that's raising some questions in my mind. Were there ever --
A. Pretty sandy.
Q. Were there ever limitations when dump trucks could not drive into the fields?
A. If there was a condition where they couldn't access the field that -- we probably would have taken that either to the landfill -- one of the two landfills.
Q. Okay. Was there a cost associated with bringing the paper mill sludge to the landfill as

Page 214

opposed to land spreading it?
A. Not that I recall.
Q. Let's go put --
A. There, again, you know, they were going to generate a usable product.
Q. You're saying usable product in terms of a soil supplement?
A. Yes.
Q. Okay.
A. I -- and I don't recall that there was a charge.
Q. No, no, no, let me be clear.
So we've been talking about the fiber cake, and you testified earlier that there was no money changing hands between the mill and the farmers, right?
A. Correct.
Q. And my question is a little different.
Was there a cost in terms of, like, expenses incurred, when the mill brought fiber cake to the Pine Lake landfill?
A. The Pine Lake landfill?
Q. Or any landfill.
A. Well, we owned the Pine Lake landfill, so the cost is the transportation and the dozer operator.
Q. Okay. What about another landfill?

Page 215

A. Yeah, so if we took fiber cake to Oneida County landfill, I don't recall if there was a cost or not, but there, again, they were interested in having this material to generate a product that could be used beneficially.
Q. Okay.
A. So I'm not -- I don't know. I don't remember.
Q. I'm going to see if I can jump start your recollection.
A. Okay.
Q. Why don't you put Exhibit Number 11 to the side and I'm going to pass this packet down to you.
[Exhibit 12 marked for identification.]
BY MR. CVITANOVIC:
Q. I think I jumped the gun on this one, but let me just ask you this one while I've got Exhibit Number 12 out.
Can you see the title of this document?
A. Yes.
[redacted]

Page 216

[redacted].
Q. Okay.
MS. MILLER: Andrew, it's Amy again. Sorry to interrupt. Could you provide the Bates number for this one?
MR. CVITANOVIC: Oh, I'm sorry. WAU30006659.
MS. MILLER: Thank you.
BY MR. CVITANOVIC:
Q. But so three --
[redacted]

Page 217

[redacted]

[redacted]

[redacted]



[redacted]

MS. SCHWARZ: Mr. Hansen, there's no question pending, so you don't have to --
THE WITNESS: Okay. Pardon me.
MR. CVITANOVIC: If this is a good time for everybody else, if we could take five, it'll help me get organized and help go through the next step faster.
MS. SCHWARZ: Okay.
MR. CVITANOVIC: And the next step might be my last stage.
MS. SCHWARZ: All right.
MR. CVITANOVIC: Not that I intend it to be short, but I think we can pass the baton.
MS. SCHWARZ: We can go off the record.
THE VIDEOGRAPHER: We are off the record at 2:46.
[A recess was taken.]
THE VIDEOGRAPHER: We are back on the record at 2:57.
BY MR. CVITANOVIC:
Q. Okay. I'm going to pass you another document which we're label as Exhibit Number 13. For some reason, I seem to have --



A. That's a hard question.
[Exhibit 13 marked for identification.]
BY MR. CVITANOVIC:
Q. Oh, wait. How many documents did I hand you?
A. That's a hard question.
Q. No, no, no, I'm sorry. How many papers did I hand you?
A. Oh, just now? Two.
Q. Two. I'll give you one more so we can pass those down. And this is going to be document WAU2002891.
And this is another facility contact form. Do you see what this is regarding?
A. Yes.
Q. And what is this regarding?
A. An apparent -- well, it says annual land application 3400-55 review. So this is the review of our annual report.
Q. Okay. Do you see in the first paragraph where it talks about the 3400-55 form?
A. Yes.
Q. What is that form?
A. That was the -- well, it's referenced above, so that's our land application annual report.

Page 222

Q. Okay. And it says that it indicates overapplication on 8 of the 11 fields.
A. Uh-huh. Yes.
Q. And how do you interpret that sentence? What does that mean?
A. It would appear that based on our report that Steve concluded we overapplied on some fields. I'm reading ahead.
Q. So does it look like there was a technical violation of the permit this year?
A. I'm not sure based on this. Apparently, I'm reading through it, part of the confusion was transposing of a couple of fields, so they were misreported.
And it looks like a misunderstanding of the reported agronomic need.
Q. Okay. If you look at the second-to-last paragraph where it says, "a short time later, Jim called back and indicated that they had erred on a couple of fields," do you see that?
A. Yes.
Q. And so that's Jim Combs, your supervisor?
A. Right.
Q. Indicating that he misapplied some of the fiber cake?

Page 223

A. I interpret this as being the fields were transposed, so the application rate on those fields would have been different had they been reported for the correct field --
Q. Okay.
A. -- if that makes sense.
Q. I think so.
A. So evidently -- apparently, it looks like, maybe, the amount of fiber cake that was actually applied to WSS may have been on W -- a new WN. But in any case, it would be the field -- the types -- the fields were transposed as to which field actually had the fiber cake.
Q. Okay. And it says in addition they didn't feel comfortable with how they determined the reported agronomic need.
Do you see that?
A. Yes.
Q. And is -- the agronomic need, that's the needs you talked about earlier in relation to the crops?
A. Yes.
Q. And the type of crop and how much nitrogen they need?
A. Yes.

Page 224

Q. And it looks like Jim was not comfortable with that determination.
Do you agree with my interpretation?
A. Yes.
Q. During your employment at the mill, and I say that because I see that this is from 2004.
But during your employment at the mill, were there ever any occasions when the mill reported to DNR that they had concerns about how they calculated the agronomic need?
A. Not in my recollection. So it looks to me like Tracy and Brian were involved in determining the need. This is confusing.
Q. Okay. Well, this wasn't from your time frame, so I know you weren't involved, so I'll just kind of turn away from this document and ask you just in general.
So when we're discussing the paper mill's land application program, it seemed like the primary driver of choosing locations and quantities to apply was based on this agronomic need.
Is that accurate?
A. Yes.
Q. As additional considerations, you also considered certain pollutants which you understood to

Page 225

be pollutants that are likely to be an issue in wastewater treatment plants, and which the DNR requires you to test for?
A. Once the testing was done, that was not a concern as far as application, because there were -- the contaminants were not in the fiber cake.
Q. Okay. Were there any contaminants that existed in the wastewater treatment plant that you had to -- that existed at quantities that did not cause you concern?
MS. SCHWARZ: Objection to form.
A. Were there -- ask me that again.
BY MR. CVITANOVIC:
Q. Yeah. So what I'm thinking of is, I'm thinking about naturally occurring elements that might exist in water or sediment or sludge, but that just -- while they might pop on -- they might appear on your chemical testing, didn't necessarily sound any alarms for you.
A. Naturally occurring elements? I still don't understand the question. I don't --
Q. Yeah, let me just -- let me start over again then. Let me just ask this question.
At no point in time when determining how much sludge to apply in any of the fields did you consider

Page 226

the quantity of fluorochemicals in that sludge?
MS. SCHWARZ: Objection to form.
A. Yeah, that's still an odd question. Do you mean at any time did I consider it?
BY MR. CVITANOVIC:
Q. Correct. During your employment?
A. No. No. I didn't know about it.
Q. Okay. And so the land application program didn't contemplate fluorochemicals in any regard?
MS. SCHWARZ: Objection to form.
A. No. The answer is that we had no knowledge of it and we didn't test identity, we didn't consider it.
BY MR. CVITANOVIC:
Q. Okay. And we attached the program earlier as an exhibit. I know you didn't read it word for word, but as you sit here now, are you comfortable that that program didn't require to you test for fluorochemicals?
A. Our fiber cake application program?
Q. Correct.
A. Yeah, it did not require to test for fluorochemicals, to my -- I mean, we tested for whatever was asked for, but to my knowledge, those weren't included.

Page 227

Q. Whatever DNR required?
A. Right.
Q. So whether the Rhinelander mill was compliant with its land application program or not, doesn't have any bearing on whether there was fluorochemical in the sludge?
MS. SCHWARZ: Objection to form. If you understood it, you can answer it.
A. So did our land application program have anything to do with fluorochemicals? Is that the question? The answer is no.
BY MR. CVITANOVIC:
Q. Okay. And so you could have --
A. To my knowledge.
Q. You could have been 100 percent compliant with your land application program and never considered any risks associated with fluorochemicals?
MS. SCHWARZ: Objection to form.
A. Yeah. And, in fact, we were.
BY MR. CVITANOVIC:
Q. Okay.
A. Well, apparently not totally, but yes.
Q. And you say not totally, because sometimes there might have been some issues with technical noncompliance?

Page 228

A. Yes.
Q. Okay. But you could have been 100 percent technically compliant and still deposited sludge with fluorochemicals in the fields, because the program just didn't contemplate testing for those chemicals?
MS. SCHWARZ: Objection to form.
A. Correct.
MS. SCHWARZ: Take a pause.
A. Correct.
BY MR. CVITANOVIC:
Q. Okay. So if the paper mill today is saying that they perform their land application program in accordance with DNR permits, do you agree with that statement?
A. Yes.
MS. KENDALL: Objection. Form.
MR. CVITANOVIC: Who's that?
MS. KENDALL: That was Kristen.
MR. CVITANOVIC: Okay.
BY MR. CVITANOVIC:
Q. But that statement could be true, and still not have any bearing at all on the allegations made by the plaintiffs in this case?
MS. SCHWARZ: Objection to form.
A. Yes.

Page 229

BY MR. CVITANOVIC:
Q. Because you --
A. It was true.
Q. Because you could be putting an appropriate amount of sludge in the correct fields, and spreading it in an appropriate amount of time, and be compliant with your permit, correct?
A. I'm not sure where you're going with this, but yes.
Q. And still be depositing copious quantities of fluorochemicals in those same potato fields?
MS. SCHWARZ: Objection to form. And asked and answered many times.
A. I'm not -- copious is a -- not an appropriate term.
BY MR. CVITANOVIC:
Q. Okay. But fluorochemicals?
A. Conceivably.
Q. Okay. And I'm going to share my screen for this next exhibit.
A. We're done with 13?
Q. Yes. Let me know when you can see my screen.
A. Got it. Stella Town Hall?
Q. Yeah. And so what I have done is I've

Page 230

pulled up a at www.WPR.org/news/DNR-paper-companies-PFAS-contamination-Wisconsin.
What I'll do is attach this as an exhibit.
Can you read the headline?
A. Yes. Do you want me to read it out loud?
Q. Sure.
A. "DNR names paper companies responsible for PFAS contamination in a Wisconsin county."
Q. And do you see the subline?
A. I can't see the subline.
Q. Where it says a site inspection found.
A. Yes.
Q. And what does that sentence say?
A. "A site inspection found PSAF levels more than three times those typically seen in soil, groundwater, and sediments."
Q. Okay. And that's not news to you, you've read that before, right?
A. I have, yes.
Q. Okay.
A. Well, something similar, anyway.
Q. And you'd also read before something similar to the phrase that I've highlighted here that says, "the current and former owners of a Rhinelander

Page 231

paper mill are responsible for widespread PFAS contamination in the northern Wisconsin township of Stella, state environmental regulators said in new letters obtained by WPR."
A. I'm not sure I read it. I've either -- I probably heard it.
Q. Okay. So you were familiar that DNR had identified the current and former owners of the mill as the responsible party?
A. That's what I've either heard.
Q. And what is your understanding of what that means, to be a responsible party?
MS. SCHWARZ: Objection.
THE WITNESS: Go ahead.
MS. SCHWARZ: Go ahead.
A. Responsible party would be we were, apparently, responsible. We being the paper mill.
BY MR. CVITANOVIC:
Q. In your work at DNR, did you ever do any work identifying responsible parties for pollution?
A. Yeah. Yes.
Q. Okay. And do you -- in your experience at DNR, did DNR identify people as responsible parties?
A. People or -- not people. Normally an entity.

Page 232

Q. Did they identify polluters as responsible parties?
A. Yes.
Q. And did they identify polluters based on a rigorous analysis of the facts to make sure that people were properly identified?
MS. SCHWARZ: Objection to form.
A. In my experience at DNR, it was a -- it was fairly cut and dried. There would be a report, and the report would document a violation, and a letter would be written. So there was -- other than -- not a real rigorous -- not for the levels that I worked at.
BY MR. CVITANOVIC:
Q. Okay. I'm going to ask you some questions about a section of text that I have highlighted in blue.
Do you see that?
A. Yes.
Q. Where it says, "those who used PFAS in those processes are the entities that are the root cause of this, said Christine Segert, Director of the DNR's Bureau of Remediation and Redevelopment. It's the Department's position that those are the entities we'd like to work with to address the situation."
And my question is, based on your earlier

Page 233

testimony, I understood that you agreed that the mill did use PFAS in its processes?
A. I --
MS. SCHWARZ: Objection to form. Go ahead.
A. Yeah, that's information you have provided and information that has appeared in the press.
BY MR. CVITANOVIC:
Q. Okay. I'm curious about your personal position on the statement, "it's the Department's position that those are the entities that we'd like to work with to address the situation."
Do you think that the responsible parties, Ahlstrom Rhinelander, LLC, Ahlstrom NA Specialty Solutions, Wausau Paper Corp., Wausau Paper Mills, SA North America, should address the situation in Stella?
MS. SCHWARZ: Objection to form.
A. If you were asking my opinion, and this is -- so this is not a factual-type question?
BY MR. CVITANOVIC:
Q. I'd like to know where you stand on the issue, from the perspective of your bias, whether you think it would be appropriate for the polluter to pay or for the polluter to pass the responsibility for cleanup to the taxpayer.

MS. SCHWARZ: Objection to form. Did you say from the perspective of your bias?
MR. CVITANOVIC: Yeah, I think it relates to bias.
MS. SCHWARZ: If you understood that, Mr. Hansen, go ahead.
BY MR. CVITANOVIC:
Q. And just to be clear --
A. I think the Rhinelander paper mill and other parties should be involved in the -- in the dealing with the issue, let me put it that way.
Q. Okay. And if -- okay. And I'm going to ask you another question about this phrase right here. Letters say -- and that's referring to the responsible party letters -- soil sample results collected from areas where industrial sludge were spread contain PFAS levels -- PFAS at levels orders of magnitude greater than soil samples from areas where the agency had no record of spreading the material.
Do you see that?
A. Yes.
Q. And that's -- that's what we were discussing earlier about a -- the control area that was tested.
Do you remember that?



A. The control area on the ag research farm?
Q. No, we talked about earlier the testing that took place where the sludge was applied showed high levels of PFAS and was compared to areas where no sludge was applied showed minimal levels of PFAS.
Do you remember that?
MS. SCHWARZ: Objection to form.
A. Not specifically, but is that what we're referring to here?
BY MR. CVITANOVIC:
Q. Yes.
A. Okay.
Q. Is this -- is this the first time you've seen a newspaper article that discusses those testing results?
A. Here again, I'm not sure what you're asking. I am not familiar with the specific test areas where there was sampling. It's just general information reported in the media.
Q. Okay. But you don't have any reason to dispute DNR's findings in this instance, do you?
MS. SCHWARZ: Objection. Go ahead.
A. I -- no.
BY MR. CVITANOVIC:
Q. And as you sit here now, with all of your



experience interacting with farmers in Stella and near Snowden Lake, did you ever see any signs of alternative sources of PFAS chemicals that were applied in those fields?
MS. SCHWARZ: Objection to form. Foundation. Go ahead.
A. I -- I don't know what else would have been spread there. I'm quite sure that the City of Rhinelander also land applied sludge in the area. Other than that, no.
BY MR. CVITANOVIC:
Q. There's no -- there's no chemical manufacturing plant in the Town of Stella, is there?
A. Not to my knowledge.
Q. And there's -- there's no -- you've never seen anybody spraying firefighting foam in the Town of Stella, have you?
A. I've never seen anybody spray firefighting foam anywhere.
Q. Okay. Are there any other obvious sources of pollution in the area, like industrial sites of any kind?
A. In the Town of Stella? Yeah, potato farming is a source of groundwater contamination, very definitely. In the central sands, it's a huge issue.



Q. Related to the nitrates we discussed earlier?
A. Yeah, and who knows what else.
Q. And when you say -- why do you say it like that, who knows what else?
A. Apparently, there's been something found in the Rhinelander fiber cake that we didn't know about before, and now we're concerned about it. What are we going to find in 20 years?
Q. I see what you're saying. You're not saying that based on any specific facts or information you have about risks associated with the agricultural practices in the State of Wisconsin?
A. Well, we know there are other things -- there are pesticides and herbicides and so on that are applied to farm fields that are of concern.
Q. Okay. Are you saying of concern with respect to PFAS?
A. No. I don't know that.
Q. Okay. And earlier, I asked you some questions about the levels of PFAS in the private wells around Snowden Lake and the Town of Stella.
Do you remember that?
A. Uh-huh. Yes.
Q. And we talked about the levels of PFAS in

Page 238

those wells.
Do you remember that?
A. Yes.
Q. And so I'm going to highlight for you a paragraph in this article where it says, "in drinking water, testing of 22 wells found no PFAS in samples collected from two wells in uncontaminated areas near Stella Lake that are upstream of biosolids spreading, however, testing detected PFAS contamination for 19 of the remaining 20 wells. Samples showed levels of PFOA as high as 29,400 parts per trillion."
Do you see that?
A. Yes.
Q. And then I want you to read this paragraph just directly below where it says, "that's thousands of times higher than federal drinking water standards for PFAS of four parts per trillion, however, no standards exist for the chemicals in groundwater."
Do you see that?
A. Pardon me. Yes.
Q. Okay.
A. Interesting statement.
Q. Which part?
A. That the level in drinking water, but no standards for groundwater. And my drinking water comes

Page 239

from groundwater.
Q. Yours does?
A. Yes.
Q. Have you tested it for PFAS?
A. No.
Q. How far do you live from the nearest land spreading site?
A. Land spreading site? I've had sludge spread on my farm field, so 200 yards.
Q. Sludge from the paper mill?
A. No.
Q. Okay. Sludge from where?
A. Minocqua.
Q. From Minocqua's wastewater treatment plant?
A. Yes.
Q. Okay. So looking at this article, do you see the factual underpinnings for the responsible party letters in general?
MS. SCHWARZ: Objection to form. Go ahead.
A. The facts are that the groundwater has been contaminated with PFAS chemicals, yes.
BY MR. CVITANOVIC:
Q. And that it's been contaminated with PFAS

Page 240

chemicals in close proximity to the land spreading sites where the paper mill applied?
A. Yes, apparently.
Q. Okay. And so because you were responsible for the program from 1995 until your retirement, did you identify any alternative sources of potential PFAS contamination that you witnessed during your work?
MS. SCHWARZ: Objection to form.
A. No, I wouldn't have looked for them, I wouldn't have known of them, I didn't know anything about it, again. So --
BY MR. CVITANOVIC:
Q. Okay. If you didn't have these farmers' fields available to land apply this sludge, what would the mill have done with that sludge?
A. If they didn't have those fields?
Q. Or if they didn't have any fields.
Let me ask you this if --
A. Oh, any fields.
Q. Let me back up and start again.
If DNR didn't approve these -- this land application program, what would the paper mill have done with the sludge?
A. Probably still have a landfill or another landfill.

Page 241

Q. Okay.
A. Or consider some way to incinerate the sludge, perhaps.
Q. Okay.
A. The fiber cake. Or find another beneficial use. I mean, there have been lots of experiments with that product, trying to make building blocks or whatever, but there are -- there might be another innovative use for it.
Q. And I ask that way because the Pine Lake landfill was closed pretty shortly after you started working at the paper mill, right?
A. Yes, to the best of my understanding.
Q. Okay. I mean, you were involved in its closure, weren't you?
A. Not the final closure, I don't think.
Q. You were involved in the --
A. Temporary.
Q. -- temporary cap?
Now, once you put a temporary cap on it, you're not putting any more stuff into it, are you?
A. Correct. Unless we pull it back, pull the plastic back, and put something in, which is, you know, possible.
Q. Okay. So once you put that cap on, you

Page 242

were pretty much committed to the land application program at that point?
A. Well, when I was there, we still -- we would have had the opportunity of going back and putting fiber cake in the landfill.
Q. Because you could have pulled back the cap?
A. Yes.
Q. Okay. If you didn't use the Pine Lake landfill, was the only other reasonably accessible landfill the Oneida County landfill?
A. Well, yes and no. We didn't put material in the landfill, it was the composting process. There would have been some sort of a permitting process to put fiber cake in the -- directly in the landfill, I'm sure.
Q. Okay. Can you think of any other landfills within a reasonable truck driving proximity to the mill that you could have used during your employment at the mill?
A. No, but if we needed a landfill, we would have sited another one someplace.
Q. Bought the land and got the approval?
A. (Nodding "yes.") Which is -- yes.
Q. Okay. You're making a face. Is that

Page 243

something that's hard to do?
A. Yes.
Q. Is it expensive to do?
A. Is it -- yeah, it's all expensive.
Q. And then ultimately, you would still have to deal with managing it for forever?
A. Yes.
Q. And dealing with the leachate?
A. Correct.
Q. Because when you left the mill, the mill was still treating the leachate from the Pine Lake landfill?
A. As I remember, yes.
Q. Okay.
A. And they probably still are.
Q. During your employment at the mill, did you land spread anywhere other than the Town of Stella, Lake Snowden area?
A. Oh, yes.
Q. Okay. Did you land apply any locations outside of Oneida County?
A. I'm not sure where the county line is. There were fields to the south. You have to go sometimes a little distance to find a field. I mean, we're not a big agricultural area, so I know that we

Page 244

land applied at fields south along Highway 17.
Q. Okay. Were those fields in proximity to any private drinking water wells?
A. They were on farms.
Q. Okay.
A. And I don't know where -- I mean, the program is continuing. I don't know where else it's spread.
Q. Okay. Has anybody from DNR consulted you about the historical program and asked you questions about your involvement in the land application program?
A. No.
Q. I mean since your retirement.
A. Not that I can recall, and certainly not recently.
Q. Okay. I'm just skimming through. If you can believe it, I actually have some notes written up on the questions I was going to ask today, and I'm looking to see if I asked them all.
A. You know, it's possible it could have been discussed in passing. I see people that I work with, either at the mill or DNR, and a question might have been asked how things are going or something like that. I don't -- I don't remember.
Q. Okay.

Page 245

A. But nothing specific.
MR. CVITANOVIC: I think that's going to be all I'm going to have today.
MS. SCHWARZ: Okay.
MR. CVITANOVIC: So if you're ready to start.
MS. SCHWARZ: I am ready. Could you just grab the exhibits?
Are -- folks at Ahlstrom, BASF, 3M, do any of you have questions before I start?
MS. MILLER: I do still have a few questions, Marina. I don't know if anyone else does.
MS. SCHWARZ: I think it might just be you, Amy, so take it away when you're ready.

EXAMINATION

BY MS. MILLER:
Q. There we go. Hello, Mr. Hansen. My name is Amy Miller. I'm an attorney representing BASF, one of the defendants in this case. I have just a few questions for you just following up, maybe, on some of the things that you testified about earlier.
You had testified about the yeast plant, right, that some of the wastewater from the yeast plant would also go into the wastewater treatment plant; is that right?

Page 246

A. All of it.
Q. And was that still going to the wastewater treatment plant when you retired?
A. Yes.
Q. You also discussed the Pine Lake landfill, and I think the question was about users of the Pine Lake landfill, and you had mentioned that the paper mill in Brokaw may have also disposed of waste in the Pine Lake landfill.
Do you remember that?
A. A relatively small amount, yes.
Q. Do you remember anyone else other than the Rhinelander paper mill and the mill from Brokaw that disposed of waste in the Pine Lake landfill?
A. No, other than that we used -- I think I mentioned it, we did use fly ash to help stabilize the sludge on the landfill, at least on one occasion, maybe two.
Not -- it wasn't fly ash from the mill, it was fly ash from someplace else.
Q. Do you remember where else that ash was from?
A. No.
Q. Is there anyone else you can think of who disposed of waste in the Pine Lake landfill?

Page 247

A. No. There shouldn't have been. The gate was locked.
Q. Understood.
And very early on, you mentioned that you were aware of Ciba. Do you remember that, the company Ciba?
A. Yeah, everybody in Rhinelander is aware of it.
Q. But you also testified that you weren't sure whether they had a relationship with the mill; is that correct?
A. Who's they?
Q. Ciba.
A. Who? Ciba?
Q. Ciba, yes.
A. No, I don't know -- no, I don't know.
Q. Do you recall ever meeting anyone from Ciba during your time at the mill?
A. No.
Q. Do you recall ever seeing anyone from Ciba in the mill's wastewater treatment plant?
A. No.
Q. Do you recall seeing -- oh, I'm sorry. Go ahead.
A. Why would they have been there?
MS. SCHWARZ: Just answer her questions,

Page 248

Mr. Hansen.
BY MS. MILLER:
Q. Right.
A. Okay, pardon me.
MS. SCHWARZ: That's okay. That's okay.
BY MS. MILLER:
Q. Do you ever recall ever seeing any MSDS, material safety data sheet, for any Ciba product during your time at the mill?
A. No.
Q. If the MSDS for a chemical product used at the mill stated that it should be disposed of by landfill in a site approved for the disposal of chemical and hazardous wastes, is that something you would have wanted to know?
MS. SCHWARZ: Objection to form.
A. Probably.
BY MS. MILLER:
Q. Would that have impacted your decisions regarding how to handle the mill's wastewater or byproducts?
A. It would depend on where that product was used.
Q. Why is that?
A. Well, if it didn't enter the wastewater

Page 249

stream, it would've been somebody else's -- that's a poorly-worded statement. It wouldn't have been my direct concern.
Q. But if it did enter the wastewater stream, would that have been something that would have concerned you?
A. Yes.
Q. That's all the questions that I have for you. Thank you.
MS. SCHWARZ: Thanks, Amy. Anyone else?
Okay. Home stretch, Mr. Hansen.
EXAMINATION
BY MS. SCHWARZ:
Q. So as you know, my name is Marina Schwarz, and I am representing both you and the Wausau Paper entities. I know that it's been a bit of a long day. Are you ready to proceed with a few, maybe more than a few follow-up questions?
A. Okay. Let's do it.
Q. All right. Okay. And the nature of this process, Mr. Hansen, is I'm going to try my best not to be repetitive, but it's just kind of a part of it, so there are some things I'm going to go over again that you've answered in response to plaintiff's counsel's question, but I'll do my best to be efficient and limit

Page 250

those redundancies. Okay?
A. Yes.
Q. All right. So am I right, so you started working at Wausau Paper beginning in approximately '93; is that correct?
A. Correct.
Q. Okay. So would that have been over 30 years ago at this point?
A. Yes.
Q. Okay. And I think you told us that you left around '03 or '04. Do I have that right?
A. Probably '04.
Q. Okay. Did your title remain environmental supervisor throughout your tenure?
A. Yes.
Q. And as environmental supervisor, you've spoken a bit about this today, but that -- your responsibilities would have included, let's see, oversight of the mill's wastewater treatment plant; is that right?
A. Yes.
Q. And did those responsibilities also include overseeing the land spreading program?
A. Yes, and the landfill.
Q. And the landfill.

Page 251

Were you ever at any point during your tenure responsible for any aspect of paper making operations at the Rhinelander mill?
A. Nope.
Q. Were you -- were you ever responsible for reviewing safety information for chemicals used in paper making at the Rhinelander mill?
A. Not to my recollection.
Q. Were you ever responsible for selecting or evaluating any of the materials that were used in paper making at the mill?
A. Not to my recollection.
Q. Mr. Hansen, were you considered a subject matter expert on the chemical composition of any raw materials that were purchased for paper making operations at the mill?
A. No.
Q. Okay.
A. I wasn't considered, period.
Q. Within the company, was there a group or an individual responsible for reviewing raw materials and any associated chemical safety information?
A. For use on the paper machines?
Q. That's right.
A. Yes.

Page 252

Q. And who or what group would that have been?
A. That would be mainly technical.
Q. What was your understanding during your employment of the technical group's responsibilities?
A. My understanding is technical was largely responsible for developing products, new products that we could market, and how to most efficiently and effectively produce the paper that we were making.
Q. And to your knowledge, what types of subject matter experts worked in the technical department?
A. Either paper makers or chemists.
Q. Did you rely on those subject matter experts, Mr. Hansen, in connection with carrying out your responsibilities?
A. Very rarely, if ever.
Q. Well, would you have relied on what folks in the technical department knew with respect to the raw materials that were being used in the paper making operations, to the extent that they may have impacted the wastewater treatment plant operations?
A. If it impacted the wastewater treatment plant operation negatively, I would have tried to consult somebody and find out what -- what that -- what

Page 253

it was that was affecting the process.
Q. And you would have deferred to the judgment of those subject matter experts in technical, whether they be chemists or paper making specialists, to make that determination, is that fair?
A. To make the determination of what might be in there that's -- would be causing a problem in the treatment process?
Q. That's right.
A. Yes.
Q. Okay. In your role, did you ever communicate with suppliers about the raw materials used in paper making?
A. No.
Q. And to your knowledge, which group or department at the mill communicated with suppliers about the composition or the safety of raw materials used in paper making?
A. Well, it would have been technical and paper making, maybe engineering, but maybe not.
Q. Okay. We've talked a little bit about SDSs or MSDSs and other supplier information for raw materials today.
Under what circumstances, if any, would that type of supplier information be sent to you?

Page 254

A. If it affected -- if it was a product that we used or wanted to use in the wastewater treatment process, I would have been contacted by the distributor or seen the MSDS.
Q. And beyond that, what was your understanding as to whether or by whom MSDS or other supplier information about paper making raw materials were reviewed by Wausau Paper?
A. Yeah, my understanding is that it would have been in the technical department. And if I saw MSDS sheets relating to that, I don't remember it.
Q. While you worked at Wausau Paper, Mr. Hansen, did you receive any information indicating that PFAS or fluorochemicals used in paper making could impact wastewater treatment plant operations?
A. Not to my recollection. I don't remember getting any information about PFAS, period.
Q. Also, you may have answered this now, but while you worked at Wausau Paper, did you receive any information indicating that PFAS or fluorochemicals used in paper making could impact land spreading operations?
A. No.
Q. Would you defer to your colleagues and those subject matter experts you just told me about in

Page 255

technical, and maybe other groups, for that type of knowledge?
A. Yes.
Q. Okay. At one point we'll look at the document, but I think plaintiff's counsel here referred you to an MSDS for Scotchban.
Do you recall that?
A. I recall -- today, you mean?
Q. Yes, today.
A. Yes, I recall it today.
Q. Do you recall that product ever being used while you worked at the mill?
A. I have no knowledge of that. I don't know.
Q. And in your role at Wausau Paper, did you have responsibility for community -- communicating with the Wisconsin Department of Natural Resources, or WDNR, regarding the land spreading program?
A. Yes.
Q. How often would you say that you communicated with WDNR about the land spreading program?
A. It depends a little bit on the time period. Probably more frequently when we started it, which maybe would be -- maybe even monthly. And as the

Page 256

process went on, maybe a couple times a year.
Q. So would it be fair to say you had regular communications with WDNR about land spreading?
A. Irregular.
Q. Okay. And we'll look at some documents on this, but did WDNR impose any requirements on the land spreading program?
A. Yes.
Q. And during your tenure, did WDNR require Wausau Paper to test its fiber cake for any specific constituents or chemicals?
A. Yes.
Q. Approximately how many?
A. Well, with the priority pollutant analysis was the 126 chemicals.
Q. Okay. And did Wausau Paper provide those test results to WDNR?
A. Yes.
Q. How often would you submit those reports to WDNR?
A. We did it -- we would have done it at least twice. Once to get the permit for land application, and again prior to reissuance of the permit. And the permit is typically reissued every five years. So beyond that, I don't know.

Page 257

Q. And if DNR required cadence or more frequent submission, would you have done that?
A. Yes, absolutely.
Q. Okay. During your employment, Mr. Hansen, when Wausau Paper conducted that chemical testing of its fiber cake, did Wausau Paper decide which chemicals to test for, or did WDNR determine the chemicals?
A. The DNR determined the list of priority pollutants.
Q. Were there specific chemicals that DNR was focused on during this time period?
A. Well, there were a couple chemicals that everybody was kind of focused on. Dioxin and PCBs were the main boogeymen at the time.
Q. Based on your understanding of, I guess I'll say, the permitting or oversight, could WDNR add to or change the list of chemicals that were required for testing?
A. Yes.
Q. While you were working for Wausau Paper, did WDNR ever ask you to test fiber cake for any PFAS or fluorochemical?
A. No.
Q. And if they had asked you to test your fiber cake for PFAS or fluorochemicals, would you have

done so?
A. Yes.
Q. Did WDNR or any regulator require PFAS or fluorochemicals to be monitored or reported for the wastewater treatment plant?
A. No, not to my recollection at all. That was not a topic of conversation, as I remember.
Q. Did WDNR or any regulator require PFAS or any fluorochemical to be monitored or reported for the land spreading program?
A. No.
Q. While you were with Wausau Paper, was PFAS or any fluorochemical ever identified to you as a chemical that could be in fiber cake?
A. Not to my recollection, no.
Q. Okay. And to your knowledge, did WDNR ever express any concern to Wausau Paper about PFAS or fluorochemicals during your employment?
A. Not to my recollection, no.
Q. And during your employment with Wausau Paper, do you recall any regulator ever mentioning the terms PFAS or fluorochemicals to you?
A. No.
Q. Okay. So in total, Mr. Hansen, this is not meant to be a trick question, how long did you work



for Wausau Paper?
A. About 11 or -- about 12 years.
Q. And over that dozen-year period, how would you describe Wausau Paper's approach to environmental stewardship?
A. Wausau Paper tried to be a good neighbor and have a positive environmental -- an environmental steward relationship. Tried to be a good environmental steward, I guess I will say. I mean, that was -- yes.
Q. Do you believe that you acted responsibly with respect to the operations at the wastewater treatment plant while you were with Wausau Paper?
A. Yes.
Q. Do you believe that you acted responsibly with respect to land spreading operations while you were with Wausau Paper?
A. Yes, that would be the way I would operate.
Q. In your experience, did Wausau Paper make safety a priority during your tenure?
A. Yes, very definitely.
Q. Can you give any examples of that?
A. Any time -- yeah, any time we went into a tank, for instance, we had to have -- the fire brigade would be responsible for making sure that we were using



a harness and entering the tank safely, and so on.
Q. Did you ever feel, Mr. Hansen, that you were doing something at Wausau Paper where you were putting the community at risk?
A. No.
Q. And when you worked at the Rhinelander mill, do you believe that Wausau Paper acted responsibly when it came to the health and safety of the Rhinelander community?
A. Yes.
Q. Do you currently live in the Rhinelander area?
A. Within 12 -- yes, in the general area.
Q. How long have you been part of the Rhinelander community?
A. Since 1973.
Q. And while you worked at the Rhinelander mill, were you living in the Rhinelander area?
A. Yes.
Q. And during that period, did you have family residing in the Rhinelander area?
A. Yes.
Q. And who? Who was living with you at that time?
A. My wife and two boys.



