# EXHIBIT 48

HARTFORD

REPORTING & TECHNOLOGY

Jerome Neis

11/6/2025

Lucas Rougeau, et al. vs 3M Company, et al

**Hartford Reporting & Technology**

**7733 Forsyth Boulevard, Suite 1100**

**St. Louis, Missouri 63105**

**(855) 443-3767**

**www.hartfordreporting.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated, )
Plaintiffs, )
v. ) Case No. 3:23-cv-546-WMC
3M COMPANY, et al., )
Defendants. )

THURSDAY, NOVEMBER 6, 2025

\- - -

Remote Videotaped Deposition of JEROME NEIS, taken pursuant to notice and conducted at the location of the witness in the City of Rhinelander, State of Wisconsin, commencing at 9:29 a.m., CST, on the above date, before Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, Certified Shorthand Reporter in California, Illinois & Texas, and Certified Court Reporter in Missouri.

Job No. 2730

HARTFORD REPORTING & TECHNOLOGY, LLC
7733 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 727-0005



R E M O T E   A P P E A R A N C E S

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
BY: ANDREW CVITANOVIC, ESQ.
andrew@cossich.com
BY: LOUISE R. CARO, ESQ.
louise@cossich.com
BY: DAVID A. PARSIOLA, ESQ.
david@cossich.com
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Tel: 504-394-9000

and

BARON & BUDD, P.C.
BY: BRETT LAND, ESQ.
bland@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Tel: 214-521-3605
Counsel for Plaintiffs

DECHERT LLP
BY: MARINA SCHWARZ, ESQ.
marina.schwarz@dechert.com
Three Bryant Park, 1095 Avenue of the Americas
New York, New York 10036-6797
Tel: 212-698-3500

and

DECHERT LLP
BY: MICHAEL A. FAZIO, ESQ.
michael.fazio@dechert.com
Cira Centre, 2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Tel: 215-994-4000
Counsel for Wausau Paper Corp., Wausau Paper Mills LLC



R E M O T E   A P P E A R A N C E S (Cont.)

ARNOLD & PORTER
BY: KRISTEN PROE KENDALL, ESQ.
kristen.kendall@arnoldporter.com
1144 Fifteenth Street
Suite 3100
Denver, Colorado 80202-2848
Tel: 303-863-1000
Counsel for Defendants Ahlstrom Rhinelander, LLC, Ahlstrom NA Specialty Solutions, LLC, and Ahlstrom NA Specialty Solutions Holdings Inc.

EIMER STAHL LLP
BY: AMY MILLER, ESQ.
amiller@eimerstahl.com
2 East Mifflin Street
Suite 703
Madison, Wisconsin 53703
Tel: 608-620-8347

and

DLA PIPER
BY: ANNA K. EOVIERO, ESQ.
anna.eoviero@us.dlapiper.com
1251 Avenue of the Americas, Floor 27
New York, New York 10020-1104
Tel: 212-335-4500
Counsel for BASF Corporation

WINSTON & STRAWN LLP
BY: BRYCE COOPER, ESQ.
bcooper@winston.com
300 N. LaSalle Drive
Suite 4400
Chicago, Illinois 60654-3406
Tel: 312-558-5600
Counsel for 3M Company

ALSO PRESENT:

DAVID LANE - Videographer



I N D E X


| | Page |
|---|---|
| JEROME NEIS | |
| Examination by Mr. Cvitanovic | 6 |
| Examination by Ms. Miller | 126 |
| Examination by Ms. Schwarz | 129 |
| Examination by Mr. Cvitanovic | 161 |
| Examination by Ms. Schwarz | 171 |
| Certificate of Court Reporter | 172 |
| Letter for Signature | 173 |
| Signature Page | 174 |
| Errata Sheet | 175 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | MSDS for FC-807 Scotchban 3M_ROUGEAU_00000001 through 4 | 53 |
| Exhibit 2 | Document describing Scotchban Brand Protector FC-845 3M_ROUGEAU_00000052 through 53 | 61 |
| Exhibit 3 | Purchasing Agreement Letter 3M_ROUGEAU_00004146 through 4147 | 66 |
| Exhibit 4 | Letter from the State of Wisconsin Department of Natural Resources to Wausau Paper Corp. dated September 26, 2025 Subject: Reported Contamination in the Town of Stella, Oneida County, Wisconsin DNR BRRTS Activity #02-44-591257 | |
| Exhibit 5 | Letter from 3M to Bill Vancos dated February 22, 1999 RE: Follow-up to Visit of February 5, 1999 3M_NYLAAN01231319 through 1321 | 82 |
| Exhibit 6 | MSDS for FX-845 Scotchban Brand Protector 3M_ROUGEAU_00000005 through 7 | 92 |
| Exhibit 7 | Air Pollution Control Permit Application | 149 |
| Exhibit 8 | MSDS for FC-807 Scotchban Brand Paper Protector 3M_ROUGEAU_00001366 through 1369 | 154 |
| Exhibit 9 | MSDS for FX-845 Scotchban Brand Protector 3M-ROUGEAU_00003527 through 3531 | 157 |



P R O C E E D I N G S

(Thursday, November 6, 2025 at 9:29 a.m. CST)

THE VIDEOGRAPHER: We are now on the record. Today's date is November 6, 2025. Our time on the record is 9:29 a.m. Central Time.

My name's David Lane, legal videographer for Hartford Reporting & Technology.

This deposition is being held in the matter of Lucas Rougeau, et al. versus 3M Company, et al.

Our deponent today is Jerome Neis.

Counsel will be noted on the stenographic record.

Our court reporter today is Jennifer Dunn, and will now swear in our witness.

JEROME NEIS,

of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Plaintiffs, as follows:

EXAMINATION

BY MR. CVITANOVIC:

**Q Mr. Neis, we haven't met before. My name is Andrew Cvitanovic. I'm going to be taking your deposition today.**

**Have you ever given a deposition before?**

A No, sir.



**Q Okay. It's pretty simple. It's going to be a question and answer session. I'm going to be asking questions. The court reporter, who just swore you in, is going to be typing down those questions, and I'm going to be looking for clear, verbal responses from you; yes, no, or whatever else might be appropriate so that the court reporter can type that all down.**

**Do you understand?**

A Yes, sir.

**Q Mr. Neis, do you understand the purpose of this deposition today?**

A Yes, I do.

**Q Okay. And what is your understanding of the purpose of this deposition today?**

A It's my understanding that you are going to ask me certain questions with regard to the lawsuit involved.

**Q Okay. What's your understanding of the lawsuit involved?**

A My understanding is that the plaintiffs have filed a suit against certain entities because of contamination of groundwater.

**Q Okay. Do you know which entities have been named as defendants in the lawsuit?**

A I know some of them, the Wausau Papers and Ahlstrom. I'm not sure who else is involved.



**Q Okay. Is it your understanding that other defendants, besides Ahlstrom and Wausau Paper, have been named as defendants?**

A I'm not sure about that, sir.

**Q Okay. And what's your understanding of the location of the contamination that is alleged in the lawsuit?**

A The alleged contamination, as I understand it, is in the Starks area.

**Q Okay. And where is the Starks area in relation -- well, let me ask this, let me back up a little bit.**

**Where are you today?**

A I'm in the City of Rhinelander.

**Q And where is the Starks area in relation to the City of Rhinelander?**

A East. It's about, on average, probably five miles east of Rhinelander.

**Q Okay. Have you been there before in the Starks area?**

A Yes, sir.

**Q Okay. And where do you live, sir?**

A I live just north of Rhinelander.

**Q Okay. Approximately how far?**

A I'd say two miles north of the city limits.

**Q Okay. And how long have you lived there?**

Page 9

A Since 1970.
**Q In the same home?**
A The same home.
**Q Okay. So you've been living continuously in the Rhinelander area since 1970?**
A Yes, sir.
**Q Okay. And have you been to the Starks area before?**
A Yes.
**Q On more than one occasion?**
A Yes.
**Q All right. And what's your understanding of the -- the contamination in the Starks area?**
MS. SCHWARZ: Objection to form.
THE WITNESS: My understanding is that there was -- there was alleged contamination of groundwater in that area.
BY MR. CVITANOVIC:
**Q Okay. And what's -- what are the sources of that understanding?**
A From what I read in the paper, the sources of -- the accusations have been that it was from fiber cake from the -- from the Rhinelander Paper Company.
**Q And do you have any personal knowledge about the application of fiber cake from the Rhinelander Paper Company?**

Page 10

A Yes, sir.
**Q Okay. Do you have any personal knowledge about alleged contamination in the area around Starks?**
A I've -- through the media, yes, sir, I understand there was alleged contamination, yes, sir.
**Q Have you spoken to anybody about alleged contamination in the Starks area?**
MS. SCHWARZ: Mr. Neis, I'm just going to caution you. Mr. Cvitanovic is not asking about any discussions you may have with Michael or myself with your lawyers. Andrew, I assume that's what you mean outside the presence of counsel.
MR. CVITANOVIC: Let me rephrase. Let me back up a little bit.
BY MR. CVITANOVIC:
**Q Mr. Neis, are you represented by counsel today?**
A Yes, sir.
**Q And who have you retained to assist you in this deposition?**
A Who have I, what was that?
**Q Who have you hired to assist you with this deposition today?**
A I have a -- I haven't hired anyone. I'm just being a represented by those that are representing Wausau Papers.

Page 11

**Q Okay. I understand.**
**And have you met with attorneys in preparation for today's deposition?**
A Yes, sir.
**Q And when did you meet with attorneys in preparation for today's deposition?**
A Probably three times in the last few weeks.
**Q Do you know the names of those attorneys?**
A The two that are here, yes.
**Q Okay. Other than the two that are with you in the room, Marina Schwarz and Michael Fazio, have you met with any other attorneys in preparation for your deposition?**
A No, sir.
**Q I'm sorry, you said: "No, sir"?**
A No, sir.
**Q Other than those two previously mentioned attorneys, have you met with any other attorneys for Wausau Paper since your retirement? Let me ask you this: Are -- have you retired from the paper mill?**
A Since I retired, no, sir, I haven't.
**Q Okay. So other than conversations you've had with Ms. Schwarz and Mr. Fazio, have you had any conversations with anybody about the contamination in the Starks area?**
A The only conversation I had was with my assistant. I had a short phone call with him probably two weeks ago.

Page 12

**Q And you said that was your assistant?**
A The gentleman that worked for me back at Rhinelander, yes, sir.
**Q And who is that person?**
A Hanson.
**Q Okay. And what did you and Mr. Hanson discuss?**
A Really the only thing I -- I called him and -- and left a message basically and said that I had been asked for a deposition, and I want to -- have a hard time because I can't remember much of what went on at the company at that time. That was a message.
And then he called back, and I didn't respond at that time. Then I had, you know, that was not a conversation. That was just a message I left.
And then I talked to him probably a week later and asked him what his schedule was, and that's all we discussed, and we -- we -- we knew that we shouldn't be talking about it, so we said goodbye and that was the end of it.
**Q Why did you feel that you shouldn't be talking about it?**
MS. SCHWARZ: Objection to form.
THE WITNESS: I believe that, yeah, we -- we were not supposed to discuss the -- the trial with

Page 13

anybody.

BY MR. CVITANOVIC:

**Q Okay. When is the last time that you -- have you been compensated in any way for the work that you have done in preparation for today's deposition?**

A No, sir.

**Q And no monetary compensation, no payment?**

A Correct.

**Q Okay. Do you have any kind of contractual obligation to the present or former owners of the paper mill to --**

A No, sir.

**Q Okay. Well, let me finish the question.**

MS. SCHWARZ: Let him finish, Mr. Hanson. {sic}

THE WITNESS: Oh, I'm sorry. I thought you were done.

BY MR. CVITANOVIC:

**Q Do you have any contractual obligation to the present or former owners of the paper mill to cooperate in the prosecution or defense of this case?**

A No.

**Q Okay. And so you've appeared willingly today without a subpoena being issued on your own free accord?**

A Yes.

Page 14

**Q Okay. Other than Mr. Hanson, have you spoken to anybody else about the contamination in the Starks area?**

A No, sir.

**Q Okay. Earlier you mentioned that you might have a hard time remembering some of the things that happened at the mill a long time ago; is that right?**

A Yes.

**Q Is there anything that would prevent you from giving your best estimate, your best testimony today regarding what you can remember?**

A I -- I intend to give the best testimony as I can recall, so, yes.

**Q Okay. And not to be insulting, but not under the -- you're not under the influence of any drugs or alcohol or medication that would prevent you from giving testimony today?**

A No, there's nothing.

**Q Okay. And no other condition that would prevent you from being able to give testimony today under oath?**

A No, sir.

**Q Okay. What was your last employment prior to your retirement?**

A I -- I had a business. It was not employment, but I ran a business.

**Q What was that business?**

Page 15

A A gas station convenient store.

**Q Did you own the gas station?**

A Yes, sir.

**Q And where was it located?**

A In Rhinelander.

**Q Where was it located in Rhinelander?**

A On the west side of town on the corner of River Street and Highway 47.

**Q Okay. And how long ago did you stop managing that business?**

A Well, I actually built the business with a partner while I was with the company and immediately after retiring from the company I spent full time at the -- at the business.

**Q Until when -- until when? Are you still running the business?**

A No, sir. I sold it about five years later.

**Q And is that the last time you had gainful employment?**

A Yes, sir.

**Q Okay. What year did you retire from the mill?**

A 1999.

**Q And how old were you in 1999?**

A Well, what, 54? I was born in '45, so I had -- let's see, that's -- 64. I don't know. I got to do the math here. I was born in '45, so 55.

Page 16

**Q Okay. And that was pretty young to retire.**

**Did you -- did you retire for any medical reasons or any reasons with the company?**

A No. I was comfortable with what we had. My wife was still working, so I felt we were financial okay, so I retired.

**Q Okay. And do you receive any kind of pension from the paper mill?**

A No.

**Q Okay. So is it safe to say that you haven't received any compensation from the paper mill since 1999?**

A That's correct.

**Q Okay. At the time of your retirement in 1999, how long had you worked at the paper mill?**

A 10 and a half years.

**Q I'm sorry. I didn't catch that.**

A 10 and a half years.

**Q Okay. And what was your position -- or what -- if there were more than one, what were your positions at the paper mill?**

A Manager of environmental control.

**Q And that was your position the entire time?**

A Yes, sir.

**Q Okay. And what paper mill were you assigned to?**

A The Rhinelander mill.
**Q Okay. Where did you work prior to the Rhinelander paper mill?**
A I worked with the Department of Natural Resources.
**Q Did you work with Mr. Hanson?**
A Yes, sir.
**Q Did you come over around the same time?**
A No. He came over after I was -- after I was there. I had another subordinate who left the mill after a couple of years and then Guy Hanson came over after that.
**Q Okay. So you were there a little bit before Mr. Hanson?**
A Yes.
**Q Okay. How long were you working for DNR?**
A 18 years.
**Q Okay. And where did you work prior to DNR?**
A Nowhere. That was my first position, yeah.
**Q Okay.**
A Out of college.
**Q Out of college. Okay.**
**And where did you go to college and what degree did you obtain?**
A Marquette University.
**Q What was your degree?**
A Civil engineering.



**Q Okay. At some point in time after leaving Marquette, did you ever obtain your certification as a professional engineer?**
A Yes.
**Q And how long after leaving Marquette?**
A I don't recall exactly how long, but it was -- it was within a -- within a couple of years, I know, that I took the exam. I don't know the exact date.
**Q Okay. And what positions did you hold with DNR?**
A I was -- I was actually there for nine years as an environmental engineer and a district engineer. And the second nine years was -- I was a construction manager.
**Q Help me you understand a little bit about your areas of responsibility. What were you doing as a construction manager or what were you doing as an environmental engineer?**
A A environmental engineer was responsible for working with industrial wastewater treatment systems, municipal wastewater plants and water supplies to ensure compliance with state and federal permit limitations.
And the second part, when I was a construction manager, it was my responsibility to oversee construction of wastewater -- municipal wastewater treatment plants that were receiving state grants.
**Q Okay. And where were you phys -- what office did you work out of when you worked for DNR?**



A At the beginning in 1969, I worked in Wisconsin Rapids, where the district office was at that time, and then the district office moved to Rhinelander in 1970, and I was there ever since after that.
**Q Okay. And why did you make the move from DNR to the Rhinelander paper mill?**
A The previous environmental manager at the mill moved to Alabama and the vice president of technical actually called me and asked me if I would be interested in interviewing for the job.
**Q And who was that VP of technical?**
A Bob Switzer. Robert Switzer.
**Q Okay. And who is the environmental manager who retired and moved to Alabama?**
A I think it was Bill Nichols.
**Q Okay. So when you started off at the -- at the paper mill, you came on as the manager of -- you said the environmental manager?**
A Manager of environmental control was my title.
**Q Okay. And what was your responsibility?**
A My responsibility was to make sure that the air emissions and solid waste requirements and wastewater discharges met all state and federal requirements.
[redacted]



[redacted]

Page 21

[redacted]

**Q Okay. And where was your office physically located at the mill?**

A Well, when I first started it was in a very small office on the first floor, but then they did some remodeling and I was on the second floor, had an office there in the mill.

**Q Was it on the same side of the river as the wastewater treatment plant?**

A No. The wastewater treatment plant was on the other side of the river.

**Q Okay. How far was your office from Mr. Switzer's?**

A He was on the first floor, less than five minutes away.

**Q Okay.**

A I don't know.

**Q Your best estimate. That's fine. Walking -- a**

Page 22

**short distance, right?**

A Yeah. Yes. Just walk down the stairs and turn to the right and there he was.

**Q Okay. How far was your office from Mr. Katchko's when he was your supervisor?**

A He was across the street in the administration building.

**Q Okay. During the time that Mr. Katchko was your supervisor, would you see him every day?**

A I saw him in the morning meetings every day.

**Q Okay. And five days a week there would be a morning meeting?**

A Actually, there was morning meetings seven days a week, but five days a week, and then probably once a month I was on weekend duty and I would attend those meetings during those times.

**Q Okay. In preparation for today's deposition, did you look at any documents?**

A Yes, I did.

**Q And what documents did you look at?**

A There were several. Many, many, that were shown to me. I don't know exactly how many.

**Q Okay. Did any of them have your name on them?**

A Yes.

**Q And what kind of documents did you see that had**

Page 23

**your name on?**

A As I recall, some were letters. Some were reports. Bi-quarterly reports. There was some memos between people in the -- in the -- in the mill.

Various -- various things.

**Q So those quarterly reports, were those reports to DNR?**

A From -- the quarterly reports, which specific -- I mean, they were -- they were landfill reports. The wastewater did not have quarterly reporting.

**Q And you also mentioned that you looked at letters that had your name on them. Were those letters to anyone in particular?**

A I can't recall. I'd have to look at them again. I'm not sure.

**Q Okay. In your role as the manager of environmental control at the mill, did you have to interact regularly with DNR?**

A Yes. Mr. Hanson probably dealt with them more when there was questions, technical questions and so forth. I would -- my main contact with the DNR district office was with our air pollution expert because I was fully in charge of the air program, but I wouldn't -- I wouldn't say no, it was not a regular contact. It was -- they might call me and ask me a question or if I had a question I would call them,

Page 24

but it was not on a regular basis.

**Q Okay. During the time that you worked at the mill, did you use e-mail?**

A You know what, I can't recall if I did or not. I really can't recall.

**Q No problem. You mentioned quarterly reportings related to landfill.**

**Do you remember that?**

A Yes.

**Q Did the paper mill have its own landfill during the time that you were a manager of environmental controls?**

A Yes, we did.

**Q And where was that landfill located?**

A Located north of town in the town of Pine Lake.

**Q How far is that from the paper mill?**

A About 10 miles.

**Q Do you know what year that landfill was opened?**

A No, sir, I don't.

**Q Was it open prior to your arrival at the Rhinelander paper mill?**

A Yes.

**Q And do you know when that landfill -- do you know if that landfill closed?**

A It was not -- it was not closed in my tenure, and I haven't followed its progress since then, so I don't know

Page 25

if it's totally closed or not right now.

**Q Okay. Did the Rhinelander paper mill use that landfill for disposal during the time that you were the manager of environmental controls?**

A Yes.

**Q It did?**

A Yes.

**Q Okay. Sorry. Sometimes with the Zoom it makes it hard to hear.**

**What did the Rhinelander paper mill use the landfill for -- or excuse me.**

**What did the Rhinelander paper mill dispose of in that landfill?**

A It disposed of the sludge from the wastewater treatment plant and fly ash from the boilers.

**Q Okay. And what is fly ash?**

A Fly ash is the ash from coal firing.

**Q All right. And what is the sludge?**

A Sludge was the materials that was removed from the wastewater during the treatment system.

**Q And what does the sludge consist of, what's its composition?**

A When we first started, the sludge consisted of mainly fiber because the primary system was basically a physical treatment system.

Page 26

After the secondary treatment system was built, it contained biomass that had -- was used during the biological treatment.

**Q Okay. When was the secondary treatment system built?**

A I don't know exactly, but I'm guessing it was around '95. I don't know the exact year.

**Q Okay. And you said the primary source prior to the secondary treatment was from fiber?**

A The -- the -- the primary treatment system removed solids from the wastewater and the solids were primarily fiber.

[redacted]

Page 27

[redacted]

BY MR. CVITANOVIC:

**Q Okay. Mr. Neis, I think you're doing a great job, so just keep up the good work.**

A Thank you.

**Q So do you know what types of paper you made with the paper machines at the Rhinelander paper company?**

A Well, there was several. And just -- as I recall, they made a, what they call a grease-proof paper, medical grade papers.

They were specialty papers that -- used for things that were -- for, obviously, a special purpose, and then they also made a silicone-coated paper.

**Q Okay. Do you know how -- what was involved in the -- in the manufacture of specialty grease-proof papers?**

A Not really. I -- I -- I never got involved in what went into the papermaking process. I was more

Page 28

concerned with my wastewater treatment plant.

**Q Understood.**

**Did you ever -- had you ever been in the paper making side of the plant?**

A Yes. I was in the mill a lot, yes.

**Q Okay. Have you had an opportunity to see them making paper in the -- in the paper mill?**

A Yes, sir.

**Q Do you have a general kind of lay person's understanding of the papermaking process at the Rhinelander paper mill?**

A Yes, I do.

[redacted]

Page 29

[redacted]

Page 30

[redacted]

Q Okay.

MS. SCHWARZ: Mr. Hanson {sic}, you don't want to assume, so if you know, please let Mr. Cvitanovic know.

THE WITNESS: Okay. Yeah.

MS. SCHWARZ: Mr. Neis. I'm sorry.

THE WITNESS: Yeah. I -- I -- I can't assume, so I --

BY MR. CVITANOVIC:

Q No. And I don't want you -- I don't want you to assume, but sometimes, I think you can recognize, Mr. Neis, we know things to be true even if we didn't see it, even if we didn't firsthand experience something.

Page 31

You're familiar with that kind of concept, right?

MS. SCHWARZ: Object to the form.

THE WITNESS: Yeah. Yes. I guess so.

BY MR. CVITANOVIC:

Q And so you know that you worked at a specialty paper mill that created coated papers, right?

A Yes.

Q And you were the manager for environmental controls, correct?

A Yes.

Q And you were responsible for the wastewater treatment plant that received influent from a paper mill that used certain chemicals, right?

A Yes.

Q And it was your job, you were the person responsible to make sure that whatever went into the wastewater treatment plant and came out the other side was -- met all of the minimum environmental requirements for that discharge, right?

A Correct.

MS. SCHWARZ: Object to the form. You can answer.

BY MR. CVITANOVIC:

Q So you had more than just a passing knowledge of the operations at the paper mill. You had to in order to be able to fulfill your role, have a pretty good understanding of what was taking place in the paper mill; isn't that right?

Page 32

MS. SCHWARZ: Objection to form.

THE WITNESS: Yes. I guess -- yes.

BY MR. CVITANOVIC:

Q Because if you had an upset in the wastewater treatment plant, you needed to go to the paper mill and investigate what was causing that problem?

A Yes.

Q And I'm not -- I'm not asking you to guess. I'm not asking you to pull numbers out of the air, but just in a basic sense, you're aware, as you sit here today, that chemicals were used in the creation of papers and they had to either be applied on the wet end or they had to be applied as a coating on the dry end, right?

A Yes.

Q And you're aware, as a general concept, that that is what occurred at the Rhinelander paper mill?

A Yes.

Q Okay. And that's -- that's all I'm trying to understand. If you -- if you don't have specific recollections of something, let me know, but if you can give me your best possible answer so that you can convey the information necessary for me to understand what happened,

Page 33

**you know, 25 years ago, just do the best you can. Okay?**
A Thank you.
**Q During the papermaking process, did you have an appreciation of -- or let me ask -- let me back up a little bit.**
**As a manager of environmental controls, did you have any responsibility for tracking the use of chemicals at the Rhinelander paper mill?**
A Through the MSDS sheets, yes.
**Q Okay. Explain that to me. What does MSDS stand for?**
A Material Safety Data Sheets.
**Q And what are those used for?**
A They're used for -- the supplier provides those for materials that come in and they're used for determining whether there's health issues, safety issues, environmental issues, pretty much describe the product and -- and -- and what its uses are and what -- basically what everything you need to know about that -- that product as a consumer.
**Q Okay. How to use the product?**
A I'm not sure how they would say how to use it in the production, but I guess -- I'm not sure how you -- what you're asking here, but how you use it in production.
**Q That's a fair question. Let me ask you this: Did it -- did it describe the -- some minimum safety measures**

Page 34

**for handling the product?**
MS. SCHWARZ: Objection to form.
THE WITNESS: I -- that -- that was not in my responsibility as far as handling the project, no.
BY MR. CVITANOVIC:
**Q Okay. Because your role was more environmental rather than safety?**
A Correct.
**Q Okay. So with respect to the MSDSs, what portions of the MSDS would be your concern?**
A Disposal and -- yes, disposal of it.
**Q Okay. And what was your responsibility at the Rhinelander paper mill for MSDSs?**
A I would review them for environmental concerns.
**Q Whose job was it at the Rhinelander paper mill to obtain MSDSs for use at the mill?**
A I don't know for sure. I don't know who got them first or who they were sent to first.
**Q When you were working at the mill and you needed an MSDS, where did you go to get them?**
A They were routed to me.
**Q By whom?**
A I don't recall who reviewed it and sent it to me. I don't know the routing it took.
**Q Okay. If you had questions about the MSDSs that**

Page 35

**were routed to you, where would you go with those questions?**
A I'd go to Mr. Switzer.
**Q Okay. And after his retirement, who did you go to?**
A Mr. Katchko.
**Q Did you ever have any conversations with Mr. Switzer about fluorochemicals?**
A I don't recall ever having a conversation regarding that, no.
**Q And when I say "fluorochemicals," how did you understand that term?**
A I -- I really didn't know much about fluorochemicals. I still don't, but I don't recall ever having a discussion of anything in that regard with Mr. Switzer.
**Q Okay. What about with Mr. Katchko?**
A The same thing. No, I don't recall any conversations there.
[redacted]

Page 36

[redacted]
**Q Okay. So what was your role with respect to MSDSs in the mill? What would you do with those MSDSs that were routed to you?**
A Review them for, as I said before, I'd review them for materials that would affect the treatment plant in -- with respect to meeting our discharge limits.
**Q Okay. So if there was an environmental concern that was outside of your discharge limits, would there be somebody else at the mill who would handle that?**
A If -- if -- if it didn't concern the discharge limits, as I said, or if I had a question regarding that, I would go directly to Mr. Switzer and he would work with his colleagues to discuss that.
**Q Okay. In your role as a manager of environmental controls, did you ever have any meetings with Mr. Switzer or Mr. Katchko regarding non-regulated discharges from the wastewater treatment plant?**
A I don't recall ever doing that, no.
**Q During the time that you worked at the paper mill, did you receive any additional training regarding the management of the wastewater treatment plant?**
A Not any additional training, no.

Page 37

**Q During the time that you worked at the Rhinelander paper mill, how did you stay up to speed on changes or developments in wastewater treatment plant technology?**

A I would attend annual industry and environmental conferences where there were papers held, but as far as technology with regard to our particular industry, I don't think there was too much formal training after I was -- after I was employed, for myself, anyway.

**Q Okay. What about training regarding contaminants of developing concern?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Yeah. I'm -- I'm -- I'm not sure what you mean by that. We -- we -- if we didn't know of them, they wouldn't be concerns, I guess.

BY MR. CVITANOVIC:

**Q Certainly. During your time at DNR, were there ever any constituents that were added to wastewater treatment plant permits as new constituents of concern?**

A I can't recall any specific ones, no. There may have been some, but I don't recall.

**Q Okay. During your time at DNR, were dioxins regulated in wastewater treatment plant permits?**

A I'm sorry, would you say that again, please?

**Q Certainly. During your time at DNR, were dioxins regulated on wastewater treatment plant permits?**

Page 38

A I still -- I don't understand that word. Was what?

**Q Dioxin.**

A Oh, dioxin. That sounds familiar, yes, now that you mention it.

**Q Was that something that was added to wastewater treatment plant permits during the time you worked at DNR?**

A I don't think it was -- it wasn't added to the monthly or the daily testing, and I can't recall if we needed to test it every so often for dioxin.

**Q Okay. What about PCBs?**

A Again, I -- I -- I don't remember specific -- specific regulations on PCBs.

**Q Okay. Do you remember any chemicals that were added to the wastewater treatment plant permits, either at DNR or the Rhinelander paper mill, during the time that you were working in that field?**

A Not specifically, no. I'm trying to -- in the monthly reports, no, I can't recall any that were added.

There may have been some requirements for occasional or something like that, but I just -- I just can't recall.

**Q Okay. Did -- during your time at the Rhinelander paper mill, did you take any steps to -- did you take any steps above and beyond the minimum requirements that DNR required to ensure that your affluent was safe?**

Page 39

MS. SCHWARZ: Objection to form.

THE WITNESS: We -- we -- no. We -- we put our -- our trust in a state that they knew what requirements we required to produce a safe affluent and we would adhere to those regulations.

BY MR. CVITANOVIC:

**Q Okay. And when you worked at DNR, was it your understanding that that's how wastewater treatment plants operated is that they put their faith in the DNR to set whatever limits were appropriate for their affluent?**

A Yes, pretty much, yes.

**Q Okay. And when you were working at DNR, did you also rely on wastewater treatment plants to educate DNR about specific issues related to their affluent that might be unique to them?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't recall that, no, that there were any.

BY MR. CVITANOVIC:

**Q Okay. Do you agree with me that individual emitters, those individuals who have wastewater treatment plant permits, are going to be more familiar about the chemicals in use in their facilities than DNR is?**

MS. SCHWARZ: Objection to form.

Page 40

THE WITNESS: Every -- every industry, every mill has, you know, slightly different. So the department has a -- an industrial waste section in Madison that is very familiar with the industry and they -- they pretty much kept up on what the mills use in their production, and they would base their permits on those -- on those parameters.

BY MR. CVITANOVIC:

**Q Okay. So it was your appreciation that the department in Madison had a good appreciation on the types of chemicals that the Rhinelander paper mill was using during the time that you were the environmental manager?**

A I don't -- I can't say that they knew every -- every chemical that went into the production, but they knew of the -- of the -- of the process.

**Q Okay. Because the chemicals that you used at the Rhinelander paper mill, they changed over time, didn't they?**

A I -- I really don't know that. I didn't follow the -- the tenure of the -- the chemicals. Obviously, if you make different types of paper, if you change papers, you're going to different compositions. I didn't follow exactly what that was.

**Q Okay. Well, you knew that with respect to different types of papers that different chemicals were used?**

Page 41

A I -- I trust that they were. The technical people are the ones that knew what was going into those every different type of paper.

**Q Okay. And -- so just to be clear.**

**At the time that you were working at the mill, were you familiar with the type of chemicals that were used in the papermaking process?**

A To the point that I reviewed the MSDS sheets, yes.

**Q Did you review the MSDSs for all of the chemicals that were used at the mill or just those that were routed to you?**

A Well, that -- that question assumes that not -- they were all not routed to me. They -- I reviewed all of them that were routed to me.

**Q Okay. Do you know -- and that's a really good clarification, I appreciate that.**

**Did -- do you know if there -- if all of the MSDSs were routed to you?**

A No, I don't know that, no.

**Q Okay. And I believe you testified earlier, you don't know the mechanism by which MSDSs were routed to you?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't know the -- I don't know the specific routing, no.

Page 42

BY MR. CVITANOVIC:

**Q And you didn't know the person who made those decisions?**

MS. SCHWARZ: Objection.

THE WITNESS: No.

BY MR. CVITANOVIC:

**Q Did I misunderstand your earlier testimony? I thought that's what you said.**

A I'm sorry, what?

**Q Did I misunderstand your earlier testimony? I thought that you said you didn't know the person who made the routings for MSDSs to you.**

A You asked me, I think, who received them, and so I don't know -- I don't know who reviewed the MSDSs before they ended up on my desk. That's -- I don't know where it originated. That's what I'm saying. I don't know if I confused you or.

**Q Did you ever have to go to the individual chemical manufacturers to request MSDSs?**

A I did not, no.

**Q Okay. When the papermaking side needed to dispose of their -- their paper coatings, was that something that would be tasked to your department?**

A I guess I don't understand what you're asking. Are you asking if they reported to somebody that they were going to dispose of, is that what you're asking?

Page 43

**Q No. I guess my question is: Was the -- as the manager of environmental controls, did you have responsibility for disposal of solid and liquid waste at the Rhinelander paper mill, including chemicals?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Oh, yes. Okay. Yes.

BY MR. CVITANOVIC:

**Q So whether those chemicals were solid or liquid, that would be something that would be under your umbrella of responsibility?**

A Yes.

**Q And whether those chemicals were hazardous materials or not, they would still be under your umbrella of responsibility?**

A Yes.

**Q So if somebody needed to incinerate chemicals, would you be responsible for overseeing that process?**

A Well, if they were -- yes. If they were -- have to be sent to an incineration, yes.

**Q And if they wanted to landfill chemicals, was that also under your area of responsibility?**

A Yes.

**Q And if they wanted to dispose of it down the wastewater treatment plant sewers, was that also something that fell under your area of responsibility?**

Page 44

A Yes.

**Q Was there any disposal at the Rhinelander paper company that did not fall under your area of responsibility?**

A I -- I -- I can't think of any, if it was an ultimate disposal.

**Q Okay. And I just asked that question, I said: "Rhinelander paper company," but I meant with respect to the Rhinelander paper mill.**

**Same question with respect to the Rhinelander paper mill. Your department and your role handled all disposal?**

A Ultimate disposal, yes.

**Q Okay. So with respect to the disposal of any chemicals at the Rhinelander paper mill, you would have been the person ultimately responsible for that?**

A Yes, I guess I would, yes.

**Q And so since you were the person responsible for disposal, what steps did you take to make sure that whatever was going down into the sumps or the drains or the -- was otherwise in the influent to the wastewater treatment plant was safe for this disposal pathway?**

MS. SCHWARZ: Objection to form.

THE WITNESS: We would -- we would -- we would, the influent was tested for pH control every

Page 45

day. There was no specific testing of the influent from the -- to the wastewater treatment plant for anything that -- other than what the permit called for.

We would monitor the results of the wastewater treatment plant and based on those -- on the quality of the affluent, that's what we determined was -- was okay to go into the plant.

BY MR. CVITANOVIC:

**Q Okay. Well, what -- earlier we talked about how these MSDSs discuss certain disposal requirements.**

**Do you remember that?**

A Mm-hmm. Yes.

**Q Okay. And so my -- as the person who was responsible for disposal of everything at the paper mill, how did you make sure that all the chemicals that were used at the paper mill were properly disposed of?**

A I don't recall the specifics. The only -- in my recollection, the only thing that -- the only thing other than putting it in the sewer was -- would be things that had to be disposed of as hazardous waste or non-compatible with waste treatment plant through the MSDS sheets. I guess that's it.

**Q But who was checking for that?**

MS. SCHWARZ: If you don't recall, Mr. Neis.

THE WITNESS: Yeah, I just don't recall. I'm not -- I'm not sure how that all proceeded. I really don't.

Page 46

MR. CVITANOVIC: Marina, let's give him a little bit more time because I feel like he was just on the precipice of a fulsome response.

MS. SCHWARZ: Mr. Neis, did you have a response to that? If you did, you can certainly let Mr. Cvitanovic know.

THE WITNESS: No. I was trying to think of what instances what -- there would be required to dispose of something other than down the drain, and I can't recall exactly what procedures there might be for determining what else to do with the stuff. I'm not sure. I just don't recall.

BY MR. CVITANOVIC:

**Q Okay. Switching gears.**

**We talked a little bit about the Pine Lake landfill. Do you remember that?**

A Yeah.

**Q And you said that you disposed, you, the paper mill, disposed of sludge at the landfill?**

A Yes.

**Q Was there any other locations where the paper mill disposed of sludge during your employment?**

A Not -- well, other -- not before the filter press, the new filter press was put in. Once we started producing fiber cake, then it was either landfilled or some of it was taken to the Oneida County Landfill.

