# EXHIBIT 76

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUCAS ROUGEAU, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

vs. Case No. 3:23-cv-546-WMC

3M COMPANY, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Videotaped Deposition of THOMAS EMOND
Thursday, November 20, 2025
8:46 a.m. to 5:03 p.m.

Reported by Jennifer M. Steidtmann, RPR, CRR, CRC

Job No. 7753507

Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:

BARON & BUDD, P.C.
Mr. Brett Land
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
bland@baronbudd.com
214-521-3605

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
Mr. Andrew Cvitanovic
Ms. Louise Caro (Remotely)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
andrewcvitanovic@cossichlaw.com
lcaro@cossichlaw.com
504-394-9000

FOR THE DEFENDANT 3M COMPANY:

WINSTON & STRAWN LLP
Ms. Karalena Senese (Remotely)
300 North LaSalle Drive
Chicago, Illinois 60654-3406
ksenese@winston.com
312-558-8079

Page 3

A P P E A R A N C E S: (Continued)

FOR THE AHLSTROM DEFENDANTS:

ARNOLD & PORTER
Ms. Elissa J. Preheim
601 Massachusetts Avenue NW
Washington, DC 20001-3743
elissa.preheim@arnoldporter.com
202-942-5503

Ms. Kristen Proe Kendall
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202-2848
kristen.kendall@arnoldporter.com
303-863-2340

MICHAEL BEST
Mr. Joseph L. Olson
790 North Water Street, Suite 2500
Milwaukee, Wisconsin 53202
JLOLSON@michaelbest.com
414-277-3465

FOR THE WAUSAU DEFENDANTS:

DECHERT LLP
Ms. Marina Schwarz
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
marina.schwarz@dechert.com
212-698-3500
Mr. Michael A. Fazio
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
michael.fazio@dechert.com
215-994-2704

Page 4

A P P E A R A N C E S: (Continued)

FOR THE DEFENDANT BASF:

DLA PIPER
Mr. Michael D. Hynes (Remotely)
Ms. Anna K. Eoviero (Remotely)
1251 6th Avenue
New York, New York 10020
Michael.Hynes@us.dlapiper.com
Anna.eoviero@us.dlapiper.com
212-335-4674
Ms. Vidhi Kumar (Remotely)
Harbor East
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
vidhi.kumar@us.dlapiper.com
410-580-3000

ALSO PRESENT:
Jon Hansen, Videographer

Page 5

I N D E X


| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| THOMAS EMOND | | |
| | EXAMINATION BY MR. CVITANOVIC | 8 |
| | EXAMINATION BY MS. PREHEIM | 230 |

E X H I B I T S

| NUMBER | | PAGE IDENTIFIED |
|---|---|---|
| Exhibit 1 | Notice of deposition | 10 |
| Exhibit 2 | Job Description; Bates AHLSTROM_PH_0098174 through -176 | 39 |
| Exhibit 3 | DNR letter, 3/29/2023; Bates Stella-KUCZMARSKI_J-000070 through -072 | 87 |
| Exhibit 4 | E-mail correspondence; Bates AHLSTROM_RH_0111269 through -270 | 116 |
| Exhibit 5 | DNR testing documents; Bates Stella-TERBEEST_D&R-000218 through -222 | 119 |
| Exhibit 6 | Ahlstrom response to Meg Schaeffer-Utter, 6/28/2024 | 129 |
| Exhibit 7 | E-mail correspondence; Bates Katchko_00000016 through -17 | 144 |

| | | |
|---|---|---|
| Exhibit 8 | Ahlstrom internal memo, 2/11/2022; Bates AHLSTROM_RH_0097205 through -207 | 151 |
| Exhibit 9 | E-mail correspondence; Bates AHLSTROM_RH_0097210 | 159 |
| Exhibit 10 | Benzel Soil Services letter | 160 |
| Exhibit 11 | Pace Analytical, Report of Analysis; Bates AHLSTROM_RH_0132085 through -107 | 166 |
| Exhibit 12 | E-mail correspondence; Bates AHLSTROM_RH_0100409 through -411 | 178 |
| Exhibit 13 | E-mail correspondence; Bates AHLSTROM_RH_0098026 through -027 | 183 |
| Exhibit 14 | E-mail correspondence; Bates AHLSTROM_RH_0011233 through -234 | 187 |
| Exhibit 15 | Emond PFAS File Path | 191 |
| Exhibit 16 | E-mail correspondence; Bates AHLSTROM_RH_010436 through -348 | 194 |
| Exhibit 17 | E-mail correspondence; Bates AHLSTROM_RH_0097208 through -209 | 199 |
| Exhibit 18 | Rhinelander Chemical Safety Review; Bates WAU090002288 through -292 | 202 |
| Exhibit 19 | SARA 2013 folder; Bates AHLSTROM_RH_0018850 | 210 |





| | | |
|---|---|---|
| Exhibit 20 | E-mail correspondence; Bates AHLSTROM_RH_0100776 | 217 |
| Exhibit 21 | Maps | 221 |


(Original exhibits attached to original transcript; copies provided to attorneys ordering exhibit copies.)

R E Q U E S T S

REQUEST PAGE

(No requests to produce documents were made.)



TRANSCRIPT OF PROCEEDINGS

VIDEOGRAPHER: Good morning. We are now on the record.

My name is Jon Hansen, CLVS. I'm the videographer today with Golkow, a Veritext Division.

Today's date is November 20, 2025. The time is 8:46.

This video-recorded deposition is being held in Madison, Wisconsin in the matter of Lucas Rougeau, et al. versus 3M Company, et al. in the United States District Court for the Western District of Wisconsin, Case No. 23-CV-546-WMC.

The deponent this morning is Tom Emond.

All counsel will be noted on stenographic record.

At this time, if the court reporter could please swear in the witness and we can proceed.

THOMAS EMOND, called as a witness herein, having been first duly sworn on oath, was examined and testified as follows:

EXAMINATION

BY MR. CVITANOVIC:

Q Mr. Emond, my name is Andrew Cvitanovic. I'm going to be taking your deposition today.

Have you ever given a deposition before?



A Once.

Q Once, okay. As you may recall, it's a question-and-answer session. I'll be asking questions, and I'll be looking for you to give me answers, okay?

A All right.

Q And because we have a court reporter here, she's going to be taking down everything that I ask and everything that you say in response, okay?

A All right.

Q And just so that we get a clear transcript and it's just not me talking to myself with head shakes in between, make sure that, like, she can hear the response and that it's clear so that she can get a good, clean transcript of your response.

A All right.

THE WITNESS: You let me know if you have problems.

THE REPORTER: Will do.

BY MR. CVITANOVIC:

Q And the same goes for you. If you have any problems understanding me, if my question is unclear, if it's vague, if you're not sure what it -- what time frame it refers to when I'm asking a question, let me know because I want to make sure that we're on the same

Page 10

page with the questions and answers, okay?
A Yes.
Q Mr. Emond -- Mr. Emond, what is your full name?
A Thomas Joseph Emond.
Q Okay. What's that -- the last name, is that -- what's the roots for that? What's your family background?
A It's French Canadian.
Q French Canadian, okay.
You were born in America then?
A Yes.
Q Parents as well?
A Yes.
(Exhibit 1 marked for identification.)
MR. CVITANOVIC: I'm going to attach a copy of a document as Exhibit 1 that I'm going to pass to you. That's the same document that I put into the chat. That's the notice of deposition.
MS. PREHEIM: Thank you.
BY MR. CVITANOVIC:
Q Have you seen this document before?
A No, I have not.
Q Okay. So this is your notice of deposition setting your deposition for today identifying the case that we're here to have you deposed in.

Page 11

Do you see at the top that there's a case caption?
A A case caption? Is that -- you'll have to explain to me what that is.
Q Certainly. I appreciate you asking. The caption is the name of the case.
So do you see that it says Lucas Rougeau?
A Is that on the left side here?
Q Yes, sir. Where it says Lucas Rougeau, et al. versus 3M?
A Yes. I see that, yes.
Q Okay. So that's the case name and the case caption.
Have you seen any other documents with that case caption?
A Yes, I believe the -- yes.
Q You said I believe the -- you were about to identify some of the documents that you've seen before?
A I did see the original complaint.
Q Uh-huh. Any other documents?
A Not that I -- not that I recall.
Q Okay. When you say not that you recall, do you mean you don't recall the specific documents you've seen, but you've seen several?
A I'm aware of the document was -- the complaint was amended. I think I saw the amended complaint. I --

Page 12

that type of thing.
Q Okay. Mr. Emond, what is your current home address?
A [redacted]
Q And what is your current professional address?
A 515 West Davenport.
Q Is there any room number or anything?
A No.
Q How long has 515 West Davenport been your professional address?
A Since 2005.
Q And is that the Ahlstrom Paper Mill?
A Correct, that's the address of the paper mill.
Q And today it's owned by Ahlstrom?
A Yes, it is.
Q And at the -- in 2005, who was it owned by?
A Wausau.
Q Today what is your current role at the Ahlstrom Paper Mill?
A I'm an environmental manager.
Q And how long have you been the environmental manager at the paper mill?
A I've been in an environmental role since 2005.
Q Are there any other environmental managers at the paper mill today?
A Yes.

Page 13

Q And who are they?
A It's Dustin Madlung.
Q Can you spell the last name?
A M-A-D-L-U-N-G.
Q And how long has Mr. Madlung been in the role?
A Approximately one year.
Q And who was filling that role before Mr. Madlung?
A Nobody.
Q Okay. So now the paper mill has two environmental managers?
A I'm in the process of retiring.
Q Okay.
A He's the heir apparent to my replacement.
Q Okay. How long have you been in the process of retirement?
A Since July.
Q Of which year?
A This year.
Q You still go to the paper mill ever day?
A Not every day, no.
Q How often do you go to the paper mill in -- since July of 2025?
A It -- it can vary from week to week. Dustin is working -- is doing the day-to-day activities. I'm following up on projects, legacy issues, that type of

Page 14

thing. So it's intermittent when needed.
Q Are you still on salary?
A No.
Q When did you go off of salary?
A July.
Q How are you compensated today?
A Today?
Q How are you compensated since -- that was a great clarification.
How are you compensated since July of 2025?
A It's hourly right now.
Q And what is your hourly rate?
A 175.
Q And do you invoice or do you -- or are you paid through payroll?
A Payroll.
Q And how do you track your time?
A I just enter into their electronic database.
Q There's an electronic payroll system?
A Yes.
Q And you enter your time every week?
A Every day I work I go online and enter it for that day.
Q Okay. How many hours do you think you have billed since July of 2025?

Page 15

A I don't know. I don't -- that's not anything I track. I just enter my time.
Q Okay. Did you have an employment agreement prior to July of 2025?
A No.
Q Do you have an employment agreement today?
A Yes.
Q Okay. What's the title of the employment agreement, if you remember?
A I don't remember.
Q Do you know who drafted it?
A No, I -- I don't recall.
Q Do you know the term, if there is one?
A It was one year.
Q What were the general provisions within the employment agreement with Ahlstrom?
A It's relatively straightforward. I'll be compensated at a rate, you know, for hours worked; that they would be respectful of my time, you know, as far as scheduling projects or work; that I'd be compensated for expenses. Pretty straightforward. Pretty basic.
Q Did it identify the projects and legacy issues that you would be handling?
A I -- I don't recall. We certainly talked about certain projects, but I don't recall the details of

Page 16

the contract.
Q As you sit here today, can you think of any projects and legacy issues that you are specifically tasked with handling?
A Oh, without a doubt I'm doing reporting, semiannual reporting; anticipate that I'll be doing -- helping out with the annual reports here after the first of the year; doing -- we get a series of emissions tests on the boilers and performance tests on the thermal oxidizer in C3. We've got another performance test on the oxidizer in C5 coming up in Q1.
Those are, you know, examples of the things that I'm working on. There's -- there's some permitting questions. There's Wisconsin River TMDL, there's a long history there. We are on a compliance schedule, so I'm helping put together options for that.
Q Okay. What percentage of your time is allocated to those activities since July of 2025?
A I -- I don't track -- track my time and break it out or anything like that. I just enter the time.
Q Is that more than half of your time?
A I don't know. I don't track it. I hate to give -- I hate to -- I just don't know, so I'm not -- I'm reluctant to guess.

Page 17

Q I don't want you to guess.
A Well, then I don't know that.
Q Okay. But if you had to -- if you had to -- looking at that list, are some portion of those annual reporting which is yet to be done?
A Yes. The annual reports would be yet to be done. I worked on the semiannual reports, which were due back in August.
Q Okay.
A We did the testing on the boilers and the stack, that was in October.
Q Okay.
A I've been in a couple times to work on the TMDL, getting some data pulled together for that.
Q What have you been working on in the month of November?
A November. Let's see, where are we at in November? I put in a few hours last week and then this week related to deposition litigation.
Q Okay.
A Yeah.
Q So you didn't mention that in the projects and legacy issues. Are you also working on the litigation?
MS. PREHEIM: Objection to form.
Go ahead.

Page 18

THE WITNESS: I'm sorry?
MS. PREHEIM: Go ahead.
THE WITNESS: I'm working -- well, the deposition here. I've been told I'm going to be deposed, so there's been deposition prep.
BY MR. CVITANOVIC:
Q And here you are.
A And, yeah, lo and behold here I am.
Q So in terms of legacy issues and projects, is deposition prep part of that scope of work that you've been engaged for?
A Yes.
Q What about other PFAS-related issues?
A Such as? Can you --
Q Such as issues that the mill is dealing with in the -- in the PFAS sphere.
A Issues the mill is dealing with in the PFAS sphere?
MS. PREHEIM: Just I'll object to the extent that it calls for any privileged information.
If it doesn't disclose privileged information, you can answer.
THE WITNESS: Okay. One of the things I've been asked to do is do the PFAS report at the first -- the first of the year. I've been looking at some of the monitoring data that we've --

Page 19

required to collect for our -- our permit, quality control concerns. I am -- I am providing support as, you know, Dustin needs it.
BY MR. CVITANOVIC:
Q And just to be clear, all my questions today are going to be to the exclusion of communications that you have received from counsel. So I've asked you a question, have you talked to anybody about this lawsuit, I mean except for your attorneys, okay?
A All right.
Q So you said there's some first of the year reporting related to PFAS. What is that?
A It's -- it's our permit has a monitoring requirement for PFAS, our wastewater discharge permit is a monitoring permit for PFAS. Of course with any monitoring, the agencies like to see your reports. So I've been asked -- Dustin asked me to put that together. There's some statistical analysis, and it's based -- it's also -- compiles historical data, the last two years for example.
Q And that's for your effluent permit?
A That's correct, yes.
Q Okay. You also said you're managing data for the permit QC. Is that the same permit?
A Yes. So we -- we pull the -- we pull -- the mill

Page 20

pulls samples, and I'm reviewing them. There was a recent question regarding some quality control data, helping Dustin with that.
Q Okay. And when you say mill pulls samples, from its effluent?
A As required in its operating permit, yes, from the effluent, from the fibercake. We have a schedule of outfalls and parameters and sampling frequencies. It's all enclosed in the permit.
Q Okay. How often are you testing your effluent for PFAS today?
A Effluent? The outfall -- the primary outfall is monthly.
Q And the fibercake?
A That's an annual requirement.
Q Okay. Have you had -- how long have you been monitoring your effluent for PFAS?
A Since our new permit was issued. The date escapes me. That's been out now -- I don't recall the date. It would be approximately -- we got almost two years of data -- approximately two years.
Q Okay. And how long have you been tracking your fibercake data? How long have you been -- let me back that up.
How long have you been testing your

Page 21

fibercake for PFAS?
A This would be the third sampling event.
Q Have you done any kind of trend analysis in the PFAS in the fibercake and effluent?
A Trend analysis, no. There's a statistical variability analysis for the effluent data.
Q Okay. How much variability have you seen in the effluent data related to -- let me ask you this:
Which analytes are you testing for in your effluent?
A PFOA and PFOS.
Q Just the two?
A That's correct.
Q Do you know what testing protocol you're using?
A Yes. It just changed to -- oh, shoot. I have to look. It's on the report. It's the one that's currently required by DNR. 1637? I don't know.
Q Okay.
A I would have to look it up.
Q And that testing protocol only tests for two analytes?
A We're only required to test for two analytes.
Q But when you follow the protocol and that protocol calls for however many analytes, why do you only give the results for two?

Page 22

A Protocol is capable and validated the test for a number of analytes. Our permit requires that we test for those two. That's what I'm testing for.
Q But they don't charge you any less to test for only two, do they?
A I don't know. The rate that I'm quoted is for what we specified.
Q Don't you want to get the most analytes you can for a given test?
A We're required to test for those two constituents, and those are the two constituents that DNR is regulating in our wastewater discharge, and that's the two analytes that we have to do the statistical analysis for.
Q Did the -- which testing lab are you using?
A We've been using two testing labs. We're using Pace and Eurofins.
Q Did you make a special request to have them test for only two analytes?
A I requested that they provide testing that was consistent or as specified in our permit.
Q If they could provide the same -- if they could provide more analytes for the same price that met all of DNR's requirements and more, is there any reason why you wouldn't accept that test?

Page 23

A I -- I don't know. The DNR is regulating as a surface water standard for PFOA and PFOS, and that's what we're demonstrating -- taking the samples for in order that we can demonstrate compliance with that water surface standard. I am not sampling for constituents that -- that aren't regulated or don't have standards associated with them.
Q Is there any reason you wouldn't want to have that data so that you could analyze it in the future?
A If the standards or rules would change, our permit would change. I'd certainly add that to the list, add that to the suite, do whatever testing that the agency is asking or requiring of us.
Q So -- but just to be clear, it's your position that you do not want to test for anything that DNR does not require?
MS. PREHEIM: Objection to form.
Go ahead and answer.
THE WITNESS: Yeah, we are -- we are testing specifically for what DNR requires.
BY MR. CVITANOVIC:
Q And nothing more?
A And nothing -- correct.
Q And you specifically told the lab that you don't want to test for anything beyond what Wisconsin DNR

Page 24

requires?
MS. PREHEIM: Objection. Form.
THE WITNESS: Told the lab here's the requirements of our permit, shared with them the permits, this is what I'm looking for, this is what I need to demonstrate compliance with.
BY MR. CVITANOVIC:
Q And they told you what in response?
A That they could do that, they could provide that information.
Q Did they also tell you that they could provide additional analytes at no extra charge?
A I don't recall discussing any charge associated for additional analytes.
Q Okay. Did they tell you that the test that you requested includes additional analytes?
A I'm aware that the test is capable of -- of -- may include additional analytes. I don't know what test -- I don't know what analytes they normally test for.
Q Uh-huh. So as you sit here today, the paper mill doesn't have any information about PFAS in its wastewater effluent beyond PFOA and PFOS?
A I believe that's correct, yes.
Q Okay. But that information is knowable with current

Page 25

testing technology?
A Yes. Yes, there is other -- there are other tests out there for other analytes, yes.
Q Approved -- tests approved by DNR?
A Yes.
Q What are you testing for in your fibercake?
A The list of constituents that are specified in our permit. We have a different list.
Q Uh-huh. What's that list look like?
A There's approximately 30 analytes.
Q 30 PFAS analytes?
A That's correct.
MR. CVITANOVIC: Elissa, have all those been produced to us?
MS. PREHEIM: Yeah.
BY MR. CVITANOVIC:
Q Okay. When is the first time that you're aware of that the Ahlstrom Paper Mill tested anything for PFAS?
A Anything?
Q Anything.
A [redacted]

Page 26

[redacted]

Page 27

Q [redacted]

Page 28

[redacted]

Page 29

A [redacted]

Page 30

They may have come back in '21 and taken additional samples. They continue to take samples out -- out in that area. In fact, they have taken samples all over the watershed in Northern Wisconsin all the way to the UP.
Q Prior to the discovery of PFAS in Stella, did you have any conversations with DNR about causes of elevated PFAS levels in the Wisconsin River?
A I'm sorry, the question again?
Q Prior to the discovery of PFAS in private wells in Stella, did you ever have a conversation with DNR about the causes of elevated PFAS levels in the Wisconsin River?
A No.
Q Okay. After the discovery of PFAS in private wells around the Town of Stella, did you have any conversations with DNR about the causes of elevated PFAS in the Wisconsin River?
A No.
Q So you have never had a conversation with anybody at DNR about the elevated levels of PFAS in the Wisconsin River?
A Not that I recall.
Q Okay. Other than you, did anybody else at Ahlstrom know that you were testing the Wisconsin River for

Page 31

PFAS?
A My supervisor knew.
Q What's his name?
A At that time it was Joe Fierst.
Q And what was Joe Fierst's position?
A He was mill manager.
Q Okay. Did anybody else know?
A I had an intern.
Q Okay.
A They helped take samples.
Q What was that intern's name?
A His name escapes me now. Perhaps it will come to me.
Q Okay. So the only person that you shared those results in -- excuse me.
The only person you shared those results with at the time was Joe Fierst, the mill manager?
A Evan Rye, that's the intern's name.
Q Spell the last name, please.
A I believe it's R -- R-Y-E, Rye.
Q Okay. And so you told Mr. Fierst.
Did you tell anybody else?
A I believe Mr. Fierst's boss was also told as well.
Q That name is?
A Steve Myers.
Q And what was Steve Myers' position?

Page 32

A He was VP of operations.
Q For the Rhinelander Mill?
A For a number of mills, not just the Rhinelander Mill.
Q And what -- what was Mr. Myers' role within the Ahlstrom organization at that time?
A VP of operations.
Q What -- what did he do, though?
A He was responsible for -- for the mills, for productivity at the mills, for operations at the mills.
Q The dollars and cents of the business?
A Certainly that's -- that's a component of it.
Q Okay. Did he have any safety role?
A Personnel. He was -- I believe he did. He had the -- I guess I can't really speak to what extent his role might have -- might have included in safety, but I know there was an element of that in there.
Q Okay. Yeah, just tell me what you do know.
So he had some safety role, but you're not sure exactly what it was?
A The extent of what it was, correct.
Q Do you know any elements of it?
A I just don't recall, no.
Q Okay. Other than productivity, operations, and some

Page 33

safety role, did he have any environmental role?
A Yes, yes.
Q And what was his environmental role?
A So he was providing I guess coordination or direction for the facilities on -- on environmental matters.
Q Oh, so he had actually a dedicated environmental role in the organization?
A Yes, I think that's fair to say that.
Q And you reported -- did you report directly to him or just through Mr. Fierst?
A Through Mr. Fierst.
Q Okay. Did you have direct interactions with Mr. Meyer -- is it Meyer or Myers?
A Myers.
Q Myers. Did you have direct interactions with Mr. Myers at that time?
A Yes.
Q [redacted]

Page 34

Q Did Mr. Myers ever ask you if agricultural drainage into the Pelican River was a source of PFAS contamination?
A No.
Q [redacted]

Page 35

[redacted]
Q Do you know if DNR has done any testing upstream of

Page 36

Printpack?
A Yes, they have.
Q Have you reviewed those test results?
A Have I reviewed them? I am aware of them, that DNR has pulled a number of samples across the northern watershed, including along the Pelican River.
Q Did DNR ever reach any conclusions about the source of the elevated PFAS in the Pelican River?
A Not that I am aware of.
Q Okay. Did DNR ever identify Printpack as a source of contamination of the Pelican River?
A I don't know that the DNR reached any conclusion on the Pelican River.
Q Okay. Did -- do you know if the EPA has done any testing along the Wisconsin River or the Pelican River?
A I know that EPA has been involved in the evaluation of Stella. To what extent that encompasses, I do not know.
Q Do you know if either the DNR or the EPA has reached any conclusions about the sources of the contamination around Stella?
A Yes, I understand that the mill has received a PRP letter.
Q What is --

Page 37

A Or potentially responsible party.
Q And when you say you understand that, what's the basis of your understanding?
A It was on the news.
Q Is that -- was that the limits of your knowledge related to the PRP letter?
A I -- I did see a copy of it, yes.
Q Okay. Who was it directed to?
A It was addressed to my replacement, Dustin.
Q So is responding to that PRP letter part of your assisting Justin (sic) as required?
A No, it's not. I've not been asked to do that.
Q Okay. Is that something that's specifically carved out from your engagement?
A No, there's no carveout.
Q Okay. It's just not something that you've done?
A It's not something I've been asked to do.
Q Okay. And you -- and as a result, because you haven't been asked to do it, you haven't done it?
A That's correct.
Q Okay. Have you communicated with Justin about the findings in that PRP letter?
A No. We haven't discussed the letter, if that's what you're asking.
Q No, that's not exactly what I'm asking.

Page 38

Have you discussed with Justin the conclusions reached by the DNR and the EPA?
A No, I have not.
Q Have you discussed with Justin the --
A Dustin.
Q I'm sorry?
A Dustin, Dustin.
Q I appreciate that.
Have you discussed with Dustin the underlying facts that the DNR and the EPA relied on to reach their conclusions?
A No.
Q Okay. I'm sorry?
A No.
Q When did you first inform the mill that you intended to retire?
A Oh, I'd say it was approximately a year before my retirement.
Q So July of 2024?
A Approximately. I don't recall that there was a specific date, but I wanted to give them ample time to look for a replacement.
Q How old are you today?
A I'm 65.
Q Has it always been your plan to retire around 65?

Page 39

A I would like to have retired earlier, but I feel lucky that I could retire at 65.
MR. CVITANOVIC: Understand. I'm going to pass you a document, that's AHLSTROM_RH_0098174.
MS. PREHEIM: Thank you.
MR. CVITANOVIC: I'll actually take that back from you for one second because I'm going to put a sticker on it. And just so you know, all of these documents that we're going to put stickers on, at the end we're going to give them to this court reporter so we need to keep them organized so she can attach them to your transcript, okay?
THE WITNESS: All right.
BY MR. CVITANOVIC:
Q Can you tell me what this document is?
A That's titled job description.
Q Yeah, but what is it?
A It's just that, it's a job description for the environmental manager's position.
Q And who created this document?
A I had participated in this to a great extent.
Q Are there any kind of document controls that you can look at on that document to see who created it?
A I do not see any.
Q Okay. Now on the last page where it says prepared

Page 40

by, do you see that?
A Uh-huh.
Q I'm sorry?
A Yes, I see that. Yes.
Q And do you see what name it has there?
A It has -- it has my name, yes.
Q Okay. Do you know if there was any coauthor of this document?
A It would have been reviewed or shared with human resources.
Q And who is that?
A At that time it was Erik Nyberg.
Q Is it safe to say you agree with the description of the environmental manager role contained within this document?
A Yes.
Q That then the purpose of the job is to work closely with functional areas to reduce the environmental impact of the facility through continuous improvement?
A Yes.
Q And what does that mean to you?
A That the different operating areas, that they -- whatever opportunities reside in that area to reduce waste, for example, possibly recycle, reduce energy

Page 41

use.
Q Okay. So you want to reduce waste, like wasting fluorochemical or wasting paper pulp, right?
A Correct, the volume of waste.
Q And you'd want to recycle where you can where you can reuse paper pulp or something like that?
A Yes. It includes other things, you know, electronics, your -- and we used to generate a lot of other -- other streams that we've eliminated over time as well.
Q Like what?
A Fly ash.
Q Uh-huh. What happens to the fly ash now?
A We've -- we've eliminated that process.
Q So you don't burn coal anymore?
A That's correct.
Q Okay. And so that ties into your reducing your energy. Have you found a more energy efficient way to power the mill?
A More energy efficient way. Typically energy efficiency projects are replacing outdated equipment with new or more efficient equipment, or reusing or recycling water because it has energy, you know, content in it. That's the most efficient -- direct reuse is the most efficient reclamation of energy.

Page 42

Q When you said reduce energy, what did you mean by that?
A Reduce our total energy demand, our consumption of -- consumption of energy, the amount of natural gas or electricity that we're consuming.
Q Ultimately all of these reductions, recycling, benefit the mill in terms of reduced costs and increased productivity?
A No, I -- I don't know that recycling, for example, is -- is -- I think people perceive that, you know, recycling is free or that it reduces -- reduces your cost, and that's not always true. For example, I'm sending paper out for recycling where it would be cheaper to landfill it.
Q And what's the driver of that decision?
A Because we have recycling goals as a company. We have other environmental goals such as reducing -- they want to be landfill free by 2030.
Q Is that an achievable goal?
A That's a very ambitious goal.
Q Was your compensation ever pegged to any performance related to reducing waste, recycling, reducing landfilling?
A Not that I recall. As eligible for a bonus, most of it was on the profitability of the company and then

Page 43

secondarily the mill. There were safety goals in there, but I don't recall any recycling goals.
Q Did you ever have any financial compensation related to reductions in landfilling?
A No, I don't -- that's the same -- same basic question. No, I don't recall that there was any goals associated with those targets.
Q On the first page I see that it's -- it mentions an operation and maintenance of the facility's 8 MGD wastewater treatment plant.
Do you see that?
A Yes, I do.
Q And just MGD stands for?
A Million gallons per day.
Q And is that still an accurate reflection of the wastewater treatment plant?
A Yes.
Q I'm turning now to the second page, and I'm going to jump through some of these bullet points.
I see stay up-to-date on existing and pending regulations and their potential effect on the facility.
A Yes.
Q Is that today still an accurate representation of the role?

Page 44

A Yes.
Q Was that consistent with the role throughout your time that you held it?
A Yes.
Q And what does that mean? Help me understand how you stayed up-to-date on existing and pending regulations.
A Changes in the rules. So it's -- it's, you know, working with Wisconsin Paper Council, for example. They monitor a lot of the rules that affect the paper industry, so same as the AF&PA, NCASI as well. And so we monitor the rule, the proposed rule, the draft rule, and assess, you know, what that means to the facility and/or the company.
Q Okay.
A Are we going to be regulated, how are we going to be regulated, do we need to make changes in order to demonstrate compliance, what -- what do those changes look like, what is it going to take to -- in order to achieve that, that type of evaluation.
Q Were you involved -- you personally involved in any lobbying efforts to steer the directions of regulation?
A Yes. That -- part of that process is to provide comment to EPA and/or DNR on their proposed rule. If

Page 45

you consider that lobbying. That's part of the rule-making process is to submit or to publish the rule for public comment.
Q Okay. Did part of that lobbying relate to PFAS regulations?
A Public comment?
Q Well, you said lobbying.
MS. PREHEIM: Well --
THE WITNESS: That was your -- your word. I was trying to clarify what you meant by lobbying. I'm not a lobbyist. I don't go out and talk to the politicians, for example. I talk to the regulatory agencies and provide comment on their proposed rule, but I'm not a lobbyist.
BY MR. CVITANOVIC:
Q Were you involved in providing comment for PFAS regulations?
A Yes.
Q And how did that function work at the mill?
A How did that function work? They would have a -- they, the agency, would propose a rule, and it would be open for public comment, and we as a facility -- this is speaking in general now. We as a facility may comment directly or we may provide comments to, like, the Paper Council or AF&PA if it's a federal

Page 46

rule, and they would consolidate that with other facilities.
Q Did you ever coordinate with any other paper mills regarding potential regulations?
A Certainly our -- our sister facilities, the other Ahlstrom facilities, yes.
Q Any non-Ahlstrom paper facilities?
A No. Typically that would occur through an entity like the Paper Council.
Q Are there any specialty paper mills in Wisconsin that are not owned by Ahlstrom?
A Specialty mills? I don't know.
Q Okay. Do you know how many specialty paper mills there are in the country?
A I do not.
Q Okay. Did you ever coordinate with WPC or AF&PA or NCASI regarding issues specific to specialty paper mills.
A I'm not sure -- I'm not sure I understand that question. The coordination or the participation in the Paper Council includes all paper mills, regardless of whether or not they're a specialty mill or towel and tissue mill for example, and issues -- emerging issues may affect mills other than specialty mills, so there's not a specialty mill paper

Page 47

subcategory or group if that's what you're asking.
Q Oh, okay. So -- and there weren't certain issues that these lobbying organizations dealt with that related more specifically to the specialty paper mills than others?
MS. PREHEIM: Objection to form.
THE WITNESS: Lobbying, is that --
BY MR. CVITANOVIC:
Q So AF&PA is a lobbying organization, right?
A Oh, okay. That's what you're referring to.
AF&PA represents its members, and there might be some issues that concern certain members more than others.
Q Okay. So it says also, "Provide environmental support and review for projects throughout the facility."
Do you see that?
A I'm sorry, where are you? Provide -- okay, I see it now. Yes.
Q What exactly did that mean?
A Projects, changes, any potential changes, would they be subject to permitting, for example, would that change trigger some regulatory requirement, do we need to get a permit, do we need to modify a permit.
Q And so it would be your role to dig into the permits

Page 48

to apply those regulations to the functions of the mill and see if they fit?
A It would be to evaluate the change and make sure that -- that we had -- that we didn't need -- if we did or did not need a permit; and if we did need a permit, then we'd have to go out and get it; and then whatever other applicable compliance demonstration might be associated with that change, that we made sure we implemented that. That's what I was trying to get at or explain.
Q Would anybody other than you be involved in making the determination about how those regulations applied to the facility?
A Yes.
Q Who?
A I might rely on consulting engineering firms, and I might also rely upon legal counsel. Just depends on the specific change or consideration at hand.
Q Okay. When you say "legal counsel", do you mean Ahlstrom internal?
A No. Typically it would be one of the environmental engineering -- or excuse me -- environmental law firms, Michael Best. I've used Foley before, Quarles & Brady.
Q And you also mentioned consulting firms. Which

Page 49

consulting firms have you used?
A Used TRC a lot. I believe AECOM might have been used a few times.
Q Did you ever use TRC for any PFAS-related consulting?
A Well --
MS. PREHEIM: Objection.
THE WITNESS: -- I think that's privileged.
MS. PREHEIM: Object to the extent it calls for privileged information.
THE WITNESS: Yep, privileged.
MS. PREHEIM: You can answer if it's non-privileged.
THE WITNESS: It's privileged.
BY MR. CVITANOVIC:
Q It's privileged. Have you ever used AECOM for any PFAS-related consulting?
A That's a privileged issue.
MS. PREHEIM: Objection to privilege.
BY MR. CVITANOVIC:
Q Has Ahlstrom Paper Mill issued any checks to TRC for PFAS-related work?
MS. PREHEIM: Objection to form. And I guess I'll just object. He's objected -- or he's already said it's privileged, so I'll just --

Page 50

insisting my objection on privilege grounds. If it deals with non-privileged projects, he can answer.

MR. CVITANOVIC: We've been going for a little while. Let's just take a break and have a little conversation.

MS. PREHEIM: Sure, that's fine.

THE WITNESS: I would like to break, too.

VIDEOGRAPHER: Going off the record at 9:53.

(Break taken from 9:53 a.m. to 10:11 a.m.)

VIDEOGRAPHER: We're back on the record at 10:11.

MS. PREHEIM: To memorialize what we were talking about, Andrew, my understanding is you're asking about consultants retained for PFAS work. The witness has already stated that he can't answer because that's privileged information, so I'm going to continue to instruct him not to answer on that basis.

MR. CVITANOVIC: And just to be clear, I understood that you were going to shut down this line of questioning; and from our perspective, we disagree that it's an inappropriate line of questioning. We believe that to the extent that consulting experts have been retained to assist in a

Page 51

business function, to develop guidelines for the organization, to design testing protocols, or to otherwise assist their business in addressing PFAS concerns, that that's something that should be open to inquiry.

Now I've asked questions so far specifically to AECOM and TRC. I'd like to pose some additional questions to fully define the parameters of any consulting privilege. So with your permission, I'll proceed along that route, and we'll just hold our objections until we can resolve it after the deposition.

MS. PREHEIM: Fair enough.

BY MR. CVITANOVIC:

Q Mr. Emond, welcome back. I'm not going to ask you any more questions about AECOM or TRC, but did you ever -- did the mill ever retain TetraTech for any PFAS consulting work?

MS. PREHEIM: Objection to the extent it calls for privileged information.

And just to be clear, you're asking about the Rhinelander Mill?

MR. CVITANOVIC: Well, I'm asking -- I'm asking just to the extent that he knows because --

MS. PREHEIM: Okay.

Page 52

MR. CVITANOVIC: -- I don't really understand that delineation as it relates to this because I think some of these -- some of this consulting can span multiple mills, so --

MS. PREHEIM: So you're asking to the extent he knows.

MR. CVITANOVIC: To the extent he knows.

MS. PREHEIM: So I would repeat my objection. To the extent it would call for privileged information, I instruct you not to answer.

THE WITNESS: I have not engaged TetraTech for PFAS-related consulting or issues. I can't speak to anybody else for any of the other mills or any -- the company at large.

BY MR. CVITANOVIC:

Q Okay. Have you used TetraTech at the Rhinelander Paper Mill?

MS. PREHEIM: Objection to the extent it calls for privileged information.

THE WITNESS: No, I don't ever recall hiring TetraTech at Rhinelander.

BY MR. CVITANOVIC:

Q Okay. What about GZA?

MS. PREHEIM: Same objection. To the

Page 53

extent it calls for privileged information, I instruct you not to answer.

THE WITNESS: I have not engaged GZA at the Rhinelander Mill.

BY MR. CVITANOVIC:

Q Okay. Has the paper mill engaged any PFAS consultants which are unrelated to some litigation-driven purpose?

MS. PREHEIM: Objection to the extent it calls for privileged information, I instruct you not to answer. That includes any privilege, not just litigation driven.

THE WITNESS: I'm sorry, what was the question again?

MR. CVITANOVIC: I've forgotten it's been so long.

THE WITNESS: Well, there you go.

BY MR. CVITANOVIC:

Q Has the PFAS -- has the Rhinelander Paper Mill engaged any PFAS consulting experts for a purpose which is not litigation driven?

MS. PREHEIM: Objection to form. Objection based on privilege. I instruct the witness not to answer to the extent it would divulge privileged information.

Page 54

THE WITNESS: No, I can't think of any.
BY MR. CVITANOVIC:
Q Okay. Has the Rhinelander Paper Mill engaged any PFAS consultants which are unrelated to lawyers period?
MS. PREHEIM: Objection to form. And objection based on privilege.
To the extent it would reveal privileged information, I instruct you not to answer.
THE WITNESS: What is a PFAS consultant?
BY MR. CVITANOVIC:
Q Well, potentially GZA, TetraTech, TRC, AECOM, an organization, a company, whose role is to consult to provide guidance related to PFAS?
MS. PREHEIM: I repeat my objection.
THE WITNESS: I -- I can't answer that.
BY MR. CVITANOVIC:
Q Okay. Are you -- as the environmental manager of the Rhinelander Paper Mill, or as one of them now, are you like a line man on an island without support in tackling the PFAS problem? Who do you look to when you need additional assistance in regulatory compliance as it relates to PFAS?
MS. SCHWARZ: Form.
THE WITNESS: Certainly -- certainly legal

Page 55

counsel, Paper Council, discussions we may have directly with the agency.
BY MR. CVITANOVIC:
Q What about internal within the organization, do you still coordinate with Mr. Myers on --
A Mr. Myers is no longer with the company.
Q Okay. When did he leave the company?
A I don't recall. It's been a few years.
Q Okay. Was it before or after the discovery of PFAS in private wells in Stella?
A I believe it was after.
Q [redacted]
BY MR. CVITANOVIC:
Q Okay. Other than Mr. Myers, Mr. Fierst I'm assuming as the mill manager, you would have engaged with him on PFAS-related issues?
A On occasion.

Page 56

Q Okay. Other than these two, is there anybody else within the organization that you would have engaged with outside the presence of attorneys related to PFAS?
MS. PREHEIM: Objection to form. And to the extent the engagement was directed by counsel, I object on the basis of privilege and instruct you not to answer.
Otherwise, you can answer.
MR. CVITANOVIC: I'm sorry. Just to be clear, so you're saying to the extent two mill employees are having a conversation about PFAS outside the presence of attorneys but directed by attorneys, that that's going to be privileged?
MS. PREHEIM: Yeah.
MR. CVITANOVIC: Okay.
THE WITNESS: So as emerging regulations related to PFAS, there's certainly discussion, you know. There's presentations by the Paper Council, there's presentations by DNR, there is collaboration with the other environmental managers on -- on the new regs, on discussions on their applicability, how we're going to apply -- comply, you know, what one mill might be doing might help or benefit the other. So there's collaboration in that regard.

Page 57

BY MR. CVITANOVIC:
Q Mr. Katchko described it as cross-pollenization. Do you agree with that characterization?
A Cross-pollenization. Yeah, I mean, you're going -- you're going to learn from your counterparts at another facility.
Q And which counterparts at other facilities were involved in conversations related to PFAS as part of this cross-pollenization?
A Cross-pollenization. It would be the other environmental personnel, principally the managers at their respective mill. Sometimes they might have had an environmental engineer that also worked for them.
Q Can you give me some names as you sit here today?
A Oh, currently? Currently it would be --
Q Well, yeah.
A It would be Andy Cychosz at -- at Mosinee. It was Kent Hubbard at -- at Nicolet, although Kent's recently left. I think his replacement is Sean Sucksauer (phonetic) or something like that. I've never met him.
Q And that's it?
A Amy -- oh, shoot -- at -- at the Kaukauna Mill. Amy's last name escapes me right now.
Q Anybody else?

Page 58

A Barb Liesch, would have been part of that, Claudia -- Claudia Moore at Mosinee. Yeah, the other environmental -- the other environmental managers and their staff.
Q And the respective mill managers for those mills?
A No, not necessarily.
Q Okay. Who's the most senior environmental -- excuse me.
Who's the most senior person at the Ahlstrom organization physically located in Wisconsin with oversight for environmental issues?
MS. PREHEIM: Objection to form.
THE WITNESS: The most senior?
MR. CVITANOVIC: Yeah.
THE WITNESS: What do you mean by senior?
BY MR. CVITANOVIC:
Q Well, higher up on the org chart, higher pay, bigger title?
A Each of the respective facilities has their own environmental manager.
Q Uh-huh.
A And they report to the facility manager.
Q Okay. Is there -- is there a senior environmental person at Ahlstrom that has responsibility for North America?

Page 59

A No.
Q Okay. Who's the most senior environmental person within the Ahlstrom organization that you have directly reported to?
A The most senior -- I'm sorry, can you restate that?
Q Yeah. Who's the most senior Ahlstrom employee with direct environmental responsibility that you have reported to?
MS. PREHEIM: Objection to form.
Go ahead and answer.
THE WITNESS: Well, back when Steve Myers had environmental and safety underneath his -- his role, there was interaction with Steve where I was taking some direction from Steve, but I did not report to Steve.
BY MR. CVITANOVIC:
Q Okay. Do you ever report to anybody in another country?
A No. Directly? Directly?
Q Correct.
A No.
Q On bullet eight, do you see where it says, "Liaison between community, environmental agencies, and other interested parties."?
A Yes.

Page 60

Q Is that an accurate reflection of your role?
A Yes. As it relates to environmental, yes.
Q Okay. As it relates to the environmental manager position that you had from 2005 until 2025?
A Yes.
Q Can you give me some examples about community liaison work you did?
A With the -- well, the LEPC, for example, I participated in that. During those times, you know, we'd answer questions that the city may have, the focal point for a lot of interaction with city agencies like the utility department.
Let's see, what else? What other environmental? If there was citizen concerns expressed, odors, the level of the lake.
Q Which lake?
A Boom Lake.
Q Boom Lake?
A Boom Lake.
Q Uh-huh.
A There's always somebody that thought the water was either too low or too high. Those would get -- environmental would address those comments, concerns.
Q Did you ever do any community liaison work in relation to the land spreading program?

Page 61

A We certain -- we talked to landowners, especially when I first got there. There was a lot of meet and greet type of activity, promoting the program.
Q When you say we talked to the landowners, who's we in that sentence?
A We, that would be myself and Tracy Benzel.
Q Who's Tracy Benzel?
A Tracy Benzel is a soil scientist that works for me on a contract basis that did a lot of the leg work out in the fields. He'd do the site delineations, he did pull soil samples. Primarily contact with the landowners.
Q Did you specifically talk to any landowners?
A I have talked to landowners, yes.
Q Which landowners have you spoken to?
A Well, certainly Rod Kuczmarski, Tom Bratski (phonetic). There have been others. I mean, a lot of my -- my interaction with the landowners was like, say, 20-ish years ago when I joined and we needed to expand the program; but once we had the land base established, it was -- required less -- less of my time.
Q Did you ever talk to Jerome Kuczmarski?
A No, I have not talked to Jerry Kuczmarski.
Q Tom Kuczmarski?

Page 62

A I've talked to Tom.
Q What have you talked to Tom about?
A Real estate.
Q Recently?
A No.
Q How long ago?
A Back when I first came to town.
Q Okay. Because Tom's a real estate agent?
A Yes.
Q Did you ever talk to Tom Kuczmarski about land spreading?
A I don't recall.
Q Did you ever talk to any Sowinskis about land spreading?
A No, I didn't talk to Sowinskis.
Q Did you ever talk to Frito Lay about land spreading?
A No.
Q When is the last time you have spoken to any private landowners related to the mill's land spreading program directly, not through Mr. Benzel?
A I don't recall, but it's been a while.
Q Okay. When -- are you still actively involved in managing the land spreading program?
A No, I'm not.
Q How long has it been since you were actively involved

Page 63

in the land spreading program?
A Well, that's a gradual process or transition that I've tried to wean myself from as Dustin has got up to speed and that our new contractor has taken over, but I'd say last spring sometime was --
Q Okay. So spring of 2024?
A No, spring of -- last spring, '25.
Q Spring of '25?
A It was the past -- past spring.
Q When was the last time you spoke to Tracy Benzel?
A He called me, I don't know, maybe a couple months ago.
Q Regarding?
A That he had gotten a package from some law firm and wanted to know what I -- if I knew anything about it.
Q And what did you tell him?
A I didn't know anything about it.
Q Did he tell you what the package said?
A He didn't -- he didn't accept it.
Q Okay. Was that the last time you spoke to Mr. Benzel?
A Yes.
Q Have you ever sent any text messages to him?
A Historically I may have exchanged text messages with Tracy, yes.

Page 64

Q Do you know if you've sent any messages to him in the last two months?
A I don't recall any.
Q Okay. Are you and he friends outside of work?
A No.
Q Do you go fishing together?
A No.
Q Hunting together?
A No.
Q Any communications with him are purely professional?
A Yes.
Q Okay. Do you send any e-mails to Mr. Benzel?
A No, not outside of work. Our -- I'm sure if you look at my e-mail history, our correspondence, there's a lot of it about planning fields and application rates and so forth.
Q Have you had any e-mails with him in the last two months?
A I don't recall any. I remember the phone call.
Q Okay. You also mentioned a new contractor.
Is there a new contractor for the land spreading program?
A Well, Tracy retired, I'm retiring, so we've got a contractor to backfill.
Q And who is that?

Page 65

A Synagro.
Q Uh-huh. How long has it been since Tracy retired?
A Well, Tracy retired at the first of the year, but he was willing to -- to, kind of like me, help out periodically during that transition time with Dustin and the new contractor. So it was a gradual, weaning process, you know, and sometime last -- last spring I think is probably the last time. Well, I certainly haven't engaged Tracy on land spreading matters since that time. I don't know what, if anything, Dustin may have done with Tracy.
Q Okay. Going down to bullet point nine, it says, "Capital project and new chemical reviews for permitting and compliance determinations."
A Uh-huh.
Q What is a new chemical review?
A Before a new chemical can be brought into the mill, it needs to be reviewed and approved. There's three basic elements to that. There's a review by the technical group, there's a review by safety, and then there's a review by environmental.
Q Uh-huh. Okay. How long has that chemical review process been in place at the mill?
A Since I arrived it was in place. How far back beyond that I don't know.

Page 66

Q Okay. And that's -- is that chemical review something that is done for all new products that are brought to the mill?
A Yes. It applies to all new chemicals that are -- somebody wants to bring to the mill.
Q Okay. What if the formulation for an existing chemical changes?
A Then the chemical suppliers do provide updated data sheets. Do they get -- if it changes? Well, if it changes, is it a -- is it a -- that would be a new chemical.
Q I don't know exactly how you characterize it; but so for example, to better refine the question,
[redacted]

Page 67

[redacted]
Q In your role in the environmental department, what do you review during the chemical review process?
A I'm looking at whether or not that particular product would be regulated by EPA and/or DNR, and how it's regulated, and whether or not we can effectively and compliantly manage it or bring it into the mill.
Q Do you look at proposed or potential future regulations?
A Give me an example, I guess. Is that --
Q Well, certainly. So for example for PFAS, how long has, you know, your -- are you aware as you sit here today that DNR has a surface water standard for certain PFAS?
A Yes.
Q And how long in advance of the promulgation of that rule you found out that DNR was considering that kind

Page 68

of rule?
A A few years. I mean, it takes a while to go through that process.
Q Certainly. There's like a proposed rule making, a comment period?
A Yes. Yep.
Q All right. So do you consider that sort of proposed rule making or conversations about new rules in that chemical review analysis?
A Well, without a doubt. So if we know that something's going to be regulated, that would certainly be a consideration.
Q Is that something that's documented on the form?
A No, it's not.
Q Okay. What about potential risks that are not regulated?
MS. PREHEIM: Objection to form.
THE WITNESS: I -- I don't know what you mean by risks that aren't regulated, you know. I'm, you know, looking at it for environmental compliance; health and safety is looking at it for safety, so for risks or hazards that might be associated with that; technical reviews it for compliance with the food regulations, for example, for compatibility with other chemistries in the

Page 69

mill. So I guess you could argue or make a case that that is a risk that's evaluated if it would be incompatible with other chemistries.
BY MR. CVITANOVIC:
Q Uh-huh. But in terms of your role in the environmental section, are you fairly constrained by the regulatory -- by the regulations that are in place in your review?
A Am I constrained by it?
Q Yeah.
A No, I don't know that I'm constrained by it, but that's the -- the -- by function and the principal driver behind my review.
Q Okay. So if you have environmental concerns about something that are -- that's not currently regulated, you can consider that in your chemical review?
A There's nothing that says I have to approve something if -- if it checks all these boxes, for example.
Q Okay. And to the extent that a -- that a product that you seek to improve poses some potential risks to the Wisconsin River or clean air in Wisconsin or clean soil in Wisconsin, even if it's not regulated, you in your capacity in the environmental department could address that in your chemical review?
A Yes. And I have addressed or precluded certain

Page 70

chemistries that I was concerned about. One -- one chemical, it was a lubricant that maintenance wanted to bring into the mill, and I just saw it as being problematic and asked them if they just couldn't find an alternate product.
Q And what was the problem with that particular lubricant?
A It had -- its metals content, metals concentration.
Q Heavy metals?
A Yes.
Q Priority pollutants?
A I don't recall what the metal was, but --
Q But some regulated metal?
A I -- I believe it was regulated metal, yes.
Q Can you think of any instance where you questioned the use of a chemical that wasn't currently regulated?
A I questioned the use of some of the chemistries they wanted to bring in to precision coating. I thought they would just be too challenging and problematic. They're based on benzene and sulfonic acid.
Q Did you ever raise any concerns about any PFAS that the mill sought to use?
A PFAS? The fluorochemistries?
Q Correct.

Page 71

A I -- I don't recall that I did.
Q At no point in time during your employment history at the paper mill did you ever expressed a concern or a doubt or reservation in the chemical review process about any perfluorinated chemistries?
A A doubt? I think the -- the -- the review process, so -- would have included -- it did include, you know, evaluation of whether PFOS and PFOA might have been a constituent in those fluorochemistries that they were bringing into the mill. That was part of -- a lot of times that information is on the RMIF form. I review all the data, not just the -- not just the safety data sheet but the RMIF form, any of the technical sheets that are brought in.
Q And so as part of your chemical review process for perfluorinated chemicals, you looked to see if they contained PFOA or PFOS?
A Yes.
Q And you looked at RMIF forms?
A Yes.
Q And RMIF stands for?
A I don't recall the acronym. That's not my form.
Q Okay. But you've also looked at the technical data sheets?
A Yes. The entire -- entire package comes for review.

Page 72

Q And additional research that you might do on your own?
A Correct. So if I have -- if I have a question about a particular product that -- for example, the technical group wants to bring something in, I've got a question about it. Right at the top it says who's bringing -- introducing this chemistry to the mill. So I would go back to them, at least start out with them and ask my additional questions, get additional information.
Q Okay. Do you take any notes in your chemical review process?
A Sometimes I might annotate the chemical review form, especially if there's some type of restriction that I want to impose. Sometimes it's one time only, trial only, contractor must remove unused chemicals after the project. Those types of things would be put on the form.
Q And once those chemical review forms are completed, do you append any research or technical data sheets or things like that that you consulted as part of that review?
A Well, again, it's what's included with the package. I don't know if I would appended things, appended documents to that package. I know I've replaced data

Page 73

sheets, for example. I've had questions on data sheets. I've called the manufacturer and -- to reconcile discrepancies. They say, oh, yeah, that's a mistake or bad data sheet, here's a new one, so I'll put that into the document.

Certainly -- certainly I've done that for appended documents or added additional documents based on materials going for precision coating. There's certain information that we need for that particular process that sometimes there's a propensity to leave it out. So I have to go back and ask those individuals to hunt it down, and they may provide a -- a sheet from the vendor, or they may provide some type of e-mail correspondence; but in those cases, yes, I have appended those or included that with that packet of information.
Q [redacted]

Page 74

A [redacted]

Q Okay. Did you ever store paper copies of these chemical review sheets?
A Yes. So paper copies go down to the guard desk as a backup.
Q Okay. And how long are those stored? What's the record retention policy on those?
A I -- I don't know off the top of my head.
Q Are they kept as long as the chemicals are used at the facility?
A I believe so. They should be.
Q Okay. Are they used -- are they kept after the chemicals are used at the facility?
A I believe so. That's -- again, that's not my area, so it's a little difficult for me to comment or --
Q I'm sorry.
A Safety manages that program, so those details I cannot readily speak to.

Page 75

Q Understood. You also mentioned earlier that the land spreading program was expanded when you joined the company in 2005?
A Yes.
Q In what ways?
A Well, the principal landowner, Tom and Jerry Kuczmarski, is my understanding that they had told the mill that they wanted to get out of the land spreading program, and they were going to get out of farming and they were going to sell the property; and there were a number of reasons why, but the mill had lost -- basically lost access to their land, so we needed to go out and replace those acres.
Q Uh-huh. And did you replace them with other acres around the Town of Stella?
A No. Most of the prospecting was done south of town, down towards Parrish and Gleason area.
Q Have you done any community liaison work related to PFAS contamination in private wells around the Town of Stella?
A No.
Q Is there any reason?
A To?
Q That the mill has not -- that the mill or you has not engaged the community directly on the PFAS

Page 76

contamination around the Town of Stella?
A I -- I think that's -- that's an opportunity for -- for DNR. I mean, DNR has not asked us to participate. The town has not asked us to participate. And until recently, just, what, a few weeks ago, a couple months ago, I think it was unclear -- unclear to the extent of the mill's involvement.
Q Okay. Do you think it's clear now?
A I -- I understand that -- is it clear? It may be clearer. I understand DNR has identified Ahlstrom as a potentially responsible party; and as such, there's a certain regulatory process we have to go through. We have to engage a consultant and --
Q Do you know if a consultant has been retained related to that regulatory process?
A No, I don't.
Q What information did you see that clarified the mill's involvement with the Town of Stella's water contamination?
MS. PREHEIM: Objection to form.
Go ahead.
THE WITNESS: Well, just -- just the letter.
MR. CVITANOVIC: Okay.

Page 77

THE WITNESS: The RP letter from the state.
BY MR. CVITANOVIC:
Q Have you reviewed that?
A I took a quick -- yes, I took a quick look. I didn't -- it's pretty boilerplate.
Q Did you see any other documents associated with that responsible party letter?
A No. I just looked at the letter.
Q Okay. Did you pull that letter off of the DNR's website?
A Yes, I did.
Q Did you see any other documents on the DNR's website that were associated with the transmission of that responsible party letter?
A There are a tremendous number of documents. I just looked at the letter. I didn't review anything else.
Q You didn't review the site inspection report?
A No.
Q You didn't review any of the EPA's underlying data?
A No.
Q None of their testing results?
A Correct.
Q Have you reached any conclusions about the probability that DNR -- or that the EPA is going to

Page 78

add Stella to the national priorities list?
A No, I haven't -- I haven't seen any of the detail data. My concern about the letter was -- was I had heard about it on the news, and I was uncertain who -- who it would have been sent to. I was the one who had -- they had been corresponding with; and the transition between me and Dustin, I just want to make sure it didn't fall through the cracks. So I wanted to see who, if anything, this was being sent to. I didn't want it being sent to me. I wasn't at the mill, right? That's just languishing, for example, so --
Q But you didn't review the -- in detail the letter and its associated documents and reach any conclusions about them?
A That's correct. I was concerned that, you know, we had the letter, that it got forwarded to legal, and that they were going to take it from there.
Q Okay. But there's a clear regulatory function associated with that letter at this point, right?
A Yes.
Q That -- that Ahlstrom has certain regulatory required functions that it needs to adhere to as an operating paper mill?
MS. PREHEIM: Objection to form.

Page 79

MR. CVITANOVIC: Let me -- let me ask that a different way.
THE WITNESS: Yeah.
BY MR. CVITANOVIC:
Q Yeah. So your replacement at the mill has certain business-related obligations in responding to this recent designation?
MS. PREHEIM: Objection to form.
THE WITNESS: I wanted to make sure that -- that the letter didn't fall through the cracks, that they were aware of it; and Dustin told me that he has been talking to or engaging with legal counsel on the requirements in that letter.
BY MR. CVITANOVIC:
Q Is he personally going to be performing some work to respond to that letter?
A I have no idea. Just making sure it didn't fall through the cracks.
Q Okay. Dropping down to the next bullet, I'm going to call your attention to, "Reporting of ESG metrics to corporate office."
Do you see that?
A Yes.
Q What are the ESG metrics?
A Environmental, sustainability, and governance.

Page 80

Q Does any of that relate to PFAS?
A No.
Q There's no PFAS phaseout mandates in the ESG metrics that are tracked?
A Correct. It's energy use, landfill tons, water use.
Q Okay. And when it says report to corporate office, where is that corporate office located?
A Finland.
Q Okay. And who do you report those ESG metrics to?
A There's a -- it's a database. We enter into the database.
Q What's the database called?
A Oh, there's another senior moment. I'll think of it if you give me a minute or two here.
Q I'm going to run through some other ones. LEPC you mentioned before. Remind me what that stands for?
A That's the local emergency planning.
Q DOT 181 is what?
A Hazardous materials.
Q Okay. Does the mill track hazardous materials at its plant?
A The mill tracks a number of chemicals that may or may not be hazardous. That's not just hazardous materials.
Q Okay. But does it track hazardous materials in a

Page 81

separate way?
A No, it tracks all chemicals.
Q Okay. Are there any additional reports requirements for hazardous materials?
A This HM-181, this is -- that's a DOT requirement, so -- but hazardous materials that would fall under EPA or DNR requirements, we do, we track and we report those.
Q Is the -- does the mill -- let me just -- let's turn the page.
A I mean, okay. Turn the page.
Q Formal education says minimum bachelor's degree?
A Yes.
Q And do you -- do you meet that requirement?
A Yes.
Q And where did you get your bachelor's degree?
A St. Olaf College.
Q Spell that for me.
A St. Olaf, O-L-A-F.
Q Oh. And where is that located?
A Minnesota.
Q Okay. And what year did you graduate?
A 1982.
Q Did you -- was that the last --
A A long time ago.

Page 82

Q Was that the last degree you obtained?
A Yes.
Q Okay. Have you gone back for any continuing education or credit -- college credit-type education?
A No.
Q Okay. And what was your degree in?
A Chemistry and English.
Q Okay. And after college, where did you go to work?
A Oh, I ended up with a company called National Electric.
Q Okay. How long did you stay there?
A For, you know, 18 years-ish.
Q Good run. What did you do?
A Did a lot. Mostly environmental.
Q Were you -- what was your last position at National Electric?
A So National Electric went through a number of mergers and acquisitions. I think there's about seven when I was there, so I was -- I was environmental manager.
Q Okay. That was the last position you had there?
A Yep.
Q And after National Electric, where did you go?
A I did a stint with DOD for, I don't know, about a year, nine months, a year, and then I came to Rhinelander.

Page 83

Q Okay. What did you do for DOD?
A Same thing, environmental.
Q Okay. And where were you --
A A lot of waste management.
Q Where were you working for DOD?
A Fort McCoy.
Q And you managed a wastewater treatment plant there?
A No. Managed waste disposal.
Q What kind of waste?
A Oh, they had -- they had chemical waste, they had a lot of sandblasting media. They had solid and hazardous waste, you know.
Q Did you have any experience with PFAS prior to your work at the paper mill?
A No.
Q Looking at some of the required competencies going down -- I think you talked a little bit about this. Experience working with state and federal regulatory agencies, that was something that you had and you did a lot of working at the mill?
A At Rhinelander?
Q Correct.
A Yes.
Q Yep. So coordinating with EPA, DNR, DHS?
A Yes. Yes, that's part of the job.

Page 84

Q And what's DHS stand for?
A Department of Health, and that's here in the state. That's a state department. That's the radiation licensing.
Q Okay. Did you do any kind of work with DHS related to drinking water or groundwater?
A Department of Health?
Q Correct.
A No.
Q Okay. Does Department of Health have any influence on drinking water standards in the state?
A I believe they provide recommendations to DNR as part of the rule making process.
Q Uh-huh. Have you ever done any work with DHS related to PFAS?
A The Department of Health?
Q Yes.
A I'm sorry, because there is the Department of Homeland Security, too, and we have been participating in that program as well.
Q Department of Homeland Security?
A Yes.
Q Because you're a secure facility?
A We used to be.
Q And what is DATCP?

Page 85

A DATCP. That's basically like Department of Commerce kind of thing. So they regulate consumer products. They're the ones that do all the scales, you know, the gas station, the pumps, the metering, the validation. They also regulate storage tanks here in the state, chemical storage tanks.
Q Okay. And otherwise just generally the required competencies, is it -- would it be safe to assume that these required competencies fairly track the kind of work that you did as an environmental manager?
MS. PREHEIM: Objection to form.
THE WITNESS: Yes. So the purpose of this was to find a replacement for me, and these are the things that I was -- had been doing for the company.
BY MR. CVITANOVIC:
Q Right. So you took what you do, you put it into a form, and you said my replacement should be able to do what I do?
A That's right.
Q Okay.
A That's what this is.
MR. CVITANOVIC: We can set this aside. How long have we been going?
THE WITNESS: Can we take a break?

MS. PREHEIM: Yeah, it's been almost an hour.
MR. CVITANOVIC: Yeah.
VIDEOGRAPHER: Going off the record at 11:05.
(Break taken from 11:05 a.m. to 11:19 a.m.)
VIDEOGRAPHER: We're back on the record at 11:19.
MR. CVITANOVIC: Great. Mr. Emond, set that document aside. We're going to turn our attention to something else.
THE WITNESS: This one?
MR. CVITANOVIC: Yes, Exhibit 2. No, no, no. Once I give them to you, you keep them or give them to the court reporter.
THE WITNESS: Okay.
MR. CVITANOVIC: I'm going to pass you another document.
MS. PREHEIM: Thank you.
MR. CVITANOVIC: And this is going to be STELLA-KUCZMARSKI_J -70. I put it in the chat for everybody watching on Zoom.
THE REPORTER: Is that Exhibit 3?
MR. HYNES: This is probably a good time. This is Michael Hynes from DLA Piper. The amended



deposition notice was put in the chat in a PDF form. This is the second exhibit that's not been put in the chat in PDF form, so it precludes our ability to kind of look at the document without going to the database and then pulling it; and we don't want to disrupt the deposition, so we're not asking people to wait, but we do object to the fact that the exhibits are not being posted in the chat. And that does deprive our ability to timely object.
Thank you.
BY MR. CVITANOVIC:
Q Can you see the document I just put in front of you, which --
MS. PREHEIM: I'm so sorry. Can I just, before I forget again, can I state on the record an agreement, if you are agreeable, that an objection on one defendant -- on behalf of one defendant is an objection for all so we avoid the chorus.
MR. CVITANOVIC: Hold on. Now we're burning my time with a bunch of things that are in the deposition protocol. I think that's already in the protocol. I agree with that.
MS. PREHEIM: Okay.
MR. CVITANOVIC: Can you take a look at the document that we have in front of you now, which



we will label as Exhibit No. 3.
(Exhibit 3 marked for identification.)
MR. CVITANOVIC: Put this sticker on there if you don't mind.
BY MR. CVITANOVIC:
Q And I'll just draw your attention to certain things.
Do you see the date there at the top, March 29, 2023?
A Yes.
Q Do you see the address on County Highway C?
A Yes.
Q Do you see who the letter is directed to?
A Jerry Kuczmarski.
Q Okay. And that's the person you identified earlier as a landowner who was involved in a land spreading program?
A Yes.
Q Do you see who sent this letter?
A That's on Wisconsin Department of Health Services letterhead.
Q Okay. And do you see what this letter is regarding?
A That's regarding PFAS results.
Q Okay. Do you see that it was a test taken on March 8th of 2023 in paragraph one?
A Yes.



Q And do you see that it was using EPA Method 537.1?
A Yes.
Q Are you familiar with that method?
A I have some familiarity with that method.
Q And help me understand the limits of your familiarity.
A I -- I understand that's an LC/MS/MS technique.
Q Uh-huh. And do you understand how many analytes it tests for?
A No. I don't know what the standard suite of constituents may be associated with that lab. My experience would suggest that it's not -- not universal from lab to lab.
Q Okay. Are you familiar with Northern Lake Service?
A I am.
Q Is that a lab that you have used before?
A Yes. The mill sends some of its samples to Northern Lake.
Q Is it a good lab?
A I have found them to be a good lab.
Q Reliable?
A Reliable, yes.
Q No reason to question their results?
A I -- I think that's -- I think that's a reasonable statement, although my experience would suggest that

Page 90

just because a lab is good with one type of testing does not make it universally good with all types of testing.
Q Is there any reason to question the accuracy of their PFAS testing?
A Not that I know of.
Q Okay. Do you see the address listed on page 1 on County Highway C?
A Yes.
Q Do you know where that address is in relation to historical mill land spreading?
A I -- I know about where on County C. I know where the Kuczmarski farm is on County C. If that's the farmhouse address then, yes, I'm aware of what that is, yes.
Q Farmhouse address is on the highway, and the fields are behind it?
A Yes.
Q So to -- that's a home in close proximity to where land spreading occurred?
A Yes.
Q Specifically land spreading of solids generated by the Rhinelander Paper Mill's wastewater treatment plant?
MS. PREHEIM: Objection to form.

Page 91

MR. CVITANOVIC: I didn't understand it either, but if you can answer, please.
THE WITNESS: The -- the land spreading program included a number of fields -- how can I say this -- in the Stella area.
BY MR. CVITANOVIC:
Q Well, we already -- you already testified that that included the Kuczmarski farm?
A Yep. Including the Kuczmarski properties, yes.
Q Okay. I'm going to ask you -- I think you've already glimpsed at it, but if you can turn to the next page and show -- and see what this page says.
Do you know what that grid is intended to communicate?
A The grid?
Q Yeah, where it says sample results.
A You mean just the table.
Q Yeah, that table.
A No, I haven't seen this table before.
Q Have you seen any tables like this before?
A I've seen tables before. I haven't seen a Department of Health letter like this before.
Q Okay. Oh, so this is maybe a little bit unfamiliar to you because it's -- the DNR has -- and the Department of Health has put certain results into a

Page 92

table, so it's -- this is something you haven't seen before?
A Correct, I have not seen this before.
Q Okay. Well, let's go to the Northern Lake Service lab report, the last two pages.
Is this a format that's more familiar to you?
A Yes, yes.
Q Okay. Do you see any PFAS in this lab result that are regulated by DNR?
A Well --
Q Let me be clear, regulated in a way that affects your work at the wastewater treatment plant?
MS. SCHWARZ: Objection.
THE WITNESS: Well, certainly DNR has a surface water standard for PFOA and PFOS.
BY MR. CVITANOVIC:
Q Okay. Do you see the results on this form for PFOA and PFOS?
A Yes, I do.
Q What are those results?
A PFOA is -- I'm sorry, can I use your pen?
Q Would a highlighter be better, or a pen?
A I just want to count -- my eyes are a little tired here.

Page 93

Q I think that the DNR form is easier to read, but I want to make sure you're comfortable with whatever you're looking at.
MS. PREHEIM: To be fair, I pulled out my reading glasses.
THE WITNESS: So PFOA is 30,000, and PFOS looks like it's 1,600. That's nanograms per liter.
BY MR. CVITANOVIC:
Q Okay. And is that higher or lower than the surface standard for Wisconsin?
A That is higher than the surface water standard.
Q Do you know how DNR determined the surface water standards for PFOA and PFOS?
A There are a number of factors that go into it. It depends on the -- on the constituent and what it's -- the concern is associated with that constituent, and then they develop standards accordingly. You know, they look at things like fish consumption, for example, that may get rolled up into the water standard, surface water standard.
Q Okay.
A And I don't recall the specific details on how it was established; but just as a general comment, those types of factors are considered.
Q Are human health concerns considered?

Page 94

A I believe that, yes, that's part of the fish consumption or the likelihood that fish could be consumed.
Q Okay. Have you read any documents that suggest that PFOA and PFOS are carcinogens?
A I don't recall any. But, you know, as part of the surface water rule, I may have -- have read that that was the basis for establishing -- establishing the standards.
Q Okay. Let me just be clear. My question was not limited to the surface water standards. I jumped over a little bit.
But just in general, big picture, have you seen any documents in your life that suggests that PFOA or PFOS is a human carcinogen?
MS. PREHEIM: Objection to form.
THE WITNESS: I -- I don't recall. I don't -- I just don't recall.
BY MR. CVITANOVIC:
Q Okay. As you sit here today, do you know if PFOA and PFOS are human carcinogens?
A I don't.
You're telling me they are?
Q No. I'm only asking questions today.
A Okay. I don't know that they are.

Page 95

Q Okay. Have you seen any documents in your career as the environmental manager for the paper mill suggesting that PFOA or PFOS are persistent in the environment?
A Well, I believe that's why they referred to them as forever chemicals.
Q Okay. I've heard that before, too.
And just to be clear, what does that mean?
A That it takes a longer period of time for them to break down in the environment --
Q Okay.
A -- than ordinary or average chemicals would.
Q Okay. Have you heard -- excuse me.
Have you seen any documents in your career as the environmental manager of the paper mill any document suggesting that PFOA or PFOS are bioaccumulative?
A I have seen newspaper articles, for example, that -- that asserted that. I think -- I get Consumer Reports. They have a series of articles on PFAS in there, author had his cat tested, cat contained PFAS. Ling Ling, I think that was the cat's name.
Q Have you seen any documents in your career as an environmental manager at the Rhinelander Paper Mill suggesting that paper mill sludge is a contributor to

Page 96

PFOA and PFOS in the environment?
MS. PREHEIM: Objection. Form.
THE WITNESS: As part of the emerging regulations on this issue, I've seen or am aware of that paper mills have been identified as a concern or a possible contributor to PFOA and PFOS.
BY MR. CVITANOVIC:
Q When was the first time you became aware that paper mills were identified as a possible source of PFOA and PFOS in the environment?
MS. PREHEIM: Objection to form.
THE WITNESS: I -- circa 2019.
BY MR. CVITANOVIC:
Q 2019?
A Correct.
Q Six years ago?
A Is that six years already?
Q Yeah. Did that information relate specifically to any particular waste streams from paper mills?
A No. No, it did not.
Q Okay. Are you -- in your position at the Rhinelander Paper Mill, have you reviewed any documents that would suggest that PFOA or PFOS are related to any health concerns other than cancer?
A I've seen, again, articles -- I mean, newspaper

Page 97

articles for example, that tend to have little summaries in them about the background and PFOA, PFOS, and what some of the concerns are that are associated with those chemistries.
Q Do you remember any health risks other than cancer identified in any materials that you have read related to PFAS?
A I remember high cholesterol was one. I don't remember -- recall specifically what other health risks might be associated.
Q In your role as environmental manager, did you go out of your way to do research related to health risks related to PFAS?
A No. I was -- in my role as environmental manager, I was looking at the environmental issues associated with PFAS.
Q I don't understand the difference.
When -- when you were considering the environmental issues, don't you consider the risks that adding constituents to the environment could have on human health or on wildlife, fish?
A Well, it's -- it's -- I don't have that type of background to evaluate what -- what the potential impact is. That's the DNR's role, if you will. They have experts on that, toxicologists for example, and

Page 98

that is the basis for setting standards. I look at it and say what are the standards, how am I going to comply with those in order to ensure, you know --
Q Okay.
A -- ensure, you know, public health, ensure the environment.
Q Okay. Did you in your role as environmental manager go out of your way to identify credential sources of PFAS contamination in the environment generally?
A In the environment?
Q Correct.
MS. PREHEIM: Objection to form.
Go ahead and answer.
THE WITNESS: Well, certainly I had looked at the Wisconsin River in the vicinity of the paper mill and whether or not the mill was driving that.
BY MR. CVITANOVIC:
Q Did you look at other sources of PFAS contamination in Oneida County other than the paper mill?
MS. SCHWARZ: Objection. Form.
THE WITNESS: Other than the paper mill, other sources of contamination in Oneida County. You know, I was familiar with the contamination, the city well contamination at the airport and the use of AFFF, for example.

Page 99

BY MR. CVITANOVIC:
Q Anything else?
A Not that I recall off the top of my head, no.
Q Did you ever do any reading in your role as the environmental manager at the paper mill regarding whether sewage sludge is a source of PFAS contamination?
A Oh, municipal sludge versus industrial fibercake, is that what you're asking?
Q Yeah. Did you research that?
A Yes, yes. I knew that that was -- had read that that was also another potential source of PFAS contamination, yes. As is, you know, septic spreading, but that's related and, yes, there's other -- yes.
Q In your role as the environmental manager, did you review any documents or information suggesting that fertilizers were a source of PFAS?
A Yes. I'm aware that fertilizers contain PFAS as a emulsifying agent, yeah.
Q And that's something that you researched in your role as environmental manager?
MS. PREHEIM: Objection to form.
THE WITNESS: Research. I think that's something I became aware of through this

Page 100

evolutionary process where PFAS are being discussed, emerging regulations are coming forth; you know, that we've seen presentations, for example the city had a professor here at the University of Wisconsin, he made a number of presentations and they're part of the public record, and he showed basically a PFAS cycle, if you will. There's all sorts of potential sources, I mean, from atmospheric deposition to recycled paper to, like I mentioned, municipal landfills, yes.
BY MR. CVITANOVIC:
Q And did you research all these things in your role as environmental manager?
MS. PREHEIM: Objection to form.
THE WITNESS: Did I research them? I -- yeah, as my role in environmental manager, I was certainly trying to understand the issue and the drivers and the regulations, so I would be knowledgeable on the -- on the matter.
BY MR. CVITANOVIC:
Q Did you, when you were -- or in your role as the environmental manager at the plant, did you keep, like, a folder with PFAS documents, you know, related to the things that you would read?
A Yes. Yes, I had a lot of articles that I archived or

Page 101

set aside, yes.
Q What was the name of that folder?
A I think it was PFAS.
Q Okay. How many documents would you say you had in that folder?
A Quite a few.
Q When did you first open up that folder?
A I don't know. Circa 2020-ish, right as this issue became -- started to emerge. Issue, the regulation of PFAS.
Q Okay. Was it a shared folder or something you kept for yourself?
A It was not a shared folder.
Q So on your local drive?
A It was on the network, it just was not a shared folder.
Q Okay. Was there ever a shared folder for environmental managers to share information related to PFAS?
A Among the mills?
Q Among the managers.
A Among the other environmental managers. The environmental managers at the other mills?
Q Correct.
A There was a -- a general shared folder for the

Page 102

environmental managers that was -- certainly wasn't dedicated to PFAS, but they could put anything in there that they wanted to.
Q And that would have contained documents related to PFAS?
A I don't know that it did. It -- I understood the question to be was there a shared folder that the environmental managers had access to. The answer is yes.
Q But you just don't know if it specifically contained anything related to PFAS?
A Correct.
Q Okay. Was there a message board or a Slack or some bulletin board where environmental managers would -- would communicate between each other related to environmental issues?
A Well, it was a pretty small group. There are four facilities, so a lot of times it was just e-mail; but the group does meet -- back in the day before COVID, we actually used to get together, but now it's pretty much Teams. We meet periodically, every three, four months.
Q Are there any specific PFAS working groups at Ahlstrom?
A PFAS working group?

Page 103

MS. PREHEIM: Objection to the extent it calls for privileged information.
Otherwise you can answer. But if it calls for privileged information, I instruct you not to answer.
THE WITNESS: I'm going to invoke privilege.
BY MR. CVITANOVIC:
Q Okay. You're going to decline to answer that question?
A Correct.
Q Okay. Was there ever a time that the paper mill was considering or working through PFAS-related questions without the aid of counsel?
A I know I wasn't.
Q Okay. Do you believe the DNR has set a reasonable surface water limit for PFOA and PFOS?
MS. PREHEIM: Objection to form.
THE WITNESS: I don't know what you mean by reasonable.
BY MR. CVITANOVIC:
Q Sure. Rational, objective, based on some underlying facts with some analysis applied to those facts?
MS. PREHEIM: Same objection.
THE WITNESS: Regardless of -- of -- the

Page 104

standard is the standard, and that's our point of compliance, period.
BY MR. CVITANOVIC:
Q No, I know. I know that's -- that's -- in your role, that's your position; but as to the question, can -- do you believe the DNR's standard for surface water is reasonable?
MS. PREHEIM: Objection to form.
THE WITNESS: I -- I don't have an opinion on that one way or the other.
MR. CVITANOVIC: Okay.
THE WITNESS: I trust the DNR to do their job. I don't recall commenting on that rule, for example. I don't -- so, I mean, it is what it is.
BY MR. CVITANOVIC:
Q Is DNR -- is there a -- is there a standard for groundwater in Wisconsin for PFOA and PFOS?
A Not currently.
Q Has there been a notice of rule making related to a groundwater standard?
A There was a proposed rule.
Q And what is the groundwater standard proposed to be for PFOA and PFOS?
A I don't recall what it -- was in the rule.
Q Was it higher or lower than the surface water

Page 105

standard?
A I don't recall.
Q Okay. Was it higher or lower than Mr. Kuczmarski's test results?
A I believe it to been lower.
Q Okay. Significantly lower?
A Well, there's that word significantly again.
Q Like by a factor of 10? 100? 1,000?
A I don't recall what it was, but, yes, it was -- it is lower. The proposed groundwater standard is lower than Mr. Kuczmarski's water results.
Q Do you think that the proposed DNR groundwater standard was reasonable?
MS. PREHEIM: Objection to form.
THE WITNESS: Once again, I -- I don't know the reasonableness of the -- of the proposed standard.
BY MR. CVITANOVIC:
Q Do you think it was too high?
A I don't --
MS. PREHEIM: Objection. Form.
THE WITNESS: I don't know one way or the other.
BY MR. CVITANOVIC:
Q Did you know that certain people use groundwater in

Page 106

Wisconsin as a source of their drinking water?
A I'm one of those people.
Q Okay. Has your well been tested for PFAS?
A No, it has not.
Q How close do you live to the nearest agricultural field where land spreading has taken place?
A I don't know.
Q Do you have any concern about PFAS in your drinking water?
A I do not.
Q Do you believe that PFAS in drinking water presents a human health risk?
MS. PREHEIM: Objection to form.
THE WITNESS: I don't know that I'm qualified to answer that. That's a toxicology question.
BY MR. CVITANOVIC:
Q I want your personal opinion.
A My personal opinion?
Q Yeah.
MS. PREHEIM: Objection to form.
THE WITNESS: I think that it has the potential, but at what level.
MR. CVITANOVIC: Okay.
THE WITNESS: And that's a toxicology

Page 107

question.
BY MR. CVITANOVIC:
Q Would you drink well water with PFOA and PFOS at the levels in Mr. Kuczmarski's well as of March of 2023?
MS. PREHEIM: Objection to form.
THE WITNESS: If that were my well, I would probably look to -- for some technical guidance and consider maybe putting on an RO or carbon filtration system, if that made sense.
MR. CVITANOVIC: No, I understand what you're saying.
BY MR. CVITANOVIC:
Q At what level would you personally accept PFOA and PFOS in your well water?
MS. PREHEIM: Objection to form.
THE WITNESS: I don't know.
BY MR. CVITANOVIC:
Q Okay. But you agree that these levels that Mr. Kuczmarski has in March of 2023 are too high for your personal comfort?
MS. PREHEIM: Objection to form. Mischaracterizes his testimony.
THE WITNESS: I believe that they are high.
BY MR. CVITANOVIC:

Page 108

Q High enough that if it this was your well, you would consider getting technical guidance and potentially RO or some kind of treatment for the well?
A Yes.
Q What about some of the other constituents on that report? For example, do you see PFHxA?
A Yes, I do.
Q Do you know what PFHxA is?
A Perfluorohexanoic acid.
Q Is that a PFAS that you've come to be familiar with in your work at the paper mill?
A All these constituents -- not all of them. A lot of these constituents are -- yes, as an environmental manager, I've seen these constituents or there's been analytic reports. I've seen these on reports so familiar with, yes, that that is --
Q Have you ever seen --
A Yeah.
Q -- any documentation within your role as environmental manager at the mill that some of the PFAS in use at the paper mill might contain PFHxA?
A I don't recall that. And the principal concern has been -- or focus has been PFOA and PFOS.
Q Okay. Have any of the paper mill's customers expressed concern about whether fluorochemical used

Page 109

by the mill contains PFHxA?
A Paper mill customers? I'm not familiar with the customers. I don't interact with the customers. I don't --
Q You don't interact with the customers?
A Paper mill customers, no. I -- I -- the people that, you know, buy our product, you know, that's sales, that's technical, that's not me. I don't do that.
Q Have you been involved in any communications with any chemical suppliers related to whether their products, specifically fluorochemicals, contain PFHxA?
A No. I have -- I don't interact with the chemical suppliers on the paper making process. My interaction with chemical suppliers is limited to those chemicals that I buy or use for water treatment.
Q Okay. Do -- does the paper -- does the -- has the paper mill's effluent ever been tested for PFHxA?
A No, I don't believe it has.
Q So as you sit here today, you don't know if the paper mill effluent or the fibercake contains PFHxA?
A Sorry, ask that question again.
Q So as you sit here today, you don't know if the paper mill's effluent or sludge contains any analytes other than PFOA and PFOS?

Page 110

A No. The effluent is analyzed for PFOA and PFOS. The fibercake is analyzed for approximately 30 constituents, and I believe the perfluorohexanoic acid is included in that suite of constituents on the paper mill's fibercake.
Q Did the paper mill's fibercake have positive test results for any of the analytes on Mr. Kuczmarski's PFAS test results?
A There are very low levels of PFOA and PFOS, approximately two parts per billion total in the fibercake.
Q Did -- in your role as the -- as the -- as the environmental manager, were you responsible for the land spreading program from 2005 until 2025?
A Yes.
Q Did you ever evaluate what the cumulative loading of paper mill sludge would result -- excuse me -- what levels of PFAS could result from the cumulative loading of sludge year after year in the same location?
A Are you referring to -- to PFAS at large or PFOA and PFOS? You say PFAS.
Q PFAS at large.
MS. PREHEIM: Objection to form.
THE WITNESS: No.

Page 111

BY MR. CVITANOVIC:
Q Did you ever consider it with respect to PFOA and PFOS?
A We were not using chemistries that contained PFOA and PFOS.
Q But your paper mill sludge fibercake still contains PFOA and PFOS?
A That -- that is true. The influent water contains PFOA and PFOS that we pull upstream of the paper mill.
Q Okay.
A I mean --
Q Are there --
A There's other potential sources.
Q Right. Like the leachate that's inserted into the wastewater treatment plant?
MS. SCHWARZ: Objection. Form.
THE WITNESS: The leachate, atmospheric deposition, yes.
BY MR. CVITANOVIC:
Q Okay. Because in your role as the environmental manager you -- you're responsible for all of the sources of influent into the wastewater treatment plant, right?
MS. PREHEIM: Objection to form.

Page 112

THE WITNESS: I'm responsible for what is coming out of the treatment plant.
BY MR. CVITANOVIC:
Q Okay. But you monitor and track and are aware of what comes in as well, right?
A That -- that is part of the process, yes.
Q And so it didn't escape your attention that you -- your wastewater treatment plant was treating leachate during the time that you worked at the mill?
A Yes, I was aware that that -- yes.
Q Okay. And did you -- did you test that leachate at any point in time for PFAS?
A Yes.
Q What did the results show?
A That it was -- that it was high.
Q Was it high in comparison to Mr. Kuczmarski's test results?
MS. SCHWARZ: Objection to form.
THE WITNESS: It was -- my recollection, it was probably about eight, 10,000; but that is -- don't quote me on that -- it was probably somewhere in that range.
BY MR. CVITANOVIC:
Q Okay. For PFOA and PFOS?
A Yes. I think -- yes.

Page 113

Q Did you ever calculate what kind of -- and what year did you test that?
A I'm trying to remember. I -- let's see. This is '25. '24, '23. I -- I don't recall. '23, maybe.
Q Did you ever do any analysis to determine what that level of PFAS and that quantity of leachate would do in terms of the PFAS concentrations in your fibercake?
MS. SCHWARZ: Objection to form.
THE WITNESS: No. We had -- we had -- we had fibercake data, and we had effluent data that suggested the leachate was not -- while high, I think the volume of leachate was not sufficient that it was impacting our results.
BY MR. CVITANOVIC:
Q Have you -- are you still treating contaminated leachate?
MS. SCHWARZ: Object to form.
MS. PREHEIM: Objection.
THE WITNESS: No. My understanding, when I found out about the results, I was also informed that Wausau Paper was putting in a pretreatment system.
BY MR. CVITANOVIC:
Q Have you tested that leachate since they put in a

Page 114

pretreatment system?
A I have not.
Q So you don't know whether it's -- what the level of treatment obtains?
A I saw some validation data that the process was capable.
Q Okay.
A I haven't seen subsequent results.
Q Have you done any comparisons of your sludge before and after treatment to see what effect it had on your sludge?
A The sludge has remained relatively consistent here through the three -- the cycles that we've tested.
Q Did you do cycles before and after the treatment was done?
A I believe the treatment was done before the sludge was -- was sampled.
Q So we don't know what that -- what impact that contaminated leachate would have had on the sludge before for all the years when it was untreated?
MS. SCHWARZ: Objection.
THE WITNESS: I don't know.
BY MR. CVITANOVIC:
Q Did you ever calculate what the potential PFAS loading you would get in your sludge from that

Page 115

leachate would be?
A I think I did take a look at -- at that if -- yes, I think I did take a look at that at one point in time.
Q And what did you conclude?
A That -- that it was a relatively low amount. May not even be -- be discernible.
Q Okay. And where did you do those calculations?
A Just -- where?
Q Yes. Did you do them on scratch paper? Did you do them on your computer?
A I -- I may have done them on the computer.
Q Did you share them with anybody?
A No.
Q And why not?
A Because the -- the results are negative.
Q Okay. Do you think that those results are -- excuse me.
Do you think that that analysis is still on your computer?
A I don't know.
Q Did you delete it?
A I haven't deleted any files since the litigation hold.
Q Okay. Which would have been in 2023?
A Okay.

Page 116

Q Well, the litigation started in 2023; is that right?
A I don't know. Is it on here? That sounds about right. I don't recall.
Q Don't worry about it.
A I don't recall. Well --
MR. CVITANOVIC: I'm going to ask you another quick question. To satisfy the people on Zoom, I'm going to throw a document in the chat. And this will be Exhibit No. 4.
(Exhibit 4 marked for identification.)
MR. CVITANOVIC: Do you remember what we showed you earlier about looking at documents on the computer?
MS. PREHEIM: Can you read into the record the Bates number, please?
MR. CVITANOVIC: Oh, yeah. Yeah, certainly. This is going to be AHLSTROM_RH_0111269.
Were you able to access it?
MS. PREHEIM: I'm not.
THE WITNESS: Yeah, it didn't --
MR. CVITANOVIC: Is anybody else here on Zoom able to access it? Yes?
MR. OLSON: Yeah.
THE WITNESS: Here, it came up again.
BY MR. CVITANOVIC:

Page 117

Q Okay. Can you see what I'm looking at?
A Tracy Huber, Northern Lake, okay.
Q I'm just going to scroll down to the first e-mail, subject PFAS testing from Tracy Huber to it looks like you, right? Do you see your name there?
A Yep. Yep, I do.
Q And then a guy named Mark? Do you see Mark's name?
A Mark Theiler, yes.
Q Who is Mark?
A He's one of the operators.
Q Okay. So skim through that message real quick if you don't mind and tell me when you're ready.
A Okay.
[redacted]

Page 118

A [redacted].

MR. CVITANOVIC: I'm going to pull up another document for you. Sorry. Give me two minutes, if we can just go off the record to get something organized.

MS. PREHEIM: Sure.

Page 119

VIDEOGRAPHER: Going off the record at 12:12 p.m.

(Break taken from 12:12 p.m. to 1:01 p.m.)

VIDEOGRAPHER: We're back on the record at 1:01.

MR. CVITANOVIC: Great. I'm going to pass you another document, which is going to be Exhibit No. 5.

(Exhibit 5 marked for identification.)

MR. CVITANOVIC: Put the Bates number in the chat again, Stella-TERBEEST_D&R-000218.

Here you go.

Can I see that back actually really quick?

MS. PREHEIM: Thank you.

BY MR. CVITANOVIC:

Q And this is another set of testing documents like we looked at before from Mr. Kuczmarski.

Can you recognize it as that?

A I'm sorry, what was that?

Q Do you recognize that these are testing results similar to what you looked at before from Mr. Kuczmarski, Jerry?

A Yes.

Q Okay. Do you see the date on this?

A December of 2022.

Page 120

Q Okay. And do you see the location?

A It's out in the Stella area.

Q North of Mr. Kuczmarski?

A I don't recognize that address.

Q Okay. Do you recognize Stella Lake Road?

A I know about where it is.

Q Okay. Would you visit the Stella area at least annually during the time that you were land spreading there? You being the mill in that instance.

A Typically. Usually it was associated with the ag research station right there on Highway C, that's just immediately off of Bryn Afron Road there.

Q Okay. In December of 2022, were you aware that DNR was performing private well testing in the Stella area?

A I was aware that DNR was performing private testing. I don't recall the date.

Q Okay. When you first learned that DNR had identified PFAS in private wells around Stella, did you discuss that with anybody else at the paper mill?

A I think at some point in time it became public knowledge and it was, you know, in the media, it was in the -- I -- how would you describe it? It was in the community. It was, you know, openly discussed that there's contamination, that there's testing

Page 121

going on out in the Stella area.

Q When you first saw that there was significant PFAS in private wells around the Town of Stella, were you concerned that it might be associated to the mill?

MS. PREHEIM: Objection to form.

THE WITNESS: One of the first assertions that I heard was that it was -- it's got to be associated with the -- with the paper mill and the land spreading program. That was the discussion, speculation, whatever in the community.

BY MR. CVITANOVIC:

Q Who did you hear that from?

A Landowners in the Stella area.

Q Did those concerns come directly to you?

A The concerns? The -- the conversation or the assertions were -- were relayed to me.

Q By whom?

A Oh, for example, I might be out for Friday night fish fry; somebody might come up to me and say, hey Tom, what about -- or what do you think about that contamination, you know, what's your opinion on that, you know.

Q What --

A Members of the community.

Q What about specifically within the mill? When did

Page 122

the PFAS contamination in the Town of Stella become a topic of conversation within the mill?
A Well, when it became public information. When, you know, it starts getting reported in the -- in the media, for example. And typically -- well, I'll leave it at that.
Q Well, typically what?
A Well, when it gets reported. When something like that gets reported, there's an event in the media, then it's -- then it's talked about in the mill. There's a significant community event.
Q Was there a concern when it was reported in the media that the mill would be blamed?
MS. PREHEIM: Objection to form.
THE WITNESS: I think there was a concern that the mill -- yes, that unduly -- the mill could be unduly characterized as being the source without there having been any evidence, investigation, other than the fact that there's contamination out there. We had seen that with the airport, for example.
MR. CVITANOVIC: Okay.
THE WITNESS: The airport was -- the allegations were that it was associated with land spreading at the airport. Turned out that wasn't true, it was AFFF, but that didn't stop people from

Page 123

speculating or -- including in the media.
BY MR. CVITANOVIC:
Q When the testing results started coming out in December of 2022, did you make an effort to track the locations of the positive PFAS test results?
MS. PREHEIM: Objection on the grounds of privileged. If -- if what his activities, if what he did was done at the direction of counsel, then it's privileged and I instruct him not to answer.
THE WITNESS: I'm invoking privilege. Just -- okay.
BY MR. CVITANOVIC:
Q Did you -- okay. When was the first time, the first date or month or year, that you had a privileged communication with an attorney from Arnold & Porter?
A From Arnold & Porter? I don't recall. Certainly -- I don't recall.
Q Okay. Did you ever, independent of any guidance from attorneys, track the locations of PFAS contaminated private wells?
A No.
Q Did you, independent of any guidance from attorneys, compare, even informally, the locations of PFAS contaminated private wells with the locations of historical land spreading?

Page 124

A Independent of privilege?
Q Independent of anything directed by counsel.
A No.
Q Okay. Did you happen to note in an offhand way just casually that there was a correlation between the locations of land spreading and the PFAS contaminated private wells?
A I -- I guess I'm struggling because I -- I don't want to say something that might be privileged; but my participation or my activities as the volume of data grew, I stopped. I stopped doing that because I just did not have the -- the time and the wherewithal and so forth. And by that time, DNR had already started publishing the data, too. So, you know, it was -- the data's out there.
Q When did you first go to the -- I think they call it BRRTS -- website?
A I've been familiar with BRRTS for 20 years.
Q Okay. When did you first go to the BRRTS website and look specifically for the contamination file related to the Town of Stella?
A I don't recall. Whenever the DNR opened a case number for that.
Q And then once it was opened, once a case number was opened, would you say you went once a week?

Page 125

MS. PREHEIM: Objection based on privilege. Andrew, to the extent he did this at the direction of counsel, it's privileged.
MR. CVITANOVIC: It's just a little bit of a struggle if everything that he did at his work from 2022 on is subject to privilege. It really makes it difficult to have an examination of the witness.
MS. PREHEIM: That is not what I'm asserting privilege. I'm asserting privilege on what he just described in terms of the activities that you're asking about, that's it.
MR. CVITANOVIC: Okay. Take a look if you can at the test results associated with the address on Exhibit 5.
MS. PREHEIM: What Bates number do you want him to look at, Andrew?
MR. CVITANOVIC: He can look at -219 or he can look at the --
MS. PREHEIM: Okay.
MR. CVITANOVIC: -- the lab report, whichever is more convenient for him.
THE WITNESS: Okay, I see. All right. I was trying -- there's multiple pages in the lab report. I was trying to distinguish the differences

Page 126

between them.
BY MR. CVITANOVIC:
Q Are you at the lab report?
A I'm at page -221.
Q Sure. Do you see the levels for PFOA?
A Yes.
Q And can you read the number?
A 10 -- well --
Q Do you need your pen back? I think it's to your --
A That would be great.
101.
Q You have PFOA as 101?
A PFOS.
Q Oh, I'm sorry. Okay. So PFOS is 101.
What do you have for PFOA?
A 1920.
Q Okay. And that's nanograms per liter?
A That's correct.
Q Do you know if the paper mill ever used fluorochemical that contained PFOA or PFOS in any quantities?
A My understanding is the chemistries used at the paper mill did not contain those constituents.
Q Do you know if the products -- excuse me.
Do you know if the fluorochemical used at

Page 127

the mill prior to your arrival contained chemistries that could break down in the environment to PFOA or PFOS?
A I am not familiar with the fluorochemistries used prior to my tenure.
Q Did you ever have any conversations with Mr. Katchko about the fluorochemicals used prior to your tenure?
A I had conversations with Mr. Katchko about fluorochemical use in general and that the chemistries we're using did not contain PFOA and PFOS.
Q Did you ever have conversations with Mr. Katchko about whether scotch brand -- excuse me -- Scotchban brand's fluorochemicals could break down to PFOS?
A Scotch brand?
Q Scotchban.
A Scotchban. I had conversations with Mr. Katchko about why certain 3M products are showing up in the media as containing PFOA or PFOS.
Q Okay. And what was the result of that conversation?
A It was based on their -- you know, their chemical structure.
Q Did you come away from that conversation understanding that PFOS was a chemistry that was associated with 3M Company?

Page 128

A I'm aware of that now as part of this litigation process.
Q Okay.
A I've seen that somewhere -- somewhere along the way.
Q Was that something that you learned from Mr. Katchko?
A I don't recall.
Q Okay. Before we set this document aside, would you drink water from a private well containing PFOA at 1,920 nanograms per liter?
A My same comment as the previous document we looked at regarding Kuczmarski, that I would get consultation and look at possible RO or carbon options.
Q Okay.
A And whether or not those made sense.
Q You don't disagree with DNR's recommendation that this water not be used for drinking or preparing foods that take up a lot of water?
A That -- that's DNR's recommendation? Let's see.
Q Well, that's DNR and DHS.
A DHS. I would certainly defer to their expertise in this matter.
Q Okay. Certainly you don't think that the DNR and DHS recommendation is not based on science?
MS. SCHWARZ: Objection to form.
THE WITNESS: Is not based on?

Page 129

BY MR. CVITANOVIC:
Q You don't think -- let me ask a different question.
You don't -- it's not the case that -- you are not of the opinion that DNR and DHS -- DHS's statement here is unfounded by some scientific basis?
MS. PREHEIM: Objection to form.
THE WITNESS: I said previously I will defer to the agency's judgment in this -- in this matter. That is where their expertise lies.
MR. CVITANOVIC: Give you another document. I probably could have gotten this one with a Bates number, but it's not. It's the -- it's your response to Meg Schaeffer-Utter. Pass it to you.
MS. PREHEIM: Thanks.
MR. CVITANOVIC: There's another one.
BY MR. CVITANOVIC:
Q So this is a -- a response to request for information from Ahlstrom Rhinelander LLC, Ahlstrom NA Specialty Solutions LLC to Meg Schaeffer-Utter, Wisconsin Department of Natural Resources, on June 28, 2024; is that right?
A Yes.
Q And this is a letter that you sent to the DNR?

Page 130

A Yes.
Q And why did you send this letter to DNR?
A That's a response to their letter of April 24th.
Q Was this the first communication you had with DNR about PFAS contamination in Stella?
A To the best of my recollection, yes.
Q Did DNR ever reach out to you formally or informally, in writing or verbally, and ask you anything about PFAS contamination in Stella prior to this letter?
A I don't recall any, no.
Q Okay. So -- and you certainly didn't reach out to DNR on your own to communicate with them about the contamination in Stella?
A Correct, uh-huh.
Q So just a couple things. Starting in paragraph one where you have -- you identify two companies, Ahlstrom Rhinelander LLC and Ahlstrom NA Specialty Solutions.
Do you see that?
A Correct.
Q What's the difference between those two entities?
A I would have to defer that question to legal counsel. While I signed the letter, I did not put together the response on the company structures.
Q Okay. Paragraph one contains information that came

Page 131

from other people?
A It came from the DNR. That's -- the DNR had addressed the letter to those corporate structures.
Q I see.
A But what the difference is between them, I would have to refer you to legal.
Q And so what about paragraph two? Can you speak to any of the subjects identified there, including Essity Professional Hygiene North America, LLC's involvement?
A No. That's another corporate structure legal question.
Q Okay. So you don't know anything about the stock acquisition identified there?
A Correct.
Q Okay. What about in the substantive portion of this document, did you provide -- did you actually type this document?
A This document was passed back and forth between me and legal, so there were portions I edited or made paragraphs or statements that I wrote, but I was given a framework to work with.
Q How many employees were involved in the production of this document? Employees.
A Employees?

Page 132

Q Uh-huh.
A I'm the only one that I recall.
Q Okay.
A Well, let me -- let me clarify that. I am the only nonlawyer that I recall.
Q So no -- you don't recall any other employees of Ahlstrom being involved in this document that were copied on the e-mails where it was communicated around?
A I believe in-house counsel was involved in this.
Q Okay. Nobody else with an environmental role?
A Correct.
Q Okay. Not the -- the new person who took over your role?
A Correct.
Q Not --
A This was before.
Q Okay. Not Cara Kurtenbach?
A She was gone.
Q Not Andy Myers?
A Andy Myers?
Q Steve Myers.
A Steve Myers was gone.
Q Okay. Was there anybody in that -- in a company-wide position other than in-house counsel that was

Page 133

involved in this letter?
A No.
Q What information did you gather to respond back to DNR's request?
A Well, it's appended here at the end --
Q Okay.
A -- in the exhibits.
Q So you've got Exhibit A, which is the land spreading, right?
A Correct. It's a summary of land spreading activity by field by year in the -- in the Stella area.
Q Okay.
A This is -- yeah, that's it.
Q And then you have some testing results, and which do those relate to?
A These are to the leachate sampling that we did.
Q Okay. And anything else included with that?
A Test results on the leachate sampling, going back here. No, that appears to be it, Exhibit A and B. Oh, I -- I see in here that just as a matter of clarification, we talked earlier about the sequence of events for sampling the leachate versus the fibercake, and the first fibercake event -- sampling event was before we tested the leachate.
Q Can you see the date in there?

Page 134

A July 25, 2023.
Q And when was the leachate tested?
A It was tested in 2024? 2024. Correct, 2024.
Q You see in the -- on page 1 where it has certain italicized language where it says, "Please provide any information, records, or documents regarding Sites or Facilities within three miles of the Village of Starks in the custody, possession or control of Ahlstrom, as follows:"
And it lists whole bunch of different things.
A Yes.
Q Do you see where it says, "...PFAS emissions estimates or calculations as well as emissions modeling data..."
A Correct.
Q Did you --
A Yes.
Q Did you provide them the estimates that you had generated for potential sludge characteristics -- or excuse me -- for PFAS in sludge characteristics that you did on your own?
A No, I had not.
Q Okay.
A I understand this to be, when they talk about PFAS

Page 135

emissions estimates or calculations, related to air emissions.
Q Okay.
A We supplied them with the -- irrespective of the calculation that we may have done, we supplied them with data that included the impact of the leachate on the fibercake.
Q Okay. But you had more information available to you than just what was attached here, right?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, we included the -- the sampling data and the analysis. Again, I assumed -- or I read that as air emissions, and we didn't have any air emissions data because they talk about modeling, and we didn't have any modeling data.
BY MR. CVITANOVIC:
Q Did you give him any MSDSes or SDSes for any fluorochemicals that you had used in the mill in the past?
A I'm sorry, what was that question again about the SDSes?
Q Did you provide any SDSes to DNR related to historical fluorochemical use?
A No. Not in conjunction with this response, no.
Q Did you at any point in time?

Page 136

A I don't recall that we did, no.
Q Did you ever provide any information to the DNR in their wastewater treatment plant oversight role related to fluorochemicals used at the mill?
MS. PREHEIM: Can you read that back to me, please?
(RECORD READ.)
MS. PREHEIM: Objection. Form.
Go ahead.
THE WITNESS: Certainly my conversations and -- with -- and interactions with the basin engineer included the types of chemistries that the mill was using.
BY MR. CVITANOVIC:
Q Who was the basin engineer?
A Steve Olm.
Q Steve Olm. Did you ever e-mail Steve Olm any MSDSes related to the chemistries in use at the mill?
A I don't recall if I did or not.
Q Okay. Do you see where it talks about PFAS usage estimates per year in bullet one?
A Yes.
Q Did you ever provide -- or did you in response to this letter provide any estimates on fluorochemical use at the mill?

Page 137

MS. PREHEIM: Objection to form.
THE WITNESS: I did not.
BY MR. CVITANOVIC:
Q The fluorochemical historically used at the mill did contain PFAS chemistries, didn't it?
MS. PREHEIM: Objection to form.
THE WITNESS: It was my understanding that they did not.
Oh, I'm sorry. What's the question again?
BY MR. CVITANOVIC:
Q Isn't it true that the fluorochemicals in use at the mill contained PFAS, P-F-A-S, chemistries?
MS. SCHWARZ: Object to form.
MS. PREHEIM: Yeah, objection to form.
THE WITNESS: Yeah, that's kind of redundant. I mean, that's what they are. I mean, fluorochemistries are PFAS. I mean, they're --
MR. CVITANOVIC: I am just trying -- I don't really understand the earlier objection. I was trying to clarify, but that's okay.
BY MR. CVITANOVIC:
Q Did you ever provide any estimates to DNR regarding historical fluorochemical use?
A I did not.
Q Do you think that this letter was calling for that

Page 138

information?
MS. PREHEIM: Objection. Form.
THE WITNESS: My recollection is that we provided the information that we had available.
BY MR. CVITANOVIC:
Q So my question is a little bit different. Looking at the letter right now, do you -- do you read it as requesting PFAS usage estimates per year? Which as I understood earlier you said PFAS and fluorochemical are essentially the same.
MS. PREHEIM: Objection to form.
THE WITNESS: PFAS usage estimates per year, yes, it was requesting that.
BY MR. CVITANOVIC:
Q And why didn't you provide it?
MS. PREHEIM: Objection to form.
THE WITNESS: Because I did not have it. I only -- I provided information that I had.
BY MR. CVITANOVIC:
Q Okay. You personally?
A Yes.
Q But other people in the mill certainly had information about the amount of fluorochemical that was used per year. For example people in the technical department, people in sales, people in

Page 139

operations.
A I don't know that.
MS. PREHEIM: Objection to form.
BY MR. CVITANOVIC:
Q Okay. If you wanted to find out how many pounds of fluorochemical the mill used between 1995 and 2024, who would you go to to find out that information?
MS. PREHEIM: Objection to form.
THE WITNESS: That --
MS. PREHEIM: Oh, withdraw the objection. Go ahead. I misheard.
THE WITNESS: 1995. I would be hard-pressed to know where to even look for information related to chemical use back in that era.
BY MR. CVITANOVIC:
Q Okay. Well, who would be the first person you would go to about chemical use at any point in time?
A I'd probably ask purchasing --
Q Okay.
A -- do you have records from 1995.
Q Who would you talk to in purchasing?
A Linda Fox.
Q Okay. Did you go to Linda Fox and ask her for historical PFAS usage records?

Page 140

A No, I did not.
Q Do you agree that that would be helpful for DNR to understand the potential scope of the contamination?
MS. PREHEIM: Objection to form.
THE WITNESS: No, I don't agree.
[redacted]
Q Okay. Why was -- I'm looking on the second page, second to last paragraph.
Whose request was it that the Pine Lake Landfill leachate be tested?
A I don't know.
Q Was it you?
A No.
Q It was not?
A Correct.
Q Okay. When did you first learn that the Pine Lake leachate was going to be tested?

Page 141

A I'd say right about the time -- that time, that month, whatever that date was. Was that March of 2024?
Q And who -- who was involved in the communication to you about that fact?
A Legal counsel.
Q Who is your payroll employer, the name of the -- let me ask this:
It says here Ahlstrom NA Specialty Solutions LLC generated and transported fibercake. Is that the name of the company that employs you?
A Ahlstrom NA Specialty Solutions, yes.
Q That's your employer?
A Yes. I work for Ahlstrom.
Q Well, just to be clear, that -- that particular entity, Ahlstrom NA Specialty Solutions LLC?
A Oh, I can't -- I can't speak to that, if there's a -- how that's set up, if there's some layers in there. I don't know that. That's a question for counsel.
Q What's it say on your W-2?
A I don't recall.
Q Okay. Do you know if that statement that you put in this document is factually accurate about Ahlstrom NA Specialty Solutions LLC being the generator and transporter of fibercake?

Page 142

A I believe it to be, yes.
Q Okay. Do you track -- did you historically track on any kind of GIS system, like Google Earth or RGIS, historical land spreading locations?
A No.
Q Did Tracy Benzel?
A The -- I -- I guess you'd have to ask Tracy exactly how he did it; but when that field was approved for -- when we spread a field, we put out a series of sheets, and it identified the spreading. It delineated the spreading on aerial photos where that spreading event was occurring, and that went into the file.
Q Into your file?
A Into my file, yes.
Q Did you look at that on Google Earth?
A And Tracy's file. Tracy was generating those. I'm a -- he's probably using Google Earth. I don't know that he's using Google Earth.
Q Okay. And you -- but you did not use Google Earth to visualize the land spreading sites?
A That's correct.
Q All right. For anything else in your work?
A I would use Google Earth for locating smokestacks or getting coordinates for -- you know, for sending

Page 143

consultants key, you know, features around the mill, that type of thing, yeah.
Q Prior to the engagement of counsel, you never had any map or anything that you used to visualize the locations where land spreading occurred?
A That's correct. It was all hard copy. Hard copy printouts.
MR. CVITANOVIC: Okay.
THE REPORTER: Were we marking that as Exhibit No. 6?
MR. CVITANOVIC: 6, yeah.
(Exhibit 6 marked for identification.)
BY MR. CVITANOVIC:
Q When is the last time you talked to John Katchko?
A Wow. It's been quite a while.
Q Okay.
A I -- I don't know.
Q Have you talked to him since he's retired?
A Yes.
Q Have you talked to him about PFAS contamination in Stella?
A I don't recall.
MR. CVITANOVIC: I'm going to share a document with you, it's going to come up in the chat now. This will be Exhibit No. 7.

Page 144

(Exhibit 7 marked for identification.)
MR. CVITANOVIC: Katchko -16.
BY MR. CVITANOVIC:
Q Can you see it?
A Gmail. That's a Gmail account, yes. Yes.
Q Do you see that this is an e-mail from you to John Katchko, September 26, 2023, from Tom.Emond@ahlstrom.com to johnkatchko31@gmail?
A Yes.
Q Does this refresh your recollection?
A I don't recall why -- why I asked John to give me a call.
Q Do you go fishing with John?
A No, I don't.
Q Do you go hunting with John?
A No, I don't.
Q Do you guys have something in common outside of the paper mill?
A No.
Q What's your favorite topic that --
A I'm sure it was PFAS related. I just don't remember the nature of it. If -- somebody was probably trying to get a hold of John. Well, I shouldn't say I'm sure it was PFAS related. People would call and say where's John Katchko. John was working as

Page 145

consultant. There could have been, you know, a consulting opportunity for him. I don't know if this was related to any efforts by legal counsel to reach him. I just don't remember this specific interaction, why I -- why I reached out; but since it says favorite topic, it probably is PFAS related in some way, shape, or form.
Q Okay. Was that intended to be kind of humorous?
A Yeah, sarcastic.
Q I imagine it's not actually a preferred topic at the paper mill?
MS. PREHEIM: Objection to form.
THE WITNESS: A preferred topic. It's not -- I was being sarcastic, that's all I can say. It's not a favorite. It's not a happy topic.
MR. CVITANOVIC: That's right.
THE WITNESS: There we go. I would agree with that characterization.
BY MR. CVITANOVIC:
Q That's not a happy topic?
A Yes.
Q And it's not a happy topic because it's a -- PFAS regulations are burdensome on the paper mill?
MS. PREHEIM: Objection to form.
BY MR. CVITANOVIC:

Page 146

Q Correct?
A Well, certainly at this point in time. I -- I don't know that they've been promulgated, or to what extent. I -- I don't remember when the surface water standards came out, but -- but I don't know that I'd say burdensome. I don't know how I would describe it.
Q So just in reviewing a lot of your e-mails and correspondence, it seemed like you had some pretty strong feelings about PFAS.
MS. PREHEIM: Is there a question pending, Andrew?
MR. CVITANOVIC: Not really. Not precisely, you're right.
BY MR. CVITANOVIC:
Q Did you -- did you -- did you express negative feeling towards proposed PFAS regulations?
MS. PREHEIM: Objection to form.
THE WITNESS: I had provided comments on certain proposed regulations, that is true, as part of my job, my responsibility, and -- well, leave it at that.
BY MR. CVITANOVIC:
Q Did you view the proposed DNR regulations as heavy handed?

Page 147

A No. I proposed -- I, at least with regard to the groundwater standard, which is what I was referring to, and I provided comment on the proposed rule that the DNR had not done their job and that they had not followed the rule making process. It had nothing to do with the standard itself. It was their -- their -- they didn't do a proper evaluation of the standard, and that was the nature of my comments.
If they had done that, I probably wouldn't have commented at all. The comments would have been mine.
Q And explain that for me so I can understand.
What was your concern about their process?
A That they were required to do a cost evaluation, cost impact of their rule, and they failed to do that.
Q And why did you think that the proposed groundwater standards were going to have a cost impact on the Rhinelander Paper Mill?
MS. PREHEIM: Objection to form.
THE WITNESS: It wasn't -- it wasn't -- it wasn't solely the Rhinelander Mill, it was the regulated community at large.
BY MR. CVITANOVIC:
Q Okay. But you don't represent -- you didn't work for the regulated community at large, you provided those

Page 148

comments as an employee of the Rhinelander Paper Mill --
A Yes.
Q -- correct?
A As part -- yes, as part of the regulated community.
Q Okay. And so what was your concern about how that would affect the Rhinelander Paper Mill as a member of the regulated community?
A Okay. There wasn't enough -- one of the problems with the rules is there wasn't enough information in it. It was to determine what those costs were and what the impact was, or potential impact was, on the regulated community or what the compliance demonstration would even be on the regulated community.
Secondly, some of the cost estimates that they had in there were woefully, woefully low. They were not realistically -- they weren't realistic.
Q And what were the costs that were identified?
A With, like, carbon -- carbon treatment.
Q Uh-huh. So for example, if you needed to use carbon treatment for all of your effluent, that would have a cost associated with it, right?
A That would.
Q It would be a substantial cost?

Page 149

A Potential, yes. Yes, carbon is a substantial cost, without a doubt.
Q That's the same kind of treatment that we discussed earlier that could be used to treat private wells?
A The cost of treating a private well of a few gallons a day is a lot different than trying to treat eight million gallons a day of water.
Q No, I'm not -- there's no confusion here on that point; but the RO and the activated carbon, those are the same kind of treatments across this spectrum, right?
A The same type of technology, yes.
Q Okay. What other costs did you identify that you felt that DNR did not adequately account for in their rule making?
A Transportation costs were underestimated, I don't recall all of them; but the comments or the letter is out there, yes.
Q Okay. Were you concerned that if you couldn't land spread from the mill, that you would have substantial costs associated with the disposal of your fibercake?
MS. PREHEIM: Objection to form.
THE WITNESS: Certainly the potential existed in this rule that it could have a significant cost impact on the facility. The

Page 150

biggest challenge was not knowing what that cost was.
BY MR. CVITANOVIC:
Q Did you ever do any analysis to see what the cost of various disposal options would be if the land spreading program couldn't continue?
A Well, we have -- we landfill material, for example, all the time. We know what those costs are. If we had to revert to that, at least on a short-term basis, if the mill was committed to -- to alternate disposal such as landfilling, then obviously we'd look at siting another landfill at some point. And then there's the upfront cost, but it's amortized over the life of the landfill, which is substantially less than a commercial facility. So where that tipping point is, I don't know over a long-term basis.
Q Were you ever involved in any evaluations at the mill to determine what the tipping point would be?
A On a -- on a site, on a captive landfill?
Q Yes.
A I -- I don't recall that. I know I put together some estimates if we had to go out commercially, I recall that.
MR. CVITANOVIC: Pass you a document.

Page 151

I'll put an exhibit sticker on it. It's AHLSTROM_RH_ -97205.
(Exhibit 8 marked for identification.)
MR. CVITANOVIC: Exhibit No. 8 on it.
MS. PREHEIM: 7 or 8?
THE REPORTER: It's 8. 7 was online.
MR. CVITANOVIC: 7 should be the one in the chat.
MS. PREHEIM: Thank you. Thanks.
MR. CVITANOVIC: Actually, we've been going for about an hour. Do you want to -- it looks like you need to read that. We can take a break now or we can --
MS. PREHEIM: That's up to --
THE WITNESS: Is it just a straightforward, simple question, or you want to spend some time on this?
MR. CVITANOVIC: That's the only kind of question I ask.
THE WITNESS: I guess we better take a break then.
VIDEOGRAPHER: Going off the record at 1:57.
(Break taken from 1:57 p.m. to 2:08 p.m.)
VIDEOGRAPHER: We're back on the record at

Page 152

1:08 -- 2:08, pardon me.
BY MR. CVITANOVIC:
Q Mr. Emond, can you tell me what this document is that we're attaching as Exhibit No. 8?
A Well, I'm --
Q I'm sorry?
A I'm reading it right now. This is a request for information by Thomaz Gruber, who's the -- one of the VPs.
Q And where is he physically located?
A He was at the Kaukauna facility.
Q Okay. And what was his role?
A He's vice president of a particular business unit. I don't recall which one it was. It was how the company was organized in the food and, you know, technical papers and all these different divisions or groups, you know.
Q Why did you send this memo to Mr. Gruber?
A It was an information request that he had made.
Q Do you know what precipitated this request?
A I believe my recollection is that what we would do if we decided to get out of land spreading tomorrow.
Q Okay. Why would you want to get out of land spreading?
A Should -- should something happen, should

Page 153

something -- I don't know. I guess you'd have to ask Thomaz why he asked me for this information.
Q By 2022 were there concerns at the mill that the historical land spreading program resulted in groundwater contamination that would exceed the proposed DNR regulation?
A Boy, that's -- I think it was if the facility wasn't able to continue to land spread for any reason whatsoever. Say the State of Wisconsin was like Maine and prohibited land spreading or something like that. I mean, it's not -- not specific to a particular concern. It's, you know, what does the -- what does the worst-case scenario look like.
Q Well, moving past Mr. Gruber's intent or mind-set, was there a concern at the mill in February 2022 that the historical land spreading had been a cause of groundwater contamination above proposed DNR groundwater standards?
A No. The -- chemistries being used at the mill did not contain PFOA and PFOS.
Q That's not what I asked, though.
A So, was there a concern that our land spreading program, the current land spreading program, at this time was -- was not necessarily -- didn't meet the -- couldn't meet the proposed standards? I -- I don't

Page 154

know that that's -- that's true. I mean, that -- we didn't know that. I mean, we certainly didn't know how the proposed standards are going to be implemented.
Q Was there a concern in 2022 that somebody would blame the paper mill for exceedances in groundwater standards at sites where historical land spreading had taken place?
A People were already asserting that the Stella contamination was the result of mill activity, irrespective of the proposed groundwater standard.
Q In February of 2022?
A I don't know. Is that timing -- do I have my timing right? I don't recall why Mr. Gruber asked that, but it's -- it's what would happen if the land spreading program were to go away, what would that look like.
Q Okay.
A So I -- I mean, he's the one asking for it. This isn't something I generated, you know, it was -- it was in response to his request.
Q Sure. Is this accurate in paragraph one, two, three, four where it says 100 landowners and 250 separate parcels in the program?
A Approximately, yes.
Q Okay. And approximately 50 different parcels over

Page 155

500 acres per year?
A Yes.
Q At any point in time, did the mill communicate to any of those landowners what sort of fluorochemicals were in use at the mill?
A Landowners were aware that -- that we were a food grade mill and that our chemistries were FDA approved.
Q Okay. What does FDA approval have to do with the compostability or the agricultural use of paper mill fibercake?
A What was your original question? It wasn't about compostability. You said were the landowners aware of what? What were the landowners aware of? What was the question?
MR. CVITANOVIC: Yes. Could you read the question back.
(RECORD READ.)
MR. CVITANOVIC: And then he answered that, and then I want to -- what was the next question about FDA approval?
(RECORD READ.)
THE WITNESS: You didn't -- that wasn't the question you asked me about we communicated the type of chemistries we used.

Page 156

MR. CVITANOVIC: Yeah, in your response --
THE WITNESS: Yes.
MR. CVITANOVIC: In your response you mentioned FDA approval, so I'm trying to understand.
THE WITNESS: Grease-proofed papers, FDA approved, yes.
BY MR. CVITANOVIC:
Q What's the relationship between FDA approval of grease-proof papers and the agricultural use of plant fibercake?
A Well, the plant fibercake, the value in that is its nitrogen content, its phosphorus content, a little lime, its organic content.
Q Sorry. Mr. Emond, are you saying that the FDA approved the fibercake because of its --
A No, the FDA has not approved the fibercake. We're talking about -- I guess we're talking about different things here. I -- I don't know that I understood the transition from do you tell the -- tell the landowners what -- what types of chemistry you are using in there versus what -- what are the value of the fibercake to them as a -- you know, as a farmer or a landowner.
Q And I want to understand what you're communicating to the farmers about the potential hazards associated

Page 157

with the sludge that they're applying on their fields including, for example, the types of chemistries in use at the mill --
A Yep.
Q -- and any information available to the mill about therapy decompensation in agricultural fields.
A We -- we discuss the type of mill that we have, the fact that it is a food grade mill. We make all information that we have available to the landowners, a lot them -- there's a lot of info there, and we test for hundreds and hundreds of constituents on the fibercake.
I mean, a lot of their eyes will glass over and, you know, they don't care or, you know. But we certainly provide it, make it available to them. They as landowners are typically most interested in the -- those parameters that I mentioned, the nitrogen in particular, the phosphorus, the organic content, the lime content, the pH adjustment.
Q Okay. Do you have a packet of materials that you provide to these farmers related to the fluorochemicals in use at the mill?
A Yeah. We had a sheet, if you will; and then like I say, we will provide supplemental data if -- like,

Page 158

test results if they're so inclined, they want to see that.

Q Okay. So when the farmers ask for information about historical use of chemicals at the mill, is that something that you would provide to them?

A It's typically Tracy out there doing it, but we provide it to Tracy because the mill is compiling it. They were doing the testing and the --

Q Did you ever tell Mr. Benzel not to provide information about historical use of fluorochemicals at the mill to farmers?

A No, I don't recall that.

Q Okay. Did you have a written statement for Mr. Benzel to provide to farmers who asked about historical use of fluorochemicals at the mill?

A Yes. Recently we had information or talking points for Mr. Benzel, yes, as this issue has emerged, yeah.

Q And did you restrict the information that he was allowed to provide to farmers about historical use of perfluorinated chemicals?

MS. PREHEIM: Objection to form.

THE WITNESS: We provided Tracy with information that had been reviewed and that we knew to be accurate and that we -- we wanted him to provide that. And that if anybody had additional

Page 159

questions, we would certainly look at those questions and get back to them, but we felt that that was, well, sufficient to address most of the questions that he's apt to get.

MR. CVITANOVIC: I am just going to turn my attention to another document. It's in the chat now. This will be document No. 9, AHLSTROM_RH_ -97210.

(Exhibit 9 marked for identification.)

BY MR. CVITANOVIC:

Q Do you see that e-mail?

A I'm pulling it up. Yep.

Q Is that consistent with what you told Mr. Benzel he could tell farmers?

MS. PREHEIM: Objection. Form.

THE WITNESS: Yes, I think this certainly is -- I think there's been subsequent -- I mean, this has been expanded on since then, but --

BY MR. CVITANOVIC:

Q When you say it's been expanded on, what -- how has it been expanded?

A Providing -- there's more substance to it, more talking points available to it that we've, yeah, added.

Q Tell me. Like if I was a farmer, what would you --

Page 160

what would you tell me about these questions?

A These aren't questions, these are statements. So if you have a question -- I mean, what's your question, you know. So straight up, the mill does not use chemistries currently being regulated, nor to our knowledge mill doesn't use chemistries that contain PFOS and PFOA. We have tested our fibercake. It's relatively low, it's within the mill's -- or it's within the DNR's criteria for industrial facilities. We meet the lowest category. I mean, all that is the information that's come forth. We have the test results if they were available. So all that information is now available to be provided to concerned landowners.

Q Okay. How long have you been getting questions from landowners about PFAS in fibercake?

A It coincides approximately with Stella.

MR. CVITANOVIC: Okay. I'm going to share another document with you in the chat. Can you pull it up? And this will be Exhibit No. 10.

(Exhibit 10 marked for identification.)

BY MR. CVITANOVIC:

Q Do you see that?

A Yes, I do.

Q And do you see that as of August of 2024, Mr. Emond

Page 161

is asking -- I'm sorry. Mr. Benzel is asking for an information package with paragraph -- with a paragraph to address the history and current analysis with respect to PFAS?

A We -- I believe we have. We make that PFAS data available now as part of that and --

Q Who -- which farmer -- if I wanted to pick one of the farmers out of all these landowners who received and obtained the most information from you regarding PFAS history and current analysis, who would that farmer be?

A I -- I think that's a question for Tracy.

Q Okay.

A Because he's the one interacting with the farmers.

Q Did you have an approved package of materials that you provided to Tracy?

A Yes. We're providing the information to Tracy. We're the ones collecting the data. We're the ones with, you know, the history and information; and just like that e-mail that you saw a few minutes ago, you know, here's information that you can use, Tracy, here's what you can provide. So we are giving that to Tracy.

Q Okay. But at least as of 2024, apparently Mr. Benzel didn't have that information?

Page 162

A He's asking for -- he's asking for more information; and I know we've updated it, updated the information he's had over time as it becomes available. And, you know, he's asking specifically for the current analyses, which we -- we provided the testing, you know, that we've done as we do for all the other constituents.
Q Okay. The long story short, Mr. Benzel would be the better person to ask about which individual farmers received what information from the mill?
A Yes.
Q Okay. So in terms of the liaison with the farmers, this was really something that Mr. Benzel handled more directly?
A Yes.
Q And your coordination was with Mr. Benzel?
A That's correct.
Q Okay. Let's go back to that February 11, 2022 internal memo, if you still have it handy.
MR. OLSON: Andrew, while we're transitioning, do you know what the corresponding Bates number would be with Exhibit 9? The version in the chat doesn't have Bates numbers.
MS. PREHEIM: You mean 10?
MR. OLSON: Is it 10?

Page 163

MR. CVITANOVIC: If it's okay with everybody else, when we conclude, I will swap it out. I think when I put this one in the folder, it was prestamping but there is a stamped version.
MR. OLSON: Okay, great. Thank you.
THE WITNESS: Yeah, Mr. Benzel's report I see he has a detail on who's providing PFAS information to which farmers.
BY MR. CVITANOVIC:
Q And who do you see is listed?
A In the -- in the description. Now how much information or what they -- they had, but there's Hanson, Woodford. So which one's the most, I don't know.
Q Okay. In looking through, you're looking at his invoice and the people he was talking to about PFAS issues?
A Uh-huh. Yep.
Q Okay.
A Nekoosa, that was a DNR -- DNR meeting. DNR has an annual meeting for industrial land spreading companies, or companies that are -- such as us.
Q Do you think that the landowners listed there have the technical ability to understand the testing results that the mill has for its leachate and its

Page 164

fibercake?
A Well, that's -- that's -- we try not to inundate them with a lot of technical data, and that's why we -- that's one of the reasons why we wait or that we test when there's a standard so that we have something to compare it to and to discuss it. So in this case, the fibercake results are discussed with respect to the industrial standard.
Q Uh-huh. Did you feel that you were capable of having these discussions with them independent of the standard?
A Without the standard, it's just a number. They say, well, what does it mean. Well, you know.
Q Did you ever --
A It's very, very difficult because they need -- you just kind of answered I think your own question there, that it's very complex in that they need some type of reference point, that they're not going to be able to discern the significance of just a number.
Q Were you capable in 2023 and 2024 to provide information to farmers about persistence and bioaccumulation of PFAS chemistries or uptake of vegetables of PFAS chemicals?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, I think Mr. Benzel's

Page 165

more versed in some of those subjects than I am.
BY MR. CVITANOVIC:
Q In that you felt that Mr. Benzel was more informed on PFAS issues as it relates to agricultural fields than you were?
A As -- as crop uptake, for example, specifically.
Q Is that something that you reviewed in your -- and maintained information on --
A No.
Q -- at the mill?
A It's not.
Q Is that something that you considered in your management of the land spreading program?
A No.
Q You didn't consider plant uptake in your management of the land spreading -- you didn't consider plant uptake of PFAS in your land spreading program?
MS. PREHEIM: Objection to form.
THE WITNESS: I think once again, we weren't using the PFAS of concern, PFOA and PFOS. We weren't -- you know, we weren't using those chemistries at the mill; and, you know, there was no expectation that they would be in the fibercake and that that would be an issue that needs to be addressed.

Page 166

BY MR. CVITANOVIC:
Q But it's so cheap to test. Why wouldn't you just test and be sure?
A Ultimately we did test, but -- but the -- again, without a reference point to compare the data to, I -- I don't know.
Q Well, so a reference point might be helpful when you're talking to the farmers; but for your own purposes, it's so -- it's only a few hundred dollars to test the -- to do a water test. Why not do testing to see what you've got?
MS. PREHEIM: Objection. Asked and answered.
THE WITNESS: Yeah, we did do testing.
BY MR. CVITANOVIC:
Q And starting in what year?
A '23.
MR. CVITANOVIC: I'm going to throw another document in the chat. This is AHLSTROM_RH_ -132085.
(Exhibit 11 marked for identification.)
BY MR. CVITANOVIC:
Q Can you see that document in the chat?
A Yes.
[redacted]

Page 167

[redacted]
Q No, this is just -- there's no switching gears. It's more like a continuous flow.
A Stream of consciousness.
Q Something like that.
A This is -- this is Pelican River. This appears to be Pelican River data here.
Q Okay. Did you test Pelican River again in 2022?
A Is that when I did it?
Q Because I understood from your earlier testimony it was maybe 2019-2020, that you did the Wisconsin River.
A I did. I did Wisconsin River --
Q Okay.
A -- and then I did a different event for Pelican.
Q And it was later?
A It was later, yes.
Q Okay.
A It was not part of the same -- same thing.
Q So when we look at the sample ID, Boyce, Oneida, Old 8, 17, do you know what those relate to?
A Boyce, that's a -- that's a street. Old 8, I don't. 17, I -- that's probably -- that's probably Highway 17. That's -- yeah.
Q Okay. But you think this -- is there anything on

Page 168

[redacted].
Q Okay. What is Project White?
A That is attorney-client privilege.
MS. PREHEIM: Objection. Privilege --
THE WITNESS: Yeah.
MS. PREHEIM: -- to the extent it reflects communications with counsel.
THE WITNESS: Yep.
BY MR. CVITANOVIC:
Q What year did Project White start?
A Oh, I don't recall off the top of my head what year Project White started.
Q Was it before 2022?
A I don't recall.
Q How many Ahlstrom employees have worked on Project White?
A I don't recall.
Q Can you list any other Ahlstrom employees who have worked on Project White?
A I don't recall.
Q Not a single extra employee other than yourself?
A My intern may have, I believe, worked on information requested for legal counsel, or by legal counsel.

Page 169

Q The same intern we discussed previously?
A Evan Rye. Oh, no. You're going to ask me which intern.
Q Every time, yeah.
A Yeah, I'm struggling to remember her name.
Q Okay.
A But, yes, the interns were supporting me as a general rule or comment.
MR. CVITANOVIC: All right. Let's try to get back on track. I do want to continue with this document.
MS. PREHEIM: Is that Exhibit 8?
MR. CVITANOVIC: Yes.
MS. PREHEIM: Okay.
BY MR. CVITANOVIC:
Q Do you see on the second page that there's a list of costs that are kind of broken down starting in paragraph -- well, let me just go through little by little.
So paragraph two says, Rhinelander generates 25 to 30,000 cubic yards per year. Is that about right?
A Yes.
Q And that's of fibercake?
A That's correct.

Q That's always been about that amount?
MS. PREHEIM: Objection to form.
THE WITNESS: It -- it varies from year to year, but I think that's a reasonable number to do a cross evaluation on.
BY MR. CVITANOVIC:
Q Yeah. I've seen some numbers that look like it might be over 30 some years, might be under.
A Uh-huh.
Q Sounds right?
A Yeah.
Q Okay. But for -- for cost estimating purposes, that would be a reasonable number. That's what I just understood you said.
A Yes, yes. I think that would be --
Q Okay. And you've got a total cost in here for delivery to the fields based on 2021 is 300,000?
A Total cost for fibercake to the point beyond where it was loaded on the truck. Yeah, okay, that's for delivery and spreading, yes.
Q So that's everything once it gets past the pad, right?
A Yeah.
Q Yes?
A Yes. Yes, it may not include consulting costs, but



that's an operating number.
Q Okay. I'm going to jump down to the next paragraph. It says -- how do you say that first name, Kaukauna?
A Kaukauna.
Q Kaukauna and Mosinee mills manage their fibercake with their facility landfills; is that right?
A That's correct.
Q Are there any Ahlstrom mills in the State of Wisconsin that land applied their sludge or that their fibercake?
A Ahlstrom mills. I don't know what Stevens Point does. That was a recently acquired mill.
Q Okay. Are there -- are you personally aware of any performance paper mills that land apply their fibercake?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, certainly -- there are other paper mills. Domtar. Domtar.
BY MR. CVITANOVIC:
Q Domtar?
A Domtar has a couple mills that land spread.
Q In Wisconsin?
A Yes.
Q And they are a specialty paper mill?
A I'm not sure what kind of paper Domtar makes.



Q Okay. As you sit here today, can you think of a single other specialty paper mill that land applies fibercake?
A I'm not on that side of the business. I mean, I'm not a paper guy, so I don't know what grades of paper a lot of these other mills make, so I can't answer that question.
Q Okay.
A But there's approximately 10 paper mills in the State of Wisconsin that land spread, land apply.
Q Okay. 10 in the State of Wisconsin?
A Yes.
Q And has it been around 10 during most of your career?
A Certainly within recent history.
Q So DNR came to your paper mill at some point and asked to test your -- your fibercake, right, or asked you to test your fibercake?
A Correct. DNR approached the facility, yes.
Q Did DNR single you out, your paper mill out, or was that something that was done across the state?
A We are the only mill that got tested, to my knowledge.
Q Okay. Is that still the case today?
A I don't know. So as permits are being reissued, they include testing obligations. So I don't know where



Domtar's permits are -- are, if they currently have a testing obligation or not, but they will have at some point.
Q Okay. Are there any other Ahlstrom paper mills in the world that land apply their fibercake from a -- just to be clear, are there any other Ahlstrom -- are there any other specialty paper mills owned by Ahlstrom where fibercake was land applied?
A I can't say one way or the other. I don't know what occurs at some of these other mills.
Q Okay. So as part of the cross-pollenization at the organization, did you have any communications with other business units about how they handled their waste?
A No. The cross-pollenization is -- is -- I think Mr. Katchko is referring to is the Wisconsin mills.
Q Okay. Scrolling down to the last paragraph there, you see that you have estimated 1,275,000 per year to manage Rhinelander fibercake at Mosinee and Kaukauna?
A That's correct.
Q As you sit here today, do you feel that's an accurate estimate?
MS. PREHEIM: Object to form.
THE WITNESS: At -- at those facilities?
MR. CVITANOVIC: Correct.

Page 174

THE WITNESS: Well, there's probably been some cost inflation over the interim.
BY MR. CVITANOVIC:
Q Sure. Okay. So adjust that number for inflation. What I want to get at is there's nothing missing from this, this would be the cost to take Rhinelander's fibercake, truck it to those -- to the waste disposal sites by Mosinee and Kaukauna, and then dispose of it there, right?
MS. PREHEIM: Objection to form.
THE WITNESS: Yes. These -- these would be my estimates to do that. I think there's an element of clarification here, though, that this is -- this would be a -- a short-term or an interim solution that ultimately, if we were going to go with a long-term landfill option, we would cost out a facility in Rhinelander.
BY MR. CVITANOVIC:
Q Near Rhinelander?
A In the Rhinelander area, yes.
Q Okay.
A Yes, at the Rhinelander Mill.
Q During your tenure at the mill, had you ever costed -- have you ever -- did you say cost out?
A Yeah, cost out.

Page 175

Q Have you ever cost out a new landfill?
A No.
Q Never?
A Done a formal cost assessment, no. Maybe somebody asked me for a ballpark figure once or something like that, but to -- to actually do -- get an engineering company to put together a cost for a facility, I have not -- not done that.
Q Okay. Would that have to be a hazardous waste approved landfill?
A No.
Q It would not?
A We don't -- we don't dispose of hazardous waste in landfills.
Q Okay. Ballpark, what does a landfill cost for a paper mill?
MS. PREHEIM: Objection to form.
THE WITNESS: I -- I don't know off the top of my head. I'd have to get an engineering company to do that.
BY MR. CVITANOVIC:
Q Had -- but did you -- did I understand you earlier you've done some kind of back-of-the-napkin numbers on that before?
A Today we were talking about that?

Page 176

Q No.
A I don't recall that, that we --
Q You never estimated or looked to see what those rough numbers would look like?
A I don't recall that. I mean, perhaps you're going to show me a document, I don't know, but I -- I don't recall doing back-of-the-envelope calculation. Regardless, if it was a back-of-the-envelope calculation, it's -- it's -- I would need more expertise than just me pulling out a number out of -- you know, a ballpark figure to hand to somebody.
Q Okay.
A You know, if we're going to do a really true assessment, which we -- which we would do if we were going to revert to landfilling.
Q Is the Rhinelander Mill considering landfilling today?
A No.
Q The plan is to continue with the land spreading program?
A As far as I'm aware.
Q What about these numbers here for -- how do you say that? Outagamie?
A Outagamie.
Q Outagamie. And these estimates for Outagamie, 50 to

Page 177

$60 a cubic yard, that's -- is Outagamie a municipal landfill?
A Yeah. Outagamie, yes, it is. It's a municipal landfill.
Q And so that would be -- the total cost would be 50 to $60 per yard, so I can multiply 50 to 60 times 25 to 30,000 and that would be the cost?
MS. PREHEIM: Objection to form.
THE WITNESS: That would be an estimate if we were to use that facility, yes.
BY MR. CVITANOVIC:
Q Okay. And then in addition to that, and I'm looking at the last page, you might have to add a press to further de-liquify your fibercake?
A Well again, it gets back to the practicality of using these facilities that are so far away and -- and how they drive up costs significantly. So in order to get that down, those numbers down here, we could do that by adding a press and reducing the amount of water that's in the fibercake.
Again, this is a short-term -- potentially a short-term operating scenario in that if we were committed to landfilling, we would certainly cost out a local, captive facility.
MR. CVITANOVIC: Okay. Pass you another

Page 178

document.
(Exhibit 12 marked for identification.)
MR. CVITANOVIC: That's AHLSTROM_RH_0100409. That's Exhibit 12.
MS. PREHEIM: This is exhibit?
THE REPORTER: 12.
MS. PREHEIM: Thanks.
BY MR. CVITANOVIC:
Q Do you see what this e-mail relates to?
A I'm sorry?
Q Do you see what this e-mail relates to?
A This -- these are -- yes. These are comments on the proposed groundwater standards.
Q And this is what we were discussing earlier when we were talking about DNR's -- the shortcomings in their analysis about certain rule makings?
A That's correct.
Q And this is your analysis of the true costs of some of these rule makings?
MS. PREHEIM: Objection to form.
THE WITNESS: Yes. Yes, that -- I think these are more realistic costs that would be associated with their rule.
BY MR. CVITANOVIC:
Q And it says here that you were going to have to

Page 179

spread additional acres because dilution is the solution?
A Well, DNR seems to think so.
Q I didn't understand that sentence in the e-mail.
What does that mean?
A So that's the -- that's the application rate. You spread the same amount of material, but you spread it over a larger area.
Q Okay. So in order to not exceed the groundwater standards, you were going to spread less fibercake in the same location?
A Correct.
Q Because theoretically, loading the same area year after year after year of persisting chemical would allow that chemical to increase in the groundwater?
MS. PREHEIM: Objection to form.
THE WITNESS: I believe that to be the concern, yes.
BY MR. CVITANOVIC:
Q Uh-huh. Do you agree with that analysis, though --
MS. PREHEIM: Objection.
BY MR. CVITANOVIC:
Q -- that applying year after year in the same location would allow persisting chemicals to increase in the groundwater?

Page 180

MS. PREHEIM: Objection to form.
THE WITNESS: The -- the concern or the issue here is that -- not that it -- that it builds up but the cost associated with adding -- adding or the additional acre, the cost associated with the additional acres is not accurately represented.
BY MR. CVITANOVIC:
Q Well, that's your concern, but DNR's concern is potential pollution, right?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, as I stated before, DNR, you know, sets these standards; and I'm not disputing the standard, I am disputing the cost that they are estimating, the cost that they believe is associated with the standard.
BY MR. CVITANOVIC:
Q And you believe that DNR should accurately consider the business costs of their regulations?
MS. PREHEIM: Object to form.
THE WITNESS: That's what --
MS. PREHEIM: Go ahead.
THE WITNESS: That's what the rule requires. I believe DNR should follow their own rules.
BY MR. CVITANOVIC:

Page 181

Q And as you noted in this e-mail, DNR's proposed rule making would have a significant cost to the mill.
A I think it had that potential, yes, based on what we knew about it. That rule was somewhat of a black box, or was a block box. I won't even caveat it, it was a black box.
Q Okay. What does -- just to be clear --
A It was -- it was uncertain how -- how the rule that was in some of our comments, how the rule might be applied and the potential compliance scenarios that might be necessary; and that's not just at Rhinelander, that's at large across the -- the State of Wisconsin and would include municipalities and all sorts of other organizations.
Q Okay.
A Industrials, food.
Q Going to number four, do you see where it says, "Yes, at some point it's apt to be cheaper to landfill than landspreading."
A Yes.
Q Since the date of this e-mail, had you performed any analysis to see what the economic tipping point is between land -- land spreading and landfilling?
A No, no. Since the rule's withdraw -- withdrawal, I haven't done anything further with this.

Page 182

Q Okay. And you also mentioned somebody in the -- on the same page named Dave Orcutt, who is that?
A Dave Orcutt, he's one of the other facilities in the state that -- that land spreads.
Q Which facility?
A Domtar.
Q Domtar?
A Domtar.
Q Okay. Is that somebody that you would have e-mailed with and interacted with professionally?
A Yes. They're a member of the Paper Council. We've interacted throughout the years, the annual meetings and so forth.
Q Have you spoken to him about the PFAS contamination in Stella?
A No.
MS. PREHEIM: We've been going about an hour. Is now a good time for a short break?
MR. CVITANOVIC: Only short breaks now.
MS. PREHEIM: Yeah.
VIDEOGRAPHER: Going off the record at 3:03.
(Break taken from 3:03 p.m. to 3:12 p.m.)
VIDEOGRAPHER: We're back on the record at 3:12.

Page 183

MR. CVITANOVIC: I'm going to hand you another document. This will be Exhibit 13, AHLSTROM_RH_0098026.
(Exhibit 13 marked for identification.)
BY MR. CVITANOVIC:
Q Does this look like an e-mail with you and Mr. Daniel McGreaham concerning fibercake management?
A Yes.
Q And specifically when it talks about fibercake management, how to dispose of it?
MS. PREHEIM: Objection. Form.
THE WITNESS: We normally land spread, and we were having difficulty coming up with enough acreage, so we had to look for alternate options. Normally we'd use Oneida County composting facility, but they were full as well. So we had to look for yet another opportunity.
BY MR. CVITANOVIC:
Q Okay. And it says here you chose to avoid certain fields in the Stella area?
A That's correct.
Q And how did you define the Stella area for this bullet point?
A Any of the fields that are surrounding the community out there from I'll just -- Stella. Stella.

Page 184

Anything that's in Stella Township. Anything that was identified in here in this.
Q Okay. Any of the fields that were identified in your three-mile radius to the Stella town hall?
A Basically. Anything that's in Stella Township, yes.
Q Okay.
A Roughly a three-mile radius.
Q Did you look at the complaint to identify which fields were related to the lawsuit?
A No. This was simply a decision that -- that we had made in order not to inflame the sentiments out there. It had nothing to do with the acceptability of the fibercake or -- because we had people, landowners in Stella, that were still interested in receiving this material, and we cut them off.
Q Who in Stella was still interested in receiving it that you had to cut off?
A I'd have to go back and look, but -- or possibly talk with Tracy, but we did have landowners out there that would -- would have accepted this material, continued to accept our material.
Q Okay. Did Sowinski get land spreading done on his fields as recently as 2024?
A Sowinski out in Stella?
Q Yeah.

Page 185

A I don't know. I'd have to go back and look.
Q Okay.
A I --
Q And then it says you lost some access to fields due to PFAS concerns.
Is that independent of the Stella lawsuit?
A Yes. Well, I'm sure it was driven by the Stella lawsuit. These were fields that may have been outside of the Stella area that people have chosen not to participate or to just wait and see as the situation plays itself out.
Q Okay. And so you had to make some solicitations for alternative disposal options?
A That's correct.
Q And did you ever get responses to those solicitations?
MS. PREHEIM: Objection to form.
THE WITNESS: Yes.
BY MR. CVITANOVIC:
Q From who?
A From Synagro.
THE REPORTER: From who?
THE WITNESS: Synagro.
THE REPORTER: Thank you.
BY MR. CVITANOVIC:

Page 186

Q And what did Synagro propose?
A They had a relationship with the landfill up in the UP, and that's where the material was hauled.
Q What's UP?
A Upper Peninsula, Michigan.
Q Okay. Do you know how much that ended up costing?
A No, not -- I don't recall.
Q Okay. And Synagro is your current vendor who's doing your land spreading program?
A That's correct.
Q The same Synagro, right?
A Same Synagro.
Q Have -- have you looked at alternative disposals to the land spreading program with Synagro as a backup in the event that you have further issues with finding enough fields?
A We've -- we've talked to, like I say, Outagamie County or Lincoln County, you know, some of the commercial facilities around us. Waste Management is another option.
Q But specifically with Synagro, did you get any alternative numbers from Synagro for disposal if land spreading ceases to be an option?
A No. We -- we have since hired Synagro to perform certain I guess functions or -- with the land

Page 187

spreading program, but they have not -- I have not -- they have not provided any other alternate management standards.
Q Is it their role at this time to -- to develop contingency plans for disposal of the sludge?
A No, I don't believe they've been asked to specifically do that.
MR. CVITANOVIC: Okay. Put that one aside. I'll throw something in the chat for you. This is AHLSTROM_RH_0011233.
MS. PREHEIM: Can you repeat that? I'm sorry.
MR. CVITANOVIC: RH_0011233.
MS. PREHEIM: Thank you. I appreciate it. Is this Exhibit 14?
MR. CVITANOVIC: Yes.
MS. PREHEIM: Thank you.
(Exhibit 14 marked for identification.)
BY MR. CVITANOVIC:
Q Were you able to pull that up?
A No, I'm sorry.
Q Why did you send this e-mail to Mr. Katchko?
A That was -- so early on when PFAS became an emerging issue, there was a paper mill in Michigan, Parchment. It was identified as having a PFAS problem; and you

Page 188

can see my question here, my understanding is that, you know, the products that we're using are polymers and that they don't have PFOA and PFOS associated with them. So I'm asking him for his thoughts on why this mill would have a problem.
Q And what was his response?
A Well, you can see it right here.
Q As you understood it.
A He's talking about -- about the chemistry associated with this particular product that I think based on the literature and based on the information about the Parchment Mill, that they were attributing contamination to this particular product. And I didn't understand -- I didn't have knowledge of the chemistry of this product or why this would be a problem, so I asked him to weigh in on that.
Q And this was a product that the mill had historically used, the Rhinelander Paper Mill had historically used?
A I -- I don't know that.
Q You don't know that?
A No.
Q You didn't know that when you asked Mr. Katchko about the chemical?
A That's correct.

Page 189

Q As you sit here today, are you aware that the mill did use chemicals made by 3M Company?
A I -- I have heard that. I don't have any personal knowledge of that. We certainly didn't use 3M chemicals during my tenure at the mill; but, yes, I've heard comment or concern that the mill may have used 3M chemicals previously.
Q And did you do any research into that?
A No.
Q And based on that e-mail, do you conclude that the 3M Company chemical identified there in Exhibit No. 13 can break down to PFOS or PFOA?
A Yes. Reading his e-mail here, the concern is that the C8 pendant is cleaving off the -- off the polymer.
Q Resulting in some kind of C8 terminal analyte?
A Yes.
Q Like a PFOA or a PFOS?
A PFOS.
MS. PREHEIM: Objection to form. Go ahead.
BY MR. CVITANOVIC:
Q Other than this, did you do any research or inquiry regarding 3M products?
A No. We weren't using 3M products. I -- my inquiry

Page 190

or concern was -- or subsequent to this, my concern
was the products that we were using at the time and
whether or not any of them could exhibit the same
characteristics, and the answer is no.
Q Did you do any research on the EPA docket related to
3M Company's historical use of fluorochemicals?
A EPA docket. I collected a number of articles about
different fluorochemistries and different articles,
and I think we talked about that earlier about the
PFAS folder on my OneDrive had quite a few documents
in it I was collecting for references purposes.
Q Okay. And included in that you think you might have
done some research on some of 3M -- 3M's documents or
historical documents?
A If there's a specific document or -- I would be happy
to look at it with you.
Q Yeah, honestly the document doesn't really matter. I
do see that you did have quite a few documents
related to 3M products in your PFAS folders, and I am
just curious if you have any specific recollection
about inquiring into what those chemicals related to.
A What those chemicals related to?
Q Let me ask it a little differently.
A Yeah.
Q If you made any specific inquiries regarding 3M

Page 191

products that were used at the mill prior to your
arrival?
A No, no. The -- no.
MR. CVITANOVIC: I am just going to throw
this in the chat just to look through it with you.
I'll attach this as Exhibit No. 15.
(Exhibit 15 marked for identification.)
MR. CVITANOVIC: And I think I misspoke
earlier. I think I said Exhibit 13 when I meant
Exhibit 14 because this document is going to be
Exhibit 15. 14 was -11233. 15 is going to be the
document with the name Emond PFAS path that I shared
in the chat.
Were you able to open that up?
THE WITNESS: It's thinking.
MR. CVITANOVIC: Doing something.
BY MR. CVITANOVIC:
Q [redacted]?

Page 192

Q [redacted]

Page 193

A [redacted]

Page 194

Q [redacted].

MR. CVITANOVIC: Pass you another document. This will be Exhibit No. 16.
(Exhibit 16 marked for identification.)
MS. PREHEIM: Thanks. I'm sorry.
MR. OLSON: I think we got divided up here.
MR. CVITANOVIC: This is AHLSTROM

Page 195

-0104346. I have one handy, so I'll put it in the chat as well.
BY MR. CVITANOVIC:
Q Do you see that this is an e-mail from you to Andy? Can you say the last name for me?
A Cychosz.
Q Cychosz. Where you informed him in bold, no PFAS testing should be performed.
Do you see that?
A Yes.
Q And then you go on to say, if there's a push to do such send whoever to me and we can get legal involved if necessary.
Do you see that?
A Yes, I do.
Q Why such a strong opinion about PFAS testing?
MS. PREHEIM: Objection to form.
THE WITNESS: Once again, we're testing without specific regulatory standards to compare -- to compare the data to.
BY MR. CVITANOVIC:
Q You don't think --
A That's been our general policy or management standard all along.
Q So it's your position that since 2005, it has been

Page 196

the corporate policy not to test for constituents that the DNR does not require testing for?
MS. PREHEIM: Objection to form.
THE WITNESS: Since 2005. Well, certainly in recent history. I don't know when the year would have started, but --
BY MR. CVITANOVIC:
Q Is no PFAS testing an Emond policy, or is that an Ahlstrom policy?
MS. PREHEIM: Objection to form.
THE WITNESS: That's a -- that's a Tom Emond -- well, it's a position that we've taken after consultation with legal counsel.
BY MR. CVITANOVIC:
Q So is it safe to say, if I see any correspondence between you and any other person where you expressed the opinion that no PFAS shall be performed, that that was an opinion that was generated -- that was not generated on your own?
A Well, it was generated in -- based on input or guidance from -- from legal.
Q Okay. Is there a lawyer that's personally assigned to the Rhinelander Paper Mill?
A We work with a number of attorneys.
Q And I'm sorry, an in-house attorney. Is there an

Page 197

in-house attorney at the Rhinelander Paper Mill?
A There's an in-house attorney for North America.
Q Okay. The second paragraph, it says, "I know Thomaz asked you to do this but why? The treatment of leachate sounds speculative to me since we don't know how much, if any, PFAS it may contain."
Do you see that?
A Yeah.
Q And you didn't want to find out how much PFAS the leachate could contain by testing it?
MS. PREHEIM: Objection to form.
THE WITNESS: That's not Pine Lake Landfill leachate, that's some other leachate, some other facility.
BY MR. CVITANOVIC:
Q Okay. But regardless, the policy not to test anything for PFAS, that wasn't required extended beyond the Rhinelander Paper Mill?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, that's certainly the -- the guidance I'm providing Andy.
MR. CVITANOVIC: Okay.
THE WITNESS: Because he reached out to me.
BY MR. CVITANOVIC:

Q Andy is at wood mill?
A Andy Cychosz?
Q Yes.
A Says he's looking for direction from Thomaz's request.
Q But what mill is he located? You said Mosinee?
A Mosinee, so I'm providing direction.
Q Looking at the third paragraph which says, I don't understand the land spreading reference. A few weeks ago I was being challenged why we shouldn't get out of the land spreading business.
Do you see that?
A Yep.
Q What is that referring to?
A Andy's being challenged to do just the opposite, get out of the landfill business and start a land spreading program.
Q Who is asking him to get into the land spreading program?
A That's in order to meet their company's zero landfill goal by 2030.
Q And who challenged you about getting out of the land spreading business?
A That's Thomaz.
Q So Thomaz wants you to get out of the land spreading



business and him to get into it?
A He doesn't say that that was Thomaz that was challenging him to do that. Looking for direction on Thomaz to obtain -- Thomaz is looking for -- for pond water. That's -- it doesn't say that Thomaz is the one requesting him to -- to go to land spreading here.
Q And lastly, you note that the fibercake is going to have some level of leachate no matter what because there's going to be PFAS in your water intake, right?
A That's correct. There's PFAS, background PFAS, in Wisconsin River, yep.
Q And you know that because you did testing three years before?
A Well, I know it because DNR did testing. They did testing all up and down the Wisconsin River. My testing was limited to the Rhinelander area. DNR did testing the entire length.
MR. CVITANOVIC: I'm going to give you Exhibit 16.
THE REPORTER: The last exhibit was 16.
MR. CVITANOVIC: 16, okay.
Okay. I'm going to give you Exhibit 17, which is going to be AHLSTROM_RH_0097208.
(Exhibit 17 marked for identification.)



MS. PREHEIM: Do you have extras?
MR. CVITANOVIC: Yes, sorry.
MS. PREHEIM: That's okay. Thank you.
BY MR. CVITANOVIC:
Q Do you see at the beginning of this chain there's a person named Isaac Hohman who sends an e-mail regarding PFAS outfall testing?
A Yes.
Q Is that another one of the environmental managers?
A No. Heath Hoffmann was the environmental manager at the -- Kaukauna.
Q What was Isaac's role?
A Isaac was in -- he was in purchasing.
Q Okay. How often did you interact with individuals in purchasing or technical regarding questions of PFAS?
A It varies as the case or the need would arise as we see, and I reached out to John Katchko in that 2019 e-mail.
Q Did you ever reach out to Mr. Katchko about concerns of chemicals that were actually still in use at the mill, fluorochemicals particularly?
A Yes. That was the e-mail that was the prelude to understanding what may be going on in Parchment, and then subsequent to that, if we would have the same issue or condition here for any of the chemistries



that we're currently using.
Q Uh-huh. And did you have any communications with Mr. Katchko about Daiken and Solvay products that are referenced in this e-mail chain?
A Yes.
Q Would that have been a formal interaction, or would that have been something that you two would have just done on your own?
A Formal interaction. This would be information that he asked if I went to technical or other resources within the mill for information. This would be an example of that.
Q Uh-huh.
A John, can you help me understand this; or, John, what information do you have related to this. It's kind of like the -- the waste approval process.
Q Okay.
A Or not the waste approval, the chemical review and approval process.
Q And just like before, it looks like on the first page you indicate that you have not tested for PFAS, and again, nor will we until there is an obligation to do so.
That's consistent with Ahlstrom's policy not to test for PFAS unless there is an obligation to

Page 202

do so; is that right?
MS. PREHEIM: Objection to form.
THE WITNESS: Correct, until there's a regulatory standard, an obligation.
MR. CVITANOVIC: Okay.
THE WITNESS: Okay.
MR. CVITANOVIC: Sorry, can we just take one minute. I got to grab my document.
MS. PREHEIM: That's fine.
MR. CVITANOVIC: And this one's going to be in the chat. It's Bates labeled WAU -90002288. Let me know when you've got it up.
THE WITNESS: That's Emond PFAS file path. No, that can't be it.
MR. CVITANOVIC: No, it shouldn't be.
THE WITNESS: That's the previous one. Oh, here we go. I got it now.
BY MR. CVITANOVIC:
Q And can you tell me what this document is?
A That is the cover sheet for the chemical review form.
Q [redacted]

Page 203

A [redacted]
Q Right. Because you managed the wastewater treatment plant --

Page 204

A Yes.
Q -- which received inflows from the paper mill?
A Yep.
Q [redacted]

Page 205

[redacted].

Page 206

[redacted]

Page 207

[redacted]

Q Do you know whose signature that is?
A Jerry Donaldson.
Q And what is his role?
A Health and safety.
Q Okay. And is that the kind of note that you discussed that you said sometimes you might leave on a product?
A Yes.
Q Okay.
A That there -- yes.
Q [redacted]

Page 208

A [redacted]
Q And what does that mean? How can this -- how would the mill dispose of a product with these type of disposal considerations?
A So this product as an unused, unformulated, unblended virgin product would have certain chemical and physical characteristics that would meet the definition of a RCRA hazardous waste, and therefore it had to be managed in a specific fashion.
Q What does -- how would that -- what does that fashion mean?
A Well, so since it's an organic and since it has MEK, they're saying it should go through incineration; but they're also noting that it should have a scrubber capable of treating hydrogen fluoride because hydrogen fluoride would be the byproduct from the incineration process.
Q So could this -- let me ask this:
This is a fluorochemical that would be used at the size press?
A Yes.
Q Would this be a product that the mill would sewer?
A Yes. Yes, there could -- it could possibly be a case that this material, once it is blended, and typically these fluorochemistries would be metered in at the

Page 209

[redacted].
Q Did anybody ever discuss this product with you outside of -- well, let me ask it a little bit different way.
Did you ever have a conversation with anybody as part of this chemical safety review process?
A This specific review? I don't recall that I did have a conversation with -- with Jeremy. This was from, what, '08? This is almost 20 years old. Yeah, I don't recall.
Q How many different chemical -- let me ask this:
Would every -- would every chemical safety review have a form like this that says chemical

Page 210

[redacted]

MR. CVITANOVIC: Okay. Another document in to the chat for you.

THE REPORTER: This should be 19.

(Exhibit 19 marked for identification.)

MR. CVITANOVIC: Let me know when you've got that document up.

THE WITNESS: Okay.

BY MR. CVITANOVIC:

Q So this is a 90-page document, starts at AHLSTROM_RH_0018850, and its first page is a folder.

Page 211

Do you see it? It says SARA 2013.

A Yes.

Q What is that?

A SARA, Superfund Amendments and Reauthorization Act. 2013 is the operating year. This is a -- let me look. That's probably a Tier 2 report. Yes, it is, Tier 2 report.

Q And what does -- how does SARA relate to the mill?

A We have to report the quantities of certain chemicals that are over -- over a certain threshold. So if it's a hazardous chemical, I use hazardous, not in the -- in the RCRA sense; but if it meets the criteria, then I have to report it.

Q Do certain PFAS chemicals meet the SARA definition of hazardous chemicals?

A We have reported certain PFAS chemistries in the SARA report but not because they're fluorochemistries, it's because they have some other constituent in them. So like the product approval sheet we just looked at for Jerry Iwanski, it has 200 parts per million MEK. MEK is a hazard. MEK was the health risk I'm sure Jerry was concerned about because it has some very low OSHA -- OSHA limits associated with it.

So typically if we're reporting

Page 212

fluororechemistries in the Tier 2, it's because of something else that's in there. It's not the fluoropolymer.

Q Okay. Well, I'll just -- if you can just jump ahead to like page 53 on this document, it's hard to read the Bates numbers on it, but it's 53 in the actual PDF.

A Yep.

Q It's a safety data sheet for Solvera(R)PT 5045.

A Yep, there it is.

Q Is this the same Solvera PT 5045 that we discussed earlier?

A The one that we're replacing.

Q Yeah, but another surface treatment --

A Well, the one that we're trialing -- we're trialing the replacement for.

Q [redacted]

Q [redacted]

Page 213

[redacted]

A Yes, that's correct.

Q Okay. Let's scroll down to the disposal section on this one.

A Yep.

Q How does this disposal recommendation apply to the Rhinelander Paper Mill? How would you dispose of this product?

A Unused products would be sent off site for some appropriate management, whatever that might be. It's not a -- it's not a RCRA waste, that says that right there. So it's a solid waste and --

Q So you said unused products. So this characterization is specifically for residues and unused products, right?

A Residue would be -- I would consider residue to be an unused product. So if you have container residues or, you know, a half empty drum or something like that.

Q So if you have a half empty drum, you can't just rinse it and put it down the sewer, you would have to dispose of it with a -- with a proper waste disposal company?

Page 214

A That's the way I would interpret that, yes.
Q Okay. So if you have --
A As opposed to it being a process waste.
Q Okay. So once you put it in -- your opinion is that once you put it into the chemical mixer tank and it gets into the process, these disposal considerations do not apply?
MS. PREHEIM: Objection to form.
Go ahead.
THE WITNESS: They may be considerations, but they are not -- the disposal considerations apply to that -- that virgin product.
BY MR. CVITANOVIC:
Q So is there anything in this MSDS that would let you know what quantities are allowable in the wastewater treatment system?
A You have to look I think at the constituent composition because that's really what's -- what's of concern, so like MEK. And I think there was an example out there that Jerry had done -- done the calculations on MEK, about how much would actually -- or could actually potentially get to the sewer, and it was determined to be well under the discharge limits for MEK.
Q Okay. So for this particular chemical, how do you

Page 215

determine which of the -- which of the chemical constituents of concern so that you can perform that calculation?
A Well, it lists it up here.
Q Section?
A Section carbonyl difluoride, 2 -- it looks like it's got 2 methoxy -- methoxymethylethoxy propanol in it.
Q And where are you looking?
A This is under Section 8.
Q Okay. And that's the exposure control/personal protection section?
A Yes, yes.
Q So when you're trying to determine what the maximum --
A Or it's under the composition section as well, but the more detailed info is under Section 8.
Q And that -- just to be clear, the exposure control/personal protection section relates to how workers in a facility might be exposed to these chemicals and what amounts are considered hazardous according to the MSDS, right?
A Yes. Yes, but the -- the -- I'm sorry, I lost the page now. It tells you what's in there.
Q How do you use these --
A So I'm using the composition, the compositional

Page 216

information. It's in Section 8. It's also in Section 3, right? Three.
Q [redacted]

Page 217

[redacted]
Q Do you ever look at the MSDSes with an eye towards understanding whether these constituents would appear in your fibercake?
A It's potential if they would have heavy metals or something that I -- I would be concerned about ending up with the solid stream. A lot of times these are volatiles, and most of the analysis that we do is -- is with respect to VOCs or formaldehyde, acetaldehyde, acidic acid.
MR. CVITANOVIC: Ready for a break?
THE WITNESS: I am ready for a break.
MR. CVITANOVIC: We'll regroup and we'll make one last push to the finish line.
MS. PREHEIM: Okay.
THE WITNESS: I'm ready for a break, yes.
VIDEOGRAPHER: Going off the record at 4:18.
(Break taken from 4:18 p.m. to 4:37 p.m.)
VIDEOGRAPHER: And we're back on the record at 4:37.
MR. CVITANOVIC: I got another document in the chat, which I'll attach as Exhibit No. 20. It's going to be AHLSTROM_RH_0100776. Let me say it

Page 218

again, AHLSTROM_RH_0100776.
(Exhibit 20 marked for identification.)
THE WITNESS: I'm having trouble here. It keeps pulling up the SARA report.
MR. CVITANOVIC: That's because I didn't hit send.
THE WITNESS: Okay.
MR. CVITANOVIC: Let me know when you've got it.
THE WITNESS: Yes.
BY MR. CVITANOVIC:
Q And so this is an e-mail to Tracy, the land spreading consultant?
A Yes.
Q About PFAS?
A Correct. This is DNR's public information on -- on Stella. I don't -- well, I guess I can't click on these, but I'm assuming it's the map.
Q Right.
A The data that's being plotted.
Q And that's identifying where the DNR has tested private wells and identified PFAS in those wells?
A That's correct.
Q And why did you send that to Tracy, the land spreading consultant?

Page 219

A I don't recall. We may have been talking about it or talking about the availability of data; and I may have said, well, have you seen, you know, the -- you know, DNR's website. And, well, here it is but -- you know, here it is.
Q At this point in time was it -- was it becoming clear that there was a strong correlation between historical land spreading sites and PFAS in private wells?
MS. PREHEIM: Objection to form.
THE WITNESS: No.
BY MR. CVITANOVIC:
Q At any point in time would you say that it became clear to you that there was a strong correlation between PFAS in private wells and historical land spreading locations?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, strong, I don't know how to address that, you know, particular adjective; but there certainly was PFAS detections in areas where we had spread historically, yes. Yes, I would, you know.
BY MR. CVITANOVIC:
Q High numbers, too, right?
A There were some high numbers, 10,000-ish range.

Page 220

Q Well, we -- we looked at Mr. Kuczmarski's. It was --
A 30,000, yes. That order of magnitude, 10,000.
Q I don't want to use superlatives, but that was just an extraordinarily high number, don't you agree?
MS. PREHEIM: Objection to form.
THE WITNESS: I'd agree that the number was high.
BY MR. CVITANOVIC:
Q And did you know that the numbers were lower further away from the sites of historical land spreading?
A No, no. I did not do any type of comprehensive analysis or evaluation on this. This was, you know, pretty high level. You know, where are the -- you know, here's the data, here's what DNR's finding; but as far as any type of technical evaluation, no.
Did not correlate, for example, the amount of fibercake spread in any particular area versus the concentration, or there's all sorts of other factor that could drive that like groundwater gradient and all these other things that were not part of any type of evaluation or assessment or my knowledge base.
Q Because at no point in time in your career did you ever evaluate PFAS loading in your land spreading program?
A That is correct.

Page 221

MR. CVITANOVIC: I'm going to -- I've shared another document with you in the chat, which will be Exhibit 21.
(Exhibit 21 marked for identification.)
MR. CVITANOVIC: This is not a Bates labeled document, but it's probably familiar to you. And let me know when you've got it up.
THE WITNESS: Okay. I do have it up.
BY MR. CVITANOVIC:
Q Okay. So the first page, have you seen this map before?
A I've seen -- yes, or I've seen this when it may have had fewer sites on it or fewer sampling locations, but I'm familiar. This came off of DNR's website, and they've got portions of the state and different areas, yes.
Q Correct. Okay. I'm going to scroll down to the page that says Stella area surface water. Do you see that?
A That page 3?
Q Yeah. Actually let's just -- let's focus on Snowden Lake. Snowden Lake surface water, page 3.
A Okay.
Q Do you see what the PFOS and PFOA numbers are for Snowden Lake? Let's just look at -- for example,

Page 222

let's look at public access, that section close to
Highway County C at the bottom.
A Well, I -- I see that they are relatively consistent
across the entire lake.
Q Yeah, but so public access is 69 nanograms per liter
for PFOS and 1770 for PFOA.
A Yeah.
Q Do you see that as well?
A Yep, I see that point. Yes.
Q And again, that's a -- that's another very high
number for surface waters, isn't it?
MS. PREHEIM: Objection to form.
THE WITNESS: It is above the surface
water standard.
BY MR. CVITANOVIC:
Q Okay. By a lot?
A I don't know what a lot is.
Q Have you ever seen --
A That's above the surface water standard.
Q Have you ever seen surface water with this much PFOA
in it?
A No, I can't say I have, but I haven't seen a lot of
surface water data.
Q Okay. But you've seen --
A Outside of the Stella area here.

Page 223

Q Okay. Have you seen it related to the Fox River and
other rivers in Wisconsin?
A No. I have not been looking, following.
Q You didn't see any surface water data in any of the
hundreds of documents in your PFAS folders?
A I -- I may have, but I -- I don't recall.
Q You recognize that as somebody who monitors surface
water standards related to PFOA, that that's a number
that would catch somebody's attention?
A Without a doubt. It's above the surface water
standard.
Q How many yards is Snowden Lake from the nearest site
where the mill land applied sludge?
A How many yards?
Q Sure. We can use a different metric, but --
A I -- I don't know. I'm sure you could go on Google
Earth or something like that and measure it. Sitting
here today off the top of my head if I had to guess,
I don't even know what the scale is on this. If I
had a scale, I could probably come up with a number,
but maybe a half mile.
Q I was going to say like three or 400 yards, so I
think you're a little bit more than me but --
A Quarter of a mile then.
Q Okay. Did that eye-popping number and its physical

Page 224

proximity to historical land spreading lead you to
any conclusions?
MS. PREHEIM: Objection. Form.
THE WITNESS: Once again, I have not seen
all the technical data that, you know, is available,
and all the analysis that was done, anything like
that. This is just a series of data points on a
map.
BY MR. CVITANOVIC:
Q Have you been out in this area before?
A I've been -- I've been out there. I've been out to
Highway C. I've been to the ag research farm several
times over the years, which is to the upper
right-hand side of the map here.
Q Are there any industrial sites around Snowden Lake?
MS. PREHEIM: Objection to form.
THE WITNESS: Well, there's -- industrial.
There's U of M ag research station, there's Frito
Lay research station, there's a small railway
sitings, train yard that's out there, but it is a
relatively rural area, yes.
BY MR. CVITANOVIC:
Q Okay. Because earlier when we were talking about the
high levels of PFAS in the Pelican River, we talked
about potential sources, including Printpack and a

Page 225

landfill.
Do you remember that?
A Correct. Printpack, the landfill.
Q Are there any plausible sources of PFAS contamination
that you can identify as you sit here now related to
Snowden Lake?
MS. PREHEIM: Objection to form.
THE WITNESS: Plausible. I guess that's a
subjective, you know, evaluation; but I -- I don't
know what they -- they, DNR or EPA, may have done as
far as, like, evaluating pesticide use out there and
the potential of that, that it could be attributable
to pesticides. I don't know what necessarily the ag
research station may have been doing. I don't know
what other activities could have been going on out
there. I just have -- I don't know. I have not
conducted any type of review or reviewed any of the
data that the agencies have put out.
BY MR. CVITANOVIC:
Q Well, let's go back to page 2. So there's this
Stella area surface water map; and if you can see in
the center of the map, you see Snowden Lake
identified 1600 PPT right there in the middle?
A Uh-huh.
Q It's by far the highest on the map. So why -- are

Page 226

there farms by Stella Lake, which is registering at 1 part per trillion?

MS. PREHEIM: Objection to form.

THE WITNESS: I -- I don't under -- Stella Lake?

BY MR. CVITANOVIC:

Q Yes, at the top.

A Up around Stella Lake, yes. There is ag land up there, yes.

Q Okay. Is there ag land by Spur Lake on the top right?

MS. PREHEIM: Object to form.

THE WITNESS: I can't recall off the top of my head.

BY MR. CVITANOVIC:

Q Okay. Is that part of Oneida County generally agricultural or rural?

A It is rural.

MS. PREHEIM: Objection to form.

BY MR. CVITANOVIC:

Q Okay. Are there any industrial sites up there that you can think of?

A No, I'm not familiar with any.

Q Okay. Did you know that the EPA used the Spur Lake nature reserve as a control site for their site

Page 227

assessment?

A No.

Q You did not?

A No. I haven't looked at any of the reports or the data.

Q Based on the data that you've looked at today, based on the high correlation -- based -- let me start over.

Based on the data you looked at today and the correlation between the testing sites and potential sources of PFAS, can you think of any probable sources of PFAS contamination for Snowden Lake?

MS. SCHWARZ: Objection. Form.

MS. PREHEIM: Objection to form.

THE WITNESS: No, not off the top of my head. Not other than, you know, what I've thrown out previously like pesticides or what other unknown activities may have been occurring in the area. I --

BY MR. CVITANOVIC:

Q You don't think it's probable that the mill's land spreading program caused the contamination in Snowden Lake?

MS. PREHEIM: Objection to form.

Page 228

THE WITNESS: Probable?

MR. CVITANOVIC: Probable.

THE WITNESS: Probable. I think it's possible, but I don't know.

BY MR. CVITANOVIC:

Q So the Rhinelander Paper Mill is using hundreds of thousands of pounds of fluorochemicals every year, some of which goes to their wastewater treatment plant --

A Uh-huh.

Q -- from which fibercake is produced, which is deposited on paper fields hundreds of yards from Snowden Lake, and that didn't lead you to the probable conclusion that that land spreading was the cause of the contamination?

MS. PREHEIM: Objection. Asked and answered.

THE WITNESS: Possible conclusion. I already answered that, yes.

BY MR. CVITANOVIC:

Q Would you swim in Snowden Lake?

A I don't know.

Q Would the level of PFAS in Snowden Lake give you some -- raise some questions about whether you should?

Page 229

A Whether I should swim?

Q Correct.

A I have no doubt that it may give people pause.

Q You personally though as an environmental professional, extensive understanding and background of chemistry, environmental issues, does it make you pause?

MS. PREHEIM: Objection to form and foundation.

THE WITNESS: Well, I think that's kind of an evaluation that -- that, you know, swim, swim in Snowden Lake. Would I jet ski out there? Would I -- you know, does that constitute swimming? Would I wade out there? How often would I go out there? Is it a one time? Am I going out there during duck season? I mean, you know, there's a lot of variables I think that would go into my determination on how willing I may be to go out there.

BY MR. CVITANOVIC:

Q Would you eat fish out of Snowden Lake?

A Is there a fish advisory for Snowden Lake?

Q There is.

A Okay. I think I would take the fish advisory into consideration.

Page 230

Q And adheed it -- adhere to it?
A Well, am I eating -- you know, what's the advisory? I mean, how many fish? You know, how many fish do I -- would I eat? I do a lot of fishing, so I have a lot a fish in my freezer. I throw a lot of fish back. So, you know, I may very well fish Snowden Lake. Might not keep any. Might only keep one or something like that, but, you know.
MR. CVITANOVIC: Okay. Guys, I think I'm ready to pass. Are you all going to have any questions?
MS. SCHWARZ: Nothing from Wausau.
MS. PREHEIM: Anybody from 3M or BASF?
MR. HYNES: No questions from BASF.
MS. SENESE: Nothing from 3M.
MS. PREHEIM: Thanks. I just have a few questions.
THE WITNESS: All right.
EXAMINATION
BY MS. PREHEIM:
Q Mr. Emond, do you recall discussing the chemical review forms earlier today?
A Yes. Yes, we discussed a couple of them.
Q After the chemical review was completed, was the entire review form packet uploaded to the MSDS online

Page 231

database?
A No. No, just the -- the data sheet. The safety data sheet gets uploaded to the dab.
Q Okay. And what did the retention requirement that you testified about apply to?
A It applied to the data sheet that gets uploaded, the OSHA standard for maintaining safety data sheets.
Q Can you pull out Exhibit 6, if you have it in front of you, please?
A Exhibit 6, okay.
Q This should be the June 28, 2024 letter to Ms. Meg Schaeffer-Utter.
A Yes.
Q Okay. Do you recall discussing earlier today on page 1 of Exhibit 6 the text in italics toward the bottom on page 1?
A Yes, the type and quantity PFAS.
Q That paragraph, yes.
A Yes.
Q Could I direct your attention to the paragraph immediately above the Italicized language beginning with the information request. Do you see where I am?
A Yes. Please provide any information, records, documents.
Q No, I'm sorry, it's the preceding.

Page 232

A Oh, the one up -- I'm sorry, one more up. The information request seeks certain information regarding a three-mile radius of the Village of Starks, located in the Town of Stella, defined by the information request has sites and facilities.
Q Did Rhinelander -- was it your understanding that the information requested by the DNR related to fields in a three-mile radius in the Village of Starks defined as sites and facilities?
A Yes, yes. That certainly was the focus of the query was what had occurred in that particular area.
Q And did Rhinelander Mill have fluorochemical usage estimates per year at any of those sites?
A At the sites themselves?
Q Uh-huh.
A No. We would not have had that data.
Q You were asked about earlier not testing for PFAS if there was no standard against which to measure the results.
Do you recall that discussion?
A I -- I believe I made that comment several times today.
Q Did you have concerns that testing for PFAS would reveal high levels of PFOA or PFOS?
A In Rhinelander?

Page 233

Q At the mill.
A [redacted]
MS. PREHEIM: I think I'm done then. I'll pass -- pass the witness if you have any.
MR. CVITANOVIC: I don't think so.
MS. PREHEIM: All right. Thank you very much for your time, Mr. Emond.
THE WITNESS: Thank you.
VIDEOGRAPHER: Going off the record at 5:01.
THE REPORTER: Anyone on Zoom, copy of the transcript, or in the room.
MS. PREHEIM: Standard.
MS. SCHWARZ: Standard.
THE REPORTER: And same order as yesterday?
MR. CVITANOVIC: Yes.
THE REPORTER: And send it to --
MS. SENESE: Same order as yesterday for

3M, too. Sorry.

THE REPORTER: Send it to Brett, what he ordered yesterday?

MR. CVITANOVIC: Yeah, that sounds good.

THE REPORTER: Will do.

(Original exhibits attached to the original transcript; copies provided to attorneys ordering exhibit copies.)

(The deposition concluded at 5:03 p.m.)

* * *



STATE OF WISCONSIN )
MILWAUKEE COUNTY )

I, JENNIFER M. STEIDTMANN, Registered Professional Reporter, Certified Realtime Reporter, Certified Realtime Captioner, and Notary Public in and for the State of Wisconsin, do hereby certify that the preceding deposition of THOMAS EMOND was recorded by me and reduced to writing under my personal direction at Michael, Best & Friedrich, LLP, One South Pinckney Street, Madison, Wisconsin, on the 20th day of November, 2025, commencing at 8:46 a.m. and concluding at 5:03 p.m.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

In witness whereof I have hereunto set my hand and affixed my seal of office on this 1st day of December, 2025.

JENNIFER M. STEIDTMANN, RPR, CRR, CRC

Notary Public in and for the State of Wisconsin
My Commission expires 11/2/2026



Pfas Litigation (Lucas Rougeau) v. 3M Company, Et Al.
Thomas Emond (#7753507)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________

________________________________ _______________
Thomas Emond Date



Pfas Litigation (Lucas Rougeau) v. 3M Company, Et Al.
Thomas Emond (#7753507)

ACKNOWLEDGEMENT OF DEPONENT

I, Thomas Emond, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________
Thomas Emond Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
______ DAY OF ________________, 20___.

__________________________
NOTARY PUBLIC

**&**

**&** 2:5,9,16 3:4 48:24 123:15 123:16 235:9

**0**

**00000016** 5:25
**000070** 5:15
**000218** 5:20 119:11
**0011233** 6:15 187:10,13
**0018850** 6:25 210:25
**0097205** 6:3
**0097208** 6:20 199:24
**0097210** 6:5
**0098026** 6:13 183:3
**0098174** 5:13 39:4
**0100409** 6:11 178:4
**0100776** 7:2 217:25 218:1
**0104346** 195:1
**010436** 6:18
**0111269** 5:18 116:17
**0132085** 6:9
**027** 6:13
**072** 5:16
**08** 209:21

**1**

**1** 5:11 10:14,16 90:7 134:4 226:1 231:15 231:16
**1,000** 105:8
**1,275,000** 173:18
**1,600** 93:7
**1,920** 128:9
**10** 5:11 6:6 105:8 126:8 160:20,21 162:24,25 172:9,11,13 191:18 194:1 194:15
**10,000** 112:20 219:25 220:2
**100** 2:10 105:8 154:22
**10020** 4:6
**10036-6797** 3:19
**101** 126:11,12 126:14
**107** 6:9
**1095** 3:18
**10:11** 50:10,12
**11** 6:7 162:18 166:21
**11/2/2026** 235:25
**1100** 2:6 4:10
**11233** 191:11
**1144** 3:8
**116** 5:17
**119** 5:19
**11:05** 86:5,6
**11:19** 86:6,8
**12** 6:10 178:2,4 178:6
**1251** 4:6
**129** 5:22
**12:12** 119:2,3
**13** 6:12 183:2,4 189:11 191:9 207:25
**132085** 166:20
**14** 6:14 187:15 187:18 191:10 191:11
**144** 5:24
**15** 6:16 191:6,7 191:11,11
**151** 6:1
**159** 6:4
**16** 6:17 144:2 194:20,21 199:20,21,22
**160** 6:6
**1600** 225:23
**1637** 21:17
**166** 6:7
**17** 5:25 6:19 167:21,23,24 199:23,25
**175** 14:13
**176** 5:13
**1770** 222:6
**178** 6:10
**18** 6:21 82:12
**181** 80:18 81:5
**183** 6:12
**187** 6:14
**19** 6:24 210:18 210:19
**191** 6:16
**19104-2808** 3:22
**1920** 126:16
**194** 6:17
**1982** 81:23
**199** 6:19
**1995** 139:6,12 139:21
**1:01** 119:3,5
**1:08** 152:1
**1:57** 151:23,24
**1st** 235:18

**2**

**2** 5:12 86:13 141:20 191:19 192:11 211:6,7 212:1 215:6,7 225:20

**2/11/2022** 6:2
**20** 1:12 7:1 8:6 61:19 124:18 205:20,23 209:21 210:14 217:24 218:2 237:15
**200** 211:20
**20001-3743** 3:5
**2005** 12:10,15 12:22 60:4 75:3 110:14 195:25 196:4
**2013** 6:24 211:1,5
**2019** 29:25 96:12,14 200:17
**2019-2020** 167:11
**202** 6:21
**202-942-5503** 3:6
**2020** 25:23 29:25 101:8
**2021** 170:17
**2022** 119:25 120:13 123:4 125:6 153:3,15 154:5,12 162:18 167:8 168:15
**2023** 88:8,24 107:4,19 115:24 116:1 134:1 144:7 164:20
**2024** 38:19 63:6 129:22 134:3,3,3 139:6 141:3 160:25 161:24 164:20 184:23 231:11
**2025** 1:12 8:6 13:22 14:10,25 15:4 16:19 60:4 110:14 235:10,19
**2030** 42:18 198:21
**207** 6:3
**209** 6:20
**20th** 235:10
**21** 7:3 30:1 221:3,4
**210** 6:24
**212-335-4674** 4:8
**212-698-3500** 3:20
**21202-4576** 4:10
**214-521-3605** 2:7
**215-994-2704** 3:23
**217** 7:1
**219** 125:18
**221** 7:3 126:4
**222** 5:21
**23** 2:10 8:12 113:4,4 166:17
**230** 5:6
**23026** 235:21
**234** 6:15
**24** 113:4
**24th** 130:3
**25** 63:7,8 113:4 134:1 169:21 177:6
**250** 154:22
**2500** 3:12
**26** 144:7
**270** 5:18
**28** 129:22 231:11
**29** 88:8
**292** 6:23
**2929** 3:22
**2:08** 151:24 152:1

**3**

**3** 5:14 86:23 88:1,2 191:20 192:12 216:2 221:20,22
**3/29/2023** 5:14
**30** 25:10,11 110:2 170:8
**30,000** 93:6 169:21 177:7 220:2
**300** 2:17
**300,000** 170:17
**303-863-2340** 3:9
**3100** 3:8
**3102** 2:6
**312-558-8079** 2:18
**348** 6:18
**39** 5:12
**3:03** 182:22,23
**3:12** 182:23,25
**3:23** 1:7
**3e** 74:4,5,6
**3m** 1:8 2:14 8:10 11:10 127:18,25 189:2,4,7,10,24 189:25 190:6 190:13,19,25 191:21 192:4 192:13,18 193:4,9 230:13 230:15 234:1 236:1 237:1
**3m's** 190:13

**4**

**4** 5:17 116:9,10 192:12

**400** 223:22
**410-580-3000** 4:11
**411** 6:11
**414-277-3465** 3:13
**4:18** 217:19,20
**4:37** 217:20,22

**5**

**5** 5:19 119:8,9 125:15 192:12
**50** 154:25 176:25 177:5,6
**500** 155:1
**504-394-9000** 2:12
**5045** 212:9,11
**515** 12:5,8
**53** 212:5,6
**5309** 12:3
**53202** 3:12
**537** 117:20
**537.1** 89:1
**546** 1:7 8:12
**5:01** 233:16
**5:03** 1:13 234:9 235:11

**6**

**6** 5:22 143:10 143:11,12 192:13 231:8 231:10,15
**6/28/2024** 5:23
**60** 177:1,6,6
**601** 3:5
**60654-3406** 2:17
**65** 38:24,25 39:2
**650** 4:10
**69** 222:5
**6th** 4:6

**7**

**7** 5:24 143:25 144:1 151:5,6 151:7 192:13
**70** 86:21
**70037** 2:11
**75219-4281** 2:6
**7753507** 1:25 236:2 237:2
**790** 3:12

**8**

**8** 5:5 6:1 43:9 151:3,4,5,6 152:4 167:21 167:22 169:12 192:13,16,18 192:20 215:9 215:16 216:1
**80202-2848** 3:8
**807** 66:15 192:24
**807a** 66:15
**8397** 2:10
**87** 5:14
**8731** 202:22
**8:46** 1:13 8:7 235:11
**8th** 88:24

**9**

**9** 6:4 159:7,9 162:22 192:16
**90** 210:24
**90002288** 202:11
**97205** 151:2
**97210** 159:8
**9:53** 50:9,10

**a**

**a.m.** 1:13 50:10 50:10 86:6,6 235:11
**ability** 87:3,9 163:24
**able** 34:19 85:18 116:18 116:22 153:8 164:19 187:20 191:14
**above** 27:3,4 35:18,20,21,22 153:17 222:13 222:19 223:10 231:21 237:7
**abreast** 203:16 203:18
**abuts** 28:16
**accept** 22:25 63:19 107:13 184:21
**acceptability** 184:12
**acceptable** 209:5 216:5
**accepted** 184:20
**access** 75:12 102:8 116:18 116:22 185:4 222:1,5
**account** 144:5 149:14
**accuracy** 90:4
**accurate** 43:15 43:24 60:1 141:23 154:21 158:24 173:21
**accurately** 180:6,17
**acetaldehyde** 217:11
**achievable** 42:19
**achieve** 44:20
**acid** 70:21 108:9 110:4 217:11
**acidic** 217:11
**acknowledge...** 237:3

**acquired** 171:12
**acquisition** 131:14
**acquisitions** 82:18
**acre** 180:5
**acreage** 183:14
**acres** 75:13,14 155:1 179:1 180:6
**acronym** 71:22
**act** 211:4
**action** 235:16
**activated** 149:9
**active** 66:21
**actively** 62:22 62:25
**activities** 13:24 16:19 123:7 124:10 125:11 225:15 227:19
**activity** 61:3 133:10 154:10
**actual** 212:6
**actually** 33:6 39:6 102:20 119:13 131:17 145:10 151:10 175:6 200:20 214:21,22 221:21
**add** 23:11,12 78:1 177:13
**added** 73:7 159:24
**adding** 97:20 177:19 180:4,4
**addition** 177:12
**additional** 24:12,14,16,18 30:1 35:8 51:8 54:22 72:1,9,9 73:7 81:3 158:25 179:1 180:5,6
**additions** 237:6
**address** 12:2,4 12:9,12 60:23 69:24 88:10 90:7,10,14,16 120:4 125:14 159:3 161:3 219:19
**addressed** 37:9 69:25 131:3 165:25
**addressing** 51:3
**adequately** 149:14
**adheed** 230:1
**adhere** 78:23 230:1
**adjective** 219:19
**adjust** 174:4
**adjustment** 157:20
**advance** 67:24
**advisory** 229:22,24 230:2
**aecom** 49:2,16 51:7,16 54:12
**aerial** 142:11
**af&pa** 44:11 45:25 46:16 47:9,11
**affect** 44:10 46:24 148:7
**affects** 92:12
**afff** 98:25 122:25
**affixed** 235:18
**afron** 120:12
**ag** 120:10 224:12,18 225:13 226:8 226:10
**agencies** 19:16 45:13 59:23 60:12 83:19 225:18
**agency** 23:13 45:21 55:2
**agency's** 129:9
**agent** 62:8 99:20
**ago** 61:19 62:6 63:12 76:6,6 81:25 96:16 161:20 198:10 206:23 216:9
**agree** 40:13 57:3 87:22 107:18 140:2,5 145:17 179:20 220:4,6
**agreeable** 87:16
**agreement** 15:3 15:6,8,16 87:16
**agricultural** 33:22 34:1 106:5 155:10 156:9 157:6 165:4 226:17
**ahead** 17:25 18:2 23:18 59:10 76:22 98:13 136:9 139:11 180:21 189:21 205:8 212:4 214:9
**ahlstrom** 3:2 5:13,18,22 6:1 6:3,5,9,11,13 6:15,18,20,25 7:2 12:11,13 12:17 15:16 25:18 30:24

32:5 39:4 46:6 46:7,11 48:20 49:21 58:10,24 59:3,6 76:11 78:22 102:24 116:17 129:20 129:20 130:17 130:17 132:7 134:9 141:9,12 141:14,16,23 151:2 159:7 166:19 168:17 168:20 171:8 171:11 173:4,6 173:8 178:4 183:3 187:10 191:23 194:25 196:9 199:24 210:25 217:25 218:1
**ahlstrom's** 201:24
**ahlstrom.com** 144:8
**aid** 103:14
**air** 69:21 135:1 135:13,14
**airport** 26:25 35:7 98:24 122:20,22,24
**al** 1:4,8 8:10,10 11:9 236:1 237:1
**allegations** 122:23
**allocated** 16:18
**allow** 179:15 179:24
**allowable** 214:15
**allowed** 158:19
**alternate** 70:5 150:10 183:14 187:2
**alternative** 185:13 186:13 186:22
**alternatives** 192:25
**ambitious** 42:20
**amended** 11:25 11:25 86:25
**amendments** 211:4
**america** 10:10 58:25 131:9 197:2
**americas** 3:18
**amortized** 150:13
**amount** 42:4 115:5 138:23 170:1 177:19 179:7 216:5 220:16
**amounts** 204:22,24 215:20
**ample** 38:21
**amy** 57:23
**amy's** 57:24
**analyses** 162:5
**analysis** 6:8 19:18 21:3,5,6 22:14 68:9 103:23 113:5 115:18 135:12 150:4 161:3,10 178:16,18 179:20 181:22 216:17 217:9 220:12 224:6
**analyte** 189:16
**analytes** 21:9 21:21,22,24 22:2,8,13,19,23 24:12,14,16,18 24:19 25:3,10 25:11 89:8 109:24 110:7
**analytic** 108:15
**analytical** 6:7
**analyze** 23:9
**analyzed** 110:1 110:2
**andrew** 2:9 8:23 50:14 125:2,17 146:12 162:20
**andrewcvitan...** 2:11
**andy** 57:17 132:20,21 195:4 197:21 198:1,2
**andy's** 198:15
**anna** 4:5
**anna.eoviero** 4:7
**annotate** 72:13
**annual** 16:7 17:4,6 20:15 163:21 182:12 216:16,20,21
**annually** 120:8
**answer** 9:3 18:21 23:18 49:12 50:2,16 50:18 52:11 53:2,11,24 54:9,16 55:16 55:20 56:8,9 59:10 60:10 91:2 98:13 102:8 103:3,5 103:9 106:15 123:9 172:6 190:4
**answered** 155:19 164:16 166:13 228:17 228:19

**answers** 9:5 10:1
**anticipate** 16:6
**anticipation** 118:12
**anybody** 19:8 30:20,24 31:7 31:21 48:11 52:14 56:1 57:25 59:17 115:12 116:21 120:20 132:24 158:25 209:13 209:17 230:13
**anymore** 41:15
**apparent** 13:13
**apparently** 161:24
**appear** 217:4
**appears** 133:19 167:6
**append** 72:20
**appended** 72:24,24 73:7 73:15 133:5 207:17,20 210:7,7 237:7
**applicability** 56:22
**applicable** 48:7
**application** 64:15 179:6
**applied** 48:12 103:23 171:9 173:8 181:10 212:25 223:13 231:6
**applies** 66:4 172:2
**apply** 48:1 56:23 171:14 172:10 173:5 212:24,24 213:8 214:7,12 216:7 231:5
**applying** 157:1 179:23
**appreciate** 11:5 38:8 187:14
**appreciated** 26:17
**appreciation** 66:19
**approached** 172:18
**appropriate** 213:12
**approval** 155:9 155:21 156:4,8 201:16,18,19 210:7 211:19
**approve** 69:17
**approved** 25:4 25:4 65:18 67:9 142:8 155:8 156:6,15 156:16 161:15 175:10
**approximately** 13:6 20:20,21 25:10 27:2 29:18 38:17,20 110:2,10 154:24,25 160:17 172:9
**april** 130:3
**apt** 159:4 181:18
**arch** 3:22
**archived** 100:25 193:17
**archiving** 194:11
**area** 28:7 30:3 33:22 40:24 74:21 75:17 91:5 120:2,7 120:15 121:1 121:13 133:11 174:20 179:8 179:13 183:20 183:22 185:9 199:17 220:17 221:18 222:25 224:10,21 225:21 227:19 232:11
**areas** 40:18,23 219:20 221:16
**argue** 69:1
**arnold** 3:4 123:15,16
**arnoldporter....** 3:6,9
**arrival** 127:1 191:2 193:12
**arrive** 204:16
**arrived** 65:24
**article** 194:6
**articles** 95:18 95:20 96:25 97:1 100:25 190:7,8 193:14 193:16,20
**ash** 41:12,13
**aside** 85:23 86:10 101:1 128:7 187:9
**asked** 18:23 19:7,17,17 37:12,17,19 51:6 70:4 76:3 76:4 144:11 153:2,21 154:14 155:24 158:14 166:12 172:16,16 175:5 187:6 188:16,23 197:4 201:10 228:16 232:17
**asking** 9:3,24 11:5 23:13 37:24,25 47:1 50:15 51:21,23 51:24 52:5

87:6 94:24 99:9 125:12 154:18 161:1,1 162:1,1,4 188:4 198:18 206:17 212:21
**asserted** 95:19
**asserting** 125:10,10 154:9
**assertions** 121:6,16
**assess** 44:13
**assessment** 175:4 176:14 220:21 227:1
**assigned** 73:20 196:22
**assist** 50:25 51:3
**assistance** 54:22
**assisting** 37:11
**associated** 23:7 24:13 43:7 48:8 68:23 77:7,14 78:14 78:20 89:11 93:16 97:4,10 97:15 120:10 121:4,8 122:23 125:14 127:25 148:23 149:21 156:25 178:23
180:4,5,15 188:3,9 211:23 233:8
**assume** 85:8
**assumed** 135:12
**assuming** 55:22 218:18
**atmospheric** 100:8 111:18
**atsdr** 191:22
**attach** 10:15 39:12 191:6 217:24
**attached** 7:4 135:9 207:23 207:24 234:6
**attaching** 152:4
**attempt** 193:23
**attention** 79:20 86:11 88:6 112:7 159:6 223:9 231:20
**attorney** 123:15 168:5 196:25 197:1,2 235:13,14
**attorneys** 7:4 19:9 56:3,13 56:14 123:19 123:22 196:24 234:7
**attributable** 225:12
**attributing** 188:12
**august** 17:8 160:25
**author** 95:21
**availability** 219:2
**available** 135:8 138:4 157:5,9 157:15 159:23 160:12,13 161:6 162:3 224:5
**avenue** 2:6 3:5 3:18 4:6
**average** 95:12
**avoid** 87:18 183:19
**aware** 11:24 24:17 25:17 36:4,9 67:20 79:11 90:14 96:4,8 99:19 99:25 112:4,10 120:13,16 128:1 155:6,13 155:14 171:13 176:21 189:1 203:21 204:14 204:19

**b**

**b** 5:9 133:19
**bachelor's** 81:12,16
**back** 17:7 20:24 29:18 30:1 39:7 50:11 51:15 59:11 62:7 65:24 72:8 73:11 82:3 86:7 102:19 117:15 119:4 119:13 126:9 131:19 133:3 133:18 136:5 139:14 151:25 155:17 159:2 162:18 169:10 175:23 176:7,8 177:15 182:24 184:18 185:1 217:21 225:20 230:6
**backfill** 64:24
**background** 10:7 97:2,23 199:11 229:5
**backup** 74:12 186:14
**backuptemon...** 191:23
**bad** 29:10 73:4 204:25 205:16
**ballpark** 175:5 175:15 176:11

**baltimore** 4:10
**barb** 58:1
**baron** 2:5
**baronbudd.c...** 2:7
**base** 61:20 216:22 220:21
**based** 19:19 53:23 54:7 70:21 73:8 103:22 125:1 127:21 128:23 128:25 170:17 181:3 188:10 188:11 189:10 196:20 227:6,6 227:7,9
**baseline** 118:11
**basf** 4:3 230:13 230:14
**basic** 15:21 43:5 65:19
**basically** 35:4 75:12 85:1 100:6 184:5
**basin** 136:11 136:15
**basis** 37:3 50:19 56:7 61:9 94:8 98:1 129:6 150:10 150:17
**batch** 204:25 205:16 206:5 209:11
**bates** 5:12,14 5:17,19,24 6:2 6:5,8,10,12,14 6:17,19,22,24 7:2 116:15 119:10 125:16 129:13 162:22 162:23 202:11 212:6 221:5
**becoming** 219:6
**beginning** 117:16 200:5 231:21
**behalf** 1:4 87:17
**behold** 18:8
**believe** 11:15 11:16 24:24 27:2 28:16 31:19,22 32:14 49:2 50:24 55:11 70:14 74:18,21 84:12 94:1 95:5 103:16 104:6 105:5 106:11 107:23 109:19 110:3 114:16 132:10 142:1 152:21 161:5 168:24 179:17 180:14,17,23 187:6 193:8 232:21
**belle** 2:11
**benefit** 42:7 56:24
**benzel** 6:6 61:6 61:7,8 62:20 63:10,21 64:12 142:6 158:9,14 158:17 159:13 161:1,24 162:8 162:13,16 165:3
**benzel's** 163:6 164:25
**benzene** 70:21
**best** 3:11 48:23 130:6 235:9
**better** 66:13 92:23 151:20 162:9
**beyond** 23:25 24:23 65:24 170:18 197:18
**big** 94:13
**bigger** 58:17
**biggest** 150:1
**billed** 14:24
**billion** 110:10
**bioaccumulat...** 164:22
**bioaccumulat...** 95:17
**bit** 83:17 91:23 94:12 125:4 138:6 209:14 223:23
**black** 181:4,6
**blame** 154:5
**blamed** 122:13
**bland** 2:7
**blended** 208:24 209:1
**blending** 209:11
**block** 181:5
**board** 102:13 102:14
**bodies** 28:8
**boilerplate** 77:6
**boilers** 16:9 17:10
**bold** 195:7
**bonus** 42:24
**boom** 60:17,18 60:19
**born** 10:10
**boss** 31:22
**bottom** 206:24 222:2 231:16
**box** 181:5,5,6
**boxes** 69:18
**boy** 153:7
**boyce** 167:20 167:22

**brady** 48:24
**brand** 127:13 127:15
**brand's** 127:14
**bratski** 61:16
**break** 16:20 50:4,7,10 85:25 86:6 95:10 119:3 127:2,14 140:11 151:12 151:21,24 182:18,23 189:12 217:12 217:13,17,20
**breaks** 182:19
**brett** 2:5 234:2
**bridge** 27:19,20
**bring** 66:5 67:15 70:3,19 72:5
**bringing** 71:10 72:7
**broken** 169:17
**brought** 65:17 66:3 71:14
**brrts** 124:17,18 124:19
**bryant** 3:18
**bryn** 120:12
**budd** 2:5
**builds** 180:3
**bullet** 43:19 59:22 65:12 79:19 136:21 183:23
**bulletin** 102:14
**bunch** 87:20 134:10
**burdensome** 145:23 146:6
**burn** 41:15
**burning** 87:20
**business** 32:11 51:1,3 79:6 152:13 172:4 173:13 180:18 198:11,16,23 199:1
**buy** 109:7,15
**byproduct** 206:3 208:16

**c**

**c** 2:1 3:1 4:1 88:10 90:8,12 90:13 120:11 222:2 224:12
**c3** 16:10
**c5** 16:11
**c8** 189:14,16
**calculate** 113:1 114:24 216:5 216:10,15
**calculation** 135:5 176:7,9 215:3
**calculations** 115:7 134:14 135:1 214:21
**call** 52:9 64:19 79:20 124:16 144:12,24
**called** 8:18 63:11 73:2,25 80:12 82:9
**calling** 137:25
**calls** 18:19 21:24 49:10 51:20 52:20 53:1,10 55:15 103:2,3
**canadian** 10:8 10:9
**cancer** 96:24 97:5
**capable** 22:1 24:17 114:6 164:9,20 208:15
**capacity** 69:23
**capital** 65:13
**caption** 11:2,3 11:5,12,14
**captioner** 235:5
**captive** 150:20 177:24
**cara** 132:18
**carbon** 107:9 128:12 148:20 148:20,21 149:1,9
**carbonyl** 215:6
**carcinogen** 94:15
**carcinogens** 94:5,21
**care** 157:14
**career** 95:1,14 95:23 172:13 210:9 220:22
**caro** 2:10
**carved** 37:13
**carveout** 37:15
**case** 1:7 8:12 10:24 11:1,3,6 11:12,12,14 69:1 124:22,24 129:3 153:13 164:6 172:23 200:16 208:23
**cases** 73:15
**casually** 124:5
**cat** 95:21,21
**cat's** 95:22
**catch** 223:9
**category** 160:10
**cause** 153:16 228:15
**caused** 227:23
**causes** 30:7,12 30:17

**caveat** 181:5
**ceases** 186:23
**center** 225:22
**centre** 3:21
**cents** 32:11
**certain** 15:25 47:2,12 61:1 67:22 69:25 73:9 76:13 78:22 79:5 88:6 91:25 105:25 127:18 134:4 146:20 178:16 183:19 186:25 208:6 211:9,10,14,16 232:2
**certainly** 11:5 15:24 23:11 28:4 32:12 46:5 54:25,25 55:17 56:18 61:16 65:8 67:19 68:4,12 73:6,6 92:15 98:14 100:17 102:1 116:17 123:16 128:20 128:22 130:11 136:10 138:22 146:2 149:23 154:2 157:15 159:1,16 171:17 172:14 177:23 189:4 196:4 197:20 219:20 232:10
**certified** 235:4 235:5
**certify** 235:6,12
**chain** 192:25 200:5 201:4
**challenge** 150:1
**challenged** 198:10,15,22
**challenging** 70:20 199:3
**change** 23:10 23:11 47:23 48:3,8,18 236:4,7,10,13 236:16,19
**changed** 21:15 67:5,6
**changes** 44:8 44:17,18 47:21 47:21 66:7,9 66:10 237:6
**characteristics** 134:20,21 190:4 208:7
**characterizati...** 57:3 145:18 213:16
**characterize** 66:12
**characterized** 122:17
**charge** 22:4 24:12,13
**chart** 58:17
**chasse** 2:11
**chat** 10:18 86:21 87:1,3,8 116:8 119:11 143:24 151:8 159:6 160:19 162:23 166:19 166:23 187:9 191:5,13 195:2 202:11 210:17 217:24 221:2
**cheap** 166:2
**cheaper** 42:14 181:18
**checks** 49:21 69:18
**chemical** 6:21 65:13,16,17,22 66:1,7,8,11,21 66:24 67:1,11 68:9 69:16,24 70:2,16 71:4 71:15 72:11,13 72:19 73:17 74:10 83:10 85:6 109:10,12 109:14 127:21 139:14,18 179:14,15 188:24 189:11 201:18 202:20 207:17 208:6 209:17,23,24 209:25 211:11 214:5,25 215:1 230:21,24
**chemicals** 66:4 66:14,17 71:16 72:16 74:16,20 80:22 81:2 95:6,12 109:15 158:4,20 164:23 179:24 189:2,5,7 190:21,22 200:20 211:9 211:14,15 215:20
**chemistries** 67:2 68:25 69:3 70:1,18 71:5 97:4 111:4 126:22 127:1,10 136:12,18 137:5,12 153:19 155:7 155:25 157:2 160:5,6 164:22 165:22 200:25 203:21 211:16 233:7
**chemistry** 72:7 82:7 127:24 156:20 188:9

188:15 229:6
**chicago** 2:17
**cholesterol** 97:8
**chorus** 87:18
**chose** 183:19
**chosen** 185:9
**cira** 3:21
**circa** 25:22 96:12 101:8
**circumstance** 205:15
**citizen** 60:14
**city** 28:18,25 29:7,12 35:5 60:10,11 98:24 100:3 193:21
**city's** 26:24
**clarification** 14:9 133:21 174:13
**clarified** 76:18
**clarify** 45:10 132:4 137:20
**claudia** 58:1,2
**clean** 9:15 69:21,22
**cleanup** 205:11
**clear** 9:11,14 19:5 23:14 27:11 50:20 51:21 56:11 76:9,10 78:19 92:12 94:10 95:8 141:15 173:6 181:7 215:17 219:6 219:14
**clearer** 76:11
**cleaving** 189:14
**click** 218:17
**client** 168:5
**close** 90:19 106:5 222:1
**closely** 40:17
**clvs** 8:4
**coal** 41:15
**coating** 70:19 73:8
**coauthor** 40:7
**coincides** 160:17
**collaboration** 56:20,25
**collect** 19:1
**collected** 190:7 193:17
**collecting** 161:18 190:11 194:11
**collection** 193:22
**college** 81:17 82:4,8
**colorado** 3:8
**column** 191:19 191:20 192:21
**come** 30:1 31:12 108:10 121:14,19 127:23 143:24 160:11 223:20
**comes** 71:25 112:5
**comfort** 107:20
**comfortable** 93:2
**coming** 16:11 100:2 112:2 123:3 183:13 192:12
**commencing** 235:11
**comment** 44:25 45:3,6,13,16,22 45:24 68:5 74:22 93:23 128:10 147:3 169:8 189:6 206:24 232:21
**commented** 147:10
**commenting** 104:13
**comments** 45:24 60:23 146:19 147:8 147:10 148:1 149:17 178:12 181:9
**commerce** 85:1
**commercial** 150:15 186:19
**commercially** 150:23
**commission** 235:25
**committed** 150:10 177:23
**common** 144:17
**communicate** 91:14 102:15 130:12 155:3
**communicated** 37:21 132:8 155:24
**communicating** 156:24
**communication** 123:15 130:4 141:4
**communicati...** 19:6 64:10 109:9 168:9 173:12 201:2
**community** 59:23 60:6,24 75:18,25 120:24 121:10 121:24 122:11 147:22,25 148:5,8,13,15 183:24

**companies** 130:16 163:22 163:22
**company** 1:8 2:14 8:10 42:16,25 44:14 52:15 54:13 55:6,7 75:3 82:9 85:15 127:25 130:24 132:24 141:11 152:15 175:7 175:20 189:2 189:11 213:25 236:1 237:1
**company's** 190:6 198:20
**compare** 118:9 123:23 164:6 166:5 195:19 195:20
**comparing** 118:15
**comparison** 112:16
**comparisons** 114:9
**compatibility** 68:25
**compensated** 14:6,8,10 15:17,20
**compensation** 42:21 43:3
**competencies** 83:16 85:8,9
**compiles** 19:19
**compiling** 158:7
**complaint** 11:18,24,25 184:8
**complete** 237:8
**completed** 72:19 73:17,18 230:24
**complex** 164:17
**compliance** 16:15 23:4 24:6 44:18 48:7 54:23 65:14 68:21,24 104:2 148:13 181:10
**compliantly** 67:15
**comply** 56:23 98:3
**component** 32:12
**components** 66:22
**composition** 214:18 215:15 215:25 216:7
**compositional** 215:25
**compostability** 155:10,13
**composting** 183:15
**comprehensive** 220:11
**computer** 115:10,11,19 116:13
**concentration** 70:8 216:22 220:18 233:6
**concentrations** 27:18,23 113:7
**concern** 33:21 47:12 71:3 78:3 93:16 96:5 106:8 108:22,25 122:12,15 147:13 148:6 153:12,15,22 154:5 165:20 179:18 180:2,8 180:8 189:6,13 190:1,1 214:19 215:2
**concerned** 70:1 78:16 121:4 149:19 160:14 211:22 217:7
**concerning** 183:7
**concerns** 19:2 51:4 60:14,23 69:14 70:22 93:25 96:24 97:3 121:14,15 153:3 185:5 200:19 232:23
**conclude** 34:19 115:4 163:2 189:10
**concluded** 34:5 234:9
**concluding** 235:11
**conclusion** 34:23 36:12 228:14,18
**conclusions** 36:7,21 38:2 38:11 77:24 78:14 224:2
**condition** 200:25
**conducted** 225:17
**confusion** 149:8
**conjunction** 135:24
**consciousness** 167:4
**consider** 45:1 68:7 69:16 97:19 107:8

108:2 111:2 165:15,16 180:17 213:18
**consideration** 48:18 68:12 229:25
**considerations** 207:25 208:4 214:6,10,11
**considered** 67:8 93:24,25 165:12 215:20
**considering** 67:25 97:18 103:13 176:16
**consistent** 22:21 34:14 44:2 114:12 159:13 201:24 222:3
**consolidate** 46:1
**constituent** 71:9 93:15,16 211:18 214:17
**constituents** 22:10,11 23:6 25:7 67:7 89:11 97:20 108:5,12,13,14 110:3,4 126:23 157:11 162:7 196:1 215:2 216:18 217:4
**constitute** 229:13
**constrained** 69:6,9,11
**consult** 54:13
**consultant** 54:10 76:14,15 145:1 218:13 218:25
**consultants** 50:15 53:7 54:4 143:1
**consultation** 128:11 196:13
**consulted** 72:21
**consulting** 48:16,25 49:1 49:4,17 50:25 51:9,18 52:4 52:13 53:20 145:2 170:25
**consumed** 94:3
**consumer** 85:2 95:19
**consuming** 42:5
**consumption** 42:3,4 93:18 94:2
**contact** 61:11
**contain** 99:19 108:21 109:11 126:23 127:10 137:5 140:6 153:20 160:6 197:6,10 204:21
**contained** 40:14 71:17 95:21 102:4,10 111:4 126:20 127:1 137:12
**container** 213:19
**containing** 127:19 128:8 204:5
**contains** 109:1 109:21,24 111:6,8 130:25
**contaminated** 113:16 114:19 123:19,24 124:6
**contamination** 26:25 33:23 34:3 35:6 36:11,22 75:19 76:1,20 98:9 98:18,22,23,24 99:7,13 120:25 121:21 122:1 122:19 124:20 130:5,9,13 140:3 143:20 153:5,17 154:10 182:14 188:13 225:4 227:12,23 228:15
**content** 41:24 70:8 156:12,12 156:13 157:19 157:19
**context** 118:18 118:20
**contingency** 187:5
**continue** 30:2 34:16 50:18 150:6 153:8 169:10 176:19
**continued** 3:1 4:1 184:20
**continuing** 82:3
**continuous** 40:19 167:3
**contract** 16:1 61:9
**contractor** 63:4 64:20,21,24 65:6 72:16
**contributing** 26:23 27:9 29:5,7,12
**contributor** 95:25 96:6
**control** 19:2 20:2 134:8 215:10,18

226:25
**controls** 39:22
**convenient** 125:22
**conversation** 30:11,20 50:5 56:12 121:15 122:2 127:20 127:23 209:16 209:20
**conversations** 30:7,17 57:8 68:8 127:6,8 127:12,17 136:10
**coordinate** 46:3,16 55:5
**coordinates** 142:25
**coordinating** 83:24
**coordination** 33:4 46:20 162:16
**copied** 132:8
**copies** 7:4,5 74:9,11 234:7 234:8
**copy** 10:16 37:7 143:6,6 233:17
**corporate** 79:21 80:6,7 131:3,11 196:1
**correct** 12:12 19:22 21:13 23:23 24:24 25:12 26:22 27:7,13,16,23 28:5 32:22 35:23 37:20 41:4,16 59:20 70:25 72:3 77:23 78:16 80:5 83:22 84:8 92:3 96:15 98:11 101:24 102:12 103:11 126:18 130:14,20 131:15 132:12 132:15 133:10 134:3,16 140:23 142:22 143:6 146:1 148:4 162:17 169:25 171:7 172:18 173:20 173:25 178:17 179:12 183:21 185:14 186:10 188:25 192:5 193:10 199:11 202:3 213:3,4 218:16,23 220:25 221:17 225:3 229:2 237:8
**corrections** 237:6
**correctly** 207:2
**correlate** 220:16
**correlation** 124:5 219:7,14 227:7,10
**corresponden...** 5:17,24 6:4,10 6:12,14,17,19 7:1 64:14 73:14 146:9 196:15
**corresponding** 78:6 162:21
**cossich** 2:9
**cossichlaw.c...** 2:11,12
**cost** 42:12 147:14,14,17 148:16,23,25 149:1,5,25 150:1,4,13 170:12,16,18 174:2,6,16,24 174:25 175:1,4 175:7,15 177:5 177:7,23 180:4 180:5,13,14 181:2
**costed** 174:24
**costing** 186:6
**costs** 42:7 148:11,19 149:13,16,21 150:8 169:17 170:25 177:17 178:18,22 180:18
**council** 44:9 45:25 46:9,21 55:1 56:19 182:11
**counsel** 8:14 19:7 48:17,19 55:1 56:6 79:13 103:14 123:8 124:2 125:3 130:22 132:10,25 141:6,19 143:3 145:3 168:9,25 168:25 196:13 235:13,14
**count** 92:24
**counterparts** 57:5,7
**country** 46:14 59:18
**county** 28:23 88:10 90:8,12 90:13 98:19,22 183:15 186:18 186:18 222:2 226:16 235:2

**couple** 17:13 63:11 76:6 130:15 171:21 230:23
**course** 19:15
**court** 1:1 8:11 8:16 9:7 39:10 86:15
**cover** 202:20
**covid** 102:19
**cracks** 78:8 79:11,18
**crc** 1:23 235:22
**created** 39:20 39:23
**creating** 193:3
**credential** 98:8
**credit** 82:4,4
**creek** 28:18
**criteria** 160:9 211:13
**crop** 165:6
**cross** 57:2,4,9 57:10 170:5 173:11,15
**crr** 1:23 235:22
**cubic** 169:21 177:1
**cumulative** 110:16,18
**curious** 190:20
**current** 12:2,4 12:17 24:25 153:23 161:3 161:10 162:4 186:8
**currently** 21:17 57:15,15 69:15 70:16 104:18 160:5 173:1 201:1
**custody** 134:8
**customers** 108:24 109:2,3 109:3,5,6 118:16
**cut** 184:15,17
**cv** 1:7 8:12
**cvitanovic** 2:9 5:5 8:22,23 9:20 10:15,20 18:6 19:4 23:21 24:7 25:13,16 26:7 35:2 39:3,6,14 45:15 47:8 49:15,20 50:3 50:20 51:14,23 52:1,7,16,23 53:5,15,18 54:2,11,17 55:3,21 56:10 56:16 57:1 58:14,16 59:16 69:4 76:25 77:3 79:1,4,14 85:16,23 86:3 86:9,13,17,20 87:11,19,24 88:3,5 91:1,6 92:17 93:8 94:19 96:7,13 98:17 99:1 100:11,20 103:8,21 104:3 104:11,15 105:18,24 106:17,24 107:2,10,12,17 107:25 111:1 111:20 112:3 112:23 113:15 113:24 114:23 116:6,11,16,21 116:25 118:10 118:21 119:6 119:10,15 121:11 122:21 123:2,12 125:4 125:13,18,21 126:2 129:1,11 129:17,18 135:16 136:14 137:3,10,18,21 138:5,14,19 139:4,16 140:8 143:8,11,13,23 144:2,3 145:16 145:19,25 146:13,15,23 147:23 150:3 150:25 151:4,7 151:10,18 152:2 155:16 155:19 156:1,3 156:7 159:5,10 159:19 160:18 160:22 163:1,9 165:2 166:1,15 166:18,22 168:11 169:9 169:13,15 170:6 171:19 173:25 174:3 174:18 175:21 177:11,25 178:3,8,24 179:19,22 180:7,16,25 182:19 183:1,5 183:18 185:19 185:25 187:8 187:13,16,19 189:22 191:4,8 191:16,17 194:19,25 195:3,21 196:7 196:14 197:15 197:22,25 199:19,22 200:2,4 202:5 202:7,10,15,18 204:11,13,23 205:13,22 210:16,20,23 214:13 217:2

217:12,14,23 218:5,8,11 219:12,23 220:8 221:1,5 221:9 222:15 224:9,22 225:19 226:6 226:15,20 227:21 228:2,5 228:20 229:20 230:9 233:11 233:23 234:4
**cychosz** 57:17 195:6,7 198:2
**cycle** 100:7
**cycles** 114:13 114:14

**d**

**d** 4:5 5:1 13:4
**d&r** 5:20 119:11
**dab** 231:3
**daiken** 201:3
**dallas** 2:6
**dam** 26:6,8
**daniel** 183:6
**data** 17:14 18:25 19:19,23 20:2,21,23 21:6,8 23:9 35:4,9 66:8 71:12,13,23 72:20,25 73:1 73:4,23 77:20 78:3 113:11,11 114:5 118:15 118:16,20 124:10,14 134:15 135:6 135:12,14,15 157:25 161:5 161:18 164:3 166:5 167:7 195:20 207:20 212:9 218:20 219:2 220:14 222:23 223:4 224:5,7 225:18 227:5,6,9 231:2,2,6,7 232:16 233:3,5
**data's** 124:15
**database** 14:18 73:23,25 80:10 80:11,12 87:5 231:1
**datcp** 84:25 85:1
**date** 8:6 20:18 20:19 38:21 43:20 44:6 88:7 119:24 120:17 123:14 133:25 141:2 181:21 236:24 237:12
**dave** 182:2,3
**davenport** 12:5 12:8
**day** 13:19,20 13:24,24 14:22 14:23 43:14 102:19 149:6,7 235:10,18 237:15
**dc** 3:5
**de** 177:14
**dealing** 18:15 18:17
**deals** 50:2
**dealt** 47:3
**december** 119:25 120:13 123:4 235:19
**dechert** 3:17
**dechert.com** 3:19,23
**decided** 152:22
**decision** 42:15 184:10
**declare** 237:4
**decline** 103:9
**decompensat...** 157:6
**dedicated** 33:6 102:2
**deemed** 237:6
**defendant** 2:14 4:3 87:17,17
**defendants** 1:8 3:2,15
**defer** 128:20 129:9 130:22
**define** 51:8 183:22
**defined** 232:4,8
**definition** 208:8 211:14
**degree** 81:12 81:16 82:1,6
**delete** 115:21
**deleted** 115:22
**delineated** 142:11
**delineation** 52:2
**delineations** 61:10
**delivery** 170:17 170:20
**demand** 42:3
**demonstrate** 23:4 24:6 44:18
**demonstrating** 23:3
**demonstration** 48:7 148:14
**denver** 3:8
**department** 60:12 67:10 69:23 74:8 84:2,3,7,10,16

84:18,21 85:1 88:19 91:21,25 129:22 138:25
**depends** 48:17 93:15
**deponent** 8:13 237:3
**deposed** 10:25 18:5 205:15
**deposited** 228:12
**deposition** 1:11 5:11 8:8,24,25 10:18,23,24 17:19 18:4,5 18:10 51:12 87:1,6,21 100:8 111:19 234:9 235:7
**deprive** 87:9
**describe** 120:23 146:6
**described** 57:2 125:11
**description** 5:12 39:16,18 40:13 163:11
**design** 51:2
**designation** 79:7
**desk** 74:11
**detail** 78:2,13 163:7
**detailed** 215:16
**details** 15:25 66:25 74:24 93:22
**detections** 219:20
**determination** 48:12 229:18
**determinations** 65:14
**determine** 34:24 113:5 148:11 150:19 215:1,13
**determined** 93:12 214:23
**develop** 51:1 93:17 187:4
**devil's** 66:25
**dhs** 83:24 84:1 84:5,14 128:19 128:20,22 129:4
**dhs's** 129:4
**difference** 97:17 130:21 131:5
**differences** 125:25
**different** 25:8 40:23 67:8 79:2 129:2 134:10 138:6 149:6 152:16 154:25 156:18 167:15 190:8,8 205:14 209:15 209:23 212:17 221:15 223:15
**differently** 190:23
**difficult** 74:22 125:7 164:15
**difficulty** 183:13
**difluoride** 215:6
**dig** 47:25
**dilution** 179:1
**diminish** 34:17
**direct** 33:12,15 41:24 59:7 231:20
**directed** 37:8 56:6,13 88:12 124:2
**direction** 33:4 59:14 123:8 125:3 194:13 198:4,7 199:3 235:8
**directions** 44:22
**directly** 33:9 45:24 55:2 59:4,19,19 62:20 75:25 121:14 162:14 235:15
**disagree** 50:23 128:15
**discern** 164:19
**discernible** 115:6
**discharge** 19:14 22:12 27:14 214:23 217:1
**disclose** 18:20
**discovered** 29:22
**discovery** 30:6 30:10,15 55:9
**discrepancies** 73:3
**discuss** 120:19 157:7 164:6 209:13
**discussed** 37:23 38:1,4,9 100:1 120:24 149:3 164:7 169:1 206:23 207:12 212:11 230:23
**discussing** 24:13 117:14 178:14 192:9 230:21 231:14
**discussion** 56:18 121:9 232:20

**discussions** 55:1,12 56:22 164:10
**disposal** 83:8 149:21 150:5 150:11 174:7 185:13 186:22 187:5 207:25 208:4 213:5,8 213:24 214:6 214:11
**disposals** 186:13 204:5 204:10
**dispose** 174:8 175:13 183:10 208:3 213:9,24
**disputing** 180:13,13
**disrupt** 87:6
**distinguish** 125:25
**district** 1:1,2 8:11,12
**divided** 194:23
**division** 8:5
**divisions** 152:16
**divulge** 53:24
**dla** 4:4 86:25
**dnr** 5:14,19 21:17 22:11 23:1,15,20,25 25:4,25 29:2 29:15,17,18,21 29:24 30:7,11 30:17,21 35:11 35:25 36:4,7 36:10,12,20 38:2,10 44:25 56:20 67:13,21 67:25 76:3,3 76:11 77:25 81:7 83:24 84:12 91:24 92:10,15 93:1 93:12 103:16 104:12,16 105:12 120:13 120:16,18 124:13,22 128:19,22 129:4,25 130:2 130:4,7,12 131:2,2 135:22 136:2 137:22 140:2 146:24 147:4 149:14 153:6,17 163:20,20,20 172:15,18,19 179:3 180:12 180:17,23 194:8 196:2 199:15,17 218:21 225:10 232:7
**dnr's** 22:24 77:10,13 97:24 104:6 128:15 128:18 133:4 160:9 178:15 180:8 181:1 218:16 219:4 220:14 221:14
**docket** 190:5,7
**document** 10:16,17,21 11:24 39:4,15 39:20,22,23 40:8,15 73:5 86:10,18 87:4 87:12,25 95:16 116:8 118:22 119:7 128:7,10 129:12 131:17 131:18,19,24 132:7 141:23 143:24 150:25 152:3 159:6,7 160:19 166:19 166:23,25 169:11 176:6 178:1 183:2 190:15,17 191:10,12 192:23 194:20 202:8,19 207:18 210:16 210:21,24 212:5 216:3 217:23 221:2,6
**documentation** 108:19
**documented** 68:13
**documents** 5:19 7:12 11:13,17,19,22 39:9 72:25 73:7,7 77:7,13 77:16 78:14 94:4,14 95:1 95:14,23 96:22 99:17 100:23 101:4 102:4 116:12 119:16 134:6 190:10 190:13,14,18 192:18,22 223:5 231:24
**dod** 82:23 83:1 83:5
**doing** 13:24 16:5,6,8 56:24 85:15 124:11 158:6,8 176:7 186:8 191:16 225:14
**dollars** 32:11 166:9
**domtar** 171:18 171:18,20,21 171:25 182:6,7 182:8

**domtar's** 173:1
**donaldson** 207:8
**dope** 204:4,24 205:1 213:2
**dot** 80:18 81:5
**doubt** 16:5 68:10 71:4,6 149:2 223:10 229:3
**downstream** 26:19 27:19,20 34:15
**draft** 44:12
**drafted** 15:11
**drain** 204:4 205:2,2
**drainage** 33:22 34:1
**draw** 88:6
**drink** 107:3 128:8
**drinking** 84:6 84:11 106:1,8 106:11 128:16
**drive** 2:17 101:14 177:17 192:8 193:4,6 220:19
**driven** 53:8,12 53:21 185:7
**driver** 42:15 69:13
**drivers** 100:18
**driving** 34:25 98:16
**dropping** 79:19
**drum** 213:20 213:22
**duck** 229:15
**due** 17:7 185:4
**duly** 8:19
**dump** 205:1
**dumped** 213:3
**dumps** 204:4
**dustin** 13:2,23 19:3,17 20:3 37:9 38:5,7,7,9 63:3 65:5,10 78:7 79:11

**e**

**e** 2:1,1 3:1,1 4:1 4:1 5:1,9,17,24 6:4,10,12,14,17 6:19 7:1,10,10 31:19 64:12,14 64:17 73:14 102:18 117:3 132:8 136:17 144:6 146:8 159:11 161:20 178:9,11 179:4 181:1,21 182:9 183:6 187:22 189:10,13 195:4 200:6,18 200:22 201:4 218:12 236:3,3 236:3
**earlier** 39:1 55:20 75:1 88:14 116:12 133:21 137:19 138:9 149:4 167:10 175:22 178:14 190:9 191:9 212:12 224:23 230:22 231:14 232:17
**early** 187:23
**earth** 142:3,16 142:18,19,20 142:24 223:17
**easier** 93:1
**east** 4:9
**eat** 229:21 230:4
**eating** 230:2
**economic** 181:22
**edited** 131:20
**education** 81:12 82:4,4
**effect** 43:21 114:10
**effectively** 67:14
**efficiency** 41:21
**efficient** 41:18 41:20,22,24,25
**effluent** 19:21 20:5,7,10,12,17 21:4,6,8,10 24:23 27:12,13 109:18,21,24 110:1 113:11 148:22 216:13 217:1
**effort** 123:4
**efforts** 44:22 145:3
**eight** 59:22 112:20 149:6 210:5
**either** 36:20 60:22 91:2
**electric** 82:10 82:16,17,22
**electricity** 42:5
**electronic** 14:18,19
**electronics** 41:8
**element** 32:17 174:13
**elements** 32:23 65:19
**elevated** 26:9 26:10,17,23 27:10,18,21,23 30:8,12,17,21 34:14,25 36:8

**elevation** 26:21 27:21 29:5,13
**eligible** 42:24
**eliminated** 41:9 41:14
**elissa** 3:4 25:13
**elissa.preheim** 3:6
**emerge** 101:9
**emerged** 158:17
**emergency** 80:17
**emerging** 46:24 55:18 56:17 96:3 100:2 187:23
**emissions** 16:8 134:13,14 135:1,2,13,14
**emond** 1:11 5:4 6:16 8:13,18 8:23 10:3,3,4 12:2 51:15 86:9 152:3 156:14 160:25 191:12 196:8 196:12 202:13 230:21 233:13 235:7 236:2,24 237:2,4,12
**employee** 59:6 148:1 168:23 235:13,14
**employees** 56:12 118:16 131:23,24,25 132:6 168:17 168:20
**employer** 141:7 141:13
**employment** 15:3,6,8,16 71:2
**employs** 141:11
**empty** 213:20 213:22
**emulsifying** 99:20
**enclosed** 20:9
**encompasses** 36:18
**ended** 82:9 186:6
**energy** 40:25 41:18,18,20,20 41:23,25 42:1 42:3,4 80:5
**engage** 76:14
**engaged** 18:11 52:12 53:3,6 53:20 54:3 55:23 56:2 65:9 75:25
**engagement** 37:14 56:6 143:3
**engaging** 79:12
**engineer** 57:13 136:12,15
**engineering** 48:16,22 175:6 175:19
**english** 82:7
**ensure** 98:3,5,5
**enter** 14:18,21 14:22 15:2 16:21 80:10
**entire** 71:25,25 199:18 222:4 230:25
**entities** 130:21
**entity** 46:8 141:16
**envelope** 176:7 176:8
**environment** 95:4,10 96:1 96:10 97:20 98:6,9,10 127:2
**environmental** 12:19,20,22,23 13:9 33:1,3,5,6 39:19 40:14,18 42:17 47:14 48:21,22 54:18 56:21 57:11,13 58:3,3,7,11,20 58:23 59:2,7 59:12,23 60:2 60:3,14,23 65:21 67:10 68:20 69:6,14 69:23 79:25 82:14,19 83:2 85:10 95:2,15 95:24 97:11,14 97:15,19 98:7 99:5,16,22 100:13,16,22 101:18,22,23 102:1,8,14,16 108:13,20 110:13 111:21 132:11 200:9 200:10 203:17 229:4,6
**eoviero** 4:5
**epa** 36:14,17,20 38:2,10 44:25 67:13 77:25 81:7 83:24 89:1 117:19 190:5,7 191:21 192:23 194:8 225:10 226:24
**epa's** 77:20
**equipment** 41:21,22
**era** 139:15
**erik** 40:12
**escape** 112:7
**escapes** 20:18 31:12 57:24

**esg** 79:20,24 80:3,9
**especially** 35:7 61:1 72:14
**essentially** 138:10
**essity** 131:9
**established** 61:21 93:23
**establishing** 94:8,8
**estate** 62:3,8
**estimate** 173:22 177:9
**estimated** 173:18 176:3
**estimates** 134:14,19 135:1 136:21 136:24 137:22 138:8,12 148:16 150:23 174:12 176:25 232:13
**estimating** 170:12 180:14
**et** 1:4,8 8:10,10 11:9 236:1 237:1
**eurofins** 22:17
**evaluate** 48:3 97:23 110:16 220:23
**evaluated** 69:2
**evaluating** 225:11
**evaluation** 36:17 44:20 71:8 147:7,14 170:5 220:12 220:15,21 225:9 229:11
**evaluations** 150:18
**evan** 31:17 169:2
**event** 21:2 122:9,11 133:23,24 142:12 167:15 186:15
**events** 29:23 133:22
**everybody** 86:22 163:2
**evidence** 122:18
**evolutionary** 100:1
**exactly** 32:21 37:25 47:20 66:12 142:7
**examination** 5:3,5,6 8:21 125:7 230:19
**examined** 8:19
**example** 19:20 40:25 42:9,12 44:9 45:12 46:23 47:22 60:8 66:13 67:4,18,19 68:24 69:18 72:4 73:1 78:11 93:19 95:18 97:1,25 98:25 100:3 104:14 108:6 121:18 122:5 122:20 138:24 148:21 150:7 157:2 165:6 191:21 201:12 214:20 216:8 216:14 220:16 221:25
**examples** 16:12 60:6
**exceed** 153:5 179:9
**exceedances** 154:6
**except** 19:9
**exchanged** 63:24
**exclusion** 19:6
**excuse** 31:14 48:22 58:7 95:13 110:17 115:16 126:24 127:13 134:21 206:4
**exeter** 4:10
**exhibit** 5:11,12 5:14,17,19,22 5:24 6:1,4,6,7 6:10,12,14,16 6:17,19,21,24 7:1,3,5 10:14 10:16 86:13,23 87:2 88:1,2 116:9,10 119:7 119:9 125:15 133:8,19 143:10,12,25 144:1 151:1,3 151:4 152:4 159:9 160:20 160:21 162:22 166:21 169:12 178:2,4,5 183:2,4 187:15 187:18 189:11 190:3 191:6,7 191:9,10,11 194:20,21 199:20,21,23 199:25 210:19 217:24 218:2 221:3,4 231:8 231:10,15 234:8
**exhibits** 7:4 87:8 133:7

234:6
**exist** 118:4
**existed** 149:24
**existing** 43:20 44:6 66:6
**expand** 61:20
**expanded** 75:2 159:18,20,21
**expectation** 165:23
**expenses** 15:21
**expensive** 209:10
**experience** 83:13,18 89:12 89:25
**expertise** 128:20 129:10 176:10
**experts** 50:25 53:20 97:25
**expires** 235:25
**explain** 11:3 48:10 118:16 147:12
**exposed** 215:19
**exposure** 215:10,17
**express** 33:21 146:16
**expressed** 60:15 71:3 108:25 196:16
**extended** 197:17
**extensive** 229:5
**extent** 18:19 32:16,22 36:18 39:21 49:9 50:24 51:19,24 52:6,7,9,19 53:1,9,24 54:8 55:15 56:6,11 69:19 76:7 103:1 125:2 146:4 168:8
**extra** 24:12 168:23
**extraordinarily** 220:4
**extras** 200:1
**eye** 217:3 223:25
**eyes** 92:24 157:13

**f**

**f** 81:19 137:12
**facilities** 33:5 46:2,5,6,7 57:7 58:19 102:18 134:7 160:9 173:24 177:16 182:3 186:19 232:5,9
**facility** 40:19 43:22 44:14 45:22,23 47:16 48:13 57:6 58:22 74:17,20 84:23 149:25 150:15 152:11 153:7 171:6 172:18 174:17 175:7 177:10 177:24 182:5 183:15 197:14 215:19
**facility's** 43:9
**fact** 29:19 30:3 87:7 122:19 141:5 157:8 193:8
**factor** 105:8 220:18
**factors** 93:14 93:24
**facts** 38:10 103:23,23
**factually** 141:23
**failed** 147:15
**fair** 33:8 51:13 93:4
**fairly** 69:6 85:9
**fall** 78:8 79:10 79:17 81:6
**familiar** 89:3 89:14 92:6 98:23 108:10 108:16 109:2 124:18 127:4 202:23 203:8,9 221:6,14 226:23
**familiarity** 66:16 89:4,6
**family** 10:6
**far** 15:19 26:6 34:10 51:6 65:24 176:21 177:16 220:15 225:11,25
**farm** 90:13 91:8 224:12
**farmer** 156:23 159:25 161:7 161:10
**farmers** 156:25 157:22 158:3 158:11,14,19 159:14 161:8 161:14 162:9 162:12 163:8 164:21 166:8
**farmhouse** 90:14,16
**farming** 75:10
**farms** 226:1
**fashion** 208:9 208:10
**favorite** 144:20 145:6,15
**fazio** 3:21

**fc** 66:15,15 192:24
**fda** 155:7,9,21 156:4,5,8,14,16
**features** 143:1
**february** 153:15 154:12 162:18
**federal** 45:25 83:18
**feel** 39:1 164:9 173:21
**feeling** 146:17
**feelings** 146:10
**felt** 149:14 159:2 165:3
**fertilizers** 99:18,19
**fewer** 221:13 221:13
**fibercake** 20:7 20:14,23 21:1 21:4 25:6 99:8 109:21 110:2,5 110:6,11 111:6 113:8,11 133:23,23 135:7 141:10 141:25 149:21 155:11 156:10 156:11,15,16 156:22 157:12 160:7,16 164:1 164:7 165:23 169:24 170:18 171:5,10,15 172:3,16,17 173:5,8,19 174:7 177:14 177:20 179:10 183:7,9 184:13 199:8 217:5 220:17 228:11 233:5,6
**field** 106:6 133:11 142:8,9
**fields** 33:22 61:10 64:15 90:16 91:4 157:1,6 165:4 170:17 183:20 183:24 184:3,9 184:23 185:4,8 186:16 228:12 232:7
**fierst** 31:4,16 31:20 33:10,11 55:22
**fierst's** 31:5,22
**fifteenth** 3:8
**figure** 175:5 176:11
**file** 6:16 124:20 142:13,14,15 142:17 191:19 191:19,21,22 193:19 194:7 194:10 202:13
**files** 115:22 193:24 194:15 194:15
**filling** 13:7
**filtration** 107:9
**financial** 43:3
**financially** 235:15
**find** 27:17 34:13 70:4 85:14 139:5,7 197:9
**finding** 186:16 220:14
**findings** 28:21 28:23 29:15 37:22
**fine** 50:6 202:9
**finish** 217:15
**finland** 80:8
**firm** 63:14
**firms** 48:16,23 48:25 49:1
**first** 8:19 16:7 18:24,24 19:11 25:17 38:15 43:8 61:2 62:7 65:3 96:8 101:7 117:3 120:18 121:2,6 123:13,13 124:16,19 130:4 133:23 139:17 140:24 171:3 191:20 201:20 203:3 210:25 221:10
**fish** 93:18 94:1 94:2 97:21 121:18 229:21 229:22,24 230:3,3,5,5,6
**fishing** 64:6 144:13 230:4
**fit** 48:2
**five** 210:12
**flow** 28:8 167:3
**fluoride** 208:15 208:16
**fluorinated** 192:24
**fluorochemical** 41:3 108:25 126:20,25 127:9 135:23 136:24 137:4 137:23 138:9 138:23 139:6 208:19 212:25 216:16 232:12
**fluorochemic...** 109:11 127:7 127:14 135:18 136:4 137:11 140:10 155:4 157:23 158:10 158:15 190:6 200:21 203:19

204:6,10,16 206:15 210:9 228:7
**fluorochemis...** 70:24 71:9 127:4 137:17 140:6 190:8 203:12 204:20 204:22 208:25 211:17
**fluorochemis...** 203:1 205:24 210:10 212:22
**fluoropolymer** 212:3
**fluororechem...** 212:1
**fly** 41:12,13
**foams** 205:17
**focal** 60:11
**focus** 108:23 221:21 232:10
**folder** 6:24 100:23 101:2,5 101:7,11,13,16 101:17,25 102:7 163:3 190:10 192:7,8 192:9 193:3 194:2,12 210:25
**folders** 190:19 223:5
**foley** 48:23
**follow** 21:23 180:23
**followed** 147:5
**following** 13:25 223:3
**follows** 8:20 134:9
**food** 68:24 152:15 155:6 157:8 181:16
**foods** 128:17
**foregoing** 237:5
**forest** 12:3
**forever** 95:6
**forget** 87:15
**forgotten** 53:15
**form** 17:24 23:17 24:2 34:21 47:6 49:23 53:22 54:6,24 55:14 56:5 58:12 59:9 68:13,17 71:12,13,22 72:13,18 76:21 78:25 79:8 85:12,18 87:1 87:3 90:25 92:18 93:1 94:16 96:2,11 98:12,20 99:23 100:14 103:18 104:8 105:14 105:21 106:13 106:21 107:5 107:15,21 110:24 111:17 111:25 112:18 113:9,18 121:5 122:14 128:24 129:7 135:10 136:8 137:1,6 137:13,14 138:2,11,16 139:3,8 140:4 145:7,12,24 146:18 147:19 149:22 158:21 159:15 164:24 165:18 170:2 171:16 173:23 174:10 175:17 177:8 178:20 179:16 180:1 180:10,19 183:11 185:17 189:20 195:17 196:3,10 197:11,19 202:2,20 204:7 204:8,18 205:5 205:7,21 206:23 209:25 210:3,4 214:8 216:19 219:10 219:17 220:5 222:12 224:3 224:16 225:7 226:3,12,19 227:14,15,25 229:8 230:25
**formal** 81:12 175:4 201:6,9
**formaldehyde** 217:10
**formally** 130:7
**format** 92:6
**former** 28:18
**forms** 71:19 72:19 73:17 230:22
**formulation** 66:6 67:4
**formulations** 205:10
**fort** 83:6
**forth** 64:16 100:2 124:13 131:19 160:11 182:13
**forwarded** 78:17
**found** 34:16 41:18 67:25 89:20 113:21
**foundation** 229:9
**four** 102:17,21 154:22 181:17 210:3

**fox** 139:23,24 223:1
**frame** 9:23 212:17
**framework** 131:22
**free** 42:11,18
**freezer** 230:5
**french** 10:8,9
**frequencies** 20:8
**frequently** 206:9
**friday** 121:18
**friedrich** 235:9
**friends** 64:4
**frito** 62:16 224:18
**front** 87:12,25 231:8
**fry** 121:19
**full** 10:3 183:16 192:11,11,12 192:12,12
**fully** 51:8
**function** 45:19 45:20 51:1 69:12 78:19
**functional** 40:18
**functions** 48:1 78:23 186:25
**further** 177:14 181:25 186:15 220:9 235:12
**future** 23:9 67:16

**g**

**g** 13:4
**gallons** 43:14 149:5,7
**gas** 42:4 85:4
**gather** 133:3
**gears** 167:1,2
**general** 15:15 45:23 93:23 94:13 101:25 127:9 169:7 195:23 206:1
**generally** 85:7 98:9 226:16
**generate** 41:8 66:24
**generated** 90:22 134:20 141:10 154:19 196:18,19,20
**generates** 169:21
**generating** 142:17
**generator** 141:24
**getting** 17:14 108:2 122:4 142:25 160:15 198:22
**gis** 142:3
**give** 9:4 16:23 21:24 38:21 39:10 57:14 60:6 67:18 80:14 86:14,14 118:22 129:11 135:17 144:11 199:19,23 228:23 229:3
**given** 8:25 22:9 131:22 203:22 237:9
**giving** 161:22
**glass** 157:13
**glasses** 93:5
**gleason** 75:17
**glimpsed** 91:11
**gmail** 144:5,5,8
**go** 13:19,21 14:4,22 17:25 18:2 23:18 34:10 35:18,20 45:11 48:6 53:17 59:10 64:6 68:2 72:8 73:11,17,20 74:11 75:13 76:13,22 82:8 82:22 92:4 93:14 97:11 98:8,13 117:15 118:7,23 119:12 124:16 124:19 136:9 139:7,11,18,24 144:13,15 145:17 150:23 154:16 162:18 169:18 174:15 180:21 184:18 185:1 189:21 195:11 199:6 202:17 205:8 208:13 213:2 214:9 223:16 225:20 229:14 229:17,18
**goal** 42:19,20 198:21
**goals** 42:16,17 43:1,2,7
**goes** 9:21 228:8
**going** 8:23 9:8 10:15,16 18:4 19:6 39:3,7,9 39:10 43:18 44:16,16,19 50:3,8,17,21 51:15 56:14,23 57:4,5 65:12 68:11 73:8 75:9,10 77:25 78:18 79:15,19 80:15 83:16 85:24 86:4,10 86:17,20 87:4 91:10 98:2

103:6,9 116:6 116:8,17 117:3 118:21 119:1,6 119:7 121:1 133:18 140:25 143:23,24 147:17 151:11 151:22 154:3 159:5 160:18 164:18 166:18 169:2 171:2 174:15 176:5 176:13,15 178:25 179:10 181:17 182:17 182:21 183:1 191:4,10,11 199:8,10,19,23 199:24 200:23 202:10 204:16 205:12 217:18 217:25 221:1 221:17 223:22 225:15 229:15 230:10 233:15
**golkow** 8:5
**good** 8:2 9:15 82:13 86:24 89:19,20 90:1 90:2 182:18 234:4
**google** 142:3,16 142:18,19,20 142:24 223:16
**gotten** 63:14 129:12
**governance** 79:25
**grab** 202:8
**grade** 155:7 157:8
**grades** 172:5
**gradient** 220:19
**gradual** 63:2 65:6
**graduate** 81:22
**grease** 156:5,9 203:2
**great** 14:8 39:21 86:9 119:6 126:10 163:5
**greet** 61:3
**grew** 124:11
**grid** 91:13,15
**grounds** 50:1 123:6
**groundwater** 84:6 104:17,20 104:22 105:10 105:12,25 147:2,16 153:5 153:17,18 154:6,11 178:13 179:9 179:15,25 220:19
**group** 47:1 65:20 72:5 102:17,19,25
**groups** 102:23 152:17
**growing** 193:24
**gruber** 152:8 152:18 154:14
**gruber's** 153:14
**guard** 74:11
**guess** 16:25 17:1 32:15 33:4 49:24 67:18 69:1 124:8 142:7 151:20 153:1 156:17 186:25 218:17 223:18 225:8
**guessing** 192:16 210:10
**guidance** 54:14 107:8 108:2 123:18,22 196:21 197:21
**guidelines** 51:1
**guy** 117:7 172:5
**guys** 144:17 230:9
**gza** 52:24 53:3 54:12

**h**

**h** 5:9 236:3
**half** 16:22 213:20,22 223:21
**hall** 184:4
**hand** 48:18 176:11 183:1 224:14 235:17
**handed** 146:25
**handled** 162:13 173:13
**handling** 15:23 16:4
**handy** 162:19 195:1
**hansen** 4:13 8:4
**hanson** 163:13
**happen** 124:4 152:25 154:15
**happens** 41:13
**happy** 145:15 145:20,22 190:15
**harbor** 4:9
**hard** 139:13 143:6,6 212:5
**harm** 118:19
**hat** 26:6,8,22 27:4,10,22,24 27:25

**hate** 16:23,24
**hauled** 186:3
**hazard** 211:21
**hazardous** 80:19,20,23,23 80:25 81:4,6 83:12 175:9,13 208:8 211:11 211:11,15 215:20
**hazards** 68:22 156:25 207:3
**head** 9:12 26:12,15 28:20 74:15 99:3 168:13 175:19 223:18 226:14 227:17
**health** 68:21 84:2,7,10,16 88:19 91:22,25 93:25 96:24 97:5,9,12,21 98:5 106:12 207:10 211:21
**hear** 9:13 121:12
**heard** 78:4 95:7 95:13 121:7 189:3,6
**heath** 200:10
**heavy** 70:9 146:24 217:6
**heir** 13:13
**held** 8:9 44:3
**help** 44:5 56:24 65:4 89:5 192:20 201:14 203:18
**helped** 31:10
**helpful** 140:2 166:7
**helping** 16:6,16 20:3
**hereto** 237:7
**hereunto** 235:17
**hey** 117:17 121:19
**high** 60:22 97:8 105:19 107:19 107:24 108:1 112:15,16 113:12 219:24 219:25 220:4,7 220:13 222:10 224:24 227:7 232:24
**higher** 26:18 58:17,17 93:9 93:11 104:25 105:3
**highest** 225:25
**highlighter** 92:23
**highway** 2:10 88:10 90:8,16 120:11 167:23 222:2 224:12
**hired** 186:24
**hiring** 52:22
**historical** 19:19 90:11 123:25 135:23 137:23 139:25 142:4 153:4,16 154:7 158:4,10,15,19 190:6,14 219:8 219:15 220:10 224:1
**historically** 63:24 137:4 142:2 188:17 188:18 193:9 219:21
**history** 16:15 64:14 71:2 161:3,10,19 172:14 196:5
**hit** 218:6
**hm** 81:5
**hoffmann** 200:10
**hohman** 200:6
**hold** 51:11 87:19 115:23 144:23
**home** 12:2 90:19
**homeland** 84:19,21
**honestly** 190:17
**hour** 86:2 151:11 182:18
**hourly** 14:11 14:12
**hours** 14:24 15:18 17:18 206:23
**house** 132:10 132:25 196:25 197:1,2
**hq** 192:23
**hubbard** 57:18
**huber** 117:2,4
**huh** 11:19 24:21 25:9 40:2 41:13 58:21 60:20 65:2,15,22 69:5 75:14 84:14 89:8 118:6 130:14 132:1 148:21 163:18 164:9 170:9 179:20 201:2,13 225:24 228:10 232:15
**human** 40:9 93:25 94:15,21 97:21 106:12
**humorous** 145:8

**hundred** 166:9
**hundreds** 157:11,11 194:16,16 223:5 228:6,12
**hunt** 73:12
**hunting** 64:8 144:15
**hydrogen** 208:15,16
**hygiene** 131:9
**hynes** 4:5 86:24 86:25 230:14

**i**

**idea** 26:10 79:17
**identification** 10:14 88:2 116:10 119:9 143:12 144:1 151:3 159:9 160:21 166:21 178:2 183:4 187:18 191:7 194:21 199:25 210:19 218:2 221:4
**identified** 5:10 76:11 88:14 96:5,9 97:6 120:18 131:8 131:14 142:10 148:19 184:2,3 187:25 189:11 216:18 218:22 225:23
**identify** 11:16 15:22 36:10 98:8 130:16 149:13 184:8 225:5
**identifying** 10:24 218:21
**illinois** 2:17
**imagine** 145:10
**immediately** 120:12 231:21
**impact** 40:19 97:24 114:18 135:6 147:15 147:17 148:12 148:12 149:25 216:24
**impacting** 113:14 233:4
**implemented** 48:9 154:4
**impose** 72:15
**improve** 69:20
**improvement** 40:20
**inappropriate** 50:23
**incidental** 206:14
**incineration** 208:13,17
**inclined** 158:1
**include** 24:18 71:7 170:25 172:25 181:13
**included** 32:16 71:7 72:23 73:15 91:4,8 110:4 133:17 135:6,11 136:12 190:12 204:4
**includes** 24:16 41:7 46:21 53:11
**including** 36:6 91:9 123:1 131:8 157:2 224:25
**incompatible** 69:3
**increase** 28:4 179:15,24
**increased** 42:8
**increases** 28:1 28:3
**independent** 123:18,22 124:1,2 164:10 185:6
**indicate** 201:21
**indirectly** 235:15
**individual** 162:9
**individuals** 73:12 200:14
**industrial** 28:13,17 99:8 160:9 163:21 164:8 224:15 224:17 226:21
**industrials** 181:16
**industry** 44:11
**inflame** 184:11
**inflation** 174:2 174:4
**inflows** 204:2
**influence** 84:10
**influent** 111:8 111:23
**info** 157:10 215:16
**inform** 38:15
**informally** 123:23 130:7
**information** 18:19,21 24:10 24:22,25 49:10 50:17 51:20 52:10,20 53:1 53:10,25 54:9 55:15 71:11 72:10 73:9,16 76:18 96:18 99:17 101:18 103:2,4 122:3 129:19 130:25

133:3 134:6 135:8 136:2 138:1,4,18,23 139:7,14 148:10 152:8 152:19 153:2 157:5,9 158:3 158:10,16,18 158:23 160:11 160:13 161:2,9 161:17,19,21 161:25 162:1,2 162:10 163:8 163:12 164:21 165:8 168:24 188:11 193:18 194:10 201:9 201:11,15 210:6 216:1,7 218:16 231:22 231:23 232:2,2 232:5,7
**informed** 113:21 165:3 195:7 203:19
**initially** 34:24
**input** 196:20
**inquiries** 190:25
**inquiring** 190:21
**inquiry** 51:5 189:23,25
**inserted** 111:15
**insisting** 50:1
**inspection** 77:18
**instance** 70:15 120:9
**instruct** 50:18 52:10 53:2,10 53:23 54:9 56:7 103:4 123:9
**intake** 199:10
**intend** 118:2
**intended** 38:15 91:13 145:8
**intent** 153:14
**intentional** 206:16
**interact** 109:3 109:5,12 200:14
**interacted** 182:10,12
**interacting** 161:14
**interaction** 59:13 60:11 61:18 109:14 145:5 201:6,9
**interactions** 33:12,15 136:11
**interest** 193:11
**interested** 59:24 157:17 184:14,16 235:15
**interim** 174:2 174:14
**intermittent** 14:1
**intern** 31:8 168:24 169:1,3
**intern's** 31:11 31:17
**internal** 6:1 48:20 55:4 162:19
**interns** 169:7
**interpret** 214:1
**introducing** 72:7
**inundate** 164:2
**investigation** 122:18
**invoice** 14:14 163:16
**invoke** 103:6
**invoking** 123:10
**involved** 36:17 44:21,21 45:16 48:11 57:8 62:22,25 88:15 109:9 131:23 132:7,10 133:1 141:4 150:18 195:12
**involvement** 76:8,19 131:10
**irrespective** 135:4 154:11
**isaac** 200:6,13
**isaac's** 200:12
**ish** 61:19 82:12 101:8 219:25
**island** 54:20
**issue** 49:18 96:4 100:17 101:8,9 158:17 165:24 180:3 187:24 200:25
**issued** 20:18 49:21
**issues** 13:25 15:22 16:3 17:23 18:9,13 18:15,17 46:17 46:23,24 47:2 47:12 52:13 55:24 58:11 97:15,19 102:16 163:17 165:4 186:15 229:6
**italicized** 134:5 231:21
**italics** 231:15
**iwanski** 211:20

**j**

**j** 3:4 5:15 86:21
**jennifer** 1:23 235:3,22
**jeremy** 209:20
**jerome** 61:23
**jerry** 61:24 75:6 88:13 119:22 207:8 211:20,22 214:20
**jet** 229:12
**jlolson** 3:13
**job** 1:25 5:12 39:16,18 40:17 83:25 104:13 146:21 147:4
**joe** 31:4,5,16
**john** 143:14 144:6,11,13,15 144:23,25,25 200:17 201:14 201:14
**johnkatchko31** 144:8
**joined** 61:19 75:2
**joins** 28:16
**jon** 4:13 8:4
**joseph** 3:11 10:4
**judgment** 129:9
**july** 13:16,22 14:5,10,25 15:4 16:19 38:19 134:1
**jump** 43:19 171:2 212:4
**jumped** 94:11
**june** 129:22 231:11
**justin** 37:11,21 38:1,4

**k**

**k** 4:5
**karalena** 2:16
**katchko** 5:25 57:2 66:14 127:6,8,12,17 128:5 143:14 144:2,7,25 173:16 187:22 188:23 200:17 200:19 201:3 205:15
**kaukauna** 57:23 152:11 171:3,4,5 173:19 174:8 200:11
**keep** 39:11 86:14 100:22 230:7,7
**keeps** 218:4
**kemp** 27:19,20 28:4,6
**kendall** 3:7
**kent** 57:18
**kent's** 57:18
**kept** 74:16,19 101:11 203:16 203:18
**key** 143:1
**kind** 21:3 39:22 65:4 67:25 83:9 84:5 85:2 85:10 87:4 108:3 113:1 137:15 142:3 145:8 149:3,10 151:18 164:16 169:17 171:25 175:23 189:16 201:15 207:11 229:10
**knew** 31:2 63:15 99:11 158:23 181:4
**know** 9:17,24 15:1,11,13,18 15:19 16:12,23 16:24 17:2 19:3 21:14,17 22:6 23:1 24:18,19 29:4 29:6,7,12,14 30:25 31:7 32:17,19,23 35:25 36:12,14 36:17,19,20 39:8 40:7 41:7 41:23 42:9,10 44:8,13 46:12 46:13 55:18 56:19,23 60:9 63:11,15,17 64:1 65:7,10 65:25 66:12,25 67:20 68:10,18 68:19,20 69:11 71:8 72:24,25 74:15 76:15 78:16 82:12,23 83:12 85:3 89:10 90:6,10 90:12,12 91:13 93:12,17 94:6 94:20,25 98:3 98:5,23 99:13 100:2,23 101:8 102:6,10 103:15,19 104:4,4 105:16 105:22,25 106:7,14 107:16 108:8 109:7,7,20,23 114:3,18,22 115:20 116:2 118:11 120:6 120:22,24 121:21,22

122:4 124:14 126:19,24,25 127:21 131:13 139:2,13 140:9 140:19 141:19 141:22 142:18 142:25 143:1 143:17 145:1,2 146:3,5,6 150:8,16,22 152:15,17,20 153:1,12 154:1 154:2,2,13,19 156:18,22 157:14,14 160:4 161:19 161:21 162:2,4 162:6,21 163:14 164:13 165:21,22 166:6 167:21 168:1 171:11 172:5,24,25 173:9 175:18 176:6,11,13 180:12 185:1 186:6,18 188:2 188:20,21,23 194:9,14 196:5 197:3,5 199:13 199:15 202:12 203:9,11,15 205:11 206:9 207:7 209:5,10 210:11,15,20 212:17 213:20 214:15 216:23 216:24 218:8 219:3,4,5,18,19 219:22 220:9 220:12,13,14 221:7 222:17 223:16,19 224:5 225:9,10 225:13,14,16 226:24 227:17 228:4,22 229:11,13,16 230:2,3,6,8 233:3

**knowable** 24:25

**knowing** 118:19 150:1

**knowledge** 37:5 120:22 160:6 172:22 188:14 189:4 220:21

**knowledgeable** 100:19

**knows** 51:24 52:6,7

**kristen** 3:7

**kristen.kendall** 3:9

**ksenese** 2:18

**kuczmarski** 5:15 61:16,23 61:24,25 62:10 75:7 86:21 88:13 90:13 91:8,9 107:19 119:17,22 120:3 128:11

**kuczmarski's** 105:3,11 107:4 110:7 112:16 117:23 220:1

**kumar** 4:9

**kurtenbach** 132:18

**l**

**l** 3:11 13:4 81:19

**lab** 22:15 23:24 24:3 89:11,13 89:13,16,19,20 90:1 92:5,9 117:17,18 125:21,24 126:3

**label** 88:1

**labeled** 192:13 202:11 221:6

**labs** 22:16

**lake** 60:15,16 60:17,18,19 89:14,18 92:4 117:2 120:5 140:17,24 197:12 221:22 221:22,25 222:4 223:12 224:15 225:6 225:22 226:1,5 226:8,10,24 227:13,24 228:13,21,23 229:12,21,22 230:7

**land** 2:5 60:25 61:20 62:10,13 62:16,19,23 63:1 64:21 65:9 75:1,8,12 88:15 90:11,20 90:22 91:3 106:6 110:14 120:8 121:9 122:23 123:25 124:6 133:8,10 142:4,21 143:5 149:19 150:5 152:22,23 153:4,8,10,16 153:22,23 154:7,15 163:21 165:13 165:16,17 171:9,14,21 172:2,10,10 173:5,8 176:19 181:23,23

182:4 183:12 184:22 186:9 186:14,22,25 198:9,11,16,18 198:22,25 199:6 218:12 218:24 219:8 219:15 220:10 220:23 223:13 224:1 226:8,10 227:22 228:14
**landfill** 28:18 29:7,8,11,12 34:11,20 35:6 35:16 42:14,18 80:5 140:18 150:7,12,14,20 174:16 175:1 175:10,15 177:2,4 181:18 186:2 197:13 198:16,20 225:1,3
**landfilling** 42:23 43:4 150:11 176:15 176:16 177:23 181:23
**landfills** 100:10 171:6 175:14
**landowner** 75:6 88:15 156:23
**landowners** 61:1,4,12,13,14 61:15,18 62:19 121:13 154:22 155:4,6,13,14 156:20 157:9 157:16 160:14 160:16 161:8 163:23 184:14 184:19
**landspreading** 181:19
**lane** 12:3
**language** 134:5 231:21
**languishing** 78:11
**large** 52:15 110:21,23 147:22,25 181:12
**larger** 179:8 206:16 210:3
**lasalle** 2:17
**lastly** 199:8
**law** 48:22 63:14
**lawn** 2:6
**lawsuit** 19:9 184:9 185:6,8
**lawyer** 196:22
**lawyers** 54:4
**lay** 62:16 224:19
**layers** 141:18
**lc** 89:7
**lcaro** 2:12
**leachate** 111:15 111:18 112:8 112:11 113:6 113:12,13,17 113:25 114:19 115:1 133:16 133:18,22,24 134:2 135:6 140:18,25 163:25 197:5 197:10,13,13 199:9
**lead** 224:1 228:13
**learn** 57:5 140:24
**learned** 120:18 128:5
**leave** 55:7 73:11 122:6 146:21 207:12
**left** 11:8 57:19
**leg** 61:9
**legacy** 13:25 15:22 16:3 17:22 18:9
**legal** 48:17,19 54:25 78:17 79:13 130:22 131:6,11,20 141:6 145:3 168:25,25 195:12 196:13 196:21
**length** 199:18
**lepc** 60:8 80:15
**letter** 5:14 6:6 36:24 37:6,10 37:22,23 76:24 77:1,8,9,10,15 77:17 78:3,13 78:17,20 79:10 79:13,16 88:12 88:18,21 91:22 129:25 130:2,3 130:9,23 131:3 133:1 136:24 137:25 138:7 149:17 231:11
**letterhead** 88:20
**level** 26:24 28:5 60:15 106:23 107:13 113:6 114:3 199:9 204:21 220:13 228:23
**levels** 27:10 30:8,12,21 34:16,25 107:4 107:18 110:9 110:18 126:5 224:24 232:24
**liaison** 59:22 60:6,24 75:18

162:12
**licensing** 84:4
**lies** 129:10
**liesch** 58:1
**life** 94:14 150:14
**likelihood** 94:2
**likely** 193:5 204:16
**lime** 156:13 157:19
**limit** 103:17
**limited** 94:11 109:14 199:17
**limits** 37:5 89:5 211:23 214:24 216:13
**lincoln** 186:18
**linda** 139:23,24
**line** 50:22,23 54:20 217:15 236:4,7,10,13 236:16,19
**ling** 95:22,22
**liquid** 205:1
**liquids** 204:5
**liquify** 177:14
**list** 17:4 23:11 25:7,8,9 78:1 168:20 169:16
**listed** 90:7 163:10,23
**lists** 134:10 215:4
**liter** 93:7 126:17 128:9 222:5
**literature** 188:11
**litigation** 17:19 17:23 53:8,12 53:21 115:22 116:1 128:1 236:1 237:1
**little** 34:11 50:4 50:5 74:22 83:17 91:23 92:24 94:12 97:1 125:4 138:6 156:12 169:18,19 190:23 209:14 223:23
**live** 106:5
**llc** 2:9 129:20 129:21 130:17 141:10,16,24
**llc's** 131:9
**llp** 2:16 3:17 235:9
**lo** 18:8
**loaded** 170:19
**loading** 110:16 110:19 114:25 179:13 220:23
**lobbying** 44:22 45:1,4,7,10 47:3,7,9
**lobbyist** 45:11 45:14
**local** 80:17 101:14 177:24
**located** 58:10 80:7 81:20 152:10 198:6 232:4
**locating** 142:24
**location** 110:20 120:1 179:11 179:23
**locations** 123:5 123:19,23,24 124:6 142:4 143:5 219:16 221:13
**long** 12:8,20 13:5,14 16:15 20:16,22,23,25 53:16 62:6,25 65:2,22 67:19 67:24 74:2,13 74:16 81:25 82:11 85:24 150:16 160:15 162:8 174:16 192:25 210:4,5
**longer** 55:6 95:9
**look** 21:16,19 25:9 26:22 38:22 39:23 44:19 54:21 64:13 67:16 77:5 87:4,24 93:18 98:1,18 107:7 115:2,3 124:20 125:13 125:17,18,19 128:12 139:13 142:16 150:12 153:13 154:16 159:1 167:20 170:7 176:4 183:6,14,16 184:8,18 185:1 190:16 191:5 194:10 206:25 211:6 214:17 216:21 217:3 221:25 222:1
**looked** 71:16 71:19,23 77:9 77:17 98:14 119:17,21 128:10 176:3 186:13 211:20 220:1 227:4,6 227:9
**looking** 9:4 17:3 18:24 24:5 67:12 68:20,21 83:16 93:3 97:15 116:12 117:1 138:6 140:15 163:15,15

177:12 191:20 192:21 194:1 198:4,8 199:3 199:4 203:4 206:24 215:8 223:3
**looks** 93:7 117:4,14 151:11 194:6 201:20 215:6
**looming** 118:12 118:13
**lose** 216:23
**loss** 209:9
**losses** 209:12
**lost** 75:12,12 185:4 215:22
**lot** 41:8 44:10 49:2 60:11 61:2,9,17 64:15 71:11 82:14 83:4,11 83:20 100:25 102:18 108:12 128:17 146:8 149:6 157:10 157:10,13 164:3 172:6 193:14,15 217:8 222:16 222:17,22 229:16 230:4,5 230:5
**louise** 2:10
**louisiana** 2:11
**low** 60:22 110:9 115:5 148:17 160:8 211:23 233:6
**lower** 93:9 104:25 105:3,5 105:6,10,10 220:9
**lowest** 160:10
**lubricant** 70:2 70:7
**lucas** 1:4 8:9 11:7,9 236:1 237:1
**lucky** 39:2

**m**

**m** 1:23 13:4 224:18 235:3 235:22
**made** 7:12 48:8 74:6 100:5 107:9 128:14 131:20 152:19 184:11 189:2 190:25 232:21 237:5
**madison** 8:9 235:10
**madlung** 13:2,5 13:7
**magnitude** 220:2
**mail** 5:17,24 6:4,10,12,14,17 6:19 7:1 64:14 73:14 102:18 117:3 136:17 144:6 159:11 161:20 178:9 178:11 179:4 181:1,21 183:6 187:22 189:10 189:13 195:4 200:6,18,22 201:4 218:12
**mailed** 182:9
**mails** 64:12,17 132:8 146:8
**maine** 153:10
**maintained** 165:8
**maintaining** 231:7
**maintenance** 43:9 70:2
**make** 9:13,25 22:18 44:17 48:3 69:1 78:7 79:9 90:2 93:2 123:4 157:8,15 161:5 172:6 185:12 206:11 207:1 216:11 217:15 229:6
**makes** 125:7 171:25
**making** 45:2 48:11 68:4,8 79:17 84:13 104:19 109:13 147:5 149:15 181:2
**makings** 178:16,19
**man** 54:20
**manage** 67:15 171:5 173:19
**managed** 74:8 83:7,8 203:24 208:9
**management** 83:4 165:13,15 183:7,10 186:19 187:2 195:23 213:12
**manager** 12:19 12:20 31:6,16 40:14 54:18 55:23 58:20,22 60:3 82:19 85:11 95:2,15 95:24 97:11,14 98:7 99:5,16 99:22 100:13 100:16,22 108:14,20 110:13 111:22 200:10 203:17

**manager's** 39:19
**managers** 12:23 13:10 56:21 57:11 58:3,5 101:18 101:21,22,23 102:1,8,14 200:9
**manages** 74:24
**managing** 19:23 62:23 204:15
**mandates** 80:3
**manufacture** 203:1
**manufacturer** 73:2
**map** 143:4 218:18 221:10 224:8,14 225:21,22,25
**maps** 7:3
**march** 88:8,24 107:4,19 141:2
**marina** 3:17
**marina.schw...** 3:19
**mark** 117:7,8,9
**mark's** 117:7
**marked** 10:14 88:2 116:10 119:9 143:12 144:1 151:3 159:9 160:21 166:21 178:2 183:4 187:18 191:7 194:21 199:25 210:19 218:2 221:4
**marking** 143:9
**maryland** 4:10
**massachusetts** 3:5
**material** 150:7 179:7 184:15 184:20,21 186:3 207:3 208:24
**materials** 73:8 80:19,20,24,25 81:4,6 97:6 157:21 161:15 209:9
**matter** 8:9 100:19 128:21 129:10 133:20 190:17 199:9
**matters** 33:5 65:9
**maximum** 215:14
**mccoy** 83:6
**mcgreaham** 183:7
**mean** 11:21 19:9 27:12 40:22 42:1 44:5 47:20 48:19 57:4 58:15 61:17 68:2,19 76:3 81:11 91:17 95:8 96:25 100:8 103:19 104:14 111:12 118:8 137:16 137:16,17 153:11 154:1,2 154:18 157:13 159:17 160:3 160:10 162:24 164:13 172:4 176:5 179:5 193:20 203:18 207:20 208:2 208:11 229:16 230:3
**meaning** 213:1
**means** 44:13 204:10
**meant** 45:10 191:9
**measure** 223:17 232:18
**media** 83:11 120:22 122:5,9 122:12 123:1 127:19
**meet** 61:2 81:14 102:19 102:21 153:24 153:25 160:10 198:20 208:7 211:14 216:12
**meeting** 163:20 163:21 194:5
**meetings** 182:12 194:9
**meets** 211:12
**meg** 5:22 129:14,21 231:11
**mek** 208:12 211:21,21,21 214:19,21,24 216:8
**member** 148:7 182:11
**members** 47:11 47:12 121:24
**memo** 6:1 152:18 162:19
**memorialize** 50:13
**mention** 17:22
**mentioned** 48:25 64:20 75:1 80:16 100:9 156:4 157:18 182:1
**mentions** 43:8
**mergers** 82:17
**message** 102:13 117:11

**messages** 63:23 63:24 64:1
**met** 22:23 57:21
**metal** 70:12,13 70:14
**metals** 70:8,8,9 217:6
**meter** 209:5
**metered** 208:25 209:11
**metering** 85:4 209:7,8
**method** 89:1,3 89:4 117:20,22
**methoxy** 215:7
**methoxymet...** 215:7
**metric** 223:15
**metrics** 79:20 79:24 80:3,9
**meyer** 33:13,13
**mgd** 43:9,13
**michael** 3:11 3:21 4:5 48:23 86:25 235:9
**michael.fazio** 3:23
**michael.hynes** 4:7
**michaelbest.c...** 3:13
**michigan** 186:5 187:24
**middle** 192:18 225:23
**mile** 184:4,7 223:21,24 232:3,8
**miles** 134:7
**mill** 12:11,12 12:18,21,24 13:9,19,21 18:15,17 19:25 20:4 24:21 25:18 26:20,21 26:23 27:3,4,9 27:11 31:6,16 32:2,3 34:24 36:23 38:15 41:19 42:7 43:1 45:19 46:22,23,25 48:2 49:21 51:17,22 52:18 53:4,6,19 54:3 54:19 55:23 56:11,24 57:12 57:23 58:5 65:17,23 66:3 66:5 67:15 69:1 70:3,23 71:3,10 72:7 75:8,11,24,24 78:11,24 79:5 80:20,22 81:9 83:14,20 89:17 90:11 95:2,15 95:24,25 96:22 98:16,16,19,21 99:5 103:12 108:11,20,21 109:1,2,6,21 110:17 111:6 111:10 112:9 120:9,20 121:4 121:8,25 122:2 122:10,13,16 122:16 126:19 126:23 127:1 135:18 136:4 136:13,18,25 137:4,12 138:22 139:6 140:11,14 143:1 144:18 145:11,23 147:18,21 148:2,7 149:20 150:10,18 153:3,15,19 154:6,10 155:3 155:5,7,10 157:3,5,7,8,23 158:4,7,11,15 160:4,6 162:10 163:25 165:10 165:22 171:12 171:24 172:2 172:15,19,21 174:22,23 175:16 176:16 181:2 187:24 188:5,12,17,18 189:1,5,6 191:1 193:9,12 196:23 197:1 197:18 198:1,6 200:21 201:11 202:25 203:4,9 203:13,20,23 204:2,17 205:20,23 208:3,22 211:8 212:18 213:9 223:13 228:6 232:12 233:1,2
**mill's** 27:12,13 27:13 62:19 76:7,19 90:23 108:24 109:18 109:24 110:5,6 160:8 203:11 203:12 227:22
**million** 43:14 149:7 211:21
**mills** 32:3,8,9 32:10 46:3,10 46:12,13,18,21 46:24,25 47:5 52:4,14 58:5 96:5,9,19 101:20,23 171:5,8,11,14 171:18,21 172:6,9 173:4

173:7,10,16
**milwaukee** 3:12 235:2
**mind** 88:4 117:12 153:14
**mine** 147:11
**minimal** 209:12
**minimize** 209:9
**minimum** 81:12
**minnesota** 81:21
**minute** 80:14 202:8
**minutes** 118:23 161:20 216:9
**mischaracteri...** 107:22
**misheard** 139:11
**missing** 174:5
**misspoke** 191:8
**mistake** 73:4
**mix** 205:16
**mixed** 204:25
**mixer** 205:1 214:5
**mixers** 204:25
**modeling** 134:15 135:15 135:15
**modification** 66:20
**modified** 67:1,3
**modify** 47:24
**moment** 80:13
**monitor** 44:10 44:12 112:4
**monitoring** 18:25 19:13,15 19:16 20:17
**monitors** 223:7
**month** 17:15 123:14 141:2
**monthly** 20:13
**months** 63:11 64:2,18 76:6 82:24 102:22
**moore** 58:2
**morning** 8:2,13
**mosinee** 57:17 58:2 171:5 173:19 174:8 198:6,7
**moving** 153:14
**msds** 74:1,2 209:2 214:14 215:21 230:25
**msdses** 135:17 136:17 216:18 217:3
**multiple** 52:4 125:24
**multiply** 177:6
**municipal** 27:5 34:20 99:8 100:9 177:1,3
**municipalities** 181:13
**myers** 31:24,25 32:4 33:13,14 33:15,16,21 34:1 55:5,6,13 55:19,22 59:11 132:20,21,22 132:23

**n**

**n** 2:1 3:1 4:1 5:1 13:4
**name** 8:4,23 10:3,5 11:6,12 13:3 31:3,11 31:12,17,18,23 40:5,6 57:24 95:22 101:2 117:5,7 141:7 141:11 169:5 171:3 191:12 191:19,21 195:5
**named** 117:7 182:2 200:6
**names** 57:14
**nanograms** 93:7 126:17 128:9 222:5
**napkin** 175:23
**national** 78:1 82:9,15,17,22
**natural** 42:4 129:22
**nature** 144:22 147:8 226:25
**ncasi** 44:11 46:17
**near** 28:9 174:19
**nearest** 106:5 223:12
**neccoplex** 67:4
**necessarily** 58:6 153:24 225:13
**necessary** 181:11 195:13 237:6
**need** 24:6 39:11 44:17 47:24,24 48:4,5,5 54:22 73:9 126:9 151:12 164:15 164:17 176:9 200:16
**needed** 14:1 61:19 75:13 148:21 204:25 207:3
**needs** 19:3 65:18 78:23 165:24
**negative** 115:15 146:16

**nekoosa** 163:20
**network** 101:15
**never** 30:20 57:21 143:3 175:3 176:3
**new** 3:19,19 4:6 4:6 20:18 41:22 56:22 63:4 64:20,21 65:6,13,16,17 66:2,4,10,24 68:8 73:4 132:13 175:1
**news** 37:4 78:4
**newspaper** 95:18 96:25 193:20 194:6
**nicolet** 57:18
**night** 121:18
**nine** 65:12 82:24
**nitrogen** 156:12 157:18
**non** 46:7 49:13 50:2
**nonlawyer** 132:5
**normally** 24:19 183:12,15
**north** 2:17 3:12 58:24 120:3 131:9 197:2
**northern** 30:4 36:5 89:14,17 92:4 117:2
**notably** 26:18
**notary** 235:5 235:24 237:13 237:19
**note** 124:4 199:8 207:11
**noted** 8:14 181:1 237:7
**notes** 72:11
**notice** 5:11 10:18,23 87:1 104:19
**noting** 208:14
**november** 1:12 8:6 17:16,17 17:17 235:10
**number** 5:10 12:6 22:2 25:25 26:11,13 26:16 32:3 36:5 73:20 74:3 75:11 77:16 80:22 82:17 91:4 93:14 100:5 116:15 119:10 124:23,24 125:16 126:7 129:13 162:22 164:12,19 170:4,13 171:1 174:4 176:10 181:17 190:7 192:22 193:24 196:24 206:17 216:22,22 220:4,6 222:11 223:8,20,25
**numbers** 162:23 170:7 175:23 176:4 176:22 177:18 186:22 212:6 219:24,25 220:9 221:24
**nw** 3:5
**nyberg** 40:12

**o**

**o** 81:19
**oak** 2:6
**oath** 8:19
**object** 18:18 49:9,24 56:7 87:7,9 113:18 137:13 173:23 180:19 204:8 226:12
**objected** 49:24
**objection** 17:24 23:17 24:2 34:21 47:6 49:6,19,23 50:1 51:19 52:9,19,25 53:9,22,23 54:6,7,15 55:14 56:5 58:12 59:9 68:17 76:21 78:25 79:8 85:12 87:16,18 90:25 92:14 94:16 96:2,11 98:12,20 99:23 100:14 103:1 103:18,24 104:8 105:14 105:21 106:13 106:21 107:5 107:15,21 110:24 111:17 111:25 112:18 113:9,19 114:21 121:5 122:14 123:6 125:1 128:24 129:7 135:10 136:8 137:1,6 137:14,19 138:2,11,16 139:3,8,10 140:4 145:12 145:24 146:18 147:19 149:22 158:21 159:15 164:24 165:18 166:12 168:6 170:2 171:16

174:10 175:17 177:8 178:20 179:16,21 180:1,10 183:11 185:17 189:20 195:17 196:3,10 197:11,19 202:2 204:7,18 205:5,7,21 214:8 216:19 219:10,17 220:5 222:12 224:3,16 225:7 226:3,19 227:14,15,25 228:16 229:8
**objections** 51:11
**objective** 103:22
**obligation** 173:2 201:22 201:25 202:4
**obligations** 79:6 172:25
**obtain** 199:4
**obtained** 82:1 161:9
**obtains** 114:4
**obviously** 150:11
**occasion** 55:25
**occur** 46:8
**occurred** 90:20 143:5 232:11
**occurrence** 206:9
**occurring** 142:12 227:19
**occurs** 173:10
**october** 17:11
**odors** 60:15
**offers** 117:19
**offhand** 124:4
**office** 79:21 80:6,7 235:18
**oh** 16:5 21:15 33:6 38:17 47:2,10 57:15 57:23 73:3 74:3 80:13 81:20 82:9 83:10 91:23 99:8 116:16 121:18 126:14 133:20 137:9 139:10 141:17 168:13 169:2 192:20 202:17 210:10 212:22 232:1
**okay** 9:2,5,9 10:1,5,9,23 11:12,21 12:2 13:9,12,14 14:24 15:3,8 16:18 17:3,9 17:12,20 18:22 19:9,23 20:4 20:10,16,22 21:7,18 24:15 24:25 25:17 27:3,8,20 28:8 28:13,21 29:21 30:15,24 31:7 31:9,13,20 32:13,19,25 33:12 34:13 35:20 36:10,14 37:8,13,16,18 37:21 38:13 39:12,25 40:7 41:2,17 44:15 45:4 46:13,16 47:2,10,14,18 48:19 51:25 52:17,24 53:6 54:3,18 55:7,9 55:12,22 56:1 56:16 58:7,23 59:2,17 60:3 62:8,22 63:6 63:20 64:4,12 64:20 65:12,22 66:1,6 68:15 69:14,19 71:23 72:11 74:7,9 74:13,19 76:9 76:25 77:10 78:19 79:19 80:6,9,20,25 81:3,11,22 82:3,6,8,11,20 83:1,3 84:5,10 85:7,21 86:16 87:23 88:14,21 88:23 89:14 90:7 91:10,23 92:4,9,18 93:9 93:21 94:4,10 94:20,25 95:1 95:7,11,13 96:21 98:4,7 101:4,11,17 102:13 103:9 103:12,16 104:11 105:3,6 106:3,24 107:18 108:24 109:17 111:11 111:21 112:4 112:11,24 114:7 115:7,16 115:24,25 117:1,2,11,13 117:19,25 118:2,19 119:24 120:1,5 120:7,13,18 122:21 123:11 123:13,18 124:4,19 125:13,20,23 126:14,17

127:20 128:3,7 128:13,22 130:11,25 131:13,16 132:3,11,13,18 132:24 133:6 133:12,17 134:24 135:3,8 136:20 137:20 138:20 139:5 139:17,20,24 140:15,24 141:22 142:2 142:20 143:8 143:16 145:8 147:24 148:6,9 149:13,19 152:12,23 154:17,25 155:9 157:21 158:3,13 160:15,18 161:13,24 162:8,12,18 163:1,5,15,19 167:8,14,18,25 168:4 169:6,14 170:12,16,19 171:2,13 172:1 172:8,11,23 173:4,11,17 174:4,21 175:9 175:15 176:12 177:12,25 179:9 181:7,15 182:1,9 183:19 184:3,6,22 185:2,12 186:6 186:8 187:8 190:12 192:6 192:11,21 193:7 194:12 196:22 197:3 197:16,22 199:22,23 200:3,14 201:17 202:5,6 203:3,6 204:11 205:9,14 206:8 206:11,13,21 207:11,15,22 210:8,16,22 212:4,20 213:5 214:2,4,25 215:10 217:16 218:7 221:8,10 221:17,23 222:16,24 223:1,25 224:23 226:10 226:16,21,24 229:24 230:9 231:4,10,14 233:2

**olaf** 81:17,19

**old** 38:23 167:20,22 209:21

**olm** 136:16,17 136:17

**olson** 3:11 116:23 162:20 162:25 163:5 194:23

**once** 9:1,2 61:20 72:19 73:17 74:4 86:14 105:15 124:24,24,25 165:19 170:21 175:5 195:18 208:24 214:4,5 224:4

**one's** 163:13 202:10

**onedrive** 190:10

**oneida** 28:23 98:19,22 167:20 183:15 226:16

**ones** 80:15 85:3 161:18,18

**online** 14:22 74:1,2 151:6 230:25

**open** 45:22 51:4 101:7 191:14 194:9

**opened** 124:22 124:24,25 194:12

**openly** 120:24

**operating** 20:6 40:23 78:23 171:1 177:22 211:5

**operation** 43:9

**operations** 32:1 32:6,9,25 139:1

**operators** 117:10

**opinion** 104:9 106:18,19 121:21 129:4 195:16 196:17 196:18 214:4

**opportunities** 40:24

**opportunity** 76:2 145:2 183:17

**opposed** 209:1 214:3

**opposite** 198:15

**oppt** 192:23

**option** 174:16 186:20,23

**options** 16:16 128:12 150:5 183:14 185:13

**orcutt** 182:2,3

**order** 23:4 44:17,19 98:3

177:17 179:9 184:11 198:20 209:8 220:2 233:21,25
**ordered** 234:3
**ordering** 7:4 234:8
**ordinary** 95:12
**org** 58:17
**organic** 156:13 157:19 208:12
**organization** 32:5 33:7 47:9 51:2 54:13 55:4 56:2 58:10 59:3 173:12
**organizations** 47:3 181:14
**organize** 193:24 194:14
**organized** 39:11 118:24 152:15
**original** 7:4,4 11:18 29:25 155:12 234:6,7
**osha** 211:23,23 231:7
**outagamie** 176:23,24,25 176:25 177:1,3 186:17
**outdated** 41:21
**outfall** 20:12 20:12 200:7
**outfalls** 20:8
**outside** 56:3,13 64:4,13 144:17 185:9 194:13 209:14 222:25
**oversight** 58:11 136:3
**own** 29:19 58:19 72:2 130:12 134:22 164:16 166:8 180:23 194:12 196:19 201:8
**owned** 12:13 12:15 46:11 173:7
**oxidizer** 16:10 16:11

**p**

**p** 2:1,1 3:1,1 4:1,1 137:12
**p.c.** 2:5
**p.m.** 1:13 119:2 119:3,3 151:24 151:24 182:23 182:23 217:20 217:20 234:9 235:11
**pace** 6:7 22:16
**package** 63:14 63:18 71:25 72:23,25 161:2 161:15
**packet** 73:16 157:21 230:25
**pad** 170:21
**page** 5:3,10 7:11 10:1 39:25 43:8,18 81:10,11 90:7 91:11,12 126:4 134:4 140:15 169:16 177:13 182:2 192:11 192:11,12,12 192:12,13,16 192:16,18,19 192:20 194:1 201:20 206:12 210:24,25 212:5 215:23 221:10,17,20 221:22 225:20 231:15,16 236:4,7,10,13 236:16,19
**pages** 92:5 125:24 191:18 194:15 210:4,5
**paid** 14:14
**paper** 12:11,12 12:17,21,24 13:9,19,21 24:21 25:18 41:3,6 42:13 44:9,10 45:25 46:3,7,9,10,13 46:17,21,21,25 47:4 49:21 52:18 53:6,19 54:3,19 55:1 56:19 71:3 74:9,11 78:24 83:14 90:23 95:2,15,24,25 96:5,8,19,22 98:15,19,21 99:5 100:9 103:12 108:11 108:21,24 109:2,6,13,17 109:18,20,23 110:5,6,17 111:6,9 113:22 115:9 120:20 121:8 126:19 126:22 144:18 145:11,23 147:18 148:1,7 154:6 155:10 171:14,18,24 171:25 172:2,5 172:5,9,15,19 173:4,7 175:16 182:11 187:24 188:18 196:23 197:1,18 203:2

203:4 204:2,17 213:9 228:6,12
**papers** 152:16 156:5,9
**paragraph** 88:24 130:15 130:25 131:7 140:16 154:21 161:2,3 169:18 169:20 171:2 173:17 197:3 198:8 231:18 231:20
**paragraphs** 131:21
**parameter** 216:13
**parameters** 20:8 51:9 157:17
**parcels** 154:23 154:25
**parchment** 187:24 188:12 200:23
**pardon** 152:1
**parents** 10:12
**park** 3:18
**parrish** 75:17
**parsiola** 2:9
**part** 18:10 37:10 44:24 45:1,4 57:8 58:1 71:10,15 72:21 83:25 84:12 94:1,6 96:3 100:5 112:6 128:1 146:20 148:5,5 161:6 167:19 173:11 193:17 209:17 220:20 226:2,16
**participate** 76:4,5 185:10
**participated** 39:21 60:9
**participating** 84:20
**participation** 46:20 124:10
**particular** 67:12 70:6 72:4 73:10 96:19 141:15 152:13 153:12 157:18 188:10 188:13 214:25 216:3,13 219:19 220:17 232:11
**particularly** 200:21
**parties** 59:24 235:13
**parts** 110:10 211:20
**party** 37:1 55:19 76:12 77:8,15
**pass** 10:17 39:4 86:17 119:6 129:14 150:25 177:25 194:19 230:10 233:10 233:10
**passed** 131:19
**past** 63:9,9 135:19 153:14 170:21
**path** 6:16 191:12,19,22 202:13
**pathway** 206:18
**pause** 229:3,7
**pay** 58:17
**payroll** 14:15 14:16,19 141:7
**pdf** 87:1,3 212:7
**pegged** 42:21
**pelican** 28:12 28:13,16 33:23 34:2,6,8 35:3,8 35:12,16 36:6 36:8,11,13,15 167:6,7,8,15 168:1 224:24
**pen** 92:22,23 126:9
**pendant** 189:14
**pending** 43:21 44:6 146:11
**peninsula** 186:5
**pennsylvania** 3:22
**people** 42:10 87:6 105:25 106:2 109:6 116:7 122:25 131:1 138:22 138:24,25,25 144:24 154:9 163:16 184:13 185:9 193:14 229:3
**perceive** 42:10
**percentage** 16:18
**perfluorinated** 71:5,16 158:20
**perfluorohex...** 108:9 110:3
**perform** 186:24 215:2
**performance** 16:9,10 42:21 171:14
**performed** 35:11 181:21 195:8 196:17
**performing** 79:15 120:14

120:16
**period** 54:5 68:5 95:9 104:2 204:20
**periodically** 65:5 102:21
**permission** 51:10
**permit** 19:1,13 19:14,15,21,24 19:24 20:6,9 20:18 22:2,21 23:10 24:4 25:8 47:24,24 48:5,6
**permits** 24:5 47:25 172:24 173:1
**permitting** 16:14 47:22 65:14
**persistence** 164:21
**persistent** 95:3
**persisting** 179:14,24
**person** 31:13 31:15 58:9,24 59:2 88:14 132:13 139:17 162:9 196:16 200:6
**personal** 106:18,19 107:20 189:3 215:10,18 235:8
**personally** 44:21 79:15 107:13 138:20 171:13 196:22 229:4
**personnel** 32:14 57:11
**perspective** 50:22
**pesticide** 225:11
**pesticides** 225:13 227:18
**pfas** 6:16 18:13 18:16,17,23 19:12,14,15 20:11,17 21:1 21:3 24:22 25:11,19 26:8 27:17 28:5 29:21 30:6,8 30:10,12,15,18 30:21 31:1 33:19,23 34:2 35:8 36:8 45:4 45:16 49:4,17 49:22 50:15 51:3,18 52:13 53:6,19,20 54:4,10,14,21 54:23 55:9,12 55:24 56:4,12 56:18 57:8 67:19,22 70:22 70:24 75:19,25 80:1,3 83:13 84:15 88:22 90:5 92:9 95:20,21 97:7 97:13,16 98:9 98:18 99:6,12 99:18,19 100:1 100:6,23 101:3 101:10,19 102:2,5,11,23 102:25 103:13 106:3,8,11 108:10,21 110:8,18,21,22 110:23 112:12 113:6,7 114:24 117:4,14,17 118:1 120:19 121:2 122:1 123:5,19,23 124:6 130:5,9 134:13,21,25 136:20 137:5 137:12,17 138:8,9,12 139:25 143:20 144:21,24 145:6,22 146:10,17 160:16 161:4,5 161:9 163:7,16 164:22,23 165:4,17,20 182:14 185:5 187:23,25 190:10,19 191:12,21,23 192:4,8,18 193:4,21 195:7 195:16 196:8 196:17 197:6,9 197:17 199:10 199:11,11 200:7,15 201:21,25 202:13 211:14 211:16 218:15 218:22 219:8 219:15,20 220:23 223:5 224:24 225:4 227:11,12 228:23 231:17 232:17,23 236:1 237:1
**pfhxa** 108:6,8 108:21 109:1 109:11,18,21
**pfoa** 21:11 23:2 24:23 71:8,17 92:16,18,22 93:6,13 94:5 94:15,20 95:3 95:16 96:1,6,9

96:23 97:2 103:17 104:17 104:23 107:3 107:13 108:23 109:25 110:1,9 110:21 111:2,4 111:7,9 112:24 126:5,12,15,20 127:2,10,19 128:8 140:7,11 153:20 160:7 165:20 188:3 189:12,18 221:24 222:6 222:20 223:8 232:24 233:7
**pfos** 21:11 23:2 24:23 71:8,17 92:16,19 93:6 93:13 94:5,15 94:21 95:3,16 96:1,6,10,23 97:3 103:17 104:17,23 107:3,14 108:23 109:25 110:1,9,22 111:3,5,7,9 112:24 126:13 126:14,20 127:3,11,14,19 127:24 140:6 140:12 153:20 160:7 165:20 188:3 189:12 189:18,19 221:24 222:6 232:24 233:7
**ph** 5:13 157:20
**phased** 193:12 193:14
**phaseout** 80:3 191:21 192:4
**philadelphia** 3:22
**phone** 64:19
**phonetic** 57:20 61:17
**phosphorus** 156:12 157:19
**photos** 142:11
**physical** 208:7 223:25
**physically** 58:10 152:10
**pick** 161:7
**picture** 94:13
**pinckney** 235:9
**pine** 140:17,24 197:12
**piper** 4:4 86:25
**place** 65:23,24 69:8 106:6 154:8
**plaintiffs** 1:6 2:3
**plan** 38:25 176:19
**planning** 64:15 80:17
**plans** 187:5
**plant** 26:25 27:6,15 43:10 43:16 80:21 83:7 90:24 92:13 100:22 111:16,24 112:2,8 136:3 156:9,11 165:15,16 203:25 204:15 204:17 205:3 205:12 206:19 209:3,6,7 216:12 228:9
**plausible** 225:4 225:8
**plays** 185:11
**please** 8:17 31:18 91:2 116:15 134:5 136:6 231:9,23
**plotted** 218:20
**plus** 205:23
**point** 27:17 28:7 60:11 65:12 71:2 78:20 104:1 112:12 115:3 120:21 135:25 139:18 140:11 146:2 149:9 150:12,16,19 155:3 164:18 166:5,7 170:18 171:11 172:15 173:3 181:18 181:22 183:23 209:11 216:15 219:6,13 220:22 222:9
**points** 43:19 158:16 159:23 224:7
**policy** 74:14 195:23 196:1,8 196:9 197:16 201:24
**politicians** 45:12
**pollenization** 57:2,4,9,10 173:11,15
**pollutants** 70:11
**pollution** 180:9
**polymer** 189:15
**polymers** 188:2
**pond** 199:4
**popping** 223:25
**porter** 3:4 123:15,16
**portion** 17:4 131:16

**portions** 131:20 221:15
**pose** 51:7
**poses** 69:20
**position** 23:14 31:5,25 39:19 60:4 82:15,20 96:21 104:5 132:25 195:25 196:12
**positive** 110:6 123:5
**possession** 134:8
**possible** 96:6,9 128:12 228:4 228:18
**possibly** 40:25 118:17 184:18 208:23
**posted** 87:8
**potential** 43:21 46:4 47:21 67:16 68:15 69:20 97:23 99:12 100:7 106:23 111:14 114:24 134:20 140:3 148:12 149:1,23 156:25 180:9 181:3,10 207:2 217:6 224:25 225:12 227:11
**potentially** 37:1 54:12 76:12 108:2 177:21 214:22 216:17
**pounds** 139:5 228:7
**power** 41:19
**ppt** 225:23
**practicality** 177:15
**preceding** 231:25 235:7
**precipitated** 152:20
**precisely** 146:14
**precision** 70:19 73:8
**precluded** 69:25
**precludes** 87:3
**predate** 66:15
**preferred** 145:10,13
**preheim** 3:4 5:6 10:19 17:24 18:2,18 23:17 24:2 25:15 34:21 39:5 45:8 47:6 49:6,9,12,19,23 50:6,13 51:13 51:19,25 52:5 52:8,19,25 53:9,22 54:6 54:15 55:14 56:5,15 58:12 59:9 68:17 76:21 78:25 79:8 85:12 86:1,19 87:14 87:23 90:25 93:4 94:16 96:2,11 98:12 99:23 100:14 103:1,18,24 104:8 105:14 105:21 106:13 106:21 107:5 107:15,21 110:24 111:25 113:19 116:14 116:19 118:25 119:14 121:5 122:14 123:6 125:1,9,16,20 129:7,16 135:10 136:5,8 137:1,6,14 138:2,11,16 139:3,8,10 140:4 145:12 145:24 146:11 146:18 147:19 149:22 151:5,9 151:14 158:21 159:15 162:24 164:24 165:18 166:12 168:6,8 169:12,14 170:2 171:16 173:23 174:10 175:17 177:8 178:5,7,20 179:16,21 180:1,10,19,21 182:17,20 183:11 185:17 187:11,14,17 189:20 194:22 195:17 196:3 196:10 197:11 197:19 200:1,3 202:2,9 204:7 204:18 205:8 205:21 214:8 217:16 219:10 219:17 220:5 222:12 224:3 224:16 225:7 226:3,12,19 227:15,25 228:16 229:8 230:13,16,20 233:9,12,19
**prelude** 200:22
**prep** 18:5,10
**prepared** 39:25
**preparing** 128:16

**presence** 56:3 56:13
**present** 4:13 66:24
**presentations** 56:19,20 100:3 100:5
**presents** 106:11
**president** 152:13
**press** 177:13,19 205:10,25 206:1,2 208:20 209:1,8 212:19 212:23,25
**pressed** 139:13
**prestamping** 163:4
**pretreatment** 113:22 114:1
**pretty** 15:21,21 77:6 102:17,20 146:9 220:13
**previous** 128:10 202:16
**previously** 67:9 129:8 169:1 189:7 227:18
**price** 22:23
**primarily** 61:11
**primary** 20:12
**principal** 69:12 75:6 108:22
**principally** 57:11
**printouts** 143:7
**printpack** 28:15,21 29:4 34:20 35:14,17 35:18,20,21,22 36:1,10 224:25 225:3
**prior** 15:3 30:6 30:10 83:13 127:1,5,7 130:9 143:3 191:1
**priorities** 78:1
**priority** 70:11
**private** 30:10 30:15 55:10 62:18 75:19 120:14,16,19 121:3 123:20 123:24 124:7 128:8 149:4,5 218:22 219:8 219:15
**privilege** 49:19 50:1 51:9 53:11,23 54:7 56:7 103:7 123:10 124:1 125:2,6,10,10 168:5,6
**privileged** 18:19,20 49:8 49:10,11,13,14 49:16,18,25 50:2,17 51:20 52:10,20 53:1 53:10,25 54:8 55:15 56:14 103:2,4 123:7 123:9,14 124:9 125:3
**probability** 77:25
**probable** 227:12,22 228:1,2,3,14
**probably** 65:8 86:24 107:7 112:20,21 129:12 139:19 142:18 144:22 145:6 147:9 167:23,23 174:1 193:23 194:7 203:5 210:5 211:6 221:6 223:20
**problem** 54:21 70:6 187:25 188:5,16 206:5
**problematic** 70:4,20
**problems** 9:18 9:21 148:9
**proceed** 8:17 51:10
**proceedings** 8:1
**process** 13:11 13:14 41:14 44:24 45:2 63:2 65:7,23 67:11 68:3 71:4,6,15 72:12 73:10,18 76:13,16 84:13 100:1 109:13 112:6 114:5 128:2 147:5,13 201:16,19 205:19 208:17 209:18 210:7 214:3,6
**produce** 7:12
**produced** 25:14 228:11
**product** 67:9 67:12 69:19 70:5 72:4 74:4 109:7 188:10 188:13,15,17 193:11 202:21 202:23 203:8 203:14 207:13 208:3,5,6,22 209:13 211:19 212:18 213:10 213:19 214:12

**production** 131:23 203:22
**productivity** 32:9,25 42:8
**products** 66:2 85:2 109:10 126:24 127:18 188:2 189:24 189:25 190:2 190:19 191:1 192:14,18 193:4,9 201:3 213:11,15,17
**proe** 3:7
**professional** 12:4,9 64:10 131:9 229:5 235:4
**professionally** 182:10
**professor** 100:4
**profitability** 42:25
**program** 60:25 61:3,20 62:20 62:23 63:1 64:22 74:24 75:2,9 84:20 88:16 91:4 110:14 121:9 150:6 153:4,23 153:23 154:16 154:23 165:13 165:17 176:20 186:9,14 187:1 198:17,19 210:2 220:24 227:23
**progressed** 210:2
**prohibited** 153:10
**project** 65:13 72:17 168:4,12 168:14,17,21
**projects** 13:25 15:20,22,25 16:2 17:22 18:9 41:21 47:15,21 50:2
**promoting** 61:3
**promulgated** 146:3
**promulgation** 67:24
**proof** 156:9 203:2
**proofed** 156:5
**propanol** 215:7
**propensity** 73:11
**proper** 147:7 213:24
**properties** 91:9
**property** 28:15 75:10
**propose** 45:21 186:1
**proposed** 44:12 44:25 45:13 67:16 68:4,7 104:21,22 105:10,12,16 146:17,20,24 147:1,3,16 153:6,17,25 154:3,11 178:13 181:1
**prospecting** 75:16
**protection** 215:11,18
**protocol** 21:14 21:20,23,23 22:1 87:21,22
**protocols** 51:2
**provide** 22:20 22:22,23 24:9 24:11 44:24 45:13,24 47:14 47:18 54:14 66:8 73:13,14 84:12 131:17 134:5,19 135:22 136:2 136:23,24 137:22 138:15 157:15,22,25 158:5,7,9,14,19 158:25 161:22 164:20 231:23
**provided** 7:4 138:4,18 146:19 147:3 147:25 158:22 160:13 161:16 162:5 187:2 234:7
**providing** 19:2 33:4 45:16 159:22 161:17 163:7 197:21 198:7
**provisions** 15:15
**proximity** 90:19 224:1
**prp** 36:23 37:6 37:10,22
**pt** 212:9,11
**pt5045** 203:7
**public** 45:3,6 45:22 98:5 100:6 120:21 122:3 194:5,8 218:16 222:1,5 235:5,24 237:19
**publish** 45:2
**publishing** 124:14
**pull** 19:25,25 61:11 77:10 111:9 118:21 160:19 187:20

231:8
**pulled** 17:14 34:8,8 36:5 93:4
**pulling** 87:5 159:12 176:10 218:4
**pulls** 20:1,4
**pulp** 41:3,6
**pumps** 85:4
**purchasing** 73:19 139:19 139:22 200:13 200:15
**purely** 64:10
**purpose** 34:23 40:17 53:8,20 85:13
**purposes** 166:9 170:12 190:11
**pursuing** 118:1
**push** 195:11 217:15
**put** 10:17 16:16 17:18 19:17 39:8,9 72:17 73:5,21 85:17 86:21 87:1,2 87:12 88:3 91:25 102:2 113:25 119:10 130:23 141:22 142:9 150:22 151:1 163:3 175:7 187:8 194:8,17 195:1 206:17 209:2 213:23 214:4,5 216:5 225:18
**putting** 107:8 113:22

**q**

**q1** 16:11
**qc** 19:24
**qualified** 106:15
**quality** 19:1 20:2
**quantities** 126:21 206:16 211:9 214:15
**quantity** 113:6 231:17
**quarles** 48:24
**quarter** 223:24
**query** 232:10
**question** 9:3,22 9:24 19:8 20:2 28:3 29:10 30:9 35:5 43:6 46:20 53:14 66:13 72:3,6 89:23 90:4 94:10 102:7 103:10 104:5 106:16 107:1 109:22 116:7 118:13 129:2 130:22 131:12 135:20 137:9 138:6 141:19 146:11 151:16 151:19 155:12 155:15,17,21 155:24 160:3,3 161:12 164:16 172:7 188:1 193:2
**questioned** 70:15,18
**questioning** 50:22,24
**questions** 9:4 10:1 16:14 19:5 51:6,8,16 60:10 72:9 73:1 94:24 103:13 159:1,2 159:4 160:1,2 160:15 200:15 228:24 230:11 230:14,17
**quick** 77:5,5 116:7 117:11 119:13
**quite** 29:20 101:6 143:15 190:10,18
**quote** 112:21
**quoted** 22:6

**r**

**r** 2:1 3:1 4:1 7:10 31:19,19 212:9 236:3,3
**rack** 27:22
**radiation** 84:3
**radius** 184:4,7 232:3,8
**railway** 224:19
**raise** 70:22 228:24
**range** 112:22 219:25
**rapids** 26:6,8 26:22 27:4,10 27:24,25
**rate** 14:12 15:18 22:6 179:6
**rates** 64:15
**rational** 103:22
**ratios** 67:7
**rcra** 208:8 211:12 213:13
**reach** 36:7 38:11 78:14 130:7,11 145:3 200:19
**reached** 36:12 36:20 38:2 77:24 117:17 145:5 197:23 200:17

**read** 93:1 94:4 94:7 97:6 99:11 100:24 116:14 126:7 135:13 136:5,7 138:7 151:12 155:16,18,22 193:17 207:1 212:5 237:5
**readily** 74:25
**reading** 93:5 99:4 152:7 189:13 216:3
**ready** 117:12 217:12,13,17 230:10
**real** 62:3,8 117:11
**realistic** 148:18 178:22
**realistically** 148:18
**really** 32:15 52:1 119:13 125:6 137:19 146:13 162:13 176:13 190:17 214:18
**realtime** 235:4 235:5
**reason** 22:24 23:8 75:22 89:23 90:4 118:6 153:8 194:18 236:6,9 236:12,15,18 236:21
**reasonable** 89:24 103:16 103:20 104:7 105:13 170:4 170:13
**reasonableness** 105:16
**reasons** 75:11 164:4
**reauthorization** 211:4
**recall** 9:2 11:20 11:21,22 15:12 15:24,25 20:19 24:13 26:12,15 29:23 30:23 32:24 38:20 42:24 43:2,6 52:21 55:8 62:12,21 64:3 64:19 70:12 71:1,22 74:3,6 93:22 94:6,17 94:18 97:9 99:3 104:13,24 105:2,9 108:22 113:4 116:3,5 120:17 123:16 123:17 124:22 128:6 130:10 132:2,5,6 136:1,19 141:21 143:22 144:11 149:17 150:22,23 152:14 154:14 158:12 168:13 168:16,19,22 176:2,5,7 186:7 209:19 209:22 219:1 223:6 226:13 230:21 231:14 232:20
**received** 19:7 36:23 161:8 162:10 204:2
**receiving** 184:15,16
**recent** 20:2 79:7 172:14 196:5
**recently** 57:19 62:4 76:5 158:16 171:12 184:23
**reclamation** 41:25
**recognize** 119:18,20 120:4,5 203:10 223:7
**recollection** 112:19 130:6 138:3 144:10 152:21 168:2,3 190:20
**recommendat...** 128:15,18,23 213:8
**recommendat...** 84:12
**reconcile** 73:3
**record** 8:3,15 50:8,11 74:14 86:4,7 87:15 100:6 116:14 118:23 119:1,4 136:7 151:22 151:25 155:18 155:22 182:21 182:24 217:18 217:22 233:15
**recorded** 8:8 235:7
**records** 134:6 139:21,25 231:23
**recycle** 40:25 41:5
**recycled** 100:9
**recycling** 41:23 42:6,9,11,13,16 42:22 43:2
**reduce** 40:18 40:24,25 41:2 42:1,3 66:20
**reduced** 42:7 235:8

**reduces** 42:11 42:11
**reducing** 41:17 42:17,22,22 177:19
**reductions** 42:6 43:4
**redundant** 137:16
**refer** 131:6
**reference** 164:18 166:5,7 198:9
**referenced** 201:4
**references** 190:11 193:16
**referred** 95:5
**referring** 47:10 110:21 147:2 173:16 198:14
**refers** 9:24
**refine** 66:13
**reflection** 43:15 60:1
**reflects** 168:8
**refresh** 144:10
**regard** 56:25 147:1
**regarding** 20:2 46:4,17 63:13 88:21,22 99:5 128:11 134:6 137:22 161:9 189:24 190:25 200:7,15 232:3
**regardless** 46:22 103:25 176:8 197:16
**registered** 235:3
**registering** 226:1
**regroup** 217:14
**regs** 56:22
**regulate** 85:2,5
**regulated** 23:6 44:16,17 67:13 67:14 68:11,16 68:19 69:15,22 70:13,14,17 92:10,12 147:22,25 148:5,8,13,14 160:5
**regulating** 22:12 23:1
**regulation** 44:23 101:9 153:6
**regulations** 43:21 44:7 45:5,17 46:4 48:1,12 55:18 56:17 67:17 68:24 69:7 96:4 100:2,18 145:23 146:17 146:20,24 180:18 216:8
**regulatory** 45:12 47:23 54:22 69:7 76:13,16 78:19 78:22 83:18 118:3,3 195:19 202:4
**reissued** 172:24
**relate** 45:4 80:1 96:18 133:15 167:21 211:8
**related** 17:19 18:13 19:12 21:8 35:7 37:6 42:22 43:3 47:4 49:4,17 49:22 52:13 54:14 55:12,24 56:3,18 57:8 62:19 75:18 76:15 79:6 84:5,14 96:23 97:7,12,13 99:14 100:23 101:18 102:4 102:11,15 103:13 104:19 109:10 124:20 135:1,22 136:4 136:18 139:14 144:21,24 145:3,6 157:22 184:9 190:5,19 190:21,22 192:23,24 193:3,8 194:2 201:15 223:1,8 225:5 232:7
**relates** 52:2 54:23 60:2,3 165:4 178:9,11 202:21 215:18
**relation** 27:4 60:25 90:10
**relationship** 156:8 186:2 194:3
**relative** 67:6 235:12,14
**relatively** 15:17 114:12 115:5 160:8 222:3 224:21
**relayed** 121:16
**releases** 206:14 206:16
**reliable** 89:21 89:22
**relied** 38:10
**reluctant** 16:25
**rely** 48:16,17
**remained** 114:12
**remember** 15:9 15:10 64:19 97:5,8,9 113:3

116:11 144:21 145:4 146:4 169:5 193:3 225:2
**remind** 80:16
**remotely** 2:10 2:16 4:5,5,9
**remove** 72:16
**repeat** 52:8 54:15 187:11
**replace** 75:13 75:14
**replaced** 72:25
**replacement** 13:13 37:9 38:22 57:19 79:5 85:14,18 212:16
**replacing** 41:21 203:6 212:13
**report** 6:7 18:23 21:16 29:15 33:9 58:22 59:15,17 77:18 80:6,9 81:8 92:5 108:6 125:21 125:25 126:3 163:6 211:6,7 211:9,13,17 218:4
**reported** 1:23 33:9 59:4,8 122:4,8,9,12 211:16
**reporter** 8:16 9:7,19 26:3 39:11 86:15,23 143:9 151:6 178:6 185:22 185:24 199:21 210:18 233:17 233:21,24 234:2,5 235:4 235:4
**reporting** 16:5 16:6 17:5 19:11 79:20 211:25
**reports** 16:7 17:6,7 19:16 81:3 95:20 108:15,15 227:4
**represent** 147:24
**representation** 43:24
**represented** 180:6
**represents** 47:11
**request** 7:11 22:18 129:19 133:4 140:17 152:7,19,20 154:20 198:5 231:22 232:2,5
**requested** 22:20 24:16 168:25 232:7
**requesting** 138:8,13 199:6
**requests** 7:12
**require** 23:16 196:2
**required** 19:1 20:6 21:17,22 22:10 37:11 61:21 78:22 83:16 85:7,9 147:14 197:17 237:13
**requirement** 19:13 20:15 47:23 81:5,14 231:4
**requirements** 22:24 24:4 79:13 81:3,7 118:3
**requires** 22:2 23:20 24:1 180:23
**requiring** 23:13
**research** 72:1 72:20 97:12 99:10,24 100:12,15 120:11 189:8 189:23 190:5 190:13 224:12 224:18,19 225:14
**researched** 99:21
**reservation** 71:4
**reserve** 226:25
**reside** 40:24
**residents** 194:5
**residuals** 213:1
**residue** 213:18 213:18
**residues** 205:11 213:16,19
**resolve** 51:11
**resources** 40:10 129:22 201:10
**respect** 111:2 161:4 164:7 216:18 217:10
**respectful** 15:19
**respective** 57:12 58:5,19
**respond** 79:16 133:3
**responding** 37:10 79:6
**response** 5:22 9:9,14,15 24:8 117:25 129:14 129:19 130:3

130:24 135:24 136:23 154:20 156:1,3 188:6
**responses** 185:15
**responsibility** 58:24 59:7 146:21
**responsible** 32:8 37:1 76:12 77:8,15 110:13 111:22 112:1
**restate** 59:5
**restrict** 158:18
**restriction** 72:14
**result** 33:18 37:18 92:9 110:17,18 118:9 127:20 154:10 216:10
**resulted** 153:4
**resulting** 189:16
**results** 21:25 26:8,9 27:8 29:17 31:14,15 36:3 77:22 88:22 89:23 91:16,25 92:18 92:21 105:4,11 110:7,8 112:14 112:17 113:14 113:21 114:8 115:15,16 119:20 123:3,5 125:14 133:14 133:18 158:1 160:12 163:25 164:7 193:22 232:19
**retain** 51:17
**retained** 50:15 50:25 76:15
**retention** 74:14 231:4
**retire** 38:16,25 39:2
**retired** 39:1 64:23 65:2,3 143:18
**retirement** 13:15 38:18
**retiring** 13:11 64:23
**reuse** 41:6,25
**reusing** 41:22
**reveal** 54:8 232:24
**revert** 150:9 176:15
**review** 6:22 47:15 65:16,19 65:20,21,22 66:1,24 67:3,8 67:11,11 68:9 69:8,13,16,24 71:4,6,12,15,25 72:11,13,19,22 73:17 74:10 77:17,18,20 78:13 99:17 201:18 202:20 207:2,17 209:17,19,25 210:1 225:17 230:22,24,25
**reviewed** 36:3 36:4 40:9 65:18 77:4 96:22 158:23 165:7 225:17
**reviewing** 20:1 146:8
**reviews** 65:13 68:23
**rgis** 142:3
**rh** 5:18 6:3,5,9 6:11,13,15,18 6:20,25 7:2 39:4 116:17 151:2 159:7 166:19 178:4 183:3 187:10 187:13 199:24 210:25 217:25 218:1
**rhinelander** 6:21 12:3 28:25 32:2,3 51:22 52:17,22 53:4,19 54:3 54:19 82:25 83:21 90:23 95:24 96:21 129:20 130:17 147:18,21 148:1,7 169:20 173:19 174:17 174:19,20,22 176:16 181:12 188:18 193:21 196:23 197:1 197:18 199:17 213:9 228:6 232:6,12,25 233:2
**rhinelander's** 174:6
**rhyme** 194:17
**right** 9:6,10,16 14:11 19:10 39:13 41:3 47:9 57:24 68:7 72:6 78:11,20 85:17 85:20 101:8 111:15,24 112:5 116:1,3 117:5 118:1,17 120:11 125:23 129:23 133:9 135:9 138:7 141:1 142:23 145:16 146:14

148:23 149:11 152:7 154:14 169:9,22 170:10,22 171:6 172:16 174:9 180:9 186:11 188:7 192:7 194:4 199:10 202:1 203:24 204:6 210:3 213:13 213:17 215:21 216:2 218:19 219:24 224:14 225:23 226:11 230:18 233:12
**rinse** 213:23
**risk** 69:2 106:12 211:22
**risks** 68:15,19 68:22 69:20 97:5,10,12,19
**river** 16:14 26:1,5 27:17 28:2,5,9,12,14 28:16 29:21 30:8,13,18,22 30:25 33:19,24 34:2,6,7 35:1,3 35:9,12,16 36:6,8,11,13,15 36:16 55:19 69:21 98:15 167:6,7,8,12,13 168:1 199:12 199:16 223:1 224:24 233:3,4
**rivers** 223:2
**rmif** 71:11,13 71:19,21 210:4
**ro** 107:8 108:3 128:12 149:9
**road** 27:22 120:5,12
**rod** 61:16
**role** 12:17,22 13:5,7 32:4,13 32:16,20 33:1 33:1,3,6 40:14 43:25 44:2 47:25 54:13 59:13 60:1 67:10 69:5 97:11,14,24 98:7 99:4,16 99:21 100:12 100:16,21 104:4 108:19 110:12 111:21 132:11,14 136:3 152:12 187:4 200:12 203:17 207:9
**rolled** 93:19
**room** 12:6 233:18
**roots** 10:6
**rougeau** 1:4 8:10 11:7,9 236:1 237:1
**rough** 176:3
**roughly** 184:7
**route** 51:10
**routed** 73:19
**rp** 77:1
**rpc** 73:20
**rpr** 1:23 235:22
**rule** 44:12,12 44:13,25 45:2 45:3,13,21 46:1 67:25 68:1,4,8 84:13 94:7 104:13,19 104:21,24 147:3,5,15 149:15,24 169:8 178:16 178:19,23 180:22 181:1,4 181:8,9
**rule's** 181:24
**rules** 23:10 44:8,10 68:8 148:10 180:24
**run** 80:15 82:13
**rural** 224:21 226:17,18
**rye** 31:17,19 169:2

**s**

**s** 2:1 3:1 4:1 5:9 7:10,10 137:12 236:3
**safe** 40:13 85:8 196:15
**safety** 6:21 32:13,17,20 33:1 43:1 59:12 65:20 68:21,22 71:13 73:21,23 74:8 74:24 207:2,10 207:17,20 209:17,24 210:1 212:9 231:2,7
**salary** 14:2,4
**sales** 109:7 138:25
**sample** 91:16 167:20
**sampled** 114:17
**samples** 20:1,4 23:3 25:22,25 26:5,19 27:1 29:19,19,21 30:2,2,3 31:10 34:8,15 36:5 61:11 89:17
**sampling** 20:8 21:2 23:5

133:16,18,22 133:23 135:12 193:21 221:13
**sandblasting** 83:11
**sara** 6:24 211:1 211:4,8,14,16 218:4
**sarcastic** 145:9 145:14
**satisfy** 116:7
**saw** 11:25 28:4 70:3 114:5 121:2 161:20
**saying** 56:11 107:11 156:14 208:13
**says** 11:7,9 39:25 47:14 59:22 65:12 69:17 72:6 80:6 81:12 91:12,16 134:5 134:13 141:9 145:6 154:22 168:1 169:20 171:3 178:25 181:17 183:19 185:4 197:3 198:4,8 209:25 211:1 213:13 221:18
**scale** 223:19,20
**scales** 85:3
**scenario** 153:13 177:22
**scenarios** 181:10
**schaeffer** 5:23 129:14,21 231:12
**schedule** 16:16 20:7
**scheduling** 15:20
**schwarz** 3:17 54:24 92:14 98:20 111:17 112:18 113:9 113:18 114:21 128:24 137:13 204:8 205:5,7 216:19 227:14 230:12 233:20
**science** 128:23
**scientific** 129:5
**scientist** 61:8
**scope** 18:10 140:3
**scotch** 127:13 127:15
**scotchban** 127:13,16,17
**scratch** 115:9
**scroll** 117:3 213:5 221:17
**scrolling** 173:17
**scrubber** 208:14
**sdses** 135:17,21 135:22
**seal** 235:18
**sean** 57:19
**season** 229:16
**second** 39:7 43:18 87:2 140:15,16 169:16 197:3
**secondarily** 43:1
**secondly** 148:16
**section** 28:2 69:6 207:25 213:5 215:5,6 215:9,11,15,16 215:18 216:1,2 222:1
**secure** 84:23
**security** 84:19 84:21
**see** 11:1,7,11,18 17:17 19:16 26:20 27:25 28:1 29:24 37:7 39:23,24 40:1,4,5 43:8 43:11,20 47:17 47:18 48:2 59:22 60:13 71:16 76:18 77:7,13 78:9 79:22 87:12 88:7,10,12,18 88:21,23 89:1 90:7 91:12 92:9,18 108:6 113:3 114:10 117:1,5,7,15 119:13,24 120:1 125:23 126:5 128:18 130:19 131:4 133:20,25 134:4,13 136:20 144:4,6 150:4 158:1 159:11 160:23 160:25 163:7 163:10 166:11 166:23 169:16 173:18 176:3 178:9,11 181:17,22 185:10 188:1,7 190:18 191:18 191:24 192:15 192:22 195:4,9 195:14 196:15 197:7 198:12 200:5,17 202:21 203:6 206:24 207:5

207:17,19,22 207:25 211:1 216:3 221:18 221:24 222:3,8 222:9 223:4 225:21,22 231:22
**seeing** 192:20
**seek** 69:20
**seeks** 232:2
**seemed** 28:7 146:9
**seems** 179:3
**seen** 10:21 11:13,17,22,23 21:7 78:2 91:19,20,21,21 92:1,3 94:14 95:1,14,18,23 96:4,25 100:3 108:14,15,17 114:8 122:20 128:4 170:7 193:17 205:19 219:3 221:10 221:12,12 222:18,20,22 222:24 223:1 224:4
**sell** 75:10
**semiannual** 16:5 17:7
**send** 64:12 130:2 152:18 187:22 195:12 218:6,24 233:24 234:2
**sending** 42:13 142:25
**sends** 89:17 200:6
**senese** 2:16 230:15 233:25
**senior** 58:7,9 58:13,15,23 59:2,5,6 80:13
**sense** 107:9 128:14 211:12
**sent** 63:23 64:1 78:5,9,10 88:18 129:25 193:15 213:11
**sentence** 61:5 179:4
**sentiments** 184:11
**separate** 81:1 154:22
**september** 144:7
**septic** 99:13
**sequence** 133:21
**series** 16:8 26:4 95:20 142:9 224:7
**service** 89:14 92:4
**services** 6:6 88:19
**session** 9:3
**set** 85:23 86:9 101:1 103:16 118:11 119:16 128:7 141:18 153:14 235:17
**sets** 180:12
**setting** 10:23 98:1
**seven** 27:2 82:18 210:5
**several** 11:23 224:12 232:21
**sewage** 99:6
**sewer** 208:22 209:3 213:3,23 214:22 216:5 216:25
**sewered** 205:1 205:17 206:7 213:2
**sewering** 204:4
**sewers** 206:15
**shakes** 9:12
**shape** 145:7
**share** 101:18 115:12 143:23 160:18
**shared** 24:4 31:13,15 40:9 101:11,13,15 101:17,25 102:7 191:12 221:2
**sheet** 71:13 73:4,13 157:24 202:20 207:20 211:19 212:9 231:2,3,6
**sheets** 66:9 71:14,24 72:20 73:1,2,24 74:10 142:10 231:7
**shoot** 21:15 57:23
**short** 150:9 162:8 174:14 177:21,22 182:18,19
**shortcomings** 178:15
**show** 91:12 112:14 176:6
**showed** 26:9 27:9 100:6 116:12 233:4,5
**showing** 127:18
**shut** 50:21
**sic** 27:22 37:11
**side** 11:8 172:4 224:14
**signature** 207:4 207:7 235:21
**signed** 130:23

**significance** 164:19
**significant** 121:2 122:11 149:25 181:2
**significantly** 105:6,7 177:17
**similar** 66:21 67:5 119:21
**similarly** 1:5
**simple** 151:16
**simply** 184:10
**single** 168:23 172:2,19
**sir** 11:9
**sister** 46:5
**sit** 16:2 24:21 29:4 57:14 67:20 94:20 109:20,23 140:9 172:1 173:21 189:1 193:7 225:5
**site** 28:17 61:10 77:18 150:20 213:11 223:12 226:25,25
**sites** 28:13 134:7 142:21 154:7 174:8 219:8 220:10 221:13 224:15 226:21 227:10 232:5,9,13,14
**siting** 150:12
**sitings** 224:20
**sitting** 223:17
**situated** 1:5
**situation** 185:11
**six** 96:16,17
**size** 205:9,25 206:1,2 208:20 209:1,8 212:19 212:23,25
**sizer** 205:10 212:23
**ski** 229:12
**skim** 117:11
**slack** 102:13
**slaughterhouse** 28:18
**slide** 194:7
**slides** 194:5
**sludge** 95:25 99:6,8 109:24 110:17,19 111:6 114:9,11 114:12,16,19 114:25 134:20 134:21 157:1 171:9 187:5 223:13
**small** 102:17 224:19
**smokestacks** 142:24
**snowden** 221:21,22,25 223:12 224:15 225:6,22 227:12,23 228:13,21,23 229:12,21,22 230:6
**soil** 6:6 61:8,11 69:22
**solely** 147:21
**solicitations** 185:12,16
**solid** 83:11 213:14 217:8
**solids** 90:22
**solution** 174:15 179:2
**solutions** 129:21 130:18 141:10,12,16 141:24
**solvay** 201:3
**solvera** 203:7 203:13 212:9 212:11
**somebody** 60:21 66:5 121:19 144:22 154:5 175:4 176:11 182:1,9 223:7
**somebody's** 223:9
**something's** 68:11
**somewhat** 181:4
**sorry** 18:1 26:2 30:9 38:6,13 40:3 47:18 53:13 56:10 59:5 74:23 84:18 87:14 92:22 109:22 118:22 119:19 126:14 135:20 137:9 152:6 156:14 161:1 178:10 187:12 187:21 191:25 192:16,21 194:22 196:25 200:2 202:7 205:6 215:22 231:25 232:1 234:1
**sort** 68:7 155:4
**sorts** 100:7 181:14 193:22 220:18
**sought** 70:23
**sounds** 116:2 170:10 197:5 234:4
**source** 26:21 29:5,8,13 33:23 34:2

35:6 36:7,10 96:9 99:6,12 99:18 106:1 122:17
**sources** 36:21 98:8,18,22 100:8 111:14 111:23 224:25 225:4 227:11 227:12
**south** 4:10 75:16 235:9
**sowinski** 184:22,24
**sowinskis** 62:13,15
**span** 52:4
**speak** 32:15 52:14 74:25 131:7 140:13 141:17
**speaking** 45:23
**special** 22:18
**specialty** 46:10 46:12,13,17,22 46:24,25 47:4 129:20 130:17 141:9,12,16,24 171:24 172:2 173:7
**specific** 11:22 38:21 46:17 48:18 93:22 102:23 145:4 153:11 190:15 190:20,25 195:19 205:14 205:24,25 206:1 208:9 209:19
**specifically** 16:3 23:20,24 37:13 47:4 51:7 61:13 67:1 90:22 96:18 97:9 102:10 109:11 121:25 124:20 162:4 165:6 183:9 186:21 187:7 193:4,8 213:16
**specified** 22:7 22:21 25:7
**spectrum** 149:10
**speculating** 123:1
**speculation** 121:10
**speculative** 197:5
**speed** 63:4 205:10 212:23
**spell** 13:3 31:18 81:18
**spend** 151:17
**sphere** 18:16 18:17
**spill** 216:10
**spoke** 63:10,20
**spoken** 61:15 62:18 182:14
**spread** 142:9 149:20 153:8 171:21 172:10 179:1,7,7,10 183:12 219:21 220:17
**spreading** 60:25 62:11,14 62:16,19,23 63:1 64:22 65:9 75:2,9 88:15 90:11,20 90:22 91:3 99:14 106:6 110:14 120:8 121:9 122:24 123:25 124:6 133:8,10 142:4 142:10,11,12 142:21 143:5 150:6 152:22 152:24 153:4 153:10,16,22 153:23 154:7 154:15 163:21 165:13,16,17 170:20 176:19 181:23 184:22 186:9,14,23 187:1 198:9,11 198:17,18,23 198:25 199:6 218:12,25 219:8,16 220:10,23 224:1 227:23 228:14
**spreads** 182:4
**spring** 63:5,6,7 63:7,8,9 65:7
**spur** 226:10,24
**st** 81:17,19
**stack** 17:10
**staff** 58:4
**stamped** 163:4
**stand** 84:1
**standard** 23:2 23:5 67:21 89:10 92:16 93:10,11,20,20 104:1,1,6,16,20 104:22 105:1 105:10,13,17 118:8,14,14 147:2,6,8 154:11 164:5,8 164:11,12 180:13,15 195:23 202:4 222:14,19 223:11 231:7 232:18 233:19

233:20
**standards** 23:7 23:10 84:11 93:13,17 94:9 94:11 98:1,2 118:5,12,13 146:5 147:17 153:18,25 154:3,7 178:13 179:10 180:12 187:3 195:19 223:8
**stands** 43:13 71:21 80:16
**starks** 134:8 194:2,3,5,12 232:4,8
**start** 72:8 168:12 198:16 205:18 227:7
**started** 101:9 116:1 123:3 124:13 168:14 196:6
**starting** 130:15 166:16 169:17
**starts** 122:4 210:24
**state** 77:2 83:18 84:2,3 84:11 85:6 87:15 153:9 171:8 172:9,11 172:20 181:12 182:4 221:15 235:1,6,24
**stated** 50:16 180:11
**statement** 89:25 129:5 141:22 158:13
**statements** 131:21 160:2
**states** 1:1 8:11
**station** 85:4 120:11 224:18 224:19 225:14
**statistical** 19:18 21:5 22:13
**stay** 43:20 82:11
**stayed** 27:21 44:6 203:19
**steer** 44:22
**steidtmann** 1:23 235:3,22
**stella** 5:15,20 29:22 30:6,11 30:16 33:22 36:18,22 55:10 75:15,20 76:1 78:1 86:21 91:5 119:11 120:2,5,7,14,19 121:1,3,13 122:1 124:21 130:5,9,13 133:11 143:21 154:9 160:17 182:15 183:20 183:22,25,25 184:1,4,5,14,16 184:24 185:6,7 185:9 194:3,5 194:6 218:17 221:18 222:25 225:21 226:1,4 226:8 232:4
**stella's** 76:19
**stenographic** 8:14
**steve** 31:24,25 59:11,13,14,15 132:22,23 136:16,17,17
**stevens** 171:11
**sticker** 39:8 88:3 151:1
**stickers** 39:9
**stint** 82:23
**stock** 131:13
**stop** 122:25
**stopped** 26:1,3 26:4 124:11,11
**storage** 85:5,6
**store** 74:9
**stored** 74:13
**story** 162:8
**straight** 160:4
**straightforward** 15:17,21 151:16
**strawn** 2:16
**stream** 167:4 217:8
**streams** 41:9 96:19
**street** 3:8,12,22 4:10 27:19,20 28:4,6 167:22 235:9
**strong** 146:10 195:16 219:7 219:14,18
**structure** 127:22 131:11
**structures** 130:24 131:3
**struggle** 125:5
**struggling** 124:8 169:5
**subcategory** 47:1
**subfolder** 192:13,17 193:23
**subject** 47:22 117:4 125:6
**subjective** 225:9
**subjects** 131:8 165:1
**submit** 45:2
**subscribed** 237:14

**subsequent** 67:3 114:8 159:17 190:1 200:24
**substance** 159:22
**substantial** 148:25 149:1 149:20
**substantially** 150:14
**substantive** 131:16
**sucksauer** 57:20
**sufficient** 113:13 159:3
**suggest** 89:12 89:25 94:4 96:23 216:4
**suggested** 113:12
**suggesting** 95:3 95:16,25 99:17
**suggests** 94:14
**suite** 2:6,10 3:8 3:12 4:10 23:12 89:10 110:4
**sulfonic** 70:21
**sumich** 2:9
**summaries** 97:2
**summary** 133:10
**superfund** 211:4
**superlatives** 220:3
**supervisor** 31:2
**supplemental** 157:25
**supplied** 135:4 135:5
**suppliers** 66:8 109:10,13,14
**support** 19:2 47:15 54:20
**supporting** 169:7
**supposed** 203:6
**sure** 9:13,23,25 28:3 32:21 46:19,19 48:3 48:9 50:6 64:13 78:8 79:9,17 93:2 103:22 118:25 126:5 144:21 144:24 154:21 166:3 171:25 174:4 185:7 194:1 204:9 206:11 207:1 211:22 223:15 223:16
**surface** 23:2,5 25:22 67:21 92:16 93:9,11 93:12,20 94:7 94:11 103:17 104:6,25 146:4 212:14 221:18 221:22 222:11 222:13,19,20 222:23 223:4,7 223:10 225:21
**surrounding** 183:24
**suspect** 194:7
**sustainability** 79:25
**swap** 163:2
**swear** 8:17
**swim** 228:21 229:1,11,11
**swimming** 229:13
**switching** 167:1,2
**sworn** 8:19 237:14
**synagro** 65:1 185:21,23 186:1,8,11,12 186:14,21,22 186:24
**system** 14:19 66:24 73:21,22 73:23 107:9 113:23 114:1 142:3 214:16

**t**

**t** 5:9 7:10 236:3 236:3
**table** 91:17,18 91:19 92:1
**tables** 91:20,21
**tackling** 54:21
**take** 29:21 30:2 31:10 39:6 44:19 50:4 72:11 78:18 85:25 87:24 115:2,3 125:13 128:17 151:12 151:20 174:6 202:7 216:6,21 229:24
**taken** 25:25 29:20 30:1,3 50:10 63:4 86:6 88:23 106:6 119:3 151:24 154:8 182:23 196:12 217:20
**takes** 68:2 95:9
**talk** 45:11,12 61:13,23 62:10 62:13,15,16 134:25 135:14 139:22 140:13

184:18
**talked** 15:24 19:8 55:17,20 61:1,4,14,24 62:1,2 66:14 83:17 122:10 133:21 143:14 143:18,20 186:17 190:9 224:24
**talking** 9:12 50:14 67:5 79:12 156:17 156:17 158:16 159:23 163:16 166:8 175:25 178:15 188:9 205:14 219:1,2 224:23
**talks** 136:20 183:9
**tank** 214:5
**tanks** 85:5,6
**targets** 43:7
**tasked** 16:3
**taylor** 2:9
**teams** 102:21
**technical** 65:20 68:23 71:14,23 72:5,20 107:7 108:2 109:8 138:25 152:16 163:24 164:3 200:15 201:10 210:6 220:15 224:5
**technique** 89:7
**technology** 25:1 149:12
**tell** 24:11,15 28:21,23 31:21 32:19 35:11 39:15 63:16,18 117:12 152:3 156:19,20 158:9 159:14 159:25 160:1 202:19 203:3
**telling** 94:23
**tells** 215:23
**temond** 191:23 192:7
**tend** 97:1
**tenure** 127:5,7 140:13 174:23 189:5
**terbeest** 5:20 119:11
**term** 15:13 150:9,16 174:14,16 177:21,22
**terminal** 189:16
**terms** 18:9 42:7 69:5 113:7 125:11 162:12
**test** 16:10 21:22 22:1,2,4 22:9,10,18,25 23:15,25 24:15 24:17,19,19 26:20 34:23 35:3,21,22 36:3 88:23 105:4 110:6,8 112:11,16 113:2 117:22 123:5 125:14 133:18 157:11 158:1 160:11 164:4 166:2,3 166:4,10,10 167:8 172:16 172:17 196:1 197:16 201:25
**tested** 25:18 26:22 95:21 106:3 109:18 113:25 114:13 133:24 134:2,3 140:18,25 160:7 172:21 201:21 218:21
**testified** 8:20 91:7 231:5
**testimony** 66:19 107:22 167:10 237:8
**testing** 5:19 17:10 20:10,25 21:9,14,20 22:3,15,16,20 23:12,20 25:1 25:6 27:4,8 30:25 33:19 34:5,6,16,19 35:8,12,25 36:15 51:2 55:19 77:22 90:1,3,5 117:4 117:14,17,19 118:1,2,7,8 119:16,20 120:14,16,25 123:3 133:14 158:8 162:5 163:24 166:11 166:14 172:25 173:2 195:8,16 195:18 196:2,8 197:10 199:13 199:15,16,17 199:18 200:7 227:10 232:17 232:23
**tests** 16:8,9 21:20 25:2,4 89:9
**tetratech** 51:17 52:12,17,22 54:12
**texas** 2:6
**text** 63:23,24 231:15

**tg** 202:22
**thank** 10:19 39:5 86:19 87:10 119:14 151:9 163:5 185:24 187:14 187:17 200:3 233:12,14
**thanks** 129:16 151:9 178:7 194:22 230:16
**theiler** 117:8
**theoretically** 179:13
**therapy** 157:6
**thermal** 16:9
**thing** 12:1 14:1 83:2 85:2 143:2 167:19
**things** 16:13 18:22 33:18 41:7 72:17,21 72:24 85:15 87:20 88:6 93:18 100:12 100:24 130:15 134:11 156:18 212:24 220:20
**think** 11:25 14:24 16:2 28:20 29:24 33:8 42:10 49:7 52:3 54:1 57:19 65:8 67:2,5 70:15 71:6 76:2,6,9 80:13 82:18 83:17 87:21 89:24,24 91:10 93:1 95:19,22 99:24 101:3 105:12,19 106:22 112:25 113:13 115:2,3 115:16,18 120:21 121:20 122:15 124:16 126:9 128:22 129:2 137:25 147:16 153:7 159:16,17 161:12 163:3 163:23 164:16 164:25 165:19 167:25 170:4 170:15 172:1 173:15 174:12 178:21 179:3 181:3 188:10 190:9,12 191:8 191:9 194:23 195:22 210:8 214:17,19 223:23 226:22 227:11,22 228:3 229:10 229:17,24 230:9 233:9,11
**thinking** 191:15
**third** 21:2 198:8
**thomas** 1:11 5:4 8:18 10:4 235:7 236:2,24 237:2,4,12
**thomaz** 152:8 153:2 197:3 198:24,25 199:2,4,4,5
**thomaz's** 198:4
**thorough** 207:2
**thought** 60:21 70:19
**thoughts** 188:4
**thousands** 228:7
**three** 3:18 65:18 102:21 114:13 134:7 154:21 184:4,7 199:13 210:3 216:2 223:22 232:3,8
**threshold** 211:10
**throw** 116:8 166:18 187:9 191:4 230:5
**throwing** 193:18
**thrown** 227:17
**thursday** 1:12
**tier** 211:6,7 212:1
**ties** 41:17
**time** 8:7,16 9:23 14:17,21 15:2,19 16:18 16:20,21,22 25:17 31:4,16 32:5 33:16 35:5 38:21 40:12 41:10 44:3 61:22 62:18 63:10,20 65:5,8,10 71:2 72:15 74:4 81:25 86:24 87:20 95:9 96:8 103:12 112:9,12 115:3 120:8,21 123:13 124:12 124:13 135:25 139:18 140:11 141:1,1 143:14 146:2 150:8 151:17 153:24 155:3 162:3 169:4 182:18 187:4 190:2 203:3,13 204:14,21 212:17 213:3,3

216:15 219:6 219:13 220:22 229:15 233:13
**timely** 87:9
**times** 17:13 49:3 60:9 71:11 102:18 177:6 217:8 224:13 232:21
**timing** 29:23 154:13,13
**tipping** 150:16 150:19 181:22
**tired** 92:24
**tissue** 46:23
**title** 15:8 58:18
**titled** 39:16
**tmdl** 16:14 17:13
**today** 8:5,24 10:24 12:13,17 12:24 14:6,7 15:6 16:2 19:5 20:11 24:21 29:4,17 38:23 43:24 57:14 67:21 94:20,24 109:20,23 140:9 172:1,23 173:21 175:25 176:17 189:1 193:7 223:18 227:6,9 230:22 231:14 232:22
**today's** 8:6
**together** 16:16 17:14 19:18 64:6,8 102:20 130:23 150:22 175:7
**told** 18:4 23:24 24:3,8 31:20 31:22 75:7 79:11 159:13
**tom** 8:13 61:16 61:25 62:1,2 62:10 75:6 121:19 196:11
**tom's** 62:8
**tom.emond** 144:8
**tomorrow** 152:22
**tons** 80:5
**took** 25:22 26:5 29:18,19 77:5 77:5 85:17 132:13
**top** 11:1 26:12 26:15 28:20 72:6 74:15 88:7 99:3 168:13 175:19 192:1,2 223:18 226:7,10,13 227:16
**topic** 122:2 144:20 145:6 145:10,13,15 145:20,22
**total** 27:1 42:3 110:10 170:16 170:18 177:5 216:16
**tote** 216:23
**toward** 231:15
**towards** 75:17 146:17 217:3
**towel** 46:23
**town** 29:22 30:16 62:7 75:15,16,19 76:1,4,19 121:3 122:1 124:21 184:4 232:4
**township** 184:1 184:5
**toxicologists** 97:25
**toxicology** 106:15,25
**trace** 204:22,24
**track** 14:17 15:2 16:20,20 16:23 80:20,25 81:7 85:9 112:4 123:4,19 142:2,2 169:10
**tracked** 80:4
**tracking** 20:22 73:23
**tracks** 80:22 81:2
**tracy** 61:6,7,8 63:10,25 64:23 65:2,3,9,11 117:2,4 142:6 142:7,17 158:6 158:7,22 161:12,16,17 161:21,23 184:19 218:12 218:24
**tracy's** 142:17
**train** 224:20
**transcript** 7:4 8:1 9:11,15 39:12 233:18 234:7 237:5,8
**transition** 28:7 63:2 65:5 74:6 78:7 156:19
**transitioning** 162:21
**transmission** 77:14
**transportation** 149:16
**transported** 141:10
**transporter** 141:25
**trc** 49:2,4,21 51:7,16 54:12

**treat** 149:4,6
**treating** 112:8 113:16 149:5 208:15
**treatment** 26:24 27:6,15 43:10,16 83:7 90:23 92:13 108:3 109:16 111:16,23 112:2,8 114:4 114:10,14,16 136:3 148:20 148:22 149:3 197:4 203:24 204:15,17 205:3,12 206:19 209:3,6 209:7 212:14 214:16 216:12 228:8
**treatments** 149:10
**tremendous** 77:16
**trend** 21:3,5
**trial** 72:15 203:5
**trialing** 212:15 212:15
**tried** 63:3
**trigger** 47:23 67:7
**triggered** 67:3
**trillion** 226:2
**trouble** 218:3
**truck** 170:19 174:7
**true** 42:12 111:8 122:25 137:11 146:20 154:1 176:13 178:18 237:8
**trust** 104:12
**try** 164:2 169:9
**trying** 45:10 48:9 100:17 113:3 125:24 125:25 137:18 137:20 144:22 149:6 156:4 194:14,17,17 215:13
**turn** 81:9,11 86:10 91:11 159:5
**turned** 122:24
**turning** 43:18
**two** 13:9 19:20 20:20,21 21:12 21:20,22,25 22:3,5,10,11,13 22:16,19 29:23 56:1,11 64:2 64:17 80:14 92:5 110:10 118:22 130:16 130:21 131:7 154:21 169:20 201:7
**type** 12:1 13:25 44:20 61:3 72:14 73:14 82:4 90:1 97:22 131:17 143:2 149:12 155:25 157:7 164:18 208:3 220:11,15,20 225:17 231:17
**types** 72:17 90:2 93:24 136:12 156:20 157:2
**typically** 41:20 46:8 48:21 120:10 122:5,7 157:16 158:6 208:24 211:25

**u**

**u** 7:10 13:4 224:18
**uh** 11:19 24:21 25:9 40:2 41:13 58:21 60:20 65:2,15 65:22 69:5 75:14 84:14 89:8 118:6 130:14 132:1 148:21 163:18 164:9 170:9 179:20 201:2 201:13 225:24 228:10 232:15
**ultimately** 42:6 66:21 166:4 174:15 205:2
**unblended** 208:5
**uncertain** 78:4 181:8
**unclear** 9:22 76:7,7
**under** 81:6 170:8 214:23 215:9,15,16 226:4 235:8
**underestimated** 149:16
**underlying** 38:10 77:20 103:22
**underneath** 59:12
**understand** 28:3 36:23 37:2 39:3 44:5 46:19 52:2 76:10,11 89:5 89:7,8 91:1 97:17 100:17 107:10 134:25 137:19 140:3

147:12 156:4 156:24 163:24 175:22 179:4 188:14 198:9 201:14 206:22
**understanding** 9:22 37:3 50:14 75:7 113:20 126:22 127:24 137:7 188:1 193:13 200:23 217:4 229:5 232:6
**understood** 50:21 75:1 102:6 138:9 156:19 167:10 170:14 188:8 206:18
**unduly** 122:16 122:17
**unfamiliar** 91:23
**unformulated** 208:5
**unfounded** 129:5
**unidyne** 202:22
**unit** 152:13
**united** 1:1 8:11
**units** 173:13
**universal** 89:13
**universally** 90:2
**university** 100:4
**unknown** 227:18
**unrelated** 53:7 54:4
**untreated** 114:20
**unused** 72:16 205:10 208:5 213:11,15,17 213:19
**updated** 66:8 162:2,2
**upfront** 150:13
**uploaded** 230:25 231:3,6
**upper** 186:5 224:13
**upstream** 26:6 26:22 34:11 35:16,22,25 111:9
**uptake** 164:22 165:6,15,17
**us.dlapiper.c...** 4:7,7,11
**usage** 136:20 138:8,12 139:25 232:12
**use** 41:1 49:4 70:16,18,23 74:4 80:5,5 92:22 98:24 105:25 108:21 109:15 127:9 135:23 136:18 136:25 137:11 137:23 139:14 139:18 142:20 142:24 148:21 155:5,10 156:9 157:3,23 158:4 158:10,15,19 160:4,6 161:21 177:10 183:15 189:2,4 190:6 200:20 209:11 211:11 215:24 216:16,20 220:3 223:15 225:11
**used** 41:8 48:23 49:1,2,2,16 52:17 74:3,16 74:19,20 84:24 89:16 102:20 108:25 117:22 126:19,22,25 127:4,7 128:16 135:18 136:4 137:4 138:24 139:6 140:10 143:4 149:4 153:19 155:25 188:18,19 189:7 191:1 193:9 202:25 203:1,4,9,13,20 203:23 204:20 208:19 212:18 212:23 216:8 226:24
**using** 21:14 22:15,16,16 74:2 89:1 111:4 117:19 127:10 136:13 140:6 142:18 142:19 156:21 165:20,21 177:15 188:2 189:25 190:2 201:1 203:11 203:12 215:25 228:6 233:7
**usually** 120:10
**utility** 60:12
**utter** 5:23 129:14,21 231:12

**v**

**v** 236:1 237:1
**vague** 9:23
**validated** 22:1
**validation** 85:5 114:5
**value** 156:11 156:22
**variability** 21:6 21:7

**variables** 229:17
**varies** 170:3 200:16
**various** 150:5
**vary** 13:23
**vegetables** 164:23
**vendor** 73:13 186:8
**verbally** 130:8
**verify** 35:4,9
**veritext** 8:5
**versed** 165:1
**version** 162:22 163:4
**versus** 8:10 11:9 99:8 133:22 156:21 220:17
**vice** 152:13
**vicinity** 98:15
**video** 8:8
**videographer** 4:13 8:2,5 50:8 50:11 86:4,7 119:1,4 151:22 151:25 182:21 182:24 217:18 217:21 233:15
**videotaped** 1:11
**vidhi** 4:9
**vidhi.kumar** 4:11
**view** 146:24
**village** 134:7 232:3,8
**virgin** 208:6 214:12
**visit** 120:7
**visualize** 142:21 143:4
**vocs** 217:10
**volatiles** 217:9
**volume** 41:4 66:20 113:13 124:10
**vp** 32:1,6
**vps** 152:9
**vs** 1:7

**w**

**w** 141:20
**wade** 229:14
**wait** 87:7 164:4 185:10
**want** 9:25 17:1 22:8 23:8,15 23:24 25:22 41:2,5 42:18 72:15 78:7,10 87:5 92:24 93:2 106:18 118:11 124:8 125:17 151:11 151:16 152:23 155:20 156:24 158:1 169:10 174:5 197:9 206:11 207:1 220:3
**wanted** 26:20 27:3 38:21 63:15 70:2,19 75:8 78:8 79:9 102:3 139:5 158:24 161:7
**wants** 66:5 72:5 198:25
**washington** 3:5
**waste** 40:25 41:2,4 42:22 83:4,8,9,10,12 96:19 173:14 174:7 175:9,13 186:19 201:16 201:18 208:8 213:13,14,24 214:3
**wasted** 216:17
**wastewater** 19:14 22:12 24:23 26:24 27:5,5,15 43:10,16 83:7 90:23 92:13 111:16,23 112:8 136:3 203:24 204:15 205:3,12 206:18 209:3,6 209:7 214:15 216:12 228:8
**wastewaters** 204:21
**wasting** 41:2,3
**watching** 86:22
**water** 3:12 23:2 23:5 25:22 28:8 41:23 60:21 67:21 76:19 80:5 84:6,11 92:16 93:11,12,19,20 94:7,11 103:17 104:6,25 105:11 106:1,9 106:11 107:3 107:14 109:15 111:8 128:8,16 128:17 146:4 149:7 166:10 177:20 199:5 199:10 221:18 221:22 222:14 222:19,20,23 223:4,8,10 225:21
**waters** 222:11
**watershed** 30:4 36:6
**wau** 202:11
**wau090002288** 6:22

**wausau** 3:15 12:16 113:22 230:12
**way** 27:22 30:4 41:18,20 79:2 81:1 92:12 97:12 98:8 104:10 105:22 124:4 128:4 145:7 173:9 209:15 214:1 216:11
**ways** 75:5
**we've** 16:10 18:25 22:16 41:9,14,14 50:3 64:23 100:3 114:13 151:10 159:23 162:2,6 182:11 182:17 186:17 186:17 191:18 192:9 196:12
**wean** 63:3
**weaning** 65:6
**website** 77:11 77:13 124:17 124:19 219:4 221:14
**week** 13:23,23 14:21 17:18,18 124:25
**weeks** 76:6 198:9
**weigh** 188:16
**welcome** 51:15
**wells** 30:10,15 55:10 75:19 120:19 121:3 123:20,24 124:7 149:4 218:22,22 219:9,15
**went** 26:6 82:17 124:25 142:12 201:10 205:2
**west** 12:5,8
**western** 1:2 8:11
**whatsoever** 153:9
**whereof** 235:17
**wherewithal** 124:12
**whichever** 125:22
**white** 168:4,12 168:14,18,21
**wide** 132:24
**wildlife** 97:21
**willing** 65:4 229:18
**winston** 2:16
**winston.com** 2:18
**wisconsin** 1:2 3:12 8:9,12 16:14 23:25 26:1,5 28:9 30:4,8,13,18,22 30:25 33:19 34:5 35:1 36:15 44:9 46:10 58:11 69:21,21,22 88:19 93:10 98:15 100:4 104:17 106:1 129:21 153:9 167:11,13 171:9,22 172:10,11 173:16 181:13 199:12,16 223:2 235:1,6 235:10,24
**withdraw** 139:10 181:24
**withdrawal** 181:24
**witness** 5:3 8:17,18 9:17 18:1,3,22 23:19 24:3 26:4 34:22 39:13 45:9 47:7 49:7,11 49:14 50:7,16 52:12,21 53:3 53:13,17,24 54:1,10,16,25 55:17 56:17 58:13,15 59:11 68:18 76:23 77:1 79:3,9 85:13,25 86:12 86:16 91:3 92:15 93:6 94:17 96:3,12 98:14,21 99:24 100:15 103:6 103:19,25 104:9,12 105:15,22 106:14,22,25 107:6,16,23 110:25 111:18 112:1,19 113:10,20 114:22 116:20 116:24 121:6 122:15,22 123:10 125:8 125:23 128:25 129:8 135:11 136:10 137:2,7 137:15 138:3 138:12,17 139:9,12 140:5 145:13,17 146:19 147:20 149:23 151:15 151:20 155:23 156:2,5 158:22 159:16 163:6

164:25 165:19 166:14 168:7 168:10 170:3 171:17 173:24 174:1,11 175:18 177:9 178:21 179:17 180:2,11,20,22 183:12 185:18 185:23 191:15 195:18 196:4 196:11 197:12 197:20,23 202:3,6,13,16 204:9,19 205:6 205:9 210:22 214:10 216:20 217:13,17 218:3,7,10 219:11,18 220:6 221:8 222:13 224:4 224:17 225:8 226:4,13 227:16 228:1,3 228:18 229:10 230:18 233:10 233:14 235:17
**wmc** 1:7 8:12
**woefully** 148:17,17
**wood** 198:1
**woodford** 163:13
**word** 45:9 105:7
**work** 14:22 15:20 17:13 18:10 40:17 45:19,20 49:22 50:15 51:18 60:7,24 61:9 64:4,13 75:18 79:15 82:8 83:14 84:5,14 85:10 92:13 108:11 125:5 131:22 141:14 142:23 147:24 196:24
**worked** 15:18 17:7 57:13 112:9 168:17 168:21,24
**workers** 215:19
**working** 13:24 16:13 17:15,23 18:3 44:9 83:5 83:18,20 102:23,25 103:13 144:25
**works** 61:8
**world** 173:5
**worry** 116:4
**worst** 153:13
**wow** 143:15
**wpc** 46:16
**writing** 130:8 235:8
**written** 158:13 206:25
**wrong** 192:21
**wrote** 131:21

**x**

**x** 5:1,9

**y**

**y** 31:19
**yard** 177:1,6 224:20
**yards** 169:21 223:12,14,22 228:12
**yeah** 17:21 18:8 23:19 25:15 27:25 29:11 32:19 39:17 56:15 57:4,16 58:2 58:14 59:6 69:10 73:3 79:3,5 86:1,3 91:16,18 96:18 99:10,20 100:16 106:20 108:18 116:16 116:16,20,23 133:13 137:14 137:15 143:2 143:11 145:9 156:1 157:24 158:17 159:23 163:6 166:14 167:24 168:7 169:4,5 170:7 170:11,19,23 174:25 177:3 182:20 184:25 190:17,24 192:3 194:16 194:17 197:8 209:21 212:14 212:22 221:21 222:5,7 234:4
**year** 13:6,17,18 15:14 16:8 18:24 19:11 29:18 38:17 65:3 81:22 82:24,24 110:19,19 113:1 123:14 133:11 136:21 138:8,13,24 155:1 166:16 168:12,13 169:21 170:3,4 173:18 179:13 179:14,14,23 179:23 196:5 203:22 211:5 228:7 232:13
**years** 19:20 20:20,21 55:8 61:19 68:2

74:3 82:12 96:16,17 114:20 124:18 170:8 182:12 193:12 199:13 205:20,23 209:21 224:13
**yep** 49:11 68:6 82:21 83:24 91:9 117:6,6 157:4 159:12 163:18 168:10 192:6 193:1 194:5 198:13 199:12 204:3 207:24 212:8 212:10 213:7 222:9
**yesterday** 205:15 233:22 233:25 234:3
**york** 3:19,19 4:6,6

**z**

**zero** 198:20
**zoom** 86:22 116:8,22 233:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.