Q. And --
A. And for some period of time my mother-in-law.
Q. Okay. And I think you answered some of these questions with Mr. Cvitanovic, but were you involved in the Rhinelander community at the time?
A. Yes.
Q. In what ways?
A. During -- during the entire time that we're talking about?
Q. Yeah. I don't mean to exhaust you. You can just give me, sort of, some top line.
A. Well, it kind of depends on what your family situation is. So when the boys were small, I was actively involved in the scouting organization, Cub Scouts and Boy Scouts, and so on. Actively involved in our church organization, church groups, served on several boards and committees.
About the time I retired, we -- part of a group that formed the Rhinelander Area Food Pantry to supply food to people that needed it. And about the same time, a group of us also started the Rhinelander Area Silent Trails Association to work with the county to make and maintain Silent Trails in the area.
Q. Okay. Since 2004 or so, have you done any

Page 262

work for Wausau Paper?
A. No.
Q. So is it then fair to say that the last time you had any involvement with anything plaintiff's counsel talked to you about today was at least 20 years ago?
A. Yes.
Q. Okay. When you left the company, Mr. Hansen, in about 2004, were you proud of the land spreading program that you helped to implement and oversee at Wausau Paper?
A. Yes. It was a great program.
Q. Okay. I'd like to just take a brief step back and go over, again, very briefly, your professional background.
So currently, do I have it correct that you're retired?
A. Yes.
Q. And we don't have to go through it again, but you do some significant volunteer work in your community, is that fair?
A. Yeah. Yes.
Q. Okay. And before starting at Wausau Paper in 1993, where did you work?
A. I worked Department of Natural Resources

Page 263

in the Rhinelander district office.
Q. And do I have it correctly that you worked there for 20 years?
A. Yes.
Q. Okay.
A. I took a year off to go back to school. Other than that --
Q. Okay. I understand.
So just to get a little bit into some detail about the work you did with Wausau Paper when you started working there over 30 years ago at this point, I think you just testified about this a bit earlier, but as environmental supervisor, you would communicate with WDNR, right?
A. Yes.
Q. To the best of your knowledge, Mr. Hansen, did WDNR know that Rhinelander mill was a specialty paper mill?
A. Yeah, very definitely, yes.
Q. And why do you say very definitely?
A. Well, we advertised that we were a specialty paper mill, and made papers that were used in specific circumstances, and in some cases, paper that other people -- other mills couldn't make.
Q. And based on your interactions, how

Page 264

familiar would you say WDNR was with the operations at the Rhinelander paper mill?
A. Well --
Q. Let me ask --
A. -- you're not familiar with specific paper mill operations until you work at a paper mill, but they're generally knowledgeable about how the process works and what the paper -- the paper products that were made.
Q. Right. Where was the WDNR office located relative to the Rhinelander paper mill?
A. Yeah, about two blocks up the street.
Q. And during your employment with Wausau Paper, did anyone from DNR conduct inspections of the mill?
A. Yes.
Q. How often would you say that those were conducted?
A. Well, at least annually, and probably more often than that. It depends a little bit on the circumstances. But we had both -- at least an annual inspection of the treatment process and the environmental aspects, and we had at least an annual inspection of the laboratory procedures.
Q. And during those inspections, was WDNR

Page 265

provided full access to the mill's operations?
A. Yes.
Q. And would that include access to the paper making side of the house, for lack of a better term?
A. Anyplace they wanted to go in the mill.
Q. So that would include access to the wastewater treatment plant?
A. Yes.
Q. Okay. Just focusing on the wastewater treatment plant, Mr. Hansen, I won't make you repeat your responsibilities there.
But did DNR require Wausau Paper to test the composition of the wastewater?
A. Yes.
Q. Okay. And again, who determined --
A. The discharged wastewater?
Q. Yes.
A. Yes.
Q. Who determined what chemicals to test for in that wastewater?
A. Well, the DNR had testing requirements. We could test for other things if we wanted to, but they had specific testing requirements.
Q. And how often was that wastewater tested?
A. To my recollection, I think -- well, some

Page 266

of it, it depended on the parameters. Some were daily. You know, maybe some were three times a week, some would be weekly. It depends a little bit on the parameters, but I don't specifically remember which were tested when.
Q. And during -- I'm sorry.
A. Yeah.
Q. During your tenure, did you ensure that those tests were done?
A. Yes, that was part of my job.
Q. And were the results of those tests provided to DNR?
A. Yes, monthly.
Q. You said monthly they were?
A. (Nodding "yes.")
Q. Did DNR ever raise any concerns with you about the content of the wastewater?
A. Of the wastewater?
Q. Yes.
A. Of the wastewater discharge from the wastewater treatment plant?
Q. That's right. To your recollection.
A. Yeah. So if there was foam on the river, I'd get a call. If there was oil sheen on the river, I would get a call. I mean, those kinds of things

Page 267

happened. We weren't perfect.
Q. Okay. I understand.
So let's turn to land spreading.
With respect to the land spreading program, did your responsibilities include reviewing or managing the land spreading sites in the Stella area?
A. For the most part. As the program went on, as I remember, more of that responsibility was probably relegated to our consultant.
Q. About how many fields in the Stella area participated in the program during your tenure?
A. Well, I had a chance to look at the map, so it's refreshed my memory a little bit. And some of the fields were very small, and some were very large, but there were 20 or more fields.
Q. And we'll look at some of the documents, but in your own words, can you describe sort of what led to the land spreading program starting?
A. We started the land spreading program to find -- to have a way -- we felt we had a great product. As I talked a little bit about before, we didn't have a bleach mill and we did have the yeast plant, which generated beneficial nutrients.
So we had a -- kind of a unique product, and we wanted to land apply it in a beneficial manner. So --

Page 268

and no industry is interested in operating a landfill forever. They're -- there are problems.
Q. Sure.
A. So if we could not -- not use the landfill anymore, that would be a benefit.
Q. And to start that land spreading program, did you work with WDNR?
A. We worked with the DNR and the ag research farm in Starks.
Q. Okay.
MS. SCHWARZ: I'd like to mark a document, but before I do that, Andrew, I'm conscious that it is 3:55.
MR. CVITANOVIC: I moved my call to 4:30.
MS. SCHWARZ: Okay. Well, now I'm under the gun.
MR. CVITANOVIC: Am I going to get five to seven minutes for redirect?
MS. SCHWARZ: Yeah, I'll rush.
MR. CVITANOVIC: Okay.
MS. SCHWARZ: Okay. I'm going to do my best.
BY MS. SCHWARZ:
Q. So, Mr. Hansen, I'm going to mark a document for you, maybe we can do our same pass-along

Page 269

sort of situation. We'll mark this as exhibit -- what are we up to, 14? Okay. Great. 14.
A. So I have three.
Q. Yep, so you're going to keep one that's going to be marked and you'll share one with Andrew and I guess I can keep one since we have an extra.
[Exhibit 14 marked for identification.]
BY MS. SCHWARZ:
Q. And this is Bates-stamped WAU020002734, and it ends in 2747.
So do you have that in front of you, Mr. Hansen?
A. Yes.
Q. Okay. Great.
So does this appear to you, Mr. Hansen, to be a letter that's from you, I believe, to a Dan Boardman of WDNR? You can flip to the --
A. Yes.
Q. -- signature page. Okay.
Can you read the subject of the letter?
A. Proposal for sludge land spreading project.
Q. Great.
A. So we hadn't changed the name yet.
Q. And in the first paragraph, it says, "the following is a general project proposal for initiating

Page 270

a joint project between the UW Madison Rhinelander agricultural research station and Rhinelander Paper Company concerning the feasibility of land spreading paper mill sludge generated by the paper company."
Do you see that?
A. Yes.
Q. Okay. And under the heading background there, it says in the second sentence, in an effort -- oops -- "in an attempt to improve the station's naturally sandy soils for crop production, resources have been explored that could be used as a source for organic amendments that would help accomplish this goal.
Do you see that?
A. Yes.
Q. And you've talked about this a bit, so I won't ask you again what sandy soils are, but how if at all would land spreading impact the naturally sandy nature of the soils?
A. So land applying our fiber cake would increase the amount of organic material in the soil, so it would make it appear that it's not so sandy.
And the organic matter would help to hold nutrients in the soil, such as any fertilizer, nitrogen, or phosphorus that were applied, rather than

Page 271

have it leach to the groundwater.
Q. Would land spreading improve the soil health then, in your experience?
A. Yes.
Q. And would land spreading have an effect on overall crop yield?
A. Yes.
Q. In the next sentence there, it says, "paper mill sludge produced by Rhinelander Paper Company is viewed as a material suitable for this purpose because of its relatively high organic matter content and its low level of healthy metals."
Do you see that?
A. Yes.
Q. And then the last sentence says, "based upon this reasoning, the station in connection with the paper company has moved toward establishing a joint project located on station lands to evaluate the land spreading practice."
Do you see that?
A. Yes.
Q. Does the station refer to the University of Wisconsin agricultural research station?
A. Yes.
Q. And what was their role with respect to

Page 272

land spreading, if any?
A. Well, the operator of the station was interested in a couple of different things. First of all, to use the nutrients in our fiber cake to help grow a crop, and maybe more importantly, the organic matter that would -- that would improve the texture and the quality of the soil that he was working with.
Q. And to your knowledge, did the University of Wisconsin's agricultural research station support the land spreading program?
A. Yes. I don't remember specific conversations, but Bryan Bowen in particular was very interested in -- and he may have contacted us. In fact, he probably did, as far as the possibility of using our fiber cake as a soil amendment.
Q. Okay. Well, this might help.
In the next section of the letter, there's a heading that says key personnel.
Do you see that?
A. Yes.
Q. And the principal investigator on the project, it says, will be Dr. Arthur Peterson, professor in the soil science department, UW Madison.
Do you see that?
A. Yes.

Page 273

Q. And what was Dr. Peterson's involvement in the land spreading program in or around 1993?
A. As an advisor to the land spreading program, Dr. Peterson was very involved in the application of sludges or other soil amendments over the years.
Q. And then for the agricultural research station in Rhinelander, the station manager who you've mentioned before, Bryan Bowen is listed.
Do you see that?
A. Yes.
Q. And I think you've spoken about his involvement, but did Dr. -- did Mr. Bowen, I'm sorry, support Wausau Paper's land spreading program?
A. They sought it and -- yes.
Q. Okay. We're all set, I believe, with that document, if you can believe it, Mr. Hansen.
MR. CVITANOVIC: Hold onto it a second.
THE WITNESS: Hang onto it? Okay.
BY MS. SCHWARZ:
[redacted]

Page 274

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Page 278

[redacted]

[redacted]

Q. Okay. So I just want to briefly go through some of the other specific submissions that Wausau Paper would have made to regulators. All right?

So I think this is a new document that we'll mark as --

A. We're done the with this?

Q. Yeah, we're done with that, but Andrew might --

MR. CVITANOVIC: You can just hold onto it.

THE WITNESS: All right.

[Exhibit 15 marked for identification.]

Page 280

BY MS. SCHWARZ:

Q. Okay. So let's see here. So Exhibit 15, Mr. Hansen, does that appear to you to be a letter on Wisconsin Department of Natural Resources letterhead?

A. Yes.

Q. Can you turn to Page 2 there? Do you see that it's from Mary Jo Kopecky from the Bureau of Wastewater Management --

A. Yes.

Q. -- dated July 19, 1995?

A. Yes.

Q. And do you see that you are copied on the letter?

A. Yes.

Q. And do you see that EPA is also copied there?

A. Yes.

Q. Okay. In the first paragraph, you can flip back to that first page, it says, "the request for modification of Wisconsin pollutant discharge elimination system," and then it gives the number of the permit, "initiated by Rhinelander Paper Company on March 1, 1995, has been processed by this department. This original modification corrects monitoring requirements included in the original permit issuance

Page 281

and includes provisions for sludge land spreading."

Do you see that?

A. Yes.

Q. So did the paper mill request a modification of its permit so that it would include land spreading provisions?

A. Yes.

Q. And did WDNR approve this modified permit that included the land spreading provisions?

A. Yes.

Q. How often was the WPDES permit renewed, Mr. Hansen?

A. Normally every five years.

Q. And to your knowledge, after this original issuance of a modified permit that allowed land spreading, did the mill's WPDES permit always include provisions for land spreading?

A. Yes, as long as I was there, yes.

Q. To your knowledge, did DNR ever deny a WPDES permit application that contained land spreading provisions?

A. No.

Q. Okay. Do you see there are page numbers up at the top. If you could, turn with me to 17 of 28 in the upper right-hand corner.

Page 282

A. Okay.
Q. Okay. Do you see there's a letter E that says, "land spreading limitations and monitoring requirements"?
A. Yes.
Q. And then there's a subheading that says applicability that says, "the permitee is authorized to discharge from outfall 017 wastewater sludge to land spreading sites subject to the conditions specified in this permit."
And then under subheading 2, that's titled discharge requirements, it says, "discharge shall be limited and monitored by the permitee as specified in Table 5 below."
Do you see that?
A. Yes.
Q. So did WDNR require that Wausau Paper conduct sampling and monitoring of its fiber cake?
A. Yes.
Q. And do you see the subheadings in Table 5 for the monitoring requirements and reporting requirements there?
A. Yes.
Q. So let's just go through a couple of these.

Page 283

Did DNR require that the mill test for total Kjeldahl nitrogen?
A. Yes.
Q. And what was the frequency of that testing?
A. Quarterly.
Q. And how about testing for zinc? Did WDNR require that?
A. Yes.
Q. And what was the frequency there?
A. Quarterly.
Q. And how about for copper? Did the mill have to test for copper pursuant to DNR requirements?
A. Yes, quarterly.
Q. Okay. Was there -- and that was separate, right, from a requirement that mill test for those priority pollutants?
A. Yes.
Q. Okay. Did WDNR require that the mill maintain daily logs of the amount or volume of fiber cake that was delivered to each site? I think that would be under reporting requirements right in the middle there.
A. You asked for daily log? Oh, site number. Daily log. Yes. Okay.

Page 284

Q. Okay. Great.
Let's go to 19 of 28. And next to subheading 16 there, do you see where it says toxics?
A. Yes.
Q. Okay. And it says in the third sentence, "the department may limit or prohibit the land application of sludge containing additional pollutants, such as, but not limited to, dioxin, phenolics, pesticides, and bioaccumulative organics."
Do you see that?
A. Yes.
Q. To your knowledge, did DNR ever limit or prohibit land application of fiber cake from the Rhinelander mill based on the presence of any of these compounds?
A. No.
Q. Okay. And then next to number 18 there, it says, "approved sites."
Do you see that?
A. Yes.
Q. And then do you see the sentence, "the permitee is authorized to land spread sludge on agricultural sites approved in writing by the department in accordance with any restrictions identified in the approval."

Page 285

Do you see that?
A. Yes.
Q. Can you read the next two sentences?
A. "If the permitee wishes to have approval for additional sites, complete information must be submitted about each site, including land spreading site evaluation form 3400-55, location maps, soil maps showing that the site complies with all permit conditions."
Q. Great.
And then I think it says, "land spreading may commence when the new site is approved by this department," right?
A. Right.
Q. Did the WDNR have to approve each individual site before land spreading could take place?
A. Yes.
Q. And did DNR have the authority to withdraw its approval?
A. Yes.
Q. Okay. You can put that away.
MR. CVITANOVIC: Just hold it. Keep it at that page.
MS. SCHWARZ: Okay.
BY MS. SCHWARZ:

Page 286

Q. And then we're going to go back to something Mr. Cvitanovic marked, which is the Exhibit 3, the July 1995 land spreading management program -- I'm sorry, land spreading management plan. Let me know when you're there.
A. Okay.
Q. So, Mr. Hansen, was this a document that was provided by Wausau Paper to WDNR?
A. Yes.
Q. In the first paragraph of your letter, do you see the second sentence that says, "thank you for your help and guidance throughout the entire permitting process"?
A. Yes.
Q. And that was addressed to DNR?
A. Yes.
Q. And then on that first page in the second paragraph, it says, "we plan to meet with the cooperating farmers on Tuesday, July 25th, and will begin land spreading on August 7, '95."
Do you see that?
A. Yes.
Q. Do you generally recall that will before land spreading began on these farms, there were discussions with the cooperating farmers?

Page 287

A. Yes.
Q. And what, in general, would you have discussed with them?
A. Well, especially initially, a whole range of things, the character of the material, and how we would spread it, and what their obligations were, and so on. Those kinds of things.
Q. How did the company communicate with the farmers or landowners who participated in the program thereafter?
In other words, beyond that initial discussion. And I can narrow it down. Were those communications standardized, or did they vary by participant?
A. They varied by participant, depending on how the program was going. And the Kuczmarskis, for example, had a lot of fields, so we -- there was a lot of personal contact with, especially, Jerry.
Q. Okay. And let's go to Page 2 of the document. The page numbers, I think, are right at the bottom of the page.
There's a heading that says, "fiber cake quantities, characteristics, and beneficial use."
Do you see that? I think we looked --
A. Yes.
Q. -- around there earlier.

Page 288

Okay. Can you read the first sentence of the second paragraph starting with, "as a soil amendment"?
A. "As a soil amendment containing 95 percent organic matter, two percent nitrogen and other nutrients, the land application of the RPC fiber cake will provide economic and environmental benefits to the local agricultural community."
Q. To your knowledge, did the Rhinelander mill ever pay landowners to accept fiber cake?
A. No.
Q. And to your knowledge, did any landowner ever pay the Rhinelander mill to receive fiber cake?
A. No.
Q. Okay. Toward the bottom of that paragraph, there's a sentence that begins with "environmental benefits."
Do you see that?
A. Yes.
Q. Would you please read that sentence?
A. "Environmental benefits attributed to large inputs of organic matter in the slow release nitrogen fertilizer include increased resistance to wind and water erosion, increased retention of commercial fertilizer and pesticides applied by farmers, and reduced potential for negative groundwater

Page 289

impacts from commercial fertilizer and pesticides. Recycling the organic matter and nutrients via land application will also extend the life of the RPC landfill."
Q. Can you please explain your understanding of how land spreading would reduce the potential for negative groundwater impacts from commercial fertilizers and pesticides?
A. Well, like we talked about before, it increases the organic material in the soil, which increases the cation exchange capacity and allows the soil to hold things like nitrate and phosphorus and so on in the soil rather than leach to the groundwater.
Q. Okay. Let's go to Page 8 of that document. There's a section titled public relations and nuisance abatement. Let me know when you see that.
A. Yes.
Q. About halfway down there, it says, "complaints and inquiries concerning the land spreading will be responded to immediately on a case-by-case basis."
Do you see that?
A. Yes.
Q. Based on your experience with the land spreading program, is that something Wausau Paper tried

Page 290

to do, respond immediately to complaints and inquiries?
A. Yes.
Q. And do you believe that you did do that?
A. We did our best.
Q. Okay. And the last sentence there says, "Rhinelander Paper intends to notify adjacent neighbors prior to the beginning of operations."
Do you see that?
A. Yes.
Q. And did you try to notify residents adjacent to the land spreading sites that there would be land spreading?
A. That would have been done by our consultant.
Q. Okay. Mr. Hansen, toward the end of this document, the pages are no longer numbered, but they have those Bates numbers that we've chatted about in the lower right-hand corner. So if you can, turn with me to the one ending in 2936, there's a letterhead that says planning and zoning, Oneida County.
Do you see that letterhead, Mr. Hansen?
A. Yes.
Q. And does this appear to you to be a letter dated June 29th, '95, to Jerome Neis?
A. Yes.

Page 291

Q. And then on the next page, do you see the name and signature block says Stephen Osterman, zoning administrator?
A. Yes.
Q. Okay. Then -- sorry to make you flip, but going back to the first page, the subject of the letter is application of fiber cake wastewater treatment residuals on agricultural fields.
Do you see that?
A. Yes.
Q. In the first paragraph, do you see where this letter from the zoning administrator from Oneida County describes certain property in the town of Stella, Mr. Hansen?
A. Based on -- yes, uh-huh.
Q. Okay. And then in the next paragraph, it says, "your conditional use permit was approved continent on the following conditions."
Do you see that?
A. Yes.
Q. And then in Number 2, it essentially says that the approval is based on the fact that the application must be in conformance with DNR regulations and WPDES permit conditions and the approved land spreading management plan.

Page 292

Do you see that?
A. Yes.
Q. And then if we look at Number 6, it says, "a written report of the summary of the field spreading to be used as a basis for review is to be submitted to the Oneida County Planning and Zoning Department in February or March of '96."
Do you see that?
A. Yes.
Q. So does it appear to you that Oneida County provided approval for land spreading on approved sites?
A. Yes.
Q. Are you aware of Oneida County ever revoking or denying a request for approval to conduct land spreading?
A. Not while I was there.
Q. Let's look at the next, and I think last, page of this document, that ends in 2938.
So the document has a header at the top that says Town of Stella.
Do you see that?
A. Yes.
Q. In the middle of the page, do you see where it says, "resolution," and then underneath there

Page 293

it says, "the board of the Town of Stella hereby approves the conditional use permit of the Rhinelander Paper Company for the application of RPC wastewater treatment residuals fiber cake on lands in the Town of Stella owned by Sowinski Farms, Inc., Jerome and Thomas Kuczmarski, and the University of Wisconsin research farm as indicated on the application."
Do you see that?
A. Yes.
Q. Are you aware then of the Town of Stella ever revoking or denying a request from Wausau Paper for approval to conduct land spreading?
A. Not while I was there, no.
Q. Okay. Keep that exhibit close, Mr. Hansen. I might just want to very briefly come back to that.
One more document that I want to mark with you.
MS. SCHWARZ: And this is going to be Exhibit 16.
[Exhibit 16 marked for identification.]
BY MS. SCHWARZ:
Q. So, Mr. Hansen, this -- does this appear to you to be an August 1, 1995, letter that's on WDNR letterhead with the subject approval of land spreading management plan?

Page 294

A. Yes.
Q. And the last paragraph on that first page says, "Rhinelander Paper Company shall conduct their land spreading activities in accordance with this approved LMP."
Did I read that correctly?
A. Yes.
Q. Okay. Let's turn to the fifth page, which has a number ending in 0761 at the bottom right-hand corner. And it's titled land spreading site evaluation form at the top right.
A. Uh-huh.
Q. Do you see that?
A. Yes.
Q. Okay. Great.
So toward the top of the page, it says, "complete this form for each site and send to the appropriate DNR district or area office to the sludge management specialist if indicated for evaluation for approval."
Do you see that?
A. Yes.
Q. And then in the middle of the page, do you see that this particular document is to obtain approval for land spreading on Sowinski farms?

Page 295

A. Yes.
Q. And if you go to the next page that ends in Bates 0762, does it appear to you to contain additional questions about the particular characteristics of the proposed land spreading site?
A. Yes.
Q. Okay. And let me just confirm once again with you, Mr. Hansen.
Did WDNR require that each site first be approved before land spreading could occur?
A. Yes.
Q. And prior to obtaining a site specific approval from DNR, did Wausau Paper have to first submit a site evaluation form?
A. I don't recall that specifically, but it certainly looks like it, yes.
Q. Okay. We're getting to the end here, Mr. Hansen. One more document.
MS. SCHWARZ: I think this is going to be Exhibit 17. Am I right, Jude?
THE REPORTER: Yes.
MS. SCHWARZ: I got it. I got it.
[Exhibit 17 marked for identification.]
MR. CVITANOVIC: Did we attach this already or just something like this?

Page 296

MS. SCHWARZ: I think something like this, but you tell me if I'm incorrect.
MR. CVITANOVIC: No, I think this is something -- it has some common components, but --
MS. SCHWARZ: Okay. But different --
MR. CVITANOVIC: Yeah.
MS. SCHWARZ: Okay. Just holler if I goofed.
BY MS. SCHWARZ:
Q. So, Mr. Hansen, the document I've handed you, Exhibit 17 -- all right, 17, has a cover letter on the first page, but then another cover letter on the second page. So I'd like to start with the second cover letter, okay?
A. Yes.
Q. And do you see that that's dated February 18th, 1998?
A. Yes.
Q. Great. And it looks like it's from you to Dan Boardman of DNR, right?
A. Yes.
Q. Do you see the subject that says it's a 90 -- 1997 land spreading annual report?
A. Yes.
Q. And the first sentence says, "a summary of

Page 297

Rhinelander Paper Company's '97 fiber cake land spreading activities is attached."
Do you see that?
A. Yes.
Q. And at the beginning of the next paragraph, do you see where it says, "our computer-generated annual report sheet summarizing fiber cake nutrient and metals loading rates per site is included."
Do you see that?
A. Yes.
Q. And then do you see the individuals and the entities that are copied on this letter, the CC list, Mr. Hansen?
A. Yes.
Q. So other than Mr. Jerry Neis and Mr. John Catchco, who I think we discussed today, who else is copied on this submission?
A. Oneida County Planning and Zoning, Town of Stella, and Sowinski, Kuczmarski, and University of Wisconsin farm.
Q. And can you just very generally explain what this document is?
A. Well, this is a report that's -- the required report for Department of Natural Resources on

Page 298

land application and fiber cake components.
Q. Okay. And then if you could, flip back with me to the first cover letter on that first page.
And does it look like it was signed by you --
A. Yes.
Q. -- and dated February 17th, 1998?
A. Yes.
Q. Who was it addressed to?
A. Bureau of Wastewater Management point source technical evaluation section in Madison.
Q. Yeah, it looked to me also like they were located in Madison.
Is the Bureau of Water Shed Management a division of WDNR, to your knowledge?
A. Apparent -- probably. That's the correct address.
Q. Yeah. So would it be accurate or inaccurate to say that multiple divisions of WDNR would have received a report about Wausau Paper's land spreading activities over the prior year?
A. Yes.
Q. To your knowledge, was an annual report provided to DNR ever year after the land spreading program began and while you were working for Wausau Paper?

Page 299

A. To my knowledge, yes.
Q. Okay. We'll do one more document that I think we've alluded to today, but have not marked. So this will be Exhibit 18.
[Exhibit 18 marked for identification.]
BY MS. SCHWARZ:
Q. There you go. Same -- this will be a quick one, Mr. Hansen. I don't know if I've lost credibility about being quick, but I'm trying.
MR. CVITANOVIC: Your reputation is diminishing.
MS. SCHWARZ: I'm sorry. I'm trying.
BY MS. SCHWARZ:
Q. Mr. Hansen, can you turn to the second page of this document? I'm not trying to hide the first page, I just couldn't make heads or tails of it.
The second page there looks to me, at least, to be a letter dated August 30th of 2001, and signed by you to Steve Ohm of DNR.
Do you see that?
A. Yes.
Q. And the CC list there on the first page also includes Jim Combs, right?
A. Yes.
Q. Bart Sexton of Oneida County Solid Waste?

Page 300

A. Yes.
Q. And then Mike Hansen of DNR --
A. Hammers.
Q. Oh, that's right. Mike Hammers of DNR in Madison, right?
A. Yes.
Q. And then the subject says, "fiber cake priority pollutant analysis," and then the first sentence there, I think, says, "here's a copy of the results of our recent fiber cake sample analysis."
Do you see that?
A. Yes.
Q. And the next sentence says, "our WPDES permit requires such an analysis 12 months prior to permit expiration."
Do you see that?
A. Yes.
Q. And then in the last sentence, do you see where it says, "we used the new priority pollutant analysis list/methods as you recommended and included all of the dioxin congeners."
Do you see that?
A. Yes.
Q. And I think you mentioned dioxins today as a compound that DNR was interested in, is that fair?

Page 301

A. Yes.
Q. Okay. Did DNR request that Wausau Paper test for dioxins in the fiber cake?
A. Apparently.
Q. And seeing this document, do you recall whether WDNR would ever update or add compounds to be tested for to the priority pollutant list?
A. Apparently.
Q. And did --
A. It's recommended, so --
Q. Right. Right. And did WDNR also recommend specific test methods?
A. Test methods were specified.
Q. Okay. And then on Page 3, do you see the title that says analytical report?
A. Yes.
Q. And next to project it says, "fiber cake priority pollutants."
Do you see that?
A. Next to project?
Q. Yeah. Next to project.
A. Oh, yes.
Q. Okay. Great.
A. No, I don't see it.
Q. You don't see it?

Page 302

A. Where?
Q. Right there (indicating.)
A. Oh, okay. Yes.
Q. Okay. It's pretty small.
And then do you list there are a -- you see there are a number of parameters listed, and it says the results.
Do you see that?
A. Uh-huh. Yes.
Q. So is that the list of the -- I forgot if it was the 126 or 128 compounds that you testified about earlier?
A. No, that's not -- this page is not a complete list --
Q. Okay.
A. -- but as I look through things, there are other pages.
Q. Okay. Does it look like it might be the beginnings of the list?
A. Yeah, there's a list and supplements, so we've got a whole page for dioxin.
Q. Yep.
A. Okay.
Q. And then I think there might be more toward the end there.

Page 303

A. Uh-huh. Yes.
Q. Okay. Great.
So to summarize, Mr. Hansen, in terms of the materials that would have been submitted for review or approval to DNR in connection with Wausau Paper's land spreading program, I'm just going to run through a bit that are -- the submissions that are on my list.
Was a proposal for land spreading submitted to WDNR?
A. Yes.
Q. Was a land spreading management plan submitted to WDNR?
A. Yes.
Q. Was a Wisconsin pollutant discharge elimination system permit modification request submitted to WDNR --
A. Yeah.
Q. -- that included land spreading provisions?
A. Yes.
Q. It's a mouthful. I'll get it out.
Were annual land spreading reports submitted to WDNR?
A. Yes.
Q. Were individual site applications

Page 304

submitted to WDNR for approval to land spread on each?
A. Yes.
Q. Were priority pollutant analyses of the fiber cakes submitted to WDNR?
A. Yes.
Q. And were those tests conducted and provided to WDNR, at least annually?
A. Priority pollutant analysis?
Q. Yes.
A. In the fiber cake?
Q. Yes.
A. Not annually.
Q. How often would those be submitted?
A. We did one -- well, based on what I've read here, we did one prior to starting the process, and I think it was said 18 months prior to redoing the permit.
Q. Okay. I thought I saw a reference to every 12 months prior to renewal, but I'll -- we can figure that out in the documents.
Was a beneficial use analysis for fiber cake from the Rhinelander mill submitted to WDNR?
A. Yes.
Q. Were some of these materials also provided to Oneida County?

Page 305

A. Yes.
Q. And to the Town Board of Stella?
A. Yes, apparently.
Q. And were some of the materials also provided to EPA? I thought I saw in some of the documents that EPA was copied.
A. Okay. Yes.
Q. Okay. While you were with the company, did WDNR ever decline to renew Wausau Paper's permit for land spreading?
A. No.
Q. Did they ever question the accuracy or the reliability of any of the submissions you made in connection with the land spreading program?
A. We just saw an instance where they questioned the results in one of the forms.
Q. That's right.
And I just want to ask you a -- kind of a couple questions on the specifics of the land spreading sites.
Were there differences in how close the fields were to surface water or wells? In other words, were some fields more remote than others?
A. Yes.
Q. Were there differences in crop types across the land spreading fields?

Page 306

A. Yes.
Q. Did the company tailor application rates based on those differences?
A. Yes.
Q. Were some sites used more often than others?
A. Yes.
Q. Were sites added to the program over time?
A. Yes.
Q. Would runoff or infiltration be expected to differ from one location to the other?
A. Yes.
Q. And, Mr. Hansen, while you were overseeing the land spreading program, did some of the participating sites receive fiber cake that was incorporated with the site's soil while others only had surface land spreading?
A. Yes.
Q. Okay. I want to go back -- I promised we'd go back to Exhibit 3. That's that land spreading management program document from 1995.
A. Have we had it out recently?
Q. We've had it out recently, but we've had a lot of documents.
MR. CVITANOVIC: I told you to keep it

Page 307

close.
A. Ye, got it.
Q. That's the one. And I'm just going to direct you to Pages 5 and 6. It should have the numbers at the bottom if I'm recalling correctly.
There's a section at the bottom of Page 5 there, Mr. Hansen, that's titled site characteristic requirements.
Do you see that section?
A. Yes.
Q. And then there's a numbered list there?
A. Yes.
Q. Number 4 says that land spreading sites will be limited to a slope of 12 percent or less when material is to be incorporated in the soil. Surface spreading without incorporation will be limited to areas with no more than six percent slope.
Do you see that statement?
A. Yes.
Q. And so pursuant to the land spreading management plan and the statement we just read, did those sites have different slope values?
A. Yes.
Q. And Number 5 on the next page there, it says, "when the ground is frozen or snow-covered, land

Page 308

spreading will be restricted to areas with slopes of two percent or less."
Do you see that?
A. Yes.
Q. So am I interpreting correctly, Mr. Hansen, or maybe incorrectly, that certain of the approved land spreading sites would not receive any fiber cake during the winter, if the land had a slope of over two percent?
A. Yes.
Q. Okay. Can you flip back to Page 3 for me under the heading crops?
Do you see that?
A. Yes.
Q. The last sentence in that section says, "proposals to land spread on non-agricultural sites will be submitted for review and approval by the DNR on a case-by-case basis."
Do you see that?
A. Yes.
Q. So does that mean to you, Mr. Hansen, that some sites were agricultural and some could have been non-agricultural, subject to DNR's approval?
A. Yes. Most were agricultural.
Q. Okay. The next section titled fiber cake

Page 309

application rates starts with the following sentence.
"Fiber cake application rates will be based on nitrogen availability, matched with crop and nitrogen needs, but will not exceed 20 dry tons per acre."
Do you see that sentence?
A. Yes.
Q. Mr. Hansen, did the allowable fiber cake application rate vary depending on the crop-specific nitrogen needs of the field or the property?
A. Yes.
Q. Okay. And now I'm going to really jump around just based on what plaintiff's counsel did, but it will be quick.
We talked a bit today about the responsible party letter that -- from DNR.
Do you remember that, Mr. Hansen?
A. Not specifically.
Q. Okay. The media article that I think --
A. Okay. Yes.
Q. Okay. Do you have any personal knowledge relating to what went into that investigation that led that to that letter from DNR?
A. No.
Q. Okay. Bear with me.
If we go to Exhibit 4, Mr. Hansen -- maybe Jude

Page 310

can help -- but this was a material safety data sheet that I think you were shown.
A. Yes. Okay. Got it.
Q. Do you recall being shown that -- this MSDS for 3M Scotchban product, Mr. Hansen?
A. Today?
Q. Yes.
A. Is this it?
Q. Yeah, that's it.
A. Okay.
Q. So let me just ask you, Mr. Hansen, would you have relied on your colleagues that were subject matter experts to review the MSDSs for raw materials in the paper making process?
A. Yes.
[redacted]

Page 311

[redacted]

Page 312

[redacted]
MR. CVITANOVIC: Object to the form.
BY MS. SCHWARZ:
Q. Okay. Moving on to Exhibit 6, Mr. Hansen.
A. Hmm. It happens to be sitting here.

Page 313

Q. Yeah. Great.
And I believe plaintiff's counsel asked you about this document, also.
Do you see the date at the bottom of the document, the bottom left, it says September 29 of 1992, Mr. Hansen?
A. Yes.
Q. Were you with Wausau Paper in 1992?
A. No.
Q. And so plaintiff's counsel asked you whether documents related to aquatic toxicity would be routed to you.
Given that you weren't with the mill in 1993, do you believe those could have been routed to you at that time?
MR. CVITANOVIC: Object to the form.
A. Well, I was -- I was there in 1993, but not in 1992.
BY MS. SCHWARZ:
Q. I'm sorry, 1992. Okay.
A. So what's the question again?
Q. Yeah, so plaintiff's counsel asked you whether documents related to aquatic toxicity would be routed to you, but given that you weren't with the mill in 1992, do you believe that those could have been sent

Page 314

to you at that time?
A. It would be difficult -- no.
Q. Okay. And, Mr. Hansen, I just want to ask you, there's a -- that first paragraph under usage, do you see that? It says, "an FDA approved polymeric fluorochemical paper treatment which provides oil and water repellency to treated paper."
Do you see that?
A. Yes.
Q. It says, "it is applied in the paper milling process during the size press state."
A. Yes.
Q. Mr. Hansen, I just want to ask you, if a chemical is applied during the size press state of the paper making operations, and that's on the dry end, do you have an understanding as to whether it would wind up in the wastewater treatment plant?
A. So you're telling me the size press is at the dry end?
Q. I'm asking you if it was at the dry end.
A. If it's at the dry end, it's unlikely that it would have ended up in the wastewater flow.
Q. Okay. Thank you.
If we go to Exhibit 7 now, Mr. Hansen.
A. Okay.

Page 315

Q. And I think plaintiff's counsel did refer you to this, but under Paragraph 6, it says, "is it safe?"
Do you see that?
A. Yes.
Q. And can you read the first sentence under Number 6 there?
A. "The Department of Natural Resources has determined that it will be beneficial when applied to agricultural crops and will be non-detrimental to the environment."
Q. And did you rely on the WDNR to determine whether fiber cake would be non-detrimental to the environment during your tenure?
MR. CVITANOVIC: Object to the form. Go ahead.
A. We -- well, we got their approval to do it. We did the testing. We looked at the test results, and the test results of the priority pollutant analysis were -- indicated that it would be not harmful.
BY MS. SCHWARZ:
Q. Did WDNR, to your knowledge, Mr. Hansen, have subject matter experts that could determine whether fiber cake was detrimental or not detrimental

Page 316

to the environment?
A. They would have -- well, they would have had people that would review that, and they would look at the same information we looked at. It was the priority pollutant analysis and the solids content and so on.
Q. Okay. We can go to Exhibit 8.
And, Mr. Hansen, do you recall plaintiff's counsel asking you about Exhibit 8, which was at least one, or maybe a couple, complaints from one of the Kuczmarskis in connection with Snowden Lake?
Do you recall that?
A. Yes.
Q. Okay. And so on Page 1 there, under the row of asterisks, it said, "Steve Ohm spoke to Guy Hansen, Rhinelander Paper, to discuss a complaint from a constituent of Senator Breske's regarding the spreading of Rhinelander Paper fiber cake on the UW research farm near Snowden Lake. Steve indicated the complaint alleged strong odors, and that all the fish in Snowden Lake had died since Rhinelander Paper had been spreading their waste in that area."
Do you see that?
A. I do, yes.
Q. And if you go to Page 2, the second full

Page 317

paragraph starts with Guy.
Could you read that for us?
A. "Guy believes impacts of Snowden Lake relative to the spreading" -- "spreading given location slope of the fields, quality of the sludge, management of the UW farm, and so on are very unlikely. Steve concurs, but indicated that he would check around the region to determine if anyone is aware of what the status of Snowden Lake fishery is or what concerns may exist."
Did I read too much?
Q. Nope, you did perfectly.
And going back to Page 1, it looks like above that line of asterisks, there is an exchange between Steve Ohm and Tom Bashaw of WDNR.
Do you understand that the same way that I do?
A. Yes.
Q. And the second paragraph says, and this is from Steve Ohm of DNR, "in addition, I checked with the fishery's biologist. He indicated it would be highly unlikely, given location of spreading sites, that there would be any impact to Snowden Lake. He further indicated Snowden Lake is a shallow lake and is subject to winter kill."
Do you see that?

Page 318

A. Yes.
Q. Okay. And then last point on this document, Mr. Hansen, the next page, it says, "Guy also indicated Rhinelander Paper does want to be good neighbors. He indicated if there are citizen concerns on their activities regarding fiber cake spreading, they would prefer to be contacted such that they can attempt to address them promptly."
Do you see that?
A. Yes.
Q. Was that accurate?
A. Yes.
Q. So you tried to address complaints promptly?
A. Yes.
Q. Was that important to you?
A. Well, yes, and nobody wants to be contacted from their senator's office.
Q. Fair enough.
And the last one, Exhibit 10, Mr. Hansen, if you have that.
A. Yes.
Q. Okay. And I think this was one of the last exhibits that we went over with Mr. Cvitanovic, but looking at the second paragraph here, Mr. Hansen --

Page 319

A. Yes.
Q. -- can you read that?
A. It starts out, "Rhinelander Paper told me?"
Q. That's right.
A. "In advance when they would be spreading at this UW site. At that time, I was also told that Guy Hansen, environmental supervisor of Rhinelander Paper, would be available and accessible at the site to discuss concerns with anyone if so desired, as well as their intentions of being absolutely sure that all best management practices in their spreading management plan would be followed."
Q. And was that accurate and consistent with your recollection, Mr. Hansen, in terms of wanting to be accessible at the site to discuss any concerns?
A. Yes.
Q. Okay. And then the last full paragraph before the feel free to -- please feel free to contact me line --
A. Yes.
Q. -- can you read that with respect to testing?
A. "With respect to testing, we continue to collect," pardon me, "test results from private,"

Page 320

well -- "private water supply wells in the area. However, our assessment is still as we stated in our March 31, 2004, letter, from Scott Hassett to Senator Breske, that as we have no reason to believe that the groundwater contamination in the area is the result of land application of Rhinelander paper mill biosolids."
Q. Was that statement made, Mr. Hansen, by DNR, or by Wausau Paper?
A. This is by DNR.
Q. Okay. Thank you. I don't have any further questions.
MR. CVITANOVIC: Okay.
EXAMINATION
BY MR. CVITANOVIC:
Q. I'm going to start with that document in your hand, one question. It says it's dated August 27th, 2004. Do you see that?
A. Yes.
Q. Were you still working with the mill in 2004?
A. I would've been -- I retired about that time, so probably.
Q. Okay.
A. Hmm. Well, I'm mentioned in here, so the answer is yes.

Page 321

Q. No specific recollection, but you think, more likely than not based on this document, you were still working there?
A. Yes.
Q. Okay. Let's set that one aside.
Earlier, you answered some questions about the application of fluorochemicals at the dry end of the paper making process.
Do you remember?
A. I -- you know what, my brain is getting tired.
Q. I know. We're going to get you out of here by 5:00.
[redacted]

Page 322

[redacted]

[redacted]

[redacted]ter.

Q. Understood.

But you saw things in the mill, you personally observed things, you were aware of what happened in the mill during your employment at the mill?

A. Yes.

Q. Earlier, you answered a question about the EPA.

I don't know that I remember seeing a document where the EPA was copied. Do you have a specific recollection of communicating with the EPA, or

Page 324

seeing --

A. Personally?

Q. Or seeing communications that you were copied on and the EPA was also copied on.

A. It seems to me I saw one or two today, but I don't -- other than that, I don't remember.

Q. If you did, it would be reflected in the documents?

A. Yes.

Q. And if the documents don't reflect the EPA being copied, you don't have any specific recollection one way or the other?

A. Right. Correct.

Q. Okay. I want you -- do you remember those documents I held -- or I told you to hold onto? It was the -- I don't remember the exhibit number, but it's Jerome Neis's letter to DNR where you read some -- some stuff out of Paragraph 16?

MS. SCHWARZ: It's the WPDES permit?

MR. CVITANOVIC: It is the modification of the WPDES permit. What was the exhibit number on that?

MS. SCHWARZ: I think it was 15.

MR. CVITANOVIC: It had a little stack with three documents on it that I --

MS. SCHWARZ: I can just give him my copy.

Page 325

MR. CVITANOVIC: Well, but I want him to highlight something --

MS. SCHWARZ: Okay.

MR. CVITANOVIC: -- on the exhibit.

THE WITNESS: 16?

MS. SCHWARZ: 15.

THE WITNESS: 15.

MS. SCHWARZ: I think it was 15, yeah.

THE WITNESS: Okay. 15.