Page 47

**Q Do you recall what year you got the filter press?**

A I don't recall it, but it was when we built the secondary treatment plant, so it was in the mid-'90s, yeah.

**Q Okay. And as you sit here today, the only disposal pathways you remember are either the Pine Lake Landfill or the Oneida County Landfill?**

A Once -- I'm trying to remember the date lines now. The -- once the filter press was put in, we still took it to the landfill, our landfill, as I recall, until the landspreading process was approved.

We also took some of the fiber cake after the filter press to the Oneida County Landfill. I don't know the time or the -- when we started that, and they would make compost out of it.

**Q Okay. In terms of -- and you mentioned the landspreading process. What was that?**

A That's when we would take fiber cake out to the agricultural fields for landspreading.

**Q During the time that you worked at the paper mill, where were those agricultural fields located?**

A They were -- where were they? In -- in -- in the Starks area. Part of it was on the University of Wisconsin research farm and then some private farmers.

Page 48

**Q Okay. And you said some portion also went to compost?**

A The landfill, the Oneida County Landfill, yes.

**Q Okay. Do you have a sense for what percentage went to landspreading versus what percentage went to compost?**

A No, I don't. All I can recall is that during the winter, it was -- or during periods of bad weather, it was impossible to take it to the agricultural fields and then it went to the landfill, but I don't know what percentage we could call that.

**Q Okay. How many -- during how many years of your employment do you recall that the Rhinelander paper mill disposed of sludge through landspreading?**

A I think that the landspreading program was approved in about '95, so that would be about four years.

**Q Okay.**

A If I have my -- if I have my dates correct there.

**Q Okay. It sounds about right to me.**

**Do you recall the volume of sludge that was disposed of via landspreading during those years?**

A I don't recall that, no.

**Q And you -- if there's a way that you can express it that makes sense, it doesn't have to be in cubic yards,**

Page 49

**Q it doesn't have to be in tons, but if you remember how many truckloads per day you needed to dispose of that would be adequate as well?**

A I'm -- I'm thinking there were about two truckloads a day.

**Q That's the average for the year?**

A It should be average. As long as production was about the same, you know.

**Q Okay. At the time that the Rhinelander paper mill obtained approval for its landspreading program, were there any other mills in the State of Wisconsin? Let me back it up.**

**At the time that the Rhinelander paper mill received approval for its landspreading program, were there any other specialty paper mills that were involved in landspreading of their sludge?**

A I don't recall if there were any.

**Q Okay. Were there other paper mills, in general, that were landspreading their sludge?**

A I -- in Wisconsin, again, I don't -- I don't recall any, no.

**Q Whose idea was it to landspread the sludge from the Rhinelander paper mill?**

A Well, it was pretty much my idea that we needed to stop putting sludge in the landfill out there in Pine Lake

Page 50

and -- because it was very costly and put it to a good beneficial -- beneficial use.

So we started looking at different alternatives and figured that with the nitrogen content or the fiber, it might be a good idea to landspread it, so we started an investigation.

**Q Okay. You said it was costly to landfill?**

A I'm sorry, what?

[redacted]

**Q Do you recall if there were any capacity limitations at the Pine Lake Landfill that you were bumping up against?**

A I did -- I did see a report during our preparation that there was a limitation on the -- on the life of the landfill. I don't remember what that was, but there was a limitation that it was coming up.

**Q Okay. Were there any other alternatives that you explored or that the mill explored, other than landfilling**

Page 51

[redacted]

Page 52

[redacted]

MR. CVITANOVIC: Okay. Marina, we've been going for a little while. Do you -- are you ready for a break? Mr. Neis, are you ready for a break to stretch your legs?

THE WITNESS: Let's take a little break, yes.

THE VIDEOGRAPHER: All right. We're going to go off the record at 10:41 a.m.

(Recess taken from 10:41 to 10:51 a.m.)

THE VIDEOGRAPHER: We're back on the record at 10:51 a.m.

BY MR. CVITANOVIC:

**Q Mr. Neis, what I'm going to do for this stage of the deposition is I'm going to have some documents that I'm going to share on my screen, and when I do, it's possible that you need me to zoom in or to move around, scroll up or scroll down.**

Page 53

Just let me know what you need, and I will make sure that the document moves in response. Okay?

A Okay. Thank you.

Q All right. Let me know if you can see what's on my screen.

A 3M General Offices, yeah.

Q Okay. So you're reading at the top where it says: "3M General Offices"?

A Yes.

Q Do you see that this is a Material Safety Data Sheet?

A Yes.

Q Do you see that it's for a product with the tradename "FC-807 Scotchban"?

A Yes.

Q Okay. And this is 3M Rougeau Document Number 1.

A Yes.

MR. CVITANOVIC: We will attach this as Exhibit Number 1.

(Neis Exhibit 1 marked for identification.)

BY MR. CVITANOVIC:

Q Mr. Neis, do you know if you've seen any MSDS, not necessarily just this one, but any MSDS for a Scotchban product?

A I don't recall, no.

Page 54

Q Do you know if the Rhinelander paper mill used Scotchban in its processes?

A I don't recall sitting here today if they did or didn't, no.

Q Are you aware that the plaintiffs in this case have alleged that the mill used 3M Company products in its processes?

A I'm aware of what -- what was in the media. I don't know what the plaintiffs, if they had mentioned any specific things.

Q Okay. If the -- if the company, let me -- if the Rhinelander paper mill used Scotchban during the time that you were the manager of environmental controls, is this a MSDS that you would have seen during your employment?

A I would have seen a -- an MSDS sheet. I don't -- I'm not sure if it's this specific one, but they would have sent it to me.

Q Okay. And that's a fair clarification. I appreciate that.

When you say "this specific one," do you mean because they change over time?

A No, no. I just -- I don't know -- I don't remember what it looked like at that point in time if I did receive one.

Q Okay. Do you know -- is that something you're

Page 55

aware of, as you sit here today, that during your employment at the Rhinelander paper mill that MSDSs did change over time?

A I can't recall if they changed during my tenure, no.

Q During your employment at the paper mill, did you make an effort to keep track of changes in MSDSs that you were responsible for tracking?

MS. SCHWARZ: Objection to form.

THE WITNESS: I was -- if an MSDS sheet material had changed during my tenure, I would have most likely gotten a copy of the -- of the modified MSDS sheet as our normal practice.

BY MR. CVITANOVIC:

Q Okay. Was it also your normal practice when new information was received at the paper mill related to disposal, that that would also be routed to you?

A If it were on the MSDS sheet, yes.

Q Okay. What about information obtained directly from manufacturers of chemicals?

A I would not have gotten any direct information from the manufacturer.

Q Okay. But if other individuals in the mill obtained information from the manufacturer regarding disposal practices outside of MSDSs, were they obligated to

Page 56

route those to you?

A It would have come -- it would have come to me eventually, yes.

MS. SCHWARZ: And I'm sorry, Andrew, is this on the exhibit share? Just so we can access it, too?

MR. CVITANOVIC: Is there a link? I don't know that I've actually looked -- let me take it off the screen share and see what I'm doing. Is that in the chat?

THE VIDEOGRAPHER: I'm sorry, say that again.

MR. CVITANOVIC: Marina, do you want to go off the record for a second just to make sure we get the --

THE VIDEOGRAPHER: Off record. The time is 10:57 a.m.

(Recess taken from 10:57 to 11:06 a.m.)

THE VIDEOGRAPHER: We're back on the record at 11:06 a.m.

BY MR. CVITANOVIC:

Q Thank you, again, Mr. Neis, for your patience. I've got the MSDS back up.

I'm going to scroll down, and I'm going to scroll to "Environmental Information."

Is the environmental information a section that you would have reviewed during your employment at the

**Rhinelander paper mill?**

A Yes.

**Q And why would you have reviewed it?**

A To ensure that it would be compatible to meet our discharge from it.

**Q Okay. Do you see what it says for "Recommended Disposal?" Mr. Neis?**

A Yes.

**Q Can you see what it says for "Recommended Disposal"?**

A Oh, yes, yes.

**Q Okay. Do you see where it stays: "Incinerate in a permitted hazardous waste incinerator"?**

A Yes.

**Q And what does that mean to you?**

A It means that anything not used could go to a hazardous waste incinerator.

**Q Okay. As you read this recommended disposal, does this provide you any information about allowing this product to go into the sumps or sewers at the paper mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: It does not mention that here, no.

BY MR. CVITANOVIC:

**Q So as you read this disposal, did this give you**



**any hint or warning that allowing this into your disposal system and your wastewater treatment plant would present any kind of hazard?**

MR. COOPER: Objection to the form.

MR. CVITANOVIC: I'm sorry, who was that?

MR. COOPER: Bryce Cooper.

THE WITNESS: I'm reading this again.

It says that we must consult applicable regulatory agencies before disposal. Ignitable. Well, it says: "Incinerate." That's it.

BY MR. CVITANOVIC:

**Q Okay. So do you know -- as you sit here today, do you feel that this guidance is sufficient to give a manager of environmental controls warning about allowing this product to go into their wastewater treatment plant?**

MS. SCHWARZ: Objection to form.

MR. COOPER: Objection to form.

THE WITNESS: It doesn't specifically mention "don't put it in the drain."

BY MR. CVITANOVIC:

**Q Okay. If you wanted a warning on the wastewater treatment plant at the time you were working at the Rhinelander paper mill, did you want to see something specific that said: "Don't put this down the drain"?**

MR. COOPER: Objection to the form.



THE WITNESS: It would -- it would -- seeing this would -- it would pretty much eliminate putting it down the drain. One would -- one would think about it. If it -- if it says: "Incinerate." If it says: "Incinerate," that means incinerate.

BY MR. CVITANOVIC:

**Q Okay. When you were working at DNR, would you have allowed somebody to put a product with this kind of warning down their wastewater treatment plant?**

MS. SCHWARZ: Objection to form.

THE WITNESS: That would not have been my decision. The industrial wastewater section in Madison are the ones that make those decisions.

My -- my responsibility with the DNR was to enforce the permit limitations. I was not going to be responsible or make suggestions to them what to put down their sewer or what not to put down their sewer.

BY MR. CVITANOVIC:

**Q Okay. So as long as the product in question didn't affect their permit limitations, from your work at DNR, it didn't affect your -- it didn't affect your process at all?**

MS. SCHWARZ: Objection to form.

THE WITNESS: My -- during my tenure at the -- at the DNR, I was not privy to all of the



materials that went into the drain at my constituents.

BY MR. CVITANOVIC:

**Q Because you were responsible for overseeing your constituents and making sure that they comply with their -- with their permits, correct?**

A My -- yeah. My responsibility then was to study the material that was discharged to the river.

**Q But to study it to make sure that it complied with the permit, right?**

A Yes.

**Q Okay. So if something wasn't addressed in the permit, then you didn't concern yourself with it when you were working at DNR?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Yeah. I wouldn't say I didn't concern myself with it, but I would be satisfied if -- if they met the conditions of the permit.

BY MR. CVITANOVIC:

**Q Okay. During your work at DNR, if somebody would have posed this question to you, whether this particular product that we have the MSDS up on the screen now, could be disposed of through their wastewater treatment plant, what was the mechanism in place at DNR to address that kind of inquiry?**

A I don't recall there being a mechanism of

Page 61

regulating what went into their drains, at least from my responsibilities.

**Q Okay. When you moved from DNR to the Rhinelander paper mill, was there any mechanism in place for DNR to oversee what people put down their wastewater treatment plants?**

A Not that I recall.

**Q Okay. So if it wasn't addressed in the permit, there wasn't a mechanism in place for DNR to actually oversee those discharges?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Not that -- not that I recall, no.

MR. CVITANOVIC: Okay. I'm going to share another document with you.

And, Mike, I think you said you had this one. It's Rougeau 52.

MR. FAZIO: Yes, I do.

MR. CVITANOVIC: All right. And it's in the chat now.

(Neis Exhibit 2 marked for identification.)

BY MR. CVITANOVIC:

**Q Mr. Neis, can you see my screen?**

A Yes.

**Q I've got 3M_Rougeau_52 up. I'm going to attach**

Page 62

**this as Exhibit 2.**

**Can you -- can you tell me what this document looks like to you?**

MS. SCHWARZ: Objection to form.

THE WITNESS: It looks like the description of the protector. I'm not familiar with this document, no.

BY MR. CVITANOVIC:

**Q Okay. Do you see that this is another document related to a Scotchban brand protector?**

A That's what it says at the top, yes.

**Q Do you see that it's a fluorochemical product?**

A Yes.

**Q Do you see that its usage is in FDA-approved polymeric fluorochemical paper treatment which provides oil and water repellency to treated paper. It is applied in the paper milling process during the size-press state?**

A Yes, I see that.

**Q Okay. And I understood from your earlier testimony that the Rhinelander paper mill used certain chemicals to treat paper in their paper mill; is that right?**

A Yes.

**Q And it says here "size-press state."**

**Do you know what that means?**

A I don't remember exactly what -- where that is in

Page 63

the process.

**Q Is the size-press on the dry side of the machine where coatings are applied?**

A Oh, no. I guess I wasn't familiar exactly where that is, no.

**Q Okay. If it's not a term you're -- if it's a term you're not familiar with, no big deal.**

**Do you know if the paper mill used FX-845 Scotchban products during the time that you worked at the mill?**

A I don't recall that.

**Q Okay. I'm going to scroll down again, and I'm going to ask you if you see a section that relates to biodegradation?**

A Yes.

**Q Is that a product -- is that a section of a technical data sheet that you would have concerned yourself with as the environmental manager at the Rhinelander paper mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't remember seeing that information on -- on the MSDS sheet.

BY MR. CVITANOVIC:

**Q Okay. But is that -- is biodegradation something that you would have been interested in in your role at the**

Page 64

**Rhinelander paper mill?**

A BOD, yes.

**Q Okay. So information obtained from chemical suppliers related to BOD is something that should have been routed to you while you were working at the Rhinelander paper mill?**

A If -- if that -- I'm -- well, BOD information is -- is important to me. Again, I haven't seen this document. I don't remember seeing this document before, but BOD is -- is -- is obviously a concern in our -- in our treatment system and we need to meet the affluent limitations, which we did on a regular basis.

**Q And independent of this document, we're looking at this document to refresh your recollection, but independent of this document, you believe that BOD information is something that was important to you and should have been routed to you in your role at the Rhinelander paper mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I think that it would have -- it would have been of interest to me. I'm not sure it would be required.

BY MR. CVITANOVIC:

**Q Okay. And scroll down a little bit to another section.**

**Can you see what I have highlighted on my screen?**

Page 65

A Yes.
**Q And do you see what section this relates to?**
A I see -- I see what it is, yeah.
**Q And what does it say?**
A "Incinerate in an industrial or commercial incinerator disposal."
**Q Okay. So this Scotchban product is supposed to be incinerated in an industrial or commercial incinerator, is that how you read it?**
A If -- if -- if it's -- I'm assuming it meant unused raw material, yeah.
**Q Okay. Do you interpret this data sheet as allowing this product to be disposed of in a wastewater treatment plant?**
MS. SCHWARZ: Objection to form.
THE WITNESS: It -- again, just what it said on the MSDS sheet. It says combust "incinerate." It doesn't mention putting it in the sewer.
BY MR. CVITANOVIC:
**Q Okay. And during your time at the Rhinelander paper mill, do you ever remember having any conversations, meetings or discussions about disposal practices for fluorochemical paper treatments?**
A Not specifically, no.
**Q Okay. Do you know generally if conversations about disposal of fluorochemical paper treatments occurred while you were at the paper mill?**

Page 66

A No, I don't recall. I don't recall any.
**Q Okay. Do you have any reason to dispute that the Rhinelander paper mill used fluorochemicals that it purchased from 3M Company?**
A I have no reason to dispute that or agree with it.
**Q Okay. Do you recall who Ken Juon is?**
A Ken was in the purchasing department, I believe.
**Q Okay. And what did he do at the paper mill?**
A I'm not sure what his specific duties were, but he was involved in the purchase of materials.
**Q Okay. Let me put another document up on the screen.**
MS. SCHWARZ: Is this one we have, Andrew?
MR. CVITANOVIC: No, unfortunately, you do not. It's very short.
(Neis Exhibit 3 marked for identification.)
BY MR. CVITANOVIC:
**Q Mr. Neis, can you see my screen?**
A Yes, sir.
**Q Can you see what this is generally?**
A I'm reading the first couple sentences. It looks like a purchase agreement.
**Q Okay. Is it a letter to Mr. Ken Juon?**

Page 67

A Yes.
**Q Okay. Is that the gentleman we were just discussing?**
A You mean the material?
**Q Yeah. We were just discussing Ken Juon had a purchasing role at the paper mill?**
A Yes. That looked like what was his title.
**Q Okay. This letter at 3M_Rougeau_4146 is a letter from 3M to Ken Juon, who was responsible for purchasing at the Rhinelander paper mill?**
A I assume. That's what it looks like, I'm not a -- it wasn't my department, so I'm not sure exactly, but that's what it looks like.
[redacted]
**Q Now, if -- and I'm going to take it off my screen so I can see you.**
**If Wausau Paper was purchasing hundreds of thousands of pounds of these chemicals for use in its paper coating process, did anybody at the paper mill ask you whether that would have any impact on the wastewater treatment plant?**
MS. SCHWARZ: Objection to form.

Page 68

THE WITNESS: I don't recall if they did.
BY MR. CVITANOVIC:
**Q Okay. We looked at some -- at an MSDS and we looked at a data sheet for FC-807 and FC-845, concerning disposal.**
**If the mill was purchasing these products year after year, should somebody have advised you of that, so that you can --**
MS. SCHWARZ: Objection to form. Sorry.
THE WITNESS: Advised me of what?
BY MR. CVITANOVIC:
**Q Of these -- of the purchases of these chemicals that are required to be incinerated for disposal?**
MS. SCHWARZ: Objection to form.
THE WITNESS: Well, the -- I didn't -- I wasn't -- kept track of how much of it was being purchased. I -- I just know that the MSDS sheet for that material had -- I had looked at that. I don't know. There was no discussion of how much of it was being purchased.
BY MR. CVITANOVIC:
**Q Okay. Do you agree with me that the -- that sometimes the quantity of a chemical that's being put down the drain has a bearing on the safety of the affluent from the wastewater treatment plant?**

A If the material --

MS. SCHWARZ: Objection to form.

THE WITNESS: If the material contains something that's going to be hazardous or -- yes. Otherwise, no.

BY MR. CVITANOVIC:

**Q Okay. You understand that in this case the plaintiffs have alleged that the paper mill allowed hazardous chemicals to go down into their wastewater treatment plant where they were ultimately disposed of via landspreading in the Starks area?**

A I understand that the plaintiffs have complained that their waste -- their water supplies have been -- have been affected. I -- I -- I have not seen anything where they've mentioned anything specific about what's going on in the mill.

**Q Are you aware that DNR has identified the paper mill as the source of PFAS contamination in the Starks area?**

A I'm aware of what I read in the papers and the media. That's what they said in the media, but that's what I'm aware of.

**Q Okay. Do you think that DNR, based on your experience working there, would identify the paper mill as a responsible party without sufficient factual basis?**

MS. SCHWARZ: Objection to form.



THE WITNESS: I cannot state what they used for a factual basis. I just can't speak for the DNR.

I can't say one way or the other whether they actually were correct or not. That's -- that's not my responsibility.

BY MR. CVITANOVIC:

**Q Understood.**

**It's not your responsibility today, right?**

A I'm sorry, what?

**Q It's not your responsibility as you sit here today to -- to manage DNR's investigation into the Starks contamination, that's what you mean?**

A As a -- as a private citizen, I -- I can't say what investigation they did and whether it was correctly done. I hope that answers your question.

**Q Yeah. No, it does.**

**But at the time that we're discussing here, at the time that the paper mill commenced its landspreading operation until your retirement, you were the one who was responsible for making sure that the landspreading program was safe?**

A I was -- I was in charge of making sure it met -- that it met all of the department's requirements.

**Q And that was -- so that was your understanding that as long as you met the department's requirements you**



**had no further obligation to the environment or the community?**

MS. SCHWARZ: Objection to form.

THE WITNESS: That's -- I'm not going to say that I had no -- didn't care about the environment, but I'm -- but to answer your question, we felt that the department had investigated this. They were well enough aware of what our material contained, and they set forth certain parameters that we -- that we met.

And that's the gist of it.

BY MR. CVITANOVIC:

**Q Did you ever provide the DNR with copies of the MSDS for the fluorochemicals that were in use at the mill when the landspreading program was started?**

A I don't recall that we did.

**Q Okay. Do you think that that information would have been helpful for the DNR in evaluating the safety of the sludge from the mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Again, we -- we were not in a position or we didn't feel that we needed to supply information from all of our MSDS sheets or even ones that mentioned certain disposal requirements to the department.

We felt that they had a good handle on what



was in our fiber cake and that -- what parameters would be needed to -- at the point, at that point, provide a safe leechate.

MR. CVITANOVIC: Okay. Marina, did you -- were you able to obtain a copy of the document that I -- that I sent to the printer?

MS. SCHWARZ: I think so. Yeah, we have it.

Do you want me to hand it to him?

MR. CVITANOVIC: Yes, please.

BY MR. CVITANOVIC:

**Q Mr. Neis, I've asked Marina to pass you a copy of a document in paper form, but I'm also going to share my screen.**

**Can you confirm you've got the same document there in front of you as I have on my screen?**

A It looks like it, yes.

**Q Do you see what it is?**

A It looks like a letter from the department to various entities regarding the contamination, reported contamination at Stella.

**Q Okay. Do you see where it says that the letter is directed to Wausau Paper Corp.?**

A Yes.

**Q What was the name of the owner of the paper mill during the time that you worked -- that you worked there?**

Page 73

A Wausau Paper Corporation.
**Q Okay. That's the entity to whom this letter is addressed?**
A Yes.
**Q And do you see the subject of the letter?**
A Yes.
**Q Is: "Reported Contamination in the Town of Stella, Oneida County, Wisconsin"?**
A Yes.
**Q Is that the same as Starks?**
A Well, the town of Stella is the municipal township. Starks is kind of the little community center, you know, in an unincorporated center of the town.
**Q Okay. And I've got certain phrases here highlighted, and I want you to take a look at it.**
**Do you see highlighted here in orange where it says: "Records maintained by DNR's wastewater program document that industrial sludge material generated from the operations at the facility has been applied via landspreading to multiple agricultural fields in the town of Stella going back to at least 1996"?**
A Yes, I see that.
**Q Mr. Neis?**
A Yes, I see that.
**Q Is that -- is that an accurate description of your understanding of events at the Rhinelander paper mill?**

Page 74

A It looks -- it looks accurate to me.
**Q Okay.**
A I can't speak for after I retired.
**Q Understood. That's a good clarification.**
**Do you see this next section where it says: "Publicly available information indicates that the facility produced specialty paper products, including a grease-proof paper used in microwave popcorn bags, the manufacturing of which involved the use of fluorochemicals to treat paper. Fluorochemical treatments are known to contain PFAS, and PFAS have been documented in waste streams, such as industrial sludge, generated through similar manufacturing processes."**
**Do you see that whole section that I have highlighted there?**
A I do see that.
**Q Okay. As to the -- as to the first sentence, is that consistent with your understanding that the Rhinelander paper mill produced specialty paper products which involved the use of fluorochemicals?**
A Well, I understand that -- at the -- let's see.
I guess -- okay. What is the -- what is the public -- publicly available information?
**Q Oh, I don't know exactly what DNR relied on, but I think the website probably says that they're a specialty paper mill. I don't think it's a secret that the Rhinelander paper mill's a specialty paper mill, is it?**

Page 75

MS. SCHWARZ: Objection to form.
BY MR. CVITANOVIC:
**Q Mr. Neis?**
A Yes.
**Q It's generally understood in the industry, isn't it, that if you're a specialty paper mill making grease-proof papers that historically that's been done with fluorochemicals?**
A I don't know that.
**Q Okay. That's not -- that's not information that was available to you as the manager of environmental controls at a specialty paper mill?**
MS. SCHWARZ: Objection to form.
THE WITNESS: If it came through on the MSDS sheets, yes, only.
BY MR. CVITANOVIC:
**Q No, I mean, but in the -- you had meetings five days a week that you attended where there were discussions about making specialty paper, weren't there?**
A No. The meetings five days a week but just simply to report what -- what went on in the mill yesterday.
**Q Right. But --**

Page 76

A They were not technical discussions.
**Q I understand. But it's a specialty paper mill, right?**
A Yes.
**Q And my appreciation is that specialty paper mills making grease-proof papers have historically used certain chemicals to achieve that grease-proof quality.**
**Is that yours as well?**
A If the MSDS sheet said it did contain fluorochemicals, that would be correct.
**Q Okay. But as you sit here today, you don't remember hearing any conversations about chemical use in your morning meetings that you attended five days a week at the mill?**
A That's correct. It was -- there was -- as I recall, there was no discussion of those sorts of things.
**Q Okay. And as to the second sentence: "Fluorochemical treatments are known to contain PFAS and PFAS have been documented in waste streams such as industrial sludge generated through similar manufacturing process."**
A I see that.
**Q Is that information new to you as you sit here today?**
A Not as I sit here today. It was -- again, what

Page 77

I -- what I've read in the -- in the -- in the -- in the media, that's all I know about PFAS.

**Q Okay. So at the time that you were the manager of environmental controls at the Rhinelander paper mill, you did not know that fluorochemical treatments are known to contain PFAS?**

A That's correct.

**Q Okay. And you did not know that PFAS had been documented in waste streams such as industrial sludge?**

A At the time, no.

**Q Okay.**

A I was not aware of PFAS during my tenure.

**Q What's your understanding of what PFAS means as you sit here today?**

A I admit that I'm not very familiar with it. I have not kept up on the -- on the technology and so forth, so I know very little about -- very little about it.

**Q Do you know that PFAS is a family of chemicals?**

A That's what I've been told.

**Q Are you familiar with any of the specific chemicals that fall under the umbrella of PFAS?**

A No.

**Q Have you ever heard of PFOA?**

A I don't recall that, no.

**Q Have you ever heard of PFOS?**

Page 78

A No.

**Q Okay. Are those terms that you ever heard -- never mind. Let me go back to the document.**

**Do you see this next sentence where it says: "Analytical results from soil samples collected from areas where industrial sludge from the facility were land spread contained PFAS at concentrations orders of magnitude greater than PFAS concentrations in soil samples collected where DNR has no record of land spreading"?**

A I see that.

**Q And do you see that the source of that is the September 15, 2025 Superfund Site Inspection Report for Stella Township?**

A Yes.

**Q I'm sorry?**

A I see that.

**Q Okay. And how do you understand that sentence?**

A What it says is that soil samples were taken from the areas, some of the areas where we did some landspreading and contained PFAS concentrations above acceptable levels. That's pretty clear what it says.

**Q Okay. And that they also tested at a control site where no landspreading was performed.**

**Do you see that?**

A It says: "Greater than the concentrations." Yes,

Page 79

I see that.

**Q Okay. And then based on their evaluation -- I'm skipping some of it candidly, but that based on their analysis, it says: "The above information indicates Ahlstrom and Wausau Paper are responsible for the discharge of hazardous substance or other environmental pollution, hereafter referred to as contamination, at the above-described site because they meet the definition of a responsible party under the Spills Law and Wisconsin Administrative Code Section 700.03(51).**

**Do you see that?**

A I see that.

**Q And I understood that you were aware before today that Wausau Paper had been indicted -- had been identified as the responsible party for the discharge of these hazardous chemicals?**

A That's correct. I saw that in a -- media sources.

**Q Okay. And you recognize that, as you sit here today, the DNR has taken the position that these discharges started during the time that you were manager for environmental controls at the Wausau Paper mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: It says -- it doesn't give a timeline, but it is saying that they feel that the entities involved are responsible.

Page 80

BY MR. CVITANOVIC:

**Q Okay. Do you have any reason to dispute, based on your employment at the paper mill, the factual findings that DNR reached in this letter?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I can't agree or disagree. Again, that's -- that's their -- their call and their judgment.

BY MR. CVITANOVIC:

**Q Okay. You're not disputing that you land spread in the area around Starks and Stella, are you?**

A We did.

**Q Okay. And you're not disputing that the Wausau Paper mill used fluorochemicals?**

A If it was in the -- I'm not disputing that, no.

[redacted]

**Q Okay. Based on the review of the MSDSs, the letter claiming that the paper mill was using these products and the findings from the DNR, do you think that you should have done something different in your role at the Wausau Paper mill?**

MS. SCHWARZ: Objection to form.

Page 81

THE WITNESS: Based on -- again, I -- we are -- we're counting on the department stating, from their investigations, that there was contamination out there.

We would never have applied anything to the land that we felt was going to harm the environment or anybody's well sources. We were -- we would never do that.

BY MR. CVITANOVIC:

**Q Do you think that the information was available to you when you worked at the mill to determine what kind of -- what kind of chemicals were present in your fiber cake?**

MS. SCHWARZ: Objection to form.

THE WITNESS: We -- we tested for whatever parameters the department required us to do.

BY MR. CVITANOVIC:

**Q Understood. Was there other testing that the department didn't require you that you could have done?**

A We -- we had no reason to believe that there was any other -- any other parameters that we needed to test for. No, we didn't.

**Q Okay. I just put another document in the folder. I don't think this one was in the printed documents.**

**I'm going to share my screen with you, Mr. Neis. Can you see my screen?**

Page 82

A Yeah.

(Neis Exhibit 5 marked for identification.)

BY MR. CVITANOVIC:

**Q Can you see who this letter is directed to?**

A Bill Vancos, yes.

**Q Do you know who Bill Vancos is?**

A Yes.

**Q And who is he?**

A Well, he was, at the time, the manager of the labor relations. He's retired now.

**Q Do you stay in touch with Mr. Vancos?**

A I'm sorry, what was that?

**Q When's the last time you spoke to Mr. Vancos?**

A Oh, gosh. I don't remember. It's -- I haven't seen him in a couple years, I don't think.

**Q Did you interact with Mr. Vancos while you were working at the paper mill?**

A I did, yes, if there was some labor issues that we needed to discuss.

**Q Okay. Do you see that this letter relates to a meeting between Mr. Vancos and someone else in February of 1999?**

A I'm reading it here.

Okay. I read that. I read it.

**Q Were you still working at the Wausau paper mill in**

Page 83

**February 5th of 1999?**

A Yes, I was.

**Q Do you recall what month you retired?**

A October.

[redacted]

Page 84

[redacted]

[redacted]



[redacted]



[redacted]



[redacted]

Page 89

[redacted]

MS. SCHWARZ: One second, Mr. Neis. I'm not sure he was --

THE WITNESS: Sorry.

MS. SCHWARZ: -- finished with his question.

THE WITNESS: I thought you were done.

MR. CVITANOVIC: Marina's right. I was mid-thought.

THE WITNESS: I'm sorry.

BY MR. CVITANOVIC:

[redacted]

MR. CVITANOVIC: Okay. If I didn't say it already, we're going to attach this document starting at 3M_NYLAAN01231319 as Exhibit 5.

Page 90

Mr. Neis, are you ready for another five-minute break?

THE WITNESS: If everybody else is, yeah. I could take five.

MR. CVITANOVIC: Sounds good.

THE VIDEOGRAPHER: All right. We're going to go off the record at 12:02 p.m.

(Recess taken from 12:02 to 12:11 p.m.)

THE VIDEOGRAPHER: We're back on the record at 12:11 p.m.

BY MR. CVITANOVIC:

**Q All right. Mr. Neis, earlier we were talking about a letter to Ken Juon about 3M products, and it discussed -- I'm sorry.**

[redacted]

Page 91

[redacted]

**Q Who was in the maintenance department at that time in 1999?**

A I don't remember who was in charge of it.

**Q And who would have been in charge of the manufacturing department?**

A Tony Steber was the vice president of manufacturing.

**Q How do you spell his last name?**

A S-t-e-b-e-r.

**Q Okay. When's the last time you saw him?**

A Three years ago.

**Q Okay.**

A On the golf course.

**Q When's the last time you saw Mr. Switzer, that we discussed earlier?**

A I haven't seen him since retired and he's passed away since then.

Page 92

**Q Okay. Let me pull up another document.**

**I think this might be in the paper set that you have. I'm less sure than I was before.**

**So this is 3M_Rougeau_5.**

(Neis Exhibit 6 marked for identification.)

MS. SCHWARZ: It's not in the paper setting.

MR. CVITANOVIC: I'm going to share my screen again, Mr. Neis. Tell me when you can see it.

THE WITNESS: I got it.

BY MR. CVITANOVIC:

**Q Do you see what this document is?**

A It's an MSDS sheet.

**Q Okay. And do you see what product it's for?**

A FX-845.

**Q Scotchban?**

A Yes.

**Q Do you recognize that this is one of the products we discussed earlier a few times?**

A Yes, it was mentioned, yes.

**Q Okay. One of the products that the documentation showed that the mill was purchasing around this time?**

A Yes.

**Q Okay. I'm scrolling down to the environmental information again.**

**Do you see the recommended disposal section?**

Page 93

A Yes.

**Q This one's a little bit different. Can you identify how?**

A Yeah. It allows a certain amount to be sent to the treatment system.

**Q Okay. So it says: "Discharge spent solutions in small product quantities less than five gallons to a wastewater treatment system."**

**Do you see that?**

A Yes.

**Q How do you understand that sentence?**

A It looks like if there were spills or if they perhaps took a drum that was empty and washed it out so that it would obviously contain less than five gallons of product at that point.

**Q But that could be disposed of down the wastewater treatment plant sewer?**

A Yes, sir.

**Q And when it says "spent solutions," what does at that mean to you?**

A What was that, again, please?

**Q So here where it says: "Discharge spent solutions." What does at that mean to you?**

A Oh, I see. Okay.

Solutions that have -- spent solutions would be

Page 94

those that have been used. Spent solutions.

**Q You mean, like, those that have been mixed up for papermaking?**

A I'm -- I'm not sure.

**Q Okay. Do you recognize that this recommended disposal method is different than the one we looked at earlier?**

A Yes.

**Q Okay.**

A This -- this -- yeah.

**Q So this one mentions the possibility of allowing spent solutions in small product quantities to go to the wastewater treatment system. This is for FX-845.**

**And it's in 1991, right?**

A Yes, I see that.

**Q All right. So I'm going to go back to the other document that we previously attached as Exhibit 2. Scotchban FX-845.**

**And this one says: "Incinerate in an industrial commercial incinerator."**

A I see that.

**Q I'm going to ask you a general question, not specific about either of these two documents, but what was the process at the mill when you were working there, to track changes in MSDSs to understand the significance of**

Page 95

**those changes on mill operations?**

MS. SCHWARZ: Objection to form.

THE WITNESS: You're talking about a change in MSDS, is that my -- am I hearing you correctly?

MR. CVITANOVIC: Yes, sir.

THE WITNESS: Well, if a -- if a new MSDS came to me, I would review it in -- in a similar fashion as -- as the original one. If there was a change or if I had a question, I would go to my -- my -- my boss and discuss it with him.

BY MR. CVITANOVIC:

**Q But was there, like, a mechanism in place to identify those changes in the MSDS?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't -- I can't speak for the technical department. Again, if a -- if a new MSDS came to me, I would review it just like the original one.

BY MR. CVITANOVIC:

**Q Okay. And was it your practice to compare new MSDS with old MSDS to identify changes?**

A I don't recall any instances of that. It was a long time ago. I don't remember if there were any instances where there was a new MSDS sheet.

**Q Was there a form that you used to communicate with**

Page 96

**other departments about changes in MSDSs?**

A There was no form, no.

**Q Was there a policy in place at the mill for communicating between departments about environmental considerations for chemicals that were being used at the mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: If I had a -- if I had a question or if there was a -- I felt there was a concern, again, I would go to my supervisor, Mr. Switzer, and he would confer with his colleagues, the people who were the technical experts in this stuff and manufacturing, to determine its use and that was -- that was the procedure if there was an issue.

BY MR. CVITANOVIC:

**Q Okay. Now let me go back to this screen.**

**So this document, Rougeau 5, I'm going to attach this as Exhibit 6.**

**Recognizing that there was a change -- and let me actually back up.**

**What year did you start working at the paper mill?**

A '89.

**Q Okay. So in 1991, when this document came out -- I'm going to scroll back up just so you can see.**

**In 1991, when this product came out, you had been**

Page 97

**working at the paper mill, right?**
A Yes.
**Q If changes occurred in a product that the mill was using -- well, let me ask -- let me ask you this specifically.**
**If you identified this change in an MSDS going from allowing discharge of spent solutions into the wastewater treatment plant to making no mention of it in the next iteration, who would you have reported that change to to make sure that that guidance was implemented throughout the mill?**
MS. SCHWARZ: Objection to form.
THE WITNESS: Again, I would -- I would confer with my supervisor, Mr. Switzer.
BY MR. CVITANOVIC:
**Q In person verbally, correct?**
A Yes.
**Q And you wouldn't have created an interoffice memo on the topic?**
A I don't recall -- I don't recall doing that.
**Q Okay. Do you see here where it says: "Environmental data testing in progress"?**
A Yes.
**Q What does that mean to you?**
A It means that 3M is doing more testing on it -- on its product.