BY MR. CVITANOVIC:

Q. The cover looks like this. (Indicating.)

A. Yeah, okay. Looks right.

Q. Turn to Page 1305. Look at the numbers on the bottom where it says 1305 at the bottom.

A. 1305. I may have the wrong -- oh, wait a minute. Wait a minute. 1305. I see what you're saying. Okay. Yeah.

Q. Take this highlighter, if you don't mind, and highlight for me in Paragraph 16 where it starts at bioaccumulative all the way to the end of the paragraph.

So it should read in highlight, "bioaccumulative organics. Any such limit or prohibition shall be based on waste characteristics, soil cation exchange capacity, type of crop grown, and other relevant

Page 326

factors."
A. (Marks on document. ). Okay.
Q. So earlier, you answered some questions in particular about bioaccumulative organics.
Do you remember that?
MS. SCHWARZ: Objection to form.
A. Probably.
BY MR. CVITANOVIC:
Q. We read this section before.
A. Okay.
Q. So the 3M documents that we reviewed earlier talked about bioaccumulative organics; isn't that right?
A. Very possibly. You're catching me at a -- my -- I am weary, so -- okay?
Q. I understand.
A. I'll take your word for it.
Q. In this last sentence where it says, "any such limit or prohibition shall be based on waste characteristics," when it says waste characteristics, that's referring to the waste characteristics of the sludge; isn't that correct?
MS. SCHWARZ: Objection to form.
A. Yes.
BY MR. CVITANOVIC:

Page 327

Q. Right. And so there was the potential -- in fact, it, says there shall be -- or excuse me.
Let me see. There was the potential that there could be additional testing for this permit based on waste characteristics of the sludge?
MS. SCHWARZ: Are you done with your question?
MR. CVITANOVIC: No, no, no.
A. What's the question?
BY MR. CVITANOVIC:
Q. So based on this language, there was the possibility that there could be additional testing required based on the waste characteristics of the sludge, right?
MS. SCHWARZ: Objection. Misstates the document.
A. Or any -- they could require any testing that they wanted --
BY MR. CVITANOVIC:
Q. Okay.
A. -- based on anything.
Q. Well, in here it says specifically that, "the department may limit or prohibit the land application of sludge containing additional pollutants, such as, but not limited to, dioxin, phenolics,

Page 328

pesticides, and bioaccumulative organics," right?
A. Right.
Q. And that they -- those limits shall be based on, among other things, the waste characteristics.
Do you see that?
A. Okay.
Q. We talked about the bioaccumulative organics that were used at the mill. You testified earlier that you weren't aware of what products were used on the paper side.
Do you think that DNR was aware of those bioaccumulative chemicals that were in use at the mill?
A. No, or they would have included them. This is a -- this is a boilerplate-type statement that would be put in any permit --
Q. Okay.
A. -- in my opinion.
Q. But it clearly shows the intent of DNR to address potential bioaccumulative chemicals when they are brought to DNR's attention?
A. Correct.
MS. SCHWARZ: Objection to form. If you know that.
BY MR. CVITANOVIC:

Page 329

Q. And we answered a lot of questions about permits and land management programs and applications and approvals by various governmental entities, including the Town of Stella, Oneida County, DNR.
As you sit here today, do you recall ever informing any of those people that PFAS had the potential to be in the sludge?
MS. SCHWARZ: Objection to form.
A. No, I would not have informed them, because I didn't know about it.
BY MR. CVITANOVIC:
Q. Do you think that any of those individuals -- DNR, Town of Stella, Oneida County -- had the capability of knowing that the Rhinelander paper mill was using Scotchban?
A. No.
Q. Okay. And so earlier when you talked about DNR inspecting the plant and having access to documents, you don't have any indication or belief that they were aware that the 3M MSDSs discussed how to safely use bioaccumulative chemicals?
MS. SCHWARZ: Objection to form. Go ahead.
A. No.
BY MR. CVITANOVIC:

Page 330

Q. When we're talking about what you knew and what other people in the mill knew, do you agree that the people in the technical department had superior knowledge to you about the types of chemicals used in the paper making process?
A. Yes.
Q. Okay. I mean, you interacted with them, you knew what they did, right?
A. Yes.
Q. And they knew better than you what the chemicals were that they used and what their attributes were?
A. Yes.
Q. Do you also agree that the chemical manufacturers had superior knowledge even to those individuals who were subject matter experts within your own facility?
A. Apparently, yes.
Q. They were the ones who provided the warnings, correct?
A. Yes.
Q. And earlier when you talked about acting responsibly with respect to the land application program, that was because you acted responsibly based on the information that was available to you in your

Page 331

position, right?
A. Yes.
Q. Okay. But now, if somebody above you in this chain of information had superior knowledge, you would have expected them to use that superior knowledge to inform you of what you needed to know so that you could perform your job responsibly?
A. If it affected me --
Q. Correct.
A. -- yes, or by the process.
Q. Whether that be the technical people at your mill or the chemical suppliers who inspected the mill, it was your expectation that people with superior knowledge would let you know the things you needed to know so that you could certify that your sludge was safe to be land applied?
A. Well, the chemical manufacturer wouldn't. People in the -- other people in the mill had the -- if they noticed, if they saw that, would have let us know, I would suspect, yes.
Q. That's what you would hope?
A. Yes.
Q. Okay. And is it safe to say that everybody, from you to the chemical suppliers, everybody on the paper making side of this equation,

Page 332

had superior knowledge to the chemicals in use at the Rhinelander Paper Company than DNR did?
MS. SCHWARZ: Objection to form.
A. Well, not everybody, but the management, the -- the technical department, and so on, yeah.
BY MR. CVITANOVIC:
Q. Okay. And DNR relies on the superior knowledge of industry to inform DNR of what they need to know so that they can guarantee the safety of the environment and the communities in Wisconsin?
A. Who -- ask me that again.
Q. DNR -- DNR relies on the superior knowledge of industry to inform DNR of what they need to know so that DNR can ensure the safety of the community and the environment in Wisconsin?
MS. SCHWARZ: Objection to form.
A. I would say not necessarily. DNR or EPA would probably rely on other experts, university or other scientific studies or something. They wouldn't reply -- wouldn't depend -- I wouldn't suspect they'd depend on the paper mill to tell DNR what they should be regulated for.
BY MR. CVITANOVIC:
Q. But you expect -- in your role at the mill, part of your job was performing tests and sending

Page 333

them to DNR, correct?
A. Correct.
Q. If you had any reason to -- let me ask a different question.
When we talk about scope of responsibility in the mill, you were responsible for treatment, and so you were primarily concerned with upsets in your wastewater treatment plant; is that right?
A. Yes, and the quality of the product.
Q. The quality of the effluent?
A. And the fiber cake.
Q. And the fiber cake. Okay.
A. There are other aspects to my job, but that was the -- yes.
Q. Okay. And you didn't go out seeking information unless you had a problem with an upset or a problem with the quality of your effluent?
A. Yeah, basically, yes.
Q. Okay.
A. Or sampling -- yeah, we would -- we would -- I would do sampling in the -- in the sewers to try to verify the reports that the paper makers made. I think I mentioned before, if we could -- if I could -- if I could verify that there was twice as much solids coming from paper machine eight as they

reported, they had a problem. It's a -- not only for us, but for them, because they're losing fiber and they're losing money.

Q. Could you tell from the wastewater treatment plant which of the paper machines was directing effluent to your -- excuse me -- was directing liquids to your wastewater treatment system?

A. Well, they all were. Could we -- could I tell from the -- not -- not usually, unless there was an additive of some sort that we knew a paper machine was making a certain grade of paper, and for some reason, it a milky effluent or something, then we could tell, but, otherwise, no.

Q. Okay. In your role at the wastewater treatment plant, you were primarily concerned with ensuring the quality of your effluent, and the technical department is primarily concerned with the quality of the paper.

How is this information going to get shared between the two groups to make sure that both sides understand what the other's needs are?

A. Well, probably, somewhat anyway, through my supervisor, or, in some cases, a direct contact with somebody in technical. That's the information trying to flow upstream. And sometimes that information flows



downstream, but --

Q. Okay. Mr. Hansen, I think that's going to be all I have. Let me just look at some of the things I jotted down earlier.

MS. SCHWARZ: As he does that, Mr. Hansen -- take your time. I have one question when you're done.

MR. CVITANOVIC: Okay. I'm done.

EXAMINATION

BY MS. SCHWARZ:

Q. Mr. Hansen, sitting here today, do you believe that your colleagues in technical acted responsibly in carrying out their responsibilities, including with respect to disclosing information to you so that you could responsibly run the wastewater treatment plant and the land spreading program?

MR. CVITANOVIC: Object to form.

A. I -- yeah, I believe that they -- to the best of their knowledge or information, they did.

MS. SCHWARZ: Thank you. No further questions.

MR. CVITANOVIC: Okay.

MS. SCHWARZ: All right. I think we're all set.

MR. CVITANOVIC: I think we're all set.



THE VIDEOGRAPHER: Going off the record at 5:08.

[5:08 p.m.]

MS. MILLER: E-transcript, and then also can we get a rough, as well?

MS. KENDALL: Yes, just a transcript, please.

MR. LAND: If it will be sent this evening, go ahead and send plaintiffs rough.

MS. SCHWARZ: We'll get a rough. That's fine.

MR. CVITANOVIC: Regular turnaround on the transcript.

[SIGNATURE RESERVED.]



C E R T I F I C A T E

I, Jude Arndt, a Certified Shorthand Reporter and Certified Court Reporter, do hereby certify that GUY HANSEN, prior to the commencement of the examination, was sworn by me on October 29, 2025, to testify the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the proceedings as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in this action.

JUDE ARNDT, CSR, CCR, RPR
CCR NO. 084-004847
CSR NO. 1450

I, Guy Hansen, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

________________________

Guy Hansen

Sworn and subscribed to before me,
This ________ day of __________, 202_.

________________________________

Notary Public



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
________________________________________________
Reason for change:________________________________

SIGNATURE:______________________DATE:____________
Guy Hansen

**&**

**&** 2:2,6,10 3:3 3:16 7:4 172:12

**0**

**00000052** 4:17
**00000053** 4:17
**00001687** 4:13
**00001694** 4:13
**0026028** 4:9 81:18 88:20
**0026032** 4:9
**017** 282:8
**03** 250:11
**04** 250:11,12
**0761** 294:9
**0762** 295:3
**084-004847** 1:16 337:21

**1**

**1** 4:6 5:11,17 60:3,5 94:18 139:22 149:25 186:23 208:21 210:21 276:6 280:23 293:23 316:14 317:13
**1.jpg** 4:7 60:3
**10** 3:7 4:24 197:13,16,18 198:9 318:20
**10,000** 127:1,8
**100** 2:6 227:15 228:2
**10036** 2:16
**105** 4:10,12
**1095** 2:15
**10:43** 89:3
**10:55** 89:6
**11** 5:1 182:24 207:20 215:12 222:2 259:2
**1100** 2:10
**12** 5:3 215:14 215:18 219:4 259:2 260:13 300:14 304:19 307:14
**126** 43:1 175:23 176:4 176:20 180:1 256:15 302:11
**127** 277:19
**128** 4:14 43:1 277:19 302:11
**12:22** 157:14
**13** 5:5 220:24 221:2 229:21
**1305** 325:13,14 325:15,16
**13924** 337:19
**14** 5:7 269:2,2 269:7
**140** 175:3,7
**1450** 1:17 337:22
**147** 156:8
**15** 5:9 276:7 277:23 278:24 279:6,25 280:2 324:22 325:6,7 325:8,9
**158** 4:16
**16** 5:11 284:2 293:19,20 324:18 325:5 325:19
**160** 137:15,21
**1693** 116:3
**1694** 105:15 121:10
**17** 5:13,13 244:1 281:24 295:20,23 296:11,11
**172** 4:18
**17th** 298:6
**18** 5:15,17 152:18 284:17 299:4,5 304:16
**185** 4:20
**18th** 296:17
**19** 5:9 238:9 280:10 284:2
**190** 4:22
**19104** 2:20
**1958** 2:2
**197** 4:24
**1970s** 117:15
**1973** 260:16
**1992** 313:6,8,18 313:20,25
**1993** 5:7 36:11 37:4 38:7 39:1 66:21 68:4 69:7 207:1 262:24 273:2 276:13 313:13 313:17
**1995** 4:10,19 5:9,11 73:15 75:15 85:12 89:11 155:15 155:17,19 171:25 181:23 184:10,14 240:5 280:10 280:23 286:3 293:23 306:21
**1997** 296:23
**1998** 5:13 296:17 298:6
**1999** 4:14 129:1 130:24 141:11,14 157:21
**1:02** 157:17
**1:14** 166:22
**1:23** 166:25
**1:40** 179:20

**1:48** 179:23

**2**

**2** 4:8,19 5:17 88:21,24 89:1 273:22 277:24 280:6 282:11 287:18 291:21 316:25
**2.6** 217:4
**2.9** 217:4
**20** 37:8,11 65:14,15 84:14 124:8 145:22 149:11 150:8 150:16 174:22 174:25 178:11 237:9 238:10 262:5 263:3 267:15 309:4
**200** 239:9
**2000** 11:11,12
**20001** 3:17
**20002905** 105:2
**20004** 3:12
**2001** 5:15 106:9,10,16 157:21 299:18
**2002** 215:25 216:2,4
**2003** 11:13,21 38:7 190:10,11 207:1 215:25 216:2,4
**2004** 11:13,21 38:7 224:6 261:25 262:9 320:3,17,20
**202** 338:18
**202-942-6629** 3:17
**2025** 1:13 2:3 6:5 125:16 337:6
**207** 5:1
**212-698-3500** 2:16
**214-521-3605** 2:11
**215** 5:3
**215-994-4000** 2:21
**22** 4:14 85:10 174:16 238:6
**221** 5:5
**22nd** 128:25 129:1
**23** 2:6 6:11
**24** 4:10
**245** 4:2
**249** 4:3
**24th** 89:11
**25th** 286:19
**26032** 88:20
**269** 5:7
**2708** 207:23
**2747** 269:10
**279** 5:9
**27th** 320:17
**28** 5:7 281:24 284:2
**28th** 106:16
**29** 1:13 2:3 6:5 313:5 337:6
**29,400** 238:11
**2929** 2:20
**293** 5:11
**2936** 290:19
**2938** 89:23 292:19
**295** 5:13
**299** 5:15
**29th** 290:24
**2:46** 220:18
**2:57** 220:21
**2nd** 171:25

**3**

**3** 4:10 105:4,6 105:12 108:8 147:19 148:7 148:22 149:4 149:14,16,17 149:23 217:3 286:3 301:14 306:20 308:11
**3,000** 128:3
**30** 5:15 84:14 177:18 250:7 263:11
**301-651-1542** 3:12
**30th** 299:18
**31** 320:3
**3102** 2:10
**312-558-5600** 3:4
**320** 4:3
**33** 87:18
**335** 4:4
**34** 87:18
**3400-55** 221:18 221:21 285:7
**35** 3:3
**369-4189** 183:3
**3:23** 1:6
**3:55** 268:13
**3m** 1:7 3:2 4:13 4:13,15,15,15 4:15,17,17 6:9 6:23 30:17,24 31:8,11,16 105:15 106:6 114:14,16 117:15 121:11 128:25 139:3,4 140:2 144:6 157:21 160:22 172:25 180:6 181:24 204:20 245:9 310:5,17 326:11 329:20
**3mn01236780** 128:24

**4**

**4** 4:12 83:6 105:17,19,22 112:18 174:13 307:13 309:25
**401687** 105:15
**4:30** 268:14

**5**

**5** 4:14 109:18 128:20 129:5 137:12,17,18 282:14,20 307:4,6,24 310:16 311:13 311:14
**500** 3:11 82:7
**504-394-9000** 2:7
**515** 130:17
**53703** 3:8
**546** 1:6 6:11
**5:00** 321:13
**5:08** 336:2,3

**6**

**6** 4:16 152:5 158:5,6 167:4 180:10 292:3 307:4 312:24 315:2,7
**60** 4:6
**600** 147:7
**601** 3:16
**60601** 3:4
**608-620-8345** 3:8
**621** 3:7

**7**

**7** 4:2,18 138:10 154:22 172:2,3 184:24 217:9 218:1 274:5 286:20 312:1 314:24
**70037** 2:7
**75219** 2:11
**7649147** 1:25

**8**

**8** 4:20 185:6,7 222:2 276:7,11 277:14 289:14 316:7,9
**8397** 2:6
**845** 158:11
**89** 4:8

**9**

**9** 4:22 190:7
**90** 296:23
**93** 250:4
**938** 90:1
**95** 286:20 288:3 290:24
**96** 292:7
**97** 297:1
**9:04** 6:1,6

**a**

**a.m.** 6:1
**a1** 218:15,18
**abatement** 289:16
**ability** 10:13 11:19 46:19
**able** 11:16 19:21 82:12 144:4 175:15
**abnormal** 103:18,25 132:10
**above** 116:7 127:3 221:25 317:13 331:3
**absolutely** 257:3 319:11
**absorbed** 117:3
**academic** 133:13,15,16
**accept** 97:15 288:9
**acceptable** 17:16 110:18
**access** 110:17 211:17 213:21 265:1,3,6 329:18
**accessible** 242:10 319:9 319:16
**accompany** 58:25
**accomplish** 270:12
**accordance** 228:13 284:24 294:4
**account** 24:25 25:15
**accumulate** 117:6
**accuracy** 195:2 305:12
**accurate** 140:11 164:22 176:9 224:22 298:17 318:11 319:14 337:10
**accusing** 196:10
**acquaintances** 15:9
**acre** 149:11 150:8,16 174:16,19 309:4
**acreage** 175:7
**acreages** 156:11
**acres** 155:3 156:9 175:3,7 175:8

**acted** 259:10,14 260:7 330:24 335:12
**acting** 50:6 330:22
**action** 337:15 337:17
**activated** 40:14 162:7,20
**actively** 261:15 261:16
**activities** 20:25 24:19,20,21,21 25:24 294:4 297:2 298:20 318:6
**actual** 45:22 149:20
**actually** 16:25 31:18 38:11 56:24 72:10 74:2,7 86:9 87:25 99:10 108:8 116:7 148:12 170:2 178:12 180:8 185:22 210:20 223:9,12 244:17 273:23
**adapter** 184:18
**add** 32:15,16 34:4 35:16,18 74:21 257:16 301:6
**added** 45:17 135:17 200:23 306:8
**adding** 278:5
**addition** 91:25 154:10 223:14 317:19
**additional** 44:6 160:12 177:3 181:15 224:24 279:10 284:7 285:5 295:4 322:14 327:4 327:12,24
**additive** 334:10
**additives** 135:15 138:7
**address** 130:16 232:24 233:12 233:16 298:16 318:8,13 328:20
**addressed** 286:15 298:8
**addressing** 146:13
**adds** 198:21
**adhering** 121:17
**adjacent** 290:6 290:11
**adjusters** 22:21
**adjustment** 21:10,12
**administration** 159:16
**administrator** 291:3,12
**adopted** 17:13
**advance** 49:2 319:6
**adverse** 117:16 118:9
**advertised** 263:21
**advice** 148:4 167:16
**advise** 145:9
**advisor** 273:3
**affect** 199:22
**affected** 31:14 77:11 121:4,7 176:15 254:1 331:8
**affecting** 253:1
**affixing** 172:13
**ag** 74:4,18 80:3 88:5 202:2 211:17 235:1 268:8 275:2 276:14 278:12 279:12
**agency** 234:18
**ago** 7:10 13:23 13:25 23:4 26:13 66:4 76:11 112:19 165:12,13 250:8 262:6 263:11
**agree** 125:6,18 127:17 139:16 142:15 175:1 181:13 224:3 228:13 330:2 330:14
**agreed** 233:1
**agricultural** 237:12 243:25 270:2 271:23 272:9 273:7 274:18 284:23 288:7 291:8 308:16,22,23 308:24 315:10
**agronomic** 222:16 223:16 223:19 224:10 224:21
**ahead** 15:14 24:2 58:2 73:23 111:18 113:20 115:1 120:10 122:13 133:9 141:17 141:18 143:1 143:15 152:5 161:14 171:10 176:23 177:15 177:16 178:5 182:3 196:24 203:20 205:2

206:9 222:8 231:14,15 233:5 234:6 235:22 236:6 239:21 247:23 315:16 329:23 336:9
**ahlstrom** 3:14 3:15,15 4:9,9 7:4 30:1,4 81:18 88:20 173:1 233:14 233:14 245:9
**ahlstrom's** 173:2
**aid** 24:16 32:1
**al** 1:2,7 6:9,9 109:10,11
**alarm** 104:22 111:4,5,7,11
**alarms** 112:11 225:18
**alcohol** 10:12
**algae** 187:7,7
**allegation** 13:22 18:4
**allegations** 13:10,13 14:17 14:21 16:2 30:24 127:19 127:22 228:22
**alleged** 16:19 113:13 316:20
**alleging** 17:23
**allow** 110:12 157:5 210:12
**allowable** 309:7
**allowed** 41:5 130:13 281:15
**allows** 289:11
**alluded** 299:3
**alternative** 74:1 181:5 236:2 240:6
**ambiguous** 8:4
**amendment** 74:5,16,21 272:15 288:2,3
**amendments** 270:12 273:5
**america** 233:16
**american** 133:24 203:8
**americas** 2:15
**amiller** 3:9
**amount** 49:11 118:6 134:10 188:24 189:15 194:24 216:6 223:9 229:5,6 246:11 270:21 278:22 283:20
**amounts** 50:12 188:23
**amy** 3:9 6:24 165:4 216:17 245:14,18 249:10
**analyses** 118:8 304:3
**analysis** 42:21 42:25 71:16,18 94:11 122:24 122:25 151:2 180:17 217:13 219:3,7,9 232:5 256:14 276:12,15 277:16,22 300:8,10,14,20 304:8,21 315:20 316:5
**analytical** 301:15
**analyze** 154:9
**analyzed** 152:10 175:21 175:23
**andrew** 2:8 6:16 7:11 39:25 57:11 89:14 147:12 166:6 172:6 175:15 198:3 216:17 268:12 269:5 279:20
**anionic** 33:15
**anna** 3:13 7:1
**annual** 100:20 195:13 215:22 217:12 221:17 221:19,25 264:21,23 296:23 297:7 298:22 303:22
**annually** 195:20 264:19 304:7,12
**answer** 13:5 15:14 28:8,13 32:4 56:13 58:2 87:14 91:15 94:17 99:21 113:18 113:21 121:21 186:18 194:9 226:11 227:8 227:11 247:25 320:25
**answered** 121:23 180:4 229:13 249:24 254:18 261:4 321:6 323:21 326:3 329:1
**answers** 97:19
**anticipated** 117:7 118:8 199:2
**anybody** 19:18 25:7,8 65:16 99:9 104:20,21 110:9 115:5 122:21 132:23

147:22 151:25 152:4 162:9 164:25 167:15 170:1,12 185:12 236:16 236:18 244:9
**anymore** 33:20 87:1 268:5
**anyplace** 56:5 265:5
**anyway** 21:21 32:14 72:15 126:11 135:21 155:20 207:15 230:22 334:22
**apart** 22:20
**apparent** 221:17 298:15
**apparently** 30:22 59:4 114:9 126:2 172:11 182:9 189:13 193:25 196:18 217:7 222:11 223:8 227:22 231:17 237:6 240:3 275:23 301:4,8 305:3 330:18
**appeals** 21:13
**appear** 34:5 35:1 42:22 208:17 222:6 225:17 269:14 270:22 280:3 290:23 292:10 293:22 295:3
**appearances** 2:4 3:1 6:14 9:13
**appeared** 181:19 233:7
**appears** 105:23 185:11,15 197:22
**applicability** 282:7
**application** 12:12 69:17,19 70:2 71:3,5,15 71:25 72:7,25 73:4 75:3,8,14 75:20 76:15,20 77:7 78:12 79:22 80:1,7 81:24 84:1 85:11,18 88:7 91:13,17 92:1 92:14 121:13 128:8 149:5,9 150:1 151:9,13 151:16 160:8 174:8 176:15 192:10 193:4 194:7 195:1,15 197:24 198:6 199:9,15,19,21 200:9,14 202:15 203:24 205:5,8 221:18 221:25 223:2 224:19 225:5 226:8,20 227:4 227:9,16 228:12 240:22 242:1 244:11 256:23 273:5 275:6 278:2 279:8 281:20 284:7,13 288:5 289:3 291:7,23 293:3,7 298:1 306:2 309:1,2 309:8 320:6 321:7,17 327:24 330:23
**applications** 303:25 329:2
**applied** 17:20 17:24 46:5,6 46:23 47:2,11 47:15 70:9,13 72:15 75:23 81:2,3 82:20 124:25 136:11 150:17 151:6 155:15 156:4,6 158:22 164:9 174:19 192:20 192:23 193:1 198:17 200:12 201:5 202:18 205:18 223:10 235:3,5 236:3 236:9 237:16 240:2 244:1 270:25 288:24 314:10,14 315:9 331:16
**applies** 56:6
**apply** 46:2 73:13 156:9,11 175:9 201:13 201:16 203:10 224:20 225:25 240:14 243:20 267:25 277:3
**applying** 72:9 144:2 199:6 202:22 270:20
**appreciate** 26:10 151:11 173:14
**appreciation** 193:22 200:21
**approach** 259:4
**approached** 74:3
**appropriate** 8:3 100:17 110:12 204:17 229:5,6,15 233:23 294:18
**appropriately** 100:18 192:20

**approval** 155:25 159:12 159:24 160:7 242:23 284:25 285:4,19 291:22 292:11 292:15 293:12 293:24 294:20 294:24 295:13 303:5 304:1 308:17,23 315:17
**approvals** 329:3
**approve** 240:21 281:8 285:15
**approved** 155:23,24 158:18 159:12 160:1,5 248:13 276:4 284:18 284:23 285:12 291:17,24 292:11 294:5 295:10 308:7 314:5
**approves** 293:2
**approximately** 67:13 83:7 250:4 256:13
**aquatic** 160:25 161:3,7,11,20 313:11,23
**arch** 2:20
**area** 13:16 18:2 20:6,8 24:3,9 45:25 52:9 54:7,11,14 61:11 62:18 63:15,25 76:12 78:14 99:7 128:5 131:16 131:17,21,23 135:3,5,6,8,10 135:14,18,19 138:6 155:12 155:13 161:4 162:5 192:3 197:23 198:11 198:19 200:24 201:24 202:7 202:12 205:18 209:19 212:15 218:7 234:23 235:1 236:9,21 243:18,25 260:12,13,18 260:21 261:20 261:22,24 267:6,10 278:13 294:18 311:1,6 316:22 320:1,5
**areas** 49:12,14 53:23 83:17 131:10,14 198:15 234:16 234:18 235:4 235:17 238:7 307:17 308:1
**armed** 277:24
**arndt** 1:16 2:1 337:3,20
**arnold** 3:16 7:3
**arnoldporter....** 3:18
**arthur** 272:22
**article** 134:4 235:14 238:5 239:17 309:18
**articles** 13:9,13 13:15,19 14:3 18:13,19 125:16 126:14 127:19 159:5
**ash** 163:21,23 163:25,25 164:3,10,16,20 167:5,10 169:13 170:6,8 170:13,15 246:16,19,20 246:21
**aside** 171:22 190:4 196:25 321:5
**asked** 15:1 60:3 82:10 98:10 99:6 136:4 146:21 192:12 226:24 229:13 237:20 244:10 244:19,23 257:24 283:24 311:14 313:2 313:10,22
**asking** 7:21 8:23 73:12 84:4 110:24 180:3 195:22 233:18 235:17 314:20 316:9
**aspect** 251:2
**aspects** 169:9 264:23 333:13
**asphalt** 164:8,8
**assess** 112:15
**assessment** 320:2
**assist** 144:24 146:4
**assistance** 37:19
**associated** 38:15 98:16 179:1,11 200:16 213:24 218:3 219:6 227:17 237:12 251:22
**association** 20:8 133:25 261:23
**assume** 31:2 116:21 163:15

**assuming** 111:9 163:16
**asterisks** 316:15 317:14
**astm** 203:4,8 204:5,13 205:14
**attach** 60:2 88:19,23 105:3 105:17 172:1 230:4 295:24
**attached** 5:17 167:4 226:15 297:2 338:7
**attaching** 88:22
**attempt** 270:9 318:8
**attend** 23:7,7
**attended** 23:11
**attention** 138:10 139:23 141:10,14 142:22 146:18 161:12 328:21
**attorney** 172:1 245:18 337:14 337:16
**attorneys** 9:3,7 9:7,22,25 10:3 10:6 16:4,5,7 16:11 89:10 129:6 185:6
**attributed** 288:20
**attributes** 27:23 28:1,2 46:18 75:7 330:11
**audit** 195:10,21 195:21
**audited** 195:5 195:16
**auditing** 194:25
**audits** 100:6
**august** 5:11,15 85:11 286:20 293:23 299:18 320:16
**auspices** 96:25
**authority** 144:14 285:18
**authorized** 282:7 284:22
**availability** 149:10 151:12 309:3
**available** 68:3 68:6 70:14 116:19 181:14 240:14 319:9 330:25
**ave** 3:16
**avenue** 2:10,15
**avoided** 134:20 137:1,2,9
**aware** 28:9,10 82:24 121:8 125:17 142:17 144:16 159:3,4 169:1,3,4,5 171:6 199:15 202:17 206:5 247:5,6 292:14 293:10 311:10 317:8 323:18 328:10,12 329:20

**b**

**back** 25:5,10 26:8 37:6 40:4 47:23 50:25 89:5 114:12 117:15 139:3 139:22 147:19 148:13 149:12 157:16 165:21 166:3,12,14,19 166:24 170:2 177:20,22 179:22 220:20 222:19 240:20 241:22,23 242:4,6 262:14 263:6 280:19 286:1 291:6 293:15 298:2 306:19,20 308:11 317:13
**background** 165:2 262:15 270:7
**backgrounded** 37:9
**bacteria** 77:21
**bad** 19:18 151:11
**baron** 2:10 172:12
**bart** 86:10 275:11 299:25
**base** 151:1,2
**based** 45:16 71:5 75:21 84:11 107:11 110:11 114:19 120:5 121:22 127:18 136:6 140:11 149:9 150:14 151:3 170:25 181:23 194:11 204:22 205:8 207:11 210:3 222:6,11 224:20 232:4 232:25 237:11 257:15 263:25 271:15 284:14 289:24 291:15 291:22 304:14 306:3 309:2,12 321:2 325:23 326:19 327:4 327:11,13,21 328:4 330:24

**basement** 51:10,20 52:1 52:3,16,25 53:1,15 55:3 55:18
**basf** 3:6,10 6:25 7:2 35:21 35:22 172:25 245:9,18
**bashaw** 317:15
**basic** 75:8,9
**basically** 36:15 37:10 40:11,21 44:20 52:22 53:4 55:2,17 56:5 75:21 182:19 278:21 333:18
**basis** 120:19 127:22 172:17 289:21 292:5 308:18
**bates** 89:9,15 128:23,25 172:7,13 173:5 185:3 197:16 216:18 269:9 290:17 295:3
**baton** 220:15
**bauman** 90:13 90:17,21
**bear** 309:24
**bearing** 227:5 228:22
**began** 71:24 85:11 278:3 286:24 298:24
**beginning** 250:4 290:7 297:5
**beginnings** 302:19
**begins** 277:24 288:15
**behalf** 1:3 2:5,9 2:13,18 3:2,6 3:10,14 7:12
**belief** 120:20 329:19
**believe** 24:4 89:14 132:19 141:13 159:17 186:19 198:5 202:11 244:17 259:10,14 260:7 269:15 273:16,17 290:3 313:2,14 313:25 320:4 335:12,18
**believes** 194:24 317:3
**bell** 67:7 203:5
**belle** 2:7
**belts** 145:14
**beneficial** 74:2 77:11,13 78:8 86:6,11 164:6 241:6 267:23 267:25 275:20 276:2 278:25 287:22 304:21 315:9
**beneficially** 215:5
**benefit** 22:15 70:7 78:7,8 177:11 268:5 277:5 278:19
**benefits** 288:6 288:16,20
**benzel** 76:6,7 76:14 91:7,11 94:19 145:1 172:12
**best** 11:18,19 33:18 45:11 69:9 88:10 125:6 141:4,25 142:4,7 143:17 150:19 241:13 249:21,25 263:16 268:22 279:9 290:4 312:5 319:11 335:19
**better** 8:24 17:2 57:10 136:18 140:1 213:8 265:4 330:10
**beyond** 43:17 186:11 254:5 256:25 287:11
**bias** 10:16 233:22 234:2,4
**big** 31:5 37:9 39:22 106:9 147:6,6 218:9 218:12 243:25
**bigger** 51:17
**biking** 20:17
**bill** 62:12,14 63:25 130:2 138:14,25 145:20 146:1,5 146:13,13
**bill's** 145:21
**bind** 199:10 200:17 203:1
**bioaccumulat...** 284:9 325:20 325:22 326:4 326:12 328:1,8 328:13,20 329:21
**biochemical** 40:9 42:4 70:13
**biodegradation** 160:15,16,17 160:23
**biological** 40:13 112:5 120:16,20,24

121:2 132:19 133:1 134:9,14
**biologist** 317:20
**biology** 37:6
**biosolids** 197:25 238:8 320:6
**biphenyls** 180:21
**birth** 116:12
**bit** 19:25 27:17 51:17 60:17 66:15 136:21 152:6 161:15 170:3 195:23 249:16 250:17 253:21 255:23 263:9,12 264:20 266:3 267:13,21 270:16 274:3 277:1 278:13 303:6 309:14
**bleach** 74:10,10 92:15,21,23 93:2 267:22
**bleaching** 93:3 93:7,8 103:17
**block** 106:9 163:17,18 291:2
**blocked** 211:3
**blocks** 241:8 264:12
**blood** 117:13
**blue** 232:16
**board** 21:9,12 22:20 23:1 293:1 305:2
**boardman** 269:15 296:20
**boards** 261:18
**bob** 64:11,12 65:17,18 66:7 66:10 90:13 122:5
**bod** 40:9 42:1,3 43:13 62:6,14 112:13 134:11 219:22
**body** 117:4 118:14,17
**boiler** 163:12 163:19,21 164:2,23,25 167:13,14 170:5
**boilerplate** 328:15
**boogeymen** 257:14
**booms** 188:9
**boss** 139:10
**bosses** 65:22,23
**bottle** 186:24
**bottom** 51:19 89:20 95:17 116:2 197:21 210:21 276:6 287:20 288:14 294:9 307:5,6 313:4,5 325:14 325:14
**bought** 242:23
**bowen** 86:10 272:12 273:9 273:13
**boy** 106:20 162:11 261:16
**boys** 260:25 261:14
**brain** 321:10
**brand** 4:17
**break** 39:25 60:18 89:8 147:12 148:10 148:17 157:10 157:19 165:5 180:1 197:10
**breaking** 147:16
**breaks** 197:12
**breske** 320:4
**breske's** 316:17
**brett** 2:12
**brian** 209:5,8 209:16 224:12
**brief** 27:10 262:13
**briefly** 9:4 14:25 81:22 173:24 262:14 279:14 293:15
**brigade** 259:24
**bring** 24:15 50:7,12 168:17
**bringing** 213:25
**brings** 142:21
**broad** 140:22
**brokaw** 96:22 96:24 97:11 246:8,13
**broken** 120:25
**brought** 141:10 141:14 146:17 214:19 218:23 328:21
**bryan** 86:10 272:12 273:9
**bryant** 2:15
**budd** 2:10 172:13
**build** 163:17
**building** 20:9 62:19 241:7 274:23
**bullet** 217:9
**bureau** 90:18 232:22 280:7 298:9,13
**business** 218:21

**busy** 20:3 69:1 69:3,4 218:16
**buy** 205:25
**buying** 87:19
**byproduct** 200:9,11
**byproducts** 39:22 66:16,24 248:21

**c**

**c** 168:11 210:9 210:12,18 211:1,3,7,15 337:1,1
**cadence** 257:1
**cake** 12:13,20 13:3,7,17,20 16:20,21,22,24 17:2,12,17,23 17:25 32:18,24 33:7 66:16 68:10 70:9 71:16 74:5 75:19,22 77:16 85:11 86:18 94:22 119:22 120:3,12 123:2 145:10 149:5,9 150:1,9,25 151:3 152:10 152:18 153:19 154:13 175:12 175:21 177:22 191:4,15,18 198:21 200:14 200:15 203:25 204:6,9,25 205:12,18 212:15,22 214:13,19 215:1 222:25 223:9,13 225:6 226:20 237:7 241:5 242:5,15 256:10 257:6 257:21,25 258:14 270:20 272:4,15 275:13,21 276:2,12 277:2 277:6 278:14 282:18 283:21 284:13 287:21 288:5,9,12 291:7 293:4 297:1,8 298:1 300:7,10 301:3 301:17 304:10 304:21 306:15 308:8,25 309:2 309:7 315:13 315:25 316:18 318:6 333:11 333:12
**cakes** 304:4
**calculated** 224:9
**calculation** 150:14
**calendar** 46:17 46:19 50:21,24
**calendared** 46:14,14 47:3 47:3 82:8,13
**calendaring** 47:12,14
**call** 42:7 51:15 67:24 158:5 183:2,11,21,22 184:14,15 191:25 266:24 266:25 268:14
**called** 17:25 32:21 34:4 39:4 46:1 106:13 194:17 196:13 222:19 322:2
**calls** 25:7,16 26:8 183:7
**candidate** 92:13
**cap** 241:19,20 241:25 242:7
**capability** 32:18 100:1 219:20 329:14
**capable** 15:22 15:23
**capacity** 289:11 325:25
**caption** 12:4
**cara** 168:3,4,10 168:11,15 187:15
**carbon** 70:8,9 71:7 72:13 90:10
**care** 5:3 215:22
**career** 38:3
**carl** 192:12,17 194:23
**caro** 2:8
**carrying** 252:15 335:13
**case** 6:11 8:18 9:23 10:1 12:4 12:4,8,11,15 13:13 14:18,21 16:19 17:19,23 18:10 22:2,3 30:2,5,11,14,20 30:24 35:22 103:9 199:6 223:11 228:23 245:19 289:20 289:20 308:18 308:18
**cases** 81:2,3 263:23 334:23
**cashed** 22:9
**cast** 174:11
**catch** 166:2,18
**catchco** 65:18 65:19,24 66:2