Page 98

**Q Does that raise any questions for you about whether that's something that you should be putting down the wastewater treatment plant?**
MS. SCHWARZ: Objection to form.
THE WITNESS: I don't -- I don't see that as -- at the time, again, changing the process of how we handled these things.
If it's in progress, it meant that there was going to be more reporting down the road.
BY MR. CVITANOVIC:
**Q Okay. Well, and that is what we had. We have environmental data testing and progress in 1991.**
**And then in 1992, the disposal recommendation is to incinerate. Does that change --**
MS. SCHWARZ: Objection to form. I'm sorry, go ahead.
Go ahead, Andrew.
I'm sorry, Mr. Hanson {sic}, I interrupted -- Mr. Neis -- I interrupted Andrew, so please go ahead and finish your question.
THE WITNESS: I'm sorry, I didn't hear.
MS. SCHWARZ: I interrupted Mr. Cvitanovic. So he gets to finish his question and then I'll make my objection and then you can answer it.

Page 99

MR. CVITANOVIC: Mr. Neis, you got to recognize in the transcript it's going to be me talking, then somebody stopping in the middle of the question, and then potentially you talking at the same time, so it makes a very ugly transcript. So we're going to try to do it all separately.
BY MR. CVITANOVIC:
**Q So does this -- does this change in the guidance indicate to you that testing additional environmental testing was completed and resulted in the change in recommendation for disposal?**
MS. SCHWARZ: Objection to form. Mischaracterizes the document.
You can respond, Mr. Neis.
THE WITNESS: If that is -- was their -- their final conclusion, that's -- that's what we would go by.
BY MR. CVITANOVIC:
**Q Okay. Do -- and as you sit -- but as you sit here today, you don't have any specific recollection of any of the fluorochemicals that the paper mill used during your time as the manager of environmental controls?**
A Not unless they were on the -- identified on the MSDS sheets.
**Q Okay. So the -- we talked about Skyspan already.**

Page 100

**But you don't -- you remember, for example, the name "Lodyne"?**
A I don't remember it, no.
**Q Okay. Do you recall using products manufactured -- let me clarify.**
**Do you recall the mill using products manufactured by Ciba?**
A I don't recall, no.
**Q Okay. Were you involved -- in your -- in your role as manager of environmental controls, did you have any oversight or responsibility with respect to safety in the mill?**
A No, I did not. We had a -- we had a manager, a safety manager.
**Q And who was that person during the time that you worked at the mill?**
A I believe it was Jim Murphy.
**Q Was he the safety manager during the entire time you worked there?**
A I think he left the mill before I did. And I don't recall who replaced him, and I don't know the dates, but he was there for most of the time I was there.
**Q Okay. I'm just pulling up another document, so just bear with me.**
**Mr. Neis, I'm sharing my screen with you, but I**

Page 101

**want you just to focus in on this part that I have highlighted.**

**Can you see that?**

A Yes, sir.

**Q Do you see certain names listed there?**

A I do. Yeah, sorry. I recognize them.

**Q Okay. And who are those individuals listed there?**

A Gene Wagner was vice president of sales. Al Davis was vice president of operations. Fred Martin was a -- in sales/marketing. And Dave Young worked for -- was purchasing. I believe he was there before -- what were we talking about before? He was the purchasing manager at the time.

**Q And you said he was there before Ken Juon?**

A No, I can't remember. I know that Ken was in charge of purchasing, and I'm not sure the -- who preceded who there. But Dave -- David Young obviously was there in April of '97.

**Q Okay. And Al Davis, was he somebody who was located in the Rhinelander paper mill?**

A Yes, sir. He was at the time.

**Q And Gene Wagner as well?**

A Yes.

**Q Okay. Did any of these individuals ever raise any concerns to you about 3M brand fluorochemicals?**

Page 102

A Not that I recall.

**Q Did you ever have conversations with them about environmental considerations for any of the products in use at the paper mill?**

A I don't recall speaking with them personally on it, no. I would have -- I would have gone to my -- to my supervisor.

**Q Which, in 1997, would that have been Mr. Katchko?**

A I don't remember when Mr. Switzer retired. It was -- it may have been after that. I can't remember when Mr. Katchko took over, but it would have been one of the two.

**Q Okay. Did any of those gentleman, including Al Davis -- well, let me ask you this: Did Al Davis have any responsibility -- any role with respect to MSDSs at the paper mill?**

A He was -- he was involved with engineering mostly. I don't recall whether or not he was in the MSDS loop or not. I can't recall.

[redacted]

Page 103

[redacted]

**Q Okay. I am going to move another document in front of you and you ask to read some of the names.**

**This document is going to be from after your retirement, but I want you to see if any of them are familiar.**

**Do you see the names listed at the top?**

MS. SCHWARZ: Andrew, can you make it a bit bigger for him?

MR. CVITANOVIC: Yes.

THE WITNESS: Thank you.

I don't think I recognize any of those names.

BY MR. CVITANOVIC:

**Q Okay. What about Cheryl Davis at the bottom? On**

Page 104

**the cc line.**

A I don't remember Cheryl Davis.

**Q Okay. And Doug Iziz?**

A Either. No.

[redacted]

Page 105

[redacted]

**Q Where was she physically located?**

A She was at the corporate office in -- in Wausau.

**Q Okay. Was it at -- the corporate office, was it co-located at a mill or was it a separate building?**

A Oh, they -- a separate administration building, actually in the town of Kronenwetter, just south of Wausau.

**Q Say that town name again.**

A Kronenwetter.

**Q You're going to have to spell it so the court reporter gets it.**

A I'm going to try it. K-r-o-n-e-n-w-e-t-t-e-r.

**Q Okay. Did y'all have any standard operating procedures for management of the various departments; technical, safety, environmental?**

A I'm not sure I understand your question, sir. Run that by me again.

Page 106

**Q Yeah. So did you have any kind of operating procedures, formalized and written, that you used in the environmental department to guide your daily work?**

A I can't recall any formal form for daily operations.

**Q Okay. And so in terms of -- in terms of how you did your work on a day-to-day basis, did you have any written guidance that you followed to let you know what you needed to be doing every day?**

A As -- as the -- in my role, I didn't have specific daily duties, a list of daily duties, if that's what you're thinking, other than, you know, the morning meetings and then as -- as the rest of the time went, I had lots of things that came up, but I don't think I remember any formal list of daily duties that I went through, or reports.

[redacted]

Page 107

[redacted]

Page 108

[redacted]

**Q What was his name?**

A I think it was Dennis Urbnach.

**Q How do you spell the last name?**

A I'm going to guess here. U-r-b-n-a-c-h.

**Q Okay.**

A Urbnach was his name. I'm not -- not sure about the spelling.

[redacted]

[redacted]



[redacted]

BY MR. CVITANOVIC:

**Q Okay. Were other stakeholders involved in the program aware of it, like -- well, let me back up.**

**During -- during the implementation of the landspreading program, the mill was involved in communications with certain stakeholders including, for example, DNR, right?**



A Yes.

**Q And the actual owners of the fields where the landspreading was going to take place?**

A Yes.

**Q Were you involved in any of those conversations with DNR or the landowners where sludge application ultimately took place?**

A I was not in any communication with the landowners. During the -- as I recall now, during the planning I -- I remember going, visiting the university farm and talking with the manager out there.

I did not personally, I don't remember talking with any of the farmers, other than the university people and once the landspreading program began, Mr. Hanson was the one that dealt with the department and formulated the reports and so forth. And dealt with the farmers.

**Q Okay. The individual at UW, was that Brian Bowen?**

A Brian Bowen, yeah.

**Q During your interactions with Mr. Bowen, did he ever express any -- or did he ever pose any questions related to chemicals used at the paper mill?**

A I don't remember that. I don't remember -- I don't remember meeting with Mr. Bowen after we started the landspreading program.

**Q In the -- in the leadup to the implementation of the program, did Mr. Bowen meet with you and pose any questions about chemicals used at the mill?**



A He did not.

**Q Okay. Other than DNR, Mr. Bowen, and the farmers, were there any other stakeholders that were involved in the implementation of the landspreading program?**

A Not -- not that I can recall.

**Q Okay. After the implementation of the landspreading program, did you ever hear any complaints from individuals who live in the Starks/Stella area about the landspreading?**

A I did not personally, no.

**Q Do you know if complaints were received by employees of the paper mill?**

A The only one I can think of was that one of the farmers decided not to continue with the program, and as I recall, Mr. Hanson told me that it was because he felt there was too much nitrogen in the material, so he asked not to continue.

**Q Okay. Did you ever hear any concerns from community members in the Starks/Stella area about chemicals in the paper sludge?**

A If -- during my tenure, no.

**Q Okay. As a result -- I mean, excuse me.**

**During the pendency of the landspreading program,**

Page 113

**did the Wausau Paper mill have to re-certify or resubmit for approval with DNR to keep the program going?**

A That, sir, I don't recall if we needed to re -- if they needed to reissue the permit, the original permit.

I don't -- I don't recall a reissuance of the permit.

**Q Okay. Do you recall if you had to submit applications on a regular basis to keep the program going?**

A I don't recall any applications. We -- I know we had to make, I believe, quarterly reports on -- on -- on the -- on the process, but I don't recall having to ask for a reissuance.

**Q Okay. After the initiation of the landspreading program, did you have any further interactions with DNR regarding the landspreading program?**

A I don't recall any personal meetings with them regarding the landspreading program. I don't -- I don't recall any -- any meetings.

**Q Okay. We talked a little bit about sources of influent to the wastewater treatment plant at the Wausau paper mill, and you mentioned the east plant and you mentioned the paper mill.**

**Mr. Hanson also identified landfill leechate as another source of landfill. Is that -- do you agree with Mr. Hanson's assessment?**

Page 114

A That's correct. I didn't think of that, yes.

**Q Do you recall the quantities of leechate that the paper mill received during your tenure?**

A I do not.

MS. SCHWARZ: Objection to form.

THE WITNESS: I'm -- I'm sure that was -- there was a record kept of that, but I didn't keep track of that myself.

BY MR. CVITANOVIC:

**Q Okay. If you had to express it in kind of easy to understand terms, like truckloads, could you express how many truckloads per day, month, year, whatever, the mill received?**

A Of leechate?

**Q Correct.**

A Honestly, no. I know that we contracted with a septic tank pumping company, but -- and, of course, their trucks hold about 1500 gallons, but I honestly don't remember how much was brought into the mill. I didn't keep track of that myself.

**Q Did you ever test the leechate during your tenure to see what was going into your wastewater treatment plant?**

A I honestly don't remember if they did or not. It was a long time ago.

**Q Okay. During Mr. Hanson's deposition, we also**

Page 115

**talked about a, like an ASTM leechate test. Is that a phrase that sounds familiar to you?**

A It's familiar, but I'm not sure what -- what's involved in it.

**Q Is it safe to say logically that whatever -- well, let me ask you, back up.**

**The Pine Lake Landfill had two major sources of products that were deposited there. It was the fly ash and the wastewater treatment plant sludge; is that right?**

A Yes. As I recall, yes.

**Q So it's pretty safe to say, just logically, that whatever chemicals were in the wastewater treatment plant sludge are also in the leechate from the landfill?**

MS. SCHWARZ: Object to form.

THE WITNESS: I do not know the -- the -- the hydraulic -- I don't know what leached out of the -- out of the sludge into the -- into the leechate.

I -- I -- I don't -- I can't say what leached out into the collection tanks.

BY MR. CVITANOVIC:

**Q Is that -- so just to make sure I'm on the same page.**

**The Pine Lake Landfill was a lined landfill that would fill up with water if given time, correct?**

A Would fill up with water?

Page 116

**Q Yeah. So it was -- the Pine Lake Landfill was a lined landfill?**

A Yes.

**Q And when it rains --**

MS. SCHWARZ: I'm sorry, Andrew. I don't think he was finished. Go ahead.

THE WITNESS: I did it again. Finish your question.

BY MR. CVITANOVIC:

**Q No, no. You were still going. But -- so the Pine Lake Landfill was lined, right?**

A Yes.

**Q And what's the purpose of lining a landfill?**

A It was to collect leechate.

**Q Okay. And when it rained, did that add liquid to the landfill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: After -- I assume so. It would -- it would -- it would -- the part that -- yes.

Well, part of it was covered. So the part that was uncovered would have picked up more water.

MR. CVITANOVIC: Okay.

THE WITNESS: And -- and -- and increased the leechate amount.

Page 117

BY MR. CVITANOVIC:

**Q And over time would just moisture, through the force of gravity, leach down to the bottom of the landfill?**

A That's normally the case.

MS. SCHWARZ: Andrew, sorry. I don't want to stop if you're on a roll, but I think it's probably a good time for a break or to have some lunch.

MR. CVITANOVIC: Are the sandwiches there?

MS. SCHWARZ: Yes. They've arrived.

MR. CVITANOVIC: We're going to -- we're going to -- Mr. Neis, we're going to take a break for lunch, if that works for you, and when we come back, I probably have maybe, like, 30 more minutes of questioning.

THE WITNESS: I'm on your schedule.

THE VIDEOGRAPHER: All right. We're going to go off the record at 12:56 p.m.

(Recess taken from 12:56 to 1:35 p.m.)

THE VIDEOGRAPHER: We're back on the record at 1:35 p.m.

BY MR. CVITANOVIC:

**Q Welcome back, Mr. Neis.**

**Before we went on our break, we were talking about the leechate from the Pine Lake Landfill, or generally leechate. Do you recall?**

Page 118

A Yes, sir.

**Q And I understood from your testimony that some liquid residual is collected from these landfills on a fairly regular basis; is that right?**

A Yes. Whenever -- when the tanks fill up, they had to be brought in, yes.

**Q And what is your recollection of how often the tanks would fill up at the Pine Lake Landfill?**

A I honestly don't have a recollection, because I -- I -- I didn't monitor that personally.

**Q Okay. But it's your appreciation and understanding that whatever that quantity was, that it was trucked to the paper mill and disposed of in the wastewater treatment plant?**

A Yes, sir.

**Q And was that leechate ever tested, as far as you can recall, for any fluorinated chemicals?**

A I -- I -- I don't recall that.

**Q Okay. But the same types of sludge that were deposited in the paper fields around Starks/Stella is -- was disposed in the Pine Lake Landfill?**

MS. SCHWARZ: Objection. Form.

THE WITNESS: It would have been -- I would -- I would say no, because it was -- it was filter pressed rather than going out as wet sludge.

Page 119

BY MR. CVITANOVIC:

**Q Explain that to me so I understand.**

[redacted]

**Q Okay. After the installation of the filter press, is it safe to say that any fiber cake or sludge that was deposed of at the Pine Lake Landfill would have had a similar composition to that that was disposed of in the fields around Stella?**

A I would say, yes.

Page 120

**Q So any contaminants that were found in the sludge deposited in the fields around Stella would also have been deposited into the Pine Lake Landfill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: If the -- if it was the same composition, yes.

BY MR. CVITANOVIC:

**Q Okay. And if it was the same composition, would those same chemicals be found in the leechate at the Pine Lake Landfill as would be found in the groundwater around the town of Starks and Stella?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I can't say that because I don't know the -- the -- the leaching characteristics when it's put on the field, if they're much -- if they're different from in a landfill, I can't say that.

BY MR. CVITANOVIC:

**Q Okay. Is that something that the paper mill investigated as part of their landspreading program?**

A I -- as I recall, there was a test -- a landfill test done before the permit was issued. I don't know the details of it, but I think I remember reading something in the -- in the documents that were shown to me that there was a test plot done.

**Q There was a test plot done on a test field,**

**correct?**

A I -- I think so, yes. I wasn't party to it, so I'm not sure.

**Q As part of the permit for the landspreading program?**

A Yes.

**Q Okay. But do you know if that tested for -- for possible paths to groundwater of constituents that were located in the sludge?**

A Again, I don't know what parameters were tested for. I wasn't -- I wasn't part of the details of the test.

**Q Okay. But it's safe to say that PFAS was not contemplated at all in the landspreading permit that was issued under your tenure at the mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: It was -- it was not -- it was not mentioned in the permit, if that's what you're asking, no.

BY MR. CVITANOVIC:

**Q That's right. That's what I'm asking.**

**It was -- PFAS was not mentioned in the landspreading permit at the time that you worked at the paper mill?**

A Correct.

**Q And PFAS was not mentioned in the wastewater**



**treatment plant affluent permit at the time that you worked at the paper mill?**

A Correct.

**Q We talked extensively about the different structure in the mill, and I wanted to be clear on something.**

**Is there anybody at Wausau Paper, during the time that you worked there, who had a function related to regulatory compliance outside of the individuals that we mentioned earlier?**

A I -- are you speaking with regulatory compliance with -- with environmental rules, and if that's the case then Mr. Switzer would have been, you know, my supervisor who was ultimately in charge, yes.

**Q Okay. And that's a great clarification.**

**So with respect to any environmental rules, that would be Mr. Switzer, who would be the chief most -- the most -- the ultimate authority in response to regulatory concerns?**

A That's correct. Yes. At our mill.

**Q At your mill. And who would have been responsible for regulatory considerations above Mr. Switzer?**

A I would say corporate. The -- the folks I mentioned before at corporate.

**Q Cara Kurtenbach?**



A Ultimately, Mr. Urbnach.

**Q Okay. I don't believe I asked you your current address.**

**If I needed to serve you with a subpoena for some reason in the future, what would be the good address where you could be found?**

A If it's after Thanksgiving, it's going to be in Florida. You want me to just dictate it to you here?

**Q Yeah. Let's just get both of them on the record, if we can.**

A Okay. 28194 Islet Trail. That's spelled I-s-l-e-t, Trail. Bonita Springs, Florida. 34135.

**Q I cut you off. And your local address?**

A 5845 Musky Bay Drive, Rhinelander, Wisconsin.

**Q Other than the Musky Bay Drive address, do you own any other real estate in Oneida County?**

A I own -- I own some land in the town of Three Lakes, Wisconsin.

**Q Okay. And what kind of land is that?**

A It's just vacant land with a hunting cabin on it.

**Q Okay. Do you own any land where sludge from the mill was ever land applied?**

A No, sir.

**Q Do you own any land in close proximity to any locations where sludge was applied?**



A I'm -- I'm estimating about five miles away.

**Q Okay. So this is not a -- this -- the contamination issues in the town of Stella don't directly impact each of that?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't believe so, no.

BY MR. CVITANOVIC:

**Q Okay. Your drinking -- your personal drinking water has not been impacted?**

A We don't have -- we don't have drinking water out there.

**Q Okay. But what about with your house on --**

A Musky Bay?

**Q Musky Bay, thank you.**

A We have -- we have fine drinking water there.

**Q Okay. Are you on a lake or any kind of surface water?**

A We're on a -- on a flowage of the Wisconsin River.

**Q Okay. Do you have any kind of fish consumption advisories on the Wisconsin River where you're located?**

A Not unless they were issued years ago for mercury. A lot of the states around -- I mean, excuse me. A lot of the lakes around the state had mercury levels, but I -- I don't recall any in -- in our area.

**Q Okay. So although you live in the Rhinelander**

**area, the issues that are impacting the people in Stella are not the same issues that are impacting you personally?**

A No, they're not.

**Q Okay. Earlier when you testified about composting and composting to the county landfill.**

**Do you remember that?**

A Yes, sir.

**Q Was -- was any of that compost material provided to private landowners for application in their private gardens?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't know where it ended up. All I know is that the county landfill was producing composts, and I -- I never did follow-up myself on where it ended up with, but -- so I don't know the answer to that.

BY MR. CVITANOVIC:

**Q Okay. But the county landfill was producing compost and bagging compost for distribution somewhere?**

A It was producing compost. I don't know if they were bagging it or what. I didn't -- I didn't get involved in the details.

**Q Okay. For the landspreading program, the paper mill was required to track all of the locations where sludge was applied; is that right?**



A I think so, yes, as part of the permit.

**Q Okay. But to the extent that any sludge was provided to Oneida County for composting, there's no records that exists to identify where that sludge went?**

A I don't know that. I didn't -- I didn't work with the county. I don't know what records they kept.

**Q That's a fair clarification. As to your position at the paper mill, you didn't receive any records related to what Oneida County did with compost created from a paper mill sludge?**

A I'm not aware of any, no.

MR. CVITANOVIC: Okay. Marina, I think that's going to be all the questions I have for Mr. Neis, so I'm going to pass to the defendant group.

MS. SCHWARZ: Thanks, Andrew.

Does anyone else have questions on the defendant side?

MS. MILLER: Hey Marina, it's Amy. I just have a couple of clarifying question, if that's all right.

MS. SCHWARZ: Okay. Sure.

EXAMINATION

BY MS. MILLER:

**Q Hello, Mr. Neis. Can you hear me all right?**

A Yes, ma'am.



**Q My name's Amy Miller. I represent BASF, one of the defendants in this lawsuit here. I just had a couple of follow-up questions to some of the testimony you gave earlier.**

[redacted]

**Q Okay. Thank you.**

**I also had just a couple of questions about the Pine Lake Landfill and any landfills owned and operated by the mill.**

**In some of the documents, I had seen reference to some other landfills, perhaps an abandoned landfill.**

**Does that ring a bell to you at all?**

A No, I don't -- I don't -- I can't speak about any abandoned landfill. I wouldn't know what that's about.



**Q And then there was also mention of an old Pine Lake Landfill and a new Pine Lake Landfill.**

**Is that something that you remember?**

A Well, the paper mill only ran one landfill in Pine Lake. I'm not sure about another one.

**Q Okay. So to your knowledge, there was only one landfill in Pine Lake that the mill ever ran, at least during your tenure?**

A Correct.

MS. MILLER: Okay. Those are my only questions. Thank you so much.

MS. SCHWARZ: Thanks Amy.

Anyone else on the defense side have questions? I don't know if Bryce is still on, or Kristen.

THE VIDEOGRAPHER: I'm just letting Bryce back in. He was out and he's back in now.

MS. KENDALL: Nothing from me, Marina.

MS. SCHWARZ: Thanks, Kristen.

Bryce, anything -- I don't know if he's back in yet.

MR. COOPER: I'm back in. Sorry about that delay from me.

MS. SCHWARZ: No problem. We're just about wrapping up -- well, I'm about to ask any questions,

Bryce, unless you have any.
MR. COOPER: I do not, thank you.
MS. SCHWARZ: Great. Okay.
EXAMINATION
BY MS. SCHWARZ:
Q So it's going to be a little awkward, Mr. Neis. I know that I'm sitting next to you, but we're going to look at the screen for, you know, to be --
A Speak up a little bit.
Q Yeah. To be fair to the process here.
So good afternoon, Mr. Neis. As you know, I'm Marina Schwarz, and I am representing you and defending Wausau Paper in this litigation.
Are you ready to proceed with just a few follow-up questions?
A Yes, ma'am.
Q Excellent. I know that, you know, I'll do my best not to be repetitive with what Mr. Cvitanovic covered, but, you know, sometimes there are a little, you know, some redundancies, so we'll -- I'll do my best to be efficient; is that fair?
A Fine.
Q Okay. Mr. Neis, you began working at Wausau Paper, at this point, am I right, so over 35 years ago; is that fair?



A Yes, ma'am.
Q Okay. And I believe you testified already, but your title didn't change over that decade or so that you were there, right? You were the manager of environmental control?
A Yes, ma'am.
Q Okay. I think you also testified that sort of as the manager of environmental control, you would have been responsible for ensuring that the mill's air, solid waste, and wastewater discharges, met state and federal regulations.
Did I jot that down correctly?
A Correct.
Q So would it be fair to say that at the time you were with Wausau Paper, your subject matter expertise was with respect to applicable state and federal discharge regulations for the Rhinelander paper mill?
A Yes.
Q While you were employed by Wausau Paper, do you recall any state or federal environmental regulations with respect to fluorochemicals or PFAS?
A Not that I recall.
Q As the manager of environmental control, did your responsibilities include oversight of the mill's wastewater treatment plant?



A Yes, ma'am.
Q And in connection with those responsibilities, would you say that they included monitoring the day-to-day activities of the treatment plant?
A I did not monitor the day-to-day operations.
Q And how about the landspreading program, did your responsibilities include oversight of the landspreading program?
A Yes, ma'am.
Q And same question. Did those responsibilities also extend to sort of the day-to-day activities of the program, or was it more of just an oversight role?
A It was oversight. I had an assistant who monitored the day-to-day activities.
Q And are you referring to Mr. Hanson?
A I am.
Q And how about the Pine Lake Landfill, sir, did your responsibilities include oversight of the landfill?
A Yes.
Q And did they include monitoring the day-to-day activities of the landfill or are we, again, talking about really an oversight type of position?
A Again, an oversight.
Q Okay. We've spoken a bit today about MSDSs, and I just want to sort of clarify, if we can.



What was your role with respect to reviewing MSDSs for raw materials used in the papermaking operation?
A I would review the MSDS sheets for environmental information.
[redacted]
Q Were there different -- to your knowledge, I should say, Mr. Neis, were there different raw materials that were used in the papermaking operations over time?
A Yes.
Q Were you ever responsible for selecting any of the materials that were used in paper making?
A No, ma'am.

Page 133

**Q Were you considered a subject matter expert on the chemical composition of the raw materials purchased for paper making?**

A No.

**Q And if you had a question about any information contained within an MSDS for a raw material used in paper making, who, if anyone, would you ask?**

A I would ask my supervisor, Mr. Switzer, vice president of technical.

**Q Mr. Neis, forgive me if we've covered this, but are you a chemist?**

A No, ma'am.

**Q Are you a toxicologist?**

A No, ma'am.

**Q Are you an expert in paper making?**

A I'm not an expert, no.

**Q At the time you worked for Wausau Paper, so from 1989 to 1999, did you memorize all the different raw materials that the company used to manufacture specialty paper?**

A No, I did not.

**Q At the time you worked at Wausau Paper, did you research all the different raw materials used by the company to manufacture specialty paper?**

A No, I did not.

Page 134

**Q And so I believe you just said that to the extent that you had a question or a concern about any of the information in an MSDS, you would route that to your supervisor, Mr. Switzer; is that right?**

A Yes.

**Q And you said that Mr. Switzer's title, I apologize, was vice president of technical at the time; is that right?**

A Yes.

**Q And when Mr. Switzer retired, I think you testified earlier that it was Mr. Katchko that took over for him?**

A Yes.

[redacted]

Page 135

[redacted]

Page 136

[redacted]

**Q Outside of the morning meetings, which sound like**

Page 137

**they were a little bit more formal, and the cadence was daily, would you be able to sort of ask others questions or concerns as they came up of whether it was informal or otherwise?**

A We were -- we had a pretty open concept. Anybody was open to discussion and questions, and we all felt free to speak with each other on issues.

**Q And would that typically happen, do you recall that happening during your tenure?**

A I don't recall specific times that that happened, no.

**Q But you recall that being the general culture at the mill?**

A That was the general culture. We would be able to work things out and discuss things with each other at any time we wanted.

**Q I'd like to focus a bit on the Wisconsin Department of Natural Resources, or WDNR, for a moment, Mr. Neis.**

**I know you testified earlier that you worked for the agency for about 18 years before you joined Wausau Paper; is that accurate?**

A Yes.

**Q Based on your experience at WDNR, were there individuals employed at the agency that were knowledgeable**

Page 138

**about paper mill operations?**

A As I mentioned before, there was a section in the central office in Madison of DNR that was -- it dealt strictly with industrial waste permitting, and several of those people were very familiar with the paper industry and they pretty much handled the paper mill permitting process.

**Q And did you consider those employees of the agency to be subject matter experts in the area of paper making?**

MR. CVITANOVIC: Object to form.

THE WITNESS: They were all very knowledgeable in paper making, yes.

BY MS. SCHWARZ:

**Q And outside of the folks that you just mentioned that were industrial waste disposal or specialists when it came to papermaking facilities, did DNR employ any local field engineers or other employees that were familiar with specific paper mill operations?**

A Each district had environmental engineers who dealt with their industrial sources in their countries, as well as municipal. And these district engineers would be familiar with the paper mills within their district, yes.

**Q And to your knowledge and understanding, Mr. Neis, was that also the case for the Rhinelander paper mill?**

A Yes, ma'am.

**Q Where was the DNR office located relative to the**

Page 139

**Rhinelander paper mill?**

A The DNR office was located just about two blocks from the paper mill.

**Q Based on your experience while you were employed by WDNR, or Wausau Paper, do you know, Mr. Neis, whether paper mills typically had wastewater treatment facilities?**

A Every -- at the time that I worked there, most mills around the state had some sort of wastewater treatment because they had to meet their own discharge permits.

**Q Thank you.**

**Do you recall receiving any information while you were with Wausau Paper, advising you that a paper mill that utilizes a wastewater treatment facility should not use fluorochemicals in its papermaking operations?**

MR. CVITANOVIC: Objection to the form.

THE WITNESS: I don't remember receiving anything like that.

BY MS. SCHWARZ:

**Q While you worked at Wausau Paper, did you see any information indicating that fluorochemicals used in paper making could impact landspreading operations?**

MR. CVITANOVIC: Objection to form.

THE WITNESS: No, ma'am.

Page 140

BY MS. SCHWARZ:

**Q Let's turn briefly to Wausau Paper's landspreading program.**

**I think you talked at, you know, a general level about your role with respect to that program, but could you just repeat, maybe just for my benefit, what your role was, if any, with respect to that program?**

A After -- after we decided to proceed with investigating the -- the -- the concept of the landfill, I mean, excuse me, land spreading, we hired a consultant to help us with the technical parts of it with acting as a liaison with the department and help us do the initial investigations and permitting process.

**Q Did WDNR impose any requirements on the landspreading program?**

A Yes, they did. They issued us a permit and the permit spelled out what parameters we had to test for and at what frequency.

**Q And I think you might have just answered this, but during your tenure, did WDNR require Wausau Paper to test its fiber cake for any specific constituents or chemicals?**

A Yes, it did.

**Q And did Wausau Paper conduct that testing?**

A Yes. We complied with all of the parameters that they asked for.

Page 141

**Q And did Wausau Paper provide the test result to DNR?**
A Yes, ma'am.
**Q During your employment, when Wausau Paper conducted that chemical testing of its fiber cake, did Wausau Paper decide which chemicals to test for or did WDNR determine the chemicals Wausau Paper had to test for?**
A It was -- it was the WDNR that told us what parameters to test for.
**Q And based on your experience at WDNR, do you believe it was reasonable to rely on DNR's guidance with respect to the chemicals to be tested for in the mill's fiber cake?**
A Yes, ma'am.
**Q And based on your experience at DNR, do you believe it was reasonable to rely on DNR's guidance with respect to the chemicals to be tested for in the mill's wastewater treatment plant?**
A Yes, ma'am.
**Q While you were working for Wausau Paper, did WDNR ever ask or tell you to test fiber cake for any PFAS or fluorochemical?**
A I don't recall that they ever did.
**Q And during your tenure with Wausau Paper, did WDNR or any regulator require PFAS or fluorochemicals to be**

Page 142

**monitored or recorded for the wastewater treatment plant?**
A I don't recall that they ever did, no.
**Q And how about for the landspreading program, do you recall WDNR, or any regulator, requiring PFAS or fluorochemicals to be monitored or reporting for the landspreading program?**
A No, they did not.
**Q And while you were with Wausau Paper, did WDNR, or any regulator, require PFAS or fluorochemical testing of the landfill leachate to the best of your recollection?**
A I do not recall that effort, that they ever did.
**Q Mr. Neis, if any regulator had requested testing or monitoring for PFAS for any fluorochemical in connection with the mill's operations, would you have done so?**
A Absolutely. We were very environmentally conscious and we would follow up on anything.
**Q To your knowledge, did WDNR ever express any concern during your tenure to Wausau Paper about PFAS or fluorochemicals?**
A Not during my tenure, no.
**Q During the decade or so that you worked for Wausau Paper, how would you describe the company's approach to environmental stewardship?**
A We were -- we were very -- very much conscious and in -- as we learned earlier in this testimony that I worked

Page 143

for the department as an environmental manager. I went to work there because I cared about the environment and I -- and I wanted to make sure that the water and the air in the state was safe.
And when I went to work with the mill, I carried that attitude over with me. We were -- I felt we were wonderful stewards of the -- of the environment.
During my tenure, and specifically when we -- when we started this landspreading idea and followed it through and to fruition with the department's regulation, with their blessing and got it started, the department was -- was quite happy about our -- our -- our situation. They thought it was a wonderful idea, and one day I got a personal call from the department's secretary himself saying that we had been awarded the John Brogan Environmental Award, which is awarded to one industry in the state for environmental excellence and innovation, much in due to our -- our landspreading program and a couple of other items, recycling issues, that we did.
So we were quite proud of that. And we've strived to maintain all of our experimental regulations. We've done very well at it.
The -- the -- the river in -- that flows through our town below the paper mill is now being used for recreational purposes, where decades ago it just -- it just

Page 144

wasn't suitable for that.
So, you know, our record is -- is pretty good about all that.
**Q Thank you, Mr. Neis.**
**Do you believe then that you acted responsibly with respect to the operations at the wastewater treatment plant while you were with Wausau Paper?**
A Absolutely.
**Q Do you believe you acted responsibly with respect to the landspreading operations while you were with Wausau Paper?**
A Yes, ma'am.
**Q Did you ever feel that you were doing something at Wausau Paper where you were putting the community at risk?**
A Absolutely not. We would never do that.
**Q Mr. Neis, when you worked at the Rhinelander mill, do you believe that Wausau Paper acted responsibly when it came to the health and safety of the Rhinelander community?**
A Absolutely. We -- we would never want to do anything that would be harmful to the community.
**Q How long have you been a part of the Rhinelander community?**
A I moved here in 1970, and I've been here ever since.
**Q About 55 -- 55 years?**

Page 145

A As long as I've been married, yes.

**Q Congratulations. While you worked at the Rhinelander mill, were you -- well, I guess you were also living in Rhinelander at that time?**

A Yes.

**Q During that period, did you have family residing with you in Rhinelander?**

A Yes. We raised three children in town there.

**Q Since you retired, have you remained active in the Rhinelander community?**

A Yes, ma'am. I've done a lot of volunteer work, and I have a lot of friendships and social activities in Rhinelander.

**Q Would it be accurate to say, Mr. Neis, that the last time you were employed by Wausau Paper was over 25 years ago at this point?**

A Yes, ma'am.

**Q And so is it accurate that the last time you had any direct involvement with anything Plaintiff's counsel talked to you about today was over 25 years ago?**

A Yes, ma'am.

**Q Mr. Neis, would it be fair to say that you no longer recall many of the day-to-day details of your prior work at the mill?**

A Yes, it is.

Page 146

**Q While you were employed by Wausau Paper, did you have general or customs or practices when carrying out your responsibilities as manager of environmental control?**

A By that, do you mean reporting, or I guess I --

**Q Sure. In terms of reviewing Material Safety Data Sheets, for example?**

A Oh, yes, yes, I -- I did do that, and I would review all of the discharge reports that came in from the day before, and any other environmental issues that came up, I would certainly have involvement in those.

**Q Would it have been your custom and practice at the time you worked at the mill to take seriously any handling or disposal and other information contained in the MSDSs you reviewed?**

A Yes. Yes. To the best of my ability.

**Q Mr. Neis, you were shown and we discussed various, you know, issues and documents today that refer to fluorochemicals.**

**Do you recall that?**

A Yes.

**Q And was it surprising at all to you to learn that other individuals at the Rhinelander paper mill, whether in the technical department or otherwise, were more knowledgeable about the fluorochemical usage in the papermaking operations at the mill?**

Page 147

A Yes, they were.

**Q It would surprise you?**

A I'm sorry?

**Q Would it surprise --**

A Oh, no.

**Q Go ahead.**

A It wouldn't surprise me.

**Q Okay. In your experience, is it reasonable to have employees with specific expertise be more involved in evaluating issues related to that subject matter?**

A Yes, ma'am.

MR. CVITANOVIC: Object to form.

BY MS. SCHWARZ:

**Q I believe you agreed earlier that your subject matter expertise was with respect to applicable state and federal discharge regulations for the mill, right?**

A Yes.

**Q When others at Wausau Paper had questions about complying with applicable discharge regulations, would they come to you?**

A Yes, ma'am.

**Q And then just briefly focusing on the Pine Lake Landfill, I know Mr. Cvitanovic asked you a couple points about that.**

**Do you generally recall, Mr. Neis, whether WDNR**

Page 148

**was aware that the company had a landfill in Pine Lake?**

A Yes, they were. They were aware.

**Q And was the Pine Lake Landfill regulated by the WDNR?**

A It was. It was licensed and regulated.

**Q And during your time with Wausau Paper, did the company make any submissions to WDNR regarding the Pine Lake Landfill?**

A It made quarterly reports on it.