66:9 104:15 122:5 297:17 311:10
**catchco's** 65:21
**catching** 326:14
**category** 27:20 50:21,22 97:4
**cation** 289:11 325:24
**cationic** 33:15
**caught** 138:22 165:24
**cause** 42:11 116:12 128:8 225:9 232:21
**caused** 19:18 35:3 79:2
**causing** 253:7
**cautions** 102:8
**cc** 90:9 297:13 299:22
**ccr** 1:16,16 337:20,21
**celeste** 2:12
**central** 236:25
**certain** 14:7 23:15 28:22 31:21,25 43:3 64:21 68:7 69:24 70:3 75:19 119:8 179:1 181:25 188:22,23,24 219:21 224:25 291:13 308:6 334:11
**certainly** 54:1 54:20 68:8 77:11 101:21 110:8 115:15 139:21 144:3 145:10 170:16 170:25 173:20 174:10 177:5 178:21 182:6 188:6 193:8 195:5,13 196:20 201:4 201:18 205:11 244:14 295:16
**certainty** 120:6 128:7
**certified** 2:2,2 337:3,4
**certify** 331:15 337:4,9,13 338:5
**chain** 4:20,24 62:1 331:4
**champion** 218:18
**chance** 180:13 267:12
**chances** 199:7
**change** 38:5 78:3 94:16 140:4 257:17 339:3,5,6,8,9 339:11,12,14 339:15,17,18 339:20
**changed** 11:6 37:21 141:15 141:19 269:23
**changing** 214:14
**character** 287:5
**characteristic** 307:7
**characteristics** 287:22 295:5 325:24 326:20 326:20,21 327:5,13 328:5
**charge** 13:6 59:19 109:8 214:11 218:1
**charitable** 21:1
**charities** 23:24
**chasse** 2:7
**chatted** 290:17
**check** 193:2,6 317:7
**checked** 193:7 317:19
**checking** 195:8
**chemical** 12:25 13:2 28:25 53:3,23 54:7 54:10 83:15 94:3 105:24 112:4 115:13 115:24 116:11 117:19 120:23 122:24 131:16 131:17,21,23 134:6 135:15 136:11,15 150:10 158:9 180:16 199:13 201:18 205:19 225:18 236:12 248:11,14 251:14,22 257:5 258:14 314:14 330:14 331:12,17,24
**chemicals** 13:19 14:4,7 17:25 27:20 28:21 29:13 31:4,6,18,21,25 32:8 33:2,5,9 34:1 40:9 43:10 44:6 46:3,5,6,23 47:2,11,15 48:2 49:2,7,9 52:14 53:17 64:5 71:6,13 71:21 74:9 82:19 92:22 95:25 99:12 100:2,10

101:25 102:21 103:19,25 107:7,8,11,12 107:15,21 109:2 111:15 113:14,14 115:14,19,22 119:12 122:3 122:10,19,22 122:24 123:18 123:21 124:12 125:8 127:2 137:6,8 141:2 159:23 160:22 161:20 169:21 171:7 176:4 177:25 199:2 200:22 203:23 228:5 236:3 238:18 239:23 240:1 251:6 256:11,15 257:6,7,10,12 257:17 265:19 277:20 312:3 322:15 328:13 328:20 329:21 330:4,11 332:1
**chemist** 28:16
**chemistry** 28:18 133:24
**chemists** 124:17 252:13 253:4
**chicago** 3:4
**chief** 64:8,10
**children** 58:11
**chloride** 152:14
**chlorinated** 117:18
**chlorine** 92:24
**choosing** 224:20
**christine** 232:21
**christmas** 129:18
**christmastime** 24:8
**church** 21:3 261:17,17
**ciba** 35:25 36:1 36:3,7 247:5,5 247:12,13,14 247:17,19 248:8
**cinders** 164:9
**circumstances** 253:24 263:23 264:21
**citizen** 318:5
**city** 236:8
**civic** 21:1
**claims** 12:14,18
**clarification** 26:11 156:1
**clarifiers** 40:14
**classify** 65:9
**clean** 103:20 123:2
**cleaned** 139:1
**cleanup** 233:25
**clear** 7:23 8:1 152:24 166:7,9 214:12 234:8
**clearly** 328:19
**close** 39:11 198:12 212:9 213:5 240:1 293:14 305:20 307:1
**closed** 241:11
**closely** 93:19 93:20 193:18
**closure** 241:15 241:16
**clvs** 6:3
**cod** 112:13
**colleague** 165:21
**colleagues** 254:24 310:12 311:9 312:19 335:12
**collect** 80:9 188:10 319:25
**collected** 186:24 234:15 238:7
**collection** 52:11 95:7
**colored** 97:8
**column** 203:10
**combination** 73:24 94:23
**combined** 40:16,17 41:11 62:13 64:17 132:6,16
**combs** 51:1,1,2 196:17,19 209:10,13,16 222:22 299:23 311:9
**combustion** 110:2 164:7
**come** 33:17 50:25 99:11 100:6,9 135:21 168:6,17,19 185:21 195:25 204:1 293:15
**comes** 8:19 45:1 47:23 106:6 238:25 322:7
**comfortable** 223:15 224:1 226:17
**coming** 35:10 44:17 47:21 129:19 168:2 333:25
**commence** 285:12

**commencem...** 172:22 337:5
**comment** 79:20
**commenting** 160:9
**commercial** 163:8,10,13 170:5 171:3 198:14,15 288:24 289:1,7
**commissioner** 22:18,24 23:11
**commissioners** 23:6,15
**committed** 242:1
**committees** 261:18
**common** 72:8 296:4
**commonly** 156:10
**communicate** 253:12 263:13 287:8
**communicated** 103:13 144:6,6 146:22 147:3 179:15 180:5 253:16 255:21
**communicating** 183:25 255:16 323:25
**communication** 25:2 76:10 115:3 188:12
**communicati...** 25:20 182:12 187:15 256:3 287:12 324:3
**communities** 77:10 332:10
**community** 13:14 19:16 67:22 77:6,8,9 77:15 85:6 122:21 143:24 174:8 177:8 187:11 255:16 260:4,9,15 261:6 262:21 288:7 332:15
**companies** 230:2,8
**company** 1:7 3:2 6:9 30:17 30:24 31:5,8 31:12 33:19 75:15 94:25 95:4 96:7 114:15 160:22 162:10 173:11 180:6 181:25 247:5 251:20 262:8 270:3,4 271:10,17 280:22 287:8 293:3 294:3 305:8 306:2 332:2
**company's** 96:9 297:1
**compared** 70:11 128:5 235:4
**compensated** 22:1
**complain** 78:20
**complaint** 16:2 28:23 196:1 197:19 316:16 316:20
**complaints** 77:14 78:10,21 78:22 186:1,5 186:7,10 187:10 196:15 289:19 290:1 316:10 318:13
**complete** 285:5 294:17 302:14
**completed** 192:22 279:10
**compliance** 277:10
**compliant** 227:4,15 228:3 229:7
**complies** 285:8
**component** 93:13
**components** 296:4 298:1
**composite** 61:25 154:9
**composition** 160:13,14 251:14 253:17 265:13
**compost** 85:19 85:23 87:7,19 88:16
**composted** 86:17,17
**composting** 86:7,12,23 87:3,5,5,19,23 88:8 242:13
**compound** 300:25
**compounds** 121:1 284:15 301:6 302:11
**computer** 57:4 297:7
**conceivable** 54:1 79:19 132:22 153:21 187:4
**conceivably** 83:4 135:19 229:18
**concentrated** 137:9

**concentration** 71:11 127:4,15
**concern** 42:21 93:10,25 94:3 98:10 99:6 138:25 145:21 154:14 161:4 181:16 192:1,8 195:1 197:22 199:13 200:5 206:6,25 225:5 225:10 237:16 237:17 249:3 258:17
**concerned** 33:2 42:12 107:16 107:23 162:5 181:19 237:8 249:6 333:7 334:15,17
**concerning** 116:15 169:21 170:13 206:25 270:3 289:19
**concerns** 42:13 124:18 183:25 224:9 266:16 317:9 318:5 319:10,16
**concluded** 222:7
**concrete** 164:12
**concurs** 317:7
**condition** 213:20
**conditional** 291:17 293:2
**conditions** 282:9 285:9 291:18,24
**conduct** 264:14 282:18 292:15 293:12 294:3
**conducted** 257:5 264:18 304:6
**conference** 85:1,3,7
**confirm** 295:7
**conformance** 291:23
**confusing** 8:22 224:13
**confusion** 222:12
**congeners** 300:21
**connection** 252:15 271:16 279:3 303:5 305:14 316:11
**conscious** 268:12
**consequence** 176:16
**consequences** 93:15
**consequently** 187:23
**consider** 97:13 225:25 226:4 226:13 241:2
**consideration** 151:15,18
**considerations** 224:24
**considered** 54:23 74:1,16 145:4 224:25 227:16 251:13 251:19
**considering** 209:23
**consistent** 41:22 44:2 83:7 113:9 150:17 174:18 176:1 177:6,23 193:21 194:5 277:7 319:14
**consistently** 20:12 199:14
**constituent** 316:17
**constituents** 12:25 13:2 177:3 181:15 200:22 256:11
**constraints** 44:10 176:18
**consult** 25:18 102:22 252:25
**consultant** 76:2 76:5,16 91:9 145:2,8,9 148:14 152:4 193:3 267:9 278:2 290:14
**consultants** 144:24 145:5,5 145:16 146:3
**consulted** 244:9
**contact** 4:22 5:1,5 101:10 114:16 131:11 134:16,24 136:25 137:1 190:16 191:14 191:20 208:22 221:13 287:17 319:19 334:23
**contacted** 9:25 184:14 254:3 272:13 318:7 318:18
**contain** 131:22 234:16 295:3
**contained** 13:6 17:25 96:6 103:1,13 125:20 134:17

161:10 281:20 311:11
**containing** 284:7 288:3 327:24
**containment** 218:9
**contains** 112:24 116:11 117:2 162:13 200:15
**contaminant** 12:19,21 13:17 93:10 127:1,3 200:5 202:24 203:1
**contaminants** 29:2,9 43:2 74:15 102:9 199:10 206:6,7 206:25 225:6,7
**contaminated** 18:1 239:23,25
**contamination** 13:19 14:3 16:8 18:16 19:9,13 126:14 126:25 127:20 128:9 197:23 198:5,9,19,25 199:17 230:2,9 231:2 236:24 238:9 240:7 320:5
**contemplate** 226:9 228:5
**content** 75:22 150:25 266:17 271:12 316:5
**context** 17:19 274:4
**continent** 291:18
**continue** 23:7 210:12 319:24
**continued** 3:1 69:14
**continues** 134:17
**continuing** 244:7
**contractor** 163:15
**contribute** 140:1
**contribution** 24:5
**control** 234:23 235:1
**controlled** 128:5
**controls** 74:12 145:6,6
**conversation** 173:22 182:21 258:7
**conversations** 49:5 140:12 272:12
**convey** 114:7
**convinced** 278:1
**cooling** 140:24
**cooperating** 78:14 286:19 286:25
**copied** 280:12 280:15 297:13 297:18 305:6 323:24 324:4,4 324:11
**copies** 16:15 89:10 172:17 172:23
**copious** 229:10 229:14
**copper** 152:13 283:12,13
**copy** 16:14 57:11 90:10 105:16 173:3 300:9 324:25
**copyright** 106:8,10
**corn** 278:22
**corner** 27:13 281:25 290:18 294:10
**corp** 2:13,18 233:15
**corporate** 167:17,20,22 168:22
**corporation** 3:6,10
**correct** 18:12 22:4 41:15 43:20,21 44:15 68:15 69:8 73:10 86:21 118:1 119:13 119:24 120:4 124:22 132:15 138:15 143:9 143:12 146:16 151:6,14 152:20 154:4 157:8 160:19 165:14 170:9 172:8 179:9,12 180:7 186:3 189:15 190:2 201:15,16 202:7 207:10 214:16 223:4 226:6,21 228:7 228:9 229:5,7 241:22 243:9 247:10 250:5,6 262:16 298:15 324:13 326:22 328:22 330:20 331:9 333:1,2 338:6
**corrections** 338:6

**correctly** 147:2 150:7 210:7 263:2 278:6 294:6 307:5 308:5
**corrects** 280:24
**cossich** 2:6
**cost** 204:12 213:24 214:18 214:24 215:2 215:23 218:3 219:5,6 278:17
**costs** 5:3 217:12
**council** 133:24 275:16
**counsel** 2:4 3:1 5:17 6:13 172:23 173:3 255:5 262:5 309:12 312:2 313:2,10,22 315:1 316:9 337:14,16
**counsel's** 249:24
**country** 124:22 126:19,20,22
**county** 20:9,10 20:17 21:8,10 21:18 22:18,24 23:1,6,9,11,14 68:2,5 72:3 86:4,17,21,23 87:19 88:15 164:14 210:9 210:12,17,25 211:3,7,15 215:2 230:9 242:11 243:21 243:22 261:23 275:8,8 290:20 291:13 292:6 292:11,14 297:19 299:25 304:25 329:4 329:13
**couple** 13:23 59:14 75:4 86:9 96:19 106:11 138:23 157:20 163:24 167:23 210:4 222:13,20 256:1 257:12 272:3 276:15 282:24 305:18 316:10
**course** 113:7
**court** 1:1 2:2 6:10 7:21 12:3 149:1 337:4
**cover** 4:8 69:20 87:2 89:11 90:3,5 131:4,4 149:17 164:14 184:22 207:24 296:11,12,14 298:3 325:11
**covered** 307:25
**created** 39:22 84:23 91:11 100:24 163:21 164:3 191:21
**credibility** 299:9
**crop** 70:15 75:22 149:10 151:7,8,12 223:23 270:10 271:6 272:5 277:2 278:15 305:24 309:3,8 325:25
**crops** 70:16 72:14 223:21 308:12 315:10
**csr** 1:16,17 337:20,22
**cub** 261:15
**culvert** 210:17 211:2
**culverts** 210:11 211:1,7,23
**cup** 62:1
**curious** 84:19 146:1,19 186:25 233:9
**current** 18:14 18:23 30:7 230:25 231:8
**currently** 260:11 262:16
**custody** 173:12
**customers** 45:14
**cut** 29:5 80:18 107:25 232:9
**cuttings** 321:24 322:6
**cv** 1:6 6:11
**cvitanovic** 2:8 4:2,3 6:16,16 7:9,11 13:8 15:16 17:8 18:5 19:19 24:14 28:14 30:9 32:7 40:1 40:4,19 45:4 45:20 48:14 56:15 57:12,15 57:20 58:5 60:6,20 63:3 73:3,6,9 74:23 75:11,25 83:5 84:5 86:1 87:16 88:19,23 89:7,16,18,24 90:2 91:22 98:24 99:25 105:13,20 107:14 109:17 110:19 111:20 113:22 114:5 114:10 115:7

118:4,25 119:17,23 120:18 122:15 123:12,23 124:6,19 125:14,25 127:10,16 128:14,21 133:12 136:13 138:8 140:9 141:22 142:20 143:3,16 144:10,22 145:24 146:15 147:13,15,18 147:21 148:1,8 148:11,21 151:19 157:18 158:7 161:18 162:17 165:6 165:10,15,23 166:1,7,9,17 167:1 171:14 171:20 172:4,8 172:10,20,21 173:20,21 175:17,19 177:1,19 178:8 179:6,24 182:5 182:10 185:8 186:21 190:8 194:13 195:6 197:9,14 198:7 199:11 201:3 202:5 204:18 205:6,13 206:11 207:6 207:21 215:15 216:20,23 218:8 220:6,11 220:14,22 221:3 225:13 226:5,14 227:12,20 228:10,17,19 228:20 229:1 229:16 231:18 232:13 233:8 233:20 234:3,7 235:10,24 236:11 239:24 240:12 245:2,5 261:5 268:14 268:17,20 273:18,24 279:22 285:22 286:2 295:24 296:3,6 299:10 306:25 311:14 312:22 313:16 315:15 318:24 320:12,14 324:20,23 325:1,4,10 326:8,25 327:8 327:10,19 328:25 329:11 329:25 332:6 332:23 335:8 335:17,22,25 336:12

**d**

**d.c.** 3:12
**daily** 24:23 60:25 266:1 283:20,24,25
**dallas** 2:11
**dan** 269:15 296:20
**daniel.larkins** 3:13
**data** 4:12 101:25 102:3 106:4 108:9,15 108:21 109:1 112:4,16 248:8 310:1
**database** 127:21
**date** 6:5 11:17 69:14 106:9,16 190:9 313:4 337:12 339:22
**dated** 89:11 171:25 280:10 290:24 296:16 298:6 299:18 320:16
**dates** 83:14
**dating** 117:15
**davenport** 130:17 138:18
**davis** 109:10,11
**day** 68:20 69:7 82:7 193:24 218:17 249:16 338:18
**days** 187:21
**dc** 3:17
**deal** 160:18 172:18 243:6
**dealing** 234:11 243:8
**dear** 171:24
**decanting** 131:9
**dechert** 2:14,19 6:18,20 16:5,6
**dechert.com** 2:17,22
**decide** 257:6
**decisions** 248:19
**deck** 15:5,21
**decline** 305:9
**decomposing** 187:7
**decrease** 42:8
**dedicated** 38:8
**defects** 116:12
**defendant** 3:2,6 3:10,14 6:23 6:25 7:2 30:2,4 30:11,13,19

35:22
**defendants** 1:8 2:13,18 6:19 6:21 7:4 245:19
**defer** 254:24
**deferred** 253:2
**defined** 22:15 210:24
**definitely** 69:3 236:25 259:21 263:19,20 278:19
**definitions** 17:11
**defoamer** 34:4 34:23,25 35:16 35:18
**degradation** 113:1,24 123:7 123:10 141:3 142:23 312:4
**degree** 37:6
**degrees** 137:15 137:21 202:8
**delivered** 35:8 283:21
**delivering** 76:22,24
**demand** 40:9 42:4 112:5,5
**demands** 42:14
**demonstrate** 277:9
**denied** 21:13
**deny** 281:19
**denying** 292:15 293:11
**department** 37:8 38:3 43:8 64:4 65:1,6,7,8 71:22 92:10 98:9,9 104:13 108:25 142:7 143:5 144:16 160:18 161:17 161:19 164:4 171:2 175:24 177:7 192:13 192:19 193:17 205:22 252:12 252:19 253:16 254:10 255:17 262:25 272:23 278:25 280:4 280:23 284:6 284:24 285:13 292:6 297:25 315:8 327:23 330:3 332:5 334:17
**department's** 232:23 233:10
**departments** 63:6 147:3
**depend** 161:16 248:22 322:21 322:23,24 332:20,21
**depended** 266:1
**depending** 68:22 80:24 136:21 201:16 212:23 213:3 287:14 309:8 322:1 323:5
**depends** 65:9 161:15 255:23 261:13 264:20 266:3 322:17
**depleted** 79:18
**deponent** 6:12
**depose** 15:17 121:24
**deposed** 15:1 129:20,22
**deposit** 212:8,9
**deposited** 228:3
**depositing** 229:10
**deposition** 1:12 2:1,1 6:7 7:12 7:15,18 9:2 11:16 15:23 16:11 23:19,19 25:19 66:14 81:14 83:23 84:3,7 172:23 173:8,17 338:5 339:1
**describe** 259:4 267:17 274:22
**described** 201:8,11
**describes** 291:13
**description** 102:7 105:23
**designated** 18:15
**designation** 158:11
**desire** 274:23
**desired** 45:19 319:10
**destroyed** 139:5
**detail** 140:7 263:9
**detailed** 140:7
**details** 29:22
**detected** 180:17 238:9
**determination** 70:22 224:2 253:5,6
**determine** 43:6 48:17 61:17 64:20 71:4,14 80:10 88:5,6,9 118:24 161:21 212:5 257:7 315:12,24 317:8

**determined** 75:21 93:25 128:7 223:15 257:8 265:15 265:19 315:9
**determining** 121:11 224:12 225:24
**detour** 105:1 167:2
**detrimental** 315:10,13,25 315:25
**develop** 75:1 77:22
**developed** 123:25 124:21 180:4 181:15
**developing** 252:7 275:3,20 276:1
**development** 116:8
**dewatered** 44:22,24 54:21 68:13
**diagrammed** 208:4
**diary** 24:18
**dictated** 71:21
**died** 316:21
**differ** 306:11
**difference** 52:2 81:5 200:1
**differences** 305:20,24 306:3
**different** 25:14 27:11 31:5,6 43:1 45:15,17 53:5 55:11 59:14 63:6,12 78:21 147:3 151:8,9 163:24 195:17 200:4 202:8 206:3 211:9 214:17 223:3 272:3 296:5 307:22 333:4
**difficult** 97:18 314:2
**digression** 147:19
**diluted** 134:17 137:10
**diminishing** 299:11
**dioxin** 93:9,10 93:12,13,25 94:3,8 257:13 284:8 300:21 302:21 327:25
**dioxins** 152:17 180:17,19 181:19 300:24 301:3
**direct** 49:8 131:11 139:23 183:2 249:3 307:4 334:23
**directed** 42:1 146:23
**directing** 334:6 334:7
**direction** 209:24 211:10 212:2
**directly** 21:5 47:11 102:24 132:1 169:16 217:1 238:15 242:15
**director** 232:21 274:18,22 275:8
**disagree** 202:21
**disced** 81:6 213:2
**discharge** 34:10 140:25 141:5 217:13 217:15,18,18 217:19,24 266:20 280:20 282:8,12,12 303:14 312:6 312:15,20
**discharged** 218:6 265:16
**disclosing** 335:14
**discuss** 49:7 61:12 316:16 319:10,16
**discussed** 88:2 90:14 104:15 119:1 131:18 182:16,18 188:22 204:19 219:10,11,12 219:17 237:1 244:21 246:5 274:15 287:3 297:17 329:20
**discusses** 112:4 235:14
**discussing** 73:4 91:5 167:5 208:10 224:18 234:23
**discussion** 87:18 205:22 211:6 287:11
**discussions** 23:15 286:25
**display** 129:18
**displays** 129:17
**disposal** 55:6 68:3 85:21 109:21 110:7 110:11 111:3 111:10 139:8 163:1 167:3,5

167:10 169:13 169:24 170:13 170:22 171:7 171:13 248:13
**dispose** 136:15
**disposed** 53:18 53:19 55:4 136:16,23 170:9,17,20 216:7,8,9 246:8,14,25 248:12
**disposition** 138:10 164:20 167:5
**dispute** 59:21 85:16 159:7 235:21
**distance** 80:7 204:3 243:24
**distributor** 254:3
**district** 1:1,1 6:10,10 207:13 263:1 294:18
**divert** 76:23
**division** 6:5 76:13 158:9 298:14
**divisions** 298:18
**dla** 3:11 7:1
**dnr** 18:22 19:2 19:6,12 37:11 37:14 43:11,19 72:11 90:18 93:4 94:2,6,12 98:12 99:4,5 99:11,11,17 100:1 101:5,12 101:13,20,24 123:25 124:8 124:24,24 127:21 143:8 143:11 176:8,9 176:12 178:10 178:14 181:3 181:11 186:11 187:6 188:2 190:18,23 191:21 193:2,5 193:8,16,25 194:6,11 195:10 206:12 206:16,21 207:1,8,8 224:8 225:2 227:1 228:13 230:2,8 231:7 231:19,23,23 232:8 240:21 244:9,22 257:1 257:8,10 264:14 265:12 265:21 266:12 266:16 268:8 277:20 279:3 281:19 283:1 283:13 284:12 285:18 286:15 291:23 294:18 295:13 296:20 298:23 299:19 300:2,4,25 301:2 303:5 308:17 309:15 309:22 317:19 320:8,9 324:17 328:12,19 329:4,13,18 332:2,7,8,12,12 332:13,14,17 332:21 333:1
**dnr's** 127:25 180:22 193:22 232:22 235:21 308:23 328:21
**document** 16:25 56:16,19 56:20 81:15,17 81:21 84:7,20 88:20,24 89:9 91:1,25 92:4 101:3,4 102:10 105:2,5,21 112:15 114:13 128:15,19,23 143:1 148:22 149:23 157:2,7 157:20 158:1,8 160:12 162:23 167:4 171:21 171:23 172:18 173:3,7,15 174:6 175:16 180:3 181:23 183:11 184:19 184:23 185:2 185:10,25 190:9 194:2 196:10 197:10 197:15 198:2 207:22 208:17 210:20 215:19 217:22 220:24 221:11 224:16 232:10 255:5 268:11,25 273:17 274:4 277:24 278:25 279:2,17 286:7 287:19 289:15 290:16 292:19 292:20 293:17 294:24 295:18 296:10 297:23 299:2,15 301:5 306:21 310:19 310:23 311:19 313:3,5 318:3 320:15 321:2 323:23 326:2 327:16
**documentation** 101:15 115:8

**documented** 115:9 190:1
**documents** 26:18,25 31:7 47:18 67:6 100:24 105:14 118:22 148:25 157:21 160:22 161:10 172:24 179:14 203:3 204:20,22,23 212:18 221:4 256:5 267:16 304:20 305:6 306:24 313:11 313:23 324:8 324:10,15,24 326:11 329:19
**doing** 15:11,24 20:3,11 21:15 44:9 49:15 55:19,19,19 61:16 66:5,23 78:18 100:17 104:25 142:7 187:4 193:24 206:19 260:3
**don** 59:4,10,13 59:13,16
**donate** 24:9
**door** 27:7
**doty** 3:7
**doubt** 103:8 155:16,20 195:1
**downside** 28:5 93:7
**downstream** 335:1
**dozen** 65:12 259:3
**dozer** 65:4 68:25 69:3 170:17 214:24
**dr** 272:22 273:1,4,13
**drain** 46:13 54:23,25 139:13 141:21 312:8
**drainage** 45:25 210:24,25
**drains** 51:14,15 51:19 53:14,20 54:17,19,19 131:22 140:12 141:5 142:24 312:6,16,20
**dried** 150:13 232:9
**drinking** 238:5 238:16,24,25 244:3
**drive** 3:3 213:6 213:19
**driver** 65:4 69:1,2,3 77:2 130:2 151:5,7 151:13 170:16 170:17 224:19
**driving** 242:18
**drop** 213:5
**drug** 159:16
**drugs** 10:12
**drums** 131:10
**dry** 46:13 47:7 47:10 149:11 150:8,9,11,16 151:1,3 174:16 174:19 192:22 309:4 314:15 314:19,20,21 321:7,14,17,25 323:10,14
**due** 14:4
**duly** 7:6
**dump** 51:8 53:12 212:20 212:22 213:7 213:13,18
**dumped** 212:20

**e**

**e** 4:20,24 172:25 184:10 184:16 185:18 282:2 336:4 337:1,1
**earlier** 12:2 19:25 66:14 83:8 84:6 90:15 92:12 104:16 119:1 127:24 131:18 135:7 140:4,11 146:21 152:22 176:2,18 180:19 181:10 188:22 200:8 201:11 204:19 214:14 223:20 226:15 232:25 234:23 235:2 237:2,20 245:21 263:12 273:25 287:25 302:12 321:6 323:21 326:3 326:12 328:10 329:17 330:22 335:4
**early** 184:18 247:4
**easier** 212:9
**east** 3:7 156:16 156:19 208:7
**economic** 288:6
**educate** 11:18 14:16 55:14 56:3 174:7
**educated** 104:4
**education** 37:3 37:5
**effect** 80:8 107:24 118:16 132:20 271:5

**effectively** 252:9
**effects** 26:23 117:7,16 118:7 118:9,23
**efficient** 249:25
**efficiently** 252:8
**effluent** 34:5,6 34:7 35:14,15 39:22 42:13 62:7 99:14 119:13,22 120:13 124:1 125:11 132:13 143:8 153:2,18 161:7 333:10 333:17 334:6 334:12,16
**effluents** 40:17 93:16 132:6
**effort** 17:2 164:6 270:8
**efforts** 312:20
**eight** 21:17 23:3 165:12,13 165:16 333:25
**eighth** 3:11
**eimer** 3:7 6:24
**eimerstahl.com** 3:9
**either** 8:9 23:23 44:24 59:13 77:21 80:23 85:6 94:7 117:4 119:22 120:1 122:5 155:24 171:16 192:21 213:22 218:14 219:13 231:5,10 244:22 252:13
**elements** 225:15,20
**elevate** 49:21 196:15,19
**eliminate** 35:2
**elimination** 280:21 303:15
**else's** 249:1
**emerging** 206:6
**emitter** 125:3
**emitting** 125:4
**employee** 138:17 146:14 337:14,16
**employees** 24:8 56:2,3 146:2 147:7 161:10 185:9 311:5,24
**employment** 10:17 26:7 31:8 39:7 55:16 82:25 85:1 98:1 156:6 224:5,7 226:6 242:20 243:16 252:5 257:4 258:18 258:20 264:13 323:19
**enabled** 177:12
**encountered** 171:16
**encouraged** 78:2
**ended** 37:19 165:5 314:22
**ends** 89:21 90:1 269:10 292:19 295:2
**engage** 9:22,24 144:23
**engaged** 21:1 146:3
**engineer** 37:21 101:6 193:16
**engineering** 37:19 109:7,8 253:20
**ensure** 76:21 143:8 266:8 332:14
**ensuring** 334:16
**enter** 139:12 248:25 249:4 312:8
**entering** 260:1
**entire** 39:7 130:8 157:6 194:10 261:9 286:12
**entities** 232:20 232:23 233:11 249:16 297:13 329:3
**entity** 231:25
**environment** 113:1,25 125:23 141:4 142:12 143:22 177:8,24 178:13,18 206:14,17,20 206:22 312:5,5 315:11,14 316:1 332:10 332:15
**environmental** 36:13 37:3,20 38:2 50:6 62:14 64:1,4 64:14,23 65:1 65:2 85:7 93:24 99:7 101:6 108:24 109:19 112:4 112:15,21,22 141:4 142:1,4 142:7 143:5,17 144:15 152:1 167:17,20,23 168:22 169:6,9 171:1 173:10 177:7 193:16

231:3 250:13 250:16 259:4,7 259:7,8 263:13 264:23 288:6 288:16,20 319:8
**environment...** 142:10
**eoviero** 3:13 7:1,1
**epa** 124:16,25 127:2 128:3,15 194:11 280:15 305:5,6 323:22 323:24,25 324:4,10 332:17
**epidemiologi...** 117:15
**equation** 331:25
**equipment** 52:7
**equivalency** 37:20
**erosion** 288:23
**errata** 339:1
**erred** 222:19
**error** 88:4,9 277:1
**especially** 74:17 287:4,17
**essentially** 291:21
**established** 204:21 210:25
**establishing** 271:17
**estimate** 11:18 88:13,14
**estimated** 5:3 215:22
**et** 1:2,7 6:9,9
**evaluate** 80:6 145:17 161:20 207:11 212:2 271:18
**evaluated** 150:14 210:15 211:22
**evaluating** 71:13 151:4 209:17,20,22 211:9 212:1 251:10
**evaluation** 285:7 294:10 294:19 295:14 298:10
**evangalisti** 2:12
**evening** 336:9
**event** 112:16
**eventually** 59:16 69:19 70:24 86:16 165:21
**everybody** 166:18,18 206:23,23 220:7 247:6 257:13 331:24 331:25 332:4
**evidence** 79:1
**evidently** 67:9 223:8
**exact** 11:17
**exactly** 11:5 23:3 46:4 47:21 54:3 65:24,25 93:15 144:19 195:12
**exam** 37:20
**examination** 4:2,2,3,3,4 7:8 245:15 249:12 320:13 335:9 337:6
**example** 24:7 28:23 50:10 134:10 169:7 170:20 180:6 188:7 287:16
**examples** 259:22
**exceed** 143:18 149:11 309:4
**excellent** 178:19
**excess** 51:20 55:3 83:19,20
**exchange** 289:11 317:14 325:24
**excuse** 34:11 48:19 156:4 160:13 180:2,9 199:20 327:2 334:6
**execution** 76:20 199:20 202:14
**exhaust** 261:11
**exhaustive** 123:18
**exhibit** 4:6,8,10 4:12,14,16,18 4:20,22,24 5:1 5:3,5,7,9,11,13 5:15,17 60:3,5 88:20,24 89:1 105:3,6,12,17 105:19,22 128:20 129:5 147:19 148:22 149:17 158:4,5 158:6 167:4 172:1,3 185:5 185:7 190:7 197:13,16,18 198:9 207:20 215:12,14,17 219:4 220:24 221:2 226:16 229:20 230:4

269:1,7 273:22 279:25 280:2 286:2 293:14 293:19,20 295:20,23 296:11 299:4,5 306:20 309:25 310:16 311:15 312:24 314:24 316:7,9 318:20 324:16,21 325:4
**exhibits** 4:5 5:17 245:8 318:24
**exist** 114:1 225:16 238:18 317:10
**existed** 128:13 225:8,9
**existing** 56:7
**exists** 56:19
**exit** 27:7
**exotic** 44:11
**expect** 10:5 201:19 203:16 332:24
**expectation** 136:20 331:13
**expected** 198:20 306:10 331:5
**expense** 24:25 25:13,15
**expenses** 214:18
**expensive** 243:3,4
**experience** 58:7 198:14 207:8 231:22 232:8 236:1 259:19 271:3 289:24
**experiences** 171:1
**experiments** 241:7
**expert** 251:14
**expertise** 37:25 206:2
**experts** 252:11 252:15 253:3 254:25 310:13 315:24 330:16 332:18
**expiration** 152:19 300:15
**explain** 42:23 83:25 86:2 289:5 297:22
**explanation** 92:3
**explored** 270:11
**explosion** 108:9 108:15,19,21 109:1
**exposed** 137:8
**exposure** 117:6 117:7 118:8 311:23
**express** 2:2 68:17 258:17
**expressed** 192:8
**expressing** 195:1
**extend** 289:3
**extended** 55:10 160:7 169:17
**extensive** 194:24 274:10 275:3 276:23
**extensively** 74:25
**extent** 55:13 77:4 102:12 115:21 124:24 128:11 133:10 252:21
**extra** 269:6
**eye** 100:10 138:22

**f**

**f** 337:1
**face** 242:25
**facilitate** 173:6
**facility** 4:22 5:1 5:5 38:15 39:17 74:10
190:15 191:10 191:20,22 208:21 221:13 330:17
**fact** 15:5 48:18 48:19 84:18 125:12 140:13 159:14 160:9 172:19 182:18 198:20 227:19 272:14 291:22 312:15 323:2 327:2
**factors** 326:1
**facts** 19:22,23 232:5 237:11 239:22
**factual** 233:19 239:18
**fahrenheit** 137:15,22
**fair** 11:25 49:11 55:8 118:6 134:10 253:5 256:2 262:3,21 300:25 318:19
**fairly** 72:7 88:1 93:16 146:23 186:5 232:9 276:23
**fall** 97:4 109:13
**fallen** 161:4

**familiar** 59:5 73:17 84:17 93:4 118:12 136:5 158:14 159:13,19 181:3,6 190:20 190:22,25 193:13 231:7 235:17 264:1,5 322:10
**familiarize** 9:4
**family** 28:21 260:21 261:14
**far** 23:9 68:8,9 77:10 79:21,23 86:7 98:8,22 101:17 103:19 104:1 108:2,3 124:23 128:13 130:7 152:1 169:5 208:10 225:5 239:6 272:14
**farm** 74:18 80:4 88:6 156:10,12,16 202:2 208:8,10 208:13 209:6 211:18 235:1 237:16 239:9 268:9 276:14 278:12 279:13 293:7 297:21 316:19 317:6
**farmed** 198:13
**farmer** 75:24 77:3 155:11 189:11
**farmer's** 77:22
**farmers** 17:3 17:14 77:23,25 78:4 87:9 122:10,18 144:2 155:1 174:10 214:15 236:1 240:13 278:4,8 286:19 286:25 287:9 288:25
**farming** 236:24
**farms** 155:5,7 156:14 244:4 286:24 293:5 294:25
**farther** 196:7
**faster** 220:9
**favor** 148:25
**favorably** 78:17
**fazio** 2:21 6:20 6:20 9:9
**fc807** 106:13 111:1
**fda** 158:18 159:11,16,24 160:1,4,7 314:5
**feasibility** 270:3
**features** 28:4
**february** 4:14 5:13 128:25 129:1 292:7 296:16 298:6
**federal** 238:16
**feel** 19:11,17 77:6 196:9 223:15 260:2 319:19,19
**felt** 267:20
**fertilizer** 198:14,15 270:24 288:22 288:24 289:1
**fertilizers** 200:9 289:8
**fiber** 12:13,19 13:3,7,17,20 16:20,21,22,24 17:2,12,17,23 17:24 32:18,24 33:7 66:15 68:9 70:9,11 71:16 74:5 75:19,22 77:16 85:11 86:17 94:22 119:22 120:2,12 123:2 145:10 149:5,9 150:1,9,25 151:3 152:10 152:18 153:19 154:13 175:12 175:21 177:22 182:16,19 191:4,15,18 198:21 200:14 200:15,16 203:25 204:6,9 204:25 205:11 205:18 212:15 212:22 214:13 214:19 215:1 222:25 223:9 223:13 225:6 226:20 237:7 241:5 242:5,15 256:10 257:6 257:21,25 258:14 270:20 272:4,15 275:13,20 276:2,12 277:2 277:6 278:14 282:18 283:20 284:13 287:21 288:5,9,12 291:7 293:4 297:1,8 298:1 300:7,10 301:3 301:17 304:4 304:10,21 306:15 308:8 308:25 309:2,7 315:13,25

316:18 318:6 333:11,12 334:2
**field** 77:22 80:3 113:25 189:2,5 192:24 208:18 208:19 211:9,9 211:11,12,14 212:12,14 213:6,21 223:4 223:11,12 239:9 243:24 277:25 292:4 309:9
**fields** 17:20,24 74:22 77:5 79:22,24 80:2 80:11 144:2 150:18 151:4 155:13,15,17 156:22,24 178:25 188:23 200:10 201:20 201:23 202:18 208:3,7,11,12 209:24 212:1,4 213:14,19 222:2,7,13,20 223:1,2,12 225:25 228:4 229:5,11 236:4 237:16 240:14 240:16,17,19 243:23 244:1,2
267:10,14,15 287:16 291:8 305:20,22,25 317:5
**fifth** 294:8
**figure** 212:5 304:20
**filed** 13:25 125:17
**files** 183:14
**filing** 14:2
**fill** 95:20
**fills** 95:19
**final** 241:16
**finally** 275:25
**financial** 44:10 176:17 278:19
**financially** 23:25 337:17
**find** 37:23 48:6 49:14,17 58:10 80:11 164:6 237:9 241:5 243:24 252:25 267:20
**findings** 235:21
**fine** 11:17 61:13 137:10 197:8 336:11
**finish** 148:7,18
**finished** 87:7 157:1
**fire** 108:9,15,19 108:20 109:1
126:2,5,8,9,11 259:24
**firefighting** 236:16,18
**first** 7:6 14:6 45:24 72:2,5 72:24 73:11 106:9 118:12 121:10 122:17 131:7 134:21 134:22 137:23 138:23 139:23 149:8 150:7 163:6 178:16 179:13 208:23 208:25 221:20 235:13 269:24 272:3 276:7,15 276:19 280:18 280:19 286:10 286:17 288:1 291:6,11 294:2 295:9,13 296:12,25 298:3,3 299:16 299:22 300:8 311:20 314:4 315:6
**fish** 42:7,11 79:13,15,19 316:20
**fishery** 317:9
**fishery's** 317:20
**fit** 121:12
**five** 72:12 166:19 175:12 220:7 256:25 268:17 276:7 281:13
**flag** 205:10
**flip** 269:16 280:19 291:5 298:2 308:11 311:13,25
**floor** 27:6,8 51:13,15 52:24 53:8 54:17,19 54:19,23 62:20 62:22,23 131:22 139:13 140:12 142:23 312:8,20
**floors** 52:20
**flow** 32:2 35:8 36:23 39:15,19 40:10,12,18 41:5 44:20,24 51:20 52:11 53:2,24 55:11 62:3 139:13 146:24 201:14 209:24 210:4 210:13 211:7 211:10,22 212:3,7 312:10 314:22 321:18 334:25