**Q And during your time with Wausau Paper, were there any inspections of the Pine Lake Landfill by WDNR?**

A Yes, there were.

**Q Mr. Neis, do you recall Plaintiff's counsel discussing quite a bit with you the Scotchbrand -- sorry -- Scotchban product today?**

A Yes, ma'am.

**Q Do you recall that product during your time -- from your time at Wausau Paper?**

A I -- I -- I don't recall it from -- at this point, no.

**Q Okay. Is it a familiar sort of term or name to you?**

A I recognize the name, but I didn't remember anything about it.

**Q Okay. And I believe there was a discussion**

Page 149

between you and Plaintiff's counsel earlier today about, you know, whether and how WDNR could have been aware about the mill's use of fluorochemicals in its papermaking operations.
Do you generally recall that discussion?
A Yes.
MS. SCHWARZ: Okay. I'd like to show you a document. And folks, I'll -- Mike will share his screen for this one, Mr. Neis.
And I think this will be Exhibit 8; is that right?
MR. CVITANOVIC: I don't think I attached the last two documents I shared, where I just asked him to read the names, so I think we're at 7.
Does anybody disagree with that?
MS. SCHWARZ: I'll take your word for it. So this is Exhibit 7.
MR. CVITANOVIC: I think that sounds right to me.
MS. SCHWARZ: Bear with us for a moment.
(Neis Exhibit 7 marked for identification.)
BY MS. SCHWARZ:
Q Mr. Neis, do you see the document in front of you?
A Yes, ma'am.
Q Okay. So on page 1 -- and I'll represent that this is a publicly available document on DNR -- WDNR's

Page 150

website.
So on page 1 there, do you see that it says -- it's a little small. Let us make it bigger.
On page 1, it says: "Wisconsin Department of Natural Resources" on the left-hand side.
Do you see that?
A Yes, now I do.
Q All right. And then do you see on the right side it says: "Air Pollution Control Permit Application."
A Yes.
Q Do you see that? Okay.
And now we're going to flip over to a page that says "22" at the bottom. So just bear with us a bit.
Mike, is there a way we can make it a full screen or does that throw things off?
Yeah. That's great.
At the top of the page there, Mr. Neis, you see it says: "RMT Report." And there's a date of June 1994, and right underneath there it says: "Rhinelander Paper Company."
Do you see that?
A Yes.
Q Was RMT a consultant for Rhinelander Paper Company to your knowledge?
A Yes. They were out of Madison.

Page 151

Q Okay. At the top of the page you see right there, there's a heading. It says: "4.9," and then: "Paper Machine VOC Containing Size Usage Processes."
Do you see that?
A Yes.
Q And then right underneath there it says: "The four paper machines at the Rhinelander mill are equipped with size presses and after dryers to allow for the production of circus-sized paper products."
Do you see that?
A Yes.
Q And then the next paragraph, the first two sentences say: "Surface sizing materials are commonly composed of starch or similar materials in aqueous solutions. However, two VOC-containing size raw materials are currently used in the Number 6, Number 7, and Number 8 paper machines at the Rhinelander mill."
Do you see that?
A Yes.
Q Okay. And then the very last sentence of that same paragraph, it says: "The two size materials currently used do not contain any state listed or federally listed hazardous air pollutants."
Did I read that correctly?
A I see that.

Page 152

Q Okay. And then if you flip to the page with us, we'll take you there. There's a little 145 at the bottom.
It's thinking, so give us a moment. Great. There we are.
And there is a Number 4A.
Do you see right there under the "Unit Description," Mr. Neis --
A I see.
Q -- it says: "Age of machine, sizing processes."
A Yes.
Q "PMs," which I'm going to assume stands for paper machines, unless you disagree with me.
A It does.
Q It says: "Number 6, 7, and 8," which we were just reading about.
A Mm-hmm.
Q Do you see that?
And then if we go down to Number 10 there, do you see where it says: "List the types and amounts of raw materials used in this process."
Do you see that?
A Yes.
Q And then underneath that, the first column there under "Material," it says: "VOC-containing size raw material," and the first material listed there is:

Page 153

"Scotchban FC-807."

**Do you see that?**

A I do.

**Q Okay. And then on the very next page, if you flip over there.**

It says: "RMT" again, the consultant. And "Computation Sheet," right?

A Right.

**Q And then if we scroll down, there appears to be a bit of a process flow diagram there.**

A Okay.

**Q Right? And it says: "Paper machine sizing processes."**

**And then there's an arrow pointing to size preparation on the left-hand side of the diagram --**

A Yes.

**Q -- with the words: "Additives, e.g., quillon, Scotchban, et cetera." Do you see that?**

A Yes.

**Q And then we're going to flip a few pages forward, Mr. Neis. It's going to say: "PDF page 39" at least.**

**And hopefully we can get there while it thinks a lit bit. Bear with us, Mr. Neis. Some of the tech issues get the best of us.**

A A lot of pages to think about.

Page 154

**Q That's true. That's fair.**

**Well, I think -- I won't belabor the point, Mr. Neis, by going through the additional references on the following pages, so let me just ask you: Does it appear to you, Mr. Neis, that the use of Scotchban FC-807 at the mill was disclosed to WDNR at least as of 1994?**

A Yes.

**Q Would you agree with me that that's before the landspreading program was approved by DNR in 1995?**

A Yes.

MS. SCHWARZ: Okay. I think I'm going mark another document with you, Mr. Neis.

Let's see here. This is going to be Exhibit -- I should know, is it 8 now, I believe? Someone correct me if I'm wrong, but I think this will be Exhibit 8. Oh, I'm sorry. Tab 110.

(Neis Exhibit 8 marked for identification.)

BY MS. SCHWARZ:

**Q Mr. Neis, do you see the document in front of you?**

A Yes, ma'am.

**Q Okay. So this is a Material Safety Data Sheet, or at least it appears to me, for FC-807. Again, that Scotchban product that we were just looking at in the air permit.**

A Okay.

Page 155

**Q Do you see that?**

A Yes.

**Q Okay. If you go to the second page, please, Section 5, under "Recommended Disposal."**

**And Mr. Neis, if you can see that, can you read the first sentence there under "Recommended Disposal," please?**

A "Discharge spent solutions to a wastewater treatment system."

**Q Sitting here today, Mr. Neis, do you recall whether Wausau Paper would have discharged spent solutions containing this product to a wastewater treatment system?**

A Yes.

**Q Okay. Let's turn to Section 7 of this Material Safety Data Sheet.**

**Now, there it says: "Precautionary Information."**

**Do you see that, Mr. Neis?**

A Yes.

**Q And the very last sentence in that section says: "FDA status approved for use as a component of paper and paperboard in contact with aqueous and fatty foods."**

**Do you see that?**

A Yes.

**Q Does it appear to you, Mr. Neis, that this Scotchban product was approved by the FDA for food contact application?**

Page 156

A Yes.

**Q I'd like to go to an exhibit that Plaintiff's counsel marked with you, Mr. Neis. It's going to be Exhibit 2.**

**We can share screen for that one.**

**Do you see that on the screen in front of you, Mr. Neis?**

A Yes, ma'am.

**Q And do you recall that Plaintiff's counsel showed this document to you earlier?**

A Yes, we saw this earlier.

**Q Yep. Mr. Neis, looking at this document that Plaintiff's counsel showed you, does it say anywhere that it's a Material Safety Data Sheet?**

A It does not, no.

**Q Okay. Do you know one way or another whether this document was internal to 3M or if it was intended for purchasers of 3M products?**

A I do not know that.

**Q Okay. And the date of this document, I think if we scroll down, we can see, is September 29th of 1992; is that right?**

A That's what -- yes.

**Q Okay. And one more point here. I think we**

Page 157

**covered -- if you scroll up for me, Mike.**

**This is for the Scotchban Brand Protector. This is now FX-845.**

**Do you see that --**

A Yes.

**Q -- Mr. Neis? Okay.**

**And under "Usage" there, I believe you focused on this with Mr. Cvitanovic, but it says: "An FDA-approved polymeric fluorochemical paper treatment which provides oil and water repellency to treated paper."**

**Do you see that?**

A Yes.

MS. SCHWARZ: Okay. So let me show you another document. It's going to be Tab 120. And this will be Exhibit 9.

(Neis Exhibit 9 marked for identification.)

BY MS. SCHWARZ:

**Q Mr. Neis, do you see the document in front of you? We can make it a little bit bigger. It's a bit light.**

**Under "Trade Name," do you see it's the same product that we were just looking at --**

A Yes.

**Q -- in the prior document, right? Is that the FX-845 Scotchban Brand Protector?**

A Yes.

Page 158

**Q And does this document say: "Material Safety Data Sheet"?**

A It does.

**Q Okay. And again, does it appear to you to be the same product that was referred to in the last document that we discussed and Plaintiff's counsel showed you?**

A Yes.

**Q Do you see toward the top of the page where it says: "Issued," and the date listed is: "April 16th, 1996"?**

A Yes, now I see it, mm-hmm.

**Q So is this MSDS dated before or after the date of the document that we just looked at?**

A After.

**Q Let's turn to Section 5, which is titled: "Environmental Information," on page 2. Right there.**

**Under the heading: "Recommended Disposal," Mr. Neis, could you please read the first sentence?**

A "Discharge spent to -- solutions to a wastewater treatment system."

**Q Thank you. All set with that document.**

**Mr. Neis, I know that Mr. Cvitanovic showed you a document that was from WDNR from 2025, and he referred to it as a "responsible party letter."**

**Do you recall that?**

Page 159

A I believe so.

**Q Do you have any personal knowledge about DNR's investigation that led to this responsible party letter?**

A No, I don't.

**Q Okay. Thank you.**

**And I believe Plaintiff's counsel also showed you a 1999 letter to a Mr. -- is it Vancos or Varcos, do you recall that?**

A Yes, I do.

**Q Okay. And I believe we can go back to the letter if we need to, Mr. Neis, but Plaintiff's counsel pointed you to a section in that letter suggesting that a best environmental management practice was to minimize discharge to floor drains.**

**Do you generally recall that? And if not, we can pull up the letter if that would be easier.**

A Okay. Yes.

MS. SCHWARZ: Mike, could we pull up, it was Exhibit 5. I don't know how it's marked. 1999.

Great.

BY MS. SCHWARZ:

**Q So this was the letter, Mr. Neis, that Mr. Cvitanovic showed you to William Vancos.**

A Okay.

**Q Okay. And if you scroll down, I think it's toward**

Page 160

**the end there.**

**I think that Plaintiff's counsel focused you on that last sentence that said: "Since some of the chemicals in these products resist degradation and persist in the environment, the best environmental management practice is to minimize discharge to the drains."**

**Do you remember those questions?**

A Yes, now I do.

**Q Now, Mr. Neis, is it accurate or inaccurate to say that the floor drains at issue here would have been located in the papermaking facility?**

A Yes.

MR. CVITANOVIC: Object to the form.

BY MS. SCHWARZ:

**Q In other words, the drains that are being discussed in this letter were not located at the wastewater treatment plant, were they?**

A That's correct.

**Q Where were they located?**

A They were located at the --

**Q Let me ask it this way.**

A Yeah.

**Q Were the floor drains located in the papermaking facility?**

A Yes. Rather than a wastewater treatment plant,

Page 161

yeah.

Q All right. Sitting here today, Mr. Neis, do you have any reason to believe that your colleagues working in the paper making facility didn't attempt to minimize discharge to the floor drains if that directive was provided to them?

MR. CVITANOVIC: Object to form.

THE WITNESS: That's correct.

MS. SCHWARZ: I have no more questions for you, Mr. Neis, but Mr. Cvitanovic may want some follow-up.

MR. CVITANOVIC: Mr. Neis, I'm going to come back and ask you a few questions.

THE WITNESS: Okay.

EXAMINATION

BY MR. CVITANOVIC:

Q We looked at a few different things, a few different documents just now. I'm going to jump around a bit, but we answered a couple questions about FDA status.

Do you remember that?

A Yes.

Q What does the FDA approval status relate to?

A The Food and Drug Administration consumption -- consumable products relates to materials that are going to be consumed, I guess.

Page 162

Q Do you know what those FDA approvals were that you just discussed with counsel for Wausau Paper?

A Was I -- do I know of them, is that -- I'm sorry.

Q Do you know what those FDA approves relate to?

MS. SCHWARZ: Objection to form. Asked and answered.

THE WITNESS: Again, it relates to if that product would be in contact with edible or consumable products or -- that would be my guess.

BY MR. CVITANOVIC:

Q Did the FDA approve those products for deposition in potato fields?

A I don't believe there was any contact with FDA.

Q Did the FDA approve those products for use as a soil supplement in agricultural fields?

A Well, again, I don't believe there was direct contact with FDA.

Q Do you know that FDA approval covers the use of those products as soil supplements in agricultural fields?

A I do not know that.

Q Do you know if the FDA approved those products to be composted and then used as a soil supplement?

A Like I say, I don't -- I don't think that it was any contact with FDA on the approvals.

Q Do you know if the FDA's approval had any bearing

Page 163

on any use for those chemicals outside the very specific application of food contact paper when used within the parameters that FDA approved for that application?

MS. SCHWARZ: Objection to form.

THE WITNESS: I do not know that.

BY MR. CVITANOVIC:

Q Earlier you answered some questions about an air pollution permit. Was a air pollution permit something within your scope of responsibility at the mill?

A Yes.

Q Did you deal with the individuals at DNR when you submitted your air pollution permits?

A Yes.

Q Did you deal with those same individuals when you were engaging with DNR on water affluent issues?

A When I was -- when I was engaged -- when I was working with the DNR?

Q No. Let me make sure this is clear.

So when you -- when you were working at the paper mill and you had to submit permit applications related to air pollution permits, were those the same DNR employees who you engaged with when you submitted for permits related to wastewater affluent?

A Oh, no. They had -- there was an air pollution specialist in the district and in the Madison office.

Page 164

Q Okay. And was that different than the wastewater pollution specialist that you engaged with related to your treatment plant?

A Yes.

Q And was that different than the paper mill specialist that you discussed in Madison?

A Well, there was a man in the district and in Madison.

Q I appreciate that.

Was that -- and those were different people than the wastewater treatment plant specialists and the air pollution permit specialist?

A Yeah.

Q Do you know if anybody from the air pollution permit office provided a copy of the MSDS for FC-807 to anybody in the wastewater treatment plant department?

A I do not.

Q Let me ask it again, because I think we cut each other off.

Do you know if anybody from the air pollution permit office provided the FC-807 MSDS to any other employees at DNR?

A I do not know that.

Q Okay. Do you believe that DNR considered the FC-807 MSDS in granting the land application permit to the

Page 165

**Rhinelander paper mill?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I do not -- I don't know that either.

BY MR. CVITANOVIC:

**Q Do you believe that providing notice to DNR, through the air pollution permit, provides adequate notice to DNR for their assessment of the landspreading program permit?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I don't know what -- what communication there was between the DNR people.

BY MR. CVITANOVIC:

**Q But you worked there. You are familiar with DNR's process.**

**Do you think that the air pollution permit department is a -- is a likely conduit of information to the landspreading team?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I -- not normally. I don't -- I don't think there was any communication there between them. Even when I was at the district office.

BY MR. CVITANOVIC:

**Q Okay. So it -- it would be -- you would be drawing an unfair conclusion if you assume that the**

Page 166

**submission of the FC-807 MSDS to the air pollution team at DNR resulted in notice to the wastewater treatment plant team?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Was that a question or a comment?

BY MR. CVITANOVIC:

**Q That was a question.**

A I -- I -- okay. I -- can you -- can you restate it? I thought you were just making a statement there.

Please state your statement.

**Q I try mightily to avoid just making statements without question marks.**

A I understand. I understand.

**Q Is it -- it would be drawing an improper conclusion then if you assumed that submission of the FC-807 MSDS to the air pollution team resulted in any notification to the wastewater treatment plant permitting department?**

MS. SCHWARZ: Objection to form.

THE WITNESS: I -- I still didn't understand what the question was. It sounded like a statement.

You said -- can you rephrase it? I didn't understand it. I'm sorry.

BY MR. CVITANOVIC:

**Q No problem. Let's move on, Mr. Neis.**

Page 167

**I want to talk to you a little bit about the paper mill's reputation and their commitment to environmental stewardship and environmental consciousness.**

**Do you recall testifying about that before?**

A Yes, ma'am -- yes, sir.

**Q And I think you said that the paper mill was a wonderful steward of the environment?**

A Absolutely.

**Q And that was based on your recollection of events during the time that you worked at the paper mill?**

A That's right.

**Q And based on your understanding of how you personally performed your job during your tenure there?**

A Yes, sir.

**Q Has your opinion changed in any way reading the news about the contamination in Starks?**

A Not at all. I did my best and I felt we did everything we could to have a safe environmental and -- and meet all the standards and -- and be a benefit to the community.

**Q And now that DNR has identified the paper mill as a responsible party in the landspreading program as the source of that contamination, do you remain proud of the program that started under your tenure?**

A I am -- I am absolutely proud that we started that

Page 168

program because we did everything we could to make sure that everything was safe. The department was -- was quite admirable of our -- of our system.

It wasn't until recently that -- that I -- I read that the contamination out there was due to the landspreading program. You know, I wouldn't have done anything different back then.

**Q Was it difficult news to hear that the contamination was due to the landspreading program?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Yeah. Yeah. I -- it's difficult to hear that there was some contamination out there. I'll say that.

BY MR. CVITANOVIC:

**Q Because, I mean, Mr. Neis, you testified earlier today how important the environment is to you and why -- and how those goals relate to the environment directly to -- first to DNR and then later to the paper mill.**

**Knowing what you know now, with the benefit of the recent news reports and the DNR's investigation, had you been forewarned during your tenure about the risks associated with these chemicals, would you have done anything differently?**

MS. SCHWARZ: Objection to form.

THE WITNESS: Of course. We wouldn't do

Page 169

anything to harm the environment or people's health.
BY MR. CVITANOVIC:
**Q I understand that. I appreciate that.**
**Earlier you gave a bunch of testimony about DNR's approval for certain permits that were issued to the mill.**
**Ultimately, though, DNR didn't land spread any sludge in the Starks area, did they?**
A The DNR didn't apply any sludge?
**Q Correct. DNR didn't truck sludge out to Starks and deposit it in potato fields? They did not? No?**
A No.
**Q And you don't hold DNR responsible for the contamination at Starks, do you?**
MS. SCHWARZ: Objection to form.
THE WITNESS: I -- I don't hold anybody responsible for what I've read.
BY MR. CVITANOVIC:
**Q Do you blame DNR for approving the landspreading program?**
MS. SCHWARZ: Objection to form.
THE WITNESS: No, I don't.
BY MR. CVITANOVIC:
**Q Do you think the DNR did anything wrong?**
A No. They were -- they had as much expertise as they had and -- and were the -- were the folks that knew the

Page 170

most about it at the time and they did their best to make sure that the landspreading program is going to be safe.
**Q Do you think that -- do you think that if DNR had the same information available to it as the technical department at the Wausau paper mill, that they would have allowed the landspreading program to proceed as it did?**
MS. SCHWARZ: Objection to form.
THE WITNESS: I can't -- I can't answer that. That would have -- that would be their -- their decision.
BY MR. CVITANOVIC:
**Q Do you think that if DNR at the time had known that the chemicals used at the mill and which went into the wastewater treatment plant were persistent in the environment that that would have raised additional questions of DNR?**
MS. SCHWARZ: Objection to form.
THE WITNESS: Had they known of what went into the treatment, to the best of their knowledge, they would have -- they would have reviewed it.
I mean, if they knew of the particular substance at that time, they probably would have raised a red flag and brought up more discussion.
BY MR. CVITANOVIC:
**Q And if they had known at the time that those**

Page 171

**chemicals were bioaccumulative and could be -- and could accumulate over time in living organisms, do you think that that also would have raised additional questions for DNR?**
MS. SCHWARZ: Objection to form.
THE WITNESS: If they would -- if they knew what -- what effects those chemicals would have on the environment, yes, they would have raised a concern.
MR. CVITANOVIC: Okay. Mr. Neis, I appreciate your time and effort today. I know it was a lot. I have no further questions for you.
MS. SCHWARZ: I have one more, and then hopefully that will be it, Mr. Neis.

EXAMINATION

BY MS. SCHWARZ:
**Q Mr. Neis, sitting here today, do you know one way or the other whether WDNR, in fact, did know about fluorochemical usage in the papermaking operations at Rhinelander paper mill?**
A I do -- I do not know that.
MS. SCHWARZ: Thank you. No further questions.
THE VIDEOGRAPHER: All right. This ends today's deposition. We're going to go off the record. The time is 2:49 p.m.
(Deposition concluded at 2:49 p.m.)
_ _ _

Page 172

CERTIFICATE

I, Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter; Certified Shorthand Reporter in California, Illinois and Texas, and Certified Court Reporter in Missouri, do hereby certify that prior to the commencement of the examination, JEROME NEIS, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

"/s/JENNIFER A. DUNN"
Registered Merit Reporter
Certified Realtime Reporter

Dated: November 14, 2025

Page 173

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.

If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 174

ACKNOWLEDGMENT OF DEPONENT

I, JEROME NEIS, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

___________________________________________
JEROME NEIS DATE

(Reported by: Jennifer A. Dunn, RMR, CRR, CCR & CSR)

Subscribed and sworn to before me this
_______ day of _______________, 20 _____.

My commission expires: _______________
_______________________________________
Notary Public

Page 175

ERRATA SHEET

WITNESS: JEROME NEIS
IN RE: Lucas Rougeau, et al. v. 3M Company, et al.
Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

PAGE LINE CHANGE/REASON
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________
____ _____ ________________________________________

____________________________________________________________
Witness signature

WORD INDEX

**< 0 >**
**02-44-591257** 5:11

**< 1 >**
**1** 5:3 53:16, 19, 20 83:5 149:24 150:2, 4
**1:35** 117:18, 20
**10** 16:16, 18 24:16 152:18
**10:41** 52:16, 17
**10:51** 52:17, 19
**10:57** 56:15, 16
**100** 2:6
**10020-1104** 3:15
**10036-6797** 2:15
**1095** 2:15
**11:06** 56:16, 18
**110** 154:16
**1100** 1:24 2:10
**1144** 3:4
**12:02** 90:7, 8
**12:11** 90:8, 10
**12:56** 117:17, 18
**120** 157:14
**1251** 3:15
**126** 4:5
**129** 4:6
**1321** 5:13
**1369** 5:18
**14** 172:25
**145** 152:2
**149** 5:15
**15** 78:12
**1500** 114:18
**154** 5:15
**157** 5:18
**161** 4:7
**16th** 158:9
**171** 4:8
**172** 4:9
**173** 4:10
**174** 4:11
**175** 4:12
**18** 17:15 137:21
**19104-2808** 2:20
**1969** 19:2
**1970** 9:1, 5 19:4 144:23
**1989** 133:18
**1991** 94:14 96:23, 25 98:13
**1992** 98:14 156:22
**1994** 150:18 154:6
**1995** 154:9
**1996** 73:21 158:10
**1997** 102:8
**1999** 5:12, 13 15:22, 23 16:12, 14 82:22 83:1 88:10 89:18 90:18, 24 91:10 133:18 159:7, 19

**< 2 >**
**2** 3:10 5:3 61:21 62:1 94:17 156:5 158:16
**2:49** 171:24, 25
**20** 174:16
**2025** 1:10 5:9 6:2, 4 78:12 158:23 172:25
**212-335-4500** 3:16
**212-698-3500** 2:16
**214-521-3605** 2:11
**215-994-4000** 2:20
**22** 5:12 150:13
**23** 2:6
**25** 33:1 145:15, 20
**26** 5:9
**27** 3:15
**2730** 1:22
**28194** 123:11
**2929** 2:19
**29th** 156:22

**< 3 >**
**3** 5:5 66:18
**3:23-cv-546-WMC** 1:4
**30** 117:13 173:11
**300** 3:19
**303-863-1000** 3:5
**3100** 3:4
**3102** 2:10
**312-558-5600** 3:21
**314** 1:25
**34135** 123:12
**35** 129:24
**3531** 5:20
**39** 153:21
**3M** 1:6 3:21 5:12 6:9 53:6, 8, 16 54:6 66:6 67:9, 15 80:17 89:20 90:13 97:25 101:25 156:18, 19 175:3

**3M_NYLAAN01231 319** 5:13 89:25
**3M_ROUGEAU_000 00001** 5:3
**3M_ROUGEAU_000 00005** 5:15
**3M_ROUGEAU_000 00052** 5:5
**3M_ROUGEAU_000 01366** 5:18
**3M_ROUGEAU_000 04146** 5:7
**3M_Rougeau_414 6** 67:8
**3M_Rougeau_5** 92:4
**3M_Rougeau_52** 61:25
**3M-ROUGEAU_000035 27** 5:20

**< 4 >**
**4** 5:3, 8
**4.9** 151:2
**4147** 5:7
**4400** 3:20
**45** 15:24 16:1
**47** 15:8
**4A** 152:5

**< 5 >**
**5** 5:12, 13 82:2 89:25 96:17 155:4 158:15 159:19
**504-394-9000** 2:7
**52** 61:17
**53** 5:3, 5
**53703** 3:11
**54** 15:24
**55** 16:1 144:25
**5845** 123:14
**5th** 83:1

**< 6 >**
**6** 1:10 4:4 5:13 6:2, 4 92:5 96:18 151:16 152:14
**60654-3406** 3:20
**608-620-8347** 3:11
**61** 5:3
**63105** 1:24
**64** 15:25
**66** 5:5

**< 7 >**
**7** 5:15 149:13, 16, 20 151:16 152:14 155:14
**700.03(51** 79:10
**70037** 2:6
**703** 3:10
**727-0005** 1:25
**75219-4281** 2:11
**7733** 1:24

**< 8 >**
**8** 5:15 26:25 149:9 151:16 152:14 154:14, 16, 17
**80202-2848** 3:5
**807A** 67:16 83:11, 13
**82** 5:12
**8397** 2:6
**845** 67:16 83:11, 13
**89** 96:22

**< 9 >**
**9** 5:18 157:15, 16
**9:29** 1:16 6:2, 5
**92** 5:13
**95** 26:7 48:17
**97** 101:18

**< A >**
**a.m** 1:16 6:2, 5 52:16, 17, 19 56:15, 16, 18
**abandoned** 127:22, 25
**ability** 146:15
**able** 14:19 32:1 51:25 72:5 137:2, 14
**above-described** 79:8
**Absolutely** 142:15 144:8, 15, 19 167:8, 25
**acceptable** 78:20
**access** 56:5
**accord** 13:24
**accumulate** 171:2
**accurate** 73:25 74:2 137:22 145:14, 18 160:9 173:14
**accusations** 9:22
**achieve** 52:1 76:7
**ACKNOWLEDGMENT** 174:1
**acted** 144:5, 9, 17
**acting** 140:11
**action** 172:16, 18
**active** 145:9

**activities** 131:*4, 11, 14, 21* 136:*20, 24* 145:*12*
**Activity** 5:*11*
**actual** 108:*25* 111:*2*
**add** 29:*6, 8* 116:*15*
**added** 29:*16, 20* 37:*17* 38:*6, 8, 15, 19* 51:*22*
**additional** 36:*23, 25* 99:*9* 154:*3* 170:*15* 171:*3*
**additives** 29:*13, 16, 21, 23* 153:*17*
**address** 60:*23* 123:*3, 5, 13, 15*
**addressed** 60:*11* 61:*8* 73:*3* 135:*1, 8, 17*
**addressing** 135:*25*
**adequate** 49:*3* 165:*7*
**adhere** 39:*6*
**administration** 22:*6* 105:*15* 161:*23*
**Administrative** 79:*10* 106:*23*
**admirable** 168:*3*
**admit** 77:*15*
**advised** 68:*7, 10*
**advising** 139:*13*
**advisories** 124:*20*
**aerobic** 87:*11*
**affect** 36:*8* 59:*20, 21* 87:*15*
**affluent** 39:*1, 5, 11, 15* 45:*6* 64:*11* 68:*24* 122:*1* 163:*15, 23*
**afternoon** 129:*11*
**age** 6:*16* 152:*9*
**agencies** 58:*9*
**agency** 137:*21, 25* 138:*7*
**ago** 12:*1* 14:*6* 15:*9* 33:*1* 91:*19* 95:*23* 114:*24* 124:*21* 129:*24* 143:*25* 145:*16, 20*
**agree** 39:*21* 66:*7* 68:*22* 80:*6* 113:*24* 154:*8*
**agreed** 147:*14*
**Agreement** 5:*5* 66:*24*
**agricultural** 47:*21, 23* 48:*10* 73:*20* 110:*2* 162:*15, 19*
**ahead** 26:*23* 98:*17, 18, 20* 104:*14, 15* 116:*6* 147:*6*
**Ahlstrom** 3:*6, 7* 7:*25* 8:*2* 79:*5*
**Air** 5:*15* 19:*22* 23:*22, 23* 32:*12* 130:*9* 143:*3* 150:*9* 151:*23* 154:*23* 163:*7, 8, 12, 21, 24* 164:*11, 14, 20* 165:*7, 16* 166:*1, 17*
**airport** 51:*4*
**al** 1:*3, 6* 6:*9* 101:*8, 19* 102:*13, 14* 109:*1* 175:*3*
**Alabama** 19:*9, 15*
**alcohol** 14:*15*
**alleged** 8:*6, 8* 9:*16* 10:*4, 6, 7* 54:*6* 69:*8*
**allow** 151:*8*
**allowed** 59:*8* 69:*8* 170:*6*
**allowing** 57:*19* 58:*1, 14* 65:*13* 94:*11* 97:*7*
**allows** 93:*4*
**alternatives** 50:*3, 24*
**Americas** 2:*15* 3:*15*
**amiller@eimerstahl.com** 3:*9*
**amount** 91:*6* 93:*4* 116:*24* 119:*14*
**amounts** 152:*19*

**AMY** 3:*9* 126:*18* 127:*1* 128:*12*
**analysis** 79:*4*
**Analytical** 78:*5*
**ANDREW** 2:*3* 6:*22* 10:*12* 56:*4* 66:*15* 98:*18*, *20* 103:*19* 116:*5* 117:*5* 126:*15*
**andrew@cossich.com** 2:*3*
**ANNA** 3:*14*
**anna.eoviero@us.dlapiper.com** 3:*14*
**annual** 37:*4*
**answer** 7:*2* 31:*22* 32:*24* 71:*6* 98:*25* 125:*16* 170:*8*
**answered** 140:*19* 161:*19* 162:*6* 163:*7*
**answers** 70:*15* 174:*4*
**anybody** 10:*7* 11:*24* 13:*1* 14:*2* 35:*24* 67:*22* 89:*6*, *19* 107:*19* 109:*19* 110:*9*, *12* 122:*7* 137:*5* 149:*14* 164:*14*, *16*, *20* 169:*15*
**anybody's** 81:*7*
**anyway** 37:*8*
**apologize** 134:*7*
**appear** 154:*4* 155:*24* 158:*4*
**appeared** 13:*23*
**appears** 153:*9* 154:*22*
**applicable** 58:*8* 130:*16* 147:*15*, *19*
**Application** 5:*15* 9:*25* 85:*9* 111:*6* 125:*9* 150:*9* 156:*1* 163:*2*, *3* 164:*25*
**applications** 113:*8*, *9* 163:*20*
**applied** 32:*15*, *16* 62:*16* 63:*3* 73:*19* 81:*5* 86:*3* 123:*22*, *25* 125:*25*
**apply** 169:*8*
**appreciate** 41:*16* 54:*19* 164:*9* 169:*3* 171:*9*
**appreciation** 33:*4* 40:*9*, *10* 76:*5* 118:*11*
**approach** 135:*24* 142:*22*
**appropriate** 7:*6* 39:*11* 173:*4*
**approval** 49:*10*, *14* 113:*2* 161:*22* 162:*18*, *25* 169:*5*
**approvals** 162:*1*, *24*
**approve** 162:*11*, *14*
**approved** 47:*13* 48:*17* 154:*9* 155:*20*, *25* 162:*21* 163:*3*
**approves** 162:*4*
**approving** 169:*18*
**Approximately** 8:*23*
**April** 101:*18* 158:*9*
**aqueous** 151:*14* 155:*21*
**Arch** 2:*19*
**area** 8:*9*, *10*, *14*, *19* 9:*5*, *7*, *13*, *17* 10:*4*, *8* 11:*24* 14:*2* 43:*22* 44:*1*, *4* 47:*25* 69:*11*, *18* 80:*11* 90:*24* 112:*10*, *21* 124:*24* 125:*1* 138:*8* 169:*7*
**areas** 18:*14* 78:*5*, *19*
**ARNOLD** 3:*1*
**arrival** 24:*19*
**arrived** 26:*14* 117:*9*
**arrow** 153:*14*
**ash** 25:*15*, *16*, *17* 115:*8* 127:*5*
**asked** 12:*9*, *17* 19:*10* 42:*13* 44:*7* 72:*11*

112:*18*
123:*2*
140:*25*
147:*23*
149:*12*
162:*5*
**asking** 7:*2* 10:*10* 32:*11, 12* 33:*23* 42:*24, 25* 43:*1* 121:*18, 20*
**assessment** 113:*25* 165:*8*
**assigned** 16:*25*
**assist** 10:*19, 22*
**assistant** 11:*25* 12:*2* 131:*13*
**associated** 168:*22*
**assume** 10:*12* 30:*10, 15, 20, 23* 67:*11* 116:*18* 152:*11* 165:*25*
**assumed** 166:*16*
**assumes** 41:*12*
**assuming** 65:*10*
**ASTM** 115:*1*
**attach** 53:*18* 61:*25* 89:*24* 96:*17*
**attached** 94:*17* 149:*11* 173:*8* 174:*6*
**attempt** 161:*4*
**attend** 22:*15* 37:*4* 136:*7, 13*
**attended** 75:*21* 76:*13*
**attitude** 143:*6*
**attorney** 172:*15, 17* 173:*11*
**attorneys** 11:*3, 6, 9, 13, 18*
**authority** 122:*18*
**available** 74:*7, 24* 75:*14* 81:*10* 85:*11* 149:*25* 170:*4*
**Avenue** 2:*10, 15* 3:*15*
**average** 8:*16* 49:*6, 7*
**avoid** 166:*12*
**Award** 143:*15*
**awarded** 143:*15, 16*
**aware** 32:*13, 18* 54:*5, 8* 55:*1* 69:*17, 19, 21* 71:*8* 77:*12* 79:*13* 107:*10* 108:*16, 22* 109:*1* 110:*5, 14, 18, 21* 126:*11* 127:*16* 148:*1, 2* 149:*2*
**awkward** 129:*6*

**< B >**
**back** 8:*11* 10:*15* 12:*3, 13* 33:*4* 49:*11* 52:*18* 56:*17, 21* 73:*21* 78:*3* 85:*17* 90:*9* 94:*16* 96:*16, 20, 24* 105:*8* 110:*21* 115:*6* 117:*12, 19, 22* 128:*17, 20, 22* 134:*25* 135:*4* 159:*10* 161:*13* 168:*7*
**bad** 48:*9* 108:*19*
**bagging** 125:*19, 21*
**bags** 74:*9*
**BARON** 2:*9*
**base** 40:*6*
**based** 45:*5* 69:*22* 79:*2, 3* 80:*2, 20* 81:*1* 137:*24* 139:*4* 141:*10, 15* 167:*9, 12*
**BASF** 3:*16* 127:*1*
**basic** 32:*13*
**basically** 12:*9* 21:*1* 25:*24* 26:*16* 33:*18* 51:*9, 16*
**basis** 24:*1* 64:*12* 69:*24* 70:*2* 106:*8* 113:*8* 118:*4*
**Bay** 123:*14, 15* 124:*13, 14*
**bcooper@winston.com** 3:*19*
**bear** 100:*24* 149:*19* 150:*13* 153:*23*