**flowed** 39:20 52:10 55:5 140:19
**flowing** 64:5
**flows** 36:18 38:9 39:19,21 40:6,7 41:25 53:2,5 334:25
**fluoride** 110:4
**fluorinated** 107:20
**fluorine** 107:21 107:24
**fluoro** 107:7,8 107:11,12,15
**fluorochemical** 158:19 159:1 227:6 257:22 258:9,13 311:23 314:6
**fluorochemic...** 112:25 117:3,8 117:12 120:21 120:23 121:5,7 123:5,8 125:20 125:23 126:5,7 132:21 133:1 142:22 151:16 177:22 178:24 178:25 179:4 226:1,9,19,23 227:10,17 228:4 229:11 229:17 254:14 254:20 257:25 258:4,18,22 321:7,17
**fly** 163:25 164:3,10,16 246:16,19,20
**foam** 34:6 35:1 236:16,19 266:23
**foaming** 34:2,3 34:3,12,20 35:4,11 79:4,7 79:8,9
**focus** 145:23
**focused** 257:11 257:13
**focusing** 265:9
**folder** 105:8
**folks** 165:3 245:9 252:18 274:14
**follow** 23:5 121:22 184:7 249:18
**followed** 91:12 92:11 133:23 319:13
**following** 245:20 269:25 291:18 309:1
**follows** 7:7
**food** 15:10 20:2 20:6,14,23 24:9 25:2 159:15 261:20 261:21
**foregoing** 337:9 338:4
**foreman** 50:10
**forest** 20:17
**forestry** 23:8
**forever** 243:6 268:2
**forgot** 35:21 302:10
**forgotten** 131:24 211:15
**form** 4:22 5:1,5 13:4 15:13 17:5 18:3 19:14 24:1 28:7 30:6 32:3 38:19 39:24 45:23 48:13 56:12 57:18 58:1 63:1 73:1 73:22 75:10,17 83:2 84:2 85:24 87:10 91:18 98:20 99:20 101:7,10 101:10 107:10 110:14 111:17 113:17 114:2,8 114:25 118:2 118:21 119:14 119:21 120:9 122:12 123:9 123:20 124:3 124:14 125:9 125:21 127:7 128:10 133:8 137:9 140:5 141:16 142:18 142:25 143:14 144:8,18 145:19 151:17 161:13 162:15 171:9 176:22 177:14 178:1,3 178:4 179:2,16 182:2,8 186:17 190:16,20,22 191:3,14 194:8 195:3 199:4 200:25 201:25 204:15 205:1,9 206:8 207:3 208:22 217:21 221:13,21,23 225:11 226:2 226:10 227:7 227:18 228:6 228:16,24 229:12 232:7 233:4,17 234:1 235:7 236:5 239:20 240:8 248:16 285:7 294:11,17 295:14 312:22 313:16 315:15

326:6,23 328:23 329:8 329:22 332:3 332:16 335:17
**formal** 49:7,20 49:24 56:10 92:6 115:2 147:2 187:13 190:1
**formed** 261:20
**former** 10:17 14:23 15:1,25 18:23 30:16 230:25 231:8
**forms** 191:20 200:4 305:16
**formulation** 131:10,14 135:3,5,8 311:1,2,6,24
**formulations** 134:6,16
**forth** 337:12
**fortunately** 185:3
**forward** 173:2 175:16
**found** 113:14 230:12,15 237:6 238:6
**foundation** 58:2 236:6
**four** 44:19 65:2 68:19 69:7 72:12 134:23 173:16 238:17
**fourth** 192:14
**frame** 224:15
**framework** 75:8,9
**free** 319:19,19
**freely** 201:19
**frequency** 283:4,10
**frequent** 257:2
**frequently** 25:8 34:11,16,17,18 255:24
**fresh** 76:25 77:16
**friend** 146:7
**friends** 15:9 19:17
**front** 105:5 269:11 273:23
**frozen** 307:25
**full** 77:20 139:11 265:1 316:25 319:18
**fully** 10:9 83:25
**further** 155:12 317:22 320:11 335:20 337:9 337:13
**future** 178:20
**fx** 158:11

**g**

**gain** 126:4 203:22
**gallons** 217:3
**gas** 217:12
**gate** 247:1
**gauge** 153:12
**geez** 89:24
**geigy** 35:25 36:1,3,7
**general** 25:3,3 25:12 27:19 54:13 63:15,24 83:22,25 106:24 117:13 135:20 147:14 159:21,22 224:17 235:18 239:19 260:13 269:25 287:2
**generally** 12:24 15:7 16:18 73:17 139:18 139:20 202:2,4 264:7 278:5 286:23 297:22
**generate** 101:14 214:5 215:4 323:15
**generated** 36:17 88:16 91:15 94:24 101:12 119:3 164:24 167:6 169:14 177:23 267:23 270:4 297:7
**gestures** 8:6
**getting** 44:14 165:16 188:5 212:19 254:17 295:17 321:10
**give** 7:23 11:16 11:17 19:21 149:1 221:10 259:22 261:12 276:13 324:25
**given** 7:17,18 177:11,17 313:13,24 317:4,21
**gives** 280:21
**giving** 26:11 321:20
**glad** 15:24
**go** 15:13 24:1 36:23 40:16 49:13 50:5 51:23 53:14 56:25 58:2 73:22 77:3 86:13,14 87:3 87:5,6 100:23 101:2 110:13 110:21 111:18 113:20 114:22 114:25 117:10

120:9 122:12 132:6 133:8 134:6 135:24 137:13 140:13 141:17,18 142:23 143:1 143:14 147:18 161:13 164:13 168:9 171:9 176:22 177:14 177:16 178:5 182:2 196:24 203:20 205:1 206:8 207:19 208:18 210:11 214:3 220:8,16 231:14,15 233:4 234:6 235:22 236:6 239:20 243:23 245:17,24 247:22 249:23 262:14,19 263:6 265:5 273:21 274:4 276:19 279:14 282:24 284:2 286:1 287:18 289:14 295:2 299:7 306:19 306:20 309:25 310:16 314:24 315:15 316:7 316:25 329:22 333:15 336:9

**goal** 143:4 177:7 196:11 270:13

**goes** 44:23,23 53:8 65:23 87:4 98:8 105:15 128:13 128:24 131:20 132:3 187:21 190:3 211:2 277:15 278:24

**going** 7:12,15 7:21,22,22 8:16 9:5 11:23 15:17 25:9 28:24 29:21 42:6 44:18 49:12,18 50:23 56:23,24,25 60:16 61:13 62:19,24 71:2 77:5 88:19,23 89:2 100:19 105:3,5,7,10,14 105:17 108:8 108:18 116:1,2 121:22 128:22 129:3,4 131:5 136:5 137:13 138:9,24 139:2 146:6 147:18 148:12,13 151:8 153:14 157:7,13 158:1 158:4,5 165:21 166:21 169:1 170:6 171:21 171:23 172:1 172:15,16 173:17,18 178:17,17,20 178:24 179:19 185:4,5,6 190:4,5 194:24 195:9 196:5,7 205:19 207:19 208:18,19 209:15 210:20 212:7 214:4 215:9,13 219:25 220:23 221:11 229:8 229:19 232:14 234:12 237:9 238:4 242:4 244:18,23 245:2,3 246:2 249:21,23 268:17,21,24 269:4,5 286:1 287:15 291:6 293:18 295:19 303:6 307:3 309:11 317:13 320:15 321:12 334:19 335:2 336:1

**golden** 155:3

**golkow** 6:4

**good** 6:2 15:11 15:18,20 92:3 92:13 93:24 124:10 146:7 147:11 151:10 156:1 157:4 160:3 166:5 206:13,17,19 219:24 220:6 259:6,8 318:4

**goofed** 296:8

**gook** 186:24

**gotten** 155:17 172:11 188:11

**government** 21:8,9,19

**governmental** 329:3

**grab** 245:8

**grade** 323:5 334:11

**graduated** 37:17

**grants** 24:12

**grease** 46:20

**great** 11:14 17:10 101:23 130:3 147:15 179:25 189:5 262:12 267:20 269:2,13,22 274:21 284:1

285:10 294:15 296:19 301:23 303:2 313:1
**greater** 234:17
**grew** 72:14
**groom** 20:20
**ground** 200:23 307:25
**grounds** 100:21
**groundwater** 18:1 197:23 198:5,8,12,18 198:23 199:3,8 199:17,22 200:6,19,24 201:6,14,19 202:25 203:24 204:3,4 205:20 212:6 230:17 236:24 238:18 238:25 239:1 239:22 271:1 288:25 289:7 289:13 320:5
**group** 20:6,7 21:12 23:9 64:19 251:20 252:1 253:15 261:19,22
**group's** 252:5
**groups** 255:1 261:17 334:20
**grow** 70:17 72:14 272:5
**growing** 151:8 278:17,22
**grown** 325:25
**guarantee** 332:9
**guess** 13:22 36:18 46:20 61:18 65:10 69:9 80:11 83:4 105:25 161:15 177:20 193:7 194:20 199:12 202:21 257:15 259:9 269:6
**guidance** 110:12 121:17 180:23 286:12
**guided** 91:16
**gun** 215:16 268:16
**guy** 1:12 2:1 6:12 7:6 59:4 105:16 173:9 275:12 316:15 317:1,3 318:3 319:8 337:5 338:3,12 339:23
**guys** 69:1 86:9 165:15 166:11 166:13 185:23

**h**

**h&h** 218:18
**half** 65:12
**halfway** 289:18
**hall** 27:7 156:21,22,23 156:24 229:24
**hammers** 300:3 300:4
**hand** 81:14 221:4,8 281:25 290:18 294:9 320:16
**handed** 89:8 207:22 296:10
**handful** 122:7
**handle** 8:18 24:7 248:20
**handled** 73:18 164:4
**hands** 78:3 214:15
**hang** 273:19
**hansen** 1:12 2:1 3:19 6:3,12 6:19,21 7:6,10 9:1 13:5 45:10 58:2 60:16 87:12 89:8 105:8 109:15 111:18 136:8 138:3 146:10 157:19 173:9 179:25 182:3 186:18 197:1 220:3 234:6 245:17 248:1 249:11,21 251:13 252:15 254:13 257:4 258:24 260:2 262:9 263:16 265:10 268:24 269:11,14 273:17 274:5 276:17 279:2 280:3 281:12 286:7 290:15 290:21 291:14 293:15,22 295:8,18 296:10 297:14 299:8,14 300:2 303:3 306:13 307:7 308:6,21 309:7,16,25 310:5,11,20 311:8 312:2,13 312:24 313:6 314:3,13,24 315:23 316:8 316:16 318:3 318:20,25 319:8,15 320:7 335:2,6,11 337:5 338:3,12 339:23

**happen** 9:5
**happened** 88:8 94:5 163:23 165:5 267:1 274:9 323:18
**happens** 8:15 53:1 145:25 312:25 321:23
**hard** 11:12 77:19 221:1,6 243:1
**hardship** 19:18
**harm** 144:1 178:17
**harmed** 12:20 13:16
**harmful** 315:21
**harness** 260:1
**hassett** 320:3
**haul** 95:14 96:19 218:16
**hauled** 77:17 170:15
**hazard** 108:9 108:15,19,21 116:5,18 117:20
**hazardous** 110:1 139:8,10 171:6,13 248:14
**hazards** 142:16
**head** 8:6 65:3
**headed** 80:14
**header** 292:20
**heading** 270:7 272:18 287:21 308:12
**headline** 230:5
**heads** 299:16
**health** 15:12 37:7 116:4,18 117:7,20 118:7 118:16,23 260:8 271:3
**healthy** 271:12
**hear** 15:24 21:13 27:15 166:6
**heard** 12:3 28:24 30:17 36:1,2 106:21 106:24 165:4 165:19 231:6 231:10
**hearing** 19:11
**heated** 137:14 137:21
**heavy** 21:22
**held** 6:7 21:7 324:15
**hello** 165:3 245:17
**help** 24:16 32:10,15 44:16 47:20 52:2,20 56:17 57:6 75:7,13 93:6 145:17 199:25 200:17,17 211:16 220:7,8 246:16 270:12 270:23 272:4 272:16 274:10 275:3,9,19,23 276:1 278:3 286:12 310:1
**helped** 76:3,16 76:17 145:5 262:10
**helpful** 26:10 26:16 27:8 144:5,11 278:23
**helps** 57:7
**herbicides** 237:15
**hereinbefore** 337:12
**hf** 110:2
**hide** 299:15
**high** 58:11 70:7 70:10 74:8,15 74:15 79:17 83:16 127:15 134:11 154:14 192:6 235:4 238:11 271:11
**higher** 41:25 125:12 238:16
**highest** 126:15 126:16,19
**highlight** 238:4 325:2,19,22
**highlighted** 230:24 232:15
**highlighter** 325:18
**highly** 97:8 317:20
**highway** 2:6 210:9,12,25 211:3,7,15 244:1
**hiking** 20:17
**hindered** 32:15
**hindsight** 177:11,16
**hired** 37:17 64:16 68:9 278:2
**historical** 244:10
**history** 93:23
**hmm** 34:8 101:16 103:8 111:2 138:19 162:16 219:8 219:11 312:25 320:24
**hold** 173:18 270:23 273:18 279:22 285:22 289:12 324:15

**holding** 197:1
**holdings** 3:15
**holiday** 2:2
**holler** 296:7
**home** 249:11
**honest** 19:21 88:1
**honor** 194:1,3 194:12
**hope** 27:15 83:9 331:21
**hopefully** 146:6 154:9 172:14 312:21
**hoping** 47:20 57:1
**hour** 60:17
**house** 163:12 164:24 165:1 167:14 265:4
**how's** 15:11
**hr** 27:8 129:12
**huge** 236:25
**huh** 7:25 8:3,5 8:5 10:23,25 36:23 37:1 38:1,4 46:25 49:19 51:25 52:19 53:13 59:6 65:20 66:19 69:2 72:17 119:4 138:19 143:25 163:20 174:15 174:23 191:5 191:19 193:14 197:20 206:1 222:3 237:24 291:15 294:12 302:9 303:1
**human** 146:2
**hurdles** 279:7
**hydrocarbons** 117:18
**hydrogen** 92:24 110:4

**i**

**idea** 73:20 107:18 166:13 276:13 278:4
**identification** 60:5 89:1 105:12,19 128:20 158:6 172:3 185:7 190:7 197:13 207:20 215:14 221:2 269:7 279:25 293:20 295:23 299:5
**identified** 19:6 19:8,12 167:11 180:2 181:16 185:1,9 231:8 232:6 258:13 284:25
**identify** 49:2 57:25 182:14 231:23 232:1,4 240:6
**identifying** 18:23 19:3 160:13 231:20
**identity** 226:12
**ignorance** 180:5
**ignore** 207:9
**ignored** 207:1,4
**il** 3:4
**imagine** 191:11 213:12 219:15
**immediate** 50:17,18 218:7
**immediately** 289:20 290:1
**impact** 48:18 48:19 49:3 104:10 111:23 115:22 254:15 254:21 270:18 317:22
**impacted** 248:19 252:21 252:23
**impacts** 289:1 289:7 317:3
**impair** 10:12
**implement** 262:10
**implies** 61:4 145:8
**important** 318:16
**importantly** 272:5
**impose** 256:6
**impressed** 66:6
**improve** 32:16 32:17 45:13 178:13 198:24 199:7 270:9 271:2 272:6
**inaccurate** 83:24 298:18
**inch** 75:23,23
**inches** 72:12 106:11
**incinerate** 110:1,23,25 170:4 241:2
**incinerated** 182:1
**incinerating** 110:6,9,10
**incineration** 139:5 163:7 171:3
**incinerator** 110:2 163:8,10 163:13 170:5
**include** 98:13 100:15,20 110:2 123:5,7

123:13,15 250:23 265:3,6 267:5 281:5,16 288:22
**included** 98:12 169:12,20 226:25 250:18 280:25 281:9 297:9 300:20 303:18 328:14
**includes** 281:1 299:23
**including** 119:20 152:17 168:22 285:6 329:4 335:14
**inconsistent** 18:10 277:7
**incorporate** 322:25
**incorporated** 80:23 81:1,4,6 306:16 307:15
**incorporation** 307:16
**incorrect** 84:11 84:12 296:2
**incorrectly** 308:6
**increase** 270:21
**increased** 288:22,23
**increases** 289:10,11
**incredibly** 66:5
**incurred** 214:19
**independent** 127:21
**index** 4:1,5
**indicate** 183:22 183:24 204:1
**indicated** 193:25 222:19 293:7 294:19 315:20 316:19 317:7,20,23 318:4,5
**indicates** 117:16 222:1
**indicating** 9:8 149:18 222:24 254:13,20 302:2 325:11
**indication** 329:19
**individual** 78:13 251:21 285:16 303:25
**individuals** 48:25 78:11 87:9 103:14 111:22 182:13 274:10 297:12 329:13 330:16
**industrial** 81:12 163:7,10 163:13 170:5 171:3 234:16 236:21
**industry** 268:1 332:8,13
**infiltration** 306:10
**inflow** 48:3
**inflows** 41:16 41:20 44:14 55:10 62:8
**influence** 10:12
**influent** 44:17
**influents** 47:6
**inform** 331:6 332:8,13
**information** 25:10 82:3 103:14 109:19 112:21,22 113:4 116:5,15 116:18 117:21 117:23,24 133:23 134:1 146:20,25 161:10 162:10 162:13 167:10 168:18 170:13 177:3,12,17 181:24 206:24 207:12 233:6,7 235:19 237:11 251:6,22 253:22,25 254:7,13,17,20 285:5 311:10 316:4 330:25 331:4 333:16 334:19,24,25 335:14,19
**informed** 55:15 101:22 161:22 170:24 329:9
**informing** 329:6
**ingredient** 107:3
**ingredients** 108:4
**inhalation** 311:23
**inhibition** 162:7
**initial** 276:12 277:25 287:11
**initially** 38:16 88:3 93:21 287:4
**initiated** 20:6 280:22
**initiating** 269:25
**inn** 2:2
**innocuous** 120:25
**innovative** 86:9 241:9 275:12
**input** 205:25

**inputs** 288:21
**inquiries** 49:21 186:13 195:24 196:14 289:19 290:1
**inquiry** 87:23 184:2 187:1
**inspect** 100:9 186:14,16
**inspected** 100:12 331:12
**inspecting** 186:20 209:16 329:18
**inspection** 100:16,20,25 101:5,17,18,22 140:8 192:21 230:12,15 264:22,24
**inspections** 100:15 101:20 193:9 264:14 264:25
**instance** 62:2 102:16 235:21 259:24 305:15
**instigated** 194:11
**instituted** 194:11
**instructed** 8:18 117:9
**intend** 220:14
**intended** 91:23 114:6 117:8 203:22
**intends** 290:6
**intent** 328:19
**intention** 174:6
**intentions** 319:11
**interact** 63:21 63:23 168:10 168:15
**interacted** 64:2 330:7
**interacting** 236:1
**interactions** 263:25
**interchangea...** 17:18
**interest** 173:13 206:22
**interested** 31:14 73:25 74:20 77:12 86:5,10 99:16 178:16 215:3 268:1 272:3,13 275:12 300:25 337:17
**interesting** 108:1 139:3 159:11 162:8 192:17 217:25 238:22
**interfering** 197:4
**intermission** 180:14
**internet** 57:13
**interpret** 222:4 223:1
**interpretation** 224:3
**interpreting** 308:5
**interrogation** 4:1
**interrupt** 216:18
**interruption** 45:3 171:19 179:18
**invested** 22:9
**investigate** 48:16 187:2
**investigating** 48:10 111:6 275:13
**investigation** 309:21
**investigator** 272:21
**involved** 21:5,5 23:24 29:23 55:18 98:7,18 99:10 102:15 111:6 115:16 115:18,24 122:3,7 138:25 144:16 146:1,2 151:25 167:18 167:19 169:16 174:10 224:12 224:15 234:10 241:14,17 261:6,15,16 273:4
**involvement** 23:20 244:11 262:4 273:1,13
**ionic** 33:16
**irregular** 256:4
**ish** 217:3
**isopropyl** 117:17,17
**issuance** 127:25 280:25 281:15
**issue** 50:7,13 69:6 79:14 103:11 106:15 166:11 188:13 194:18 207:18 225:1 233:22 234:11 236:25
**issues** 48:10 50:1 103:23 227:24
**it'd** 58:17
**it'll** 168:1 220:7

**j**

**j** 129:1
**january** 190:13
**jerome** 290:24 293:5 324:17
**jerry** 15:3,4,7 15:11,20 50:20 73:25 78:15 85:8 114:23 139:10 155:3 155:10 164:21 187:12 209:13 287:17 297:16
**jim** 51:1,2 196:17 209:5,9 209:10,12,13 209:16,19 222:18,22 224:1 299:23 311:9
**jo** 280:7
**job** 1:25 21:22 103:12 104:10 130:3 144:4 177:13 266:10 331:7 332:25 333:13
**jog** 57:2
**john** 122:5 186:2,13 297:16
**johnson** 138:15
**joined** 132:13
**joining** 136:25
**joint** 193:9 270:1 271:17
**jon** 3:19 6:3
**jot** 184:6
**jotted** 335:4
**journal** 133:18
**journals** 133:19
**jude** 1:16 2:1 295:20 309:25 337:3,20
**judgment** 253:3
**july** 4:10 5:9 89:11 280:10 286:3,19
**jump** 131:5 137:11 215:9 309:11
**jumped** 138:21 215:16
**jumps** 162:18
**june** 4:19 171:25 290:24

**k**

**k** 168:11
**karalena** 3:5 6:22
**kaye** 3:16
**keep** 20:3 24:25 25:1,10,15,15 25:16 26:7 55:15 66:3,7 133:6 157:7 158:2,4 171:22 173:18 203:1 218:17 269:4,6 285:22 293:14 306:25
**kendall** 3:18 7:3,3 166:15 175:15 228:16 228:18 336:6
**kept** 25:25 69:1 218:15
**key** 272:18
**kicked** 27:14
**kill** 42:11 79:19 317:24
**kills** 42:7 79:13 79:15
**kind** 9:4 10:15 17:9 21:8 22:15 24:18 25:23 32:8 45:15 61:24 64:21 68:16 74:7,14 79:4,6 82:17 88:16 107:20 138:21 170:18 178:15 186:25 188:3 189:17 194:1 197:17 203:23 204:9 205:15 224:16 236:22 249:22 257:13 261:13 267:24 305:18
**kinds** 49:21 115:10 193:18 195:24 266:25 287:7
**kjeldahl** 152:12 152:13 283:2
**knew** 64:2 72:10 90:22 96:2 100:19 103:19 104:1 122:24 177:20 202:14 204:19 252:19 330:1,2 330:8,10 334:10
**know** 8:23 9:20 11:15 12:2,8 12:14,21 13:21 15:20 17:18 19:1 26:10,15 28:5 30:4,13 30:23 33:19 35:3,7,23 36:3 36:5,6,8 45:10 45:11 47:19 49:12 53:21 57:3 63:13,17 65:9,11 66:5 69:10,13 71:1 71:1 72:8,20

72:21 77:9 80:13 82:7,22 84:13 86:8 87:12,14 88:11 88:12,12,13,15 88:18 90:20 91:24 94:17 96:5 97:5,18 98:3,4,12,22 99:17,22 101:2 101:24 102:2 106:18 108:7 108:14 109:13 110:3 112:1 114:12 119:18 122:17 123:2 124:4,7,10,23 125:5,7 126:10 128:12 129:22 130:7 131:14 135:16 138:3,4 152:1,11 153:9 153:11,12 159:23,25 160:4,7 161:23 166:2 169:15 169:23 173:1,6 178:10,20,23 178:25 179:3,4 179:5,7,10 182:25 185:22 187:3 190:3 191:10 192:13 192:19 193:7 196:11,21,21 196:23 198:8 201:1 204:11 205:3,4,17 208:14 210:14 210:15 211:20 211:25 212:14 213:11,13 214:4 215:7 218:2,11,13 219:9,16 224:15 226:7 226:16 229:22 233:21 236:7 237:7,14,19 240:10 241:23 243:25 244:6,7 244:20 245:12 247:15,15 248:15 249:14 249:16 255:14 256:25 263:17 266:2 286:4 289:16 299:8 312:13 321:10 321:12 323:2 323:23 328:24 329:10 331:6 331:14,15,19 332:9,14

**knowing** 100:1 120:22 123:10 171:12 329:14

**knowledge** 14:5 78:5 92:2 99:15 107:18 110:18 115:11 122:20,23 139:19 150:19 151:21 158:15 163:13 167:10 170:2,13,16,18 170:18 171:2 173:15 181:13 182:4,6,11 206:3 226:12 226:24 227:14 236:14 252:10 253:15 255:2 255:13 258:16 263:16 272:8 281:14,19 284:12 288:8 288:11 298:14 298:22 299:1 309:20 315:23 330:4,15 331:4 331:5,14 332:1 332:8,13 335:19

**knowledgeable** 124:17 264:7

**known** 12:24 107:22 117:6 118:7 176:24 178:7 199:16 240:10

**knows** 237:3,5

**kopecky** 280:7

**kristen** 7:3 228:18

**kristin** 3:18

**kristin.kendall** 3:18

**ksenese** 3:5

**kuczmarski** 78:16,16 155:3 156:12,20 186:1,14 197:19 201:23 209:20 293:6 297:20

**kuczmarskis** 78:15,19 287:15 316:11

**kurtenbach** 168:7,11,12,16 168:23 169:8 187:15 196:22

**l**

**la** 2:7

**lab** 62:10,10,11 62:13,13,16,18 62:25 63:7,8 63:15,15 65:3 101:19 153:21 175:23 219:21

**label** 128:25 129:5,7 172:13 185:5 220:24

**labeled** 89:10 89:15,21 90:23 105:22 173:5 197:16
**labels** 128:23
**labor** 129:25
**laboratory** 264:24
**labs** 63:9,12,13 63:17,22
**lack** 265:4
**ladder** 65:23
**lake** 39:4 67:7 67:8,9,15,17,19 67:22 69:8,11 69:14,24 78:11 79:5,7,11,14,17 79:17,18,21,23 80:5,8 83:19 94:25 95:5 97:12,23 125:18 156:15 156:17 164:17 170:20 186:14 186:16,20,25 187:2,7 202:11 207:25 209:25 210:4,13 214:20,21,23 215:23 217:20 218:5 236:2 237:22 238:8 241:10 242:9 243:11,18 246:5,7,9,14,25 316:11,19,21 317:3,9,22,23 317:23
**lakes** 155:13
**land** 2:12 12:12 13:19 14:4 20:18 69:16,19 70:2 71:3,5,15 71:24 72:7,9 72:15,24 73:4 73:13,21 75:3 75:8,14 76:15 76:20 77:6 78:12 79:2,22 80:1,7 81:2,3 81:24 83:25 85:18 87:2 89:12 91:2,3 91:13,17 92:1 92:14 94:22 128:4,6,7 149:20 154:23 155:18 156:5 160:8 174:8 187:11,16 188:18 193:10 194:7,24,25 195:10,15 197:24 198:6 199:20 202:15 214:1 221:17 221:25 224:18 226:8 227:4,9 227:16 228:12 236:9 239:6,8 240:1,14,21 242:1,23 243:17,20 244:1,11 250:23 254:21 255:18,21 256:3,6,22 258:10 259:15 262:9 267:3,4 267:6,18,19,25 268:6 269:20 270:3,18,20 271:2,5,18 272:1,10 273:2 273:3,14 275:3 275:9 276:19 277:3,9 278:2 278:9 279:4,11 281:1,6,9,15,17 281:20 282:3,8 284:6,13,22 285:6,11,16 286:3,4,20,24 288:5 289:2,6 289:19,24 290:11,12 291:24 292:11 292:16 293:12 293:24 294:4 294:10,25 295:5,10 296:23 297:1 298:1,19,23 303:5,8,11,18 303:22 304:1 305:10,14,19 305:25 306:14 306:17,20 307:13,20,25 308:7,8,16 320:6 327:23 329:2 330:23 331:16 335:16 336:8
**landfill** 66:25 67:2,3,7,8,11 67:12 68:6,13 69:8,11,15,17 69:24 70:21 86:16,18,19,21 86:23 87:1,3,5 95:1,6,7,9,10 95:13,16 96:6 96:10,13,15,18 97:12,21,23 98:7 99:8 164:1,3,14,17 170:17,21 213:22,25 214:20,21,22 214:23,25 215:2,23 217:1 217:5,12,20 218:5 240:24 240:25 241:11 242:5,10,11,11

242:13,15,21 243:12 246:5,7 246:9,14,17,25 248:13 250:24 250:25 268:1,4 289:4
**landfills** 213:23 242:18
**landing** 148:23
**landowner** 75:19 212:23 288:11
**landowners** 13:16 78:15 156:3,3,5 287:9 288:9
**lands** 271:18 293:4
**language** 327:11
**large** 267:14 288:21
**largely** 12:12 202:22 252:6
**larger** 57:8
**law** 261:3
**lawn** 2:10
**lawsuit** 13:24 14:2 16:14,17 125:17
**layer** 203:2
**leach** 203:4,9 203:23 204:8 204:13,24,24 205:4,14 271:1 289:13
**leachate** 95:1,6 95:8,12,24 96:2,5 97:23 98:2 215:25 216:7 217:13 218:12,22,25 219:3,7,9,21 243:8,11
**lead** 19:23
**leagues** 312:14
**learn** 14:6 18:18 49:1 56:9
**learned** 13:12 181:10
**learning** 30:23 148:7
**leave** 54:1 105:7 168:25
**led** 267:18 309:21
**ledger** 24:23 25:12
**ledgers** 25:23
**left** 66:1 106:2 183:16 213:3 243:10 250:11 262:8 313:5
**leftovers** 321:24
**length** 209:21
**letter** 4:8,10,14 4:19 5:7,9,11 5:13,15 19:2 89:11 90:3,5 101:10,11 129:1,1 171:24 173:23 177:23 181:19,23 232:10 269:15 269:19 272:17 280:3,13 282:2 286:10 290:23 291:6,12 293:23 296:11 296:12,14 297:13 298:3 299:18 309:15 309:22 310:17 311:11 320:3 324:17
**letterhead** 280:4 290:19 290:21 293:24
**letters** 18:21 128:1 174:3 231:4 234:14 234:15 239:19
**letting** 32:2 278:18
**level** 52:5,17,18 52:25 54:15,18 54:21 55:1,3 61:23 189:25 238:24 271:12
**levels** 127:4 199:22 230:15 232:12 234:17 234:17 235:4,5 237:21,25 238:10
**life** 289:3
**lift** 21:22
**lights** 129:18
**liked** 92:5
**likely** 29:12 59:23 82:21 86:24 102:24 120:14 121:20 124:1,16 141:20 144:9 153:11 154:8 170:7 183:12 183:15 198:10 200:12 225:1 321:2,18
**limit** 34:25 127:1 249:25 284:6,12 325:23 326:19 327:23
**limitations** 213:18 282:3
**limited** 71:10 71:10 282:13 284:8 307:14 307:16 327:25
**limits** 43:3 328:3

**line** 39:8 137:13 144:20 161:24,25 191:16 210:24 243:22 261:12 317:14 319:20 339:3,6,9,12,15 339:18
**lines** 28:6 134:23 321:21
**liquid** 36:16,21 38:8 44:22 45:6,22 51:20 51:23 53:12,14 54:25 55:3 119:7 136:22 136:22 140:17 203:12
**liquids** 40:25 41:3,5 44:17 334:7
**liquor** 38:16,22 38:24
**list** 71:21 94:12 94:15 107:3 123:4,18,18,24 123:25 124:12 124:15,25 154:23 155:14 155:16 176:5 257:8,17 274:14 277:19 297:14 299:22 300:20 301:7 302:5,10,14,19 302:20 303:7 307:11
**listed** 28:23 29:13 90:9 110:20 130:17 185:18 191:6 215:25 217:25 273:9 302:6
**listened** 115:6
**listening** 46:16 148:15
**lists** 123:25 124:20
**little** 19:25 27:17 51:17 60:17 62:1 66:15 72:13,13 88:5,6 136:21 152:5 161:15 170:3 188:9 195:23 214:17 243:24 253:21 255:23 263:9 264:20 266:3 267:13,21 277:1 278:13 324:23
**live** 125:17 202:9 239:6 260:11
**lived** 78:11 182:13
**living** 260:18 260:23
**llc** 2:6,14,19 3:14,15 233:14
**llp** 2:14,19 3:3 3:7,11,16
**lmp** 294:5
**loading** 297:8
**loam** 202:10,12
**loamy** 205:18
**local** 14:13 21:3 29:10 95:14 274:17 278:3,8 288:7
**locally** 207:15 207:18
**located** 27:4 62:16 67:4 96:23 136:3 156:14,20 208:7,12 211:14 264:10 271:18 298:12
**location** 63:4 68:2 208:9 285:7 306:11 317:4,21
**locations** 55:15 80:3 128:4 224:20 243:20
**locked** 247:2
**log** 24:18 25:1 25:3,6,11,25 26:8 183:11 283:24,25
**logical** 70:24 84:17 120:5 212:13
**logs** 25:23 26:18 183:21 283:20
**long** 5:3 13:18 21:15 26:13 66:4 75:2 77:2 77:21 112:19 114:1 117:4 118:15 131:2 148:13 215:22 215:22 249:16 258:25 260:14 281:18
**longer** 290:16
**look** 7:23 11:18 25:5 59:25 78:17 82:11 83:7 85:10 91:25 108:8 112:2 116:1 173:23 184:22 186:23 198:2 210:20 217:9 222:9,17 255:4 256:5 267:12 267:16 277:23 292:3,18 298:4 302:16,18 316:3 325:13 335:3

**looked** 58:9 84:9 100:17 101:19,23 110:16 148:23 181:24 240:9 287:23 298:11 315:18 316:4
**looking** 56:16 57:24 61:15,16 83:6 87:17 89:19,19 146:22 149:25 165:11 182:24 186:22 192:12 193:24 194:22 208:6 210:23 211:8 212:1 239:17 244:19 318:25
**looks** 58:3,3 84:17,18,24 88:1 92:8 106:5 138:16 174:5,10 207:24 208:3 210:5 222:15 223:8 224:1,11 295:16 296:19 299:17 317:13 325:11,12
**losing** 334:2,3
**loss** 51:3
**lost** 50:11 145:23 299:8
**lot** 36:24 37:24 43:13 49:13 53:7 58:7 82:3 111:9 194:14 194:16 195:4 212:4 287:16 287:16 306:24 329:1
**lots** 31:5,6 123:21 137:7 200:4 241:6
**loud** 117:1 166:7,9 230:6
**louisa** 2:8
**low** 74:9,14,14 271:12 311:22
**lower** 52:13,15 52:17,18,25 54:21 55:1 61:22 62:22 290:18
**lowly** 201:5
**lucas** 1:2 6:8
**lumped** 64:23
**lunch** 165:5 197:5

**m**

**m** 3:5
**machine** 44:23 45:18 49:17 50:3 51:6,7 54:20 57:22,25 58:4 59:16,19 62:4 71:2 83:16 105:25 134:19 135:18 136:12 322:4 322:24 333:25 334:10
**machines** 32:14 41:18 44:19,20 52:6 53:5 54:3 54:5,25 58:7 59:15,20,25 61:9,16,21,23 63:14 74:13 131:20 251:23 322:25 334:5
**made** 9:12 12:14,18 13:13 13:22 14:17,21 17:16 27:16 46:21 82:8 85:8,9 151:15 185:23 186:1,7 186:8 206:5 228:23 263:22 264:9 279:16 305:13 312:20 320:7 323:6 333:22
**madison** 3:8 90:19 207:14 270:1 272:23 298:10,12 300:5
**magnitude** 234:17
**mail** 4:20,24 184:10,16 185:18 278:1
**mailed** 172:25
**main** 27:6 45:25 54:18 93:10 130:2 155:12 182:21 257:14
**maintain** 24:18 25:23 26:18 35:17 149:3 261:24 283:20
**maintained** 88:15
**maintaining** 20:9 190:4
**maintenance** 37:18
**make** 15:18,21 34:19 44:24 50:23 53:22 57:8 60:14 62:3 64:15,20 70:22 76:24 77:25 84:20,25 92:19,19 103:12 109:1 111:14,22 119:8 132:18 137:14,20,21 138:1,2,4,5

143:11 147:2 150:6 152:24 173:17 178:21 183:21 184:25 186:5 202:23 208:18 232:5 241:7 253:5,6 259:19 261:24 263:24 265:10 270:22 291:5 299:16 334:20
**makers** 102:25 252:13 333:22
**makes** 68:17 156:2 212:19 223:6
**making** 28:12 35:6 44:21 45:6,8,24 47:8 52:14 53:8 54:11 55:4,19 63:19 68:23 71:13 85:7 86:5 93:19,21 93:23 98:18 99:18 100:11 100:13,16 102:17 111:16 115:20 119:2,7 121:19 122:4 144:14 161:9 162:9 164:11 169:21 170:19 182:15 242:25 251:2,7,11,15 252:9,20 253:4 253:13,18,20 254:7,14,21 259:25 265:4 310:14 312:14 312:19 314:15 321:8 322:7,15 323:8 330:5 331:25 334:11
**man** 62:10,14 65:3
**manage** 76:17 97:18
**management** 49:22 50:4 89:12 90:18 91:2,3 92:9 94:19 130:14 141:4 142:1 143:5,18 148:24 149:21 187:14,19,22 188:21 275:6 278:1 280:8 286:3,4 291:25 293:25 294:19 298:9,13 303:11 306:21 307:21 312:5 317:5 319:12 319:12 329:2 332:4
**manager** 43:24 44:5 86:5 273:8
**managing** 38:8 76:14 146:2 164:20 243:6 267:5
**mandate** 177:24
**mandated** 43:9
**mandatory** 277:16
**manner** 92:21 267:25 277:10
**manual** 55:22 55:24
**manufacture** 50:9
**manufacturer** 331:17
**manufacturers** 145:11,13 330:15
**manufacturing** 52:6 236:13
**manure** 81:9 81:13
**map** 208:7,13 210:3,6 267:12
**maps** 285:7,7
**march** 280:23 292:7 320:3
**marina** 2:17 6:18 9:10,25 16:15 245:12 249:14
**marina.schw...** 2:17
**mark** 268:11 268:24 269:1 279:18 293:17
**marked** 60:5 89:1 105:12,19 128:20 158:6 172:3 185:7 190:7 197:13 207:20 215:14 221:2 269:5,7 273:21 279:25 286:2 293:20 295:23 299:3,5
**market** 17:2,13 17:15 252:8
**marketed** 87:7 87:8,8
**marks** 326:2
**mary** 280:7
**massachusetts** 3:16
**master's** 37:7
**matched** 149:10 151:12 309:3
**material** 4:12 72:9 77:13 81:1 87:2 102:8 106:4 126:11 139:1,5