**bearing** 68:*24* 162:*25*
**began** 111:*14* 129:*23*
**beginning** 19:*2* 28:*19*
**behalf** 1:*3* 6:*18*
**belabor** 154:*2*
**believe** 12:*24* 26:*22* 41:*20* 64:*15* 66:*9* 81:*19* 100:*17* 101:*11* 104:*23* 113:*10* 123:*2* 124:*6* 130:*2* 134:*1* 141:*11, 16* 144:*5, 9, 17* 147:*14* 148:*25* 154:*14* 157:*7* 159:*1, 6, 10* 161:*3* 162:*13, 16* 164:*24* 165:*6*
**bell** 127:*23*
**Belle** 2:*6*
**beneficial** 50:*2, 16*
**benefit** 140:*6* 167:*19* 168:*19*
**Benzel** 89:*1*
**best** 14:*9, 11* 21:*25* 32:*24* 33:*1* 84:*1, 5, 7, 9* 89:*2* 129:*17, 20* 142:*10* 146:*15* 153:*24* 159:*12* 160:*5* 167:*17* 170:*1, 19*
**beyond** 38:*25* 102:*25*
**big** 28:*22* 29:*5* 63:*7*
**bigger** 103:*20* 150:*3* 157:*19*
**Bill** 5:*12* 19:*16* 82:*5, 6* 90:*15*
**bioaccumulative** 171:*1*
**biodegradation** 63:*14, 24*
**biological** 26:*2* 87:*19*
**biomass** 26:*2*
**Bi-quarterly** 23:*3*
**bit** 8:*11* 10:*15* 17:*11* 18:*13* 33:*5* 46:*4, 17* 64:*23* 93:*2* 103:*19* 113:*19* 119:*10* 129:*9* 131:*24* 136:*2* 137:*1, 17* 148:*14* 150:*13* 153:*10, 23* 157:*19* 161:*19* 167:*1*
**blame** 169:*18*
**bland@baronbudd.com** 2:*10*
**blessing** 143:*11*
**blocks** 139:*2*
**Bob** 19:*13*
**BOD** 64:*2, 4, 7, 10, 15*
**boilers** 25:*15* 127:*13, 15*
**Bonita** 123:*12*
**born** 15:*24* 16:*1*
**boss** 95:*10*
**bottom** 103:*25* 117:*3* 150:*13* 152:*2*
**Boulevard** 1:*24*
**Bowen** 111:*17, 18, 19, 23* 112:*1, 4*
**Brand** 5:*3, 13, 15, 18* 62:*10* 101:*25* 157:*2, 24*
**break** 52:*12, 14* 87:*1, 3, 21* 88:*1, 9* 90:*2* 117:*7, 11, 23*
**breaking** 87:*19*
**BRETT** 2:*9*
**Brian** 111:*17, 18*
**briefly** 140:*2* 147:*22*
**broadly** 135:*17*
**Brogan** 143:*15*
**Brokaw** 104:*9*
**broke** 119:*10*
**brought** 114:*19* 118:*6* 170:*23*
**BRRTS** 5:*11*
**Bryant** 2:*15*

**BRYCE** 3:*18* 58:*6* 128:*14, 16, 20* 129:*1*
**BUDD** 2:*9*
**building** 22:*7* 105:*14, 15*
**built** 15:*11* 26:*1, 5* 47:*5*
**bumping** 50:*18*
**bunch** 169:*4*
**burned** 127:*13, 14*
**burning** 127:*6, 10, 12*
**business** 14:*23, 24, 25* 15:*10, 11, 14, 16*

**< C >**
**cabin** 123:*20*
**cadence** 137:*1*
**cake** 9:*22, 25* 47:*2, 14, 20* 51:*12* 72:*1* 81:*12* 109:*16, 20* 119:*18, 21* 140:*21* 141:*5, 13, 21*
**California** 1:*19* 172:*5*
**call** 12:*1* 23:*24, 25* 27:*17* 48:*12* 80:*7* 119:*5, 14* 143:*13*
**called** 12:*8, 13* 19:*10* 45:*3*
**candidly** 79:*3*
**capacity** 50:*17* 51:*7*
**Cara** 104:*25* 105:*3* 122:*25*
**care** 71:*5*
**cared** 143:*2*
**carefully** 173:*2*
**CARO** 2:*4*
**carried** 143:*5*
**carrying** 146:*2*
**Case** 1:*4* 13:*21* 54:*5* 69:*7* 88:*19* 117:*4* 122:*12* 136:*20* 138:*23*
**catch** 16:*17*
**causing** 32:*9*
**caution** 10:*10*
**cc** 104:*1*
**CCR** 174:*12*
**center** 73:*12, 13*
**Central** 6:*5* 138:*3*
**Centre** 2:*19*
**certain** 7:*16, 20* 29:*20* 31:*13* 45:*10* 62:*20* 67:*15* 71:*9, 23* 73:*14* 76:*6* 93:*4* 101:*5* 110:*24* 119:*6* 169:*5*
**Certainly** 37:*16, 24* 46:*7* 110:*14* 134:*23* 146:*10*
**Certificate** 4:*9* 172:*1*
**certification** 18:*2*
**Certified** 1:*17, 18, 19* 172:*3, 4, 5, 23*
**certify** 172:*6, 10, 14* 174:*2*
**cetera** 153:*18*
**change** 20:*6* 26:*23* 40:*20* 54:*21* 55:*2* 95:*3, 9* 96:*19* 97:*6, 9* 98:*15* 99:*8, 10* 130:*3*
**CHANGE/REASON** 175:*5*
**changed** 40:*17* 55:*4, 11* 167:*15*
**changes** 37:*2* 55:*7* 90:*17, 23* 91:*3* 94:*25* 95:*1, 13, 21* 96:*1* 97:*3* 173:*7* 174:*5* 175:*5*
**changing** 98:*7*
**characteristics** 120:*14*
**charge** 20:*15* 23:*22* 70:*22* 91:*11, 12* 101:*16* 122:*14*
**Chasse** 2:*6*
**chat** 56:*9* 61:*20*
**checked** 88:*16*
**checking** 45:*23*
**chemical** 40:*14* 42:*18* 64:*3* 68:*23* 76:*12* 84:*24* 85:*6* 86:*23* 133:*2* 141:*5*

**chemicals** 29:8 30:7, 9 31:13 32:14 33:7 36:1 38:14 39:24 40:11, 16, 19, 24 41:6, 9 43:5, 9, 13, 17, 21 44:15 45:15 55:20 62:21 67:21 68:12 69:9 76:7 77:18, 21 79:16 81:12 83:25 85:8 86:4 96:5 110:11 111:21 112:2, 21 115:12 118:17 120:9 140:21 141:6, 7, 12, 17 160:3 163:1 168:22 170:13 171:1, 6
**chemist** 133:11
**Cheryl** 103:25 104:2
**Chicago** 3:20
**chief** 122:17
**children** 145:8
**Ciba** 100:7
**Cira** 2:19
**circus-sized** 151:9
**citizen** 70:13
**City** 1:15 8:13, 15, 24 84:14
**Civil** 17:25
**claiming** 80:21
**clarification** 41:16 54:18 74:5 87:10 109:12 122:15 126:7
**clarify** 100:5 131:25 135:12
**clarifying** 126:19
**cleaning** 84:9
**clear** 7:5 26:19 41:4 78:21 122:5 163:18
**close** 50:16 123:24
**closed** 24:23, 24 25:1
**coal** 25:17 127:7, 10, 12, 13
**coated** 31:6 85:19
**coating** 30:12 32:16 67:22
**coatings** 42:22 63:3 85:20
**Code** 79:10
**cognizant** 84:8
**collaborate** 104:11
**colleagues** 36:16 96:11 134:18 161:3
**collect** 116:14
**collected** 78:5, 8 118:3
**collection** 115:19
**college** 17:19, 20, 21
**co-located** 105:14
**Colorado** 3:5
**column** 152:23
**combust** 65:17
**come** 17:7 28:17, 20, 25 33:15 51:19 56:2 85:23 117:12 134:25 135:3, 12 147:20 161:12
**comfortable** 16:5
**coming** 29:19 50:23
**commenced** 70:18
**commencement** 172:7
**commencing** 1:16
**comment** 166:6
**commercial** 65:5, 8 94:20
**commission** 174:18
**commitment** 167:2
**common** 104:12
**commonly** 151:13
**communicate** 95:25
**communicating** 96:4
**communication** 90:19 104:8

105:*9*
107:*11, 16*
108:*11*
111:*8*
165:*12, 21*

**communications** 83:*6* 88:*20* 104:*20* 110:*24*
**community** 71:*2* 73:*12* 112:*21* 144:*14, 18, 20, 22* 145:*10* 167:*20*
**compacting** 50:*12*
**COMPANY** 1:*6* 3:*21* 6:*9* 9:*23* 10:*1* 12:*11* 15:*12, 13* 16:*4* 27:*15* 44:*4, 8* 51:*2* 54:*6, 11* 66:*6* 80:*17* 114:*17* 133:*19, 23* 148:*1, 7* 150:*20, 23* 175:*3*
**company's** 142:*22*
**compare** 95:*20*
**compatible** 57:*4*
**compensated** 13:*4*
**compensation** 13:*7* 16:*12*
**complained** 69:*12*
**complaints** 112:*9, 13*
**completed** 99:*10*
**compliance** 18:*20* 122:*9, 11*
**complied** 60:*8* 140:*24*
**comply** 60:*4*
**complying** 147:*19*
**component** 155:*20*
**composed** 151:*14*
**composition** 25:*22* 88:*15* 119:*23* 120:*6, 8* 133:*2*
**compositions** 40:*21*
**compost** 47:*17* 48:*3, 7* 125:*8, 19, 20* 126:*9*
**composted** 162:*22*
**composting** 125:*4, 5* 126:*3*
**composts** 125:*14*
**Computation** 153:*7*

**concentrations** 78:*7, 8, 20, 25*
**concept** 31:*1* 32:*18* 137:*5* 140:*9*
**concern** 34:*10* 36:*10, 13* 37:*10, 18* 60:*12, 16* 64:*10* 96:*10* 134:*2* 142:*18* 171:*7*
**concerned** 28:*1* 63:*17*
**concerning** 68:*4*
**concerns** 34:*14* 35:*25* 37:*14* 101:*25* 110:*11* 112:*20* 122:*19* 134:*16, 22* 135:*7, 16* 137:*3*
**concluded** 171:*25*
**conclusion** 99:*16*
165:*25*
166:*16*
**condition** 14:*18* 119:*18*
**conditions** 60:*17*
**conduct** 140:*23*
**conducted** 1:*14* 141:*5*
**conduit** 165:*17*
**confer** 96:*11* 97:*14*
**conferences** 37:*5*
**confirm** 72:*14*
**confused** 42:*17*
**Congratulations** 145:*2*
**connection** 131:*2* 142:*13*
**conscious** 142:*16, 24*
**consciousness** 167:*3*
**consider** 138:*7*

**considerations** 96:*5* 102:*3* 122:*22*
**considered** 133:*1* 164:*24*

**consist** 25:*21*
**consisted** 25:*23*
**consistent** 74:*19*
**constituents** 37:*17*, *18* 60:*1*, *4* 121:*8* 140:*21*
**construct** 51:*3*
**construction** 18:*12*, *15*, *21*, *22*
**consult** 58:*8*
**consultant** 88:*24*, *25* 140:*10* 150:*23* 153:*6*
**consumable** 161:*24* 162:*8*
**consumed** 161:*25*
**consumer** 33:*19*
**consumption** 124:*19* 161:*23*
**Cont** 3:*1*
**contact** 23:*21*, *24* 155:*21*, *25* 162:*8*, *13*, *17*, *24* 163:*2*
**contain** 74:*11* 76:*9*, *18* 77:*6* 93:*14* 151:*22*
**contained** 26:*2* 71:*8* 78:*7*, *20* 88:*11* 133:*6* 146:*13*
**Containing** 151:*3* 155:*12*
**contains** 69:*3*
**contaminants** 37:*9* 120:*1*
**Contamination** 5:*10* 7:*20* 8:*6*, *8* 9:*13*, *16* 10:*4*, *6*, *8* 11:*24* 14:*2* 69:*18* 70:*12* 72:*19*, *20* 73:*7* 79:*7* 81:*3* 84:*9* 124:*3* 167:*16*, *23* 168:*5*, *9*, *12* 169:*13*
**contemplated** 121:*13*
**content** 50:*4* 51:*19* 119:*11*
**continue** 112:*16*, *19*
**continuously** 9:*4*
**contracted** 114:*16*
**contractual** 13:*9*, *19*
**Control** 5:*15* 16:*22* 19:*20* 23:*17* 44:*25* 78:*22* 130:*5*, *8*, *23* 146:*3* 150:*9*
**controls** 24:*11* 25:*4* 31:*9* 33:*6* 36:*18* 43:*3* 54:*13* 58:*14* 75:*15* 77:*4* 79:*21* 99:*22* 100:*10*
**convenient** 15:*1*
**conversation** 11:*25* 12:*15* 35:*8*
**conversations** 11:*22*, *23* 35:*6*, *18* 65:*21*, *25* 76:*12* 102:*2* 111:*5*
**convey** 32:*24*
**COOPER** 3:*18* 58:*4*, *6*, *17*, *25* 128:*22* 129:*2*
**cooperate** 13:*20*
**cooperation** 88:*24*
**coordinating** 104:*17*
**copies** 71:*12*
**copy** 55:*12* 72:*5*, *11* 164:*15*
**corner** 15:*7*
**Corp** 2:*21* 5:*9* 72:*22*
**corporate** 104:*16*, *21* 105:*12*, *13* 106:*23*, *25* 107:*11*, *13*, *17*, *20* 108:*11*, *12* 122:*23*, *24*
**Corporation** 3:*16* 67:*16* 73:*1*
**Correct** 13:*8* 16:*13* 31:*9*, *20* 34:*8* 48:*19* 60:*5* 70:*4* 76:*10*, *15* 77:*7* 79:*17* 97:*16* 108:*13* 114:*1*, *15* 115:*24* 121:*1*, *24* 122:*3*, *20* 128:*9* 130:*13* 154:*15* 160:*18*

161:*8*
169:*9* 174:*3*
**corrections**
173:*3, 5*
174:*5*
**correctly**
70:*14* 95:*4*
130:*12*
151:*24*
**COSSICH** 2:*1*
**costly** 50:*1, 7, 9*
**Counsel**
2:*12, 21*
3:*6, 16, 21*
6:*11* 10:*13, 17* 145:*19*
148:*13*
149:*1*
156:*4, 10, 14* 158:*6*
159:*6, 11*
160:*2*
162:*2*
172:*15, 17*
**counting**
81:*2*
**countries**
138:*19*
**County** 5:*10*
47:*3, 9, 15*
48:*4* 73:*8*
123:*16*
125:*5, 13, 18* 126:*3, 6, 9*
**couple**
17:*10* 18:*7*
66:*23*
82:*15*
126:*19*
127:*2, 18*
143:*18*
147:*23*
161:*19*
**course**
91:*21*
114:*17*
168:*25*
**COURT** 1:*1, 19* 4:*9*
6:*13* 7:*3, 6* 105:*19*
172:*5*
173:*15*
**covered**
116:*20*
129:*18*
133:*10*
157:*1*
**covers**
162:*18*
**created**
31:*6* 97:*18*
126:*9*
**creation**
29:*9* 32:*14*
**Crescent**
51:*4, 9*
**cross-functionally**
135:*8, 18*
**CRR** 174:*12*
**crunch** 52:*8*
**CSR** 174:*12*
**CST** 1:*16*
6:*2*
**cubic** 48:*25*
**culture**
137:*12, 14*
**current**
123:*2*
**currently**
151:*16, 21*
**custom**
146:*11*
**customs**
146:*2*
**cut** 123:*13*
164:*18*
**CVITANOVIC**
2:*3* 4:*4, 7*
6:*20, 22*
9:*18* 10:*10, 14, 16* 13:*2, 18* 21:*3*
27:*10*
30:*16, 21*
31:*4, 23*
32:*6* 34:*5*
37:*15* 39:*7, 20* 40:*8*
42:*1, 6*
43:*8* 45:*8*
46:*3, 8, 15*
52:*10, 20*
53:*18, 21*
55:*14* 56:*6, 11, 19*
57:*24* 58:*5, 11, 20* 59:*6, 18* 60:*2, 18*
61:*14, 19, 22* 62:*8*
63:*23*
64:*22*
65:*19*
66:*16, 19*
68:*2, 11, 21*
69:*6* 70:*6*
71:*11* 72:*4, 9, 10* 75:*5, 19* 80:*1, 9*
81:*9, 16*
82:*3* 86:*1*
87:*2* 88:*4*
89:*14, 17, 23* 90:*5, 11, 22* 92:*7, 10*
95:*5, 11, 19*
96:*15*
97:*15*
98:*11, 23*
99:*1, 7, 18*
103:*21, 24*
109:*11, 24*
110:*19*
114:*9*
115:*20*
116:*9, 22*
117:*1, 8, 10, 21* 119:*1*
120:*7, 17*
121:*19*
124:*7*
125:*17*
126:*12*
129:*18*
135:*10*
138:*9*
139:*16, 23*
147:*12, 23*
149:*11, 17*
157:*8*
158:*22*
159:*23*
160:*13*
161:*7, 10, 12, 16*
162:*10*

163:6 165:5, 13, 23 166:7, 24 168:14 169:2, 17, 22 170:11, 24 171:8

**< D >**

**daily** 38:9 106:4, 5, 12, 16 137:2
**Dallas** 2:11
**Data** 33:12 53:10 63:17 65:12 68:4 97:22 98:13 146:5 154:21 155:15 156:15 158:1
**date** 1:16 6:4 18:8 47:10 150:18 156:21 158:9, 12 172:12 173:7 174:9
**dated** 5:9, 12 158:12 172:25
**dates** 48:19 100:21
**Dave** 101:10, 17
**DAVID** 2:5 3:24 6:6 101:17
**david@cossich.com** 2:5
**Davis** 101:8, 19 102:14 103:25 104:2 109:1, 8
**day** 22:9, 10 45:1 49:2, 5 106:10 109:5, 15, 18 114:12 143:13 146:9 174:16
**days** 22:11, 13, 14 75:21, 23 76:13 173:12
**day's** 136:19, 24
**day-to-day** 106:8 131:3, 5, 11, 14, 20 145:23
**deal** 63:7 163:11, 14
**dealt** 23:19 111:15, 16 138:3, 19
**decade** 130:3 142:21
**decades** 143:25
**DECHERT** 2:12, 18
**decide** 141:6
**decided** 112:16 140:8
**decision** 59:12 107:9, 14 170:10
**decisions** 42:3 59:13
**deemed** 173:14
**defendant** 126:14, 17
**Defendants** 1:7 3:6 7:23 8:2, 3 127:2
**defending** 129:12
**defense** 13:21 128:13
**defer** 88:18
**definition** 79:8 84:7
**degradation** 83:25 86:19, 23 87:5, 25 88:12 160:4
**degree** 17:21, 24
**delay** 128:23
**Dennis** 108:4
**Denver** 3:5
**Department** 5:8 17:4 20:15, 19, 20 21:6, 8 35:24 40:3, 10 42:23 44:11 66:9 67:12 71:7, 24 72:18 81:2, 15, 18 88:23 91:5, 7, 9, 13 95:16 102:22 103:3, 6, 7, 8, 11, 12 106:4 108:15, 21 110:10, 12, 13 111:15 135:19 136:15 137:18 140:12 143:1, 11 146:23 150:4 164:16 165:17 166:18 168:2 170:5
**departments** 96:1, 4 103:1, 9 105:23 106:18, 20 109:13 132:6 134:18, 20

135:*3, 21* 136:*4, 13*
**department's** 70:*23, 25* 143:*10, 14*
**depend** 87:*6*
**depends** 88:*2*
**deponent** 6:*10* 174:*1* 175:*5*
**deposed** 119:*22*
**deposes** 6:*17*
**deposing** 173:*11*
**deposit** 169:*10*
**deposited** 115:*8* 118:*20* 120:*2, 3*
**Deposition** 1:*13* 6:*8, 22, 24* 7:*11, 14* 10:*20, 23* 11:*4, 7, 13* 12:*10* 13:*5* 22:*17* 52:*22* 83:*14* 86:*18* 114:*25* 162:*11* 171:*23, 25* 173:*2, 9, 12, 13* 175:*4*
**describe** 33:*17, 25* 142:*22*
**describing** 5:*3*
**DESCRIPTION** 5:*2* 62:*5* 73:*25* 152:*7*
**desk** 42:*15*
**Despite** 108:*10*
**details** 120:*22* 121:*11* 125:*22* 145:*23*
**determine** 81:*11* 96:*13* 141:*7*
**determined** 45:*6*
**determining** 33:*15* 46:*13*
**developing** 37:*10*
**developments** 37:*3*
**dewatered** 119:*6, 11, 13*
**diagram** 153:*10, 15*
**dictate** 123:*8*
**dictated** 105:*7*
**different** 40:*2, 20, 21, 24* 41:*3* 50:*3* 80:*23* 93:*2* 94:*6* 119:*14, 18* 120:*16* 122:*4* 132:*6, 9, 19, 20* 133:*18, 23* 134:*18, 20* 135:*21* 136:*16* 161:*17, 18* 164:*1, 5, 10* 168:*7*
**differently** 168:*23*
**difficult** 168:*8, 12*
**Dioxin** 38:*3, 4, 10*
**dioxins** 37:*21, 24*
**direct** 20:*3* 21:*2* 55:*21* 145:*19* 162:*16*
**directed** 72:*22* 82:*4*
**direction** 107:*11*
**directive** 161:*5*
**directly** 20:*4* 36:*15* 55:*19* 124:*3* 168:*17*
**disagree** 80:*6* 149:*14* 152:*12*
**discharge** 31:*19* 36:*9, 11, 13* 57:*5* 79:*5, 15* 84:*2* 89:*3* 93:*6, 22* 97:*7* 130:*16* 136:*21* 139:*9* 146:*8* 147:*16, 19* 155:*8* 158:*19* 159:*13* 160:*6* 161:*5*
**discharged** 60:*7* 155:*11*
**discharges** 19:*24* 36:*19* 61:*10* 79:*19* 89:*19* 130:*10*
**disclosed** 154:*6*
**discuss** 12:*7, 25* 36:*16* 45:*10* 82:*19* 89:*19* 95:*10* 134:*19* 137:*15*
**discussed** 12:*18* 83:*9, 14* 89:*7* 90:*14, 16* 91:*23* 92:*18* 127:*5* 135:*7* 146:*16*

158:*6*
160:*16*
162:*2* 164:*6*
**discusses**
83:*5*
**discussing**
35:*24* 67:*3*, *5* 70:*17*
86:*18*
148:*14*
**discussion**
35:*14*
68:*19*
76:*16*
137:*6*
148:*25*
149:*4*
170:*23*
**discussions**
10:*11* 36:*3*
65:*22*
75:*21* 76:*1*
91:*3*
**disposal**
25:*3* 34:*11*
43:*4* 44:*3*, *6*, *12*, *13*, *14*, *19*, *22*
45:*10*, *14*
47:*8* 51:*12*
55:*17*, *25*
57:*7*, *10*, *18*, *25* 58:*1*, *9*
65:*6*, *22*
66:*1* 68:*5*, *13* 71:*23*
90:*16*, *18*, *23* 91:*3*
92:*25* 94:*6*
98:*14*
99:*11*
109:*21*
138:*14*
146:*13*
155:*4*, *6*
158:*17*
**dispose**
25:*12*
42:*21* 43:*1*, *24* 46:*11*
49:*2* 85:*11*
**disposed**
25:*14*
45:*16*, *20*
46:*20*, *21*, *24* 48:*15*, *22* 60:*22*
65:*13*
69:*10*
93:*16*
109:*16*
118:*13*, *21*
119:*23*
**disposing**
110:*1*
**Disposition**
83:*20*
**dispute**
66:*4*, *7*
80:*2*
**disputing**
80:*10*, *13*, *15*
**distance**
22:*1*
**distribution**
125:*19*
**DISTRICT**
1:*1* 18:*11*
19:*3*, *4*
23:*21*
138:*18*, *20*, *21* 163:*25*
164:*7*
165:*22*
**DLA** 3:*11*
**DNR** 5:*11*
17:*14*, *16*
18:*9* 19:*1*, *6* 23:*7*, *18*, *21* 37:*16*, *21*, *24* 38:*7*, *16*, *25* 39:*8*, *10*, *13*, *14*, *24* 59:*7*, *14*, *21*, *25*
60:*13*, *19*, *23* 61:*3*, *4*, *9* 69:*17*, *22*
70:*2* 71:*12*, *17* 74:*25*
78:*8* 79:*19*
80:*4*, *22*
88:*10*, *14*, *20* 110:*25*
111:*6*
112:*4*
113:*2*, *14*
138:*3*, *15*, *25* 139:*2*
141:*2*, *15*
149:*25*
154:*9*
163:*11*, *15*, *17*, *21*
164:*22*, *24*
165:*6*, *8*, *12*
166:*2*
167:*21*
168:*18*
169:*6*, *8*, *9*, *12*, *18*, *23*
170:*3*, *12*, *16* 171:*3*
**DNR's** 70:*11*
73:*17*
141:*11*, *16*
159:*2*
165:*14*
168:*20*
169:*4*
**Document**
5:*3* 53:*2*, *16* 61:*15*
62:*2*, *6*, *9*
64:*9*, *13*, *14*, *15* 66:*13*
72:*5*, *12*, *14*
73:*18* 78:*3*
81:*22*
89:*24* 92:*1*, *11* 94:*17*
96:*17*, *23*
99:*13*
100:*23*
103:*13*, *15*
149:*7*, *22*, *25* 154:*12*, *19* 156:*11*, *13*, *18*, *21*
157:*14*, *18*, *23* 158:*1*, *5*, *13*, *21*, *23*
**documentation**
92:*20*
**documented**
74:*12*
76:*19* 77:*9*
**documents**
22:*18*, *20*, *25* 52:*22*

81:23
94:23
120:23
127:21
146:17
149:12
161:18
**doing** 18:14, 15 27:11 36:21 56:8 97:20, 25 106:10 144:13 173:6
**Doug** 104:3
**drain** 46:11 58:19, 24 59:3 60:1 68:24 83:23 84:10, 23 85:2 86:12
**drains** 26:20 44:20 61:1 84:2, 11, 13, 16, 25 85:4 89:4, 19 159:14 160:6, 10, 15, 23 161:5
**drawing** 165:25 166:15
**drawings** 51:5
**drinking** 124:8, 10, 15
**Drive** 3:19
123:14, 15
**Drug** 161:23
**drugs** 14:14
**drum** 93:13
**dry** 28:17, 24 29:6 32:16 63:2 85:9, 11
**dryer** 28:22 119:13
**dryers** 151:8
**due** 143:17 168:5, 9
**duly** 6:16 172:8
**dump** 119:7
**Dunn** 1:17 6:13 172:2, 21 174:12
**duties** 66:11 106:12, 16
**duty** 22:15

**< E >**
**e.g** 153:17
**Earlier** 14:4 41:20 42:7, 10 45:9 51:11 62:19 83:14 90:12, 15 91:23 92:18 94:7 103:5 122:10 125:4 127:4 134:11 137:20 142:25 147:14 149:1 156:11, 12 163:7 168:15 169:4
**early** 127:5
**easier** 159:16
**East** 3:10 8:16, 17 26:18 113:21
**easy** 114:10
**edible** 162:8
**educate** 39:14
**effect** 87:12
**effects** 171:6
**efficient** 129:20
**effort** 55:7 142:11 171:9
**EIMER** 3:7
**either** 32:15 38:15 47:2, 8 94:23 104:4 127:15 165:4
**eliminate** 59:2
**e-mail** 24:3
**emissions** 19:23
**emitters** 39:22
**employ** 138:15
**employed** 37:8 130:19 137:25 139:4 145:15 146:1
**employee** 172:15, 17
**employees** 109:25 110:5, 6, 8 112:14 136:4 138:7, 16 147:9 163:21 164:22
**employment** 14:21, 23 15:19 20:6, 12 46:24 48:14 54:14 55:1, 6 56:25 80:3 141:4
**empty** 93:13
**ended** 42:15 125:12, 15
**ends** 171:22
**enforce** 59:15
**engaged** 163:16, 22 164:2

**engaging** 163:*15*
**engineer** 18:*3, 11, 16, 17*
**engineering** 17:*25* 102:*17* 108:*1* 132:*17*
**engineers** 138:*16, 18, 20*
**ensure** 18:*19* 39:*1* 57:*4*
**ensuring** 130:*9*
**enter** 83:*23*
**entire** 16:*23* 100:*18*
**entities** 7:*20, 22* 72:*19* 79:*25* 132:*9*
**entity** 73:*2*
**environment** 71:*1, 5* 81:*6* 84:*1* 86:*19* 88:*6, 8, 13* 143:*2, 7* 160:*5* 167:*7* 168:*16, 17* 169:*1* 170:*15* 171:*7*
**environmental** 16:*22* 18:*11, 16, 17* 19:*8, 14, 19, 20* 20:*20* 23:*17* 24:*11* 25:*4* 31:*8, 18* 33:*6, 16* 34:*6, 14* 35:*25* 36:*10, 17* 37:*4* 40:*12* 43:*3* 54:*13* 56:*23, 24* 58:*14* 63:*18* 75:*14* 77:*4* 79:*6, 21* 84:*1, 5, 7* 89:*3* 92:*23* 96:*4* 97:*22* 98:*13* 99:*9, 22* 100:*10* 102:*3* 104:*6, 9, 11, 16, 18, 21* 105:*24* 106:*4* 107:*2, 25* 108:*1* 122:*12, 16* 130:*4, 8, 20, 23* 132:*3, 7* 136:*9, 21* 138:*18* 142:*23* 143:*1, 15, 16* 146:*3, 9* 158:*16* 159:*13* 160:*5* 167:*2, 3, 18*
**environmentally** 142:*15*
**EOVIERO** 3:*14*
**equation** 29:*24*
**equipped** 151:*7*
**Errata** 4:*12* 173:*4, 6, 8, 11* 174:*6* 175:*1*
**ESQ** 2:*3, 4, 5, 9, 14, 18* 3:*3, 9, 14, 18*
**estate** 123:*16*
**estimate** 14:*9* 21:*25* 109:*18*
**estimating** 124:*1*
**et** 1:*3, 6* 6:*9* 153:*18* 175:*3*
**evaluating** 71:*17* 147:*10*
**evaluation** 79:*2*
**events** 74:*1* 167:*9*
**eventually** 56:*3*
**everybody** 90:*3* 135:*22*
**exact** 18:*8* 26:*7*
**exactly** 18:*6* 22:*22* 26:*6* 27:*9* 29:*10, 11* 40:*22* 46:*12* 51:*15* 62:*25* 63:*4* 67:*12* 74:*25* 85:*23*
**exam** 18:*8*
**Examination** 4:*4, 5, 6, 7, 8* 6:*19* 126:*22* 129:*4* 161:*15* 171:*13* 172:*7*
**example** 100:*1* 109:*1* 110:*25* 146:*6*
**excellence** 143:*17*
**Excellent** 129:*17*
**excess** 86:*7, 10*
**excuse** 25:*11* 107:*18* 112:*24* 124:*22* 127:*11* 135:*11* 140:*10*
**Exhibit** 5:*3, 5, 8, 12, 13,*

15, 18
53:19, 20
56:5 61:21
62:1 66:18
82:2 89:25
92:5 94:17
96:18
149:9, 16, 20 154:14, 16, 17
156:3, 4
157:15, 16
159:19
**exists** 126:4
**expensive** 50:14
**experience** 30:25 69:23 137:24 139:4 141:10, 15 147:8
**experimental** 143:21
**expert** 23:22 133:1, 15, 16
**expertise** 130:15 147:9, 15 169:24
**experts** 96:12 138:8
**expires** 174:18
**Explain** 33:10 119:2
**explored** 50:25
**express** 48:24 111:20 114:10, 11 142:17
**expressed** 51:24
**extend** 131:11
**extensive** 103:5
**extensively** 122:4
**extent** 110:9 126:2 134:1 135:15

**< F >**
**facilitate** 29:9
**facilities** 39:24 138:15 139:6
**facility** 73:19 74:7 78:6 109:20 139:14 160:11, 24 161:4
**fact** 171:16
**factual** 69:24 70:2 80:3
**fail** 173:13
**fair** 33:24 54:18 126:7 129:10, 21, 25 130:14 145:22 154:1
**fairly** 118:4
**faith** 39:10
**fall** 44:4 77:21
**fallback** 51:6
**familiar** 31:1 38:4 39:23 40:4 41:6 62:6 63:4, 7 77:15, 20 85:22 103:17 115:2, 3 138:5, 16, 21 148:21 165:14
**family** 77:18 145:6
**far** 8:23 21:20 22:4 24:15 34:4 37:5 91:5, 7 118:16
**farm** 48:1 111:10
**farmers** 48:1 111:13, 16 112:4, 16
**fashion** 95:8
**fatty** 155:21
**FAZIO** 2:18 11:12, 23 61:18
**FC-807** 5:3, 15 53:14 67:16 68:4 83:11 153:1 154:5, 22 164:15, 21, 25 166:1, 16
**FC-845** 5:5 68:4
**FDA** 155:20, 25 161:19, 22 162:1, 4, 11, 13, 14, 17, 18, 21, 24 163:3
**FDA-approved** 62:14 157:8
**FDA's** 162:25
**February** 5:12, 13 82:21 83:1 88:10 89:18 90:18
**federal** 18:20 19:24 130:10, 16, 20 147:16
**federally** 151:22
**feel** 12:21 46:4 58:13 71:21 79:24 144:13

**fell** 44:*1* 90:*24*
**felt** 16:*6* 28:*24* 71:*6, 25* 81:*6* 96:*9* 112:*17* 137:*6* 143:*6* 167:*17*
**felts** 28:*24*
**fiber** 9:*22, 25* 25:*24* 26:*9, 12* 28:*21* 47:*2, 14, 20* 50:*4* 51:*12* 72:*1* 81:*12* 109:*16, 20* 119:*21* 140:*21* 141:*5, 13, 21*
**field** 38:*17* 120:*15, 25* 138:*16*
**fields** 47:*21, 23* 48:*10* 73:*20* 110:*2* 111:*2* 118:*20* 119:*24* 120:*2* 162:*12, 15, 19* 169:*10*
**Fifteenth** 3:*4*
**figured** 50:*4*
**filed** 7:*19*
**fill** 115:*24, 25* 118:*5, 8*
**filter** 46:*25* 47:*1, 4, 11, 15* 51:*11* 118:*25* 119:*3, 6, 12, 17, 20*
**filters** 119:*9*
**filtrate** 51:*18*
**final** 99:*16*
**finance** 136:*10*
**financial** 16:*6*
**financially** 172:*18*
**find** 52:*8*
**findings** 80:*3, 22*
**fine** 21:*25* 124:*15* 129:*22*
**finish** 13:*13, 14* 98:*21, 24* 116:*7*
**finished** 86:*6* 89:*12* 116:*6*
**firing** 25:*17*
**first** 6:*16* 17:*17* 21:*12, 13, 21* 25:*23* 34:*18* 66:*23* 74:*18* 151:*12* 152:*23, 25* 155:*6* 158:*18* 168:*18*
**firsthand** 30:*25*
**fish** 124:*19*
**five** 8:*16* 15:*17* 21:*21* 22:*11, 14* 26:*22* 27:*1* 75:*20, 23* 76:*13* 90:*4* 93:*7, 14* 124:*1*
**five-minute** 90:*2*
**flag** 170:*23*
**flip** 150:*12* 152:*1* 153:*4, 20*
**Floor** 3:*15* 21:*13, 14, 21* 26:*19* 83:*23* 84:*13, 16* 159:*14* 160:*10, 23* 161:*5*
**Florida** 123:*8, 12*
**flow** 83:*24* 153:*10*
**flowage** 124:*18*
**flows** 143:*23*
**fluorinated** 118:*17*
**fluorochemical** 62:*12, 15* 65:*23* 66:*1* 74:*11* 76:*18* 77:*5* 88:*2* 89:*20* 141:*22* 142:*9, 13* 146:*24* 157:*9* 171:*17*
**fluorochemicals** 35:*7, 10, 13, 20* 66:*5* 71:*13* 74:*10, 21* 75:*11* 76:*10* 80:*14, 17* 87:*13, 15, 17, 21* 99:*21* 101:*25* 130:*21* 139:*15, 21* 141:*25* 142:*5, 19* 146:*18* 149:*3*
**fly** 25:*15, 16, 17* 115:*8* 127:*5*
**focus** 101:*1* 137:*17*
**focused** 157:*7* 160:*2*