154:13 199:8 200:18 204:2 215:4 234:19 242:12 248:8 270:21 271:10 274:24 287:5 289:10 307:15 310:1 312:8
**materials** 86:11 134:18 139:12 154:10 183:14 203:9 251:10 251:15,21 252:20 253:12 253:17,23 254:7 303:4 304:24 305:4 310:13
**matter** 6:8 74:21 182:19 198:21 199:6,9 203:1 204:3 251:14 252:11 252:14 253:3 254:25 270:23 271:11 272:6 278:5 288:4,21 289:2 310:13 315:24 330:16
**maximum** 127:1
**mean** 9:18 29:5 31:17 36:14 41:14 43:14 45:21 46:10,15 48:15 51:4 54:24 64:19 65:23 67:21 70:5 77:12 80:19,22 86:20 92:2,18 98:6 98:12,15,17 99:2 102:6 103:25 104:24 107:9 124:7 126:1 127:24 141:13 142:3 144:20 145:1 151:23 164:24 170:18 173:16 177:17 178:10 178:18 182:18 184:5 200:1 206:16 207:7 222:5 226:4,23 241:6,14 243:24 244:6 244:13 255:8 259:9 261:11 266:25 308:21 330:7
**meaning** 55:11 82:16 189:19 201:13
**means** 7:14 8:10,13 10:11 36:15 110:3 142:6 231:12
**meant** 258:25
**measurements** 150:10
**mechanics** 53:7
**mechanism** 114:20 154:5,7
**mechanisms** 153:23 192:25
**media** 14:8,11 14:12,13,15 29:10,14 118:13 235:19 309:18
**meet** 9:3,7 50:1 77:3 286:18
**meeting** 14:9 14:11 16:12 50:2,8 53:11 187:12,13 209:2 247:16
**meetings** 23:8 23:12 48:25 49:7 50:6,15 187:10
**meets** 143:8,11
**melt** 95:11
**memo** 138:14 141:14 146:23
**memory** 57:2 122:9 267:13
**mentally** 15:22
**mention** 132:18
**mentioned** 51:3 92:15 160:10 170:1 176:18 246:7,16 247:4 273:9 275:25 300:24 320:24 333:23
**mentioning** 165:20 258:21
**mentions** 135:8 180:16
**met** 7:10 9:6 132:14
**metabolites** 117:5 118:7
**metals** 43:5 74:14 175:21 271:12 297:8
**method** 88:10
**methods** 121:13 203:9 300:20 301:12 301:13
**michael** 2:21 9:25 16:15
**michael.fazio** 2:22
**microbial** 162:2
**mid** 276:13
**middle** 121:10 121:14 283:23 292:24 294:23
**mike** 6:20 9:9 300:2,4

**mile** 80:4
**miles** 66:25 67:5,13 68:13
**milky** 334:12
**mill** 4:7 10:22 11:2,23,24 12:13 13:3 17:23 18:22 19:2,6,12 20:4 22:7 23:23 24:6,7,11 25:22 26:19 27:5 29:16,19 29:24 30:8,21 30:25 31:8,12 31:23 32:12,13 34:13 35:9 36:4,6,10,19 37:12,24 38:3 38:9,10,15,16 39:1,2,3,5,6,14 39:19 40:7 41:23 44:9,14 45:14 46:12,18 47:7 49:1,5,11 50:1 51:23 52:4,21 55:23 56:6 57:17 58:10,12,14,16 58:20,20,23 59:1,12,22 60:1,3,11,24 61:7 62:7,17 62:25 63:7,10 64:9 66:20 67:3,13 68:7 68:14 69:10,14 71:6,24 72:2,3 72:5,6,19 73:18,21 76:14 78:4 81:25 82:9 83:1 85:22 88:17 91:12,17 92:13 92:16,25 93:11 94:9,15 96:22 96:23,25 97:2 97:10,11,21 98:2,16 99:9 99:12,18,19 100:2,3,22 101:5,12,14 102:1,11,14 103:12 104:9 106:19 107:17 108:16 109:2,9 110:7 111:8,22 114:15,19 115:3,13,14 119:6,12,19 120:1,6 121:16 122:11,19,22 125:19 127:19 128:6 129:12 129:25 130:4,6 130:9,19,25 133:20 134:2 134:11 136:20 138:17 139:8 139:17 140:12 140:18 142:22 144:7,13,23 145:17 146:3 146:20,22,25 147:6 153:2 156:7 158:14 159:1,20,23 161:5 162:23 163:9 167:6,11 168:22 169:2,4 169:10,14 170:9,14 171:1 171:4,8,17 178:12,14 179:8,15 180:6 181:7,24 182:6 182:15 184:11 185:9 187:1,10 188:1 190:11 191:12 193:1 194:7 195:11 197:24 204:5,8 204:13 206:13 213:25 214:15 214:19 216:3 218:23 219:10 224:5,7,8 227:3 228:11 231:1,8,17 233:1 234:9 239:10 240:2 240:15,22 241:12 242:19 242:20 243:10 243:10,16 244:22 246:8 246:13,13,19 247:9,17 248:9 248:12 251:3,7 251:11,16 253:16 255:12 260:7,18 263:17,18,22 264:2,6,6,11,15 265:5 267:22 270:4 271:9 281:4 283:1,12 283:16,19 284:14 288:9 288:12 304:22 311:1,6 313:13 313:24 320:6 320:19 323:11 323:17,19,19 328:9,13 329:15 330:2 331:12,13,18 332:21,25 333:6
**mill's** 145:18 206:3 224:18 247:20 248:20 250:19 265:1 281:16
**miller** 3:9 4:2 6:24,24 165:3

165:8,18,25 166:5 216:17 216:22 245:11 245:16,18 248:2,6,18 336:4
**milling** 158:23 314:11
**million** 217:3
**mills** 2:14,19 73:12 233:15 263:24
**mills's** 18:14
**mind** 15:12 89:20 121:4 213:15 325:18
**mine** 19:17 145:22
**minimal** 186:11 235:5
**minimally** 169:19
**minimize** 141:5 312:6,15,20
**minimum** 43:19 143:9,12
**minimums** 143:18
**minocqua** 239:13
**minocqua's** 239:14
**minute** 62:3 93:16 148:4
168:1 310:24 325:16,16
**minutes** 7:10 165:12,13,17 173:16 268:18
**misapplied** 222:24
**mischaracteri...** 198:1
**misreported** 222:14
**misrepresent...** 17:15
**misstates** 111:18 143:1 217:22 327:15
**misunderstan...** 222:15
**mix** 53:23 54:7 54:11 83:17 131:23 138:6
**mixed** 131:20 135:15,16 136:11
**mixing** 52:8 53:3 131:16,17 131:21 134:18 134:25 135:2,4 135:5,9,18,19
**mm** 34:8
**mn01236780** 4:15
**mn01236782** 4:15
**mo** 26:7
**modification** 280:20,24 281:5 303:15 324:20
**modified** 281:8 281:15
**moisture** 150:25
**molasses** 38:19
**molecule** 117:5 118:6
**moment** 138:12 175:13 197:17
**money** 22:7 25:1 78:3 214:14 275:23 334:3
**monitor** 57:4 76:3,18,18 77:2 193:4,18 199:21,23 216:6
**monitored** 199:23 219:19 258:4,9 282:13
**monitoring** 96:3 152:6 193:22 217:12 217:13,16,17 218:4 280:24 282:3,18,21
**month** 213:12
**monthly** 43:15 100:18 255:25 266:13,14
**months** 152:18 187:20 300:14 304:16,19
**morning** 6:2,12 50:2,3
**mother** 261:3
**mouthful** 303:21
**move** 180:8 199:2 201:20 202:19 212:14
**moved** 66:8 200:23 201:19 206:18 268:14 271:17
**moves** 146:20
**moving** 106:11 165:9,22 202:24 312:24
**msds** 102:3,10 103:1,11 106:1 106:18 111:10 111:12 114:14 114:20 248:7 248:11 254:4,6 254:11 255:6 310:5
**msdss** 101:24 102:7,13,22 103:13,16 111:23 122:3

146:21 253:22 310:13 329:20
**multiple** 63:9 298:18
**mutual** 78:8

**n**

**n4** 211:25
**n5** 211:25
**name** 6:3 7:11 12:4,21,23 36:2 50:21 59:7,9 67:2 72:19 101:4 117:19 129:9 135:20 167:25 168:4 185:11 185:15 211:15 211:21 245:17 249:14 269:23 291:2 310:19 310:22 322:6,9
**named** 59:4
**names** 32:23 90:12 121:25 122:8 230:8
**narrative** 185:15,17
**narrow** 287:12
**natural** 37:8 43:8 71:22 92:10 147:16 175:24 205:22 255:17 262:25 278:25 280:4 297:25 315:8
**naturally** 200:23 225:15 225:20 270:10 270:18
**nature** 199:1 249:20 270:19
**navajo** 2:2
**near** 27:7 67:15 236:1 238:7 316:19
**nearest** 79:24 239:6
**necessarily** 54:16 120:12 124:15 126:20 168:19 170:21 175:9 176:24 189:21,25 191:23 207:13 213:5 225:18 332:17
**necessary** 37:3 165:1,2
**need** 25:9 40:5 61:14 75:21 91:25 92:21 105:9 108:25 131:2 170:9 175:3,7 205:4 211:3 222:16 223:16,19,24 224:10,13,21 277:2 332:8,13
**needed** 43:2,2 51:6 53:18 55:4 103:14 136:15 161:21 175:8 177:17 199:21 204:16 212:12,15 242:21 261:21 331:6,14
**needs** 139:1 149:10 151:13 223:20 309:4,9 334:21
**negative** 8:5 93:15 118:16 288:25 289:7
**negatively** 252:24
**neighbor** 259:6
**neighbors** 14:20 19:17 290:6 318:5
**neis** 15:3,25 50:20 109:6 167:12 196:16 290:24 297:16
**neis's** 324:17
**neither** 337:13 337:15
**net** 108:2
**never** 89:20 126:9 140:24 227:16 236:15 236:18
**new** 2:16 56:1,3 82:3,6 113:4,6 117:23 118:5 141:7 223:10 231:3 252:7 279:17 285:12 300:19
**newly** 173:7
**news** 14:15 19:6,10 177:21 196:15 230:2 230:18
**newspaper** 13:9,12,15,18 14:3,10 18:13 18:19 97:22 107:12 113:10 113:13 125:16 126:6,13 127:18 159:5 235:14
**nibke** 62:12,14
**nice** 27:13
**night** 218:16
**nine** 66:25 67:5 67:13 68:13 165:13,16
**nitrate** 198:11 198:16,22 199:13,16,22 199:23 200:3,3 200:5,18 289:12

**nitrates** 192:1,5 201:5 237:1
**nitrogen** 70:8 70:10 71:7,11 75:21,22 149:10 151:2 151:12 152:13 182:20 198:16 198:19,23 199:24 200:2,3 200:4,15,17 203:19 223:23 270:25 278:16 278:22 283:2 288:4,22 309:3 309:3,9
**nodded** 219:1
**nodding** 7:25 8:6 59:6 65:20 72:17 163:20 174:15,23 218:24 242:24 266:15
**non** 16:11 33:16 46:15 95:16 308:16 308:23 315:10 315:13
**noncompliance** 227:25
**nope** 251:4 317:12
**normal** 125:13
**normally** 231:24 281:13
**north** 67:1,5,13 68:14 156:24 233:16
**northeast** 156:24
**northern** 202:3 231:2
**notary** 338:22
**notate** 184:2
**note** 50:24 99:12 173:8 184:6
**noted** 35:20 101:18
**notes** 24:15 210:3 244:17
**notice** 2:1 159:25 188:7 188:11
**noticed** 165:9 331:19
**notices** 188:1
**notify** 290:6,10
**notwithstandi...** 19:20
**november** 106:16
**nuisance** 289:16
**number** 6:11 25:9 82:12 105:17,22 116:13 129:5 137:17 147:19 148:22 158:5 172:1,24 174:20 175:6 180:9 183:3,5 184:9 185:3 191:6,8 215:12 215:18 216:18 217:9 218:1 219:4 220:24 274:5 276:7 279:6 280:21 283:24 284:17 291:21 292:3 294:9 302:6 307:13,24 312:1 315:7 324:16,21
**numbered** 208:16 290:16 307:11
**numbers** 116:2 208:17 215:24 281:23 287:19 290:17 307:5 325:13
**nutrient** 297:8
**nutrients** 70:7 70:14 74:8,15 175:22 182:17 182:20 267:23 270:24 272:4 288:5 289:2
**nw** 3:11,16
**ny** 2:16
**nylaan01231...** 4:15
**nylaan01231...** 4:15

**o**

**oak** 2:10
**object** 8:10 172:17 312:22 313:16 315:15 335:17
**objection** 8:15 13:4 15:13 17:5 18:3 19:14 24:1 28:7 30:6 32:3 39:24 48:13 56:12 57:18 58:1 63:1 73:1 73:22 75:10,17 83:2 84:2 85:24 87:10 91:18 98:20 99:20 107:10 110:14 111:17 113:17 114:2,8 114:25 115:4 118:2,21 119:14,21 120:9 122:12 123:9,20 124:3 124:14 125:9

125:21 127:7 127:14 128:10 133:8 140:5 141:16 142:18 142:25 143:14 144:8,18 145:19 151:17 161:13 162:15 171:9 173:17 176:22 177:14 178:1,2 179:2 179:16 182:2,8 186:17 194:8 195:3 198:1 199:4 200:25 201:25 204:15 205:1,9 206:8 207:3 217:21 225:11 226:2 226:10 227:7 227:18 228:6 228:16,24 229:12 231:13 232:7 233:4,17 234:1 235:7,22 236:5 239:20 240:8 248:16 326:6,23 327:15 328:23 329:8,22 332:3 332:16
**objective** 79:1
**obligation** 108:25 196:22
**obligations** 287:6
**observations** 55:19
**observe** 99:12 139:25
**observed** 323:18
**obtain** 294:24
**obtained** 231:4
**obtaining** 295:12
**obvious** 174:6 236:20
**obviously** 84:15
**occasion** 145:1 246:17
**occasional** 97:14
**occasionally** 21:25 34:14,22 63:24 66:11 145:7 168:13 188:8
**occasions** 168:14 209:21 224:8
**occur** 128:6 134:19 187:20 212:24 295:10
**occurred** 128:5
**occurring** 200:23 225:15 225:20
**october** 1:13 2:3 5:7 6:5 337:6
**odd** 226:3
**odor** 77:17,18 77:19,23 78:22 78:23
**odors** 316:20
**offense** 15:20
**offensive** 77:23
**office** 21:14 26:22,24 27:4 27:11,13 62:18 103:6,8 145:21 167:17,21,22 183:5,14 195:25 207:14 207:14 263:1 264:10 294:18 318:18
**official** 188:4,5
**oh** 14:11 25:5 27:15 33:23 64:25 72:7 89:18 92:12 94:12 106:3 107:24 137:23 149:14 188:17 192:16 197:2 216:20 218:25 219:25 221:4,9 240:19 243:19 247:22 283:24 300:4 301:22 302:3 325:15
**ohm** 193:12,13 194:15,25 195:24 198:4 209:3 299:19 316:15 317:15 317:19
**oil** 158:19 188:9 266:24 314:6
**okay** 7:20 8:7 8:12,15,19,20 8:24 9:6,12,20 9:22 10:5,11 10:20 11:4,10 11:14,21 12:2 13:1,24 14:1,6 14:11 15:11,17 16:4,10,18 17:12,17,21 18:9,21 19:1,8 19:11,20,25 20:19,22,25 21:15,22,24 22:6,17,23 23:5 24:15 25:4,5,18,22 26:4,17 27:9 27:12,25 29:4 29:8,11 30:10 30:17 31:10 32:19,23 33:1 33:14,21,25

34:7,11,15,23
35:3,21,24
36:9,21 37:2
37:14 39:13
40:3 42:5,10
42:16,23 43:16
43:25 44:1,13
45:2 46:2,7,22
47:17,24 48:9
48:24 50:14,18
50:23 51:2
52:1,13,23
53:1,10 54:2,6
54:17,22 55:2
55:14,21 56:8
56:23 57:14
58:8,13,19
59:3,18,24
60:2,13,19,21
61:1,4,6 62:7
62:21 63:6,17
64:8,18,22,25
65:12,14,16
66:3,12,14
67:8,10,12,12
67:18,23 68:11
68:16,21,25
69:5,13,22
70:3 71:9,12
71:20 73:20
74:24 75:2,6
76:1,19 78:3,6
78:10,21 79:1
79:13,16,21,25
80:6,12 81:8
81:11,14 82:1
82:5 83:6,13
83:17,18,20,21
84:16 85:10,13
86:2,19 87:4
87:17 88:11
90:17,20,23
91:6 92:12,22
92:25 93:6,18
94:8,18,20
95:16,22 96:23
97:1,6,17 98:1
98:11,17 99:11
100:5,14 101:2
101:14 102:13
102:20 103:1
103:22 104:3,7
104:23 105:8
106:1,4,5,15,21
107:3,15,20
108:7,10,12,18
109:4,6,11,16
110:6,11,20
111:5,21
112:14,18
115:8,21
118:10,14
119:1 120:5
121:2,9 122:9
123:4,24
125:15 126:7
126:12,18,24
127:5,24
128:15,17
129:13,19,22
130:4,12,16,21
130:24 131:2
131:21 132:2,5
132:13,18,25
133:14,19,22
134:6,13,24
135:22 136:1
136:14,19,24
137:4,11,25
138:9,14,19
139:11 140:3
140:10,15,17
141:1,19,25
142:6,21 143:4
145:16 146:11
147:20 148:2,3
148:6,6,8,20
149:6,7,19,22
149:24 150:12
150:16,20
151:23 152:3
153:9,16
154:22 155:14
156:18,20
157:1,3,9,12
158:16 159:4,7
159:10 160:2
160:11,25
162:1,12,22
164:2,13,19,22
165:10,23
166:5,10,17
167:15,20
168:14 169:12
169:24 171:15
172:16,20
173:22 174:13
175:11 176:17
177:2,6,10
178:4 181:5
182:22 183:21
184:4,8,10,13
184:17,25
186:9,22 187:5
187:18 188:21
189:1,4,14,23
190:3 191:3,13
191:25 192:16
192:25 193:12
193:20 194:14
194:19 195:7
195:10 196:24
197:1,3,6,12
199:12,25
200:7,13,20
201:13 202:11
203:3,11
204:12 207:16
208:12,15,20
209:12,15,22
210:5,19,22
211:19 213:1,9
213:24 214:9
214:25 215:6
215:11 216:5
216:12,16

217:3,10,15 218:2,18,22 219:14,20 220:5,10,23 221:20 222:1 222:17 223:5 223:14 224:14 225:7 226:8,15 227:13,21 228:2,11,19 229:17,19 230:18,21 231:7,22 232:14 233:9 234:12,12 235:12,20 236:20 237:17 237:20 238:21 239:12,17 240:4,13 241:1 241:4,14,25 242:9,17,25 243:14,20 244:2,5,9,16,25 245:4 248:4,5 248:5 249:11 249:19,20 250:1,7,10,13 251:18 253:11 253:21 255:4 256:5,16 257:4 258:16,24 261:4,25 262:8 262:13,23 263:5,8 265:9 265:15 267:2 268:10,15,20 268:21 269:2 269:13,18 270:7 272:16 273:16,19 274:3,21 275:2 276:6 277:13 277:23 278:20 279:14 280:2 280:18 281:23 282:1,2 283:15 283:19,25 284:1,5,17 285:21,24 286:6 287:18 288:1,14 289:14 290:5 290:15 291:5 291:16 293:14 294:8,15 295:7 295:17 296:5,7 296:14 298:2 299:2 301:2,14 301:23 302:3,4 302:15,18,23 303:2 304:18 305:7,8 306:19 308:11,25 309:11,18,19 309:20,24 310:3,10,16,18 310:25 311:8 311:13,20,25 312:18,24 313:20 314:3 314:23,25 316:7,14 318:2 318:23 319:18 320:10,12,23 321:5,15 322:6 322:12,20 323:4,7,13 324:14 325:3,9 325:12,17 326:2,10,15 327:20 328:7 328:17 329:17 330:7 331:3,23 332:7 333:12 333:15,19 334:14 335:2,8 335:22

**once** 86:25 87:1 93:25 225:4 241:20,25 256:22 295:7

**oneida** 20:10 20:17 21:8,10 21:18 22:18,24 22:25 23:5,9 68:2,5 72:3 86:4,17,21,23 87:19 88:15 164:14 215:1 242:11 243:21 275:8,8 290:20 291:12 292:6 292:10,14 297:19 299:25 304:25 329:4 329:13

**ones** 63:8 156:9 322:19 330:19

**ongoing** 24:12

**oops** 270:9

**open** 115:3 123:1

**opened** 166:16

**operate** 259:18

**operated** 56:21

**operating** 268:1

**operation** 37:18 49:6 52:24 56:11 76:18 102:22 155:12 162:5 252:24 312:15

**operations** 24:12 63:15 145:18 251:2 251:16 252:21 252:22 254:15 254:22 259:11 259:15 264:1,6 265:1 290:7 312:19 314:15

**operator** 35:15 35:19 49:13 56:7 65:4

68:25 214:24 272:2
**operators** 65:2 181:14
**opinion** 233:18 328:18
**opportunity** 11:14 81:20 131:11 173:4 173:23 242:4
**opposed** 214:1
**optimum** 88:7
**order** 70:6 88:10 92:19,19 149:1,2
**orders** 234:17
**ordinary** 104:2 104:5
**organic** 74:21 107:6,8 112:24 117:2,8,12 182:18,19 198:21 199:6,9 200:2,15 202:22 203:1 270:12,21,23 271:11 272:5 274:23 278:5 288:4,21 289:2 289:10
**organics** 284:9 325:23 326:4 326:12 328:1,9
**organization** 190:5 261:15 261:17
**organizations** 21:2,6 274:11 274:15
**organize** 58:22
**organized** 59:4 171:22 220:8
**original** 280:24 280:25 281:14
**osterman** 291:2
**outfall** 282:8
**outlines** 43:19 83:25
**outside** 99:19 100:2 144:23 145:2,5 146:3 163:15 169:25 243:21
**overall** 64:13 146:19 271:6
**overapplicati...** 192:9,11 222:2
**overapplied** 192:13 222:7
**overflow** 218:14
**oversee** 77:4 169:9 262:11
**overseeing** 169:13 250:23 306:13
**oversight** 169:20 250:19 257:16
**overview** 39:18
**own** 74:11 117:16 206:2 267:17 330:17
**owned** 38:23 38:25 72:22 73:12,18 130:21 208:13 214:23 293:5
**owner** 30:7,15 30:16
**owners** 18:15 18:23 156:5 230:25 231:8
**ownership** 11:1 11:6 39:5,9
**owns** 208:7
**oxygen** 40:9 42:4,9,14 79:18 112:4,5

**p**

**p** 180:25
**p.m.** 336:3
**pa** 2:20
**packet** 190:5 215:13
**pad** 77:22
**page** 4:2,2,3,3,4 4:6,8,10,12,14 4:16,18,20,22 4:24 5:1,3,5,7,9 5:11,13,15 89:25 90:23 94:18 112:18 121:9 128:3,22 131:7 134:21 134:22 138:9 139:22 141:2 149:4,14,16,17 149:23 152:5 154:22 172:5 174:1 175:11 180:10 182:25 184:22 186:23 187:18 207:24 208:21 210:21 217:8 269:18 276:6 277:15 277:24 280:6 280:19 281:23 285:23 286:17 287:18,19,20 289:14 291:1,6 292:19,24 294:2,8,16,23 295:2 296:12 296:13 298:3 299:15,16,17 299:22 301:14 302:13,21 307:6,24 308:11 312:1 316:14,25 317:13 318:3

325:13 338:7 339:3,6,9,12,15 339:18
**pages** 128:24 290:16 302:17 307:4 338:4
**paid** 145:8,8
**pantry** 15:10 20:2,7,14,23 24:10 25:2 261:20
**paper** 2:13,14 2:18,19 10:18 10:21 11:2,3,4 11:8,23,24 12:13 18:14,22 19:2,12 20:4 22:7 23:23 24:6,7,11 26:19 27:5 28:11 29:16,19 29:24 30:8,10 32:11,12,14 35:6,9 36:4,6 36:10 37:12 38:3,15,16 39:1,5 40:7 41:18,23 44:14 44:19,20,21,24 45:6,8,13,18,19 45:22,24 46:12 46:18,18,20 47:2,6,7,13 49:1,17 50:3,9 50:9,9 51:5,23 52:4,5,14,21 53:5,8,11 54:3 54:5,12,20,25 55:4 57:17,21 57:25 58:3,7 58:10,14,16,20 59:15,22,25 60:23 61:8,16 61:21,23 62:4 63:7,9,14,19 64:9,21 67:3 67:13 68:7,23 70:11 71:2,6 71:13,24 72:2 72:3,5,5,22,25 73:8,13,18 74:11,13 75:15 81:25 84:18 85:7,22 88:2 88:17 91:12,17 92:13,15,16,20 92:23,25 93:7 93:11,19,21,23 94:9,15,25 95:4 96:7,9,23 96:25 97:1,8 97:10,21 98:1 98:16,18 99:12 99:18,18,19 100:2,3,10,13 100:22 101:5 101:14 102:1 102:11,14,17 102:21,25 104:9 105:25 106:13,19 108:16 110:7 111:7,15 113:7 115:3,20 119:2 119:7 121:16 121:19 122:4 122:11,19,22 125:19 127:19 129:12,24 130:19,22 131:20 133:24 134:19 135:18 136:12,20 138:7,17 139:8 139:17 140:12 140:18 142:22 156:7 158:19 158:20,22,25 159:1 161:4,9 162:6,9 163:9 168:22 169:2,4 169:10,21 170:9,14 171:8 172:24,24 173:10,12 178:12,14 179:8,15 180:6 181:6 182:15 182:19 184:11 187:1,25 191:1 191:11 197:24 204:5 206:13 213:25 218:23 219:10 224:18 228:11 230:2,8 231:1,17 233:15,15 234:9 239:10 240:2,22 241:12 246:7 246:13 249:15 250:4 251:2,7 251:10,15,23 252:9,13,20 253:4,13,18,20 254:7,8,12,14 254:19,21 255:15 256:10 256:16 257:5,6 257:20 258:12 258:17,21 259:1,6,12,16 259:19 260:3,7 262:1,11,23 263:10,18,22 263:23 264:2,5 264:6,8,8,11,14 265:3,12 270:2 270:4,4 271:9 271:9,17 279:10,16 280:22 281:4 282:17 286:8 289:25 290:6 293:3,11 294:3 295:13 297:1

298:25 301:2 310:14 312:14 312:19 313:8 314:6,7,10,15 316:16,18,21 318:4 319:3,9 320:6,8 321:8 321:23,24 322:1,3,4,5,7 322:13,14,15 322:18,18,23 322:24,25 323:5,7 328:11 329:15 330:5 331:25 332:2 332:21 333:22 333:25 334:5 334:10,11,18
**paper's** 259:4 273:14 298:19 303:5 305:9
**papers** 82:8,14 82:16,20 129:3 139:25 140:2 221:7 263:22 322:22
**paragraph** 83:6 85:10 87:18,18 94:21 108:8 116:4,17 116:24 121:10 131:7 134:22 137:12,23 139:12,23 149:25 162:19 175:13 180:9 180:14 182:24 192:14 197:22 208:23,25 221:20 222:18 238:5,14 269:24 276:11 277:13,14,23 278:24 280:18 286:10,18 288:2,15 291:11,16 294:2 297:6 314:4 315:2 317:1,18 318:25 319:18 324:18 325:19 325:21
**parameters** 266:1,4 302:6
**pardon** 32:20 87:13 109:16 150:14 201:10 220:5 238:20 248:4 319:25
**parent** 117:5
**park** 2:15 129:17
**parking** 36:24
**parsiola** 2:6
**part** 16:17 20:6 39:2,3,6 47:25 48:3 49:6,25 62:19 64:3,14 77:13 85:1,18 85:21 91:12 100:24 118:11 118:12 130:12 133:5 138:6 202:3 205:23 210:16 222:12 238:23 249:22 260:14 261:19 266:10 267:7 276:15 332:25
**partially** 9:17 9:18
**participant** 287:13,14
**participate** 50:14
**participated** 267:11 287:9
**participating** 306:15
**particular** 28:4 59:3 121:12 125:4 141:15 188:7 199:13 272:12 294:24 295:4 326:4
**particularly** 74:19 159:21
**parties** 18:15 18:24 231:20 231:23 232:2 233:13 234:10 337:15
**partly** 278:12
**parts** 36:18,19 136:25 201:12 238:11,17
**party** 19:3 128:1 133:22 231:9,12,16 234:15 239:18 309:15
**pass** 105:14,17 128:19 129:3,5 158:1,3 171:21 171:25 185:4,6 190:5 215:13 220:15,23 221:11 233:24 268:25
**passing** 244:21
**pathway** 51:22 54:20
**pathways** 54:3
**pattern** 26:15 162:22 183:11 184:1
**pause** 113:18 113:19 228:8
**pay** 10:6 78:1 233:23 288:9 288:12
**paying** 10:2
**pca** 72:8,16,18 72:20

**pcbs** 180:17,20 181:2,20 257:13
**pending** 220:4
**pension** 22:13
**people** 8:9 9:19 9:20 21:13 46:16 49:5 50:4 55:17 60:7,10 63:21 64:1,25 65:5,8 65:22 98:16,18 99:4 103:16 104:24 121:24 122:2,7 124:17 125:17 167:9 167:13 169:25 170:11 171:17 177:8 183:2,25 184:13 206:21 231:23,24,24 232:5 244:21 261:21 263:24 316:3 329:6 330:2,3 331:11 331:13,18,18
**people's** 113:15
**percent** 108:3 152:10 154:11 227:15 228:2 288:3,4 307:14 307:17 308:2,9
**percentage** 61:1,6,8 86:22
**percolate** 95:9
**percolates** 95:21
**perfect** 89:20 184:25 267:1
**perfectly** 317:12
**perform** 61:24 228:12 331:7
**performed** 62:9 62:9 152:17 277:9
**performing** 332:25
**perimeter** 95:10
**period** 50:16 189:9 212:24 251:19 254:17 255:24 257:11 259:3 260:20 261:2 276:20 276:25 277:8
**periodic** 186:7
**periodically** 42:20 53:5
**periods** 117:4 118:15
**peripheral** 21:20 168:24
**permit** 21:13 152:19 187:23 188:1,3,5,18 189:2,6,10,17 189:20 191:5,8 194:10 222:10 229:7 256:22 256:24,24 280:22,25 281:5,8,11,15 281:16,20 282:10 285:8 291:17,24 293:2 300:14 300:15 303:15 304:17 305:9 324:19,21 327:4 328:16
**permitee** 282:7 282:13 284:22 285:4
**permits** 228:13 329:2
**permitted** 110:1
**permitting** 242:14 257:16 286:12
**peroxide** 92:24
**persist** 113:1 141:3 312:4
**persistent** 113:14 125:23
**persists** 113:24
**person** 50:6,19 64:8,10 137:8 144:13
**person's** 167:25
**personal** 24:21 25:23 26:23 170:25 171:16 184:15 233:9 287:17 309:20
**personally** 9:24 151:24,25 323:17 324:2
**personnel** 272:18
**perspective** 233:22 234:2
**pertinent** 25:17
**pesticides** 237:15 284:9 288:24 289:1,8 328:1
**peterson** 272:22 273:4
**peterson's** 273:1
**pfas** 12:25 13:2 14:4,7 17:25 23:12,15,21 27:17,19,23 28:1,4,19 97:24 98:2 99:1,18 100:2 230:2,9 231:1 232:19 233:2 234:16,17 235:4,5 236:3

237:18,21,25 238:6,9,17 239:4,23,25 240:6 254:14 254:17,20 257:21,25 258:3,8,12,17 258:22 329:6
**pfoa** 28:25 29:16 123:13 238:10
**pfos** 29:11,19 123:15
**ph** 42:17,18 43:13 62:15 203:21
**phenolics** 284:8 327:25
**philadelphia** 2:20
**phone** 25:9,16 183:7 184:14 184:15
**phosphorus** 182:20 203:19 270:25 278:16 289:12
**photo** 4:7 57:3 57:5,16 59:22 60:3,8 208:6
**photos** 27:2,3 56:25 58:9,11
**phrase** 8:24 14:7 17:1 230:24 234:13
**phrased** 8:22
**physically** 15:23 27:4 186:14,16
**pick** 62:2
**picture** 39:23 80:2
**pieces** 322:12
**pile** 77:1 212:20
**piled** 80:13,17 80:20
**piles** 212:18,19
**pine** 67:6,8,9 67:15,17,19,22 69:8,11,14,24 97:12,23 164:17 170:20 214:19,21,23 215:23 217:20 218:5 241:10 242:9 243:11 246:5,6,9,14,25
**piper** 3:11 7:1
**place** 49:20 52:6 53:3 75:3 75:8 79:22 80:1 82:25 111:13,22 112:14 114:24 153:23 171:4,7 178:16 209:3 218:6 235:3 285:16 337:12
**placed** 41:10
**places** 38:21 119:25 126:3
**plaintiff's** 249:24 255:5 262:4 309:12 312:2 313:2,10 313:22 315:1 316:8
**plaintiffs** 1:5 2:5,9 6:17 7:13 12:15 14:17 16:19 17:22 228:23 336:9
**plan** 22:15 89:12 91:2,4 91:12 92:1,9 94:19 148:24 149:4,21 155:18,25 187:19,22 188:21 189:24 275:20 276:2,4 276:5 286:4,18 291:25 293:25 303:11 307:21 319:12
**planning** 21:14 290:20 292:6 297:19
**plant** 17:13 31:15,19,22,23 32:12 33:3 34:1,14,21 35:11 36:17,22 38:10,12,14,25 39:13,14,20,21 40:8,12,13 41:4,20 42:2 43:23,24 44:5 44:18 45:1 48:1,11,18,20 49:3 51:24 52:12 54:4 55:5,9,12,22,24 56:2,4,11,21 61:3,5,9,11,12 62:8 64:6 65:3 66:17,24 68:12 70:12 74:9 75:7 83:16 93:2 95:15 96:17,21 98:14 99:4,14 100:9 100:13,15,21 102:16 103:2,4 103:6,7 104:10 107:17 110:13 110:22 111:14 115:23 118:20 119:9 120:7,12 120:15 121:3 131:25 132:1 132:12,20 133:5 136:17 140:13 144:25 162:21 169:18

181:14 188:8 216:10 217:5 225:8 236:13 239:15 245:22 245:23,24 246:3 247:20 250:19 252:22 252:24 254:15 258:5 259:12 265:7,10 266:21 267:23 314:17 321:18 329:18 333:8 334:5,15 335:16
**plants** 124:22 125:1 140:20 143:6 225:2
**plastic** 241:23
**please** 6:13 146:12 288:19 289:5 319:19 336:7
**plot** 278:13 279:7
**plots** 276:16 277:4
**plowed** 81:6
**plowing** 213:14
**pm** 157:14
**point** 8:8,21 10:6,21 50:22 71:4,23 74:19 79:4,13 147:17 157:5 164:18 225:24 242:2 250:8 251:1 255:4 263:11 298:9 318:2
**pointing** 9:9
**points** 71:12
**policies** 56:10
**policy** 44:8 91:16,20,21 111:21
**pollutant** 42:21 42:25 71:18 94:11,15 122:25 123:4 123:18,24 124:12,20 152:16,21 153:1,4 161:6 180:22 256:14 277:16,21 280:20 300:8 300:19 301:7 303:14 304:3,8 315:19 316:5
**pollutants** 43:7 175:23 176:2,5 176:21 180:1 200:22 224:25 225:1 257:9 283:17 284:7 301:18 327:24
**polluter** 233:23 233:24
**polluters** 232:1 232:4
**pollution** 125:5 231:20 236:21
**polychlorinat...** 180:21
**polymer** 32:10 32:15,16 33:12 33:17 102:16 145:4
**polymeric** 158:18 314:5
**polymers** 33:2 33:15,16,16
**poorly** 8:22 249:2
**pop** 225:17
**population** 117:13
**pore** 216:12,13 216:25 218:9
**porous** 95:16
**porter** 3:16 7:4
**portion** 52:3 85:19,22 164:13,16
**position** 21:9 36:12 37:21 44:2 48:9 59:11 65:25 66:2 124:10 125:6 144:15 177:2 206:18 209:14 232:23 233:10,11 331:1
**positions** 21:8 21:18 59:14
**positive** 8:5 110:5 123:3 259:7 277:25 278:15
**possession** 103:3 173:11 185:22
**possibilities** 278:2
**possibility** 74:4 202:24 272:14 327:12
**possible** 143:19 205:21 241:24 244:20 275:13 311:8 312:18
**possibly** 164:18 181:1 194:17 196:2 326:14
**potato** 113:25 150:18 155:11 178:24 209:24 213:14 229:11 236:23 278:4,8
**potatoes** 278:17,21
**potential** 13:17 43:1 48:3,23 48:24 49:3 65:23 99:13

102:8 104:9 112:25 114:1 117:3 119:12 120:16 124:13 155:16 200:8 209:17,23 240:6 288:25 289:6 311:22 327:1,3 328:20 329:7
**potentially** 42:8 48:23 86:25 96:15 114:4 118:22 140:6 167:12 169:13
**potentiate** 117:17,17
**pounds** 50:11
**power** 188:8
**practice** 26:15 50:1 133:6 141:4 142:1,5 143:18 162:22 183:11 184:2 271:19 312:5
**practices** 141:15,19 237:13 319:12
**precipitation** 201:2
**predominantly** 38:19
**prefer** 318:7
**prefers** 139:4
**premise** 198:20
**preparation** 16:10 22:2 23:18 25:18 32:2 33:6 135:19
**prepare** 9:1
**prepared** 15:22 91:6 153:22
**presence** 117:12 121:5,7 284:14
**present** 3:19 16:12 28:11
**presentation** 84:25 85:2,9
**presented** 84:18 123:2 195:25 206:24 207:12
**press** 32:17,18 32:20,21,25 33:6,10 40:17 41:12 46:19 47:17,22 134:18 135:23 136:2,6,15 145:9,14,15 158:23 233:7 314:11,14,18
**pressed** 77:1
**pretty** 20:11 77:19 79:19 86:9 92:3 115:3 159:12 174:5 199:14 202:7 213:17 241:11 242:1 302:4
**prevent** 10:8,16
**prevented** 43:23 44:5,9 176:20
**previous** 26:6
**previously** 10:24 75:20 174:20 206:20
**primarily** 33:1 38:8 143:5 333:7 334:15 334:17
**primary** 40:8 40:16,22 41:4 41:16 44:13 52:10 70:25 83:10 94:23 95:3 132:3,9 132:11 151:5,7 224:19
**principal** 51:22 272:21
**prior** 14:2 18:14 25:20 30:23 37:16 47:12,14 73:15 81:14 83:23 84:3,3 116:14 117:21 147:1 148:5 152:18 172:22,24 256:23 290:7 295:12 298:20 300:14 304:15 304:16,19 337:5
**priority** 42:20 42:25 43:6 71:18 94:10,15 122:25 123:4 123:17,24 124:12,20 152:16,21 153:1,4 161:6 176:2,5 180:22 256:14 257:8 259:20 277:16 277:21 283:17 300:8,19 301:7 301:18 304:3,8 315:19 316:5
**private** 237:21 244:3 319:25 320:1
**prob** 184:3
**probability** 173:11
**probably** 23:3 24:11 26:14 33:24 35:19