**focusing** 147:*22*
**folder** 81:*22*
**folks** 122:*23* 138:*13* 149:*7* 169:*25*
**follow** 40:*18*, *21* 84:*9* 142:*16*
**followed** 24:*25* 106:*9* 143:*9*
**following** 90:*18* 154:*4* 175:*5*
**follows** 6:*18*
**Follow-up** 5:*13* 125:*14* 127:*3* 129:*14* 161:*11*
**food** 155:*25* 161:*23* 163:*2*
**foods** 155:*21*
**force** 117:*3*
**foregoing** 172:*10* 174:*3*
**forewarned** 168:*21*
**forgive** 133:*10*
**form** 9:*14* 12:*23* 20:*24* 28:*18* 31:*2*, *21* 32:*4* 34:*2* 37:*11* 39:*2*, *17*, *25* 41:*23* 43:*6* 44:*23* 55:*9* 57:*21* 58:*4*, *16*, *17*, *25* 59:*10*, *23* 60:*14* 61:*11* 62:*4* 63:*20* 64:*18* 65:*15* 67:*25* 68:*9*, *14* 69:*2*, *25* 71:*3*, *19* 72:*12* 75:*4*, *16* 79:*22* 80:*5*, *25* 81:*13* 85:*21* 86:*24* 89:*21* 90:*21* 95:*2*, *14*, *25* 96:*2*, *7* 97:*12* 98:*5*, *16* 99:*12* 106:*5* 109:*7*, *22* 110:*16* 114:*5* 115:*14* 116:*17* 118:*22* 119:*4* 120:*4*, *12* 121:*15* 124:*5* 125:*11* 135:*10* 138:*9* 139:*16*, *23* 147:*12* 160:*13* 161:*7* 162:*5* 163:*4* 165:*2*, *10*, *19* 166:*4*, *19* 168:*10*, *24* 169:*14*, *20* 170:*7*, *17* 171:*4* 174:*6*
**formal** 37:*7* 104:*13*, *19* 105:*7* 106:*5*, *15* 137:*1*
**formalized** 106:*3*
**format** 136:*15*, *17*
**former** 13:*10*, *20*
**formulated** 111:*15*
**Forsyth** 1:*24*
**forth** 23:*20* 71:*9* 77:*16* 85:*17* 91:*8* 105:*8* 111:*16* 172:*13*
**forward** 153:*20*
**found** 120:*1*, *9*, *10* 123:*6*
**four** 27:*1* 48:*17* 151:*7*
**frankly** 105:*9*
**Fred** 101:*9*
**free** 13:*24* 137:*6*
**frequency** 140:*18*
**friendships** 145:*12*
**front** 72:*15* 103:*14* 149:*22* 154:*19* 156:*7* 157:*18*
**fruition** 143:*10*
**fulfill** 32:*1*
**full** 15:*13* 150:*14*
**full-time** 50:*12* 52:*5*
**fully** 23:*22* 135:*22*
**fulsome** 46:*5*
**function** 122:*8*
**further** 71:*1* 113:*14* 171:*10*, *20* 172:*10*, *14*
**future** 123:*5*
**FX-845** 5:*13*, *18* 63:*8* 92:*14* 94:*13*, *18*

157:*3, 24*

< G >

**gainful** 15:*18*

**gallons** 93:*7, 14* 114:*18*

**gardens** 125:*10*

**gas** 15:*1, 2*

**gears** 46:*16*

**Gene** 101:*8, 22*

**general** 28:*9, 13* 32:*18* 49:*18* 51:*25* 52:*4* 53:*6, 8* 94:*22* 109:*13* 110:*4* 136:*10* 137:*12, 14* 140:*4* 146:*2*

**generally** 65:*25* 66:*22* 75:*8* 109:*25* 117:*24* 147:*25* 149:*4* 159:*15*

**generated** 73:*18* 74:*13* 76:*20*

**gentleman** 12:*3* 67:*2* 102:*13*

**gist** 71:*10*

**give** 14:*11, 19* 29:*20* 32:*23* 46:*3* 57:*25* 58:*13* 79:*23* 136:*19* 152:*3*

**given** 6:*24* 103:*5* 115:*24* 174:*4*

**giving** 14:*9, 15*

**go** 17:*21* 26:*23* 28:*23, 25* 32:*8* 34:*20* 35:*1, 2, 3* 36:*15* 42:*18* 45:*7* 52:*16* 56:*11* 57:*16, 20* 58:*15* 69:*9* 78:*3* 84:*11* 85:*17* 90:*7* 94:*12, 16* 95:*9* 96:*10, 16* 98:*17, 18, 20* 99:*17* 104:*13, 15* 109:*16* 116:*6* 117:*17* 119:*5* 136:*18* 147:*6* 152:*18* 155:*3* 156:*3* 159:*10* 171:*23*

**goals** 168:*17*

**going** 6:*22* 7:*1, 2, 4, 15* 10:*9* 30:*9* 39:*23* 40:*21* 41:*2* 43:*1* 44:*20* 51:*6* 52:*11, 15, 21, 22, 23* 56:*22* 59:*15* 61:*14, 25* 63:*12, 13* 67:*18* 69:*4, 15* 71:*4* 72:*12* 73:*21* 81:*6, 24* 83:*19, 22* 89:*24* 90:*6* 92:*7* 94:*16, 22* 96:*17, 24* 97:*6* 98:*10* 99:*2, 6* 103:*13, 15* 105:*19, 21* 108:*6* 110:*6* 111:*3, 10* 113:*2, 8* 114:*22* 116:*10* 117:*10, 11, 16* 118:*25* 123:*7* 126:*13, 14* 129:*6, 7* 150:*12* 152:*11* 153:*20, 21* 154:*3, 11, 13* 156:*4* 157:*14* 161:*12, 18, 24* 170:*2* 171:*23*

**golf** 91:*21*

**gonna** 119:*15*

**good** 27:*12* 32:*1* 40:*10* 41:*15* 50:*1, 5* 71:*25* 74:*5* 90:*5* 109:*12* 117:*7* 123:*5* 129:*11* 144:*2*

**goodbye** 12:*19*

**gosh** 82:*14*

**gotten** 55:*12, 21*

**grade** 27:*18*

**granting** 164:*25*

**grants** 18:*24*

**gravity** 117:*3*

**grease-proof** 27:*17, 23* 74:*8* 75:*10* 76:*6, 7* 85:*19*

**great** 27:11 122:15 129:3 150:16 152:3 159:20
**greater** 78:7, 25
**groundwater** 7:21 9:16 120:10 121:8
**group** 126:14 132:7, 11, 13, 17 135:9
**groups** 135:18
**guess** 31:3 32:5, 11 33:22 37:14 42:24 43:2 44:17 45:21 63:4 74:23 108:6 109:9 145:3 146:4 161:25 162:9
**guessing** 26:6
**guidance** 58:13 97:10 99:8 106:9 107:16 141:11, 16
**guide** 106:4
**Guy** 17:10

< H >
**half** 16:16, 18
**hand** 72:8
**handle** 36:12 71:25 134:15
**handled** 44:11 98:8 135:8, 19 138:6
**handling** 34:1, 4 135:7, 17 146:12
**Hanson** 12:6, 7 13:15 14:1 17:5, 10, 12 23:19 30:14 88:15, 18 98:19 111:14 112:17 113:23 131:15
**Hanson's** 88:19 113:25 114:25
**happen** 30:5 134:25 137:8
**happened** 14:5 32:25 137:10
**happening** 109:5 137:9
**happy** 143:12
**hard** 12:10 14:5 25:9
**harm** 81:6 169:1
**harmful** 144:20
**HARTFORD** 1:22 6:7
**hauled** 119:7
**hazard** 58:3 83:6
**hazardous** 43:13 45:20 57:13, 17 69:4, 9 79:6, 16 151:23
**head** 136:16
**heading** 151:2 158:17
**health** 33:16 102:24 103:3, 8, 10 132:15 134:24 136:9 144:18 169:1
**hear** 25:9 98:22 105:5 112:9, 20 126:24 168:8, 12
**heard** 77:23, 25 78:2
**hearing** 76:12 95:4
**held** 6:8 37:5
**Hello** 126:24
**Help** 18:13 20:18 26:13 140:11, 12
**helpful** 71:17
**hereinbefore** 172:13
**Hey** 126:18
**highlight** 83:22
**highlighted** 64:25 73:15, 16 74:16 101:2
**Highway** 2:6 15:8
**hint** 58:1
**hired** 10:22, 24 140:10
**historically** 75:10 76:6
**hold** 18:9 114:18 169:12, 15
**Holdings** 3:7
**home** 9:2, 3
**honest** 107:4

**Honestly** 114:*16*, *18*, *23* 118:*9*
**hope** 70:*15*
**hopefully** 153:*22* 171:*12*
**house** 124:*12*
**hundreds** 67:*20*
**hunting** 123:*20*
**hydraulic** 115:*16*

**< I >**
**idea** 49:*22*, *24* 50:*5*, *15* 143:*9*, *13*
**identification** 53:*20* 61:*21* 66:*18* 82:*2* 92:*5* 149:*20* 154:*17* 157:*16*
**identified** 69:*17* 79:*14* 97:*6* 99:*23* 113:*23* 167:*21*
**identify** 69:*23* 93:*3* 95:*13*, *21* 126:*4*
**Ignitable** 58:*9*
**Illinois** 1:*19* 3:*20* 172:*5*
**immediately** 15:*12*
**impact** 67:*23* 124:*4* 139:*22*
**impacted** 124:*9*
**impacting** 125:*1*, *2*
**imparted** 86:*5*
**imperative** 173:*10*
**implement** 107:*14*
**implementation** 110:*22* 111:*25* 112:*6*, *8*
**implemented** 97:*10*
**implementing** 84:*5*
**important** 64:*8*, *16* 168:*16*
**impose** 140:*14*
**impossible** 48:*10*
**improper** 166:*15*
**inaccurate** 160:*9*
**incinerate** 43:*17* 57:*12* 58:*10* 59:*4*, *5* 65:*5*, *17* 94:*19* 98:*15*
**incinerated** 65:*8* 68:*13*
**incineration** 43:*20*
**incinerator** 57:*13*, *17* 65:*6*, *8* 94:*20*
**include** 130:*24* 131:*7*, *18*, *20* 132:*11*, *13*, *15*, *17*
**included** 108:*1* 131:*3*
**including** 43:*5* 67:*16* 74:*8* 83:*11* 102:*13* 108:*25* 109:*14* 110:*24*
**increased** 116:*23* 119:*10*
**independent** 64:*13*, *14*
**indicate** 99:*9*
**indicated** 175:*5*
**indicates** 74:*7* 79:*4*
**indicating** 139:*21*
**indicted** 79:*14*
**individual** 39:*21* 42:*18* 104:*22* 111:*17* 135:*9*, *19*
**individuals** 39:*22* 55:*23* 101:*7*, *24* 102:*20*, *22* 106:*25* 112:*10* 122:*9* 135:*21* 137:*25* 146:*22* 163:*11*, *14*
**industrial** 18:*18* 40:*3* 59:*12* 65:*5*, *8* 73:*18* 74:*13* 76:*20* 77:*9* 78:*6* 94:*19* 138:*4*, *14*, *19*
**industry** 37:*4*, *6* 40:*1*, *4* 75:*8* 138:*5* 143:*16*
**inefficient** 119:*9*
**influence** 14:*14*

**influent** 26:*14* 31:*12* 44:*21, 25* 45:*1* 84:*15* 113:*20*
**inform** 88:*10*
**informal** 137:*3*
**information** 32:*25* 55:*16, 19, 21, 24* 56:*23, 24* 57:*19* 63:*22* 64:*3, 7, 15* 71:*16, 22* 74:*7, 24* 75:*13* 76:*23* 79:*4* 81:*10* 92:*24* 132:*4* 133:*5* 134:*3* 135:*16* 139:*12, 21* 146:*13* 155:*16* 158:*16* 165:*17* 170:*4*
**informed** 135:*22*
**initial** 140:*12*
**initiation** 113:*13*
**innovation** 143:*17*
**input** 107:*13*
**inquiry** 60:*24*
**Inspection** 78:*12*
**inspections** 148:*11*
**installation** 119:*20*
**instances** 46:*10* 95:*22, 23*
**INSTRUCTIONS** 173:*1*
**insulting** 14:*13*
**intend** 14:*11*
**intended** 156:*18*
**interact** 20:*22* 23:*17* 82:*16* 104:*5* 106:*19*
**interaction** 20:*25*
**interactions** 20:*23* 105:*3* 106:*17, 22* 111:*19* 113:*14*
**interest** 64:*20*
**interested** 19:*10* 63:*25* 172:*18*
**internal** 156:*18*
**interoffice** 97:*18*
**interpret** 65:*12*
**interrupted** 98:*19, 20, 23*
**interviewing** 19:*11*
**investigate** 32:*9*
**investigated** 71:*7* 120:*19*
**investigating** 140:*9*
**investigation** 50:*6* 70:*11, 14* 159:*3* 168:*20*
**investigations** 81:*3* 140:*13*
**involved** 7:*16, 18, 25* 27:*22, 24* 35:*23* 49:*15* 66:*12* 74:*10, 20* 79:*25* 91:*2* 100:*9* 102:*17, 21* 108:*13* 110:*20, 23* 111:*5* 112:*5* 115:*4* 125:*21* 147:*9*
**involvement** 107:*8* 145:*19* 146:*10*
**Islet** 123:*11*
**I-s-l-e-t** 123:*12*
**issue** 96:*14* 134:*19* 135:*2, 22* 160:*10*
**issued** 13:*24* 120:*21* 121:*14* 124:*21* 140:*16* 158:*9* 169:*5*
**issues** 33:*16, 17* 39:*15* 82:*18* 84:*8* 85:*6, 8* 104:*12, 18* 107:*25* 124:*3* 125:*1, 2* 135:*7, 12, 17, 25* 137:*7* 143:*19* 146:*9, 17* 147:*10* 153:*23* 163:*15*
**items** 143:*18*
**iteration** 97:*9*
**its** 24:*10, 25* 25:*21*

33:*18*
49:*10, 14*
54:*2, 6*
62:*14*
67:*21*
70:*18*
96:*13* 98:*1*
103:*10*
139:*15*
140:*21*
141:*5* 149:*3*
**Iziz** 104:*3*

**< J >**
**Jennifer**
1:*17* 6:*13*
172:*2*
174:*12*
**JEROME** 1:*13*
4:*3* 6:*10, 15* 172:*7*
174:*2, 9*
175:*2*
**Jim** 100:*17*
**Job** 1:*22*
19:*11*
27:*11*
31:*15*
34:*15*
167:*13*
**John** 20:*9, 11* 143:*15*
**joined**
137:*21*
**jot** 130:*12*
**judgment**
80:*8*
**jump** 161:*18*
**June** 150:*18*
**Juon** 66:*8, 25* 67:*5, 9*
80:*16*
90:*13*
101:*14*

**< K >**
**Katchko**
20:*9, 11*
22:*8* 35:*5, 16* 36:*19*
102:*8, 11*
134:*11, 15*
**Katchko's**
20:*14* 22:*4*
**keep** 27:*12*
55:*7* 113:*2, 8* 114:*7, 19*
**Ken** 66:*8, 9, 25* 67:*5, 9*
80:*16*
90:*13*
101:*14, 15*
**KENDALL** 3:*3*
128:*18*
**kept** 40:*5*
68:*16*
77:*16*
114:*7* 126:*6*
**key** 103:*2*
**kind** 13:*9*
16:*8* 20:*22*
22:*25* 28:*9, 13* 29:*8*
31:*1* 51:*24*
58:*3* 59:*8*
60:*23*
73:*12*
81:*11, 12*
87:*8* 106:*2*
114:*10*
123:*19*
124:*16, 19*
127:*5*
**knew** 12:*18*
29:*19* 39:*4*
40:*13, 14, 23* 41:*2*
87:*18*
108:*12*
110:*6, 8*
169:*25*
170:*21*
171:*5*
**know** 7:*22, 24* 11:*9*
12:*14*
15:*25* 18:*7, 8* 20:*16*
21:*24*
22:*22* 24:*4, 17, 22, 25*
26:*6, 7*
27:*14, 22*
29:*10, 11, 13, 16, 21, 23* 30:*1, 4, 5, 7, 15, 16, 24* 31:*5*
32:*23* 33:*1, 19* 34:*17, 24* 35:*12*
36:*3* 37:*14*
40:*2, 18*
41:*15, 17, 19, 21, 24, 25* 42:*2, 11, 14, 15, 16*
46:*8* 47:*15*
48:*11* 49:*8*
50:*12, 15*
52:*4, 8*
53:*1, 4, 22*
54:*1, 9, 22, 25* 56:*7*
58:*12*
62:*24* 63:*8*
65:*25*
68:*17, 19*
73:*13*
74:*25*
75:*12* 77:*2, 5, 8, 17, 18*
82:*6* 87:*12*
90:*17*
100:*21*
101:*15*
102:*24*
105:*2*
106:*9, 13*
107:*5, 10*
108:*10*
109:*20*
110:*3, 7, 8*
112:*13*
113:*9*
114:*16*
115:*15, 16*
120:*14, 21*
121:*7, 10*
122:*13*
125:*12, 13, 15, 20*
126:*5, 6*
127:*25*
128:*14, 20*
129:*7, 8, 11, 17, 19*
135:*4*
137:*20*

139:*5*
140:*4*
144:*2*
146:*17*
147:*23*
149:*2*
154:*14*
156:*17, 20*
158:*22*
159:*19*
162:*1, 3, 4, 18, 20, 21, 25* 163:*5*
164:*14, 20, 23* 165:*3, 11* 168:*6, 19* 171:*9, 15, 16, 19*
**Knowing** 168:*19*
**knowledge** 9:*24* 10:*3* 31:*24* 110:*4* 128:*6* 132:*19* 138:*22* 142:*17* 150:*24* 159:*2* 170:*19*
**knowledgeable** 87:*14* 137:*25* 138:*11* 146:*24*
**known** 74:*11* 76:*18* 77:*5* 109:*4* 170:*12, 18, 25*
**KRISTEN** 3:*3* 128:*15, 19*
**kristen.kendall@arnoldporter.com** 3:*3*
**Kronenwetter** 105:*16, 18*
**K-r-o-n-w-e-t-t-e-r** 105:*21*
**Kurtenbach** 104:*23, 25* 105:*3* 107:*3, 19* 122:*25*

**< L >**
**labor** 82:*10, 18*
**ladder** 107:*24*
**Lake** 24:*14* 46:*17* 47:*8* 49:*25* 50:*11, 18* 51:*1, 7, 10* 115:*7, 23* 116:*1, 11* 117:*24* 118:*8, 21* 119:*22* 120:*3, 10* 124:*16* 127:*19* 128:*2, 5, 7* 131:*17* 147:*22* 148:*1, 3, 7, 11*
**Lakes** 123:*18* 124:*23*
**LAND** 2:*9* 78:*6, 9* 80:*10* 81:*6* 123:*17, 19, 20, 21, 22, 24* 140:*10* 164:*25* 169:*6*
**landfill** 23:*9* 24:*7, 10, 13, 17, 22, 23* 25:*3, 11, 13* 43:*21* 46:*18, 21* 47:*3, 9, 12, 15* 48:*4, 11* 49:*25* 50:*7, 10, 16, 18, 22* 51:*1, 4, 7, 10* 52:*5* 113:*23, 24* 115:*7, 13, 23* 116:*1, 2, 11, 13, 16* 117:*3, 24* 118:*8, 21* 119:*22* 120:*3, 10, 16, 20* 125:*5, 13, 18* 127:*19, 22, 25* 128:*2, 4, 7* 131:*17, 18, 21* 140:*9* 142:*10* 147:*23* 148:*1, 3, 8, 11*
**landfilled** 47:*2*
**landfilling** 50:*25* 52:*2*
**landfills** 118:*3* 127:*19, 22*
**landowners** 111:*6, 9* 125:*9*
**landspread** 49:*22* 50:*5*
**landspreading** 47:*13, 19, 21* 48:*6, 15, 16, 22* 49:*10, 14, 16, 19* 51:*1, 9* 52:*1, 2* 69:*11* 70:*18, 20* 71:*14* 73:*20* 78:*19, 23* 88:*21* 107:*9, 14, 17, 21* 108:*13, 16, 22* 109:*2* 110:*2, 15, 23* 111:*3, 14, 24* 112:*6, 9, 11, 25* 113:*13, 15, 17* 120:*19* 121:*4, 13,*

22 125:*23* 131:*6, 7* 139:*22* 140:*2, 15* 142:*3, 6* 143:*9, 18* 144:*10* 154:*9* 165:*8, 18* 167:*22* 168:*6, 9* 169:*18* 170:*2, 6*
**LANE** 3:*24* 6:*6*
**LaSalle** 3:*19*
**Law** 79:*9*
**lawful** 6:*16*
**Lawn** 2:*10*
**lawsuit** 7:*16, 17, 23* 8:*7* 127:*2*
**lawyers** 10:*12*
**lay** 28:*9*
**leach** 117:*3*
**leachate** 142:*10*
**leached** 115:*16, 18*
**leaching** 120:*14*
**leadup** 111:*25*
**learn** 146:*21*
**learned** 142:*25*
**leaving** 18:*1, 5* 109:*16, 20*
**led** 84:*21* 159:*3*
**leechate** 72:*3* 113:*23* 114:*2, 14, 21* 115:*1, 13, 17* 116:*14, 24* 117:*24, 25* 118:*16* 119:*15* 120:*9*
**left** 12:*9, 15* 17:*9* 100:*20*
**left-hand** 150:*5* 153:*15*
**legal** 6:*6*
**legs** 52:*13*
**Letter** 4:*10* 5:*5, 8, 12* 66:*25* 67:*8, 14* 72:*18, 21* 73:*2, 5* 80:*4, 16, 19, 21* 82:*4, 20* 83:*5* 90:*13, 15* 158:*24* 159:*3, 7, 10, 12, 16, 22* 160:*16*
**letters** 23:*2, 11, 12*
**letting** 128:*16*
**level** 119:*13* 140:*4*
**levels** 78:*20* 124:*23*
**liaison** 140:*12*
**licensed** 148:*5*
**life** 50:*21*
**light** 157:*19*
**limitation** 50:*21, 23*
**limitations** 18:*20* 50:*18* 59:*15, 20* 64:*12*
**limiting** 91:*5*
**limits** 8:*24* 36:*9, 11, 14* 39:*11*
**line** 104:*1* 175:*5*
**lined** 115:*23* 116:*2, 11*
**lines** 47:*10*
**lining** 116:*13*
**link** 56:*6*
**liquid** 29:*3* 43:*4, 9* 85:*12* 86:*7, 10* 116:*15* 118:*3* 119:*4, 10*
**liquids** 84:*23*
**list** 106:*12, 16* 152:*19*
**listed** 101:*5, 7* 103:*18* 151:*22* 152:*25* 158:*9*
**lit** 153:*23*
**litigation** 129:*13*
**little** 8:*11* 10:*15* 17:*11* 18:*13* 33:*4* 46:*4, 17* 52:*11, 14* 64:*23* 73:*12* 77:*17* 93:*2* 106:*24* 113:*19* 129:*6, 9, 19* 136:*2* 137:*1* 150:*3* 152:*2* 157:*19* 167:*1*
**live** 8:*21, 22* 112:*10* 124:*25*
**lived** 8:*25*
**living** 9:*4* 145:*4* 171:*2*
**LLC** 1:*22* 2:*1, 21* 3:*6*
**LLP** 2:*12, 18* 3:*7, 18*
**local** 123:*13* 138:*15*

**located** 15:*4, 6* 21:*11* 24:*13, 14* 47:*23* 85:*1* 101:*20* 105:*11* 109:*14* 121:*9* 124:*20* 138:*25* 139:*2* 160:*10, 16, 19, 20, 23*
**location** 1:*14* 8:*6*
**locations** 46:*23* 123:*25* 125:*24*
**Lodyne** 100:*2*
**logically** 115:*5, 11*
**long** 8:*25* 14:*6* 15:*9* 16:*15* 17:*14* 18:*5, 6* 49:*7* 59:*19* 70:*25* 95:*23* 114:*24* 144:*21* 145:*1*
**longer** 145:*23*
**look** 22:*18, 20* 23:*14* 73:*15* 129:*7*
**looked** 23:*11* 54:*23* 56:*7* 67:*7* 68:*3, 4, 18* 94:*6* 158:*13* 161:*17*
**looking** 7:*5* 50:*3* 64:*13* 154:*23* 156:*13* 157:*21*
**looks** 62:*3, 5* 66:*23* 67:*11, 13* 72:*16, 18* 74:*2* 93:*12*
**loop** 102:*18, 21*
**lot** 28:*5* 105:*7, 9* 124:*22* 145:*11, 12* 153:*25* 171:*10*
**lots** 106:*14*
**Louis** 1:*24*
**LOUISE** 2:*4*
**louise@cossich.com** 2:*4*
**Louisiana** 2:*6*
**low** 51:*19*
**LUCAS** 1:*3* 6:*9* 175:*3*
**lunch** 117:*7, 12*

**< M >**

**ma'am** 126:*25* 127:*9* 129:*16* 130:*1, 6* 131:*1, 9* 132:*25* 133:*12, 14* 136:*1* 138:*24* 139:*24* 141:*3, 14, 19* 144:*12* 145:*11, 17, 21* 147:*11, 21* 148:*16* 149:*23* 154:*20* 156:*9* 167:*5*
**machine** 26:*25* 28:*20* 51:*16* 63:*2* 85:*9, 11* 136:*10* 151:*3* 152:*9* 153:*12*
**machines** 26:*17, 21* 27:*15* 84:*19, 20* 151:*7, 17* 152:*12*
**Madison** 3:*11* 40:*4, 10* 59:*12* 138:*3* 150:*25* 163:*25* 164:*6, 8*
**magnitude** 78:*7*
**main** 23:*21*
**maintain** 143:*21*
**maintained** 73:*17*
**maintenance** 91:*4, 7, 9*
**major** 115:*7*
**making** 28:*4, 7* 60:*4* 70:*20, 22* 75:*9, 22* 76:*6* 97:*8* 107:*9* 132:*24* 133:*3, 7, 15* 138:*8, 11* 139:*22* 161:*4* 166:*10, 12*
**man** 164:*7*
**manage** 70:*11*
**management** 36:*24* 84:*2, 5* 89:*3* 105:*23* 159:*13* 160:*5*
**Manager** 16:*22* 18:*12, 15, 22* 19:*8, 14, 18, 19, 20* 23:*16* 24:*11* 25:*4* 31:*8* 33:*6*

36:17
40:12 43:3
54:13
58:13
63:18
75:14 77:3
79:20 82:9
99:22
100:10, 13, 14, 18
101:12
103:11
107:23
110:17
111:11
130:4, 8, 23
136:10
143:1 146:3
**managers** 104:5, 6, 9, 11
**managing** 15:9
**manufacture** 27:23
133:19, 24
**manufactured** 89:20
100:5, 6
**manufacturer** 55:22, 24
**manufacturers** 42:19 55:20
**manufacturing** 74:9, 13
76:20
86:12 91:5, 13, 15
96:13
102:23
132:13
134:23
136:8
**MARINA** 2:14
11:12 46:3
52:10
56:11 72:4, 11 126:12, 18 128:18
129:12
**marina.schwarz@dechert.com** 2:14
**Marina's** 89:14
**mark** 154:11
**marked** 53:20
61:21
66:18 82:2
92:5
149:20
154:17
156:4
157:16
159:19
**marks** 166:13
**Marquette** 17:23 18:2, 5
**married** 145:1
**Martin** 101:9
**Material** 33:12
51:19
53:10
55:11 60:7
65:11 67:4
68:18 69:1, 3 71:8
73:18 87:6
88:16
112:18
125:8
133:6
146:5
152:24, 25
154:21
155:14
156:15
158:1
**materials** 25:19
33:15 36:8
43:14 60:1
66:12
83:23
132:2, 20, 24 133:2, 19, 23
151:13, 14, 15, 21
152:20
161:24
**math** 16:1
**matter** 6:8
130:15
133:1
138:8
147:10, 15
**mean** 10:12
23:9 28:24
30:3 37:13
54:20
57:15 67:4
70:12
75:20 84:6
86:22 88:7
93:20, 23
94:2 97:24
112:24
124:22
140:10
146:4
168:15
170:21
**means** 57:16
59:5 62:24
77:13
86:25 87:3
88:8 97:25
**meant** 44:8
65:10 98:9
**measures** 33:25
**mechanism** 41:21
51:15
60:23, 25
61:4, 9
95:12
104:10
**media** 10:5
54:8 69:20
77:2 79:17
**medical** 16:3 27:17
**medication** 14:15
**meet** 11:6
57:4 64:11
79:8 85:10
112:1
139:9
167:19
**meeting** 22:12 36:3, 9 82:21

111:23 136:5
**meetings** 22:10, 13, 15 35:23 36:18 65:22 75:20, 23 76:13 104:20 106:13, 19 113:16, 18 136:3, 7, 13, 16, 25
**member** 136:19
**members** 112:21
**memo** 97:18
**memorize** 133:18
**memos** 23:3
**mention** 38:5 57:22 58:18 65:18 97:8 128:1
**mentioned** 11:17 14:4 23:11 24:6 47:18 51:11 54:9 69:15 71:23 92:19 103:6 113:21, 22 121:17, 21, 25 122:10, 24 127:6 132:8 135:20 138:2, 13
**mentions** 94:11
**mercury** 124:21, 23
**Merit** 1:17 172:2, 22
**message** 12:9, 12, 15
**met** 6:21 11:3, 12, 18 19:24 31:18 60:17 70:22, 23, 25 71:9 130:10 136:22
**method** 94:6
**MICHAEL** 2:18 10:11 11:12
**michael.fazio@dechert.com** 2:19
**microwave** 74:9
**mid-'90s** 47:6
**middle** 84:18 99:3
**mid-thought** 89:15
**Mifflin** 3:10
**mightily** 166:12
**Mike** 61:16 149:7 150:14 157:1 159:18
**miles** 8:16, 24 24:16 124:1
**mill** 11:20 13:10, 20 14:6 15:21 16:9, 12, 15, 21, 25 17:1, 3, 9 19:7, 8, 18 20:7, 20 21:11, 15 23:4, 17 24:3, 10, 15, 20 25:2, 10, 12 26:21 28:5, 7, 11, 15, 17 29:8, 19 31:6, 12, 25 32:2, 8, 19 33:8 34:13, 15, 16, 19 35:19, 20 36:5, 12, 22 37:2 38:16, 24 40:2, 11, 17 41:5, 10 43:5 44:9, 11, 15 45:14, 16 46:21, 23 47:22 48:14 49:9, 13, 23 50:25 51:21, 25 54:1, 6, 12 55:2, 6, 16, 23 57:1, 20 58:23 61:4 62:20, 21 63:8, 10, 19 64:1, 6, 17 65:21 66:2, 5, 10 67:6, 10, 22 68:6 69:8, 16, 18, 23 70:18 71:13, 18 72:24 74:1, 20 75:2, 3, 9, 15, 24 76:2, 14 77:4 79:21 80:3, 14, 21, 24 81:11 82:17, 25 84:4 85:14 90:16, 18, 24 92:21 94:24 95:1 96:3, 6, 21 97:1, 3, 11 99:21 100:6, 12, 16, 20 101:20 102:4, 16 105:14 106:20 107:1, 4, 5 108:12, 16, 18, 21, 22 109:5, 15, 19 110:1, 6, 23 111:21 112:2, 14

113:*1, 21, 22* 114:*3, 12, 19* 118:*13* 119:*4* 120:*18* 121:*14, 23* 122:*2, 5, 20, 21* 123:*22* 125:*24* 126:*8, 10* 127:*6, 10, 12, 14, 20* 128:*4, 7* 130:*17* 132:*9* 134:*18* 135:*18* 136:*4* 137:*13* 138:*1, 6, 17, 23* 139:*1, 3, 14* 143:*5, 24* 144:*16* 145:*3, 24* 146:*12, 22, 25* 147:*16* 151:*7, 17* 154:*5* 163:*9, 20* 164:*5* 165:*1* 167:*6, 10, 21* 168:*18* 169:*5* 170:*5, 13* 171:*18*

**MILLER** 3:*9* 4:*5* 126:*18, 23* 127:*1* 128:*10*

**milling** 62:*17*

**Mills** 2:*21* 40:*5* 49:*11, 15, 18* 76:*5* 104:*6, 18* 138:*21* 139:*6, 8*

**mill's** 75:*3* 130:*9, 24* 141:*12, 17* 142:*14* 149:*3* 167:*2*

**mind** 78:*3*

**minimize** 84:*2* 89:*3* 159:*13* 160:*6* 161:*4*

**minimum** 31:*18* 33:*25* 38:*25*

**minutes** 21:*21* 117:*13*

**Mischaracterizes** 99:*13*

**Missouri** 1:*20* 172:*6*

**misunderstand** 42:*7, 10*

**mix** 29:*6*

**mixed** 85:*8* 94:*2*

**mixers** 84:*24*

**mixes** 85:*6, 7*

**mixture** 85:*10*

**Mm-hmm** 45:*12* 152:*16* 158:*11*

**MO** 1:*24*

**modified** 55:*12*

**moisture** 51:*19* 117:*2*

**moment** 137:*18* 149:*19* 152:*3*

**monetary** 13:*7*

**monitor** 45:*4* 118:*10* 131:*5*

**monitored** 131:*14* 142:*1, 5*

**monitoring** 50:*13* 105:*6* 131:*3, 20* 142:*13*

**month** 22:*14* 83:*3* 114:*12*

**monthly** 38:*9, 19*

**morning** 22:*10, 12, 13* 76:*13* 106:*13, 19* 136:*5, 7, 18, 25*

**Mosinee** 67:*15* 104:*9*

**mouth** 110:*4*

**move** 19:*6* 52:*24* 103:*13* 166:*25*

**moved** 19:*4, 9, 15* 61:*3* 144:*23*

**moves** 53:*2*

**moving** 50:*13*

**MSDS** 5:*3, 13, 15, 18* 33:*9, 10* 34:*10, 20* 41:*8* 45:*21* 53:*22, 23* 54:*14, 15* 55:*10, 13, 18* 56:*21* 60:*21* 63:*22* 65:*17* 68:*3, 17* 71:*13, 22* 75:*17* 76:*9* 92:*12* 95:*4, 6, 13, 16, 21, 24* 97:*6* 99:*24* 102:*18, 21* 132:*3* 133:*6* 134:*3* 135:*16* 158:*12* 164:*15, 21, 25* 166:*1, 17*

**MSDSs** 34:*9, 13, 16, 25* 36:*4, 5* 41:*9, 17, 21* 42:*12, 14,*

19 45:10 55:2, 7, 25 80:20 83:9 94:25 96:1 102:15 105:1 131:24 132:1, 6 146:13
**multiple** 73:20
**municipal** 18:19, 23 73:11 138:20
**Murphy** 100:17 103:6
**Murphy's** 103:11
**Musky** 123:14, 15 124:13, 14

< N >
**name** 6:21 22:23 23:1, 12 72:24 91:16 100:2 104:23 105:17 108:3, 5, 8 148:21, 23 157:20
**named** 7:22 8:3
**names** 11:9 101:5
103:14, 18, 23 149:13
**name's** 6:6 127:1
**Natural** 5:8 17:4 137:18 150:5
**naturally** 88:9
**near** 119:15
**necessarily** 53:23
**necessary** 32:25 173:3
**need** 33:19 52:24 53:1 64:11 159:11
**needed** 32:8 34:19 38:10 42:21 43:17 49:2, 24 71:21 72:2 81:20 82:19 88:16, 23 106:10 113:3, 4 123:4
**negotiations** 88:22
**NEIS** 1:13 4:3 6:10, 15, 21 7:10 10:9, 17 27:7, 11 30:18, 23 45:24 46:6 52:12, 21 53:20, 22 56:20 57:7 61:21, 23 66:18, 20 72:11 73:23 75:6 81:24 82:2 89:9 90:1, 12 92:5, 8 98:20 99:1, 14 100:25 117:11, 22 126:14, 24 129:6, 11, 23 132:20 133:10 134:14 135:6 137:19 138:22 139:5 142:12 144:4, 16 145:14, 22 146:16 147:25 148:13 149:8, 20, 22 150:17 152:7 153:21, 23 154:3, 5, 12, 17, 19 155:5, 10, 17, 24 156:4, 8, 13 157:6, 16, 18 158:18, 22 159:11, 22 160:9 161:2, 10, 12 166:25 168:15 171:8, 12, 15 172:7 174:2, 9 175:2
**neither** 172:14, 16
**never** 27:24 30:9 52:3 78:3 81:5, 7 125:14 144:15, 19
**New** 2:15 3:15 37:18 47:1 51:3, 6, 20 55:15 76:23 95:6, 16, 20, 24 119:12 128:2
**news** 167:16 168:8, 20
**Nichols** 19:16
**nine** 18:10, 12
**nitrogen** 50:4 112:18
**non-compatible** 45:20
**non-regulated** 36:19
**normal** 28:13 55:13, 15

**normally** 117:*4* 136:*14* 165:*20*
**north** 8:*22*, *24* 24:*14*
**Notary** 174:*20*
**noted** 6:*11* 173:*8* 174:*6*
**notes** 104:*11*
**notice** 1:*14* 165:*6*, *7* 166:*2*
**notification** 166:*17*
**NOVEMBER** 1:*10* 6:*2*, *4* 172:*25*
**NUMBER** 5:*2* 26:*25* 53:*16*, *19* 151:*16* 152:*5*, *14*, *18*
**numbers** 32:*12* 52:*3*, *8*