47:5 64:10,13 65:13 67:9 75:4 83:3 92:24 97:5 101:6,9 103:15 103:15 104:17 109:5,7 111:2 111:3 125:2 139:10 157:4 162:8 167:16 170:23 181:4 181:11 195:20 207:17 210:17 211:20 212:6,7 213:21 231:6 240:24 243:15 248:17 250:12 255:24 264:19 267:9 272:14 298:15 311:12 320:22 326:7 332:18 334:22
**problem** 34:4 51:5,7 53:10 79:5 124:1 187:8 253:7 333:16,17 334:1
**problems** 34:12 34:20 53:17 79:2 124:13 136:14 268:2
**procedures** 56:10 264:24
**proceed** 6:15 166:3 172:18 249:17
**proceedings** 337:10
**proceeds** 22:11 144:20
**process** 8:8 12:3 28:12 35:6,18 40:11 44:21,25 45:6 45:8,25 47:8 47:10 48:5 49:20,24 52:14 55:5 63:20 68:23 71:14 76:4 78:25 85:18,21 93:3 93:21 96:4 98:8,19 99:16 99:18 100:13 100:25 102:18 103:18 111:13 111:16,21 112:14 114:24 115:2,9,13,18 115:20,24 119:2,3,7,8 121:19 122:4 132:10,19 139:20 145:7 146:4 147:2 150:10 158:23 159:15,22 169:22 170:22 171:3 174:8 182:15 194:7 194:10 205:23 210:16 242:13 242:14 249:21 253:1,8 254:3 256:1 264:7,22 276:8 286:13 304:15 310:14 314:11 321:8 322:8,16 323:1 330:5 331:10
**processed** 280:23
**processes** 55:16 232:20 233:2
**processing** 172:13
**produce** 38:16 38:20 45:18 82:12 92:20 93:9 252:9
**produced** 32:24 86:6 95:12 97:3,7,7 103:21 134:4 172:9 173:5 185:23 271:9
**produces** 95:8
**product** 17:2 17:19 32:14 45:15,16 70:6 70:7 74:2,8,12 74:16 76:21,25 77:12,20 86:6 87:7 93:11 97:15 103:20 104:9 105:24 106:12 107:4 110:24 112:24 113:24 114:18 116:15,19,22 117:2 120:6 121:12 122:25 123:3,8 141:23 158:10,13 164:8 178:19 198:23 202:22 214:5,6 215:4 241:7 248:8,11 248:22 254:1 255:11 267:21 267:24 275:14 310:5 333:9
**production** 61:11 145:10 172:12,14 270:10 321:25
**products** 31:12 31:13,16 36:7 45:7 48:16 97:3 108:14 110:2,7 112:12 119:20 123:11 139:25 140:2 141:3 144:17 158:9 160:8

161:11 163:25 164:7 181:25 182:14 252:7,7 264:8 312:4 328:10
**professional** 23:20 262:15
**professor** 272:23
**profitable** 38:21
**program** 69:17 69:23,23 70:1 70:2 71:15,24 72:6,24,25 73:2,4,16,21 75:1,3,13,14,16 75:18 76:15,17 76:20 77:7 78:4 81:24 84:1 86:4 87:23,24 91:13 92:6,14 152:2 183:8 184:1 187:11,16 199:15,21 202:15 205:5,8 224:19 226:8 226:15,18,20 227:4,9,16 228:4,12 240:5 240:22 242:2 244:7,10,11 250:23 255:18 255:22 256:7 258:10 262:10 262:12 267:4,7 267:11,18,19 268:6 272:10 273:2,4,14 275:4,10 276:19 278:9 279:4,11 286:3 287:9,15 289:25 298:24 303:6 305:14 306:8,14,21 330:24 335:16
**programs** 329:2
**progression** 161:25
**prohibit** 284:6 284:13 327:23
**prohibition** 325:23 326:19
**project** 269:21 269:25 270:1 271:18 272:22 274:9 301:17 301:20,21
**promised** 306:19
**promptly** 318:8 318:14
**proof** 46:20
**proper** 70:8 111:10
**properly** 109:2 170:20 232:6
**property** 20:10 291:13 309:9
**proposal** 155:21 183:1 269:20,25 303:8
**proposals** 308:16
**proposed** 295:5
**protect** 142:12 143:21,24 177:8,24
**protecting** 206:22
**protection** 137:12,19 311:21
**protective** 158:9
**protector** 4:17 106:13 158:10
**proud** 262:9
**prove** 71:17,17
**provide** 8:17 39:18 75:19 216:18 256:16 275:2,9,19 276:1 278:16 288:6
**provided** 33:19 89:10 134:1 172:23 233:6 265:1 266:12 274:3 275:23 276:3 286:8 292:11 298:23 304:7,24 305:5 330:19
**provides** 131:11 158:19 314:6
**provisions** 281:1,6,9,17,21 303:19
**proximity** 198:12 240:1 242:18 244:2
**psaf** 230:15
**public** 37:7 289:15 338:22
**publications** 133:13,15,16 134:5
**published** 117:14 133:18
**pull** 241:22,22
**pulled** 57:12 230:1 242:6
**pulp** 44:21,22 45:5,23 52:8 54:21 92:20 135:17 322:14
**pump** 52:11 95:13,14
**pumper** 95:14

**pumping** 218:16
**pumps** 53:7
**purchased** 36:7 251:15
**purpose** 70:23 121:12 139:24 271:11 276:24
**purposes** 31:6
**pursuant** 2:1 283:13 307:20
**push** 147:22
**put** 38:21,24 44:22 45:25 69:19 70:16 72:10,11,12 75:2 95:25 96:12,20 105:6 105:7 113:25 158:4 184:19 184:22 185:5 186:8 188:9,22 189:1,4,8 203:10 205:12 212:11,15 214:3 215:12 234:11 241:20 241:23,25 242:12,15 285:21 328:16
**putting** 129:17 229:4 241:21 242:5 260:4

**q**

**qualified** 37:20
**quality** 45:13 45:18 46:21 76:22 79:17 125:12 198:24 199:7 272:7 317:5 333:9,10 333:17 334:16 334:18
**quantities** 93:17 224:20 225:9 229:10 287:22
**quantity** 189:5 226:1
**quarter** 80:4
**quarterly** 152:10 154:12 283:6,11,14
**queries** 49:8
**question** 8:17 8:22 11:12 28:13 56:23 58:6 73:14 91:24 97:19 98:23 99:1,23 100:5 114:21 121:21 137:19 137:25 145:20 145:23 151:11 156:13 177:20 188:15 192:18 199:12 214:17 220:4 221:1,6 225:21,23 226:3 227:11 232:25 233:19 234:13 244:22 246:6 249:25 258:25 305:12 313:21 320:16 323:21 327:7,9 333:4 335:6
**questioned** 305:16
**questioning** 172:25
**questions** 7:21 7:22 11:15,20 26:12 49:9 60:4 88:12 102:20 114:11 114:14,18 115:10 131:5 158:1 180:5 195:4 213:15 232:14 237:21 244:10,18 245:10,12,20 247:25 249:8 249:18 261:5 295:4 305:19 320:11 321:6 326:3 329:1 335:21
**quick** 105:1 137:19 200:1 299:8,9 309:13
**quickly** 78:1 109:18 154:22 199:2 201:14 201:20,21 202:19
**quite** 37:23 66:10 181:1 196:2 202:1 205:21 236:8
**quoting** 194:1

**r**

**r** 337:1
**radio** 14:10
**rain** 213:12
**rained** 95:11 213:11
**rains** 95:19
**raise** 266:16
**raised** 104:22 111:3,5,11,11 112:11 207:18
**raises** 192:17
**raising** 115:9 213:15
**ran** 62:11,12
**range** 287:4
**rarely** 252:17
**rate** 75:20 88:7 151:9,13 176:15 223:2

309:8
**rates** 149:5,9 150:1 151:16 297:8 306:2 309:1,2
**rather** 270:25 289:13
**ratio** 70:8,10 70:25 71:8
**raw** 251:14,21 252:20 253:12 253:17,22 254:7 310:13
**reach** 114:16
**reaction** 70:13
**reactive** 48:10
**read** 12:4 13:9 18:6,13 56:17 97:22,25 107:12 111:10 112:23 113:2,9 116:14 117:1 117:20 125:16 125:22 126:13 126:16,18,24 127:3 128:15 128:18 131:3 131:24 132:25 133:15 138:12 140:6 150:4 158:8 162:19 163:6 175:18 179:13 185:13 194:20 196:5,7 226:16 230:5,6 230:19,23 231:5 238:14 269:19 278:6 285:3 288:1,19 294:6 304:15 307:21 311:20 315:6 317:2,11 319:2,22 324:17 325:22 326:9 338:4
**reading** 13:18 19:6 83:20 136:4,9 137:2 138:20 159:5 165:12 210:7 216:14 217:23 222:8,12
**ready** 15:22 19:21 166:3 245:5,7,14 249:17
**real** 109:18 200:1 232:12
**really** 38:6 48:4 89:24 103:19 147:2 194:1 200:20 309:11
**realm** 171:11
**realtime** 165:7 165:8,9,16,24 166:2,11,16,19
**reason** 30:15 59:21 64:14,22 85:16 96:18 98:5,12,25 99:9,17,23 125:4,11 159:7 176:19 198:5 204:13 220:25 235:20 320:4 333:3 334:12 339:5,8,11,14 339:17,20
**reasonable** 242:18
**reasonably** 242:10
**reasoning** 271:16
**reasons** 178:11 178:15
**recall** 16:3 17:4 23:3 26:13 102:23 110:6 115:24 160:21 160:24 163:9 164:15 171:12 174:3,5 187:3 187:3 194:25 204:7,10 209:23 210:2 214:2,10 215:2 244:14 247:16 247:19,22 248:7 255:7,8 255:10,11 258:21 278:8 286:23 295:15 301:5 310:4 311:16,17 316:8,12 321:20 322:11 329:5
**recalling** 307:5
**receive** 78:10 183:7 188:1,16 254:13,19 288:12 306:15 308:7
**received** 22:7 24:13 41:16,19 47:7 68:23 78:22 111:23 172:17 173:3,7 173:15 175:16 196:14 298:19
**receiving** 61:18 160:21
**recent** 300:10
**recently** 18:14 173:4 244:15 306:22,23
**receptive** 278:4 278:9
**recess** 89:4 157:15 166:23 179:21 220:19
**recollect** 83:3 84:14 156:25 187:14 188:20

**recollection** 14:22 16:9 25:19 31:9,11 43:12 45:11 57:1 59:2 68:11 79:3,8 79:10,15 82:1 84:21 106:20 106:23 107:2 112:17 115:20 133:21 141:12 147:5 154:16 154:20 162:11 174:18 183:9 185:25 194:6 196:3 215:10 218:15 224:11 251:8,12 254:16 258:6 258:15,19 265:25 266:22 277:8 279:9 319:15 321:1 323:25 324:11
**recommend** 301:12
**recommendat...** 163:2 169:25
**recommendat...** 167:3
**recommended** 109:21 110:11 111:2 300:20 301:10
**record** 6:3,14 9:13 12:5 25:6 25:16 89:2,6 157:13,17 165:11,21 166:14,21,25 173:18 179:19 179:23 220:16 220:17,21 234:19 336:1
**recorded** 6:7 189:22
**records** 35:17 88:16 195:1,5 195:11 196:1
**recycled** 44:25
**recycling** 289:2
**red** 205:10
**redevelopment** 232:22
**redirect** 268:18
**redoing** 304:16
**reduce** 198:22 199:7 200:17 202:24 289:6
**reduced** 288:25
**reducing** 48:7
**redundancies** 250:1
**refer** 11:23 25:10 26:8 32:13 203:3 204:10 271:22 274:17 275:7 275:15 315:1
**reference** 116:13 186:24 191:15 304:18
**referenced** 180:2 221:24
**references** 189:12
**referred** 255:5 273:25 275:5
**referring** 11:24 17:19 38:13 70:1 198:9 212:18 234:14 235:9 326:21
**refers** 107:6 131:15 159:18
**reflect** 324:10
**reflected** 324:7
**refresh** 25:19 57:1 82:1 185:25
**refreshed** 267:13
**regard** 226:9
**regarding** 24:19,20 25:24 87:23 106:25 161:11 191:17 208:22 221:14 221:16 248:20 255:18 316:17 318:6
**region** 317:8
**regular** 49:25 50:14 115:12 154:10 186:5,7 256:2 336:12
**regularly** 134:3 134:5 156:4,6 156:12
**regulated** 93:19,21,22 94:1 332:22
**regulation** 99:8
**regulations** 291:23
**regulator** 258:3 258:8,21
**regulators** 231:3 277:11 279:16
**reincorporated** 322:13
**reintroduce** 322:15
**reissuance** 256:23
**reissued** 256:24
**relate** 81:23 112:8 215:21
**related** 13:13 21:19 22:2,3 23:12,21 31:7 34:1 39:19 42:13 78:4 101:15 103:2

109:20 132:25 133:7,16 157:21 160:22 162:1,13 183:25 187:10 188:18 211:1 237:1 313:11 313:23
**relates** 81:24 106:12 109:19 111:24 113:7 113:11,12 137:12 160:12 161:7 162:21 191:10 197:18 234:3
**relating** 107:13 254:11 309:21
**relation** 13:2 14:7 16:7 156:14,21 223:20
**relations** 129:25 130:2 289:15
**relationship** 36:4 78:9 168:21 194:6 247:9 259:8
**relative** 264:11 317:4 337:14 337:16
**relatively** 82:6 201:21 202:19 246:11 271:11
**release** 288:21
**relegated** 267:9
**relevant** 325:25
**reliability** 305:13
**relied** 14:16 252:18 310:12
**relies** 332:7,12
**rely** 252:14 315:12 332:18
**remain** 117:4 250:13
**remaining** 118:14 238:10
**remediation** 232:22
**remember** 11:5 11:7,13 12:6 16:16 24:12 31:15 33:13,14 33:20 35:20 39:9 41:24 42:2 43:16 47:4,16 49:25 50:22 53:25 54:2,8 56:18 56:21 60:10 65:6,16,25 66:18 69:20 71:13 76:12 78:23 79:12 80:24 85:5,8 90:22 93:15 94:2,7 96:5 101:20 105:2 110:9 111:19 118:17 122:8 127:4 135:12 135:13 136:2 136:10 153:7,8 153:10,17,18 156:23 157:22 167:7,18 168:20 171:18 174:7,9,11 180:24 181:9 181:11 182:17 184:5,12,16 186:20 187:17 188:4 191:24 195:12 196:12 209:15,18,19 210:18 211:6,8 211:12 212:13 215:8 216:14 217:2 219:11 219:12 234:25 235:6 237:23 238:2 243:13 244:24 246:10 246:12,21 247:5 254:11 254:16 258:7 266:4 267:8 272:11 274:1 275:22 279:5 309:16 311:19 321:9,14 322:18,19 323:23 324:6 324:14,16 326:5
**remote** 305:22
**removing** 120:17
**renew** 305:9
**renewal** 304:19
**renewed** 281:11
**repeat** 265:10
**repeated** 117:6
**repellency** 158:20 314:7
**repetitive** 249:22
**reply** 332:20
**report** 13:15 25:13 50:10 128:4 172:11 196:8,22 221:19,25 222:6 232:9,10 292:4 296:23 297:7,24,25 298:19,22 301:15
**reported** 12:24 13:15 14:8,9 113:13 118:13 177:21 189:22 193:1 195:15

195:18 222:16 223:3,15 224:8 235:19 258:4,9 311:5 334:1
**reporter** 1:16 2:2,2 6:14 7:21 12:4 45:3 57:8 149:1 179:18 295:21 337:3,4
**reporting** 194:12 195:13 195:17,19 282:21 283:22
**reports** 43:15 100:18 113:7 192:22 256:19 303:22 333:22
**represent** 9:23 16:5
**representative** 33:17 152:18 167:24
**representatives** 145:11
**representing** 9:14 10:1 245:18 249:15
**reproductive** 116:8
**reps** 145:13
**repulp** 322:3 322:19
**repulped** 322:2 322:5,22
**repulping** 323:1
**reputation** 299:10
**request** 185:24 280:19 281:4 292:15 293:11 301:2 303:15
**requests** 168:18
**require** 45:14 134:12 151:9 226:18,22 256:9 258:3,8 265:12 278:21 282:17 283:1,8 283:19 295:9 327:17
**required** 42:19 43:11,14,15,17 76:23 80:25 141:20 159:24 175:24 176:8,9 176:12 186:11 227:1 257:1,17 277:20 278:17 297:25 327:13
**requirement** 188:25 195:14 283:16
**requirements** 143:9,12 195:20 256:6 265:21,23 280:25 282:4 282:12,21,22 283:13,22 307:8
**requires** 187:19 225:2 300:14
**requisite** 189:9
**research** 74:4 74:18 80:4 88:6 175:23 202:2 208:8,9 208:13 209:6 211:18 235:1 268:8 270:2 271:23 272:9 273:7 274:18 275:2,16 276:14 278:12 279:13 293:6 316:19
**reserved** 336:15
**resident** 171:24
**residents** 174:4 290:10
**residing** 260:21
**residual** 107:8 203:11
**residuals** 291:8 293:4 311:24
**resist** 112:25 141:3 142:23 312:4
**resistance** 194:15,16 288:22
**resists** 113:24
**resolution** 292:25
**resolve** 188:13 188:14
**resources** 37:8 43:8 71:22 92:10 146:2 175:24 193:18 205:23 255:17 262:25 270:10 279:1 280:4 297:25 315:8
**respect** 27:17 129:25 169:8 169:24 170:19 194:7 209:25 237:18 252:19 259:11,15 267:4 271:25 319:22,24 330:23 335:14
**respects** 210:4
**respiration** 162:7
**respiratory** 137:12,18 311:21
**respond** 17:6 19:15 98:21 110:15 114:3

119:15 142:16 142:24 143:2 178:6 290:1
**responded** 289:20
**response** 8:17 133:1 151:10 153:13 186:9 186:13,25 187:6 195:24 249:24
**responses** 7:23 7:24 8:2
**responsibilities** 250:18,22 252:5,16 265:11 267:5 335:13
**responsibility** 36:16 55:9 76:13 144:14 144:20 171:12 171:16 216:6 233:24 255:16 267:8 333:5
**responsible** 18:15,24 19:3 36:21 104:8 110:8 121:11 121:17 127:20 127:25 139:7 164:20 189:12 230:8 231:1,9 231:12,16,17 231:20,23 232:1 233:13 234:14 239:18 240:4 251:2,5 251:9,21 252:7 259:25 309:14 333:6
**responsibly** 259:10,14 260:8 330:23 330:24 331:7 335:13,15
**rest** 129:5 185:6 194:20
**restricted** 93:16 308:1
**restrictions** 284:24
**result** 197:23 198:5 200:13 278:15 320:5
**resulting** 170:6
**results** 234:15 235:15 256:17 266:11 277:25 278:1 300:10 302:7 305:16 315:19,19 319:25
**retained** 5:17
**retaining** 118:17
**retention** 288:23
**retire** 11:10,20
**retired** 11:8 20:5 22:8 26:21 39:11 76:11 183:17 209:13 246:3 261:19 262:17 320:21
**retirement** 20:1 20:4,12 21:7 22:9,11 23:21 240:5 244:13
**reuse** 51:9 77:11,13 86:11 123:3 164:6 275:20 276:2
**reused** 44:25 322:3
**review** 18:21 81:21 83:22 84:11 109:1 112:15 114:19 115:13,24 127:21 131:24 162:24 175:14 180:14 221:18 221:18 279:1,3 292:5 303:4 308:17 310:13 316:3
**reviewed** 91:19 92:7 101:24 103:16 111:12 115:13 134:5 195:21 196:1 254:8 326:11
**reviewing** 104:22 122:3 251:6,21 267:5
**revisit** 47:23
**revoking** 292:15 293:11
**rh** 4:9,9 81:18 88:20
**rhinelander** 2:3 3:14 6:8 11:24 12:13 20:6,7,8 24:3,5 24:9 57:17 58:10 59:22 67:3 72:2,5 73:7,21 75:14 77:9 85:22 88:17 91:12 92:25 94:9,15 94:25 95:4 96:7,9 97:10 102:11,14 130:19 139:17 140:18 169:2 169:10 170:8 170:14 171:4,8 173:10 187:10 187:25 191:11 197:24 219:10 227:3 230:25 233:14 234:9 236:9 237:7

246:13 247:6 251:3,7 260:6 260:9,11,15,17 260:18,21 261:6,20,22 263:1,17 264:2 264:11 270:1,2 271:9 273:8 280:22 284:14 288:8,12 290:6 293:2 294:3 297:1 304:22 316:16,18,21 318:4 319:3,8 320:6 329:14 332:2
**right** 33:8 47:21 51:21 65:23 77:24 82:9 83:14 85:14 89:19,25 92:17 93:2 95:18 98:12 106:1 111:16 114:7 117:25 119:3 120:4 123:19 124:2,8 128:1,2 130:15 142:9,11 143:6 147:7 148:16 149:12 150:2 153:24 155:22 157:19 159:16 162:14 163:19 165:11,12 167:2 170:6 173:1 174:22 178:9 180:18 181:7 182:7 183:20 185:16 189:5 196:4 201:6 205:14 206:14,17 214:15 216:10 219:21 220:13 222:23 227:2 230:19 234:13 241:12 245:22 245:25 248:3 249:20 250:3,3 250:11,20 251:24 253:9 263:14 264:10 266:22 273:23 274:8 275:1,7 278:3 279:16 279:24 281:25 283:16,22 285:13,14 287:19 290:18 294:9,11 295:20 296:11 296:20 299:23 300:4,5 301:11 301:11 302:2 305:17 319:5 324:13 325:12 326:13 327:1 327:14 328:1,2 330:8 331:1 333:8 335:23
**rigorous** 232:5 232:12
**ring** 67:7 203:5
**rise** 189:25
**risk** 179:5 260:4
**risks** 144:16 179:1,10,14 180:5 207:9 227:17 237:12
**risto** 59:4,10,11
**river** 32:2,12 32:13 34:9,10 35:1 36:24 39:16 40:18 41:6 42:6 48:2 48:17 49:1,16 50:12 52:12 60:24 61:2,4 120:2 132:7,14 188:9 266:23 266:24
**road** 177:18 210:5,8,18 211:12,16,17 211:23 212:9 213:6
**roads** 164:9
**robust** 195:23
**role** 22:17,23 37:14 38:5 64:3,12 65:21 76:19 108:24 109:4 129:24 133:4 169:8,17 169:20 171:1 173:9 253:11 255:15 271:25 332:24 334:14
**roles** 37:15
**room** 8:9 53:25 166:12 167:13
**root** 232:20
**rosto** 59:5
**rotate** 62:2
**rougeau** 1:2 4:13,13,17,17 6:8 105:15
**rough** 336:5,9 336:10
**route** 54:8
**routed** 112:10 112:16 118:19 161:12 313:12 313:14,24
**routine** 96:4 100:16
**routinely** 43:12 176:14
**row** 316:15
**rpc** 94:25 288:5 289:3 293:3
**rpc's** 95:1,6
**rpr** 1:16 337:20

**rule** 44:8
**run** 209:17 303:6 335:15
**running** 69:8
**runoff** 80:10,12 80:13,19 209:23,24 306:10
**rush** 268:19

**s**

**sa** 233:15
**safe** 31:1 116:21 180:10 315:3 331:16 331:23
**safely** 140:2 260:1 329:21
**safety** 4:12 106:4 138:24 139:1 145:17 145:21 146:3 146:14 248:8 251:6,22 253:17 259:20 260:8 310:1 332:9,14
**salary** 22:8
**salesmen** 145:4
**sample** 61:25 61:25 62:2,3,5 150:9,13 152:18 153:22 154:8,9 234:15 278:1 300:10
**sampled** 53:4 95:10
**samples** 80:10 152:9 154:12 234:18 238:6 238:10
**sampling** 53:4 55:20 61:17,20 61:21,24 62:7 64:7 153:17,19 235:18 282:18 333:20,21
**sand** 74:20
**sandiness** 202:8
**sands** 236:25
**sandy** 74:18,19 198:11,15 199:5 201:7,11 201:12 202:1,2 202:4,7,10,12 202:23 213:17 270:10,17,18 270:22 278:5
**sat** 77:21
**satisfactory** 277:11
**save** 31:5 208:19
**saw** 35:15 50:11 87:18 106:18 165:22 185:14 212:24 254:10 277:17 304:18 305:5 305:15 310:21 323:17 324:5 331:19
**saying** 178:22 178:23 189:23 198:4 205:7 214:6 228:12 237:10,11,17 325:17
**says** 82:7 85:11 90:19 91:6 94:22 105:6 106:3 108:8 109:23 112:3 112:20 113:23 116:4,8,17,18 121:10 131:9 134:25 136:24 139:4,12,24 141:2,25 142:4 149:9 152:9 153:8 158:18 158:22 159:11 160:3 163:1,4 174:14,16 175:3,12,21 176:7 186:23 187:22 192:12 194:2,23 196:13 219:3,6 221:17 222:1 222:18 223:14 230:12,25 232:19 238:5 238:15 269:24 270:8 271:8,15 272:18,22 274:8 276:7,12 277:15 279:7 280:19 282:3,6 282:7,12 284:3 284:5,18 285:11 286:11 286:18 287:21 289:18 290:5 290:20 291:2 291:17,21 292:3,21,25 293:1 294:3,16 296:22,25 297:6 300:7,9 300:13,19 301:15,17 302:6 307:13 307:25 308:15 312:3 313:5 314:5,10 315:2 317:18 318:3 320:16 325:14 326:18,20 327:2,22
**scan** 152:16,21 153:1,4 161:7
**scholarly** 133:6 133:10,11

**scholer** 3:16
**school** 37:6,16 58:11 263:6
**schwarz** 2:17 4:3,4 6:18,18 9:10 13:4 15:13 17:5 18:3 19:14 24:1 28:7 30:6 32:3 39:24 40:3 45:10 48:13 56:12 57:11,14,18 58:1 60:16 63:1 73:1,5,22 75:10,17 83:2 84:2 85:24 87:10,12,14 88:22,25 89:14 89:17,23 91:18 98:20 99:20 107:10 109:15 110:14 111:17 113:17,20 114:2,8,25 118:2,21 119:14,21 120:9 122:12 123:9,20 124:3 124:14 125:9 125:21 127:7 127:14 128:10 133:8 136:8 138:3 140:5 141:16,18 142:18,25 143:14 144:8 144:18 145:19 146:9,12 147:11,14,16 147:20 148:3,6 148:9,16,18 151:17 161:13 162:15 171:9 172:6,9,16 173:14 176:22 177:14 178:1,3 178:5 179:2,16 182:2,8 186:17 194:8 195:3 197:1,3,6 198:1 199:4 200:25 201:25 204:15 205:1,9 206:8 207:3 217:21 220:3 220:10,13,16 225:11 226:2 226:10 227:7 227:18 228:6,8 228:24 229:12 231:13,15 232:7 233:4,17 234:1,5 235:7 235:22 236:5 239:20 240:8 245:4,7,13 247:25 248:5 248:16 249:10 249:13,14 268:11,15,19 268:21,23 269:8 273:20 280:1 285:24 285:25 293:18 293:21 295:19 295:22 296:1,5 296:7,9 299:6 299:12,13 312:23 313:19 315:22 324:19 324:22,25 325:3,6,8 326:6,23 327:6 327:15 328:23 329:8,22 332:3 332:16 335:5 335:10,20,23 336:10
**science** 272:23
**scientific** 128:7 332:19
**scope** 162:14 172:25 333:5
**scotchban** 4:17 106:13,19,22 106:25 111:1 116:15,22 131:9 134:17 138:11 158:10 158:13 255:6 310:5 311:23 329:15
**scotchgard** 106:25
**scott** 320:3
**scouting** 261:15
**scouts** 261:16 261:16
**scrap** 322:13
**scraps** 321:23
**screen** 16:16 56:24 165:19 229:19,23
**screens** 145:15
**sdss** 253:22
**seal** 159:12
**second** 50:24 62:20,23 94:21 149:6 165:10 166:2 187:18 193:2 210:23 222:17 270:8 273:18 276:11 286:11,17 288:2 296:13 296:13 299:14 299:17 316:25 317:18 318:25
**secondary** 40:13,15 41:11 41:13,14,19 42:2 53:24 70:25 83:10,15 94:23 95:4

120:15 131:25 132:1,2,12,20 134:7,8,12
**section** 108:20 109:18,20 112:3,10 137:18 138:10 138:13 150:1 152:6,7 160:25 162:1 174:13 180:8,10 185:16 187:21 232:15 272:17 289:15 298:10 307:6,9 308:15 308:25 311:13 311:14 326:9
**sections** 160:12
**sediment** 225:16
**sediments** 230:17
**see** 31:7 35:10 35:13,17 40:1 48:6 57:3,6 58:20 60:7,13 66:11 67:6 90:3,5,9 94:21 106:1,3,5,8,12 106:15 107:3,6 108:22 109:10 109:20,23 112:6,20 114:13 116:4,7 116:8,18,24 121:14 127:22 128:3,18 129:9 130:16 131:7 134:15,25 136:24 137:16 139:4,11 140:7 141:1,6 142:1 149:8 152:7,9 154:24 155:5,7 156:10 158:11 158:16 160:11 160:25 162:1 163:1,4,17 168:5 172:10 173:25 174:13 175:13,18,20 180:11,16 183:2 185:9,18 187:18,24 189:23 190:9 190:15 191:3,5 191:13,16,25 192:14 193:12 193:19,24 194:2 195:8 197:18,21 204:24 208:1 208:23,25 209:2 211:4 212:17,19 215:9,19,24 216:12 217:11 219:4,25 221:14,20 222:20 223:17 224:6 229:22 230:10,11 232:17 234:20 236:2 237:10 238:12,19 239:18 244:19 244:21 250:18 270:5,14 271:13,20 272:19,24 273:10 274:6 274:12,17,19 274:25 275:17 276:9,17 277:2 277:5 278:14 280:2,6,12,15 281:2,23 282:2 282:15,20 284:3,10,19,21 285:1 286:11 286:21 287:23 288:17 289:16 289:22 290:8 290:21 291:1,9 291:11,19 292:1,8,22,24 293:8 294:13 294:21,24 296:16,22 297:3,6,10,12 299:20 300:11 300:16,18,22 301:14,19,24 301:25 302:5,8 307:9,18 308:3 308:13,19 309:5 310:19 310:22 312:7 313:4 314:5,8 315:4 316:23 317:25 318:9 320:17 325:16 327:3 328:6
**seeing** 188:5 247:19,22 248:7 301:5 323:23 324:1,3
**seek** 48:6,16
**seeking** 155:25 333:15
**seem** 220:25 274:8
**seemed** 224:19
**seems** 53:22 187:4 324:5
**seen** 16:14,25 23:14 29:1,8 29:14 46:9 47:17 66:10 111:10 116:22 118:9,11 126:7 126:9 127:25 128:12 134:3 157:24 203:3 205:3 230:16 235:14 236:16

236:18 254:4
**segert** 232:21
**segregated** 140:18
**select** 76:3,17
**selected** 76:3
**selecting** 251:9
**self** 83:21 136:4 136:9 137:2 194:12 216:14 217:23
**sell** 31:12 33:18
**senator** 316:17 320:3
**senator's** 318:18
**send** 162:10 294:17 336:9
**sending** 174:3 181:18,22 332:25
**senese** 3:5 6:22 6:22 166:6,8 166:10
**seniority** 161:25
**sense** 53:22 60:14 64:15 68:18 156:2 223:6
**sent** 18:22 19:2 68:13 69:23 164:16 166:18 191:21 253:25
313:25 336:8
**sentence** 112:23 113:2 134:15 136:25 137:20 139:24 141:1 149:8 150:3 163:6 175:20 192:12 194:22 222:4 230:14 270:8 271:8,15 276:11 277:14 279:6 284:5,21 286:11 288:1 288:15,19 290:5 296:25 300:9,13,18 308:15 309:1,5 311:20 312:3,7 315:6 326:18
**sentences** 285:3
**separate** 22:20 38:14,15 39:13 39:15 40:7,20 54:10,11 132:4 132:11 135:2 140:25 157:7 188:12 283:15
**separated** 41:2
**september** 313:5
**septic** 95:14
**serve** 21:9
**served** 22:25 261:17 278:13
**services** 91:7 91:11
**sessions** 16:10
**set** 127:1 157:25 171:22 190:4 196:24 273:16 321:5 335:24,25 337:12
**settled** 40:10,15 41:8
**settling** 32:11 32:15,16 40:11
**seven** 268:18
**several** 37:15 74:6 261:18
**sewer** 51:11,13 52:8
**sewers** 64:7 333:21
**sexton** 86:10 275:11 299:25
**shaking** 8:6
**shallow** 79:18 317:23
**shape** 15:18
**share** 56:24 229:19 269:5
**shared** 334:19
**shark** 322:2,13
**she'd** 168:18
**shed** 298:13
**sheen** 266:24
**sheet** 4:12 102:3 106:4 116:22 248:8 297:7 310:1 339:1
**sheets** 101:25 104:22 254:11
**shiny** 46:21,21 82:17
**ship** 139:3
**short** 84:12 220:15 222:18
**shorthand** 2:2 337:3
**shortly** 241:11
**showed** 16:15 179:14 235:3,5 238:10
**showing** 285:8
**shown** 310:2,4 338:7
**shows** 118:9 155:1 328:19
**side** 49:1 102:21 162:9 212:14 215:13 265:4 323:8,8 323:10,10,14 328:11 331:25
**sides** 334:20
**sideways** 129:4

**signature** 173:25 269:18 291:2 336:15 337:19 339:22
**signed** 90:5 298:4 299:18
**significance** 108:5
**significant** 112:13 262:20
**signs** 236:2
**silent** 20:8,9,15 20:16,22 23:9 24:4 25:3 261:23,24
**similar** 60:1 108:15 230:22 230:24
**similarly** 1:3
**simple** 11:19,22
**simpler** 40:23
**sit** 31:10 77:1 113:4 125:15 126:12 141:8 154:15 173:1 177:10 196:4 204:22 226:17 235:25 329:5
**site** 175:9 209:16 230:12 230:15 239:7,8 248:13 283:21 283:24 285:6,7 285:8,12,16 294:10,17 295:5,9,12,14 297:8 303:25 307:7 319:7,9 319:16
**site's** 306:16
**sited** 242:22
**sites** 76:3,17 154:23 155:19 155:23 209:16 209:20 236:21 240:2 267:6 282:9 284:18 284:23 285:5 290:11 292:12 305:19 306:5,8 306:15 307:13 307:22 308:7 308:16,22 317:21
**sitting** 312:25 335:11
**situated** 1:4
**situation** 74:7 232:24 233:12 233:16 261:14 269:1
**situations** 80:25
**six** 68:19 69:7 307:17
**size** 47:17,22 134:18 135:22 136:2,6,15 158:23 314:11 314:14,18
**skiing** 20:16
**skills** 165:1
**skim** 197:17
**skimming** 244:16
**skin** 131:11 134:15,24 136:24 137:1
**slippery** 139:2
**slope** 80:24 212:1,5 213:3 307:14,17,22 308:8 317:5
**slopes** 308:1
**slow** 197:5 288:21
**sludge** 16:23 17:1,9,14,17 32:17,20,21,24 33:6,10 40:14 66:15 68:13 70:25 71:5 80:7 85:23 88:17 91:17 95:23 99:14 119:20 128:8 143:11 144:2 145:9 151:6 153:5,24 154:2 154:6,17,18 155:15 156:4,6 162:7,20 186:6 186:11,12 187:19 188:23 189:1,4,9 192:9,19,23 205:5,8 208:22 212:8 213:25 225:16,25 226:1 227:6 228:3 229:5 234:16 235:3,5 236:9 239:8,10 239:12 240:14 240:15,23 241:3 246:17 269:20 270:4 271:9 275:6 281:1 282:8 284:7,22 294:18 317:5 326:22 327:5 327:14,24 329:7 331:15
**sludges** 132:16 273:5
**small** 13:14 19:16 57:5 246:11 261:14 267:14 277:4 302:4
**smaller** 156:11
**snow** 95:11 307:25
**snowden** 78:11 79:11,14,17,21

79:23 80:8 125:18 156:15 156:17 186:15 186:16,20 187:2 202:12 207:25 209:25 236:2 237:22 243:18 316:11 316:19,21 317:3,9,22,23
**snowmobiles** 20:19,20
**snowshoeing** 20:17
**socialize** 66:13
**society** 203:8
**soil** 17:14 70:13 74:16,17,18,20 80:25 91:7,11 95:21 175:22 198:11,22,24 199:1,3,7 200:14 201:5,7 201:8 202:2,4 202:20,23,25 203:2,10,17 204:4 205:19 214:7 230:16 234:15,18 270:21,24 271:2 272:7,15 272:23 273:5 274:23 276:15 285:7 288:2,3 289:10,12,13 306:16 307:15 325:24
**soils** 74:5 88:7 199:5 202:3 270:10,17,19 278:5
**sold** 88:16
**solicited** 24:11
**solid** 51:3 66:16,23 68:5 74:5 85:21 86:5 119:19 136:22,23 275:8,16 299:25
**solids** 40:10,15 40:16,16,24 41:2,8,12,13,14 42:15,18 43:13 50:11,12 51:6 51:8,9 62:6,15 66:25 68:3,12 71:1 73:13,19 85:19 86:22 94:23 119:8 152:11 154:11 176:14 316:5 333:25
**solutions** 3:15 3:15 233:15
**solve** 51:7
**somebody** 26:8 49:17,21 56:6 104:7,12 121:19 125:4 141:13 164:23 173:2 187:1 249:1 252:25 331:3 334:24
**someplace** 102:19 242:22 246:20
**something's** 50:13
**somewhat** 15:8 21:20 23:7 24:22 82:2 93:5 133:17 156:19 168:24 186:4 210:4,25 334:22
**soon** 76:25
**sorry** 27:15 29:3 52:16 70:20 80:18 89:14,18 107:25 137:25 165:3 166:8,10 196:6 216:18 216:20 219:1 220:1 221:7 247:22 266:6 273:13 277:14 286:4 291:5 299:12 313:20
**sort** 21:19 101:10 154:8 163:15 188:11 242:14 261:12 267:17 269:1 277:10 334:10
**sorts** 125:24
**sought** 273:15
**sound** 15:12 17:9 43:24 59:5 82:9 85:14 142:10 225:18
**sounded** 138:20
**sounds** 87:24 107:1 118:12 166:5 199:14
**source** 19:9,12 87:22 134:1 236:24 270:11 298:10
**sources** 14:16 55:10,11 125:24 133:22 236:3,20 240:6
**south** 243:23 244:1
**southeast** 156:19
**sowinski** 155:5 155:10,11 156:8 293:5 294:25 297:20
**speak** 14:25