**< O >**
**Oak** 2:*10*
**oath** 14:*19*
**Object** 31:*2*, *21* 115:*14* 135:*10* 138:*9* 147:*12* 160:*13* 161:*7*
**Objection** 9:*14* 12:*23* 20:*24* 32:*4* 34:*2* 37:*11* 39:*2*, *17*, *25* 41:*23* 42:*4* 43:*6* 44:*23* 55:*9* 57:*21* 58:*4*, *16*, *17*, *25* 59:*10*, *23* 60:*14* 61:*11* 62:*4* 63:*20* 64:*18* 65:*15* 67:*25* 68:*9*, *14* 69:*2*, *25* 71:*3*, *19* 75:*4*, *16* 79:*22* 80:*5*, *25* 81:*13* 85:*21* 86:*24* 87:*23* 89:*21* 90:*21* 95:*2*, *14* 96:*7* 97:*12* 98:*5*, *16*, *25* 99:*12* 109:*7*, *22* 110:*16* 114:*5* 116:*17* 118:*22* 120:*4*, *12* 121:*15* 124:*5* 125:*11* 139:*16*, *23* 162:*5* 163:*4* 165:*2*, *10*, *19* 166:*4*, *19* 168:*10*, *24* 169:*14*, *20* 170:*7*, *17* 171:*4*
**obligated** 55:*25*
**obligation** 13:*10*, *19* 71:*1*
**observed** 30:*9*
**obtain** 17:*22* 18:*2* 34:*16* 72:*5*
**obtained** 49:*10* 55:*19*, *24* 64:*3*
**obviously** 27:*20* 30:*11* 40:*19* 64:*10* 93:*14* 101:*17* 102:*23* 119:*11*
**occasion** 9:*10*
**occasional** 38:*21*
**occasionally** 104:*8*
**occurred** 32:*19* 66:*1* 97:*3*
**October** 83:*4*
**office** 18:*25* 19:*3*, *4* 21:*10*, *13*, *14*, *20* 22:*4* 23:*21* 105:*12*, *13* 106:*23* 107:*20* 108:*12* 138:*3*, *25* 139:*2* 163:*25* 164:*15*, *21* 165:*22*
**Offices** 53:*6*, *8*
**Oh** 13:*16* 38:*4* 43:*7* 57:*11* 63:*4* 74:*25* 82:*14* 86:*11* 93:*24* 104:*13* 105:*15* 146:*7* 147:*5* 154:*16* 163:*24*
**oil** 62:*15* 157:*9*
**Okay** 7:*1*, *13*, *17*, *22* 8:*1*, *5*, *10*, *18*, *21*, *23*, *25* 9:*4*, *7*, *19* 10:*3* 11:*2*, *11*, *22* 12:*7* 13:*3*, *9*, *13*, *23*

14:1, 4, 13, 18, 21 15:9, 21 16:2, 6, 8, 11, 14, 19, 25 17:2, 11, 14, 16, 18, 20 18:1, 9, 25 19:6, 14, 17, 21, 25 20:3, 6, 11, 18 21:4, 8, 10, 20, 23 22:4, 8, 11, 17, 23 23:16 24:2 25:2, 8, 16 26:4, 8, 13, 21, 23 27:7, 8, 11, 22 28:6 29:2, 7, 11, 15, 23 30:13, 17 32:21 33:1, 10, 20 34:6, 9, 12, 25 35:3, 16, 19, 23 36:4, 10, 17 37:9, 21 38:11, 14, 23 39:8, 13, 21 40:9, 16, 23 41:4, 15, 20 42:21 43:7 44:7, 14 45:7, 9, 13 46:16 47:7, 18 48:2, 5, 13, 18, 20 49:9, 18 50:7, 24 51:11, 20, 24 52:10 53:2, 3, 7, 16 54:11, 18, 25 55:15, 19, 23 57:6, 12, 18 58:12, 21 59:7, 19 60:11, 19 61:3, 8, 14 62:9, 19 63:6, 12, 24 64:3, 23 65:7, 12, 20, 25 66:4, 8, 10, 13, 25 67:2, 8, 14, 17 68:3, 22 69:7, 22 71:16 72:4, 21 73:2, 14 74:3, 18, 23 75:13 76:11, 17 77:3, 8, 11 78:2, 17, 22 79:2, 18 80:2, 10, 13, 16, 20 81:22 82:20, 24 83:5, 10, 12, 19, 21 84:3, 11, 15 85:6, 14, 18 86:2, 7, 17 87:3, 8 88:5, 10, 18 89:2, 23 91:2, 18, 20 92:1, 13, 20, 23 93:6, 24 94:5, 9 95:20 96:16, 23 97:21 98:12 99:19, 25 100:4, 9, 23 101:7, 19, 24 102:13 103:1, 13, 25 104:3, 5, 25 105:13, 22 106:7, 17, 25 108:7, 15, 25 110:9, 20 111:17 112:4, 8, 20, 24 113:7, 13, 19 114:10, 25 116:15, 22 118:11, 19 119:3, 4, 20 120:8, 18 121:7, 12 122:15 123:2, 11, 19, 21 124:2, 8, 12, 16, 19, 25 125:4, 18, 23 126:2, 12, 21 127:17 128:6, 10 129:3, 23 130:2, 7 131:24 132:5 134:20 147:8 148:21, 25 149:6, 24 150:11 151:1, 20 152:1 153:4, 11 154:11, 21, 25 155:3, 14 156:17, 21, 25 157:6, 13 158:4 159:5, 10, 17, 24, 25 161:14 164:1, 24 165:24 166:9 171:8

**old** 15:23 95:21 128:1

**once** 22:14 30:11 47:1, 10, 11 51:8 111:14 119:12, 17

**Oneida** 5:10 47:3, 9, 15 48:4 73:8 123:16 126:3, 9

**ones** 37:19 41:2 59:13 71:22

**one's** 93:2

**open** 24:19

137:5, 6
**opened** 24:17
**operated**
39:10
127:19
**operating**
105:22
106:2
**operation**
70:19 132:2
**operations**
31:25
73:19 95:1
101:9
106:6
108:25
109:14
110:10, 13
131:5
132:21
138:1, 17
139:15, 22
142:14
144:6, 10
146:25
149:3
171:17
**operator**
50:12 52:5
**opinion**
167:15
**opportunity**
28:6
**opposed**
52:1, 2
**orange** 73:16
**order** 31:25
**orders** 78:7
**organisms**
171:2
**original**
95:8, 17
113:4
173:10
**originated**
42:16
**outside**
10:13
36:11
55:25
122:9
136:25
138:13
163:1
**overflow**
85:4
**overflows**
85:2
**oversee**
18:22 61:5,
10
**overseeing**
43:18 60:3
**oversight**
100:11
107:20
130:24
131:7, 12,
13, 18, 22, 23
**owned** 104:6
127:19
**owner** 72:24
**owners**
13:10, 20
111:2

**< P >**
**P.C** 2:9
**p.m** 90:7, 8,
10 117:17,
18, 20
171:24, 25
**Page** 4:2,
11 5:2
115:22
149:24
150:2, 4, 12,
17 151:1
152:1
153:4, 21
155:3
158:8, 16
175:5
**pages**
153:20, 25
154:4 174:3
**palates**
28:17
**Paper** 2:21
5:9, 18
8:2 9:21,
23, 25
11:19, 20
13:10, 20
16:9, 12, 15,
21, 25 17:3
19:7, 18
20:20
24:10, 15,
20 25:2, 10,
12 26:16,
21 27:14,
15, 17, 21
28:3, 7, 11,
15, 24 29:8,
9, 20 31:6,
12, 25 32:2,
8, 19 33:8
34:13, 15
35:19
36:22 37:2
38:16, 24
40:11, 17,
20 41:3
42:22 43:5
44:3, 8, 9,
11, 15
45:14, 16
46:20, 23
47:22
48:14 49:9,
13, 15, 18,
23 54:1, 12
55:2, 6, 16
57:1, 20
58:23 61:4
62:15, 16,
17, 20, 21
63:8, 18
64:1, 6, 17
65:21, 23
66:1, 2, 5,
10 67:6, 10,
15, 20, 21,
22 69:8, 17,
23 70:18
72:12, 22,
24 73:1
74:1, 8, 9,
10, 20 75:2,
3, 9, 15, 22
76:2, 5
77:4 79:5,
14, 21 80:3,
14, 21, 24
82:17, 25
84:4, 19, 20
85:9, 11, 14,
15 92:2, 6
96:21 97:1

99:*21*
101:*20*
102:*4, 16*
104:*7*
111:*21*
112:*14, 22*
113:*1, 21, 22* 114:*3*
118:*13, 20*
120:*18*
121:*23*
122:*2, 7*
125:*23*
126:*8, 9*
128:*4*
129:*13, 24*
130:*15, 17, 19* 132:*24*
133:*3, 6, 15, 17, 20, 22, 24* 135:*6*
136:*10*
137:*22*
138:*1, 5, 6, 8, 11, 17, 21, 23* 139:*1, 3, 5, 6, 13, 20, 21* 140:*20, 23* 141:*1, 4, 6, 7, 20, 24*
142:*8, 18, 22* 143:*24*
144:*7, 11, 14, 17*
145:*15*
146:*1, 22*
147:*18*
148:*6, 10, 18* 150:*19, 23* 151:*2, 7, 9, 17*
152:*11*
153:*12*
155:*11, 20*
157:*9, 10*
161:*4*
162:*2*
163:*2, 19*
164:*5*
165:*1*
167:*1, 6, 10, 21* 168:*18*
170:*5*
171:*18*

**paperboard** 155:*21*

**papermaking** 27:*25* 28:*10, 14* 33:*3* 36:*1* 41:*7* 42:*21* 86:*4* 94:*3* 132:*2, 21* 138:*15* 139:*15* 146:*25* 149:*3* 160:*11, 23* 171:*17*

**Papers** 7:*24* 11:*1* 27:*18, 19, 23* 31:*6* 32:*14* 37:*5* 40:*20, 24* 69:*19* 75:*10* 76:*6*

**paper's** 30:*11* 140:*2*

**paragraph** 83:*5* 151:*12, 21*

**parameters** 40:*7* 71:*9* 72:*1* 81:*15, 20* 88:*16* 121:*10* 140:*17, 24* 141:*9* 163:*3*

**Park** 2:*15*

**PARSIOLA** 2:*1, 5*

**part** 18:*21* 47:*25* 86:*6* 88:*5* 101:*1* 110:*2* 116:*19, 20* 120:*19* 121:*4, 11* 126:*1* 144:*21*

**particular** 23:*13* 37:*6* 60:*20* 170:*21*

**parties** 172:*16*

**partner** 15:*11*

**parts** 140:*11*

**party** 69:*24* 79:*9, 15* 121:*2* 158:*24* 159:*3* 167:*22*

**pass** 72:*11* 126:*14*

**passed** 91:*24*

**passing** 31:*24*

**paths** 121:*8*

**pathway** 44:*22*

**pathways** 47:*8*

**patience** 56:*20*

**payment** 13:*7*

**PCBs** 38:*11, 13*

**PDF** 153:*21*

**pendency** 112:*25*

**Pennsylvania** 2:*20*

**pension** 16:*8*

**people** 23:*4* 41:*1* 61:*5* 96:*12* 103:*2* 106:*19* 107:*2* 111:*13* 125:*1* 138:*5* 164:*10* 165:*12*

**people's** 169:*1*

**percentage** 48:*5, 6, 11*

**performed** 78:*23* 167:*13*

**period** 145:*6*

**periods** 48:*9*

**Permit** 5:*15* 18:*20* 45:*3*

59:*15, 20* 60:*9, 12, 17* 61:*8* 113:*4, 6* 120:*21* 121:*4, 13, 17, 22* 122:*1* 126:*1* 140:*16, 17* 150:*9* 154:*24* 163:*8, 20* 164:*12, 15, 21, 25* 165:*7, 9, 16*
**permits** 37:*18, 22, 25* 38:*7, 15* 39:*23* 40:*7* 60:*5* 88:*21* 139:*10* 163:*12, 21, 22* 169:*5*
**permitted** 57:*13*
**permitting** 107:*12, 17* 138:*4, 6* 140:*13* 166:*18*
**persist** 84:*1* 86:*19* 88:*8, 12* 160:*4*
**persistent** 170:*14*
**persists** 88:*6*
**person** 12:*5* 28:*14* 31:*15* 42:*2, 11* 44:*16, 18* 45:*13* 97:*16* 100:*15* 104:*17*
**personal** 9:*24* 10:*3* 113:*16* 124:*8* 143:*13* 159:*2*
**personally** 102:*5* 111:*12* 112:*12* 118:*10* 125:*2* 167:*13*
**person's** 28:*9*
**PFAS** 69:*18* 74:*11, 12* 76:*18, 19* 77:*2, 6, 8, 12, 13, 18, 21* 78:*7, 8, 20* 121:*12, 21, 25* 130:*21* 141:*21, 25* 142:*4, 9, 13, 18*
**PFOA** 77:*23*
**PFOS** 77:*25*
**pH** 44:*25*
**Philadelphia** 2:*20*
**phone** 12:*1*
**phrase** 115:*2*
**phrases** 73:*14*
**phys** 18:*25*
**physical** 25:*25* 29:*12* 119:*17*
**physically** 21:*10* 51:*17* 105:*11*
**picked** 116:*21*
**picturing** 29:*3*
**Pine** 24:*14* 46:*17* 47:*8* 49:*25* 50:*11, 18* 51:*1, 7* 115:*7, 23* 116:*1, 10* 117:*24* 118:*8, 21* 119:*22* 120:*3, 9* 127:*19* 128:*1, 2, 4, 7* 131:*17* 147:*22* 148:*1, 3, 7, 11*
**PIPER** 3:*11*
**place** 29:*12* 32:*2* 60:*23* 61:*4, 9* 95:*12* 96:*3* 104:*10* 111:*3, 7* 172:*12*
**Plaintiffs** 1:*5* 2:*12* 6:*18* 7:*19* 54:*5, 9* 69:*8, 12*
**Plaintiff's** 145:*19* 148:*13* 149:*1* 156:*3, 10, 14* 158:*6* 159:*6, 11* 160:*2*
**planning** 51:*3* 111:*10*
**plans** 51:*10*
**plant** 21:*17, 18* 25:*15* 26:*15, 18* 28:*1, 4* 31:*12, 17* 32:*8* 36:*8, 20, 24* 37:*3, 18, 22, 25* 38:*7, 15* 39:*23* 43:*25* 44:*21* 45:*2, 5, 7, 21* 47:*6* 51:*17* 58:*2, 15, 22* 59:*9* 60:*22* 65:*14* 67:*24* 68:*25* 69:*10* 84:*12, 16, 21* 85:*5* 86:*13* 87:*4, 22* 93:*17*

97:*8* 98:*4*
113:*20, 21*
114:*22*
115:*9, 12*
118:*14*
122:*1*
130:*25*
131:*4*
141:*18*
142:*1*
144:*7*
160:*17, 25*
164:*3, 11, 16* 166:*2, 18* 170:*14*
**plants** 18:*19, 23* 39:*9, 14* 61:*6* 87:*9*
**please** 30:*15* 37:*23* 72:*9* 86:*9* 93:*21* 98:*20* 103:*4* 135:*13* 155:*3, 7* 158:*18* 166:*11* 173:*2, 6*
**plot** 120:*24, 25*
**PMs** 152:*11*
**point** 18:*1* 26:*22* 41:*8* 54:*23* 72:*2* 93:*15* 119:*6* 129:*24* 145:*16* 148:*19* 154:*2* 156:*25*
**pointed** 159:*11*
**pointing** 153:*14*
**points** 147:*23*
**policy** 84:*4* 96:*3*
**pollutants** 151:*23*
**Pollution** 5:*15* 23:*22* 79:*6* 150:*9* 163:*8, 12, 21, 24* 164:*2, 12, 14, 20* 165:*7, 16* 166:*1, 17*
**polymeric** 62:*15* 157:*9*
**popcorn** 74:*9*
**PORTER** 3:*1*
**portion** 48:*2*
**portions** 34:*9*
**pose** 111:*20* 112:*1*
**posed** 60:*20*
**position** 16:*19, 23* 17:*17* 20:*14* 71:*21* 79:*19* 109:*20* 126:*7* 131:*22*
**positions** 16:*20* 18:*9*
**possibility** 94:*11*
**possible** 32:*24* 52:*23* 121:*8*
**potato** 162:*12* 169:*10*
**potential** 88:*11*
**potentially** 99:*4*
**pounds** 67:*21*
**practice** 55:*13, 15* 84:*2* 89:*3* 90:*23* 95:*20* 146:*11* 159:*13* 160:*5*
**practices** 55:*25* 65:*22* 84:*5, 7* 90:*16, 18* 91:*3* 146:*2*
**Precautionary** 155:*16*
**preceded** 101:*16*
**precipice** 46:*5*
**preliminary** 51:*3, 5*
**premises** 127:*15*
**preparation** 11:*3, 7, 13* 13:*5* 22:*17* 50:*20* 153:*15*
**presence** 10:*13*
**PRESENT** 3:*23* 13:*10, 20* 58:*2* 81:*12* 136:*16*
**president** 19:*9* 21:*9* 91:*14* 101:*8, 9* 107:*25* 133:*9* 134:*7*
**presidents** 136:*12*
**press** 46:*25* 47:*1, 4, 11, 15* 51:*11* 119:*3, 12, 17, 20*
**pressed** 118:*25*
**presses** 28:*22* 51:*18* 151:*8*
**pretty** 7:*1* 16:*2* 26:*18* 32:*1* 33:*17* 39:*12* 40:*5* 49:*24* 59:*2* 78:*21* 86:*12* 102:*23* 115:*11* 136:*6, 23*

137:*5*
138:*6* 144:*2*
**prevent** 14:*8, 15, 18* 84:*10*
**previous** 19:*8* 136:*19, 24*
**previously** 11:*17* 94:*17*
**primarily** 26:*11, 20*
**primary** 25:*24* 26:*8, 10, 14* 87:*10*
**printed** 81:*23*
**printer** 72:*6*
**prior** 14:*21* 17:*2, 16* 24:*19* 26:*8* 145:*23* 157:*23* 172:*6*
**private** 48:*1* 70:*13* 125:*9*
**privy** 59:*25*
**probably** 8:*16* 11:*8* 12:*1, 16* 22:*14* 23:*19* 75:*1* 85:*24* 117:*6, 13* 134:*24* 170:*22*
**problem** 24:*6* 32:*9* 128:*24* 166:*25*
**procedure** 96:*14*
**procedures** 46:*12* 105:*23* 106:*3*
**proceed** 129:*14* 140:*8* 170:*6*
**proceeded** 46:*1*
**process** 27:*25* 28:*10, 14* 29:*9, 12, 17* 33:*3* 40:*15* 41:*7* 43:*18* 47:*13, 19* 51:*12* 59:*21* 62:*17* 63:*1* 67:*22* 76:*21* 85:*25* 86:*3, 5, 8, 10* 94:*24* 98:*7* 107:*12, 17* 113:*11* 129:*10* 138:*6* 140:*13* 152:*20* 153:*10* 165:*15*
**processes** 54:*2, 7* 74:*14* 151:*3* 152:*9* 153:*13*
**produce** 39:*5*
**produced** 74:*8, 20*
**producing** 47:*1* 125:*13, 18, 20*
**product** 33:*17, 19, 20* 34:*1* 53:*13, 24* 57:*19* 58:*15* 59:*8, 19* 60:*21* 62:*12* 63:*16* 65:*7, 13* 86:*6* 92:*13* 93:*7, 14* 94:*12* 96:*25* 97:*3* 98:*1* 148:*15, 17* 154:*23* 155:*12, 25* 157:*21* 158:*5* 162:*8*
**production** 33:*22, 23* 40:*6, 14* 49:*7* 151:*9*
**products** 54:*6* 63:*9* 67:*15* 68:*6* 74:*8, 20* 80:*21* 83:*6, 13, 25* 86:*18* 88:*12* 89:*20* 90:*13* 92:*17, 20* 100:*4, 6* 102:*3* 115:*8* 151:*9* 156:*19* 160:*4* 161:*24* 162:*9, 11, 14, 19, 21*
**PROE** 3:*3*
**professional** 18:*3* 172:*4*
**program** 23:*23* 48:*16* 49:*10, 14* 51:*9* 70:*20* 71:*14* 73:*17* 88:*21* 104:*13* 107:*9, 14, 21* 108:*13, 17, 23* 109:*2* 110:*15, 21, 23* 111:*14, 24* 112:*1, 6, 9, 16, 25* 113:*2, 8, 14, 15, 17* 120:*19* 121:*5* 125:*23* 131:*6, 8, 12* 136:*21* 140:*3, 5, 7,*

15 142:3, 6
143:18
154:9
165:8
167:22, 24
168:1, 6, 9
169:19
170:2, 6
**programs**
110:18
**progress**
24:25
97:22 98:9,
13
**project** 34:4
**properly**
45:16
**propounded**
174:5
**prosecution**
13:21
**Protector**
5:5, 15, 18,
20 62:6, 10
157:2, 24
**proud**
143:20
167:23, 25
**provide**
57:19
71:12 72:2
141:1
**provided**
125:8
126:3
161:5
164:15, 21
**provides**
33:14
62:15
157:9 165:7
**providing**
165:6
**proximity**
123:24
**public**
74:24
174:20
**Publicly**
74:7, 24
149:25
**pull** 32:12
92:1
159:16, 18
**pulling**
100:23
**pulp** 28:16,
17, 18 29:2,
3, 6, 7, 24
85:3
**pulp-mixing**
29:17
**pumping**
114:17
**purchase**
66:12, 24
67:15
**purchased**
66:6 68:17,
20 133:2
**purchasers**
156:19
**purchases**
68:12
**Purchasing**
5:5 66:9
67:6, 9, 20
68:6 80:17
92:21
101:11, 12,
16 136:9
**purpose**
7:10, 14
27:20
116:13
**purposes**
143:25
**pursuant**
1:14
**put** 29:3,
14, 22, 23
30:11 39:3,
10 47:1, 11
50:1, 16
51:9 58:19,
24 59:8, 16,
17 61:5
66:13
68:23
81:22
85:25
86:11
119:3, 12,
17 120:15
**putting**
45:19
49:25 59:2
65:18 98:3
144:14

**< Q >**
**quality**
29:20 45:6
76:7
**quantities**
93:7 94:12
114:2
**quantity**
68:23
118:12
**quarterly**
23:6, 8, 10
24:6
113:10
148:9
**question**
7:2 13:13
23:25
33:24
36:14
41:12 43:2
44:7, 10
59:19
60:20
70:15 71:6
89:12
94:22 95:9
96:9 98:21,
24 99:4
105:25
108:20
109:10
116:8
126:19
131:10
133:5
134:2, 21
135:13
166:5, 8, 13,
21
**questioning**
117:14
**questions**
7:3, 4, 16
23:20
34:25 35:1
98:2

111:*20*
112:*2*
126:*13, 16*
127:*3, 18*
128:*11, 14, 25* 129:*15*
134:*16*
135:*16*
137:*2, 6*
147:*18*
160:*7*
161:*9, 13, 19* 163:*7*
170:*15*
171:*3, 10, 21* 174:*4*
**quillon** 153:*17*
**quite** 105:*9* 119:*4, 10* 143:*11, 20* 148:*14* 168:*2*

**< R >**
**rained** 116:*15*
**rains** 116:*4*
**raise** 98:*2* 101:*24*
**raised** 134:*16, 22* 145:*8* 170:*15, 22* 171:*3, 7*
**ran** 14:*24* 128:*4, 7*
**Rapids** 19:*3*
**raw** 65:*11* 132:*2, 20* 133:*2, 6, 18, 23* 151:*15* 152:*19, 24*
**reached** 51:*7* 80:*4*
**read** 9:*21* 57:*18, 25* 65:*9* 69:*19* 77:*1* 82:*24* 103:*14* 149:*13* 151:*24* 155:*5* 158:*18* 168:*4* 169:*16* 173:*2* 174:*3*
**reading** 53:*7* 58:*7* 66:*23* 82:*23* 120:*22* 152:*15* 167:*15* 175:*4*
**ready** 52:*11, 12* 90:*1* 129:*14*
**real** 123:*16*
**Really** 12:*8* 20:*16* 24:*5* 27:*24* 35:*12* 40:*18* 41:*15* 46:*1* 105:*5* 131:*22*
**Realtime** 1:*18* 172:*3, 23*
**reason** 66:*4, 7* 80:*2* 81:*19* 123:*5* 161:*3* 173:*4*
**reasonable** 141:*11, 16* 147:*8*
**reasons** 16:*3, 4*
**recall** 14:*12* 18:*6* 23:*2, 14* 24:*4, 5* 26:*24* 27:*2, 6, 16* 34:*23* 35:*8, 13, 17, 21, 22* 36:*2, 21* 37:*19, 20* 38:*9, 19, 22* 39:*18* 45:*17, 24, 25* 46:*12, 14* 47:*4, 5, 12* 48:*8, 14, 21, 23* 49:*17, 21* 50:*17* 51:*24* 53:*25* 54:*3* 55:*4* 60:*25* 61:*7, 12* 63:*11* 66:*3, 8* 68:*1* 71:*15* 76:*16* 77:*24* 83:*3* 84:*14, 22, 25* 85:*13* 89:*6, 8, 18, 22* 91:*4* 95:*22* 97:*20* 100:*4, 6, 8, 21* 102:*1, 5, 18, 19* 105:*6* 106:*5, 21* 107:*3, 7, 11, 15, 16* 111:*9* 112:*7, 17* 113:*3, 5, 7, 9, 11, 16, 18* 114:*2* 115:*10* 117:*25* 118:*17, 18* 120:*20* 124:*24* 127:*8* 130:*20, 22* 137:*8, 10, 12* 139:*12* 141:*23* 142:*2, 4, 11* 145:*23* 146:*19* 147:*25* 148:*13, 17, 19* 149:*4* 155:*10* 156:*10* 158:*25* 159:*8, 15* 167:*4*
**receipt** 173:*12*

**receive**
16:8 36:23
54:24 126:8
**received**
16:12
31:12
42:13
49:14
55:16
112:13
114:3, 13
**receiving**
18:24
107:15
139:12, 17
**re-certify**
113:1
**Recess**
52:17
56:16 90:8
117:18
**recognize**
30:23
79:18
83:14
87:20
92:17 94:5
99:2 101:6
103:23
148:23
**Recognizing**
96:19
**recollection**
30:6 45:18
64:14
99:20
118:7, 9
142:10
167:9
**recollections**
32:23
**recommendation**
98:14 99:11
**Recommended**
57:6, 9, 18
92:25 94:5
155:4, 6
158:17
**record** 6:3, 5, 12 52:16, 18 56:12, 14, 17 78:9
90:7, 9
114:7
117:17, 19
123:9
144:2
171:23
**recorded**
142:1
**Records**
73:17
126:3, 6, 8
**recreational**
143:25
**recycling**
143:18
**red** 170:23
**redundancies**
129:20
**refer** 146:17
**reference**
127:21
**references**
154:3
**referred**
79:7 158:5, 23
**referring**
131:15
**refresh**
64:14
**regard** 7:16
35:14 37:6
**regarding**
14:10 35:9
36:14, 19, 23 37:9
55:24
72:19 91:3
104:12
113:15, 17
148:7
**Registered**
1:17 172:2, 3, 22
**regular**
23:24 24:1
64:12
106:17, 22
108:11
113:8
118:4 136:3
**regularly**
23:18
**regulated**
37:22, 25
148:3, 5
**regulating**
61:1
**regulation**
143:10
**regulations**
38:13 39:6
130:11, 17, 20 143:21
147:16, 19
**regulator**
141:25
142:4, 9, 12
**regulatory**
58:9 122:9, 11, 18, 22
**reissuance**
113:5, 12
**reissue**
113:4
**relate**
161:22
162:4
168:17
**related**
24:7 35:25
39:15
51:12
55:16
62:10 64:4
107:9
111:21
122:8
126:8
147:10
163:20, 22
164:2
**relates**
63:13 65:2
67:14
82:20
161:24
162:7
**relation**
8:10, 14
**relations**
82:10
**relationship**
20:19

**relative** 138:*25* 172:*15, 16*
**relied** 74:*25*
**rely** 39:*14* 141:*11, 16*
**remain** 167:*23*
**remained** 20:*11* 26:*25* 145:*9*
**remember** 12:*11* 14:*10* 24:*8* 27:*4, 9* 38:*12, 14* 45:*11* 46:*18* 47:*8, 10* 49:*1* 50:*22* 51:*13* 54:*23* 62:*25* 63:*21* 64:*9* 65:*21* 76:*12* 82:*14* 91:*11* 95:*23* 100:*1, 3* 101:*15* 102:*9, 10* 104:*2* 106:*15* 107:*22* 111:*10, 12, 22, 23* 114:*19, 23* 120:*22* 125:*6* 128:*3* 139:*17* 148:*23* 160:*7* 161:*20*
**remembering** 14:*5*
**remodeling** 21:*13*
**Remote** 1:*13*
**removed** 25:*19* 26:*10*
**repeat** 140:*6*
**repellency** 62:*16* 157:*10*
**repetitive** 129:*18*
**rephrase** 10:*14* 166:*22*
**replaced** 100:*21*
**report** 19:*25* 20:*3* 50:*20* 75:*24* 78:*12* 86:*17* 136:*19* 150:*18*
**Reported** 5:*10* 20:*3* 21:*4, 6, 7* 42:*25* 72:*19* 73:*7* 97:*9* 174:*12*
**Reporter** 1:*17, 18, 19* 4:*9* 6:*13* 7:*3, 7* 105:*20* 172:*3, 4, 5, 22, 23*
**REPORTING** 1:*22* 6:*7* 21:*1* 23:*10* 98:*10* 142:*5* 146:*4*
**reportings** 24:*6*
**reports** 23:*3, 6, 8, 9* 38:*19* 105:*8* 106:*16* 111:*16* 113:*10* 146:*8* 148:*9* 168:*20*
**represent** 127:*1* 149:*24*
**representatives** 136:*8*
**represented** 10:*17, 25*
**representing** 10:*25* 129:*12*
**repulp** 85:*15*
**repulping** 85:*17* 86:*8, 10*
**reputation** 167:*2*
**request** 42:*19*
**requested** 142:*12*
**require** 81:*18* 140:*20* 141:*25* 142:*9*
**required** 39:*1, 5* 46:*10* 64:*21* 68:*13* 81:*15* 125:*24*
**requirements** 19:*23, 24* 31:*18* 38:*20, 25* 39:*5* 45:*10* 70:*23, 25* 71:*23* 136:*21* 140:*14*
**requiring** 142:*4*
**research** 48:*1* 133:*23*
**residing** 145:*6*
**residual** 118:*3*
**resist** 83:*25* 86:*19* 87:*5, 25* 88:*12* 160:*4*
**resists** 86:*23*
**resolved** 135:*1, 3*

**Resources** 5:*8* 17:*4* 137:*18* 150:*5*
**respect** 34:*9* 36:*4*, *9* 40:*23* 44:*8*, *10*, *14* 100:*11* 102:*15* 105:*1* 122:*16* 130:*16*, *21* 132:*1* 140:*5*, *7* 141:*12*, *17* 144:*6*, *9* 147:*15*
**respond** 12:*13* 99:*14*
**response** 46:*5*, *7* 53:*2* 122:*18*
**responses** 7:*5*
**responsibilities** 21:*2* 61:*2* 108:*2* 130:*24* 131:*2*, *7*, *10*, *18* 146:*3*
**responsibility** 18:*14*, *22* 19:*21*, *22* 33:*7* 34:*4*, *12* 43:*4*, *11*, *15*, *22* 44:*1*, *4* 59:*14* 60:*6* 70:*5*, *8*, *10* 90:*25* 100:*11* 102:*15* 163:*9*
**responsible** 18:*17* 31:*11*, *16* 43:*18* 44:*16*, *18* 45:*14* 55:*8* 59:*16* 60:*3* 67:*9* 69:*24* 70:*20* 79:*5*, *9*, *15*, *25* 122:*21* 130:*9* 132:*23* 158:*24* 159:*3* 167:*22* 169:*12*, *16*
**responsibly** 144:*5*, *9*, *17*
**rest** 106:*14*
**restate** 166:*9*
**resubmit** 113:*1*
**result** 84:*8* 112:*24* 141:*1*
**resulted** 99:*10* 166:*2*, *17*
**results** 45:*4* 78:*5* 105:*6* 135:*5*
**retained** 10:*19*
**retire** 15:*21* 16:*2*, *3*
**retired** 11:*20*, *21* 16:*7* 19:*15* 20:*8* 74:*4* 82:*10* 83:*3* 91:*24* 102:*9* 134:*10* 145:*9*
**retirement** 11:*19* 14:*22* 16:*14* 35:*3* 70:*19* 103:*16*
**retiring** 15:*12*
**return** 173:*10*
**reuse** 85:*15*
**review** 34:*14* 36:*7* 41:*9* 80:*20* 83:*9* 95:*7*, *17* 132:*3*, *6*, *9* 146:*8*
**reviewed** 34:*23* 41:*8*, *13* 42:*14* 56:*25* 57:*3* 105:*6* 146:*14* 170:*20*
**reviewing** 105:*1* 132:*1* 146:*5*
**Rhinelander** 1:*15* 3:*6* 8:*13*, *15*, *17*, *22* 9:*5*, *23*, *25* 12:*4* 15:*5*, *6* 17:*1*, *2* 19:*4*, *7* 24:*20* 25:*2*, *10*, *12* 27:*15* 28:*10*, *15* 32:*19* 33:*8* 34:*13*, *15* 35:*19* 37:*1* 38:*16*, *23* 40:*11*, *17* 43:*5* 44:*3*, *8*, *9*, *10*, *15* 48:*14* 49:*9*, *13*, *23* 54:*1*, *12* 55:*2* 57:*1* 58:*23* 61:*3* 62:*20* 63:*18* 64:*1*, *5*, *17* 65:*20* 66:*5* 67:*10* 74:*1*, *19* 75:*3* 77:*4* 85:*14* 101:*20* 108:*12*, *21*, *22* 109:*1*, *15* 123:*14* 124:*25* 130:*17* 138:*23* 139:*1* 144:*16*, *18*, *21* 145:*3*, *4*,

7, 10, 13
146:22
150:19, 23
151:7, 17
165:1
171:18
**right** 9:12
14:6 22:1,
3 25:1, 18
29:13 31:1,
6, 13, 19
32:3, 16
48:20
52:15 53:4
60:9 61:19
62:21 70:8
75:25 76:3
80:18
84:12
89:14 90:6,
12 94:14,
16 97:1
108:17
109:2, 6, 17,
21 110:25
115:9
116:11
117:16
118:4
121:20
125:25
126:20, 24
129:24
130:4
134:4, 8
147:16
149:10, 17
150:8, 19
151:1, 6
152:6
153:7, 8, 12
156:23
157:23
158:16
161:2
167:11
171:22
**ring** 127:23
**risk** 144:14
**risks** 168:21
**River** 15:7
21:16, 19
60:7
124:18, 20
143:23
**RMR** 174:12
**RMT** 150:18,
23 153:6
**road** 98:10
**Robert** 19:13
**role** 23:16
32:1 34:6
36:4, 17
44:11
63:25
64:17 67:6
80:23
100:10
102:15
104:25
106:11
131:12
132:1
140:5, 6
**roll** 29:1
117:6
**rollers**
28:23
**rolls** 85:25
**room** 11:12
**ROUGEAU** 1:3
6:9 53:16
61:17
96:17 175:3
**route** 56:1
134:3
**routed**
34:21 35:1
36:6 41:10,
13, 14, 18,
21 55:17
64:5, 17
**routing**
34:24
41:25 91:8
**routings**
42:12
**rules**
122:12, 16
**Run** 105:25
**running**
15:15
110:12

**< S >**
**s/JENNIFER**
172:21
**safe** 16:11
39:1, 5
44:22
70:21 72:3
86:4 115:5,
11 119:21
121:12
135:7, 17
143:4
167:18
168:2 170:2
**Safety**
33:12, 16,
25 34:7
53:10
68:24
71:17
100:11, 14,
18 102:24
103:2, 3, 7,
8, 10
105:24
109:14
132:15
134:24
136:9
144:18
146:5
154:21
155:15
156:15
158:1
**sales** 101:8
136:9
**sales/marketin
g** 101:10
**samples**
78:5, 8, 18
**sandwiches**
117:8
**sanitary**
84:14
**satisfied**
60:16
**savings**
51:25 52:9
**saw** 22:10
28:15 30:7
79:17
80:16, 18,
19 91:18,
22 156:12