**speaking** 139:18,20 165:4 166:8
**special** 82:19 108:5 132:18
**specialist** 294:19
**specialists** 253:4
**specialties** 97:9
**specialty** 3:15 3:15 45:14 82:8,14,20 97:1,3 125:19 233:14 263:17 263:22
**specific** 27:22 28:22 29:13 31:11 33:11 55:23 69:21 84:21 101:7 113:6 127:4 139:19 146:23 154:16,19 196:3 235:17 237:11 245:1 256:10 257:10 263:23 264:5 265:23 272:11 279:15 295:12 301:12 309:8 321:1 323:24 324:11
**specifically** 9:21 11:9 14:22 16:17 19:4,8 26:13 27:24 28:9,10 31:1,15 33:12 35:5,12,20,24 39:10 41:24 42:2 47:4,16 53:25 54:8 56:22 58:18 69:16 83:3 85:5 90:22 99:2 101:21 110:25 122:2 138:5 140:19 145:23 153:17 153:18 161:24 164:15 174:9 174:12 193:8 198:10 209:18 212:13 216:15 235:8 266:4 275:22 279:5 295:15 309:17 311:17 327:22
**specification** 53:11
**specifics** 305:19
**specified** 282:9 282:13 301:13
**speculate** 109:15 136:8,9 146:8,9,11 177:18
**speculating** 109:14 135:11 136:7 164:11 211:13 218:2
**speech** 84:24 273:22
**speed** 133:6
**spelled** 159:17
**spend** 25:1 47:9 61:2,8,10 61:14
**spent** 38:22,24 312:1
**sphere** 216:6
**spillage** 131:12
**spilled** 51:10 138:11 139:12 312:8
**spoke** 129:13 316:15
**spoken** 14:20 14:23 16:1,6 90:21 250:17 273:12
**sports** 20:10
**spot** 62:25 188:8 195:8
**spray** 236:18
**spraying** 236:16
**spread** 75:24 77:23 78:1 80:15,22,23 81:8,8,9 87:2 94:22 151:5 174:14 188:23 189:8,13 212:12,16,23 212:25 234:16 236:8 239:9 243:17 244:8 284:22 287:6 304:1 308:16
**spreader** 81:9 81:13
**spreading** 73:21 79:2 89:12 91:2,3 128:5,6 148:23 149:20 154:23 155:18 187:11 187:16,20 188:19 189:12 191:4,16,18 193:10 195:11 208:22 214:1 229:6 234:19 238:8 239:7,8 240:1 250:23 254:21 255:18 255:21 256:3,7 258:10 259:15 262:10 267:3,4 267:6,18,19 268:6 269:20 270:3,18 271:2

271:5,19 272:1 272:10 273:2,3 273:14 275:3,9 276:19 277:9 278:9,18 279:4 279:11 281:1,6 281:9,16,17,20 282:3,9 285:6 285:11,16 286:3,4,20,24 289:6,19,25 290:11,12 291:25 292:4 292:11,16 293:12,24 294:4,10,25 295:5,10 296:23 297:2 298:20,23 303:6,8,11,18 303:22 305:10 305:14,19,25 306:14,17,20 307:13,16,20 308:1,7 316:18 316:22 317:4,4 317:21 318:6 319:6,12 335:16
**spring** 80:9 218:16
**stabilize** 246:16
**stack** 129:3 158:2 185:4 324:23
**stage** 45:24 46:3 220:12
**stahl** 3:7 6:24
**stale** 212:19
**stamp** 172:7
**stamped** 269:9
**stand** 233:21
**standard** 43:20 203:8
**standardized** 287:13
**standards** 238:16,17,25
**standpoint** 93:24 103:20 138:24 139:1 146:14
**stands** 72:20
**starch** 134:9,10 135:15,16
**starks** 155:13 192:3,4 268:9
**start** 34:19 36:9 44:21 69:14 72:4 73:21 212:21 215:9 225:22 240:20 245:6 245:10 268:6 296:13 320:15
**started** 12:3 20:8 34:18 37:15 38:25 66:20 69:11,16 69:22,23 71:24 73:15 84:6 149:14 165:9 166:12 241:11 250:3 255:24 261:22 263:11 267:19
**starting** 75:15 262:23 267:18 279:11 288:2 304:15
**starts** 81:17 89:11 134:15 137:20 171:24 309:1 312:7 317:1 319:3 325:19
**state** 1:1 6:13 125:1 126:15 158:23 199:17 231:3 237:13 314:11,14
**stated** 18:7 248:12 320:2
**statement** 113:6 114:6 139:16 140:4 140:11 228:14 228:21 233:10 238:22 249:2 307:18,21 320:7 328:15
**states** 6:9 39:4 83:19 94:25 95:5 126:21
**station** 74:4 270:2 271:16 271:18,22,23 272:2,9 273:8 273:8 274:18 274:22 275:2
**station's** 270:9
**status** 317:9
**stay** 15:7 38:2 39:6 76:7 149:2 175:6
**stella** 17:24 18:16 19:9 23:12,16 68:1 113:15 126:8 126:10,14,25 128:9 156:21 171:25 174:4 182:13 192:3 202:12 229:24 231:3 233:16 236:1,13,17,23 237:22 238:8 243:17 267:6 267:10 291:14 292:21 293:1,5 293:10 297:20 305:2 329:4,13
**stenographic...** 337:11

**step** 220:8,11 262:13
**stephen** 291:2
**steps** 145:22 276:7 279:10
**steve** 193:12,13 198:4 209:3 222:7 299:19 316:15,19 317:6,15,19
**steward** 259:8 259:9
**stewardship** 259:5
**sticker** 105:6,9 158:4 184:19 184:23 185:5
**stop** 8:14,16 147:21
**stopping** 157:5 219:24
**storage** 218:12
**stored** 102:13 102:17,18 108:16,17 109:2 183:14
**stormwater** 36:25
**strawn** 3:3 6:23
**stream** 125:5,7 249:1,4
**streams** 119:3 119:7,18 120:8 125:19 132:13 140:17,21
**street** 2:3,20 3:7,11 130:17 138:18 264:12
**strength** 42:1 83:16 153:13
**stretch** 133:11 249:11
**strong** 316:20
**strove** 142:13
**struck** 83:24 84:11
**struggling** 89:25
**students** 58:15 58:18
**studied** 181:16
**studies** 117:15 132:25 133:6 133:10 332:19
**study** 279:7
**stuff** 241:21 322:7 324:18
**subheading** 282:6,11 284:2
**subheadings** 282:20
**subject** 89:12 148:23 191:3 191:13,16,16 251:13 252:11 252:14 253:3 254:25 269:19 282:9 291:6 293:24 296:22 300:7 308:23 310:12 315:24 317:23 330:16 338:6
**subline** 230:10 230:11
**submission** 257:2 297:18
**submissions** 279:15 303:7 305:13
**submit** 256:19 295:14
**submitted** 92:9 276:4 279:3 285:6 292:5 303:4,8,12,16 303:22 304:1,4 304:13,22 308:17
**subpoena** 172:12
**subpopulation** 117:14
**subscribe** 133:19
**subscribed** 338:17
**substance** 183:22
**successor** 35:25
**successors** 173:12
**sugar** 38:19
**suggested** 110:21
**suggesting** 177:3 181:25
**suggests** 209:2
**suitable** 69:18 70:4,23 71:2,5 71:14,17 121:12 271:10
**suite** 2:6,10 3:7
**suited** 213:14
**suites** 2:2
**suits** 157:11
**sumich** 2:6
**summarize** 303:3
**summarizing** 297:7
**summary** 116:19,22 218:1 292:4 296:25
**summer** 187:20
**super** 46:14,19 46:19 47:3 50:21,24 82:8 82:13
**superintende...** 50:3
**superior** 330:3 330:15 331:4,5 331:13 332:1,7 332:12

**superiors** 101:22 311:9
**supervising** 122:6
**supervision** 114:23 144:21
**supervisor** 15:1 36:13 37:4 50:17,19,24 59:17 65:3 73:25 74:3 109:5 130:1 167:12 168:19 173:10 209:10 222:22 250:14 250:16 263:13 319:8 334:23
**supplement** 17:14 214:7
**supplements** 200:14 302:20
**supplied** 31:16
**supplier** 30:21 30:24 31:4 114:21 253:22 253:25 254:7
**suppliers** 253:12,16 331:12,24
**supplies** 131:10
**supply** 261:20 320:1
**support** 21:6 23:23 24:3 272:9 273:14 275:9,19 276:1 276:3
**supposed** 124:25 212:25 213:2
**suppression** 126:3,5,8,9,11
**sure** 11:5 13:23 15:18,21 39:12 44:3 46:6 49:23 58:17 60:15 63:24 65:25 76:24 77:25 78:18 93:20 100:16 103:12 109:1 109:12 111:14 111:22 117:11 122:1 143:11 144:14,19 145:3,8 146:5 147:3 150:6 152:24 153:22 169:3 170:19 170:19 178:21 180:24 181:12 184:25 187:12 190:13 193:23 195:19 222:11 229:8 230:7 231:5 232:5 235:16 236:8 242:16 243:22 247:9 259:25 268:3 319:11 322:9 334:20
**surface** 18:2 198:17 212:7 217:12,15,18 217:19,23 218:6 305:21 306:17 307:15
**surprise** 127:5 127:8,13
**surprised** 84:10
**surprising** 84:13
**surprisingly** 59:25
**suspect** 47:13 91:19 110:16 125:11 135:11 146:8 218:2,4 323:2 331:20 332:20
**suspended** 119:8
**swallow** 40:2
**swear** 6:15
**sweitzer** 64:11 65:17 66:1,7 90:13,14 104:18 122:5
**sweitzer's** 64:12
**sworn** 7:7 337:6 338:17
**synonymous** 16:23
**system** 51:11 51:13 52:8 95:7 96:1 139:14 141:21 194:1,3,12 280:21 303:15 312:11 334:7
**systems** 40:20 83:11

**t**

**t** 337:1,1
**table** 158:3 282:14,20
**tailor** 306:2
**tails** 299:16
**take** 26:21 58:18 60:17,24 75:2 105:1,16 113:17 114:21 129:4,7 131:2 138:12 148:9 148:12 154:7,8 157:10 166:1 166:19 168:1 171:23,25 173:23 175:13 183:19 197:10 197:17 198:2 220:7 228:8

245:14 262:13 277:23 285:16 325:18 326:17 335:6
**taken** 2:1 54:9 70:21 89:4 157:15 166:23 179:21 213:22 220:19 337:11
**takes** 52:6 53:3 88:9 124:25 198:16
**talk** 11:15 15:4 129:16 146:6 333:5
**talked** 19:25 27:17 66:15 82:13 95:3,4 102:24 135:7 135:25 145:22 152:22 155:9 155:10 157:20 167:9 174:10 180:19 187:13 209:8 223:20 235:2 237:25 253:21 262:5 267:21 270:16 289:9 309:14 326:12 328:8 329:17 330:22
**talking** 49:6 55:17 68:16 86:8 92:12 107:13 154:3 167:3 171:17 180:1 202:7 209:20 214:13 261:10 278:3 321:14 330:1
**talks** 135:8,22 137:14 149:5 187:19 209:5 209:22 217:11 221:21
**tank** 51:10 52:11 134:18 134:25 135:2,5 135:9,19 138:2 138:5 216:13 216:13,25 259:24 260:1
**tanks** 95:13 137:14,20,21 138:1
**taught** 37:16
**taxpayer** 233:25
**taylor** 2:6
**tcdd** 152:17
**tcdf** 152:17
**tea** 197:7
**tech** 153:21
**technical** 46:15 64:8,10,13,13 64:15,19,22 65:5,7,8,10 82:8,14 101:25 102:3,19 103:15 104:13 104:21 114:23 115:17 121:20 145:6 187:22 188:4 189:17 222:9 227:24 252:3,5,6,11,19 253:3,19 254:10 255:1 298:10 330:3 331:11 332:5 334:17,24 335:12
**technically** 189:3,7,11,16 189:19,20 228:3
**telephone** 25:1 25:6,25 184:9
**tell** 57:16,19,21 86:24 88:13,13 100:14 105:21 120:19 122:10 129:19 131:3 162:18 192:22 208:6 296:2 332:21 334:4,9 334:13
**telling** 100:3 104:8 159:2 314:18
**temporary** 69:20 241:18 241:19,20
**ten** 23:4
**tendency** 202:19
**tenure** 167:11 250:14 251:1 256:9 259:20 266:8 267:11 315:14
**term** 5:3 16:24 17:12,16 188:4 215:22 229:15 265:4
**terms** 16:23 22:25 48:10 56:11 76:14 189:24 214:6 214:18 258:22 303:3 319:15
**test** 42:19,19 43:1,7,10 44:11 62:5 95:24 98:5,10 99:1,6,9 122:9 153:23 154:6 162:8 177:24 203:4,9,12,14 203:15 204:14 204:24 205:4 205:14,15 218:25 225:3 226:12,18,22 235:17 256:10 256:17 257:7

257:21,24 265:12,19,22 277:20 283:1 283:13,16 301:3,12,13 315:18,19 319:25
**tested** 42:20 43:13 94:8,10 96:2,3 97:23 98:2 125:8 128:4 175:12 176:7,14,25 177:4 180:1 204:2 205:11 205:15 219:22 226:23 234:24 239:4 265:24 266:5 301:7
**testified** 7:7 83:7 87:24 127:24 176:2 214:14 245:21 245:22 247:8 263:12 302:11 328:9
**testify** 10:13 337:7
**testifying** 10:9 10:17
**testimony** 19:22 24:16 111:18 147:1 176:19 180:4 200:8 233:1 321:20 338:4
**testing** 33:17 43:16 44:6 62:15 64:1 96:4 154:10,16 154:21 159:15 175:22 176:9 176:11,20 180:3 186:10 186:12 219:21 225:4,18 228:5 235:2,14 238:6 238:9 257:5,18 265:21,23 283:5,7 315:18 319:23,24 327:4,12,17
**tests** 204:5,8 266:9,11 304:6 332:25
**text** 106:9 232:15
**texture** 272:6
**thank** 149:24 156:1 216:22 249:9 286:11 314:23 320:10 335:20
**thanks** 249:10
**thick** 75:24
**thing** 62:15 81:10 88:8 97:14 131:4 140:7
**things** 11:19 16:16 26:12 28:3 32:5 36:25 37:17 42:5,20 43:13 45:12,17 56:17 56:18 62:13 73:25 88:2 92:14 93:8 96:14 100:18 135:17 138:21 138:23 145:11 169:4,5 173:18 176:14 184:6 195:9 237:14 244:23 245:21 249:23 265:22 266:25 272:3 278:3 287:5,7 289:12 302:16 323:17,18 328:4 331:14 335:3
**think** 7:19 13:24,24 25:9 25:17 26:14 35:19 53:21 59:14,15,16 73:12 87:24 89:23 91:20 93:22 99:1 100:4 103:9,9 104:7 111:6 121:20 126:23 135:4 140:23 144:5 153:11 155:9 156:23 157:4 161:9 163:25 164:5 164:10,25 167:14,17 168:11 174:20 174:22 177:11 185:23 190:3 191:23 192:17 202:6 204:16 206:19,25 207:4 209:8 210:18 212:19 215:16 220:15 223:7 233:13 233:23 234:3,9 241:16 242:17 245:2,13 246:6 246:15,24 250:10 255:5 261:4 263:12 265:25 273:12 273:23 274:3 274:16 279:17 283:21 285:11 287:19,23 292:18 295:19 296:1,3 297:17 299:3 300:9,24 302:24 304:16 309:18 310:2

311:14 312:1 315:1 318:23 321:1 324:22 325:8 328:12 329:12 333:23 335:2,23,25
**thinking** 162:18 225:14 225:15
**third** 133:22 137:13 210:24 284:5
**thomas** 293:5
**thoroughly** 185:13
**thought** 98:9 99:3 178:12 206:13 304:18 305:5
**thousands** 238:15
**three** 2:15 13:25 108:12 128:22,24 134:23 137:14 137:22 155:12 156:3,5 163:24 173:16 216:24 230:16 266:2 269:3 324:24
**tie** 70:14
**tim** 138:14
**time** 6:5,13 8:8 8:21 10:21 11:6 20:5 22:6 22:9 26:13,19 27:10,10 36:12 38:5 39:7,11 41:23 47:9 50:15,16 56:18 58:15,15,19 61:1,8,10,14 66:4 68:9 71:4 71:12,17,23 88:6 93:9 94:14,16 111:7 112:19 114:1 114:15 117:4 118:15 119:5 121:18 129:13 130:9,21 142:14 147:11 159:20 175:7 177:17 179:13 180:23 181:15 181:18,22 182:11 187:25 188:24 189:9 189:12,15 190:23 191:1 193:22 196:17 197:5 202:17 209:11 212:24 213:4 216:3 220:6 222:18 224:14 225:24 226:4 229:6 235:13 247:17 248:9 255:23 257:11,14 259:23,23 260:24 261:2,6 261:9,19,22 262:4 306:8 312:1 313:15 314:1 319:7 320:22 335:6 337:11
**times** 32:5 49:13 50:11 96:19 127:1,9 193:9 229:13 230:16 238:16 256:1 266:2 274:8
**tired** 321:11
**title** 158:8 215:19 250:13 301:15
**titled** 150:1 152:6 282:11 289:15 294:10 307:7 308:25
**today** 6:4 7:12 7:15 10:9 19:22 24:16 26:12 31:10 84:6 101:3 113:2 116:14 117:21 125:15 126:12 129:20 141:8 154:15 172:15 177:21 179:13 204:23 208:10 228:11 244:18 245:3 250:17 253:23 255:8,9,10 262:5 274:15 297:17 299:3 300:24 309:14 310:6 324:5 329:5 335:11
**today's** 6:5 9:2 23:18 25:19
**together** 50:4 91:14
**told** 99:19 132:23 194:17 250:10 254:25 306:25 319:3,7 324:15
**tom** 78:15 90:13,21 155:3 155:9 317:15
**tomahawk** 72:8 72:16,19 73:5
**ton** 150:22
**tons** 82:7 149:11 150:8 150:16,23 151:1 174:16 174:19 192:22 309:4
**took** 26:23 37:19 58:15

66:2 79:22 80:1 82:25 87:25 88:3,4,6 147:19 164:2 167:2 171:3,7 179:25 209:3 209:13 215:1 218:22 235:3 263:6
**top** 105:16 106:2,9 171:23 186:23 261:12 281:24 292:20 294:11,16
**topic** 182:21 184:7 258:7
**total** 29:5 46:19 152:11,13 200:3 215:25 216:6 258:24 283:1
**totally** 93:23 227:22,23
**totes** 131:10
**touch** 15:7 66:3 66:7 76:7
**touched** 140:25 170:21
**tour** 4:7 58:11 58:18 59:3 60:3 62:24 100:21
**toured** 60:11
**touring** 58:20
**tours** 58:15,22 58:25
**toward** 210:4 271:17 288:14 290:15 294:16 302:25
**towards** 100:10 155:12 210:13
**town** 10:22 15:8 66:8 67:1 67:5,9,15,16,19 67:21,24 68:1 68:6 74:17 86:20 126:8,10 126:25 156:21 156:22,23,24 156:24 171:24 174:4 182:13 202:10 229:24 236:13,16,23 237:22 243:17 291:13 292:21 293:1,4,10 297:19 305:2 329:4,13
**township** 67:17 67:17,24 113:15 231:2
**toxicity** 116:19 116:22 117:18 161:1,3,8,11,20 162:2 313:11 313:23
**toxics** 284:3
**toxins** 116:8
**tracy** 76:6,7,11 76:14 77:4 145:1 224:12
**tradename** 106:12
**trails** 20:8,10 20:15,16,21,23 23:10 24:4 25:3 261:23,24
**train** 56:1
**trainer** 37:15 37:17
**training** 37:2,5 37:10,24
**transcript** 8:4 88:24 336:4,6 336:13 337:10 338:6
**transfer** 200:18
**transferred** 39:9
**transformed** 120:24
**transition** 17:1
**transmission** 198:22
**transmitted** 199:8
**transportation** 214:24
**transposed** 223:2,12
**transposing** 222:13
**trap** 196:10
**travel** 203:16
**treated** 38:16 39:21 120:21 158:20 314:7
**treating** 120:17 243:11
**treatment** 17:13 31:14,15 31:18,22,23 32:1,11 33:3 34:1,14,21 35:9,11 36:16 36:17,22 37:10 39:14,16,19,20 39:21 40:8,13 40:14,20,22 41:4,14,16,19 42:6 43:23,24 44:5,13,18 45:1 48:1,11 48:18,20 49:3 51:24 52:12 54:4 55:5,9,12 55:22,24 56:2 56:4,11,20 61:3,5,9,11,12 62:8 64:6 65:3 66:17,24 68:12 83:11,15 94:24 95:15 96:1 98:14 99:4,13

99:16 100:12 100:15,21 102:16 103:2,3 103:6,7 104:10 107:17 110:13 110:22 111:14 111:25 115:23 118:20 119:9 119:16 120:7 120:12,15,16 120:20,24 121:2,3,4,6 124:21 125:1 131:25 132:1,2 132:8,9,10,11 132:12,12,20 133:2,5,7 134:7,8,9,12,14 136:16 139:13 139:19 140:13 140:19 141:21 143:6 144:24 145:7 158:19 162:20,21 169:18 181:14 216:10 217:5,6 218:23 225:2,8 239:14 245:24 246:3 247:20 250:19 252:22 252:23 253:8 254:2,15 258:5 259:12 264:22 265:7,10 266:21 291:7 293:4 312:10 314:6,17 321:18 333:6,8 334:5,7,15 335:16

**treatments** 121:8 159:1

**trees** 72:14

**tremendous** 274:23

**trial** 33:17 88:4 88:9 276:16,20 276:25 277:1,8 278:13 279:8

**trials** 86:7,11 275:5,6,24

**triangle** 211:14

**tributary** 211:2

**trick** 58:6 91:23 100:5 258:25

**tried** 87:1 252:24 259:6,8 289:25 318:13

**trillion** 238:11 238:17

**truck** 65:4 69:1 69:2 77:2 170:15 212:20 213:7 242:18

**trucked** 217:4

**truckloads** 68:18,20 69:7

**trucks** 212:10 213:13,19

**true** 139:21 140:23 153:11 201:22,23 228:21 229:3 337:10 338:5

**trusting** 124:16

**truth** 337:7,7,8

**truthful** 19:22

**truthfully** 10:9 10:17

**try** 8:24 51:9 61:17 76:21 80:10 157:7 249:21 290:10 333:22

**trying** 80:2 146:24 149:3 164:5 168:5 196:10 241:7 299:9,12,15 334:24

**tube** 203:10

**tuesday** 286:19

**turkeys** 24:8,9

**turn** 90:23 94:18 108:18 109:18 112:18 116:1,2 121:9 138:9,10 139:22 148:13 149:20 172:5 178:20 217:8 224:16 267:3 280:6 281:24 290:18 294:8 299:14 325:13

**turnaround** 336:12

**turned** 129:4 149:23

**turner** 87:20

**turning** 149:4 152:5 154:22 175:11 208:15 208:21

**twice** 256:22 333:24

**two** 9:8 20:25 22:25,25 23:24 40:20 50:11 52:22 117:19 119:25 128:23 134:22 136:25 137:13,22 140:16,19 187:20 188:7 192:25 213:23 221:9,10 238:7 246:18 260:25 264:12 279:7 285:3 288:4 308:2,9 324:5 334:20

**tx** 2:11

**type** 46:21 62:15 81:10,12

85:7 105:21 118:18 162:21 202:19 204:4 223:23 233:19 253:25 255:1 275:12 325:25 328:15
**types** 28:22 223:11 252:10 305:24 330:4
**typical** 81:9,12
**typically** 26:5,6 26:7 47:9 68:23 71:7 75:23 77:18 164:9 184:5,18 203:16 212:11 230:16 256:24
**typing** 7:22

**u**

**uh** 7:25 8:3,5,5 10:23,25 36:23 37:1 38:1,4 46:25 49:19 51:25 52:19 53:13 59:6 65:20 66:19 69:2 72:17 119:4 138:19 143:25 163:20 174:15,23 191:5,19 193:14 197:20 206:1 222:3 237:24 291:15 294:12 302:9 303:1
**ultimate** 144:14
**ultimately** 132:2 150:17 243:5
**uncontaminat...** 238:7
**under** 10:11 11:1,4 39:5 61:16,22,23 95:8 96:25 97:4 171:16 180:22 188:21 210:11 211:2 211:23 217:1 253:24 268:15 270:7 282:11 283:22 308:12 311:21 314:4 315:2,6 316:14
**undergoing** 15:23
**underneath** 128:25 210:17 292:25
**underpinnings** 239:18
**understand** 7:14,20 8:10 8:16,23 16:18 16:23 17:18,22 18:4 20:14 27:22 28:18 30:1,10,19 42:24 44:16 52:2,20 56:17 64:4 75:7,13 92:1 93:6 102:6 104:4 113:23 119:11 123:17 135:9 139:25 146:24 172:14 178:22 186:18 199:25 200:21 225:21 263:8 267:2 317:16 326:16 334:21
**understanding** 8:12 9:14 12:10,17 13:1 19:5 27:19,25 29:15,18 46:22 46:25 47:1 48:1 55:10 111:15 119:5 126:4 140:1 147:1 150:7 158:25 193:21 203:22 231:11 241:13 252:4,6 254:6,9 257:15 289:5 314:16
**understood** 17:6 18:10 67:25 99:3 102:4 124:11 128:11 157:24 169:8 194:23 199:19 200:7 224:25 227:8 233:1 234:5 247:3 323:16
**undertake** 127:21 186:10
**underway** 166:4,20
**undisced** 213:3
**union** 130:4,6 130:10,12
**unique** 74:7 125:5,10,11,20 125:22,24 137:5 267:24
**uniqueness** 125:7
**united** 1:1 6:9 126:21
**university** 74:3 175:22 271:22 272:8 276:13 293:6 297:20 332:18
**unmuted** 166:13
**unusable** 138:11

**unused** 139:5
**unusual** 198:20
**update** 301:6
**updated** 172:11
**upper** 52:3 55:3 281:25
**upset** 333:16
**upsets** 333:7
**upsetting** 48:5
**upstream** 238:8 334:25
**us.dlapiper.c...** 3:13
**usable** 214:5,6 275:13
**usage** 158:16 314:4
**use** 17:17 20:20 32:8 33:25 34:23 38:24 42:9 69:14,17 86:6 87:1 96:18 103:18 103:24 104:9 115:14 119:12 121:13 143:17 173:7 233:2 241:6,9 242:9 246:16 251:23 254:2 268:4 272:4 278:25 287:22 291:17 293:2 304:21 328:13 329:21 331:5 332:1
**used** 16:20 24:7 28:10,11 29:16 29:19 31:18,21 32:1,6 33:3,6 33:10 35:6 36:6 38:19 45:6,8,13 48:2 48:5,17 66:11 71:6 74:13 85:19,23 92:23 99:18 100:2,10 101:8,25 102:8 102:10,21 104:2 105:24 105:24 111:15 115:19 117:8 118:24 120:6 122:4,11,19,22 124:21 126:2,5 126:8 134:10 140:1 144:17 145:15,17 150:23,24 159:1,23 164:8 164:11,14,14 169:21 174:21 179:4,7 182:14 215:4 232:19 242:19 246:15 248:11,23 251:6,10 252:20 253:12 253:18 254:2 254:14,21 255:11 263:22 270:11 292:5 300:19 306:5 328:9,11 330:4 330:11
**user** 55:21,24 97:13,21 121:11
**user's** 121:13
**users** 97:11,13 97:20 246:6
**uses** 160:4
**using** 49:2,10 69:11 74:1,5 104:5 114:19 142:22 184:10 184:16 259:25 272:15 329:15
**usually** 27:6 32:10 96:14 184:9 334:9
**utilized** 63:7
**uw** 155:7,10 156:10,12,14 201:8 208:8 209:5 270:1 272:23 316:18 317:6 319:7
**uw's** 201:20

**v**

**v** 1:6
**vacation** 63:25
**valuable** 74:16
**values** 307:22
**vancos** 129:2,9 129:14 138:17 146:24
**varied** 68:22 287:14
**various** 45:7,12 49:12 122:2 322:22 329:3
**vary** 150:25 287:13 309:8
**verbal** 7:23 8:1
**verify** 333:22 333:24
**veritext** 6:4
**versus** 6:9 61:2 61:9
**vests** 60:8
**video** 1:12 6:7 16:16 166:12
**videoconfere...** 2:8,12,12 3:5,9 3:13,18
**videographer** 3:19 6:2,4 89:2 89:5 157:13,16 165:14 166:21 166:24 171:19 179:19,22 220:17,20 336:1

**view** 311:22
**viewed** 271:10
**violated** 149:6
**violation** 187:23 188:1,3 188:5 189:2,6 189:10,17,18 189:21,22,24 190:1 222:10 232:10
**violations** 188:18
**visit** 61:12 139:24 168:17 168:19 184:15
**visited** 323:8
**visitor** 60:8
**visitors** 58:17 58:18,20
**visual** 218:4,4
**volume** 68:16 151:5 192:23 283:20
**volunteer** 15:9 262:20

**w**

**w** 223:10
**wacker** 3:3
**wait** 108:12,12 148:4 221:4 310:24 325:15 325:16
**walk** 49:16
**want** 8:2 15:18 15:21 39:24 60:17 61:7 91:24 92:5,20 93:14 121:9 137:11 139:22 144:1 147:22 147:23 148:17 149:2 150:6 152:24 157:25 158:2,3 173:8 173:18 178:21 182:25 196:11 197:6,9 198:2 200:20 206:17 230:6 238:14 279:14 293:15 293:17 305:18 306:19 311:18 314:3,13 318:4 324:14 325:1
**wanted** 44:11 45:16 77:23 100:22,23 115:6 121:24 135:9 143:21 143:24 184:25 203:15 204:24 205:17,24 248:15 254:2 265:5,22 267:25 327:18
**wanting** 319:15
**wants** 45:11 318:17
**warm** 77:20
**warning** 110:20 114:12 116:11 118:18
**warnings** 103:1 103:13 144:6 146:23 204:20 205:8 330:20
**washington** 3:12,17
**waste** 36:16,21 38:9 61:18 68:3,5,7 69:18 69:24 70:3,11 72:9 73:19 86:5 93:10 96:7,12,15 110:1,23 119:3 119:7,18,19 120:8 125:4,19 131:24 139:8 139:10 171:6 171:13 246:8 246:14,25 275:8,16 299:25 316:22 325:24 326:19 326:20,21 327:5,13 328:4
**wastes** 248:14
**wastewater** 17:13 31:22 34:1,20 35:11 37:10 39:14,20 39:21 43:23,24 44:5,18 47:25 48:11 51:23 54:4 55:5,9,12 55:22 56:2,3 56:20 61:2,5,9 64:5 66:16,24 68:12 83:11,16 83:19 90:18 93:14 94:24 95:3,25 98:14 99:4,13 100:12 100:15 102:15 103:2 104:10 107:16 110:13 110:22 111:14 111:25 115:23 118:20 119:9 120:7,11,15 121:3 124:21 125:1 133:4,7 133:16 136:16 139:13 140:13 140:19,21 141:21 143:6 144:24 169:18 181:14 216:10 217:5 225:2,8 239:14 245:23 245:24 246:2

247:20 248:20 248:25 249:4 250:19 252:22 252:23 254:2 254:15 258:5 259:11 265:7,9 265:13,16,20 265:24 266:17 266:18,20,21 280:8 282:8 291:7 293:3 298:9 312:10 314:17,22 321:18 333:8 334:4,7,14 335:15
**water** 32:1 37:9 38:19 42:9 45:6 46:13 83:20 95:8,19 95:20 108:5 113:15 140:24 153:1 158:20 203:10 210:12 211:7,22 212:7 216:12,13,25 217:4,13,15,18 217:19,23 218:6,10 225:16 238:6 238:16,24,25 244:3 288:23 298:13 305:21 314:7 320:1 323:15
**watering** 32:17
**waters** 18:2
**wau020000757** 5:12
**wau020000773** 5:12
**wau020001283** 5:10
**wau020001314** 5:10
**wau020002695** 4:23
**wau020002696** 4:23
**wau020002706** 5:2
**wau020002708** 5:2
**wau020002727** 4:21 185:3
**wau020002728** 4:21
**wau020002734** 5:8 269:9
**wau020002747** 5:8
**wau020002850** 4:25
**wau020002851** 4:25
**wau020002857** 5:16
**wau020002870** 5:16
**wau020002891** 5:6
**wau020002905** 4:11 89:21
**wau020002906** 90:24
**wau020002937** 89:22
**wau020002938** 4:11
**wau020003008** 5:14
**wau020003021** 5:14
**wau020006659** 5:4
**wau020006660** 5:4
**wau20002695** 190:6
**wau20002706** 207:23
**wau20002850** 197:16
**wau2002891** 221:12
**wau30006659** 216:21
**wausau** 2:13,13 2:18,18 6:19 6:21 10:18 11:3,4,8 30:10 72:22,25 73:12 73:18 96:17,21 96:25 97:11 101:5 105:2 130:20,22 138:17 139:24 140:2 162:5 172:23 173:12 191:1 233:15 233:15 249:15 250:4 254:8,12 254:19 255:15 256:10,16 257:5,6,20 258:12,17,20 259:1,4,6,12,16 259:19 260:3,7 262:1,11,23 263:10 264:13 265:12 273:14 279:10,16 282:17 286:8 289:25 293:11 295:13 298:19 298:24 301:2 303:5 305:9 313:8 320:8
**way** 12:20 22:1 24:5 26:25 48:7 64:24 68:17 74:1 119:9 121:23 130:8 132:11 136:23 151:1

181:9 184:6,13 186:8 205:12 212:6 234:11 241:2,10 259:17 267:20 312:13 317:16 324:12 325:20
**ways** 22:10 27:16 54:24 261:8
**wdnr** 255:17 255:21 256:3,6 256:9,17,20 257:7,16,21 258:3,8,16 263:14,17 264:1,10,25 268:7 269:16 275:25 281:8 282:17 283:7 283:19 285:15 286:8 293:23 295:9 298:14 298:18 301:6 301:11 303:9 303:12,16,23 304:1,4,7,22 305:9 315:12 315:23 317:15
**we've** 60:16 73:3 91:5 105:22 107:13 167:4,11 170:11 181:24 204:19 207:24 208:10 214:13 253:21 273:21 274:15 290:17 299:3 302:21 306:23,23
**wear** 60:11
**wearing** 60:7
**weary** 326:15
**week** 198:16 201:6 266:2
**weekly** 266:3
**weigh** 206:6
**weight** 151:3
**wells** 18:1 96:3 126:25 237:21 238:1,6,7,10 244:3 305:21 320:1
**went** 37:6,12 39:15,16 40:7 40:12 41:12 42:6 51:11,11 51:13 62:13 63:25 66:25 85:8 86:22 120:1,2 131:24 157:20 163:25 164:3 165:11 178:11,15 216:9 256:1 259:23 267:7 309:21 318:24
**west** 3:3 68:6 74:17 86:20 130:17 156:23 202:9
**western** 1:1 6:10
**wet** 46:8,9,12 46:24 150:10 150:22,22 323:9,10
**what'd** 129:16
**whatever's** 136:11
**whatsoever** 151:22 158:15
**when's** 129:13
**white** 83:20 92:20,20
**wi** 3:8
**wi0003026-6** 191:9
**widely** 126:2,5 199:16
**wider** 174:11
**widespread** 231:1
**wife** 260:25
**william** 129:1,9
**willing** 19:21
**wind** 288:23 314:16
**window** 27:13
**winston** 3:3 6:22
**winston.com** 3:5
**winter** 86:25 279:8 308:8 317:24
**wire** 44:23 45:17,21 46:1 51:7
**wisconsin** 1:1 2:3 6:8,10 35:1 72:6 74:4 93:23 120:2 126:15 133:24 175:22 199:18 202:3 213:13 230:3,9 231:2 237:13 255:17 271:23 275:15 276:13 280:4 280:20 293:6 297:21 303:14 332:10,15
**wisconsin's** 272:9
**wishes** 285:4
**withdraw** 285:18
**witness** 6:15 7:6 15:21 87:13 109:16 113:19 141:17 146:11 147:24 148:17,20 178:2,4 197:2

197:4,8 220:5 231:14 273:19 279:24 325:5,7 325:9 338:3
**witnessed** 240:7
**wmc** 1:6 6:11
**wn** 223:10
**woman** 168:2
**wood** 92:19
**word** 16:20 28:24 106:21 152:11 226:16 226:17 326:17
**worded** 249:2
**words** 70:10 102:4 267:17 287:11 305:21
**work** 11:1 20:1 20:9 21:19 22:2 23:6,9 29:24 47:25 56:6,7 60:23 64:4 77:2 88:3 93:4 94:2 102:11 111:23 112:8 115:22 134:2 140:2 158:14 162:14 178:11,15 181:3,6 206:12 231:19,20 232:24 233:12 240:7 244:21 258:25 261:23 262:1,20,24 263:10 264:6 268:7 310:25 311:6 323:7
**worked** 10:21 11:11 26:6 33:18 37:7,11 41:23 48:25 56:4 59:15 63:22 64:25 70:24 72:11 74:25 77:18 88:2 91:14 94:14 102:14 106:19 107:17 114:15 121:18 124:8 163:10 178:10 188:13 216:3 232:12 252:11 254:12 254:19 255:12 260:6,17 262:25 263:2 268:8
**workers** 14:24 16:1 98:13 117:14,16 118:8
**working** 20:22 25:22 26:19 36:9 39:1 63:18 86:8 88:5 94:6 111:7 118:19 119:6 130:9,24 136:20 139:9 147:9 162:23 178:13,14 190:11 195:11 241:12 250:4 257:20 263:11 272:7 276:14 298:24 311:7 320:19 321:3
**works** 11:21 131:5 264:8
**world** 123:22
**worry** 178:3
**would've** 67:8 131:19 163:14 249:1 311:10 320:21
**wpdes** 152:19 191:5 281:11 281:16,20 291:24 300:13 324:19,21
**wpr** 231:4
**write** 7:24 24:23
**writing** 284:23
**written** 101:16 188:12 232:11 244:17 292:4
**wrong** 50:13 189:2 325:15
**wrote** 278:24
**wss** 223:10
**www.wpr.org** 230:2

**x**

**x** 50:11,11

**y**

**yard** 36:19
**yards** 239:9
**ye** 307:2
**yeah** 28:3,15 30:15 34:10 40:6 44:12 45:12 46:4 49:19 51:15 53:6 59:8 60:19,22 63:23 64:1 68:19 72:11 75:12 82:3 83:14 84:25 86:15 87:8,17 88:1 88:25,25,25 89:17 92:7 97:14 98:15 99:5 104:6,19 108:23 111:2 118:11 123:21 124:5,7,9 130:21 133:17 135:7 136:1 137:18,24 138:4 143:2

145:20,25 146:5,19 147:10 149:3 151:20 154:4 154:19 157:11 167:14 168:4 174:22 178:7 186:19 193:7 193:11,23 194:10 197:2 198:4 199:5 202:1,9,9 205:21 207:15 215:1 218:19 225:14,22 226:3,22 227:19 229:25 231:21 233:6 234:3 236:23 237:3 243:4 247:6 254:9 259:23 261:11 262:22 263:19 264:12 266:7 266:23 268:19 276:3 279:20 296:6 298:11 298:17 301:21 302:20 303:17 310:9 311:3 313:1,22 325:8 325:12,17 332:5 333:18 333:20 335:18

**year** 11:10 22:25 36:9 175:4,10 213:4 217:3 222:10 256:1 259:3 263:6 298:20 298:23

**years** 13:23,25 16:7 21:17 23:2,4 37:8,11 38:14,21 69:10 69:13,21 72:9 75:4 76:11 84:14 124:8 177:18 178:11 198:13,13,13 237:9 250:8 256:25 259:2 262:5 263:3,11 273:6 281:13

**yeast** 38:10,12 38:17,20,25 39:4,13 40:12 41:20 70:12 74:9 83:20 94:25 95:5 245:22,23 267:22

**yep** 87:11 106:4 108:13 140:3 149:22 269:4 302:22 310:22

**yesterday** 9:4,6 129:15

**yield** 271:6

**york** 2:16

**z**

**zero** 108:1

**zinc** 152:13 283:7

**zoning** 21:14 290:20 291:2 291:12 292:6 297:19

**zoom** 8:10 9:3 16:12 165:19 165:20 166:13 173:2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.