**saying** 29:11 42:16 79:24 143:14
**says** 6:18 53:7 57:6, 9 58:8, 10 59:4 62:11, 23 65:17 72:21 73:17 74:6 75:1 78:4, 18, 21, 25 79:4, 23 86:17 87:5, 24 88:5 89:2 93:6, 19, 22 94:19 97:21 150:2, 4, 9, 13, 18, 19 151:2, 6, 21 152:9, 14, 19, 24 153:6, 12 155:16, 19 157:8 158:9
**schedule** 12:17 117:15
**scheduled** 106:21
**SCHWARZ** 2:14 4:6, 8 9:14 10:9 11:12, 23 12:23 13:14 20:24 27:6 30:14, 18 31:2, 21 32:4 34:2 37:11 39:2, 17, 25 41:23 42:4 43:6 44:23 45:24 46:6 55:9 56:4 57:21 58:16 59:10, 23 60:14 61:11 62:4 63:20 64:18 65:15 66:15 67:25 68:9, 14 69:2, 25 71:3, 19 72:7 75:4, 16 79:22 80:5, 25 81:13 85:21 86:24 87:23 89:9, 12, 21 90:21 92:6 95:2, 14 96:7 97:12 98:5, 16, 23 99:12 103:19 109:7, 22 110:16 114:5 115:14 116:5, 17 117:5, 9 118:22 120:4, 12 121:15 124:5 125:11 126:15, 21 128:12, 19, 24 129:3, 5, 12 135:14 138:12 139:19 140:1 147:13 149:6, 15, 19, 21 154:11, 18 157:13, 17 159:18, 21 160:14 161:9 162:5 163:4 165:2, 10, 19 166:4, 19 168:10, 24 169:14, 20 170:7, 17 171:4, 11, 14, 20
**scope** 163:9
**Scotchban** 5:3, 13, 15, 18 53:14, 23 54:2, 12 62:10 63:9 65:7 83:6, 20 92:15 94:18 148:15 153:1, 18 154:5, 23 155:25 157:2, 24
**Scotchbrand** 148:14
**scraps** 85:15
**screen** 28:19, 21 29:17, 25 52:23 53:5 56:8 60:21 61:23 64:25 66:14, 20 67:18 72:13, 15 81:24, 25 92:7 96:16 100:25 129:8 149:8 150:14 156:6, 7
**scroll** 52:24, 25 56:22 63:12 64:23 83:19 96:24 153:9 156:22 157:1 159:25
**scrolling** 92:23
**second** 18:12, 21

21:14
56:12
76:17 88:5
89:9 155:3
**secondary**
26:1, 4, 9
47:6 87:10
**secret** 75:2
**secretary**
143:14
**section**
28:23 40:3
56:24
59:12
63:13, 16
64:24 65:2
74:6, 15
79:10
83:19, 22
92:25
138:2
155:4, 14,
19 158:15
159:12
**see** 15:25
22:9, 25
28:6 29:15
30:24
50:20 53:4,
10, 13 56:8
57:6, 9, 12
58:23
61:23 62:9,
12, 14, 18
63:13
64:25 65:2,
3 66:20, 22
67:14, 19
72:17, 21
73:5, 16, 22,
24 74:6, 15,
17, 22
76:22 78:4,
10, 11, 16,
24 79:1, 11,
12 81:25
82:4, 20
83:7 86:20
89:2 92:8,
11, 13, 25
93:9, 24
94:15, 21
96:24
97:21 98:6
101:3, 5
103:16, 18
104:19
114:22
139:20
149:22
150:2, 6, 8,
11, 17, 21
151:1, 4, 10,
18, 25
152:6, 8, 17,
19, 21
153:2, 18
154:13, 19
155:1, 5, 17,
22 156:7,
22 157:4,
11, 18, 20
158:8, 11
**seeing** 30:6
59:1 63:21
64:9
**seen** 53:22
54:14, 15
64:8 69:14
82:15
91:24
127:21
**selecting**
132:23
**send** 105:8
**sense** 29:18
32:13 48:5,
25
**sent** 34:18,
23 43:20
54:17 72:6
93:4
**sentence**
74:18
76:17 78:4,
17 93:11
151:20
155:6, 19
158:18
160:3
**sentences**
66:23
151:13
**separate**
103:9
105:14, 15
**separately**
99:6
**September**
5:9 78:12
156:22
**septic**
114:17
**seriously**
146:12
**serve** 123:4
**session** 7:2
**set** 39:10
71:9 92:2
158:21
172:13
**setting** 92:6
**seven** 22:13
27:5
**sewer** 45:19
59:17
65:18
84:14 93:17
**sewers**
43:25 57:20
**share** 52:23
56:5, 8
61:14
72:12
81:24 92:7
104:11
149:7 156:6
**shared**
149:12
**sharing**
100:25
**Sheet** 4:12
28:21
53:11
54:15
55:10, 13,
18 63:17,
22 65:12,
17 68:4, 17
76:9 92:12
95:24
153:7
154:21
155:15
156:15
158:2
173:4, 6, 8,
11 174:7
175:1

**sheets** 33:*9*, *12* 41:*8* 45:*21* 71:*22* 75:*18* 99:*24* 132:*3* 146:*6*
**shelf** 51:*10*
**short** 12:*1* 22:*1* 66:*17*
**Shorthand** 1:*18* 172:*4*
**show** 149:*6* 157:*13*
**showed** 92:*21* 156:*10*, *14* 158:*6*, *22* 159:*6*, *23*
**shown** 22:*21* 120:*23* 146:*16*
**shut** 26:*24*
**sic** 13:*15* 30:*14* 98:*19*
**side** 15:*7* 21:*16*, *19* 28:*4* 29:*24* 30:*10* 31:*17* 42:*21* 63:*2* 85:*9*, *11* 126:*17* 128:*13* 150:*5*, *8* 153:*15*
**sign** 173:*6*
**Signature** 4:*10*, *11* 175:*24*
**significance** 94:*25*
**signing** 173:*7*
**silicone-coated** 27:*21*
**similar** 74:*13* 76:*20* 95:*7* 119:*23* 151:*14*
**similarly** 1:*4*
**simple** 7:*1*
**simply** 75:*23*
**single** 103:*3*, *8* 109:*5* 135:*9*, *19*
**sir** 6:*25* 7:*9* 8:*4*, *20*, *21* 9:*6* 10:*2*, *5*, *6*, *18* 11:*5*, *14*, *15*, *16*, *21* 12:*4* 13:*6*, *12* 14:*3*, *20* 15:*3*, *17*, *20* 16:*24* 17:*6* 20:*5* 24:*18* 28:*8* 29:*10* 36:*3* 51:*23* 66:*21* 93:*18* 95:*5* 101:*4*, *21* 105:*25* 113:*3* 118:*1*, *15* 123:*23* 125:*7* 131:*17* 167:*5*, *14*
**sit** 32:*13* 47:*7* 55:*1* 58:*12* 70:*10* 76:*11*, *23*, *25* 77:*14* 79:*18* 87:*20*, *24* 89:*6* 99:*19*
**Site** 78:*12*, *22* 79:*8*
**sitting** 54:*3* 129:*7* 155:*10* 161:*2* 171:*15*
**situated** 1:*4*
**situation** 135:*1* 143:*12*
**situations** 84:*10*
**six** 27:*5*
**size** 85:*7* 151:*3*, *8*, *15*, *21* 152:*24* 153:*14*
**size-press** 62:*17*, *23* 63:*2*
**sizing** 151:*13* 152:*9* 153:*12*
**skipping** 79:*3*
**Skyspan** 99:*25*
**slightly** 40:*2*
**sludge** 25:*14*, *18*, *19*, *21*, *23* 46:*21*, *24* 48:*15*, *21* 49:*16*, *19*, *22*, *25* 50:*10*, *13* 51:*17* 52:*1*, *2* 71:*18* 73:*18* 74:*13* 76:*20* 77:*9* 78:*6* 110:*12*, *14* 111:*6* 112:*22* 115:*9*, *13*, *17* 118:*19*, *25* 119:*4*, *13*, *21* 120:*1* 121:*9* 123:*21*, *25* 125:*24* 126:*2*, *4*, *10* 169:*7*, *8*, *9*
**slurry** 28:*18*
**small** 21:*12* 93:*7* 94:*12* 150:*3*
**social** 145:*12*
**soil** 78:*5*, *8*, *18* 162:*15*, *19*, *22*
**sold** 15:*17*

**solid** 19:*23* 43:*4*, *9* 130:*9*
**solids** 26:*11*
**Solutions** 3:*6*, *7* 93:*6*, *19*, *23*, *25* 94:*1*, *12* 97:*7* 151:*15* 155:*8*, *11* 158:*19*
**somebody** 36:*12* 42:*25* 43:*17* 59:*8* 60:*19* 68:*7* 99:*3* 101:*19*
**sorry** 11:*15* 13:*16* 16:*17* 21:*5* 25:*8* 30:*18* 37:*23* 42:*9* 50:*8* 56:*4*, *10* 58:*5* 68:*9* 70:*9* 78:*15* 82:*12* 86:*15* 89:*11*, *16* 90:*14* 98:*16*, *19*, *22* 101:*6* 103:*4* 108:*19* 116:*5* 117:*5* 128:*22* 147:*3* 148:*14* 154:*16* 162:*3* 166:*23*
**sort** 130:*7* 131:*11*, *25* 135:*24* 137:*2* 139:*8* 148:*21*
**sorts** 76:*16*
**sound** 136:*25*
**sounded** 166:*21*
**sounds** 38:*4* 48:*20* 90:*5* 115:*2* 149:*17*
**source** 26:*8* 69:*18* 78:*11* 113:*24* 167:*23*
**sources** 9:*19*, *21* 26:*13*, *19* 79:*17* 81:*7* 84:*15*, *17* 113:*19* 115:*7* 138:*19*
**south** 51:*4* 105:*16*
**space** 173:*4*
**speak** 70:*2* 74:*4* 88:*14* 95:*15* 110:*7* 127:*24* 129:*9* 134:*21* 137:*7*
**speaking** 102:*5* 109:*8* 122:*11*
**special** 27:*20*
**specialist** 163:*25* 164:*2*, *6*, *12*
**specialists** 138:*14* 164:*11*
**Specialty** 3:*6*, *7* 27:*19*, *23* 31:*5* 49:*15* 74:*8*, *20* 75:*1*, *3*, *9*, *15*, *22* 76:*2*, *5* 133:*19*, *24*
**specific** 20:*16* 23:*8* 30:*6* 32:*22* 37:*19* 38:*12*, *13* 39:*15* 41:*25* 45:*1* 52:*3* 54:*10*, *16*, *20* 58:*24* 66:*11* 69:*15* 77:*20* 87:*15* 94:*23* 99:*20* 106:*11* 107:*7* 137:*10* 138:*17* 140:*21* 147:*9* 163:*1*
**specifically** 38:*18* 58:*18* 65:*24* 84:*25* 85:*13* 87:*14* 88:*14*, *23* 97:*5* 143:*8*
**specification** 85:*10*
**specifics** 45:*17* 88:*20*
**speed** 37:*2*
**spell** 91:*16* 105:*19* 108:*5*
**spelled** 104:*24* 123:*11* 140:*17*
**spelling** 108:*9*
**spent** 15:*13* 93:*6*, *19*, *22*, *25* 94:*1*, *12* 97:*7* 155:*8*, *11* 158:*19*
**Spilled** 83:*23*
**spilled/unusable** 83:*20*
**Spills** 79:*9* 84:*10* 93:*12*
**spoke** 82:*13*

**spoken** 10:*7* 14:*1* 131:*24*
**spread** 28:*19* 78:*6* 80:*10* 110:*14* 169:*6*
**spreading** 78:*9* 140:*10*
**Springs** 123:*12*
**St** 1:*24*
**stage** 52:*21*
**STAHL** 3:*7*
**stairs** 22:*2*
**stakeholders** 110:*20, 24* 112:*5*
**stand** 33:*10*
**standard** 105:*22* 136:*6*
**standards** 167:*19*
**stands** 152:*11*
**starch** 151:*14*
**Starks** 8:*9, 10, 14, 18* 9:*7, 13* 10:*4, 8* 11:*24* 14:*2* 47:*25* 69:*11, 18* 70:*11* 73:*10, 12* 80:*11* 120:*11* 167:*16* 169:*7, 9, 13*
**Starks/Stella** 112:*10, 21* 118:*20*
**start** 85:*7* 96:*21*
**started** 19:*17* 20:*1* 21:*12* 25:*23* 27:*1* 47:*1, 16* 50:*3, 5* 51:*2, 3, 8* 71:*14* 79:*20* 111:*23* 143:*9, 11* 167:*24, 25*
**starting** 89:*24*
**State** 1:*15* 5:*8* 18:*20, 24* 19:*24* 39:*4* 49:*11* 62:*17, 23* 70:*1* 124:*23* 130:*10, 16, 20* 139:*8* 143:*4, 16* 147:*15* 151:*22* 166:*11* 173:*3*
**statement** 166:*10, 11, 21*
**statements** 166:*12*
**STATES** 1:*1* 124:*22*
**stating** 81:*2*
**station** 15:*1, 2*
**status** 155:*20* 161:*19, 22*
**stay** 37:*2* 82:*11*
**stays** 57:*12*
**Steber** 91:*14*
**S-t-e-b-e-r** 91:*17*
**Stella** 5:*10* 72:*20* 73:*8, 11, 21* 78:*13* 80:*11* 119:*24* 120:*2, 11* 124:*3* 125:*1*
**stenographic** 6:*11*
**stenographically** 172:*12*
**steps** 38:*24, 25* 44:*19*
**steward** 167:*7*
**stewards** 143:*7*
**stewardship** 142:*23* 167:*3*
**stop** 15:*9* 49:*25* 117:*6*
**stopping** 99:*3*
**store** 15:*1*
**STRAWN** 3:*18*
**streams** 74:*12* 76:*19* 77:*9* 88:*11*
**Street** 2:*19* 3:*4, 10* 15:*8* 22:*6*
**stretch** 52:*13*
**strictly** 138:*4*
**strived** 143:*20*
**structure** 122:*5*
**study** 60:*6, 8*
**stuff** 46:*13* 96:*12*
**Subject** 5:*10* 73:*5* 130:*15* 133:*1* 138:*8* 147:*10, 14* 173:*7*
**submission** 166:*1, 16*
**submissions** 148:*7*
**submit** 113:*7* 163:*20*
**submitted** 163:*12, 22*
**subordinate** 17:*9*

**subpoena** 13:*24* 123:*4*
**Subscribed** 174:*15*
**subscribing** 175:*4*
**substance** 79:*6* 170:*22* 174:*6*
**sufficient** 58:*13* 69:*24*
**suggesting** 159:*12*
**suggestions** 59:*16*
**suit** 7:*20*
**suitable** 144:*1*
**Suite** 1:*24* 2:*6, 10* 3:*4, 10, 20*
**SUMICH** 2:*1*
**summary** 136:*23*
**sumps** 44:*20* 57:*20* 84:*20, 23* 85:*2, 10*
**Superfund** 78:*12*
**superintendents** 136:*11*
**supervisor** 20:*10, 12, 17* 22:*5, 9* 96:*10* 97:*14* 102:*7* 107:*22* 122:*13* 133:*8* 134:*4*
**supplement** 162:*15, 22*
**supplements** 162:*19*
**supplier** 33:*14*
**suppliers** 64:*4*
**supplies** 18:*19* 69:*13*
**supply** 71:*21*
**supposed** 12:*25* 65:*7*
**supposedly** 104:*17*
**sure** 7:*25* 8:*4* 19:*22* 23:*15* 30:*1, 2, 4* 31:*16* 33:*21, 22* 34:*17* 37:*13* 44:*19* 45:*15* 46:*1, 14* 53:*2* 54:*16* 56:*12* 60:*4, 8* 64:*20* 66:*11* 67:*12* 70:*20, 22* 84:*6* 86:*12* 87:*5* 89:*10* 92:*3* 94:*4* 97:*10* 101:*16* 102:*23* 104:*23* 105:*25* 108:*8* 114:*6* 115:*3, 21* 121:*3* 126:*21* 128:*5* 135:*15, 22* 143:*3* 146:*5* 163:*18* 168:*1* 170:*2*
**surface** 124:*16* 151:*13*
**surprise** 147:*2, 4, 7*
**surprising** 146:*21*
**swear** 6:*14*
**Switching** 46:*16*
**Switzer** 19:*13* 20:*2, 4, 8* 21:*1, 7* 35:*2, 7, 15* 36:*15, 18* 91:*22* 96:*11* 97:*14* 102:*9* 122:*13, 17, 22* 133:*8* 134:*4, 10, 15*
**Switzer's** 21:*20* 134:*6*
**swore** 7:*3*
**sworn** 6:*16* 172:*8* 174:*15*
**system** 25:*20, 24, 25* 26:*1, 4, 10* 58:*2* 64:*11* 87:*19* 93:*5, 8* 94:*13* 155:*9, 12* 158:*20* 168:*3*
**systems** 18:*18* 83:*24*

**< T >**
**Tab** 154:*16* 157:*14*
**take** 38:*24* 44:*19* 47:*20* 48:*10* 52:*14* 56:*7* 67:*18* 73:*15* 90:*4* 111:*3* 117:*11* 146:*12* 149:*15* 152:*2*
**taken** 1:*13* 47:*3* 52:*17* 56:*16* 78:*18* 79:*19* 90:*8* 117:*18* 172:*11*
**takes** 51:*16*
**talk** 167:*1*
**talked** 12:*16* 45:*9* 46:*17*

99:*25*
103:*1*
113:*19*
115:*1*
122:*4*
136:*2*
140:*4*
145:*20*
**talking**
12:*19, 21*
90:*12, 15*
95:*3* 99:*3, 4* 101:*12*
107:*2*
111:*11, 12*
117:*23*
131:*21*
135:*11*
**talks** 83:*23*
**tank** 29:*7*
114:*17*
**tanks** 29:*5*
115:*19*
118:*5, 8*
**tasked** 42:*23*
**TAYLOR** 2:*1*
**team** 135:*24*
165:*18*
166:*1, 3, 17*
**teams** 108:*25*
**tech** 153:*23*
**technical**
19:*9, 12*
20:*15, 19, 25* 21:*2, 4, 6, 8, 9*
23:*20*
35:*24* 41:*1*
63:*17* 76:*1*
95:*16*
96:*12*
102:*22, 24*
103:*2, 6*
105:*24*
108:*15, 21*
110:*10, 12*
132:*11*
133:*9*
134:*7, 23*
140:*11*
146:*23*
170:*4*
**TECHNOLOGY**
1:*22* 6:*7*
37:*3, 6*
77:*16*
**Tel** 2:*7, 11, 16, 20* 3:*5, 11, 16, 21*
**tell** 6:*16*
62:*2* 92:*8*
141:*21*
**tenure** 20:*9*
24:*24*
26:*25*
40:*19*
51:*21, 23*
55:*4, 11*
59:*24*
77:*12*
112:*23*
114:*3, 21*
121:*14*
128:*8*
135:*6*
137:*9*
140:*20*
141:*24*
142:*18, 20*
143:*8*
167:*13, 24*
168:*21*
**term** 35:*11*
52:*4* 63:*6*
148:*21*
**terms** 28:*13*
47:*18*
51:*25* 78:*2*
88:*19*
106:*7, 17*
114:*11*
136:*15*
146:*5*
**test** 38:*10*
81:*20*
87:*17*
114:*21*
115:*1*
120:*20, 21, 24, 25*
121:*11*
140:*17, 20*
141:*1, 6, 7, 9, 21*
**tested**
44:*25*
78:*22*
81:*14*
118:*16*
121:*7, 10*
141:*12, 17*
**testified**
41:*20*
125:*4*
130:*2, 7*
134:*11*
137:*20*
168:*15*
**testify**
172:*8*
**testifying**
167:*4*
**testimony**
14:*9, 11, 16, 19* 42:*7, 10*
62:*20*
88:*19*
103:*5*
109:*15*
118:*2*
127:*3*
142:*25*
169:*4*
172:*11*
**testing**
38:*9* 45:*1*
81:*17*
97:*22, 25*
98:*13* 99:*9, 10* 140:*23*
141:*5*
142:*9, 12*
**Texas** 1:*19*
2:*11* 172:*5*
**Thank** 27:*13*
33:*2* 53:*3*
56:*20*
103:*22*
124:*14*
127:*17*
128:*11*
129:*2*
139:*11*
144:*4*
158:*21*
159:*5*
171:*20*
**Thanks**
126:*15*
128:*12, 19*

**Thanksgiving** 123:*7*
**thereto** 175:*4*
**thing** 12:*8* 35:*17* 45:*18*
**things** 14:*5* 23:*5* 26:*20* 27:*19* 29:*19* 30:*24* 45:*19* 54:*10* 76:*16* 98:*8* 106:*15* 136:*20* 137:*15* 150:*15* 161:*17*
**think** 19:*16* 20:*11* 27:*11* 30:*23* 36:*2* 37:*7* 38:*8* 42:*13* 44:*5* 46:*9* 48:*16* 59:*3* 61:*16* 64:*19* 69:*22* 71:*16* 72:*7* 75:*1, 2* 80:*22* 81:*10, 23* 82:*15* 92:*2* 100:*20* 103:*7, 10, 11, 23* 106:*15* 108:*1, 4* 112:*15* 114:*1* 116:*6* 117:*6* 120:*22* 121:*2* 126:*1, 12* 130:*7* 132:*8* 134:*10* 140:*4, 19* 149:*9, 11, 13, 17* 153:*25* 154:*2, 11, 15* 156:*21, 25* 159:*25* 160:*2* 162:*23* 164:*18* 165:*16, 21* 167:*6* 169:*23* 170:*3, 12* 171:*2*
**thinking** 49:*4* 106:*13* 152:*3*
**thinks** 153:*22*
**thirty** 173:*11*
**thought** 13:*16* 42:*8, 11* 89:*13* 143:*12* 166:*10*
**thousands** 67:*21*
**Three** 2:*15* 11:*8* 27:*9* 91:*19* 123:*17* 145:*8*
**throw** 150:*15*
**THURSDAY** 1:*10* 6:*2*
**time** 6:*4, 5* 12:*10, 12, 14* 13:*3* 14:*5, 6* 15:*13, 18* 16:*14, 23* 17:*7* 18:*1* 19:*3, 25* 20:*16, 20* 22:*8* 24:*2, 11* 25:*3* 35:*22* 36:*22* 37:*1, 16, 21, 24* 38:*7, 16, 23* 40:*12, 17* 41:*5* 46:*4* 47:*16, 22* 49:*9, 13* 54:*12, 21, 23* 55:*3* 56:*14* 58:*22* 63:*9* 65:*20* 70:*17, 18* 72:*25* 77:*3, 10* 79:*20* 82:*9, 13* 87:*15* 91:*9, 18, 22* 92:*21* 95:*23* 98:*7* 99:*5, 22* 100:*15, 18, 22* 101:*13, 21* 106:*14* 110:*13* 114:*24* 115:*24* 117:*2, 7* 121:*22* 122:*1, 7* 130:*14* 132:*21* 133:*17, 22* 134:*7* 137:*16* 139:*7* 145:*4, 15, 18* 146:*12* 148:*6, 10, 17, 18* 167:*10* 170:*1, 12, 22, 25* 171:*2, 9, 24* 172:*12*
**timeline** 79:*24*
**times** 11:*8* 22:*16* 92:*18* 137:*10*
**title** 19:*20* 20:*16* 67:*7* 103:*11* 107:*23* 130:*3* 134:*6*
**titled** 158:*15*
**today** 6:*10, 13, 23* 7:*11,*

14 8:12 10:17, 23 13:23 14:9, 16, 19 32:13 47:7 54:3 55:1 58:12 70:8, 10 76:11, 24, 25 77:14 79:13, 19 89:6 99:20 131:24 145:20 146:17 148:15 149:1 155:10 161:2 168:16 171:9, 15
**Today's** 6:4 11:4, 7 13:5 22:17 171:23
**told** 77:19 112:17 141:8
**tons** 49:1
**Tony** 91:14
**top** 53:7 62:11 103:18 107:24 150:17 151:1 158:8
**topic** 97:19
**totally** 25:1
**touch** 82:11
**Town** 5:10 15:7 24:14 51:4 73:7, 11, 13, 20 105:16, 17 120:11 123:17 124:3 143:24 145:8
**township** 73:12 78:13
**toxicologist** 133:13
**track** 55:7 68:16 94:25 114:8, 20 125:24
**tracking** 33:7 55:8
**Tracy** 89:1
**Trade** 157:20
**tradename** 53:14
**Trail** 123:11, 12
**training** 36:23, 25 37:7, 9
**transcript** 99:2, 5 172:11 173:12, 14
**transcription** 174:4
**treat** 62:21 74:10
**treated** 62:16 157:10
**treating** 87:16
**treatment** 18:18, 23 21:17, 18 25:15, 20, 25 26:1, 3, 4, 9, 10, 14 28:1 31:12, 17 32:8 36:8, 20, 24 37:3, 18, 22, 25 38:7, 15 39:9, 14, 22 43:25 44:21 45:2, 5, 21 47:6 51:17 58:2, 15, 22 59:9 60:22 61:5 62:15 64:11 65:14 67:24 68:25 69:10 83:24 84:12, 16, 21 85:5 86:13 87:4, 7, 8, 9, 11, 22 88:3 93:5, 8, 17 94:13 97:8 98:4 113:20 114:22 115:9, 12 118:14 122:1 130:25 131:4 139:6, 9, 14 141:18 142:1 144:6 155:9, 12 157:9 158:20 160:17, 25 164:3, 11, 16 166:2, 18 170:14, 19
**treatments** 65:23 66:1 74:11 76:18 77:5 86:3 87:12
**trial** 12:25
**trimmings** 85:16, 18, 19, 23 86:5
**truck** 52:7 119:7, 8 169:9
**trucked** 118:13
**trucking** 52:6
**truckloads** 49:2, 5 114:11, 12
**trucks** 109:16 114:18

**true** 30:*24* 154:*1*
**trust** 39:*4* 41:*1*
**truth** 6:*17* 172:*8*, *9*
**try** 99:*6* 105:*21* 166:*12*
**trying** 27:*4*, *5* 32:*21* 36:*2* 38:*18* 46:*9* 47:*10*
**turn** 22:*2* 28:*21* 86:*22* 140:*2* 155:*14* 158:*15*
**turned** 51:*8*
**twice** 109:*15*, *18*
**two** 8:*24* 11:*10*, *11*, *17* 12:*1* 49:*4* 94:*23* 102:*12* 103:*9* 115:*7* 139:*2* 149:*12* 151:*12*, *15*, *21*
**type** 7:*7* 41:*3*, *6* 87:*7* 88:*3* 131:*22* 136:*17*
**types** 27:*14* 40:*10*, *20*, *24* 118:*19* 152:*19*
**typically** 135:*8*, *19* 137:*8* 139:*6*
**typing** 7:*4*

**< U >**
**ugly** 99:*5*
**ultimate** 44:*6*, *13* 107:*23* 122:*18*
**ultimately** 44:*16* 69:*10* 84:*11* 86:*8* 111:*7* 122:*14* 123:*1* 169:*6*
**umbrella** 43:*10*, *14* 77:*21*
**uncovered** 116:*21*
**underneath** 150:*19* 151:*6* 152:*23*
**understand** 7:*8*, *10* 8:*8* 10:*5* 11:*2* 18:*13* 20:*18* 26:*13* 28:*14* 30:*3* 32:*22*, *25* 35:*11* 38:*1* 42:*24* 69:*7*, *12* 74:*22* 76:*2* 78:*17* 93:*11* 94:*25* 105:*25* 109:*9* 114:*11* 119:*2* 166:*14*, *20*, *23* 169:*3*
**understanding** 7:*13*, *15*, *17*, *19* 8:*1*, *5* 9:*12*, *15*, *20* 28:*10* 30:*8* 32:*1* 39:*9* 70:*24* 74:*1*, *19* 77:*13* 118:*12* 132:*5* 134:*14*, *21* 138:*22* 167:*12*
**Understood** 28:*2* 50:*9* 62:*19* 70:*7* 74:*5* 75:*8* 79:*13* 81:*17* 109:*25* 118:*2*
**unfair** 165:*25*
**unfortunately** 66:*16*

**unincorporated** 73:*13*
**unique** 39:*16*
**Unit** 152:*6*
**UNITED** 1:*1*
**University** 17:*23* 47:*25* 111:*10*, *13*
**unusable** 85:*12*
**unused** 65:*11*
**upset** 32:*7*
**Urbnach** 108:*4*, *8* 123:*1*
**U-r-b-n-a-c-h** 108:*6*
**usage** 62:*14* 146:*24* 151:*3* 157:*7* 171:*17*
**use** 24:*3* 25:*2*, *10* 33:*7*, *20*, *21*, *23* 34:*16* 35:*20* 39:*24* 40:*6* 50:*2*, *16* 67:*21* 71:*13* 74:*10*, *21* 76:*12* 90:*17* 96:*13* 102:*3* 139:*15* 149:*3* 154:*5* 155:*20* 162:*14*, *18* 163:*1*
**uses** 33:*18*

**Usually** 136:*18*
**utilizes** 139:*14*
**UW** 111:*17*

**< V >**
**vacant** 123:*20*
**vacuum** 119:*6*, *9*
**Vancos** 5:*12* 82:*5*, *6*, *11*, *13*, *16*, *21* 90:*16* 159:*7*, *23*
**Varcos** 159:*7*
**Various** 23:*5* 72:*19* 104:*10* 105:*23* 136:*12* 146:*16*
**vat** 29:*3*, *4*
**vats** 85:*3*
**verbal** 7:*5*
**verbally** 97:*16*
**verbatim** 172:*11*
**versus** 6:*9* 48:*6*
**vice** 19:*9* 21:*9* 91:*14* 101:*8*, *9* 107:*25* 133:*8* 134:*7* 136:*12*
**Videographer** 3:*24* 6:*3*, *6* 52:*15*, *18* 56:*10*, *14*, *17* 90:*6*, *9* 117:*16*, *19* 128:*16* 171:*22*
**Videotaped** 1:*13*
**Visit** 5:*13* 106:*25* 107:*7*
**visited** 107:*5*
**visiting** 107:*3* 111:*10*
**VOC** 151:*3*
**VOC-containing** 151:*15* 152:*24*
**volume** 48:*21*
**volunteer** 145:*11*
**VP** 19:*12*

**< W >**
**Wagner** 101:*8*, *22*
**walk** 22:*2*
**Walking** 21:*25*
**want** 12:*10* 30:*15*, *22* 56:*11* 58:*23* 72:*8* 73:*15* 101:*1* 103:*16* 117:*5* 123:*8* 131:*25* 144:*19* 161:*10* 167:*1*
**wanted** 43:*21*, *24* 58:*21* 122:*5* 137:*16* 143:*3*
**warning** 58:*1*, *14*, *21* 59:*9*
**washed** 93:*13*
**waste** 19:*23* 40:*3* 43:*4* 45:*20*, *21* 57:*13*, *17* 69:*13* 74:*12* 76:*19* 77:*9* 88:*11* 91:*6* 130:*9* 138:*4*, *14*
**wastewater** 18:*18*, *19*, *23* 19:*23* 21:*17*, *18* 23:*10* 25:*14*, *20* 26:*11*, *14*, *17* 28:*1* 31:*11*, *17* 32:*7* 36:*20*, *24* 37:*3*, *17*, *22*, *25* 38:*6*, *15* 39:*9*, *14*, *22* 43:*25* 44:*21* 45:*2*, *5* 51:*17* 58:*2*, *15*, *21* 59:*9*, *12* 60:*22* 61:*5* 65:*13* 67:*23* 68:*25* 69:*9* 73:*17* 83:*24* 84:*12*, *16*, *21* 86:*13* 87:*4*, *9*, *17*, *21* 88:*3* 93:*8*, *16* 94:*13* 97:*8* 98:*4* 113:*20* 114:*22* 115:*9*, *12* 118:*13* 121:*25* 130:*10*, *24* 139:*6*, *8*, *14* 141:*18* 142:*1* 144:*6* 155:*8*, *12* 158:*19* 160:*16*, *25* 163:*23* 164:*1*, *11*, *16* 166:*2*, *18* 170:*14*
**water** 18:*19* 26:*16*, *19* 28:*20* 29:*6* 51:*18* 62:*16*

69:13 115:24, 25 116:21 124:9, 10, 15, 17 143:3 157:10 163:15
**Wausau** 2:21 5:9 7:24 8:2 10:25 11:18 67:15, 20 72:22 73:1 79:5, 14, 21 80:13, 23 82:25 84:4 104:6 105:12, 16 106:23, 25 108:16, 18 113:1, 20 122:7 129:13, 23 130:15, 19 133:17, 22 135:6 137:21 139:5, 13, 20 140:2, 20, 23 141:1, 4, 6, 7, 20, 24 142:8, 18, 21 144:7, 10, 14, 17 145:15 146:1 147:18 148:6, 10, 18 155:11 162:2 170:5
**way** 13:4 48:24 52:7 70:3 109:4 150:14 156:17 160:21 167:15 171:15
**WDNR** 137:18, 24 139:5 140:14, 20 141:6, 8, 10, 20, 24 142:4, 8, 17 147:25 148:4, 7, 11 149:2 154:6 158:23 171:16
**WDNR's** 149:25
**weather** 48:9
**website** 75:1 150:1
**week** 12:16 22:11, 14 75:21, 23 76:13
**weekend** 22:15
**weeks** 11:8 12:1
**Welcome** 117:22
**well** 8:11 13:13 15:11, 24 20:8 21:12 27:16 40:23 41:12 43:19 45:9 46:25 49:3, 24 52:6 58:9 64:7 68:15 71:7 73:11 74:22 76:8 81:7 82:9 91:5 95:6 97:4 98:12 101:22 102:14 105:5 107:22 108:10 110:21 115:5 116:20 128:4, 25 134:24 138:20 143:22 145:3 154:2 162:16 164:7
**went** 12:11 27:25 28:22 30:10 31:16 40:14 48:2, 6, 11 60:1 61:1 75:24 84:14 85:5 106:14, 16 117:23 126:4 136:20 143:1, 5 170:13, 18
**We're** 52:15, 18 56:17 64:13 70:17 81:2 89:24 90:6, 9 99:5 117:10, 11, 16, 19 124:18 128:24 129:7 149:13 150:12 153:20 171:23
**west** 15:7
**WESTERN** 1:1
**wet** 29:24 30:10 32:15 118:25
**we've** 52:10 86:18 103:1 131:24 133:10 143:20, 21
**When's** 82:13 91:18, 22
**wife** 16:5
**William** 159:23
**willingly**

13:23
**WINSTON** 3:18
**winter** 48:9
**WISCONSIN**
1:1, 15 3:11 5:8, 10 19:2 47:25 49:11, 20 73:8 79:9 123:14, 18 124:18, 20 137:17 150:4
**witness**
1:15 6:14 9:15 12:24 13:16 20:25 27:8 30:17, 19 31:3 32:5 34:3 37:12 39:3, 18 40:1 41:24 42:5 43:7 44:24 45:25 46:9 52:14 55:10 57:22 58:7, 18 59:1, 11, 24 60:15 61:12 62:5 63:21 64:19 65:16 68:1, 10, 15 69:3 70:1 71:4, 20 75:17 79:23 80:6 81:1, 14 85:22 86:25 87:24 89:11, 13, 16, 22 90:3 92:9 95:3, 6, 15 96:8 97:13 98:6, 22 99:15 103:22 109:8, 23 110:17 114:6 115:15 116:7, 18, 23 117:15 118:23 120:5, 13 121:16 124:6 125:12 135:11 138:10 139:17, 24 161:8, 14 162:7 163:5 165:3, 11, 20 166:5, 20 168:11, 25 169:15, 21 170:8, 18 171:5 173:1 175:2, 24
**wonderful**
143:7, 13 167:7
**word** 38:1 110:4 149:15
**words**
153:17 160:15
**work** 13:4 17:2, 5, 16 19:1 27:12 36:15 52:3 59:20 60:19 106:4, 8 126:5 137:15 143:2, 5 145:11, 24
**worked** 12:3 16:15 17:4 19:1, 2 20:21 24:2 31:5 36:22 37:1 38:7 39:8 47:22 63:9 72:25 81:11 88:15 100:16, 19 101:10 121:22 122:1, 8 133:17, 22 137:20 139:7, 20 142:21, 25 144:16 145:2 146:12 165:14 167:10
**working**
16:6 17:14 18:18 34:19 38:17 39:13 41:5 51:2 58:22 59:7 60:13 64:5 69:23 82:17, 25 94:24 96:21 97:1 107:6 109:19 129:23 141:20 161:3 163:17, 19
**works** 117:12
**wrapping**
128:25
**written**
106:3, 9 107:15
**wrong**
154:15 169:23

**< Y >**
**y'all** 105:22
**yards** 48:25
**yeah** 12:24 17:17 22:2 27:2 29:5 30:17, 19 31:3 37:12 45:25 46:19 47:6 51:14 53:6 60:6, 15

65:*3, 11*
67:*5* 70:*16*
72:*7* 82:*1*
85:*4* 90:*3*
93:*4* 94:*10*
101:*6*
106:*2*
108:*14*
111:*18*
116:*1*
123:*9*
129:*10*
136:*1*
150:*16*
160:*22*
161:*1*
164:*13*
168:*11*
**year** 15:*21*
24:*17* 26:*7*
47:*4* 49:*6*
68:*6, 7*
80:*17, 18*
96:*21*
114:*12*
**years** 15:*17*
16:*16, 18*
17:*10, 15*
18:*7, 10, 12*
33:*1* 48:*13, 17, 22*
82:*15*
91:*19*
124:*21*
129:*24*
137:*21*
144:*25*
145:*16, 20*
**Yep** 156:*13*
**yesterday**
75:*24*
**York** 2:*15*
3:*15*
**young** 16:*2*
101:*10, 17*

**< Z >**
**Zoom** 25:*8*
52:*24*